## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br><br>  Defendants. | Case No.: 1:22-cv-06978-MKV |
| DREW LEE, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br>  Defendants. | Case No.: 1:22-cv-07988-MKV |

**DECLARATION OF JASON A. URIS IN SUPPORT OF MOTION OF STADIUM CAPITAL LLC FOR CONSOLIDATION OF RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF <u>LEAD COUNSEL</u>**

I, JASON A. URIS, declare the following under the penalty of perjury:

1.      I am an attorney with the law firm of Kaplan Fox & Kilsheimer LLP.   I respectfully submit this Declaration in Support of the Motion of Stadium Capital LLC ("Stadium Capital") for: (1) Consolidation of the related actions, (2) Appointment as Lead Plaintiff; (3) Approval of Lead Plaintiff's selection of Lead Counsel, and (4) Granting such other and further relief as the Court may deem just and proper.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    August 16, 2022 Notice of Pendency of this Class Action on *Globe Newswire*;

Exhibit B:    Stadium Capital's sworn Certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit C:    Chart calculating the losses incurred by Stadium Capital prepared by counsel; and

Exhibit D:    Firm resume of Kaplan Fox & Kilsheimer LLP

*/s/ Jason A. Uris*
Jason A. Uris

1

## CERTIFICATE OF SERVICE

I, Jason A. Uris, hereby certify that, on October 17, 2022, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/ Jason A. Uris
Jason A. Uris