# Exhibit A



*Source: Kaplan Fox & Kilsheimer LLP*

*August 16, 2022 15:21 ET*

# Kaplan Fox Files Class Action to Recover Losses for Investors Who Purchased Co-Diagnostics, Inc. Common Stock (NASDAQ: CODX) And Announces Opportunity for Investors with Substantial Losses to Lead Case

NEW YORK, Aug. 16, 2022 (GLOBE NEWSWIRE) -- Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com) has filed a class action suit in the United States District Court for the Southern District of New York against Co-Diagnostics, Inc. ("Co-Dx" or the "Company") (NASDAQ: CODX); Dwight H. Egan, the Company's Chief Executive Officer, President and Chairman of the Board; and Brian L. Brown, the Company's Chief Financial Officer and Secretary ("Defendants").

The Complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the SEC, and is brought by plaintiff on behalf of all persons and entities who purchased the publicly traded securities of Co-Dx during the period May 12, 2022 through the close of the market on August 11, 2022 (4:00 p.m. ET), inclusive (the "Class Period").

**If you are a member of the proposed Class, you may move the court no later than October 17, 2022 to serve as a lead plaintiff for the proposed Class. You need not seek to become a lead plaintiff in order to share in any possible recovery.**

**If you suffered substantial losses and wish to serve as lead plaintiff, please e-mail attorneys Jason A. Uris (juris@kaplanfox.com) or Donald R. Hall (dhall@kaplanfox.com), or contact them by phone at 212-687-1980.**

The Complaint alleges that on April 6, 2020, Co-Dx announced that it had received an Emergency Use Authorization for its Logix Smart™ COVID-19 detection test from the Food and Drug Administration, allowing it to commence sales of the test to laboratories certified by the Center for Medicare and Medicaid Services under the Clinical Laboratories Improvements Act ("CLIA") to accept human samples for diagnostics testing throughout the United States.

The Complaint further alleges that during the Class Period, Defendants repeatedly touted its Logix Smart™ COVID-19 Test, reassuring investors about the demand for the product. At the same time, Defendants failed to disclose that: (1) demand for its Logix Smart™ COVID-19 Test had plummeted throughout the quarter ended June 30, 2022, and (2) as a result, Defendants' positive statements about the demand for its Logix Smart™ COVID-19 Test lacked a reasonable basis.

On August 11, 2022, Co-Dx shocked investors when, after the market closed, the Company issued a press release and filed a report with the SEC on Form 8-K that disclosed its financial results for the quarter and June 30, 2022, in which the Company disclosed revenue of $5.0 million for the quarter ended June 30, 2022, down from $27.4 million during the prior year period, a decline of almost 82%. The Company primarily attributed the decrease to lower demand of the Logix Smart™ COVID-19 Test.

On this news, the price of Co-Dx's common stock declined $1.98, or 30.65%, from a closing price of $6.46 per share on August 11, 2022, to close at $4.48 per share on August 12, 2022.

Plaintiff seeks to recover damages on behalf of the proposed Class and is represented by Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com). Our firm, with offices in New York, Oakland, California, Los Angeles, Chicago, and New Jersey, has decades of experience in prosecuting investor class actions and actions involving violations of the Federal securities laws.

Under the Private Securities Litigation Reform Act of 1995, the court will generally appoint the movant with the greatest financial interest in the relief sought by the proposed class who is also a typical and adequate representative of the proposed class. Any investor who purchased or acquired Co-Dx securities during the Class Period may seek appointment as lead plaintiff. The lead plaintiff can select a law firm of its choice to litigate the lawsuit.

If you have any questions about this Notice, the action, your rights, or your interests, or would like a copy of the Complaint, please e-mail attorneys Jason A. Uris (juris@kaplanfox.com) or Donald R. Hall (dhall@kaplanfox.com), or contact them by phone, regular mail, or fax:

Case 1:22-cv-06078-AS   Document 18-1   Filed 10/17/22   Page 3 of 3

Jason A. Uris
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (646) 315-9007
Fax: (212) 687-7714
E-mail address: juris@kaplanfox.com

Donald R. Hall
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Fax: (212) 687-7714
E-mail address: dhall@kaplanfox.com