# Exhibit B

**CERTIFICATION**

I, Joseph Zicherman, Managing Director of Stadium Capital LLC ("Stadium Capital"), hereby certify as follows:

1.  I am fully authorized to make a certification on behalf of Stadium Capital. I have reviewed a complaint against Co-Diagnostics, Inc. ("Co-Dx") and certain executives alleging violations of the securities laws and authorize the filing of a complaint.

2.  Stadium Capital did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.  Stadium Capital is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial if necessary.

4.  Stadium Capital's transactions in Co-Dx securities during the proposed class period are set forth in Schedule A, which is attached hereto.

5.  Stadium Capital sought to serve and serves as a representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Asif Mehedi v. View, Inc., et al.*, No. 5:21-cv-06374 (N.D. Cal.)

6.  Stadium Capital will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the court, including any award to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

7.  I declare under penalty of perjury that the foregoing is true and correct, executed on this 16th day of August, 2022.

_____
Joseph Zicherman
*Managing Director*
*Stadium Capital LLC*

1

DocuSign Envelope ID: 028CFC4C-4976-428C-81EF-10D603EF41A1

2

**Schedule A**
**Transactions in Co-Diagnostics, Inc.**

| Security | CUSIP | Transaction | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| Co-Diagnostics, Inc. | 189763105 | Buy | 7/25/2022 | 15,000 | $6.29 |
| Co-Diagnostics, Inc. | 189763105 | Buy | 7/26/2022 | 21,000 | $5.89 |

2