# Exhibit C

**Exhibit C**



## Stadium Capital

### Estimated Losses in Co-Diagnostics, Inc.  - Class period: 5/12/2022 - 8/11/2022

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **CO-DIAGNOSTICS, INC.** | | | | | | | |
| Co- Diagnostics, Inc. | 189763105 | Buy | 7/25/2022 | 15,000 | $6.29 | $94,375.50 | |
| Co- Diagnostics, Inc. | 189763105 | Buy | 7/26/2022 | 21,000 | $5.89 | $123,656.40 | |
| | | | | *36,000* | | *$218,031.90* | |
| | | | | | | | |
| Co- Diagnostics, Inc. | 189763105 | Sell** | 8/11/2022 | (36,000) | $4.10 | ($147,754.80) | |
| | | | | *(36,000)* | | *($147,754.80)* | **$70,277.10** |

**8/11/2022 "Sell" transaction executed after the corrective disclosure.