UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STADIUM CAPITAL LLC, et al.,

      Plaintiffs,

-against-

CO-DIAGNOSTICS, INC., et al.,

      Defendants.

22-cv-6978 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

  The parties have proposed a stipulation and order for the motion-to-dismiss briefing schedule in this action. The parties also request that the October 19, 2023, conference be adjourned pending the Court's resolution of the anticipated motion to dismiss. Dkt. 27. The parties' requests are granted in part and denied in part.

1. The October 19, 2023, conference is ADJOURNED to a date to be determined after the Court receives and reviews Defendants' motion to dismiss;

2. Plaintiffs' Consolidated Amended Complaint shall be filed on or before September 21, 2023;

3. Defendants shall move to dismiss the Consolidated Amended Complaint on or before October 20, 2023;

4. Plaintiffs shall file any opposition papers on or before November 21, 2023; and

2

5. Defendants shall file any reply papers in further support of their motion to dismiss on or before December 13, 2023.

SO ORDERED.

Dated: August 24, 2023
New York, New York

ARUN SUBRAMANIAN
United States District Judge