# **Exhibit 2**

 Raw Transcript

15-Jun-2022

# Co-Diagnostics, Inc. (CODX)

**Sidoti Summer Small Cap Virtual Investor Conference**



1-877-FACTSET   www.callstreet.com

Total Pages: 10

Copyright © 2001-2022 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**Brian L. Brown**
*Chief Financial Officer, Co-Diagnostics, Inc.*

**Dwight H. Egan**
*Chief Executive Officer & Director, Co-Diagnostics, Inc.*

# MANAGEMENT DISCUSSION SECTION

## Unverified Participant

Good afternoon and welcome to the Sidoti Summer Small-Cap Virtual Conference. Our next presenter will be Co-Diagnostics. And representing the company will be Dwight Egan, the CBO; and Brian Brown, the CFO. It's a 30 minute presentation. We might have some time at the end for Q&A. So if you do have some questions, you can type them into the Q&A tab at the bottom of your screen and we'll read them off as we have time. With that, it's all yours, Dwight. Thank you.

## Unverified Participant

Thank you and good day, everyone. I'm Dwight Egan, CEO Co-Diagnostics, Inc. And it's a pleasure to introduce you to the company and present to you our innovative new technology, the Co-Dx PCR home testing platform. Co-Diagnostics is a public company, and I'm obligated to inform you that I will be making some forward-looking statements, including information about our new home testing platform, which is subject to FDA review and is not currently for sale. Please reference our filings on record with the SEC, such as our 10-Ks and 10-Qs and other filings, which will help establish context and provide disclosure of risks associated with my presentation today.

As a leader on the frontlines of COVID-19 testing, Co-Diagnostics services over 500 centralized lab customers, including about 200 US CLIA labs, 130 foreign labs, and approximately 200 NABL labs in India, where we also own a new modern manufacturing facility in connection with our joint venture called CoSara. We have 14 CoPrimer based IDD tests, fully approved by the CDSCO in India, which is India's regulatory equivalent of the FDA. In February of 2020 In February of 2020 Co-Diagnostics became the first US based company to achieve a CE mark for its COVID-19 test. And in early April of that year the company received its emergency use authorization from the FDA.

Since then the company has sold more than 33 million tests in over 50 countries and throughout the United States. In a continuing battle with the pandemic, it won't really matter whether we referred to it as a pandemic or endemic. It will spread regardless of how we choose to classify it, particularly in high burden developing countries where there is less vaccination. But it also requires that we face the reality that COVID-19 is going to be a problem we're going to continue to deal with during the next decade or more.

Even endemic diseases can be catastrophically prevalent and deadly no matter what the government does in terms of policy. Behavior actually has largely gone back to 2019 norms. The public has grown wildly impatient



# Co-Diagnostics, Inc. *(CODX)*
Sidoti Summer Small Cap Virtual Investor Conference

 Raw Transcript
15-Jun-2022

with the economic and social tradeoffs of masks, social distancing and quarantines. As a result we must provide more powerful testing tools to individuals with which they can protect themselves.

In addition since society has insisted on lowering restrictions, the scientific community that we are part of is going to have to innovate like never before. We will need better home testing, better masks, better vaccines and better antivirals. High burden developing countries will also mean more widespread and accessible testing for obvious reasons. About three months after the company introduced its first COVID-19 test in early 2020 the company looked ahead to creating an at home point of care PCR, COVID-19 testing system First, we developed the essential elements of the chemistry, including the use of direct saliva and lyophilized reagents in connection with our patented Co-Primer molecule. Next, we engaged world renowned experts, including BioFire Co-Founders Dr. Carl Wittwer and Dr. Kirk Ririe, to assemble a team of scientists and engineers to create the platform. We avoided less robust testing technologies owing to serious inaccuracies and limitations on multiplexing. Instead, we insisted on the uncompromised accuracy of gold standard PCR and as important to us the ability of Co-Primer-enhanced PCR technology to test for several pathogens at the same time with a single sample.

We believe that as COVID-19 reversed from a pandemic to an endemic disease over time, the multiplex differentiating upper respiratory panels and sexually transmitted infection panels, among others, would be necessary in a worldwide market such as we currently serve. We knew we wouldn't be the first to get a product to market, but we believed that we would be the first to get it right.

With that background, I will now introduce you to our Kodiak's PCR home testing platform. The result of our development is an elegant instrument with world-class Co-Primer chemistry. It provides gold standard PCR test results designed for at-home and point-of-care settings. It has significant multiplex capabilities with real-time testing using disposable cartridges that accept direct saliva or swab samples. The instrument connects to a smartphone through Bluetooth and is designed for use at home, at work or at any other at-home or point-of-care location. It has an intuitive smartphone interface that connects the device to the cloud, not just for a few individuals, but unlimited interface that connects the device to the cloud, not just for few individuals, but unlimited simultaneous tests from around the globe are transported into the cloud where the data is analysed on secure servers, right down to the sigmoidal PCR graph of [indiscernible] analyses. After PCR dose is confirmed, the results are instantaneously sent back to the customer smart phone at home or to the family dentist, the doctor's office or telemedicine service provider. You can easily run a PCR test at your place of work while you're traveling on a cruise ship or in a hotel. Gold standard PCR results will now be available to everyone anywhere, any time. There is also a critical need for a real time global surveillance system. Cases are again going up in many states and countries as dangerous new sub variants evolve faster and faster. At the same time, individual testing lacks reporting, this is a dangerous combination. If our – if authorities can't accurately keep tabs on where and how fast the virus is spread, they might not be able to help prevent vulnerable communities from getting the disease. A key component of the Real Time Surveillance System is the cloud-based architecture of the platform. Let's take a look at the smartphone app.

With the cup flat, remove the cap and twisted clockwise all the way until it's closed tight. Open the door completely, remove the test cup from the tray and slide it flat into the instrument. Then close the door until it clicks.

As the app counts down to the PCR result, which is done in less than 30 minutes, the user can leave the device and pursue other activities. At the end of the testing period, the user is instructed to safely dispose of the cartridge. The user is also prompted to decline information sharing or to authorize permission of the results to be sent to their doctor.

# Co-Diagnostics, Inc. *(CODX)*
Sidoti Summer Small Cap Virtual Investor Conference

 Raw Transcript
15-Jun-2022

or other authorized recipients such as state or federal health agencies. The whole process takes less than 30 minutes and starting a test with smartphone and the power know your accurate phone status on demand is ideal. No expensive emergency room visits just to take a test. No middle of the night trips to see if your child has strep, RSV, or COVID. The $15 to $20 test cartridges makes it affordable to test whenever there is a need. Plus, the $300 reusable home testing device is estimated to complete thousands of tests, making it useful for years to come. Keep in mind that multiplexed test cartridges will be similarly priced, allowing for a user to test for multiple disease states simultaneously using one sample for the same $15 to $20 cost. We believe that as COVID-19 reverses from a pandemic to an endemic disease over time, the multiplex differentiating upper respiratory panels and sexually disease infection panels, among others, will be critical going forward.

Dr. Scott Gottlieb, former FDA commissioner, recently declared that home testing will become ubiquitous. He went on to say the advent of home testing is probably the biggest paradigm change in regulation of medical products to come out of the pandemic. Gottlieb continued, if you would have said to me when I was at FDA that we will authorize tests to allow people to test at home for infectious diseases, I would have told you it's never going to happen. And you saw all the resistance of the agency going back a couple of decades, and I was there during this time of allowing home HIV tests. There is a view that if you allow someone to self-diagnose for something that was a serious illness, there is no guarantee that they're going to take appropriate actions on the basis of that test result. And with COVID, they just got over it.

This is going to open up a whole new field of at-home testing for a range of pathogens. I've had the privilege of sitting on a couple of panels moderated by Dr. Gottlieb during the pandemic, and these two quotes from a key opinion leaders such as Dr. Gottlieb provides strong evidence that code diagnostics PCR home testing platform is at the epicenter of the shift that will occur over the next several years in diagnostics and related healthcare delivery. The company's foresight two years ago to develop this technology and get ahead of the curve has positioned diagnostics to fill an important gap in worldwide diagnostic healthcare. The head of the World Health Organization's working group for infectious disease recently spoke to me about the new capabilities of at-home and point-of-care testing. At the end of the conversation, he said to me and it's never going back. There is also a critical need for real-time global surveillance systems. Cases are again going up in many countries as dangerous new variants evolve faster and faster. At the same time, individual testing lags reporting. This is again a dangerous combination. Co-Diagnostics also saw the need for a comprehensive market research study by a reputable firm to guide the implementation of the CODX PCR home test platform. Accordingly, the company commissioned a significant study performed by Radius Global Market Research, one of the largest independent market research companies in the world. The study evaluated the CODX at-home testing platform among consumers and physicians. The main objectives of this research are twofold. Number one, to assist Co-Diagnostics engage in consumer and physician attitudes towards an engagement with at home diagnostic testing and two to measure reactions to Co-DX's device concept and willingness of these audiences to purchase or recommend. The study included 321 consumers between the ages of 24 and 54 and 102 physicians, half of which were primary care physicians with the other half being pediatricians. The study comprises more than 70 pages of analytical findings.

Our ASD found that a vast majority of participants perceived the advantages of at home testing favorably, while citing concerns that help to inform and direct the design and presentation of the new platform to help improve eventual adoption of the platform by consumers.

In addition, when presented with the Co-Diagnostics at home testing device concept without a price attached, consumers have strong positive reactions towards the offering. Importantly interest maintain strong once the price points of $300 and $20 for the device and cartridge respectively were applied. Prices for other non-PCR molecular tests start at 2 times to 3 times more expensive.



# Co-Diagnostics, Inc. *(CODX)*
Sidoti Summer Small Cap Virtual Investor Conference

 Raw Transcript
15-Jun-2022

So at gold standard PCR home testing to the list of things that you can do at home or at the office or anyplace else. Giving individuals the power to know with fast, accurate, affordable tests for COVID and more. The following 90 second video helps to visualize the benefits of this groundbreaking and innovative testing technology.

[Video Presentation] (00:13:27- molecular status quo by bringing revolutionary lab grade PCR testing capabilities. The gold standard in infectious disease testing into homes and businesses. The CODX PCR home testing platform is being designed to give users the power to know and the power to act rather than react. But while this elegant design has simplicity in mind, the technology it harnesses our patented coprimers is anything but simple developed by our world renowned scientists, the CODX PCR home testing platform is powered by the cloud, which is intended to allow for the results to even be transmitted to different destinations as needed. And the platform is being designed with the capability to test for a wide variety of diseases. At CODX, we believe the highest quality PCR molecular diagnostics should be available to all, and we know that the best technology changes lives and in some cases can even help save them, which is why we believe the gold standard should be the standard for everyone.

So the new CODX platform takes about the same time and costs about the same as antigen tests. But the results are gold standard PCR instead of the less reliable antigen tests compared to other non-PCR molecular COVID tests, the CODX test costs significantly less and has more robust multiplexing capabilities. Our new platform will deliver all three testing objectives of cheap, fast, and gold standard accuracy, and then goes further to provide robust multiplexing enhanced by co-primers, our patented and proprietary PCR technology. So the question becomes if you can have all the advantages of less accurate antigen tests in terms of speed and cost and in addition have gold standard PCR test results with more robust multiplexing in the future. Why wouldn't you do that? This represents the future of at-home and point-of-care testing, and it has the capability of building a cloud-based global pathogen surveillance system to thwart future outbreaks, while at the same time giving individuals the power to know their COVID or other infectious disease status anytime, anyplace, anywhere.

I'm going to now turn the time over to Brian Brown, our CFO, to talk about our – our financial slide.

## Brian L. Brown
*Chief Financial Officer, Co-Diagnostics, Inc.*

Thanks, Dwight. So this – this information that I'm going to provide is – is information from Q1 of 2021 versus 2022. And the first – the first thing I'd like to point out is cash, cash equivalents and marketable securities. At the end of Q1 of 2022, we had about $97 million compared to approximately $60 million a year earlier, a growth of $37 million in cash, cash equivalents and marketable securities. And the thing that excites me as a CFO more than anything is on the right hand side. As you see, there's no debt. If you look at our balance sheet, we have no debt. We also have positive cash flow from operations for seven quarters in a row, and that's allowed us to be able to build that cash balance.

Then the next thing I'll point out is our growth from Q1 to Q1 2021 to 2022 in revenue. In 2021, we had $20 million in revenue for Q1 and in Q1 of 2022, we had $22.7 million, which represents about a 13.5% increase in – in revenue quarter-over-quarter and year-over-year. In addition to that, if you go just down the income statement, down to gross margin, we've been able to also increase our gross margin even – even from Q1 of 2021 to Q1 of 2022 through process improvements through refinements in what we do and how we produce our product. The last item that I want to talk about, and it might be blocked out by a bar, because I'm seeing a bar on mine, but I'll give you the numbers one way or the other.


Adjusted EBITDA we define as earnings before interest taxes, depreciation, amortization and stock based compensation. And that's a metric we've been talking about for about two quarters now. And as Dwight mentioned, at the end of 2021, we acquired two companies that were helping develop our new product that we're launching. And in Q1 of 2021, those expenses, we did not have any expenses related to those two entities, where in Q1 of 2022, we had a full quarter's worth of twice as many employees and a significant increase in R&D. And if you could see that number, it's a $11.4 million for both Q1 of 2021 and Q1 of 2022. So that's to me one of the most impressive things that we've been able to do is take on a significant amount of additional expenses, but still continue to maintain our adjusted EBITDA for the company. And I think this these – this information we provided here on the company from a financial perspective really shows the strength of what we've done and what we've built here at Co-Diagnostics.

Now, I'll turn it back over to Dwight.

### Dwight H. Egan
*Chief Executive Officer & Director, Co-Diagnostics, Inc.*

Thank you, Brian. Operator, we can take questions as appropriate.

# QUESTION AND ANSWER SECTION

**Q**

Great. Thanks, Dwight. So our first question, can you lay out a little more detail on the timeline to get your tests out? The PCR test?

**A**

We announced at our last earnings call that by the time we met again on an earnings call we met again on an earnings call when we expect it to be in clinical trials and that's where our control of the timeline sort of ends, because the FDA may prioritizes or may not for example. We think that they will see this as a favorable addition to the arsenal of products that need to be available to fight COVID and other infectious diseases. So, we think they'll respond to us quickly. We certainly hope so. But that's the timeframe that we can talk about and that we've talked about publicly. So, we're on the precipice of our clinical trials where we sit right now.

**Q**

With the lateral flow tests that are being used in the home now, you know sometimes it takes up to three days after symptoms appear before those tests will indicate a positive COVID test. Well, the – the home PCR test, will that be quicker to respond?

**A**

Well, let's just start with reminding everyone that this is a PCR test. This is a gold standard test. And a lateral flow antigen test just does not test for the genetic material of the virus in a person's sample. It tests for proteins that

## Co-Diagnostics, Inc. *(CODX)*
Sidoti Summer Small Cap Virtual Investor Conference

 Raw Transcript

15-Jun-2022

---

are created as a derivative of that. And so they are inherently less sensitive and specific. The PCR is the gold standard. It detects the actual presence of the virus in a person's sample. So, by about any measure you want to talk about, the PCR becomes the – the way to go. It can – it can give you an earlier indication that you're carrying it. And it can also let you know even after you've had it, that you – that – that's what you had. And so PCR is the gold standard for a lot of reasons. And – and it's important to realize in the hierarchy of testing that on the low end of that hierarchy are the antigen tests, then the next level would be molecular tests that – that our lab technology or low end of that hierarchy are the antigen tests. Then the next level would be molecular tests that that our lab technology or isothermal technology, they're kind of like PCR in their results. The big drawback is they don't have the same kind of multiplexing capacity that PCR has. And we don't – we not only have PCR, but we have PCR enhanced by our co-primer and flagship technology that kind of puts us in a class by ourself in terms of our ability to do multiple pathogens with the same sample. And keep in mind that, you know, basically for the same kind of test cartridge that you do for a single sample. So it's PCR, it's multiplex PCR. It is at the top of the list is certainly in the vanguard and any other at-home or point-of-care type testing technology that has contemplated that we know about in the marketplace today.

---

Q

And once the – once the device is available, are you considering different options for distribution? Would you consider partnering with one of the largest TG diagnostic means for distribution, or is this something you want to sell on your own?

---

A

Well, of course, we have a lot of different areas in which we plan to distribute this. We have a worldwide presence right now. We're in well over 50 countries around the world with distributors. So we envision this to be a worldwide product launch. It can certainly involve not only players in the pharma world, but it can also involve people that are just in consumer electronics. There are consumer electronics companies that plan to have to have a big footprint in diagnostics and human healthcare. So we think that our product is going to garner interest from a wide array of different distribution opportunities. And, you know, that's how we're going to approach it. We have spent a great deal of time while the -- while the final optimizations have been being performed on this product putting together the logistical systems and the web based portals for the purchase of the product. We've done a lot of behind the scenes work to be ready for the launch so that as soon as the FDA says we're good to go that we have not wasted any time and are ready to get into the market.

---

Q

And will the initial tests be just a COVID test or will you be able to distinguish from COVID and just Flu A, Flu B.

---

A

Well, the initial test will in fact be a COVID test and then as soon as we can after that, our next offering will be a multiplex upper respiratory test, which will include things like Flu, RSV and COVID. As you know we were one of the early providers of what we called an ABC test in the centralized lab environment. So, you know, we've had an ABC test or you know, for a long time we were really in the vanguard in that world.

---

# Co-Diagnostics, Inc. *(CODX)*
Sidoti Summer Small Cap Virtual Investor Conference

 Raw Transcript

15-Jun-2022

Our ABC test interrogated 44,000 different strains of Flu A and about 12,000 strains of Flu B and two different COVID targets. So, you know, being able to multiplex is our long suit. It's one of the things that is most -- that makes our technology very unique. So we plan on going from the COVID test to the upper respiratory multiplex test to a sexually transmitted infection test those are the kinds of things that are on the -- on the plate right now.

**Q**

And if you look at the other side of the business, the centralized lab test that you're selling now, do you think that there'll be demand for COVID type testing for at least the next year or two?

**A**

Well, you know, the experts tell us that COVID testing is going to be, you know, and the COVID virus is going to be with us until the end of time. And so you know, we've had I think we're going to have continued demand where every kind of technology, this centralized lab type approach as well as the at home point of care, they're all going to be used to their highest and best use and they're going to be complementary to one another. So we don't, in fact, view that the introduction of our testing technology will obviate the need for centralized labs. And indeed, we think some of the centralized labs customers we have will be instrumental in helping to place high volumes of our devices to their, their current customers and, and to new customers because, you know, you have school districts and all kinds of people that are involved in this. And we're not approaching this in a way that would abandon our centralized lab customers. There's plenty of places that need this device that, that don't have it. I mean, if you can just go back before we had the COVID pandemic, if we had had this device available then how much it would have changed if 186,000 dental offices in the United States could have utilized this technology or 230,000 physician offices. There are just so many things that can be done with an at home point of care and that's why Dr. Gottlieb says it's the biggest paradigm shift in medical devices that we've ever seen. Courtesy of COVID, it has really changed the world going forward. And so we look forward to playing a key role in this opportunity of a whole new field of, of at home testing for a wide array of pathogens.

**Q**

So, you know, we only have a couple of minutes left. But, you know, the one question that keeps popping up to me is you're a company with $175 million market cap, over half of that is in cash right now. You're profitable, you are EBITDA positive, you are generating cash every quarter. You know, what do you think the market is factoring in right now? What do you think you are missing?

what do you think the market is factoring in right now? What do you think they're missing?

**A**

You know, that's mainly, I guess, a speculation that I leave to analysts, but I – I think that – that we, you know, been thrown in the bucket of a lot of other COVID companies and we're clearly not in the same class. We've spent two years getting ready. We looked ahead two years ago, more than two years ago, and started developing this product, which would leverage our CoPrimer technology, and now we're just on the cusp of releasing it. So I think we've done the right thing over the last two years. We've accumulated cash, we've continued to proliferate around the world and established relationships. We have a very aggressive schedule of conferences, as you see, including this one today and tomorrow. So we're telling our story and getting ready for a very positive future that

# Co-Diagnostics, Inc. *(CODX)*
Sidoti Summer Small Cap Virtual Investor Conference

 Raw Transcript
15-Jun-2022

goes way beyond COVID. This is a – this is the future of at-home and point-of-care testing, in our view. And it's going to make it so much better for – for the public and for children and for schools and for businesses. Look, everybody needs to operationalize testing every fast food restaurant needs to test their employees on a regular basis. We've been doing that at Co-Diagnostics during the entire pandemic. And you don't – you shouldn't be going to work at a office that doesn't provide a way to have a COVID safe space. And that includes having these types of point of care technologies like we are introducing to make it. So when you go to work, if somebody has got symptoms, they can quickly be tested and sent home and so on and so forth. So it's a big new future of change, a paradigm shift in how this is going to be done.

**Q**

All right. We're just about out of time. Do you have any closing comments beforehand?

## Unverified Participant

Only that, but this has been an incredible couple of years for Co-Diagnostics and COVID has created has been a gateway for us to establish ourselves with a world-wide customer base in over 50 countries. You know, it's not a trivial thing to put your – your test into the health care systems of over 50 different countries and throughout the United States. It's a lot of work for regulatory and all the kinds of things that have been done. Our thanks to our employees and our shareholders for helping to support this type of effort. When we add this new revolutionary device, which has been done by world-class engineers and scientists, I think we have a great future ahead of us.

## Unverified Participant

Great. Well, thank you. Thank you very much for presenting.

## Unverified Participant

Okay. Thank you.

# Co-Diagnostics, Inc. *(CODX)*
### Sidoti Summer Small Cap Virtual Investor Conference

 **Raw Transcript**
15-Jun-2022

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.