# Exhibit A

| First Claim: For Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants ||
|---|---|
| **Elements Not Sufficiently Alleged** | **Paragraphs in Consolidated Amended Class Action Complaint (ECF No. 31) that Plausibly Allege Those Specific Elements** |
| *False Statement Theory* – No false or misleading statement.[1] | |
| 1. "*While we remain very confident about the long-term potential of our business, our ability to accurately forecast Logix Smart™ COVID-19 Test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants, and persistently low vaccination rates in many parts of the world. As a result, it has become difficult to predict with any level of precision the cumulative impact of these and other factors on our future financial results.* For these reasons, we are not providing quarterly guidance at this time and will reassess this position in the future[.]" (AC ¶ 44.) | ¶¶48, 66, 45. |
| 2. Turning now to our visibility around the outlook for the balance of the year. While we experienced strong demand for our products during the first quarter of 2022, changes in our operating environment and markets have restricted our near term visibility. We will continue to navigate the near term environment with caution, but as a result, we'll not be providing quarterly guidance at this time. *To be clear, we remain very confident about the long-term potential of our business and the demand for our products. Our ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has* | *Ibid.* |

---

[1] All quoted text and emphasis is as it appears in the Amended Complaint.

| First Claim: For Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants ||
|---|---|
| **Elements Not Sufficiently Alleged** | **Paragraphs in Consolidated Amended Class Action Complaint (ECF No. 31) that Plausibly Allege Those Specific Elements** |
| *diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants and persistently low vaccination rates in many parts of the world. Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic regions we serve. As a result, it has become difficult to predict with an expected level of precision the cumulative impact of these and other factors on our future financial results.* (AC ¶ 45.) | |
| 3. **[Analyst]**: "So with the Logix Smart detection test, are you already seeing a decline in customer orders? Or are you refraining from providing a guidance mainly because it's tough to like predict the environment going forward?" **Defendant Brown:** "*It's more about the timing and being able to forecast the timing of orders is the bigger issue. It's not necessarily a demand issue that we're seeing. It's more of just timing of being able to accurately forecast what's coming in.*" (AC ¶ 46.) | *Ibid.* |
| 4. **[Analyst]**: "I just want to be clear on the guidance. I mean based on all the factors you laid out, it sounds like you don't expect demand for COVID-19 testing go away in 2022. You're just not sure the timing of when you will get the orders, but you still think there will be some level of demand for the remainder of | *Ibid.* |

| First Claim: For Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants ||
|---|---|
| **Elements Not Sufficiently Alleged** | **Paragraphs in Consolidated Amended Class Action Complaint (ECF No. 31) that Plausibly Allege Those Specific Elements** |
| the year. Is that accurate? **Defendant Brown:** *"Yes, you're absolutely right."* (AC ¶ 47.) | |
| 5. **Sidoti:** "And if you look at the other side of the business - the centralized lab test that you're selling now. Do you think there will be demand for covid type testing for at least the next year or two?" **Defendant Egan:** "Well, you know the experts tell us that covid testing is gonna be – and, you know, the covid virus is gonna be with us until the end of time, and so, you know, we've had, *I think we're gonna have continued demand, where every kind of technology, the centralized lab type approach as well as the at home point of care, they're all gonna used to their highest and best use, and they're gonna be complementary to each other.* So we don't, in fact, view that the introduction of our testing technology will obviate the need for centralized Labs." (AC ¶ 51.) | ¶¶52, 36, 66. |
| 6. Defendant Brown presented a slide titled "Financial Status Q1 2022". Defendant Brown used the slide to tout the Company's "*growth from Q1 to Q1 2021 to 2022 in revenue*", noting that "*in 2021 we had $20.0 million in revenue for Q1 and in Q1 of 2022 we had $22.7 [million] which represents about a 13.5% increase in revenue quarter over quarter, year over year.*" (AC ¶ 53.) | ¶¶55, 66. |
| 7. Additionally, Defendant Brown touted the Company's Adjusted EBITDA, which was *"$11.4 million for both Q1 of '21 and Q1 of 2022."* Defendant Brown stated that this was "one of | *Ibid.* |

| First Claim: For Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants ||
|---|---|
| **Elements Not Sufficiently Alleged** | **Paragraphs in Consolidated Amended Class Action Complaint (ECF No. 31) that Plausibly Allege Those Specific Elements** |
| *the most impressive things that we've been able to do; take on a significant amount of additional expenses but still continue to maintain our adjusted EBITDA for the company and I think this information we've provided here on the company from a financial perspective really shows the strength of what we've done and what we've built here at Co-diagnostics*" because "at the end of 2021 we acquired two companies that were helping develop our new product that we're launching. And, in Q1 of 2021 we did not have any expenses related to those two entities, where in Q1 of 2022 we had a full quarter's worth of twice as many employees and a significant increase in R&D." (AC ¶ 54.) | |
| *Item 303 Violation Omission Theory* – No undisclosed known trend or uncertainty that was reasonably likely to have, or had already had, a material unfavorable impact on net sales or revenues as of filing of the May 12, 2022 Form 10-Q. (AC ¶ 49.) | ¶¶50, 56, 66-75, 45. |
| *Scheme Liability Theory* – No deceptive or manipulative conduct. | N/A. |
| *All Theories* – No scienter. | ¶¶36-37, 45, 48, 50, 52, 55-57, 65-75. |

| Second Claim: For Violation of Section 20(a) of the Exchange Act Against the Individual Defendants ||
|---|---|
| **Elements Not Sufficiently Alleged** | **Paragraphs in Consolidated Amended Class Action Complaint (ECF No. 31) that Plaintiff Believes Plausibly Allege Those Specific Elements** |
| No primary § 10(b) violation. | *See* First Claim. |
| No "control" of Co-Diagnostics. | ¶¶14-16, 43-47, 49, 51, 53-54, 65-69. |