**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>                    Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JASON A. URIS IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, JASON A. URIS, declare under the penalty of perjury the following:

1.    I am an attorney with the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    Co-Diagnostics Inc.'s 2Q 2022 Form 10-Q, filed with the SEC on August 11, 2022.

Exhibit B:    Co-Diagnostics Inc.'s 3Q 2022 Form 10-Q, filed with the SEC on November 10, 2022.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 21, 2023.

                                  _/s/  Jason A. Uris_____
                                  Jason A. Uris