**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JASON A. URIS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CERTIFY THE CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL**

I, JASON A. URIS, declare under the penalty of perjury the following:

1.    I am a partner of the law firm Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of Lead Plaintiff's Motion to Certify the Class, Appoint Class Representative, and Appoint Class Counsel.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    Expert Report of Chad Coffman, CFA, dated July 26, 2024; and

Exhibit B:    Firm resume of Kaplan Fox & Kilsheimer LLP.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 26, 2024.

/s/ *Jason A. Uris*
Jason A. Uris