

Jason A. Uris
Kaplan Fox & Kilsheimer LLP
800 Third Avenue
38th Floor
New York, NY 10022
Telephone: 212.687.1980
Fax: 212.687.7714
Email: juris@kaplanfox.com

August 29, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
500 Pearl Street, Courtroom 15A
New York, NY 10007

   Re:    *Stadium Capital LLC v. Co-Diagnostics, Inc. et al., Case No. 22-cv-6978-AS (S.D.N.Y.)*

Dear Judge Subramanian:

    We write on behalf of Lead Plaintiff ("Plaintiff") regarding Plaintiff's August 26, 2024 letter to Your Honor seeking to compel the production of certain documents from non-party Lambert Global, LLC ("Lambert"). ECF No. 60. On August 27, 2024, Your Honor directed the parties and Lambert to appear for a remote conference today at 2:00pm. ECF No. 61.

    On August 27, 2024 Lambert contacted Plaintiff's counsel via email in order to schedule a call the following day to discuss Lambert's objections. During that call, which occurred in the late afternoon on August 28, Lambert indicated that it would be agreeable to producing documents in response to Plaintiff's document requests. Plaintiff and Lambert are continuing to meet and confer regarding Lambert's search and production of documents and are hopeful that they will be able to reach agreement without Court intervention. As such, we respectfully request that Your Honor cancel the remote conference currently scheduled for today at 2:00pm.

    In the event Plaintiff and Lambert reach an impasse with respect to any disputes, Plaintiff will file a separate letter requesting a conference with the Court.

                            Respectfully submitted,

                            /s/ Jason A. Uris

                            **KAPLAN FOX & KILSHEIMER LLP**
                            Frederic S. Fox
                            Donald R. Hall
                            Jason A. Uris
                            800 Third Avenue, 38th Floor
                            New York, NY 10022

August 29, 2024
Honorable Arun Subramanian
Page 2

Tel: (212) 687-1980
Fax: (212) 687-7714

*Lead Counsel for Lead Plaintiff and the Proposed
Class*

Today's remote conference is CANCELED.

The Clerk of Court is directed to terminate
the motion at Docket 60.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: August 29, 2024

*NEW YORK, NY*                *LOS ANGELES, CA*                *OAKLAND, CA*

*MORRISTOWN, NJ*                *CHICAGO, IL*