UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>-against-<br><br>CO-DIAGNOSTICS, INC. et al.,<br><br>                Defendants. | 22-cv-6978 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By **Monday, November 25, 2024**, class counsel shall file a notice pursuant to Local Rule 23.1 including a statement of the names and addresses of any potential applicants for attorneys' fees in this case and disclosure of any fee sharing agreements with anyone.

      SO ORDERED.

Dated: November 14, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge