**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated, |
| Plaintiff, |
| v. |
| CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN, |
| Defendants. |

Case No.: 1:22-cv-06978-AS

**NOTICE OF DEFENDANTS' MOTION TO REMOVE STADIUM CAPITOL AS LEAD PLAINTIFF AND CLASS REPRESENTATIVE AND TO DECERTIFY THE CLASS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion To Remove Stadium Capitol As Lead Plaintiff And Class Representative And To Decertify The Class, Declaration of Douglas W. Greene, dated December 27, 2024, and Exhibits A-J, and all prior proceedings, pleadings, and filings in this Action, Defendants Co-Diagnostics, Inc., Dwight H. Egan, and Brian L. Brown (collectively, "Defendants"), through their counsel Baker & Hostetler LLP, will respectfully move this Court before the Honorable Arun Subramanian, United States District Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rules of Civil Procedure 23, To Remove Stadium Capitol As Lead Plaintiff And Class Representative And To Decertify The Class and granting such other relief as the Court may deem just and proper.

Dated: December 27, 2024                    Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:    */s/ Douglas W. Greene*
Douglas W. Greene (*pro hac vice*)
dgreene@bakerlaw.com
Genevieve G. York-Erwin
gyorkerwin@bakerlaw.com
Erica Barrow
ebarrow@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200

Marissa A. Peirsol (*pro hac vice*)
mpeirsol@bakerlaw.com
200 S. Civic Center Dr.
Columbus, OH 43215
Telephone: 614.462.2656

*Attorneys for Defendants*