**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated, |
| Plaintiff, |
| v. |
| CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN, |
| Defendants. |

Case No.: 1:22-cv-06978-AS

**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS'**
**MOTION TO REMOVE STADIUM CAPITOL AS LEAD PLAINTIFF AND CLASS**
**REPRESENTATIVE AND TO DECERTIFY THE CLASS**

**DOUGLAS W. GREENE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants Co-Diagnostics, Inc. ("Co-Diagnostics"), Dwight Egan, and Brian Brown (together "Defendants"). I submit this Declaration in support of Defendants' Motion To Remove Stadium Capitol As Lead Plaintiff And Class Representative And To Decertify The Class.

2. Attached hereto as **Exhibit A**, is a true and correct copy of the Original Rule 30(b)(6) Notice of Deposition of Plaintiff Stadium Capital LLC, dated August 2, 2024.

3. Attached hereto as **Exhibit B**, is a true and correct copy of the Amended Rule 30(b)(6) Notice of Deposition of Plaintiff Stadium Capital LLC, dated October 28, 2024.

4.  Attached hereto as **Exhibit C**, is a true and correct copy of the November 7, 2024 email from Plaintiff's counsel, Mr. Jason Uris seeking a remote deposition of Plaintiff Stadium Capital LLC.

5.  Defendants sent about 61 requests for documents to Plaintiff, and Plaintiff produced five documents in response to the same.

6.  Attached hereto as **Exhibit D** is a true and correct copy of the transcript of the deposition that took place on November 15, 2024 of Joseph Zicherman, the Rule 30(b)(6) witness for Plaintiff Stadium Capital LLC.

7.  Defendants intend to email Judge Subramanian's chambers, copying opposing counsel, with a FTP link providing a true and correct copy of the full video recording of Mr. Zicherman's Rule 30(b)(6) deposition, labeled **Exhibits E-I**, as well as specific excerpted portions of that video testimony, labeled **Exhibit J**, as referenced in Defendants' supporting memorandum of law.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 27, 2024 in New York, New York.

/s/ _Douglas W. Greene_____
Douglas W. Greene

2