# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>                        Plaintiff,<br><br>     v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br><br>                      Defendants. | Case No.: 1:22-cv-06978-AS |

**DEFENDANT CO-DIAGNOSTICS, INC.'S**
**NOTICE OF DEPOSITION TO STADIUM CAPITAL LLC**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure Defendant Co-Diagnostics, Inc. ("Co-Diagnostics") will take the deposition of Plaintiff Stadium Capital LLC ("Plaintiff"). The deposition will commence on November 15, 2024, starting at 10:00 a.m. Eastern Time, at Baker & Hostetler, LLP, 45 Rockefeller Plaza New York, NY 10111-0100. The deposition will continue day to day until completed and shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition testimony will be recorded by stenographic means and audio/visual means. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure and the rules of this Court.

Plaintiff shall designate the person(s) to testify on Plaintiff's behalf about each numbered topic in Attachment A to this notice. Co-Diagnostics requests that Plaintiff identify the person(s) designated to testify on Plaintiff's behalf and the topics about which each person will be testifying at least five days prior to the date set for the deposition.

1

4862-2699-5156.4

2

Dated: October 28, 2024

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   */s/ Erica Barrow*
      Douglas W. Greene (*pro hac vice*)
      dgreene@bakerlaw.com
      Genevieve G. York-Erwin
      gyorkerwin@bakerlaw.com
      Erica Barrow
      ebarrow@bakerlaw.com
      45 Rockefeller Plaza
      New York, NY 10111
      Telephone: 212.589.4200

*Attorneys for Defendants*

4862-2699-5156.4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>        Defendants. |

Case No.: 1:22-cv-06978-AS

### ATTACHMENT A TO DEFENDANT CO-DIAGNOSTICS, INC.'S NOTICE OF DEPOSITION TO STADIUM CAPITAL LLC

### DEFINITIONS

The following definitions and instructions are applicable to and incorporated by reference in each Topic.

1. "You," "Your," "Stadium Capital," or "Plaintiff" refers to Plaintiff Stadium Capital LLC, and any additional plaintiff(s) added to the litigation, including any of your attorneys, advisors, representatives, agents, and/or all other Persons acting on your behalf.

2. "Action" means the above-captioned action.

3. "Co-Diagnostics" means Defendant Co-Diagnostics, Inc.

4. "Complaint" means the Consolidated Amended Class Action Complaint filed in the above-captioned action on September 21, 2023, ECF No. 31.

### TOPICS

1. Plaintiff's Answers to Defendants' Interrogatories.

2. Plaintiff's Responses to Defendants' Requests for Production.

4862-2699-5156.4

3.      Documents produced by Plaintiff in this Action.

4.      The facts and circumstances relating to Plaintiff's relationship with proposed class counsel.

5.      Plaintiff's relationship with, knowledge of, or communications with any other putative class members.

6.      The facts alleged by Plaintiff in the Complaint.

7.      The facts and circumstances relating to Plaintiff's claim that the statement(s) referenced in paragraph 44 of the Complaint is false or misleading.

8.      The facts and circumstances relating to Plaintiff's claim that the statement(s) referenced in paragraph 45 of the Complaint is false or misleading.

9.      The facts and circumstances relating to Plaintiff's claim that the statement(s) referenced in paragraph 46 of the Complaint is a false or misleading.

10.     The facts and circumstances relating to Plaintiff's claim that the statement(s) referenced in paragraph 50 of the Complaint is false or misleading.

11.     The facts and circumstances relating to Plaintiff's allegations that Defendants Co-Diagnostics, Dwight Egan, and/or Brian Brown knew or recklessly disregarded that any alleged material statement was false or misleading.

12.     Plaintiff's investment strategies and processes, including its investigation, research, analysis, and decision-making process used to identify stocks and all other securities for purchase or sale.

13.     Plaintiff's investment strategies and processes, including its investigation, research, analysis, and decision-making process used to identify stocks and all other securities for purchase or sale, for companies in the biotechnology and diagnostic testing industries.

2

14.     Plaintiff's investment strategies and processes, including its investigation, research, analysis, and decision-making process used to identify stocks and all other securities for purchase or sale, for companies providing services and products for purposes related to the COVID-19 pandemic.

15.     Plaintiff's knowledge of the facts and circumstances, including its investigation, research, and analysis, related to government funding related to the COVID-19 pandemic.

16.     Plaintiff's due diligence research and analysis of Co-Diagnostics prior to purchasing any Co-Diagnostic securities.

17.     Plaintiff's relationship with, knowledge of, or communications with any market analysts, investment advisors, or other source of information regarding Co-Diagnostics prior to and after Plaintiff purchased Co-Diagnostics securities.

18.     Plaintiff's knowledge and/or review of Co-Diagnostics' public filings with the SEC prior to and after Plaintiff purchased any Co-Diagnostics securities.

19.     The facts and circumstances relating to Plaintiff's purchase or sale of any Co-Diagnostics stocks or other securities.

20.     The facts and circumstances relating to Plaintiff's alleged damages from the purchase or sale of any Co-Diagnostics securities.

21.     Plaintiff's qualifications and experience as a lead plaintiff or class representative in private securities litigation.

22.     The facts and circumstances related to Plaintiff's request to certify the purported class, including:

    a. Plaintiff's Motion to Certify the Class, Appoint Class Representative, and Appoint Class Counsel and Plaintiff's Memorandum in Support, ECF Nos. 56 & 57; and

3

b.  Plaintiff's knowledge of the facts and circumstances related to the Expert Report of

Chad Coffman, CFA, ECF No. 58-1.

Dated:  October 28, 2024                         Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:  */s/ Erica Barrow*
     Douglas W. Greene (*pro hac vice*)
     dgreene@bakerlaw.com
     Genevieve G. York-Erwin
     gyorkerwin@bakerlaw.com
     Erica Barrow
     ebarrow@bakerlaw.com
     45 Rockefeller Plaza
     New York, NY 10111
     Telephone: 212.589.4200

*Attorneys for Defendants*

4