# EXHIBIT C

| | |
|---|---|
| **From:** | Peirsol, Marissa A. |
| **To:** | Jason A. Uris; Fred Fox; Donnie Hall; Chang Hahn |
| **Cc:** | Prieto, Kayla M.; Greene, Douglas W.; York-Erwin, Genevieve G.; Riedel, Christopher K.; Taylor, Zachary R.; Singhal, Ambika B.; Barrow, Erica |
| **Subject:** | RE: [External] Stadium Capital v. Co-Diagnostics, Inc. et al., Case No. 1:22-cv-06978-AS |
| **Date:** | Thursday, November 07, 2024 2:31:09 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Jason,

You may recall that Defendants initially noticed Plaintiff's deposition on August 2, but adjourned that date for after mediation by agreement of the parties. Defendants noticed Plaintiff's deposition for November 15 as a courtesy to avoid any scheduling conflicts with the seven or so other depositions Plaintiff scheduled within a three-week period. Further, this is the first time you've indicated that Plaintiff is unable to attend his deposition as noticed. That said, given Plaintiff's injury, Defendants understand that conducting the deposition remotely is more convenient for Plaintiff and are willing to make the requested accommodation.

As for Sidoti's deposition, I must not have been clear. The noticed date and time has been agreed to and confirmed. Again, we will let you know if that changes.

Thanks,
Marissa

**From:** Jason A. Uris <juris@kaplanfox.com>
**Sent:** Thursday, November 7, 2024 9:46 AM
**To:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Fred Fox <FFox@kaplanfox.com>; Donnie Hall <DHall@kaplanfox.com>; Chang Hahn <CHahn@kaplanfox.com>
**Cc:** Prieto, Kayla M. <kprieto@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Riedel, Christopher K. <criedel@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; Singhal, Ambika B. <asinghal@bakerlaw.com>
**Subject:** RE: [External] Stadium Capital v. Co-Diagnostics, Inc. et al., Case No. 1:22-cv-06978-AS

Marissa,

We gave Defendants 4-6 weeks advance notice for each of the depositions we noticed and worked with you to find mutually agreeable dates and times for the depositions before serving formal notices. You did not provide us the same common courtesy, rather you unilaterally noticed Plaintiff's deposition for the last day of the fact deposition period, providing just 2.5 weeks advance notice. Any other day within the fact deposition period would have been even less notice. Despite making no effort to coordinate with us on a date for Plaintiff's deposition, Plaintiff and Plaintiff's counsel have made themselves available on your requested date and are requesting that the deposition be conducted remotely. Additionally, Plaintiff's corporate

representative has an ankle injury and would strongly prefer to avoid traveling to an in-person deposition. Please confirm whether you are able to make this accommodation.

Regarding the Sidoti deposition, if you are not able to confirm whether the noticed date and time has been agreed to and confirmed by Sidoti & Company or its counsel, we will do so. If you are aware that Sidoti & Company is represented by counsel, please provide us with the necessary contact information today. Otherwise, we will reach out to Sidoti directly.

Thanks,
Jason

**From:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Sent:** Wednesday, November 6, 2024 6:09 PM
**To:** Jason A. Uris <juris@kaplanfox.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Fred Fox <FFox@kaplanfox.com>; Donnie Hall <DHall@kaplanfox.com>; Chang Hahn <CHahn@kaplanfox.com>
**Cc:** Prieto, Kayla M. <kprieto@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Riedel, Christopher K. <criedel@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; Singhal, Ambika B. <asinghal@bakerlaw.com>
**Subject:** RE: [External] Stadium Capital v. Co-Diagnostics, Inc. et al., Case No. 1:22-cv-06978-AS

Jason,

Yes, November 15 at 10:00 a.m. ET works for Plaintiff's deposition. We are, however, intending to take Plaintiff's deposition in person, as noticed.

Also, it is our understanding that the Sidoti deposition is going forward on November 15 at 12:00 p.m. ET. If that changes, we will let you know.

Thanks,
Marissa

**From:** Jason A. Uris <juris@kaplanfox.com>
**Sent:** Wednesday, November 6, 2024 2:23 PM
**To:** Barrow, Erica <ebarrow@bakerlaw.com>; Fred Fox <FFox@kaplanfox.com>; Donnie Hall <DHall@kaplanfox.com>; Chang Hahn <CHahn@kaplanfox.com>
**Cc:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Prieto, Kayla M. <kprieto@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Riedel, Christopher K. <criedel@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; Singhal, Ambika B. <asinghal@bakerlaw.com>
**Subject:** RE: Stadium Capital v. Co-Diagnostics, Inc. et al., Case No. 1:22-cv-06978-AS

[External Email: Use caution when clicking on links or opening attachments.]

Counsel,

Plaintiff's corporate representative is available to sit for a remote deposition on November 15, 2024 at 10:00 a.m. eastern time. Please confirm so that he can reserve that date and time.

Additionally, we are aware that Defendants have served an amended subpoena on Sidoti & Company for a deposition to occur on November 15, 2025 at 12:00 p.m. eastern time. Please confirm whether this date and time has been agreed to and confirmed by Sidoti & Company or its counsel.

Thanks,
Jason

From: Barrow, Erica <ebarrow@bakerlaw.com>
Sent: Monday, October 28, 2024 5:34 PM
To: Fred Fox <FFox@kaplanfox.com>; Donnie Hall <DHall@kaplanfox.com>; Chang Hahn <CHahn@kaplanfox.com>; Jason A. Uris <juris@kaplanfox.com>
Cc: Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Prieto, Kayla M. <kprieto@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Riedel, Christopher K. <criedel@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>; Singhal, Ambika B. <asinghal@bakerlaw.com>
Subject: [External] Stadium Capital v. Co-Diagnostics, Inc. et al., Case No. 1:22-cv-06978-AS

Counsel,

Attached please find Defendants' notice of deposition of Plaintiff Stadium Capital LLC pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

Best,
Erica

**Erica Barrow**
She | Her | Hers
Partner

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4273

ebarrow@bakerlaw.com
bakerlaw.com

 

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.