# Exhibits E-J Are Video Files Transmitted Via FTP To Chambers Of The Honorable Arun Subramanian