UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STADIUM CAPITAL LLC on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>-against-<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>                              Defendants. | 22-cv-6978 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court will hold a hearing on the deposition conduct of Joseph Zicherman. The hearing will occur on **Monday, January 13, 2025** at **2 pm ET** in Courtroom 15A, 500 Pearl Street, New York, NY 10007. Mr. Zicherman must attend the hearing in person.

      SO ORDERED.

Dated: December 30, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                              United States District Judge