**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION<br><br>DECLARATION OF JOSEPH ZICHERMAN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO REMOVE STADIUM CAPITAL AS LEAD PLAINTIFF AND CLASS REPRESENTATIVE AND TO DECERTIFY THE CLASS |

1.      I, Joseph Zicherman, am the sole owner and Managing Director of Stadium Capital LLC ("Stadium Capital"). Stadium Capital is the Court appointed Lead Plaintiff in the above captioned action. I am the individual responsible for monitoring and directing this litigation on behalf of Stadium Capital.

2.      I graduated from the University of Vermont in 1965. I began working at Morgan Stanley in April 1978 and was a partner and managing director in their high net worth practice group until April 1998. I have over 50 years of experience working on Wall Street.

3.      During the Class Period identified in the Consolidated Amended Class Action Complaint (ECF No. 31), May 12, 2022 through the close of the market on August 11, 2022, Stadium Capital purchased 15,000 shares on July 25, 2022 at $6.29 per share, and 21,000 shares on July 26, 2022 at $5.89 per share.

1

4.      I have monitored the progress of this litigation and have regularly conferred with counsel concerning the litigation. For example, I have received documents filed with the Court including, but not limited to, the complaint filed in the action, briefing related to defendants' motion to dismiss, and the Court's Order concerning the same.  I have also consulted with counsel concerning key events in the litigation, including document collection and review, and the overall case schedule.

5.      Throughout this litigation, it has been my practice to have phone calls with Lead Counsel and Class Counsel Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to discuss important documents or key events in the case. For example, with respect to Defendants' discovery requests, I had numerous phone calls with Class Counsel to discuss the scope of Defendants' requests, what documents and information would be produced, and verified any information that was to be provided by Class Counsel in response to Defendants' requests.

6.      In addition, Stadium Capital, as Lead Plaintiff and Class Representative understands that it owes fiduciary duties to all members of the Class to provide fair and adequate representation and is committed to continuing to actively direct this litigation and maximize the recovery. Accordingly, Stadium Capital also intends to continue to provide fair and adequate representation by, among other things, directing the efforts of Lead Counsel and Class Counsel Kaplan Fox to obtain the maximum recovery possible for the Class consistent with good faith and meritorious advocacy. Stadium Capital believes that Kaplan Fox has substantial experience and expertise in prosecuting securities class actions and possesses the necessary financial and human resources to prosecute the case effectively.

7.      Stadium Capital will not accept any payment for service as Class Representative beyond its pro-rate share of any recovery, except as ordered or approved by the Court, including

any award to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

I, Joseph Zicherman, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 17th day of January, 2025.

Joseph Zicherman
*Managing Director*
*Stadium Capital LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will electronically send notification of such filing to all counsel of record.

*/s/ Jason A. Uris*
Jason A. Uris

4