**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>                Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION<br><br>DECLARATION OF JOSEPH ZICHERMAN PURSUANT TO THE COURT'S JANUARY 24, 2025 ORDER (ECF NO. 88) |

I, Joseph Zicherman, the sole owner and Managing Director of Stadium Capital LLC ("Stadium Capital"), the Court appointed Lead Plaintiff in the above captioned action, hereby certify that I understand the following obligations of Stadium Capital as lead plaintiff and, on behalf of Stadium Capital, will abide by them:

1.      To monitor the progress of this litigation, and regularly confer lead counsel, including with respect to important documents, filings, and events in the litigation.

2.      To understand the nature of the claims at issue and the facts of the case.

3.      To adhere to its fiduciary duties to all members of the Class to provide fair and adequate representation and to direct the efforts of lead counsel to obtain the maximum recovery possible for the Class consistent with good faith and meritorious advocacy.

4.      To participate in discovery, including responding to defendants' requests for documents and information, and providing deposition testimony.

5.      To be apprised of any settlement discussions, provide input with respect to any such discussions, and to be the ultimate decider of whether to agree to any potential settlement on behalf of the class as a whole.

I, Joseph Zicherman, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 3rd day of February, 2025.

_____
Joseph Zicherman
*Managing Director*
*Stadium Capital LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will electronically send notification of such filing to all counsel of record.

/s/ Jason A. Uris
Jason A. Uris

3