**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br><br>                Defendants. | Case No.: 1:22-cv-06978-AS<br><br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the accompanying Declaration of Douglas W. Greene, dated March 21, 2025 and all exhibits thereto, all prior proceedings, pleadings, and filings in this Action, and any reply papers filed in further support of this Motion, Defendants Co-Diagnostics, Inc., Dwight H. Egan, and Brian L. Brown (collectively, "Defendants"), through their counsel, Baker & Hostetler LLP, will respectfully move this Court before the Honorable Arun Subramanian, United States District Court Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Fed. R. Civ. P. 56, granting their Motion for Summary Judgment, entering final judgment for Defendants on all claims and closing the case, and granting such other relief as the Court may deem just and proper.

Dated: March 21, 2025                Respectfully submitted,
      New York, New York

                                        **BAKER & HOSTETLER LLP**

1

2

By:  /s/ Douglas W. Greene
    Douglas W. Greene (*pro hac vice*)
    dgreene@bakerlaw.com
    Genevieve G. York-Erwin
    gyorkerwin@bakerlaw.com
    Marissa Peirsol (*pro hac vice*)
    mpeirsol@bakerlaw.com
    45 Rockefeller Plaza
    New York, NY 10111
    Telephone: 212.589.4200

*Attorneys for Defendants*

2