**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>        Defendants. | Case No.: 1:22-cv-06978-AS<br><br>**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

**DOUGLAS W. GREENE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants, Co-Diagnostics, Inc. ("Co-Diagnostics"), Dwight H. Egan ("D. Egan"), and Brian L. Brown ("Brown") (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion For Summary Judgment. I declare that the following statements are true to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently as follows.

**SEC Filings**

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Co-Diagnostics' Form 10-Q, for the quarter ended March 31, 2020, filed with the United States Securities and Exchange Commission ("SEC") on May 14, 2020.

3.    Attached hereto as **Exhibit 2** is a true and accurate copy of Co-Diagnostics' Amended Form 10-Q, for the quarter ended June 30, 2020, filed with the SEC on November 3, 2020.

4.    Attached hereto as **Exhibit 3** is a true and accurate copy of Co-Diagnostics' Amended Form 10-Q, for the quarter ended September 30, 2020, filed with the SEC on November 16, 2020.

5.    Attached hereto as **Exhibit 4** is a true and accurate copy of Co-Diagnostics' Form 8-K, filed with the SEC on February 22, 2021.

6.    Attached hereto as **Exhibit 5** is a true and accurate copy of Co-Diagnostics' Form 10-K, for the fiscal year ending December 31, 2020, filed with the SEC on March 25, 2021.

7.    Attached hereto as **Exhibit 6** is a true and accurate copy of Co-Diagnostics' Form 8-K and attached press release, filed with the SEC on May 13, 2021.

8.    Attached hereto as **Exhibit 7** is a true and accurate copy of Co-Diagnostics' Form 10-Q, for the quarter ended March 31, 2021, filed with the SEC on May 13, 2021.

9.    Attached hereto as **Exhibit 8** is a true and accurate copy of Co-Diagnostics' Form 8-K, filed with the SEC on July 9, 2021.

10.    Attached hereto as **Exhibit 9** is a true and accurate copy of Co-Diagnostics' Form 10-Q, for the quarter ended June 30, 2021, filed with the SEC on August 12, 2021.

11.    Attached hereto as **Exhibit 10** is a true and accurate copy of Co-Diagnostics' Form 10-Q, for the quarter ended September 30, 2021, filed with the SEC on November 12, 2021.

12.    Attached hereto as **Exhibit 11** is a true and accurate copy of Co-Diagnostics' Form 8-K and attached press release, filed with the SEC on March 15, 2022.

13.     Attached hereto as **Exhibit 12** is a true and accurate copy of Co-Diagnostics' Form 10-K, for the fiscal year ending December 31, 2021, filed with the SEC on March 24, 2022.

14.     Attached hereto as **Exhibit 13** is a true and accurate copy of Co-Diagnostics' Form 8-K and attached press release, filed with the SEC on May 12, 2022.

15.     Attached hereto as **Exhibit 14** is a true and accurate copy of Co-Diagnostics' Form 10-Q, for the quarter ended March 31, 2022, filed with the SEC on May 12, 2022.

16.     Attached hereto as **Exhibit 15** is a true and accurate copy of a compilation of the Form 4s signed by Brian Brown and filed with the SEC between November 23, 2021 and November 23, 2022.

17.     Attached hereto as **Exhibit 16** is a true and accurate copy of a compilation of the Form 4s signed by Dwight Egan and filed with the SEC between November 23, 2021 and November 23, 2022.

18.     Attached hereto as **Exhibit 17** is a true and accurate copy of Co-Diagnostics' Form 8-K and attached press release, filed with the SEC on August 11, 2022.

19.     Attached hereto as **Exhibit 18** is a true and accurate copy of Co-Diagnostics' Form 10-Q, for the quarter ended June 30, 2022, filed with the SEC on August 11, 2022.

20.     Attached hereto as **Exhibit 19** is a true and accurate copy of Co-Diagnostics' Form 10-Q, for the quarter ended September 30, 2022, filed with the SEC on November 10, 2022.

### **Deposition Transcripts**

21.     Andrew Benson was deposed on November 12, 2024. Attached hereto as **Exhibit 20** is a true and accurate copy of the deposition transcript of Mr. Benson, with the errata sheet executed by Mr. Benson.

22.    Brian Brown was deposed on November 5, 2024. Attached hereto as **Exhibit 21** is a true and accurate copy of the deposition transcript of Mr. Brown, with the errata sheet executed by Mr. Brown.

23.    Chad Coffman was deposed on January 28, 2025. Attached hereto as **Exhibit 22** is a true and accurate copy of the deposition transcript of Mr. Coffman, with the errata sheet executed by Mr. Coffman.

24.    Dwight Egan was deposed on November 14, 2024. Attached hereto as **Exhibit 23** is a true and accurate copy of the deposition transcript of Mr. Dwight Egan, with the errata sheet executed by Mr. Dwight Egan.

25.    Seth Egan was deposed on November 7, 2024. Attached hereto as **Exhibit 24** is a true and accurate copy of the deposition transcript of Mr. Seth Egan.

26.    Joseph Featherstone was deposed on October 29, 2024. Attached hereto as **Exhibit 25** is a true and accurate copy of the deposition transcript of Mr. Featherstone, with the errata sheet executed by Mr. Featherstone.

27.    Cameron Gundry was deposed on November 1, 2024. Attached hereto as **Exhibit 26** is a true and accurate copy of the deposition transcript of Mr. Gundry, with the errata sheet executed by Mr. Gundry.

28.    Michael Houston was deposed on November 11, 2024. Attached hereto as **Exhibit 27** is a true and accurate copy of the deposition transcript of Mr. Houston.

29.    Dr. Vinita Juneja was deposed on February 7, 2025. Attached hereto as **Exhibit 28** is a true and accurate copy of the deposition transcript of Dr. Juneja, with the errata sheet executed by Dr. Juneja.

30. Dr. Thomas Tsai was deposed on February 6, 2025. Attached hereto as **Exhibit 29** is a true and accurate copy of the deposition transcript of Dr. Tsai, with the errata sheet executed by Dr. Tsai.

31. Plaintiff Stadium Capital LLC's managing director and corporate representative, Joseph Zicherman, was deposed on November 15, 2024. Attached hereto as **Exhibit 30** is a true and accurate copy of the November 15, 2024 deposition transcript of Mr. Zicherman.

32. The deposition of Plaintiff's corporate representative, Mr. Zicherman, was continued on February 4, 2025. Attached hereto as **Exhibit 31** is a true and accurate copy of the February 4, 2025 deposition transcript of Mr. Zicherman.

## Publicly Available Sources

33. Attached hereto as **Exhibit 32** is a true and accurate copy of a press release, issued by Co-Diagnostics on April 6, 2020, titled "Co-Diagnostics, Inc. Receives FDA Emergency Use Authorization for COVID-19 Test," available at https://ir.co-dx.com/2020-04-06-Co-Diagnostics-Inc-Receives-FDA-Emergency-Use-Authorization-for-COVID-19-Test.

34. Attached hereto as **Exhibit 33** is a true and accurate copy of a news publication, titled "Covid Testing Demand Spikes Ahead of Holidays, With Long Lines at Sites" published by NBC News on December 17, 2021, available at https://www.nbcnews.com/news/us-news/covid-testing-demand-spikes-ahead-christmas-lines-sites-rcna9140.

35. Attached hereto as **Exhibit 34** is a true and accurate copy of a news publication, titled "Labs Limit Covid-19 Test Access as Demand Soars" published by the Wall Street Journal on January 10, 2022, available at https://www.wsj.com/articles/labs-limit-covid-19-test-access-as-demand-soars-11641724202.

36.     Attached hereto as **Exhibit 35** is a true and accurate copy of a news publication, titled "Illinois Governor to Lift Mask Mandate Except for Schools" published by the Associated Press on February 9, 2022, available at https://apnews.com/article/coronavirus-pandemic-health-illinois-899f9fbb9455ad25c82fb82327a7c652.

37.     Attached hereto as **Exhibit 36** is a true and accurate copy of a news publication, titled "San Antonio's Largest School District to Lift Mask Mandate" published by the San Antonio Report on February 10, 2022, available at https://sanantonioreport.org/northside-isd-to-lift-mask-mandate/.

38.     Attached hereto as **Exhibit 37** is a true and accurate copy of a news publication, titled "U.K. Lifts All Testing Requirements for Vaccinated Travelers Starting Today" published by NPR on February 11, 2022, available at https://www.npr.org/2022/02/11/1080053580/u-k-lifts-all-testing-requirements-for-vaccinated-travelers-starting-today.

39.     Attached hereto as **Exhibit 38** is a true and accurate copy of an announcement, titled "SGMC Adjusts Testing and Vaccinations for COVID-19" published by South Georgia Medical Center on February 11, 2022, available at https://www.sgmc.org/sgmc-adjusts-testing-and-vaccinations-for-covid-19/.

40.     Attached hereto as **Exhibit 39** is a true and accurate copy of a news publication, titled "Indoor Mask Use No Longer Necessary Across Most of the U.S., CDC Says" published by NBC News on February 25, 2022, available at https://www.nbcnews.com/health/health-news/cdc-indoor-masking-no-longer-necessary-us-rcna17686.

41.     Attached hereto as **Exhibit 40** is a true and accurate copy of a news publication, titled "Demand for Covid-19 Testing is Falling, But Experts Caution it's as Important as Ever"

published by CNN on March 1, 2022, available at https://www.cnn.com/2022/03/01/health/covid-testing-demand-decline/index.html.

42.     Attached hereto as **Exhibit 41** is a true and accurate copy of a news publication, titled "Columbus City Schools Lifting Mask Mandate for Students & Staff" published by 10TV news on March 3, 2022, available at https://www.10tv.com/article/news/health/coronavirus/columbus-city-schools-masks-mandate/530-44f39930-66bb-4a9a-9d6b-dc1b610ab4e4.

43.     Attached hereto as **Exhibit 42** is a true and accurate copy of a news publication, titled "TSA to Extend Mask Mandate for Planes, Public Transportation Until April 18" published by NBC News on March 10, 2022, available at https://www.nbcnews.com/politics/white-house/tsa-extend-mask-mandate-planes-public-transportation-april-18-rcna19514.

44.     Attached hereto as **Exhibit 43** is a true and accurate copy of a news publication, titled "Here's What Could Lie Ahead for the US in the Third Year of the Pandemic" published by CNN on March 13, 2022, available at https://www.cnn.com/2022/03/13/health/pandemic-year-three-predictions/index.html.

45.     Attached hereto as **Exhibit 44** is a true and accurate copy of a news publication, titled "White House Says 1st Cuts to COVID Efforts will Hit Americans Next Week as Funding Stalls in Congress" published by ABC News on March 15, 2022, available at https://abcnews.go.com/Politics/white-house-1st-cuts-covid-efforts-hit-americans/story?id=83447485.

46.     Attached hereto as **Exhibit 45** is a true and accurate copy of a news publication, titled "COVID Cases Predicted to Rise in Coming Weeks Because of New BA.2 Variant"

7

published by ABC News on March 17, 2022, available at https://abcnews.go.com/Health/covid-cases-predicted-rise-coming-weeks-ba2-variant/story?id=83501592.

47.     Attached hereto as **Exhibit 46** is a true and accurate copy of a news publication, titled "What's in the COVID-19 Forecast? New Variants Moving into Massachusetts" published by CBS News on March 17, 2022, available at https://www.cbsnews.com/boston/news/covid-variant-ba2-deltacron-massachusetts-forecast/.

48.     Attached hereto as **Exhibit 47** is a true and accurate copy of a news publication, titled "Canada to Drop Testing Requirements for Vaccinated Travelers Starting April 1" published by the Washington Post on March 17, 2022, available at https://www.washingtonpost.com/travel/2022/03/17/canada-lifts-testing-restrictions-vaccinated-travel/.

49.     Attached hereto as **Exhibit 48** is a true and accurate copy of a news publication, titled "U.K. COVID Cases are Rising. Health Officials are Watching to See if the U.S. is Next" published by NPR on March 19, 2022, available at https://www.npr.org/sections/health-shots/2022/03/19/1087682826/omicron-variant-ba2-surge.

50.     Attached hereto as **Exhibit 49** is a true and accurate copy of a news publication, titled "Another Covid Surge May Be Coming. Are We Ready for It?" published by the New York Times on March 19, 2022, available at https://www.nytimes.com/2022/03/19/health/covid-ba2-surge-variant.html.

51.     Attached hereto as **Exhibit 50** is a true and accurate copy of a news publication, titled "Free COVID Tests and Treatments No Longer Free for Uninsured, as Funding Runs Out" published by NPR on March 29, 2022, available at https://www.npr.org/sections/health-

shots/2022/03/29/1089355997/free-covid-tests-and-treatments-no-longer-free-for-uninsured-as-funding-runs-out.

52. Attached hereto as **Exhibit 51** is a true and accurate copy of a news publication, titled "City Council Lifts LA's Proof of COVID-19 Vaccination Mandate," published by the NBC News on March 30, 2022, available at https://www.nbclosangeles.com/news/local/la-city-council-vaccine-proof-mandate-covid-coronavirus/2859298/.

53. Attached hereto as **Exhibit 52** is a true and accurate copy of a news publication, titled "A New Wave of Covid-19 Is Coming. Here's How to Prepare" published by the New York Times on March 30, 2022, available at https://www.nytimes.com/2022/03/30/well/live/ba2-omicron-covid.html.

54. Attached hereto as **Exhibit 53** is a true and accurate copy of a news publication, titled "New York City Keeps Mask Mandate for Kids Under 5 as Cases Rise" published by the New York Times on April 1, 2022, available at https://www.nytimes.com/2022/04/01/nyregion/erigc-adams-mask-mandate-children.html.

55. Attached hereto as **Exhibit 54** is a true and accurate copy of a news publication, titled "This Bay Area School is Reinstating its Mask Mandate After a COVID-19 Spike" published by the San Francisco Chronicle on April 1, 2022, available at https://www.sfchronicle.com/bayarea/article/This-Bay-Area-school-is-reinstating-its-mask-17052224.php.

56. Attached hereto as **Exhibit 55** is a true and accurate copy of a news publication, titled "US Likely to See a Surge of Covid-19 in the Fall, Fauci Says" published by CNN on April 7, 2022, available at https://www.cnn.com/2022/04/07/health/fauci-covid-fall-surge/index.html.

57.     Attached hereto as **Exhibit 56** is a true and accurate copy of a news publication, titled "Incomplete Data Likely Masks a Rise in U.S. Covid Cases as Focus on Infection Counts Fades" published by NBC News on April 10, 2022, available at https://www.nbcnews.com/health/health-news/incomplete-data-likely-masks-rise-us-covid-cases-rcna23652.

58.     Attached hereto as **Exhibit 57** is a true and accurate copy of a news publication, titled "Philly's Return of Masks Gets Both Eyerolls and Support from Residents. Can Health Officials Bridge This Divide?" published by the Philadelphia Inquirer on April 12, 2022, available at https://www.inquirer.com/health/coronavirus/philadelphia-mask-mandate-reaction-20220412.html.

59.     Attached hereto as **Exhibit 58** is a true and accurate copy of a news publication, titled "CDC Extends Public Transit Mask Requirement to May 3 as COVID Cases Tick Up" published by PBS News on April 13, 2022, available at https://www.pbs.org/newshour/nation/cdc-extends-public-transit-mask-requirement-to-may-3-as-covid-cases-tick-up.

60.     Attached hereto as **Exhibit 59** is a true and accurate copy of a news publication, titled "Many Virus Cases Go Uncounted. Are There Better Ways to Track the Pandemic?" published by the New York Times on April 14, 2022, available at https://www.nytimes.com/2022/04/14/health/covid-cases-tracking.html.

61.     Attached hereto as **Exhibit 60** is a true and accurate copy of a news publication, titled "Covid Infections Rise, but Hospitalizations Remain Low" published by NBC News on April 17, 2022, available at https://www.nbcnews.com/meet-the-press/fear-uncertainty-apathy-covid-infections-rise-hospitalizations-remain-low-n1294490.

62.    Attached hereto as **Exhibit 61** is a true and accurate copy of a news publication, titled "U.S. Extends COVID-19 Vaccination Requirement for Those Entering at Land, Ferry Points" published by CBC News on April 22, 2022, available at https://www.cbc.ca/news/world/us-covid-border-extension-1.6427514.

63.    Attached hereto as **Exhibit 62** is a true and accurate copy of a news publication, titled "Are We in the Middle of an Invisible Covid Wave?" published by The Atlantic, on April 28, 2022, available at https://www.theatlantic.com/health/archive/2022/04/covid-ba2-omicron-invisible-wave/629708/.

64.    Attached hereto as **Exhibit 63** is a true and accurate copy of a news publication, titled "Even as COVID Cases Rise, Mask Mandates Stay Shelved" published by the LA Times on May 5, 2022, available at https://www.latimes.com/science/story/2022-05-05/even-as-covid-cases-rise-mask-mandates-stay-shelved.

65.    Attached hereto as **Exhibit 64** is a true and accurate copy of a news publication, titled "As COVID-19 Cases Surge Again, Public Health Leaders See A Turning Point" published by NPR on May 6, 2022, available at https://www.npr.org/2022/05/04/1096757468/as-covid-19-cases-surge-again-public-health-leaders-see-a-turning-point.

66.    Attached hereto as **Exhibit 65** is a true and accurate copy of a news publication, titled "Coronavirus Wave This Fall Could Infect 100 Million, Administration Warns" published by the Washington Post on May 6, 2022, available at https://www.washingtonpost.com/health/2022/05/06/fall-winter-coronavirus-wave/.

67.    Attached hereto as **Exhibit 66** is a true and accurate copy of a news publication, titled "Here's What the White House's Grim Coronavirus Warning Means for You" published by

11

CNN on May 9, 2022, available at https://www.cnn.com/2022/05/09/politics/white-house-100-million-covid-infections-projection-what-matters/index.html.

68.    Attached hereto as **Exhibit 67** is a true and accurate copy of a news publication, titled "A Coming Fall Surge? U.S. Officials Predict Another 100 Million Cases in Late 2022" published by The New York Times, on May 9, 2022, available at https://www.nytimes.com/2022/05/09/briefing/100-million-coronavirus-covid-us.html.

69.    Attached hereto as **Exhibit 68** is a true and accurate copy of a news publication, titled "Pandemic Gets Tougher to Track as COVID Testing Plunges" published by the Associated Press on May 10, 2022, available at https://apnews.com/article/covid-us-testing-decline-14bf5b0901260b063e4fa444633f4d31.

70.    Attached hereto as **Exhibit 69** is a true and accurate copy of a news publication, titled "COVID Cases in California Are Leveling Off, but Here's How BA.2 Variant Might Change That" published by the San Francisco Chronicle on May 16, 2022, available at https://www.sfchronicle.com/health/article/One-of-the-calmest-moments-so-far-but-Bay-17037530.php.

71.    Attached hereto as **Exhibit 70** is a true and accurate copy of a news publication, titled "New York City Coronavirus Cases Reach 'High' Alert Level" published by the New York Times on May 17, 2022, available at https://www.nytimes.com/2022/05/17/nyregion/nyc-covid-high-alert.html.

72.    Attached hereto as **Exhibit 71** is a true and accurate copy of a news publication, titled "Politics and Pandemic Fatigue Doom California's Covid Vaccine Mandates" published by California Healthline on May 27, 2022, available at

https://californiahealthline.org/news/article/politics-and-pandemic-fatigue-doom-californias-covid-vaccine-mandates/.

73.    Attached hereto as **Exhibit 72** is a true and accurate copy of a press release, issued by the Centers for Disease Control ("CDC") on June 10, 2022, titled "CDC Rescinds Order Requiring Negative Pre-Departure COVID-19 Test Prior to Flight to the US," available at https://archive.cdc.gov/#/details?url=https://www.cdc.gov/media/releases/2022/s0610-COVID-19-test.html.

74.    Attached hereto as **Exhibit 73** is a true and accurate copy of a news publication, titled "As Omicron Rages On, Scientists Have No Idea What Comes Next" published by Science on July 19, 2022, available at https://www.science.org/content/article/omicron-rages-scientists-have-no-idea-what-comes-next.

75.    Attached hereto as **Exhibit 74** is a true and accurate copy of a press release, issued by the CDC on August 11, 2022, titled "CDC Streamlines COVID-19 Guidance to Help the Public Better Protect Themselves and Understand Their Risk," available at https://archive.cdc.gov/#/details?url=https://www.cdc.gov/media/releases/2022/p0811-covid-guidance.html.

76.    Attached hereto as **Exhibit 75** is a true and accurate copy of a transcript of the Co-Diagnostics earnings call, held on March 24, 2022, published by S&P Global Market Intelligence.

77.    Attached hereto as **Exhibit 76** is a true and accurate copy of a transcript of the Co-Diagnostics earnings call, held on May 12, 2022, published by S&P Global Market Intelligence.

78.    Attached hereto as **Exhibit 77** is a true and accurate copy of a transcript of the Co-Diagnostics earnings call, held on August 11, 2022, published by S&P Global Market Intelligence.

79.     Attached hereto as **Exhibit 78** is a true and accurate copy of an analyst report prepared by Sidoti & Co., LLC, dated May 13, 2022.

80.     Attached hereto as **Exhibit 79** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated May 16, 2022.

81.     Attached hereto as **Exhibit 80** is a true and accurate copy of an analyst report prepared by Litchfield Hills Research, dated May 16, 2022.

82.     Attached hereto as **Exhibit 81** is a true and accurate copy of an analyst report prepared by Maxim Group, dated August 12, 2022.

83.     Attached hereto as **Exhibit 82** is a true and accurate copy of an analyst report prepared by Sidoti & Co., LLC, dated August 12, 2022.

84.     Attached hereto as **Exhibit 83** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated August 15, 2022.

85.     Attached hereto as **Exhibit 84** is a true and accurate copy of an analyst report prepared by Litchfield Hills Research, dated August 15, 2022.

86.     Attached hereto as **Exhibit 85** is a true and accurate copy of an analyst report prepared by Sidoti & Co., LLC, dated March 4, 2022.

87.     Attached hereto as **Exhibit 86** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated March 25, 2022.

88.     Attached hereto as **Exhibit 87** is a true and accurate copy of an analyst report prepared by Sidoti & Co., LLC, dated March 25, 2022.

89.     Attached hereto as **Exhibit 88** is a true and accurate copy of an analyst report prepared by Litchfield Hills Research, dated March 28, 2022.

90.    Attached hereto as **Exhibit 89** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated July 12, 2022.

91.    Attached hereto as **Exhibit 90** is a true and accurate copy of Co-Diagnostics' stock price history for May 12, 2022 through August 12, 2022, pulled from Yahoo!Finance on March 20, 2025.

## Expert Materials

92.    Attached hereto as **Exhibit 91** is a true and accurate copy of the Declaration of Dr. Thomas Tsai, attaching a true and accurate copy the Expert Report of Dr. Thomas Tasi, MD, MPH, dated November 20, 2024, and appendices thereto.

93.    Attached hereto as **Exhibit 92** is a true and accurate copy of the Declaration of Dr. Vinita Juneja, attaching a true and accurate copy the Expert Report of Dr. Vinita Juneja, Ph.D., dated November 20, 2024, and appendices thereto.

94.    Attached hereto as **Exhibit 93** is a true and accurate copy of the Declaration of Dr. Vinita Juneja, attaching a true and accurate copy the Reply Expert Report of Dr. Vinita Juneja, Ph.D., dated January 10, 2025, and appendices thereto.

95.    Attached hereto as **Exhibit 94** is a true and accurate copy of the Expert Report of Chad Coffman, CFA, and exhibits and appendices thereto, produced by Plaintiff on or about November 20, 2024.

96.    Attached hereto as **Exhibit 95** is a true and accurate copy of the Reply Report of Chad Coffman, CFA, and appendices thereto, produced by Plaintiff on or about January 10, 2025.

15

**Case Documents**

97.     Attached hereto as **Exhibit 96** is a true and accurate copy of Co-Diagnostics' quarterly sales dashboard reflecting 2020-2021 sales data from Monday.com ("Monday.com Quarterly Dashboard"), Bates-stamped CoDx_00501488.

98.     Attached hereto as **Exhibit 97** is a true and accurate copy of an internal Co-Diagnostics email chain, dated February 8, 2022, Bates-stamped CoDx_00043742.

99.     Attached hereto as **Exhibit 98** is a true and accurate copy of an internal Co-Diagnostics email chain and attached document, dated March 8, 2022, Bates-stamped CoDx_00004432.

100.    Attached hereto as **Exhibit 99** is a true and accurate copy of an email between Tom Williams, Dwight Egan, and other Co-Diagnostics personnel, dated April 10, 2022, Bates-stamped CoDx_00020306.

101.    Attached hereto as **Exhibit 100** is a true and accurate copy of an email between Global Source Advisors and Dwight Egan, dated April 28, 2022, Bates-stamped CoDx_00035082.

102.    Attached hereto as **Exhibit 101** is a true and accurate copy of a May 2022 Co-Diagnostics presentation to its Board of Directors, Bates-stamped CoDx_00239088.

103.    Attached hereto as **Exhibit 102** is a true and accurate copy of a May 2022 Co-Diagnostics presentation, Bates-stamped CoDx_00034152.

104.    Attached hereto as **Exhibit 103** is a true and accurate copy of an internal Co-Diagnostics email chain, dated May 4, 2022, Bates-stamped CoDx_00042651.

105.    Attached hereto as **Exhibit 104** is a true and accurate copy of an internal Co-Diagnostics email chain and attached document, dated May 4, 2022, Bates-stamped CoDx_00004432.

106.   Attached hereto as **Exhibit 105** is a true and accurate copy of an email chain and between Lambert, Brian Brown, and Andrew Benson and attached document, dated May 4, 2022, Bates-stamped CoDx_00075094.

107.   Attached hereto as **Exhibit 106** is a true and accurate copy of an email chain between Brian Brown, Andew Benson, and Lambert, dated May 4, 2022 (the "May 4 Lambert Email"), Bates-stamped LAMBERT0000769.

108.   Attached hereto as **Exhibit 107** is a true and accurate copy of an email chain between Brian Brown, Andew Benson, and Lambert, dated May 6, 2022 (the "May 6 Lambert Email"), Bates-stamped LAMBERT0002146.

109.   Attached hereto as **Exhibit 108** is a true and accurate copy of an email chain between Brian Brown, Andew Benson, and Lambert, dated May 8, 2022 through May 9, 2022 (the "May 8-9 Lambert Email"), Bates-stamped CoDx_00506169.

110.   Attached hereto as **Exhibit 109** is a true and accurate copy of an email between Tom Williams, Seth Egan, and Dwight Egan, dated May 9, 2022, Bates-stamped CoDx_00034506.

111.   Attached hereto as **Exhibit 110** is a true and accurate copy of a November 2022 Co-Diagnostics investor presentation (the "November 2022 Investor Presentation"), Bates-stamped CoDx_00500647.

112.   Attached hereto as **Exhibit 111** is a true and accurate copy of Defendants' Supplemental Answers and Objections to Plaintiff's First Set of Interrogatories, dated May 15, 2024.

113.   Attached hereto as **Exhibit 112** is the declaration of Easton Egan, attaching a true and accurate copy of a compilation of Co-Diagnostics' weekly Logix test sales data from Monday.com ("Weekly Sales Data Compilation").

17

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2022, at New York, New York.

/s/ Douglas W. Greene
Douglas W. Greene

18