# Exhibit 23

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

STADIUM CAPITAL LLC, on          )
behalf of itself and             )
all others similarly             )
situated,                        )
                Plaintiff,       )Case No.
                                 )22-cv-6978-AS
          vs.                    )
                                 )
CO-DIAGNOSTICS, INC.,            )
DWIGHT H. EGAN, and              )
BRIAN L. BROWN,                  )
                Defendants.      )
_____


REMOTE VIDEOTAPED DEPOSITION OF

DWIGHT EGAN

Sandy, Utah

Thursday, November 14, 2024


Reported By:

CATHI IRISH, RPR, CRR, CLVS

Page 2

November 14, 2024
9:00 a.m.

Remote videotaped deposition of DWIGHT EGAN, with all participants appearing via videoconference, before Cathi Irish, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public of the State of New York.

Page 3

A P P E A R A N C E S:

KAPLAN FOX & KILSHEIMER LLP
Attorneys for Plaintiff
    800 Third Avenue
    38th Floor
    New York, New York 10022
BY:  JASON A. URIS, ESQ.
     CHANG HAHN, ESQ.


BAKER & HOSTETLER LLP
Attorneys for Defendants
    200 Civic Center Drive
    Suite 1200
    Columbus, Ohio 43215
BY:  MARISSA A. PEIRSOL, ESQ.
     GENEVIEVE G. YORK-ERWIN, ESQ.


ALSO PRESENT:
  CHRIS HANLON, videographer
  KEVIN ONTIVEROS

Page 4

THE VIDEOGRAPHER:  Good morning. We are going on the record.  The date today is November 14, 2024.  The time is 9 a.m. Eastern time.

This is media unit number 1 of the video recorded deposition of Mr. Dwight Egan taken in the matter of Stadium Capital LLC versus Co-Diagnostics, Incorporated, et al., filed in the U.S. District Court for the Southern District of New York. This is case number 22-cv-6978.

My name is Christopher Hanlon. I'm a certified legal videographer. Our court reporter today is Cathi Irish and we are with Veritext Legal Solutions.

At this time I would ask counsel to please state your appearances for the record starting with the noticing attorney, please.

MR. URIS:  Jason Uris from Kaplan Fox & Kilsheimer LLP on behalf of plaintiff and the class.

Page 5

MS. HAHN:  Chang Hahn on behalf of plaintiff and the class from Kaplan Fox & Kilsheimer LLP.

MS. PEIRSOL:  Marissa Peirsol with Baker Hostetler here on behalf of defendants.

MS. YORK-ERWIN:  Genevieve York-Irwin, Baker Hostetler, here on behalf of defendants.

THE VIDEOGRAPHER:  Thank you. Mr. Ontiveros, would you like to make your appearance?

MR. ONTIVEROS:  Kevin Ontiveros, General Counsel for Co-Diagnostics.

THE VIDEOGRAPHER:  Thank you very much.

At this time I would ask our court reporter to please administer the oath and we can proceed.

D W I G H T   E G A N,  called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:
///

2 (Pages 2 - 5)

Page 6

EXAMINATION
BY MR. URIS:
Q. Mr. Egan, good morning and thank you for making yourself available to provide testimony today.
A. Good morning to you, Jason.
Q. Can you please state your full name for the record?
A. Dwight Howard Egan.
Q. What is your current home address?
A. 8584 South Taos Drive, Sandy, Utah 84093.
Q. I would just like to go over a few ground rules before we get started. Do you understand that you took an oath under penalty of perjury to tell the truth today?
A. Yes.
Q. Are you aware of any reason why you cannot testify truthfully today?
A. No.
Q. Throughout the day, if you could please let me finish my questions before

Page 7

EGAN
answering, I think that would be helpful for the court reporter, and you need to answer audibly so that means no nodding or shaking your head. Does that work for you?
A. Yes.
Q. Throughout today's deposition, your counsel may object to form, but unless they specifically instruct you not to answer, you must still answer truthfully. Do you understand?
A. Yes.
Q. And if you need a break, please just let me know. However, if a question is pending, I prefer that you finish answering the question before we take a break. Does that work for you?
A. Yes.
Q. If I ask a question and you answer it I'll assume you understood the question, but if you don't understand the question or it's unclear, please let me know and I'll try to clarify it.
Where are you today?

Page 8

EGAN
A. I'm in my home office.
Q. Is anyone in the room with you?
A. No.
Q. Do you understand that you cannot communicate with your lawyers during the time that you're providing testimony on the record?
A. Yes.
Q. Have you ever been charged with a crime?
A. No.
Q. Have you ever been named as a defendant in any civil litigation?
A. Yes.
Q. What matters?
A. I've been -- I have a case with Gelt Trading.
Q. Do you recall what the allegations are in that case?
A. The allegations revolve around the sensitivity and specificity of our COVID test.
Q. Do they concern public statements made regarding the specificity of your

Page 9

EGAN
COVID test?
A. I believe it revolves around a press release that was issued by the company.
Q. Have you been named as a defendant in any other civil litigations?
A. No.
Q. Have you had your deposition taken before today?
A. Yes.
Q. In what matters?
A. I've had my deposition taken in the Gelt Trading matter.
Q. Any other matters?
A. And maybe 25 or 30 years ago I had my deposition taken in a matter in which the company I worked for had a -- we were the plaintiff and I testified in a deposition in that case.
Q. Do you recall generally what that case was about?
A. It was about a conflict of interest between one of our managers and a customer.

3 (Pages 6 - 9)

Page 10

EGAN

Q. When did you first become aware of today's deposition?

A. I think I was notified a couple of weeks ago by my counsel that the deposition time had been set.

Q. Did you prepare for today's deposition?

A. I met with my counsel.

Q. How many times did you meet with counsel?

A. Twice.

Q. Do you recall when those meetings were?

A. Tuesday and Wednesday of this week.

Q. Who was present at each of those meetings?

A. I was present, Marissa Peirsol, and Genevieve York-Erwin, and at one of the meetings Kevin Ontiveros.

Q. Which meeting was he present for?

A. The Wednesday meeting.

Q. Do you recall approximately how long each of those meetings were?

Page 11

EGAN

A. Several hours.

Q. Did you review any documents during those meetings?

A. I did.

Q. Did any of the documents you reviewed help you recall any specific events that had occurred in either 2021 or 2022?

A. I was aware of events in '21 and '22.

Q. Did you bring any notes or documents with you today for your deposition?

A. No.

Q. Did you take any notes in preparation for this deposition?

A. I did not.

Q. Did you review any notes or outlines in preparation for this deposition?

A. No.

Q. Do you know what this lawsuit is about?

A. I believe this lawsuit is about a

Page 12

EGAN

press release issued in conjunction with our earnings for first quarter of 20 -- 2022.

Q. Do you know whether it concerns any public statements other than statements in that press release that you referenced?

A. I believe it may involve the earnings call that we did immediately subsequent to the release of our quarterly results.

Q. Other than the statements that the litigation concerns, do you have any other understanding of what the allegations are in this case?

A. Those are the ones that I'm aware of.

Q. Have you discussed this lawsuit with anyone other than your counsel?

A. No.

Q. Do you recall when you first heard about this case?

A. I don't recall when I first heard about it.

Page 13

EGAN

Q. Have you read either the complaint or the amended complaint that was filed in this action?

A. Parts of it.

Q. Do you have any agreements in place, whether with Co-Diagnostics or anyone else that would in any way affect your testimony today?

A. No.

Q. I'd like to ask you a little bit about your educational background. Did you attend college?

A. I did.

Q. Where did you attend college?

A. Brigham Young University.

Q. Did you graduate?

A. No.

Q. How many years did you attend Brigham Young University?

A. Approximately three years.

Q. Is there a particular reason you didn't graduate?

A. I was hired by an employer.

Q. What company was that?

4 (Pages 10 - 13)

Page 14

EGAN

A. It was a group called The New Christy Minstrels in Los Angeles, California.

Q. What does that group do?

A. They were a popular performing group around the country.

Q. It's a music group?

A. Yes.

Q. Is it fair to say you're a musician?

MS. PEIRSOL: Objection.

THE WITNESS: I am.

BY MR. URIS:

Q. Do you play an instrument?

A. I do.

Q. What instrument?

A. I play the bass, bass guitar, I play the piano, I play the guitar.

Q. Have you obtained any type of advanced degrees?

A. No.

Q. Do you possess any professional licenses?

A. No.

Page 15

EGAN

Q. Are you a member of any professional organizations?

A. I don't think so.

Q. Can you generally describe your work experience prior to joining Co-Diagnostics?

A. I worked, as I mentioned, for The New Christy Minstrels as their music director. I then spent several years working for the Osmond Communications Group working on things like the Donny & Marie Show, touring internationally with the Osmond forming groups, the Osmond Brothers, Donny & Marie, and then founded a company called Broadcast International, which specialized in long-form radio programming, primarily for the Mutual Broadcasting System and CBS radio. We also provided services to thousands of retail stores around the United States through the Instore Satellite Network, chains such as Safeway and such.

That company was then acquired by the Data Broadcasting Corporation and I

Page 16

EGAN

worked for them until about 2000, maybe 2001. And then my next employment was with Co-Diagnostics.

Q. Did you hold any jobs in between 2001 and when you joined Co-Diagnostics?

A. No, just a private individual.

Q. Did you found Co-Diagnostics?

A. Co-Diagnostics was a company that I helped to found. It would be safe to say in 2013 when Co-Diagnostics was formed that I would be deemed a founder.

Q. Who are the other founders?

A. Dr. Brent Satterfield was the scientist. Seth Egan was heavily involved and could also be considered a founder.

Q. What was your position at the company when it was founded?

A. Originally I was working under the direction of Dr. Satterfield and I don't even know that I had a title at that point. Satterfield was the one in charge.

Q. What roles have you held at Co-Diagnostics since that time?

A. Eventually I became the president

Page 17

EGAN

and CEO of the company and that's the only -- those are the only titles I've held.

Q. Do you recall when you became president and CEO?

A. I became president and CEO shortly before we did our IPO in July of 2017.

Q. Have you had any employment contracts with the company since that time?

A. I don't have a contract with the company.

Q. How was your compensation determined when you founded the company?

A. When I founded the company, I didn't actually receive compensation from the company for some time after it was founded, and it was a small amount of salary. I can't remember what year we started that, maybe around 2015, and then became more formalized as we became public.

Q. Did you receive shares in the

5 (Pages 14 - 17)

Page 18

EGAN

company?

A. I've only received shares in the company in the form of stock options and restricted stock units.

Q. Do you recall when you were granted stock options or restricted stock units?

A. I don't know the specific dates of grant.

Q. Did you receive any when you founded the company?

A. No.

Q. Did you negotiate your compensation when you became president and CEO of the company?

A. I did.

Q. Do you recall what your compensation was when you became president and CEO of the company?

A. I believe that at that point in time, this is my best guess, it was about $225,000 a year.

Q. Did you also receive a bonus?

A. We would typically pay a

Page 19

EGAN

Christmas bonus and if there was a specific activity that was deemed worthy of a bonus, I would receive a bonus for that, but in the early days, that was -- those were few and far between.

Q. Were stock options or restricted stock units a component of your compensation at that time?

A. They ultimately became part of my compensation, first in the form of stock options and then later on the company established a new program utilizing restricted stock units in the context of incentive for employees.

Q. Do you recall in what year you first received stock options?

A. I don't offhand know exactly which year but I would guess it was somewhere around the time of the initial public offering.

Q. Do you recall how much stock you received around that time?

A. I believe the total amount of options that I received over however many

Page 20

EGAN

grants there were was a total of 300,000 shares.

Q. In 2021 and 2022, do you recall how frequently your bonus was paid out?

A. In 2021 and 2022, we would have had a -- I would have had a Christmas bonus and I would have also received bonuses pursuant to the obtaining of certain revenue goals that the company had established.

Q. Were those bonuses paid out quarterly?

A. They were paid out when the benchmarks had been achieved so I can't remember whether we did it at the end of a quarter, whether we did it on an interim basis, but the sales numbers would have had to have been achieved in order to earn the bonus.

Q. Do you recall whether the sales benchmarks were quarterly benchmarks?

A. I believe the benchmarks were quarterly.

Q. In 2021 and 2022, do you recall

Page 21

EGAN

approximately what percentage of your total compensation stock options or restricted stock units accounted for?

A. I don't know the percentage.

Q. Do you think it was over 50 percent?

MS. PEIRSOL: Objection, form.

THE WITNESS: It could have been. I don't know the exact percentage of it. It would have been according to the incentive program that was in place at the time.

BY MR. URIS:

Q. Can you explain your role and responsibilities as president and chief executive officer?

A. Well, as the president and chief executive officer, I provide general direction and strategy for the company, so my activities involve a weekly management meeting and other meetings as necessary during the week with various members of our management team. We have a what we call a steering committee which also meets

6 (Pages 18 - 21)

Page 22

EGAN

on a weekly basis, which consists of myself; it consists of our chief financial officer, Brian Brown; consists of Richard Abbott, our president. It also involves David Nielsen, who is the chief operating officer; Seth Egan, who is the chief commercialization officer; and Joseph Featherstone, who is the vice president of business development.

Q. And you had weekly management meetings in 2021 and 2022; correct?

A. We had weekly management meetings throughout that period, yes.

Q. What kinds of things would generally be discussed at those meetings?

A. In our weekly management meetings, we would have reports from the various team leaders in the company, which would include reports from certain scientists that were leading development R&D projects that involved a report from our regulatory head, also our quality control leader. It would involve an update from our sales and marketing team.

Page 23

EGAN

It would involve an update from our manufacturing team. Also an update from our IT person, an update from our business development head, an update from human resources, and an update from our general counsel.

Q. Is there a particular person that would generally provide the update from the sales and marketing team?

A. The sales and marketing team would involve primarily an update from Seth Egan, who was the chief commercial officer. In time we had Robert Peterson give updates on marketing, different marketing assets the company was preparing, videos, website development, collateral material for shows, the construction of and design of things like our booth for major trade shows, and occasionally there might be an update from an individual salesperson.

Q. Would an individual salesperson provide an update if there was a particularly important development with

Page 24

EGAN

one of their accounts?

MS. PEIRSOL: Objection, form.

THE WITNESS: I would say it was more general than that. One of our salespersons, for instance, has a particular emphasis on our mosquito vector program and so if we were doing an installation in a new state or adding customers in that regard, he might give a report on that. There's no set formula to it.

BY MR. URIS:

Q. Would updates provided by Seth Egan include a general update as to how sales of the company's tests were going?

A. That meeting would not have had -- generally speaking would not have that kind of update and discussed. Seth would talk about upcoming shows, expositions, trade shows, the various test sales and marketing teams we were going to be involved with in terms of setting them up and doing the preshow marketing and outreach to customers that we hoped to see

Page 25

EGAN

at the shows, and also updates as to who was going to be attending the shows and details like that. This was a general meeting in terms of what's going on in the company.

Q. And other than the weekly management meetings and steering committee meetings, are there any particular people that you worked with closely in your role as CEO?

A. I mainly work with people who are my -- on the steering committee because I was the chair of the steering committee and I also had a direct report by the name of Andrew Benson, who was our head of investor relations, so Andrew, whilst not a member of the steering committee, was somebody that I interacted with from time to time as necessary.

Q. Did anyone else report to you?

A. Brian Brown reported to me as the CFO, Richard Abbott reports to me, and Seth Egan reports to me, Kevin Ontiveros, our general counsel, reports to me. I

7 (Pages 22 - 25)

Page 26

EGAN

think that's all of my reports directly.

Q. And how would you generally communicate with those people?

A. I would generally communicate on the phone or in person.

Q. Other than e-mail, would you communicate with them in any other ways?

A. As I mentioned, by phone, by e-mail and when I say phone, I include that we use Teams as a communications architecture in the firm, so I would oftentimes connect via Teams to one or more persons that I wanted to talk to. I don't use texting to communicate in the company and I e-mail when necessary.

Q. How was the company's sales division set up in 2021 and 2022 in terms of people or hierarchy?

A. Well, the team was led by Seth Egan, who is the head of sales and then became the chief commercial officer, chief commercialization officer, and then he supervised the sales activities of our sales personnel which included Joseph

Page 27

EGAN

Featherstone, who is head of business development, and also had a sales territory that he was responsible for, involved Danny Crockett who had sales territory. It included a salesperson by the name of Cameron Gundry, who primarily took care of activities in South America, Mexico, and we had a few representatives outside of the country that Seth would have had at least indirect supervision over, although their efforts would normally be directed by the person in Salt Lake City who was assigned that territory. And there were only a couple of those in the world.

Q. What territory was Danny Crockett responsible for?

A. Danny had a particular emphasis in our mosquito vector program. He also handled sales of the Middle East.

Q. What territory was Mr. Featherstone responsible for?

A. Joseph Featherstone primarily dealt with certain key customers that he

Page 28

EGAN

had helped bring into the client list and they were, I believe, all United States based. We didn't do any exclusive territories to distributors in the United States so it wasn't -- in the United States unlike in the rest of the world, it wasn't distributor-based generally speaking. So Joseph had certain clients that he worked with. But he had a dual role, so he wasn't involved in sales with the same kind of intensity as those who weren't performing a dual function.

Q. Was Seth Egan responsible for any customers?

A. Yes, Seth had responsibility for customers. He had overall supervision of all of the sales personnel and what they were doing with their customers but he also dealt directly with some customers.

Q. Do you recall which customers he dealt directly with?

A. The only one that I can think of specifically is that he dealt a lot with Nomi Health.

Page 29

EGAN

Q. Is there a reason why he dealt with Nomi Health?

MS. PEIRSOL: Objection, form.

THE WITNESS: Seth dealt with Nomi Health because he was instrumental in bringing them on as a client.

BY MR. URIS:

Q. Do you know how he brought them on as a client?

A. I believe Seth was acquainted with one of their executives and so as the COVID pandemic ensued and they were involved in testing, you know, we were providing tests so they became a buyer of our tests.

Q. Do you know how he became acquainted with that executive of Nomi?

A. I think he had known him since high school.

Q. In 2021 and 2022, did the company have a finance and accounting division?

A. Yes.

Q. Who headed that division?

8 (Pages 26 - 29)

Page 30

EGAN

A.  Brian Brown, our CFO.

Q.  Do you know who Brian Brown's direct reports were in 2021 and 2022?

A.  I would be aware of some of the names that were in his department through at least some of that period.  Dan Bohrer was a direct report to Brian.  There were other people in the department such as Dennis Emery, Dan Forsyth.  Those are the primary people that I think Brian would have interfaced with.

Q.  Do you recall what Dan Bohrer's position was at that time?

A.  I think Dan Bohrer was pretty much performing a controller position.

Q.  In 2021 and 2022, did you have any regularly scheduled meetings with Brian Brown?

A.  Brian Brown was a member of our steering committee so we met weekly as part of our steering committee.  He was also on the management meeting calls every Monday morning, and then we had other meetings and interactions as necessary.

Page 31

EGAN

Q.  In 2021 and 2022, would you get updates from either Mr. Brown or Seth Egan on how sales of the company's tests were going?

A.  Generally, my update on sales was a quarterly function as we looked at the results at the end of a quarter.

Q.  Other than looking at quarterly results, would you ever ask for an update on sales?

A.  We didn't have a formal meeting to perform that kind of an update.

Q.  Would you ever request an update on sales in an informal meeting or informal call or in-person communication?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  In a company that is servicing customers during a pandemic, which is a sort of -- it's like a hundred-year storm.  It doesn't happen very often so during the period that you're talking about, there's a lot of -- there's just a general heartbeat going on in the company with

Page 32

EGAN

respect to manufacturing, getting shipments out the door, getting orders, so you have a general sense and feeling of what's going on, but we're meeting as both a management team and as a steering committee every a week, so there's at least a high-level discussion of what's going on throughout the company.

BY MR. URIS:

Q.  Do you attend Co-Diagnostics's board meetings?

A.  I'm the chairman of the board.

Q.  How do you prepare for a board meeting?

A.  I normally decide with Brian Brown what agenda items we want to cover at the board meetings, and before the board meeting we circulate that.  Occasionally a board member proffers an item that they would like to discuss.  We would include that.

Q.  Other than an agenda, would you prepare any written materials regarding

Page 33

EGAN

the topics that would be considered at any board meeting?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  It was not -- board meetings did not normally include a lot of written materials.  Occasionally, if there was a motion or something that needed to be presented by our general counsel, that kind of documentation would be sent out to the board ahead of time so that they could look at it before we talked about it in the board meeting and had a vote on it.  Sometimes there would be an introduction to the board of different collateral materials we're using, films we wanted them to see, designs of our exhibition materials for expos and trade shows, and so that would normally be done in the form of a PowerPoint presentation.

BY MR. URIS:

Q.  Do you recall if Mr. Brown or Seth Egan ever gave an update to the board

9 (Pages 30 - 33)

Page 34

EGAN

on sales in either 2021 or 2022?

A. Well, oftentimes our board meetings are held immediately prior to our release of quarterly numbers, financial results, and so by that time, the board, which also has an audit committee, during the few days before the earnings call and the dissemination of a press release associated with the quarter, the audit committee would meet with our outside auditors and management. That's where they would be made aware of numbers and financial results.

Q. At any either board meetings or audit committee meetings would members of the board be presented with sales figures or analysis in support of any guidance that the company might provide on any earnings calls?

A. To my recollection, the board did not proffer guidance direction on our press releases.

Q. Was the board generally involved in any decisions regarding guidance?

Page 35

EGAN

A. The board, as I mentioned, had an audit committee which did not include me, an independent audit committee, so they were mainly dealing with our outside auditors as to the circumspectness of all of our financial reporting and controls and things like that. So their participation in our quarterly results press releases did not in my recollection get down to discussing or proffering advice as to guidance.

Q. Would you attend quarterly audit committee meetings?

A. Yes.

Q. Have you ever communicated with individuals or firms that provided research or analyst reports to the market on Co-Diagnostics?

MS. PEIRSOL: Objection, form.

THE WITNESS: At the -- as part of our quarterly sale -- earnings call, we invite analysts who are following the company to ask one or two questions so we interact with them

Page 36

EGAN

in that context. Sometimes an analyst, and usually in conjunction with that event, asks for a one-on-one. It's not -- by one-on-one I mean the company and the analyst, so Brian Brown and myself and Andrew Benson would meet with the analyst, and that's usually for a short period of time, I would say 10 or 15 minutes generally.

BY MR. URIS:

Q. Is that generally following the earnings call?

A. Yes.

Q. Do you recall which firms or analysts were covering Co-Diagnostics in 2021 and 2022?

A. I know that H.C. Wainwright had an analyst on the firm. I believe that Sidoti, and these may not have been through -- Wainwright was persistent throughout those '21 and '22. At one point we had Sidoti covering the company and I recall a firm, Litchfield Hills, but

Page 37

EGAN

I'm not sure what periods they were covering us.

Q. Do you recall whether Maxim Group was covering the company?

A. Maxim had an analyst on the company, but they didn't seem to be very active in following us or putting out notes on the company so I'm not sure when they sort of faded away as a covering analyst.

Q. Did you participate in all of the company's quarterly earnings calls?

A. I did.

Q. Do you know whether the company maintains audio or video recordings of quarterly earnings calls?

A. I don't -- in terms of that, Co-Diagnostics, we don't set up a recorder for the calls. I think the calls are normally available to investors by attending the call. Lots of different firms provide at least their transcript versions of the call. The prepared remarks for a call are now prerecorded the

10 (Pages 34 - 37)

Page 38

EGAN

day before. That hasn't always been the policy but that's what we're doing now.

Q. Do you know when that policy started?

A. I think we had that going for two or three quarters, including the most recent.

Q. In 2021 and 2022, how would you prepare for a quarterly earnings call?

A. Well, the first building block of the quarterly earnings call is a presentation of our numbers, which is not the very first part of the earnings call but it is the foundation of what we're going to be talking about to some extent, but it's also highly influenced by what's going on in the company especially as it revolves around our research and development efforts. During the period of 2021 and 2022, the company had an intense involvement in the development of our new Co-Dx PCR Pro platform, which includes an instrument which is essentially a PCR instrument with lots of very interesting

Page 39

EGAN

attributes and also a consumer collectible cup in which the consumer or patient puts their sample, whether it's a nose swab or whatever the sample is.

So we're communicating with the public as to the status of our significant R&D activities, as well as giving them an update on the current financial results. We might also cover issues such as other outreach activities the company has for grants and what we're doing in that context, and then from there, there's a drafting process that takes place, and that drafting process is a collaborative effort that a lot of this collaboration is done between Andrew Benson and myself. Andrew is also working with our outside investment relations firm. And he's also working closely with Brian, as am I, in putting together the -- Brian's portion of the narrative, although that is not a part of the narrative that I normally get deeply involved with. I concentrate more on this strategy side of what the company

Page 40

EGAN

is doing and what we're developing.

The company spends a great deal of its resource on research and development and was doing so during this period of time, the '21-'22 time frame so the document comes together as a result of numerous collaborations between primarily Andrew Benson and myself and Brian in consultation with our outside investment relations firm. And as we get closer to the date of when we're going to have the earnings call, it begins to take more of its final form. When we think it's in final form, it is perused by all of the key members of the management team, so regulatory and legal and all the various departments that need to weigh in and say yes, we agree with what is being represented in the remarks, has a chance to be reviewed and then when it's finally finished, then we have a product that we're ready to go on the call with.

Q. You mentioned the Co-Dx PCR Pro products. Is that product approved for

Page 41

EGAN

sale?

A. It is not currently approved so no.

Q. So you also mentioned an IR firm that the company and Mr. Benson worked with. Do you recall the name of that firm?

A. Are you talking about now or in a certain time frame?

Q. In 2021 and 2022.

A. I think the firm that we were dealing with during that time had a name something like Lambert, something like that.

Q. In 2021 and 2022, would the sales department review the final version of the script before it received final approval?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't know whether or not Andrew Benson circulates this through sales and marketing or not. There is an established protocol that he uses if the parties need to look at it, so I

11 (Pages 38 - 41)

Page 42

EGAN

don't know the answer to that question.

BY MR. URIS:

Q. Would you send any drafts of the script to Seth Egan to review?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't believe that that was sent to Seth Egan.

BY MR. URIS:

Q. Would you have prep meetings with Mr. Brown or Mr. Benson in advance of quarterly earnings calls?

A. Generally speaking, we did a read-through of what we deemed to be a near final version. There were normally small changes that were made even during that process and that's normally going on maybe the day before we were going to actually do either the call or the prerecord.

Q. Other than the read through, would you have any meetings with Mr. Brown or Mr. Benson prior to that to go over the current draft of the script or to go over

Page 43

EGAN

any comments that may have been received from either the IR firm or anyone else?

MS. PEIRSOL: Objection, form.

THE WITNESS: As I mentioned earlier, it was a collaborative process so, of course, we had interactions in the period shortly before we were going to do this sort of on the air so I would have discussions with Benson. We took this responsibility very seriously and we were very deliberate about it. We wanted to give the investing public our most considered view of the landscape, so we labored very carefully over the characterization of what we were saying so that we were giving investors information they needed to know and we had a very good sense of due care in the process.

MR. URIS: Does now work for a short break for everyone?

MS. PEIRSOL: Sure.

THE WITNESS: That would be

Page 44

EGAN

great.

THE VIDEOGRAPHER: Thank you. This is the videographer. The time is 10:05. We're going off the record.

(Recess taken from 10:05 a.m. to 10:15 a.m.)

THE VIDEOGRAPHER: We are back on the record. The time is 10:15. This begins media file 2.

BY MR. URIS:

Q. What is the Logix Smart COVID-19 test?

A. The Logix Smart COVID-19 test is a test that the company manufactures for the detection of the COVID virus. It is a PCR test. PCR stands for polymerase chain reaction which is considered pretty much the gold standard of diagnostic testing and that is the brand that we use for that kind of test. The Logix Smart is the sort of class of brand we use for that.

Q. Are there different variations of the Logix Smart COVID-19 test?

A. Each test is an individual

Page 45

EGAN

medical device so we have a one gene test, we have a two gene test, we have a COVID test which is included inside of a multiplex test that contains flu A and flu B, so there are three different pathogens, being COVID, flu A and flu B, all tested together in one sample. So all of those tests that emanate from our manufacturing facility are Logix Smart branded tests.

Q. In the 2021 and 2022 time frame when the company publicly refers to the Logix Smart COVID-19 test, are you generally referring to any of the company's tests that test for COVID-19?

MS. PEIRSOL: Objection, form.

THE WITNESS: I mean it would depend on the context of who we're talking to, what the presentation is. If we were talking about or giving a presentation on all the tests that the company sells, we would individually call out the COVID tests, the ABC tests, mosquito vector tests, so it depends as to how we would designate

12 (Pages 42 - 45)

Page 46

EGAN

it.

BY MR. URIS:

Q. To the extent either you or the company has referred to the COVID-19 -- sorry.

To the extent either you or the company has referred to the Logix Smart COVID-19 test generally without any specific designation, do you have an understanding of what that refers to?

MS. PEIRSOL: Objection, form.

THE WITNESS: I'm sorry, the context of how it's being presented, I'm not sure how I would give you specifics on that. We talk generally about a COVID test. Depending on where it's being sold in the world, whether it needs one or two gene detection, whether it's in combination with an ABC multiplex flu A, B and COVID, they all have different characteristics and customer bases can be different. The vector business also has tests that bear the Logix

Page 47

EGAN

Smart designation which are totally different pathogens.

BY MR. URIS:

Q. Once Co-Diagnostics started selling the Logix Smart COVID-19 test, do you know approximately what percentage of the company's revenue it accounted for?

A. I believe that once we started selling the COVID-19 test, it amounted to a great deal of the products the company was selling, an overwhelming percentage of what we were selling.

Q. Do you know whether it was over 90 percent?

A. I believe it would be.

Q. Can you explain the process of how a customer places an order for any of the company's tests?

A. I don't know the precise protocol that's used for a company to place an order. That's done by our sales team. So I would say a combination of phone and e-mails, purchase orders and such, the normal sort of process that a company

Page 48

EGAN

would go through to determine who the customer was. In our case, we're careful about who it is we're selling tests to so they are qualified buyers in terms of the status of their lab. And we also, in the early days of COVID, there was such a fervor for COVID tests that calls were coming in sometimes hundreds in a day that you didn't know who the customers were and so we had to have credit policies that dealt with the fact that we couldn't verify who we were getting an order from, so oftentimes it would require that they prepay for an order, for example.

Q. In 2021 and 2022, did the company use any systems to keep track of its sales orders?

A. Well, I don't get heavily involved in the database management of the company. We have systems. We use NetSuite. At least at a certain point in time we adopted NetSuite which is an Oracle system, and at least at some point we were using a company or a software

Page 49

EGAN

database management tool called monday.com.

Q. What did the company use monday.com for?

A. monday.com was used for lots of things. We used it to look at where we were doing upcoming shows. We looked at the track leads that we had obtained from trade shows that we needed to follow-up on. It was used for tracking surveys and market research. It was used for a whole bunch of things and it includes -- it's not really our order entry system but it does reflect sales orders that are coming into the company.

Q. Did you have access to the page or board on monday.com that reflected the sales orders that were coming into the company?

MS. PEIRSOL: Objection, form.

THE WITNESS: I had the ability to go in and look at that page.

BY MR. URIS:

Q. How often would you look at that

13 (Pages 46 - 49)

Page 50

EGAN

page in 2021 or 2022?

MS. PEIRSOL: Objection, form.

Do we know what page we're talking about, Jason? Can you be more specific? There are many pages in monday.com or information.

BY MR. URIS:

Q.   Do you recall whether there was a specific page or board in monday.com that reflected the sales orders that were coming in?

MS. PEIRSOL: Objection, form.

THE WITNESS: I'm aware of a page in monday.com that would show the customer orders.

BY MR. URIS:

Q.   Do you recall if that page was titled Co-Diagnostics Orders 2020, 2021 and so forth?

MS. PEIRSOL: Objection to form.

THE WITNESS: I believe -- I believe that's correct.

BY MR. URIS:

Q.   Do you recall how often you would

Page 51

EGAN

check that page in 2022?

MS. PEIRSOL: Objection, form.

THE WITNESS: I didn't have a set pattern of how I would check in on that. Intermittently I would look at that. I was more concerned with what was happening on a more broad-based basis. I'm more interested in quarterly results than on daily, weekly or monthly results.

BY MR. URIS:

Q.   Would you check that page weekly?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't know. There wasn't any set pattern or schedule that I would check it. I had access to it. I would look at it from time to time.

BY MR. URIS:

Q.   Would you look at it in preparation for a quarterly earnings call?

MS. PEIRSOL: Objection, form.

THE WITNESS: Mainly what I would look at for a quarterly earnings call

Page 52

EGAN

would be our actual quarterly results that would be included in our 10-Qs and in our quarterly financial results press release.

BY MR. URIS:

Q.   To the extent the company was providing quarterly guidance for the upcoming quarter, would you look at that page as part of your assessment of the guidance that would be provided?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't believe so. That -- quarterly guidance would have a, in my view, a longer term view of what is -- what we're expecting in terms of activity and it would include what we think is happening with respect to the whole environment of the pandemic. The representation of monthly numbers or certainly daily and weekly numbers was not normally what I was focused on or the company because the way the pandemic rolled out consisted of a lot of ups and downs,

Page 53

EGAN

depending on a lot of different factors which would include what's going on with the buyers itself, what kind of mutations are occurring, are the mutations that are occurring more infectious, are they more transmissible, what does it infer from that, what does that infer about what is going to happen in the future.

We're paying a lot of attention to the national and international press and especially what is being articulated by the U.S. government, the White House, Centers For Disease Control, CDC, the National Institutes of Health, we're looking at what the World Health Organization is promulgating. So during all this period of the pandemic, which is still in force in terms of its pandemic status long after the period you're talking about, '21 or '22, we're looking at a whole bunch of factors that weigh into what we're looking at

14 (Pages 50 - 53)

Page 54

EGAN

as it relates to what we think may happen.

BY MR. URIS:

Q. So to the extent the company provided guidance for the upcoming quarter, to the extent the company provided guidance for -- strike that.

In 2021 and 2022, to the extent the company provided guidance for the upcoming quarter, you wouldn't take a look to see what the company's sales were to date in that quarter?

MS. PEIRSOL: Objection, form.

THE WITNESS: What the company's sales were to date in a quarter was in many respects irrelevant to our view of what might happen in the quarter because sometimes a quarter came together all in the last month of the quarter or in the last two or three weeks of the quarter. You know, again, this is not a hamburger store, having people come through a drive-up window and you have certain patterns

Page 55

EGAN

of the day when people are buying a lot. This is a pandemic. This is variants and viruses that are traveling the world and getting to different places on planes and boats and all kinds of different variables that play in it. So looking at a monthly sales number, even over a quarter, is not something that we can build in our minds reliable -- it's not a reliable model from which to make a prediction of future sales because it can be volatile and it can be choppy and it can all of a sudden still be great at the end of a quarter because of what happened in the last few weeks of a quarter, for example, or it might be that the first month of the quarter is stupendous and that after that it breathes a little bit maybe as the inventories are being worked through and as the virus is doing what it's going to do.

And there's also a lot that

Page 56

EGAN

depends on what's going on in the mind of the public. You know, you're in a pandemic where almost every night the newscasts have a section on what's going on in COVID. How many infections there were, sometimes how many tests are delivered, how many hospitalizations occurred as a result of it, and how many deaths occurred as a result of it. And during the time you're talking about, 2021, 2022, the world and the United States is awash in public sentiment being driven by what's being articulated by our key opinion leaders, which includes Dr. Anthony Fauci, may include the spokesperson for the White House, may include comments from the head of the CDC and these are reverberated in the press, whether it's The New York Times, Washington Post, local newspapers, endless blogs and Internet participation in the dialogue. So there's just a lot going on that makes

Page 57

EGAN

up the whole picture of why you might feel one way or another about what the prognosis is for the future. There are a lot of variables.

BY MR. URIS:

Q. In providing guidance for the ongoing quarter, whatever number is ultimately provided, that would necessarily incorporate any sales that the company had received up to the date that you were providing the guidance; correct?

MS. PEIRSOL: Objection, form.

THE WITNESS: Again, Jason, I think I've answered this question before. One month does not a quarter make and if we're in the quarter five weeks and we've got most of the quarter still ahead of us, we would not make a judgment as to how a quarter might ultimately present itself based on what we see in that short of a time period.

BY MR. URIS:

Q. Do you recall whether there was a

15 (Pages 54 - 57)

Page 58

EGAN

board on monday.com titled Quarterly Dashboard?

MS. PEIRSOL: Objection, form.

THE WITNESS: I'm not specifically familiar with that board. There are a lot of boards on monday.com.

MR. URIS: I'm going to introduce an exhibit. Just bear with me one moment.

(Exhibit 52, declaration of Douglas W. Greene, marked for identification.)

BY MR. URIS:

Q. I'm going to introduce as Exhibit 52 a document that -- an excerpt of a document that was filed in this case as ECF number 34, and that should be available. Mr. Egan, do you have access to Exhibit Share?

A. You have to tell me how to do it.

MR. URIS: Marissa, should we go off the record for a moment to get Mr. Egan set up?

Page 59

EGAN

MS. PEIRSOL: Sure.

THE VIDEOGRAPHER: Thank you. The time is 10:41. We're going off the record.

(Discussion off the record.)

THE VIDEOGRAPHER: The time is 10:42. We're back on the record. We're continuing media file 2.

BY MR. URIS:

Q. Exhibit 52 is an excerpt from ECF number 34. That was a document filed by defendant's counsel in this case. The excerpt is Exhibit 6 to the declaration of Douglas W. Greene.

Mr. Egan, do you see the description of Exhibit 6, is that the transcript of Co-Diagnostics' second quarter 2022 earning call held on August 11, 2022?

A. Just a moment.

Mine has under 2, then I have A, B, C, D up through K. Is it one of those? A transcript, yes, okay.

Q. If you scroll a bit further into

Page 60

EGAN

the document it says Exhibit 6, and then is what follows that, does that appear to be the transcript of that earnings call?

A. I can see on page 4 something that says presentation that looks to me like a transcript of the earnings call. There's other things ahead of that that I don't identify as being part of the call. There's a graph, for example, that would not be part of the calls from my perspective, but I do see a list of the participants and I see the presentation.

Q. If you could turn to the page in the presentation that's labeled as page 8 in the bottom right-hand corner.

A. Go ahead.

Q. Do you see towards the bottom of the page there's a question from James Philip Sidoti where he asks, "Do you have any sense on what inventory levels are at your distributors? Do you think the second quarter was a quarter where distributors let inventory levels come down as demand declined? And do you think

Page 61

EGAN

they're at historically low levels at this point and likely to restock? Or do you think that they have enough inventory on hand from the current level of demand?"

Do you see that?

A. I do.

Q. And then in response you say, "And of course, one that we keep a close eye on every day. And we certainly saw the - as the second quarter progressed, the falloff and we've cited the reasons we think that falloff occurred."

What are you referring to when you said we keep a close eye on every day?

A. I'm talking about the inventory levels that the company has. One of the critical things about our niche in this business is our ability to fill orders, sometimes overnight orders, but to fill them rapidly in any event. Sometimes we can fill them the very day that an order comes in. So we were -- our management team would have been focused very clearly on those inventory levels in our in-house,

16 (Pages 58 - 61)

Page 62

EGAN

how many tests do we have available to ship right now tomorrow? What's in the freezer? These are wet reagents so they have a cold chain involved with them.

Q. I believe the question was about inventory levels at your distributors. So were you not talking about inventory levels at your distributors?

A. No, I would have had no way to have a read on what inventory levels our distributors had. I mean we had customers in 50 different countries and scores of customers in labs throughout the United States so we wouldn't be tracking what's going on with our individual distributors.

Q. Okay. I'm going to introduce another exhibit. I would like to introduce what was previously marked as Exhibit 1. That should be available if you refresh. There's a pdf that's a cover sheet and then there's a spreadsheet. I believe we've been having some trouble previewing the spreadsheet through Exhibit Share. I just have a few questions. I'm

Page 63

EGAN

happy to share my screen to show you that document, if that's easier.

A. Jason, are we talking -- I'm okay with pulling it down. Is this the same Exhibit 00052 we were looking at?

Q. If you refresh that page, there should be another exhibit available. It's labeled Exhibit 0001a.

A. Let me look.

I'll tell you what I'm seeing, 0001a. You want me to load that?

Q. Yes. If you have any issues previewing it through Exhibit Share, you may need to download the file.

A. It's working on it. Let me see if it has success. It says generating file preview, may take awhile, whatever that means. You let me know when awhile is.

Q. We've been having this issue so I think if you're okay with it I'll just share my screen of the spreadsheet. It's a very limited question. If you want me to scroll anywhere I'm happy to.

Page 64

EGAN

A. Very fine.

Q. I just have a few questions but for most of the other exhibits there shouldn't be any issue for you. One second.

THE VIDEOGRAPHER: Sorry. I just enabled screen share.

BY MR. URIS:

Q. Are you able to see the spreadsheet on my screen?

A. I do.

Q. Do you recognize this document?

A. It has a certain familiarity to me, Jason, but I may not always look at monday.com the same way you're looking at it here in terms of these individual locations or the salesmen involved, for example.

Q. Does this information appear to be pulled from monday.com from the board that reflected the sales orders that the company was receiving?

A. It appears to be that to me.

MS. PEIRSOL: Sorry, I was on

Page 65

EGAN

mute. Objection to that question for the record.

MR. URIS: I have no objection to your objection.

BY MR. URIS:

Q. From the second quarter of 2020 through the first quarter of 2022, do you know what the approximate dollar value of orders the company received in each quarter for the Logix Smart COVID-19 test was?

A. No, I don't.

Q. Do you know whether it was at least 20 million dollars or more in each quarter?

A. I don't know in each quarter just off the top of my head, no.

Q. I'm going to introduce what was previously marked as Exhibit 12. If you refresh the Exhibit Share page, it should be available.

A. Okay, what do you want me to look at? 12?

Q. Exhibit 12.

17 (Pages 62 - 65)

Page 66

EGAN

A.  Okay, I'm there.

Q.  Do you recognize this document?

A.  Let me look at it.

(Witness perusing document.)

I can see what the document is. I don't know what parts of this document I've ever seen before because it's a running total that appears to be going from month to month, quarter to quarter.

Q.  Do you recall ever looking at a page on monday.com in 2021 or 2022 that looked like this?

A.  This would not have been a page that I would have focused on.

Q.  Do you recall ever looking at it?

A.  I would have to say I probably looked at this but not regularly and I don't know when during the course of the calendar year I would have looked at it. Again, my perspective was a little bit more global and long-term.

Q.  As CEO of the company, do you think it was important to stay apprised of the company's sales of the product that

Page 67

EGAN

accounted for more than 90 percent of the company's revenue?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I was being apprised of what was going on in the company so generally speaking, in a more intense review at the end of every quarter because it was our quarterly results that we were presenting to the public and because of the sort of volatility and spikes that occur in the normal course during the pandemic.  Looking at a graph like this wouldn't have given me a basis from which to make any kind of prediction or speculation about what was going to happen in the future.  So this, while this may have been a tool that somebody is working on the tools within monday.com and exploring what different graphs and things could be done, it wasn't something that I was focusing on or that our management team was focusing on as a management

Page 68

EGAN

tool.

BY MR. URIS:

Q.  Is your understanding that this document reflects the monthly sales orders that the company had received and it also summarizes the quarterly sales orders that the company had received?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  In looking at it, I presume it does.  I mean I haven't -- it's not a document that I've spent a bunch of historical time with or proofed out in any way, so it appears to give a general reflection of monthly and quarterly sales.

BY MR. URIS:

Q.  Does this refresh your recollection that in each quarter from the second quarter of 2020 through the first quarter of 2022 the company had received orders for at least 20 million dollars or more in each quarter?

A.  It's not a recollection that it stimulates.  I can see on this graph that

Page 69

EGAN

that's what it states.

Q.  Do you have any reason to doubt that the company received at least 20 million dollars or more in each quarter from the second quarter of 2020 through the first quarter of 2022?

A.  No, I don't have a reason to doubt it.  I'm just saying this wasn't something I was focusing on in terms of what I would be thinking about what was going to happen in the future.

Q.  I don't think I was asking about anything about the future.  I'm just asking if this helps you recall that that was the amount of orders that the company had received in each quarter.

MS. PEIRSOL:  Objection, form.

THE WITNESS:  And what I'm taking issue with is I didn't walk around in my head saying every quarter we're doing 20 million.  That wasn't what I was thinking.

BY MR. URIS:

Q.  You had a general awareness of

18 (Pages 66 - 69)

Page 70

EGAN

what the company's financial results were in each of the quarters; correct?

A. Yes, I was looking at them on a quarterly basis very carefully.

Q. Do you recall what the company's revenue was in the second quarter of 2022?

A. You've got it in front of me here, Jason, so I can tell you from that. Otherwise, my memory wouldn't tell me exactly what that was.

Q. Would that approximately five million dollar number surprise you?

A. No.

MS. PEIRSOL: Objection, form.

BY MR. URIS:

Q. Why not?

A. It reflects revenues, it is what it is.

Q. Do you recall that orders were beginning to fall in February of 2022?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't recall us being alarmed in February of 2022, being alarmed about sales at all.

Page 71

EGAN

BY MR. URIS:

Q. By May 12th of 2022 or any time before that, did you notice that orders had been low in February, March, April or the beginning of May of 2022?

MS. PEIRSOL: Objection, form.

THE WITNESS: We became aware of -- we knew what the sales and revenue activity was but we did not view that as being dispositive in terms of what the prospective sales levels would be. We were in the middle of a pandemic. We were also coming off of a very rough season in the world and in the country with respect to the Omicron virus and its mutations which were extremely pervasive. So at this point, we're looking at a whole bunch of other data besides just looking at monthly sales results as to what could happen in the future. This period in early May is punctuated very heavily in the press, including a statement from the White

Page 72

EGAN

House person in charge of the whole COVID response, who was warning the country that they expect to have a potential of 100 million new cases of COVID in the fall and winter of '22 heading into '23, and that was the median and that was echoed throughout the press and throughout both mainstream and social media.

Dr. Scott Gottlieb, who was the past commissioner of the FDA, was on Face the Nation every week virtually during this entire time giving an update every Sunday morning to the nation as to how pervasive this was. He, of course, was on the board of Pfizer who was also heavily involved in trying to provide vaccine support for this. So there was a trimodal effort going on in the company to battle COVID, which included vaccination, testing and therapeutics. And the expectation for the coming fall and winter was an expectation

Page 73

EGAN

that was draconian to say the least. So we're looking at a lot of things that are going on during this period. We're not sitting and looking at a monthly result and saying this is necessarily indicative of what's going on. All our key opinion leaders were weighing in on this issue, from Fauci to CDC to Dr. Michael Osterholm, these were all key opinion leaders that were on high alert about what we were potentially facing.

Let's keep in mind that you're talking May 11 or so of 2020. We're in the middle of a pandemic. We're still in a public health emergency which is the highest designation that the WHO has or the United States government. That's not lifted for another year roughly from this point in time, so we're smack dab in the middle of it so we're not in an environment here where we're looking at a couple of months or three months

19 (Pages 70 - 73)

Page 74

EGAN

or whatever and saying that is what the future holds. We had no way to predict that or to figure out exactly where that's headed, but we could expect, based on the people who are charged and paid a lot of money to tell us what's going on as government officials and such, we could expect that they know what they are doing and the head of the White House had specifically pointed out that a hundred million was the median. It could be a lot more and, of course, it could be less but they were arguing to get more money appropriated by the U.S. Congress so they could battle this and get prepared.

So what you're showing me here on this graph, we're looking at it in the context of a lot of other data and variables that play into this whole sense of where are we. What can we expect, what is the future going to hold.

Page 75

EGAN

BY MR. URIS:

Q. I understand there may have been other factors that you were looking at but as of May 12, 2022, in thinking about guidance, you didn't think it was important to look at the company's recent results in terms of sales numbers?

MS. PEIRSOL: Objection, form.

THE WITNESS: Again, I think I've answered this before but we would not have viewed that our monthly results were indicative of what the future held. A month did not a quarter make. Two months did not necessarily prognosticate what a quarter would be. We were watching very carefully and we did develop a viewpoint that it was volatile and that we, as a prudent measure in the context of our investing public, that we did not feel comfortable prognosticating future quarters at this point.

BY MR. URIS:

Q. Prior to 2022, do you recall the

Page 76

EGAN

company ever having back-to-back months in which it received less than four million dollars in orders?

A. I'm sorry, Jason, I need that question once more. I need the time frame you're trying to address.

Q. In either 2020 -- strike that.

From the time the company began selling the Logix Smart COVID-19 test through 2021, do you recall the company ever having back-to-back months where it received less than four million dollars in orders?

A. Offhand, I do not recall that.

Q. So by May 12, 2022, when the company had received less than four million dollars in orders in February, March and April, that didn't strike you as unusual?

MS. PEIRSOL: Objection, form.

THE WITNESS: Not at all for reasons I've already stated. We're looking at a lot of other things. Sometimes one month is what generated

Page 77

EGAN

a great deal of the revenue in a quarter. As you see in that first quarter of 2022, it was a good quarter. We had not a lot of reason to think there was alarm bells going off and we were looking at our key opinion leaders in the country telling us we're heading for a tsunami potentially. So no, we were not concerned that we had -- what the market was currently showing. There's a lot of other variables potentially with our customers. They'd been putting in -- I think if you go the month right before what you're talking about here in January, yeah, in January, in December the previous year is also a very strong month.

People are fighting Omicron. It's a pandemic and so they are buying heavily, they are trying to keep up with their patient flows and the kind of things that they've got to do on the front lines to get tests processed

20 (Pages 74 - 77)

Page 78

EGAN

and, you know, so there's inventory issues, there's all kind of things that may be working their way through the system and we have no way to know and we certainly aren't going to make judgments about the future based on what happens in a few-month period.

BY MR. URIS:

Q.   Do you recall what the dollar amount of orders placed for the company's tests in the second quarter of 2022 was as of May 12, 2022?

A.   No, I don't.

Q.   Do you recall whether it was less than two and a half million dollars?

A.   I don't --

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I don't recall what it was and I would not -- if it was two and a half million dollars, I would not have been concerned.

BY MR. URIS:

Q.   From the time the company began selling the Logix Smart COVID-19 test

Page 79

EGAN

through the first quarter of 2022, do you recall what the lowest amount of orders the company had received by the approximate midpoint in any quarter was?

A.   No, I do not know that.  I would also stress that by the beginning of 2022, we had just concluded the acquisition of two companies at the end of December of 2021 and so we were very enthusiastic about the development of our new Co-Dx PCR platform, which we deemed to be a revolutionary new product to address COVID and other pathogens but beginning with COVID, so there were a lot of things that were on our minds and what we were thinking about and what was motivating us. It wasn't just a COVID analysis for us as to what was going on.

Q.   In thinking about guidance for any particular quarter, would you compare the company's results so far in that quarter to the results in that same quarter in the previous year?

A.   I believe we did but I would

Page 80

EGAN

hasten to add that we -- our financial reporting in terms of making predictions about the future was a rather recent practice of the company.  This wasn't something that went back years.  We didn't have that kind of a history to present. So you're taking kind of a microcosm of a certain period of months and a limited number of quarters and trying to make a macro picture out of it, including the fact we're in the middle of a pandemic and the variables are up and down and wild and so we're having to make judgments and develop viewpoints as to what we should be doing as a company based on a lot of factors.  You keep asking me about a few months and up to a mid quarter.  That's not how we view things, not how we view things today.

Q.   In looking at whether to provide guidance on May 12, 2022, do you recall whether you had compared the company's results thus far in that quarter to the second quarter in 2021 as of --

Page 81

EGAN

A.   I -- sorry.

Q.   -- as of the same date?

A.   I do not believe we made that comparison.

Q.   Do you know why you didn't make that comparison?

A.   I think our viewpoint at that time was just trying to deal with the landscape as it was presenting itself to us, what was going on in the country, what were all of the key opinion leaders saying was going to happen, and what -- and again, I mean it's the same cast of players, what's going on in the world of vaccination and the world of masking and in the world of social distancing and what is the behavior of the consumer.  Let's not forget that, that as they're trying to process what they ought to be doing as individual families and to protect their health and to protect their parents and their grandparents.  A lot of variables were going on that we're bringing into the -- trying to get our feel of what the

21 (Pages 78 - 81)

Page 82

EGAN

landscape is. We're not sitting there taking halfway through the quarter list compared to halfway through some other quarter and make a judgment on that. It was way more complex than that.

Q. In thinking of providing guidance on the May 12, 2022 earnings call, do you recall whether you compared the results to date in that quarter to the results in any other quarter as of the halfway mark?

MS. PEIRSOL: Objection, form.

THE WITNESS: I feel like I keep answering this question. We did not focus on the results of one or two months as being dispositive as to what the quarter or the rest of the year might bring about.

BY MR. URIS:

Q. In Q4 of 2021, a large percentage of the company's quarterly revenue came in in December of that quarter; correct?

A. I'm going to have to scroll up and look at your -- look at the document. Hold on.

Page 83

EGAN

Yes, a large percentage came in in December.

MS. PEIRSOL: Let the record reflect that Mr. Egan is answering based on an exhibit that you've put in front of him. I believe it is Exhibit Number 12.

THE WITNESS: Are you waiting for me to respond to something?

BY MR. URIS:

Q. No, sorry, I'm thinking about my question.

Do you have any reason to doubt that in the fourth quarter of 2021, approximately 75 percent of the orders that the company had received in that quarter came in after the midpoint of that quarter?

A. I don't know whether there's a reason to doubt that or not. It's certainly not a variable or a metric we examined or looked at. The sales results are in front of you. They are what they are. Your analysis of what we may have

Page 84

EGAN

been analyzing is not correct.

Q. Are you aware of any other quarter in which more than 75 percent of the orders received by the company came in in the second half of that quarter?

A. I don't know offhand whether there are other quarters that show that or not but as you can see here in the fourth quarter, that situation obtained and in the next quarter it also obtained.

Q. As of May 12, 2022, did you have any reason to believe that more than 75 percent of the orders that the company would receive would come in in the second half of that quarter?

MS. PEIRSOL: Objection, form.

THE WITNESS: We didn't know how the rest of the quarter was going to play out, but we knew it was quite early in the quarter and we were also aware that quarters sometimes don't come together until the very end of the quarter. That is what we had seen on more than once, that just one month

Page 85

EGAN

of the quarter has a significant amount of contribution to the results for the quarter.

MR. URIS: I think this is a good point for a break, if that works for everyone.

MS. PEIRSOL: That works for us.

THE VIDEOGRAPHER: Thank you. This is the videographer. The time is 11:18. We're going off the record.

(Recess taken from 11:18 a.m. to 11:29 a.m.)

THE VIDEOGRAPHER: We are back on the record. The time is 11:29. This begins media file 3.

BY MR. URIS:

Q. Do you recall who Co-Diagnostics's biggest customers were in 2021 and 2022?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't know who the -- are you talking about like the number, the top 10, the top five, what are you talking about in terms of who

22 (Pages 82 - 85)

Page 86

EGAN

are the biggest customers?

BY MR. URIS:

Q. In terms of purchase volume of company's tests, maybe top five or if you can remember.

A. I certainly would not be able to give you the top five. There would be a lot of volume coming from Nomi Health and a lot of volume coming from Mexico and a lot of volume coming from Saudi Arabia. That's what comes to mind for me as being some of the larger customers but there's a lot of customers.

Q. Do you recall, is there a particular customer in Mexico you're thinking of?

A. I don't know who the individual customers are in Mexico. We have a distributor, at least one distributor in Mexico called -- I believe their name is Raver, something like that. That would be my recollection. I don't know if they are only representing Mexico but they are one of them.

Page 87

EGAN

Q. Raver, are you referring to Raver?

A. Raver, yeah.

Q. I don't know the correct pronunciation.

A. Probably better than mine.

Q. Do you recall whether there was a particular customer or distributor from Saudi Arabia?

A. I don't know what their name is.

Q. Have you heard of Intelligent Solutions?

A. I have heard of Intelligent Solutions.

Q. Were they one of Co-Diagnostics's big distributors?

A. I can't tell you how big they figured in the group of distributors but I know we did business with them.

Q. Was Mr. Gundry responsible for the Raver accounts in Mexico?

A. Yes.

Q. Are you aware that Raver's last substantial order for the Logix Smart

Page 88

EGAN

COVID-19 test was placed in January of 2022?

A. No.

Q. Are you aware that in February of 2022 they actually cancelled a portion of their January 2022 order?

A. I'm not aware of that.

Q. Prior to May 12, 2022, did Mr. Gundry ever tell you that Raver had committed to making further purchases of the Logix Smart COVID-19 test?

A. Cameron Gundry did not report to me so what was going on in Cameron Gundry's world is that one of our salespeople and one of his numerous distributors in lots of different countries is not something I would necessary be aware of.

Q. Prior to May 12, 2022, did Seth Egan ever tell you that Raver had committed to making further purchases of the Logix Smart COVID-19 test?

A. I don't know that Seth would have told me and again, I don't remember a

Page 89

EGAN

specific conversation on it.

Q. Prior to May 12, 2022, did Mr. Brown ever tell you that Raver had committed to making further purchases of the Logix Smart COVID-19 test?

A. No, and I would not have heard that from Brian Brown.

Q. Do you recall that in early 2021, a Saudi Arabian distributor had placed the largest purchase order in the company's history?

A. I remember a large order from a Saudi Arabian customer.

Q. Do you recall what the total amount of that order was?

A. No, not specifically. It was big though.

Q. Do you recall if it was over more than 20 million dollars?

MS. PEIRSOL: Objection, form.

THE WITNESS: I'm not sure exactly how big the order was or what the order was made up of.

///

23 (Pages 86 - 89)

Page 90

EGAN

BY MR. URIS:

Q. Do you recall whether that order was going to be filled in stages?

A. No, I don't know the details of that.

Q. You don't know the details of the different stages or you don't know whether or not it was going to be filled in stages?

A. I don't know whether it was going to be filled in stages or what the nature of the stages was. You're talking about a layer of management that is done underneath me that I'm not focusing on on a regular basis.

Q. I'm going to introduce what was previously marked as Exhibit 7. If you refresh the Exhibit Share page, that should be available.

A. Okay, I'm there.

Q. This is an e-mail chain. The top e-mail is from Cameron Gundry dated February 24, 2022 to Jesse Montgomery, Seth Egan, Kenneth KC Bramwell, copying

Page 91

EGAN

Laura Benzonana and Dwight Egan. The subject line Re: Product improvements for more sales in increasingly competitive market.

To your knowledge, was the e-mail reflected in this document received at the time indicated on the document?

A. I don't have any reason to think that it wasn't promulgated on that date. I don't know that I ever read it.

Q. And if you take a look at the bottom e-mail in the chain from Cameron Gundry on Thursday, February 24, 2022 at 9:55 a.m. he writes, "Can we test heat only (think Anne Wiley's recent presentation to us) with our DS, V1 or ABC kits? As you can see, Seegene has recently launched a 30-minute COVID test."

Do you see that?

A. I'm having to scroll down, right?

Q. Yes.

A. Can we test. Just give me a minute with the document. "Can we test heat only (think Anne Wiley's recent

Page 92

EGAN

presentation to us) with our DS, V1 or ABC kits? As you can see, Seegene has recently launched a 30-minute COVID test. One way to keep up with innovation could be providing a DS sans PK, shortening the protocol, the cost, and the complexity. Also, for the V1, V2, and ABC kits, having heat only would be a huge competitive advantage. Finally, shortening the RT would also make us more competitive, but of course be lots of work to validate, et cetera, et cetera."

Q. Who is Seegene?

A. Seegene is a -- is a purveyor of molecular tests and other things out of South Korea.

Q. Were they a competitor of Co-Diagnostics?

A. I don't view Seegene as somebody that we had direct competitive things with. We saw Seegene at trade shows and they were always very friendly to us, came over and visited us at our booth a lot. They were usually extremely interested in

Page 93

EGAN

what we were doing, particularly in the development of our new platform, but I wasn't doing individual sales so I don't know how frequently, if at all, Seegene came up as the competitor on one account or the other. As a practical matter, Seegene I think had a lot success so they were selling a lot of tests around the world.

Q. So in that e-mail, Mr. Gundry writes, "One way to keep up with innovation could be to provide a DS sans PK, shortening the protocol, the cost, and the complexity."

So was Mr. Gundry raising concerns that Co-Diagnostics was not keeping up with innovation?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't think Cameron Gundry is making that assertion at all. Cameron Gundry knows full well that our fundamental underlying technology of a Co-Primer is unique, it's proprietary and

24 (Pages 90 - 93)

Page 94

EGAN

patented. We were the very first U.S. based company to have a CE mark on a COVID test. We were an innovator, both as to cost and to time to result and the accuracy, it was the gold standard PCR and so on and so forth. I think the most important part of this e-mail, which I don't think is an e-mail I was -- I can see that I was tangentially copied on it, but I don't think I ever saw it in the normal course, and the most important thing to be said here is at the end where he says, "but of course be lots of work to validate, et cetera, et cetera."

Cameron is a pretty darn good scientist as well as a salesperson. He knows that to do any of the things that he's suggesting here, you know, using direct saliva, using things without any proteinase K and different enzymes and things that he's mentioning, he knows what's involved in doing that, that it takes a long

Page 95

EGAN

time, that it takes more validation, that it takes clearance, and he knows it's not an instant solution, that it takes a long time. So he's just doing his own musing here and deciding to share his viewpoint with a lot of people but it's not actionable.

BY MR. URIS:

Q. Okay. If you take a look at the -- if you scroll up to the top e-mail from Cameron Gundry where he writes, "FYI, Russian leads and a potential Croatian distributor are saying that less than one hour is needed to win gov sales these days. I think Seegene will again take our launch with many gov sales with this new 30-minute PCR protocol. You will undoubtedly lose more sales to Seegene to this 30-minute dealio, barring a market response."

You didn't understand at the time that Mr. Gundry was raising concerns about innovation that he was seeing in Seegene's products?

Page 96

EGAN

MS. PEIRSOL: Objection, form.

THE WITNESS: No. We would not have been concerned, I certainly would not have been concerned about Cameron raising this issue. First of all, I don't know that we ever did any business in Russia or Croatia, so the fact that he's trying to punch in there and using some distributor out there that says less than an hour is needed to grow sales and making the assertion that Seegene has some 30-minute test or something or PCR protocol that lasts 30 minutes, I don't even know what that means. Is that done on a huge machine that costs half a million dollars just for the machine, what's it done on? I know enough about Seegene's business to know that they don't have a little box like the one we've been developing and they may have been talking to distributors one way or the other. I have no way of knowing what Seegene

Page 97

EGAN

was asserting.

This e-mail from Cameron Gundry is not material or relevant to what we were doing at Co-Diagnostics. I think again this is just Cameron Gundry musing out of the top of his head about things he thinks we ought to be aware of or think about, and as a practical matter this is not what we were focused on. We were focusing on the development of our own revolutionary new platform which does, in fact, do a 30-minute protocol for PCR, but we had had that in development since early 2020 so this was not new or relevant to us.

BY MR. URIS:

Q. You were also focused on the sale of the Logix Smart COVID-19 test; correct?

A. Yes, but not through a distributor that's serving Russia or Croatia. As a practical matter, we were -- would not have been inclined to go out and make a major design change in a

25 (Pages 94 - 97)

Page 98

EGAN

PCR test to fit the demands of one country, especially one that we don't even do any business with and have no way of knowing what they are doing. The times during this period where Chinese companies were selling tests into Europe that the European people just had to discard because they were rotten, didn't work, there was all kinds of things going on, lots of people selling really bad tests and making all kinds of assertions, and they are negotiating price and trying to get prices whittled down, and I don't know that we would have been responsive to these types of arguments from whatever distributor this was.

And Cameron Gundry knows full well that to make any of these types of changes, to do things that take less time, to do things that do just heat only in terms of the sample prep or to get rid of proteinase K, and so on and so forth, he knows what's involved in that and what it requires and it's months, it's months,

Page 99

EGAN

sometimes years to do that kind of development.

Q. Do you know when Co-Diagnostics began a practice of providing quarterly guidance?

A. I don't know the exact time when we started that. We didn't do it from the get-go.

Q. Do you recall whether it was early 2021?

A. I don't recall when it was exactly.

Q. Was Brian Brown responsible for determining any guidance that would be provided?

A. Primarily that was Brian's purview. He's the chief financial officer.

Q. Would you have input on any guidance that would be provided?

A. If I thought it was relevant, but mainly I would be accepting his recommendation.

Q. I know we touched on some of this

Page 100

EGAN

earlier but in leading up to a quarterly earnings call and preparing for a quarterly earnings call, do you know whether anyone from Co-Diagnostics would provide Lambert, the company's IR consultant, with any messages that were important to the company for the earnings call and the press release?

MS. PEIRSOL: Objection, form.

THE WITNESS: What kind of messages are you talking about?

BY MR. URIS:

Q. Just in preparing for earnings releases, was it the general practice of the company -- strike that.

Do you know who would draft -- who would do the first draft of a quarterly earnings release?

MS. PEIRSOL: Objection, form.

THE WITNESS: Over time, as I mentioned before, it was generally a collaborative effort. The first draft may and generally comes from Andrew Benson, may have come from an outside

Page 101

EGAN

firm. Earlier on it could even have begun in terms of its initial draft by me, but that was sort of not the point. It then went through a whole bunch of collaborative effort of discussing what the key points were, what the highlights were, what it is we wanted to convey to our shareholders.

We -- as I mentioned before, we did this very deliberately. We were not cavalier or insouciant at all about how we selected the characterization or the wording that was used in this press release or this narrative. It was very carefully done as I indicated before with a lot of due care and so there would have been -- it would have been generally a collaborative effort that came together over a period of I'm going to say 10 days, two weeks, that started to narrow down as we got a few days away from when we were going to

26 (Pages 98 - 101)

Page 102

EGAN

release, and then when we thought we had something that was pretty finalized, it would go out to review to a number of different constituents that I mentioned before, and then we would even from there potentially make either changes recommended by our other participants or as we read things through, we would make some additional edits and changes. And if it was material, we would circulate it again for review amongst the parties.

BY MR. URIS:

Q. In 2021 and 2022, would you typically do the first draft of your portion of a quarterly earnings call script?

A. Give me the time frame again, please.

Q. 2021 or 2022.

A. I don't know which point or which particular earnings calls that I did initial draft, but I did do some of the initial drafts. But initial drafts were

Page 103

EGAN

just that, they were initial drafts, they were initial impressions as to what we ought to cover. They were not in final form and they were subject to a lot of collaborative input.

Q. Can you describe your process of putting together an initial draft of your portion of a call script?

A. It's a thought process and working, you know, with a word processor and we try and articulate from my perspective what the strategic vision of the company is and what we're spending our time and resources on, and trying to be as dedicated to reality as possible because some of the things that we're talking about in a quarterly release are to some extent aspirational in terms of what we're trying -- what we're trying to do and what our objectives are.

So, you know, during this period, we are developing this new platform and most of the energy of the company, most of the employees by far in the company were

Page 104

EGAN

involved in that scientific and engineering endeavor. And so, you know, I'm going through the process of trying to collocate all of the things that are going on with our research and development teams, our scientific teams and so that the public knows what it is we're coming up with, what it is we're doing that we think is going to be revolutionary and make a real contribution to the area of public health, and not just for COVID, but for a number of other endemic diseases and that's, in fact, how it has played out so that now we have a rather large pipeline coming through, including tuberculosis, human papilloma virus, an ABCR test, which includes COVID, flu A, flu B, and RSV in one multiplex test. Even strep A is in the workings, and this technology and this platform is very unique and revolutionary.

It has garnered the attention of major NGOs around the country, including The Bill and Melinda Gates Foundation and Find and Smart for TV and so on. It has

Page 105

EGAN

also garnered the attention of the National Institutes of Health with their RADx test program. We've gotten several brands from these types of institutions to participate in promoting and moving this project along. So it's looking at all of those things which has dominated a lot of what I'm talking about and what I'm putting out as what we ought to be focusing on in our calls.

Q. In putting together an initial call script, would you talk to Mr. Brown or Seth Egan about how the company's sales were going?

A. Not normally. This collaboration was mainly done with Andrew Benson.

Q. Leading up to the May 12, 2022 earnings call, do you recall discussing guidance with anyone?

A. I don't have specific recollection of discussing guidance. We came to the conclusion that things were -- things were volatile enough that we didn't have a clear sense of what we would be

27 (Pages 102 - 105)

Page 106

EGAN

doing as guidance so we were -- our view was that it was the prudent thing to do to say that we didn't have the kind of optics and clarity that we would like to have in order to provide guidance. To us that was a prudent decision, that was in the investors' best interest to let them know about that we did not have that kind of clarity such that we were willing to give that.

And we weren't the only company in the country looking at that environment. There are other companies that were also evaluating how much kind of -- what kind of vision they had into the future. Some of them, you know, I don't know what they all did. Some maybe stopped giving guidance. I'm aware at least one very prominent player that gave guidance and it was wildly off. He ordered a hundred million for the rest of the year off as it turned out. So I think we did the prudent thing saying we don't have the kind of clarity and certainty

Page 107

EGAN

that we would like to have in order to give that kind of guidance.

Q. Around that time, do you recall any discussions as to whether the second quarter of 2022 was off to a slow start in terms of sales?

A. No.

MS. PEIRSOL: Objection, objection, form.

THE WITNESS: No, it's the same answer. We were looking at a lot of other things besides what's happening right now. You have the most important opinion leaders in the country that have just come on the air, and magazines and newspapers are carrying it widely, that we're looking for a significant potential uptick, median range at a hundred million cases. That's a lot of cases, that's a lot of death. That's what we were focused on. That was what our expectation was.

And you know, I think I have

Page 108

EGAN

every right as a CEO to trust what I'm hearing from the White House, from the CDC, from NIH and so on. This is not something that is just a musing of my own. This is being informed by what the basic tenor of the country is and also add we're in the middle of the pandemic. The pandemic is not lifted either by the WHO, the World Health Organization, or the United States government for another year from this approximate date in May 11 of '22. We're in the middle of it. We're not sitting there thinking that's going to stop. Everything we're hearing and every indication we can see says we've got trouble.

We have vaccinations that are waning. Vaccinations we start to learn are not lasting maybe as long as they had hoped, and so people have waning immunity from vaccines and we have new variants at the same time that have escaped immunity. In other

Page 109

EGAN

words, the virus is not responding to the vaccine in the way they hoped. And there's lots of different variables going on and the public, there begins as time goes on to be a disconnect between the way the government is talking about what's going on and what the experts are saying and what the American public is willing to do about it, what changes they are willing to make in their behavior about masks or going to congregate settings and all of those sorts of things.

And some of these things would exacerbate the number of cases of COVID that we could experience and some of them might even push it down but it's -- the general expectation out there is robust and an expectation that it's going to potentially get worse before it gets better.

BY MR. URIS:

Q. Do you recall any discussions

28 (Pages 106 - 109)

Page 110

EGAN

around that time about whether Co-Diagnostics was likely to have a soft second and third quarter?

MS. PEIRSOL: Objection, form.

THE WITNESS: We weren't particularly focused on that because in our view, we had performed an important duty letting our investing public know that we don't have the kind of optics that we would like to have and that there was uncertainty in terms of what was going on. And so we're just putting one foot in the front of the other, developing our new platform as rapidly as we can and selling as much as we can, working on grants that are going to potentially move our aspirations along more quickly and give us the credibility of these types of grantors who see everything going on in the country. You want to talk about innovation, they see everything and they chose to make investments in us. So we're

Page 111

EGAN

doing a lot of things during this period.

BY MR. URIS:

Q. Did you ever consider providing guidance of 10 million dollars or less for the second quarter of 2022?

A. I don't think so. What we decided is we weren't going to provide guidance.

Q. Around that time, did you make any effort to determine whether sales had slowed?

MS. PEIRSOL: Objection, form.

THE WITNESS: Sales were what they were. It wasn't our -- it wasn't all that we were focused on. We were focusing on a lot of R&D and we were focusing on our new platform and we're obviously interested in as many sales as we can get in the current environment. And we're also planning on that we've got to gear up and remain ready for when the variants and whether and different variables that

Page 112

EGAN

play in this when they obtain, so we're on alert for all kinds of things. It certainty wasn't focused on a particular sales number.

BY MR. URIS:

Q. I understand you were looking at other things but with respect to the sales numbers in particular, did you make any effort to determine whether the sales numbers were slowing down?

MS. PEIRSOL: Objection, form.

THE WITNESS: Effort? I mean like I say, the sales were what they were.

BY MR. URIS:

Q. Do you recall attending a May 9, 2022 board meeting at which guidance was discussed?

A. At the board meeting on May 9th I would have been at that meeting and I don't recall just sitting here whether or not we took the discussion up with the board about guidance. We could have. If we did, it would have been an item to be

Page 113

EGAN

discussed and brought forward by Brian Brown.

Q. Would that agenda typically have been circulated to the board in advance of that board meeting?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't know whether that would have been -- there's some things that went ahead of time to the board but it wouldn't necessarily have been an agenda. They may not have seen it until the morning of the meeting or during the meeting but Brian could have sent it out ahead of time. I don't know exactly what happened at that particular board meeting, but I would have accepted Brian's recommendation and the board would have also.

BY MR. URIS:

Q. Do you recall whether the board agreed that it was okay with not providing guidance for the second quarter of 2022 as long as there was a good reason that could

29 (Pages 110 - 113)

Page 114

EGAN

be provided?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I don't recall that the board -- I'm sure that the board, if they were consulted on it and weighed in, that they would have agreed or we wouldn't have gone forward with the recommendation of Mr. Brown.  They would not have given us a stipulation of as long as there are good reasons.  I mean obviously, we wanted to have good reasons why we were making that decision which I think I've discussed in terms of our -- the kind of optics and uncertainty that we thought potentially lie ahead.  I think we did the prudent thing.

BY MR. URIS:

Q.  I'm going to introduce what was previously marked as Exhibit 17.  It should be available on Exhibit Share if you refresh the page.

A.  Okay, I'm there.

Page 115

EGAN

Q.  This is an e-mail chain.  The top e-mail is from Mike Houston to Brian Brown, cc to William Stack, Zachary Mizener and Andrew Benson.  Subject line Re:  Guidance Considerations and two attachments.  Do you know who Mike Houston is?

A.  I believe Mike Houston is an employee of the Lambert investor relations firm.

Q.  If you see on the bottom right-hand corner of the document, there's a series of letters and numbers, CoDx_00506169.

A.  Am I going clear to the bottom of this?

Q.  Yeah.

A.  I see CoDx_00506182.  Is it up above that?

Q.  So that's I guess that's the last page.  I was just referring you to that, that's called a Bates number and so I was going to draw your attention, if you could turn to the page of the document with the

Page 116

EGAN

Bates number ending in 170.

A.  Okay, I'm looking for it, hold on.

Q.  It's the second page of the document.

A.  Got it.

Q.  Do you see on that page there's a May 9, 2022 e-mail at 4:22 p.m. from Brian Brown?

A.  The one that I have that's 170 is May 8.

Q.  Yes, and then and right above that?

A.  I apologize because these are not e-mails that I'm copied on.  This is correspondence that's going on with people that don't include me.

Q.  Yes.  You see there's an e-mail above that on May 9?

A.  I see one that says, "Right on."

Q.  It's below that.

A.  You say below, is that above for me in terms of my scrolling?  I see the revised versions of the script and

Page 117

EGAN

earnings release attached.

Q.  Earlier in time than those.

A.  All right, let me -- I see one on -- that's May 8.

Q.  So the one above that on May 9, the one that starts "Mike and Team."

A.  Okay, I'm there.

Q.  Okay.  So this is an e-mail from Brian Brown.  You're not on this e-mail but he writes, "Mike and Team - The board is up with not giving guidance but providing some good reason in the script and on the earnings release.  Can you guys take the first stab at writing this?"

Do you see that?

A.  I do.

Q.  Does this refresh your recollection that on or around that date there was a board meeting at which the board agreed it was okay not to give guidance as long as a good reason was provided on the earnings call?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  Number one, I'm not

30 (Pages 114 - 117)

Page 118

EGAN

taking issue with the board would have been in agreement with the recommendation; and number two, I'm not trying to disagree that they would have wanted good reasons -- we also had good reasons or we would not have taken it to the board in the first place. We wouldn't go to the board nakedly and say what do you think about this? We would have already had good reasons to present to the board in terms of things that I mentioned previously in terms of our -- the optics we had and the uncertainty that we were looking at and not feeling that we should commit to numbers that we didn't have a clear sense of being able to achieve them.

And so what I've seen here is that Brian is writing to our investor relations firm and Brian has a tendency to, you know, want to get input from our investor relations team. We pay them a significant

Page 119

EGAN

amount of retainer for their advice and he would want to know their viewpoints on it. He would have had whatever discussions and e-mails that he's been going back and forth with and discussing with Andrew Benson, or they together with Lambert, and so he's asking them to contribute to the process, to the thought process of coming up with the things that might be considered.

BY MR. URIS:

Q. Do you recall whether any analyst revenue expectations were discussed during the May 9, 2022 board meeting?

A. I don't recall any of that.

Q. Would you monitor the reports that were issued by companies or individuals that were following Co-Diagnostics?

A. I can't say that I monitored or read all the reports that people put out. Some of the reports are quite lengthy, have all kinds of models and things so no,

Page 120

EGAN

I would not have reviewed in detail. I'm more likely to pay attention to their -- a short note that they put out or focus on what they are saying their price target was and their -- and what their overall rating of the company was in terms of neutrality or buy. Those are the things that I would focus on.

Q. Would you look at their revenue expectations going forward?

A. Not necessarily. You know, they're dealing with analysts, they have their own models, they come up with their own stuff and I'm certainly not going to make determinations what's going on in Co-Diagnostics because of what an analyst is going to decide is his opinion, as they oftentimes have a limited view of what's going on. We can only discuss certain things with certain degrees of granularity with analysts and have to make sure that we're not making any kind of selective disclosures. So what the analysts are coming up with is their own work product,

Page 121

EGAN

it's not the company's work product.

Q. Would you ever look at what their revenue expectations were?

A. I may or may not. I don't have any specific recollections of anytime looking at it and saying this is what they are saying, this is what they are guessing.

Q. Do you recall what any analyst's revenue expectations were for the second quarter of 2022 prior to the May 12, 2022 earnings call?

A. No, I don't.

MS. PEIRSOL: Jason, we've been going for an hour. Do we want to go ahead and take a break now? Is now a good stopping point?

MR. URIS: Yeah, I was just thinking through that in my head. I think now works.

THE VIDEOGRAPHER: Thank you. This is the videographer. The time is 12:17. We're going off the record.

(Lunch recess taken at

31 (Pages 118 - 121)

Page 122

EGAN

12:17 p.m.)

Page 123

EGAN

AFTERNOON SESSION

(Time noted: 12:37 p.m.)

DWIGHT EGAN, resumed and testified as follows:

THE VIDEOGRAPHER: The time is 12:37. We're back on the record. This begins media file 4.

CONTINUED EXAMINATION

BY MR. URIS:

Q. I'm going to introduce what was previously marked as Exhibit 19. That should be available if you refresh the Exhibit Share page.

MS. PEIRSOL: Sorry, Jason, I missed it. Which exhibit is it?

MR. URIS: 19.

MS. PEIRSOL: 19, okay.

BY MR. URIS:

Q. This is an e-mail chain. Top e-mail is from Brian Brown dated May 10, 2022 at 7:32 a.m. to Mike Houston, copying William Stack, Zachary Mizener and Andrew Benson, subject line Re: Guidance Considerations and then attachment 1Q22

Page 124

EGAN

Earnings Call Script - CFO v2 BB REVIEW.

A. I'm there.

Q. I know you're not on this e-mail chain but if you could turn to the attachment which starts on the page with the Bates number ending in 835. It's the number in the bottom right-hand corner of each page.

A. All right.

Q. Does this appear to be a draft of the first quarter of 2022 earnings call script?

A. Jason, I'm not sure what it is but it appears to be a draft of it, yes.

Q. If you could turn to -- and just so the record is clear, my understanding is this is a draft of Mr. Brown's portion of the script.

A. So it's a draft?

Q. Yes. If you could turn to the page with the Bates number ending in 839.

A. Okay.

Q. And on that page, if you look at the first paragraph on that page which

Page 125

EGAN

reads, "The dedication from our team to deliver solid performance remains on full display. Our record performance during the first quarter would not have been possible without their many contributions. As we look to the balance of fiscal 2022, we remain encouraged by the demand for our products and the operational and scientific teams we have established to support our future growth."

Do you see that?

A. Yes. What period is this draft for?

Q. So this e-mail was sent on May 10, 2022. My understanding is this is a draft of the call script for the May 12, 2022 --

A. Okay.

Q. -- earnings call, which would be the first quarter results.

A. Okay.

Q. Do you see in that paragraph there's a redline edit for "demand for our products and"?

32 (Pages 122 - 125)

Page 126

EGAN

A. Um-hum.

Q. Do you know what that language is referring to when it refers to demand for our products?

A. No, I don't. This is Brian's work product and he's having a back and forth with our investor relations group and Brian normally puts together this side of his presentation and I'm not likely to see it until pretty close to when we're going live with it.

Q. And then the next paragraph below that, I'm not going to read the entire paragraph but feel free to read the paragraph, but there's one sentence in particular I want to ask you about which starts on the fourth line from the bottom which reads, "Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic regions we serve."

Page 127

EGAN

Do you see that?

A. Yes.

Q. Are you aware of any sizable fluctuations in order patterns that the company was experiencing around this time?

A. I guess the first thing I would have to ask is -- well, let me start by saying offhand I'm not exactly sure what would be the fluctuations that Brian is referring to in terms of order patterns, and I'm somewhat uncomfortable dealing with drafts of press releases which has materials from our investor relations firm and may not reflect anything but their ideas, so let me just put that out there.

Q. So leaving aside -- I know that this document is in front of you now but leaving the document aside for a moment, are you aware of any sizable fluctuations in order patterns that the company was experiencing at this time?

A. I'm not aware of anything that I would not have viewed as being in the normal course and that, like I say, a

Page 128

EGAN

month or a quarter did not a year make. Things were uncertain enough and the optics were unclear enough so we decided not to guide on it, but we were gearing up for what the nation as a whole was projecting was going to be a very probable or at least possible set of circumstances in the fall and winter. Nobody knew when the new variant or an old variant or whatever would have asserted itself. That's why the Congress was being importuned by the White House to give them another 22 and a half billion dollars to gear up. So that's the kind of expectation we were focusing on, not a near-term situation with respect to our sales orders, which was coming off one of the most vicious COVID onslaughts in the entire pandemic that occurred in the fourth quarter and first quarters of '21 and '22.

Q. If you could turn to the next page, the last page of the document. There are two comments -- two comment

Page 129

EGAN

bubbles on the right side. Do you see that?

A. I do.

Q. The top one has two initials, MH. Is it your understanding that that refers to Mike Houston?

A. I presume it does. I don't know that's the case but that's what I presume it means.

Q. And then below that, BB. Is it your understanding that that refers to Brian Brown?

A. Got to be.

Q. And the top comment reads, "As I was drafting this, it seems premature to cite uncertainty of YourTest revenues as a reason to drop guidance quite yet since it's not approved. Let's discuss if you have time on Tuesday."

And then below that the comment reads, "If we were expecting to start selling the device in Q2, I would disagree. But as we are not, I would agree with your comment. I will run this

33 (Pages 126 - 129)

Page 130

EGAN

by Andrew and Ike today and get their thoughts on why we are not providing guidance."

Is it your understanding that Andrew refers to Andrew Benson and Ike refers to yourself?

A. Yes.

Q. Do you recall providing any other thoughts around this time as to why the company was not providing guidance?

A. I don't specifically recall that discussion but I would not have been building in an expectation that we were going to be selling our YourTest in the near-term. We hadn't done a clinical trial yet. This kind of discussion to me points a little bit to how much our outside investment relations firm knew exactly what they were trying to communicate because we would not have been looking at building expectations of YourTest sales into coming quarters of that year, maybe the very end of the year possibly, but that would have assumed that

Page 131

EGAN

we could get a clinical trial on board and concluded.

Q. I'm going to introduce what was previously marked as Exhibit 20. And that should be available if you refresh Exhibit Share.

A. I see 12, 17, 19, 52, 1. I see the spreadsheet and the pdf. I don't see a 20.

Q. Have you tried to refresh the page, it should --

A. I'll do that, sorry.

Got it. Let me bring it up.

Q. This is an e-mail chain. The top e-mail is from Andrew Benson sent May 10, 2022 at 10:38 a.m. to Brian Brown, copying Dwight Egan. The subject line FW: Guidance Considerations and then attachment CoDx 1Q22 Earnings Release v3 - AB edits.

To your knowledge, was the e-mail reflected in this document received at the time indicated on the document?

A. I have no reason to believe that

Page 132

EGAN

it was not.

Q. If you take a look at the e-mail on the bottom of that first page from Brian Brown on Tuesday, May 10, 2022 at 7:34 a.m., he writes, "Gents - We need to get this document finalized today. We can go through it at 10 a.m. I can handle the numbers but we all need to buy off on the language used."

Do you see that?

MS. PEIRSOL: I would like to state that Mr. Egan is -- it's not clear by this record whether or not Mr. Egan was copied on that portion of this e-mail.

MR. URIS: That's fine. You can object to form going forward.

MS. PEIRSOL: I wasn't objecting, I was stating for the record.

MR. URIS: I think that's an objection to the question.

MS. PEIRSOL: It's not an objection to the question. I want to clarify for the record that Mr. Egan

Page 133

EGAN

is not copied on that e-mail that you're referring to specifically.

MR. URIS: Okay. My understanding is that this is an e-mail chain that was produced, this is how it was produced by the company and Mr. Egan is on the top e-mail and this is an e-mail chain which is inclusive of all the e-mails below it.

MS. PEIRSOL: Yes, he is copied on the top e-mail but it appears from the document that he is not copied on the e-mails below that.

MR. URIS: Yes, but he's copied on the top e-mail of the chain and so when he's copied on the e-mail, the chain is inclusive of all the e-mails below that.

MS. PEIRSOL: Right, but you can't infer from that that he has knowledge of the document below it, the e-mails below it, just for the record.

MR. URIS: My understanding from

34 (Pages 130 - 133)

Page 134

EGAN

the production protocol is that the way that the documents are produced is that if someone is copied on the top e-mail of an e-mail chain, then that e-mail chain is inclusive of all the e-mails that are below it.

MS. PEIRSOL: The e-mail is inclusive of the e-mails below it but it doesn't indicate that Mr. Egan was copied on the e-mails below it.

MR. URIS: Yes, I agree with that.

MS. PEIRSOL: Right.

MR. URIS: If he were to open this top e-mail and he were to scroll down, he would see these e-mails below it.

MS. PEIRSOL: He would have to scroll down in order to see the e-mails below it. I don't think that was his practice but you can ask him about that.

MR. URIS: That's fine. And can we agree to that understanding going

Page 135

EGAN

forward and not have to make that clarification for each e-mail?

MS. PEIRSOL: I can't say that I can agree to it for every document going forward, but we can address on a document-by-document basis.

BY MR. URIS:

Q. Okay. Mr. Egan, do you see that e-mail that I was just referencing?

A. I do.

Q. Do you recall whether you went over the draft of the earnings release that's attached to the top e-mail at 10 a.m. on May 10th?

A. I'm sure that we would have gone through that together, yes.

Q. And if you could turn to the page of the document with the Bates stamp, Bates number ending in 189.

A. Okay, I'm there.

Q. There is an e-mail that starts in the middle of the page from Mike Houston sent Thursday, May 5, 2022 at 6:50 p.m. to Brian Brown, copying Andrew Benson,

Page 136

EGAN

William Stack and Zachary Mizener with the subject line Guidance Considerations.

A. Okay.

Q. Do you recall ever reading this e-mail on or around May 10, 2022?

A. No, this was not sent to me. It may have been part of a long chain. I would not in the normal course have gone through an entire chain of e-mails to see the final product. I don't recall going through this, no. To me this is representative of discussions Brian Brown and/or maybe Andrew Benson were having with Lambert working on the Q2 guidance issue.

Q. Okay. If you see that e-mail, Mr. Houston writes, "Hi Brian, Following up on our call yesterday, I wanted to outline a few considerations as you prepare to discuss guidance with the board. Happy to chat through any of these ahead of the board meeting on Monday."

And below that he writes, "Alternatives to providing Q2 guidance in

Page 137

EGAN

the earnings call and release."

Do you recall exploring alternatives to providing Q2 guidance around this time?

A. I don't recall going through these various scenarios. If this is the 5th of May, it's a little bit ahead of when we're going to have a board meeting. So this is still in my mind very preliminary drafting and discussion between Brian and our outside advisor.

Q. And below that he writes, "Alternatives to providing Q2 guidance in the earnings call and release."

And then he lists what appear to be four different alternatives which are the bullet points and then below each of those alternatives are sub-bullet points.

In that first bullet point he writes, "Pull guidance completely citing uncertainty in the market causing the company not to accurately predict results."

And then in the sub-bullet point

35 (Pages 134 - 137)

Page 138

EGAN

below that he writes, "This path will raise the most questions, but could be viewed as more positive than guiding to a figure and coming up very short."

Do you recall any conversations internally at Co-Diagnostics in early May regarding any concerns about guiding to a number and coming up very short?

A.   No.  And as I mentioned before, I think our discussions were focused on what was going on in the global sense and in the global landscape and in our lack of certainty and optics going forward, so we thought it was not best to go on record with a prediction.  And you know, that is something that we didn't know how the investment public would respond to that but we still thought it was the prudent thing to do.

Q.   If you could turn to the next page, the next primary bullet point, I guess I'll call it, the second alternative reads, "Convert quarterly guidance to annual guidance, citing similar

Page 139

EGAN

uncertainty to the above scenario."

And then the first bullet point below that reads, "Guiding to an annual figure would tip your hand to investors that you'll likely have a soft quarter, or two, and provide some air cover during the soft quarters."

Do you recall any discussions at Co-Diagnostics prior to May 12, 2022 concerning whether the company was likely to have a soft quarter or two?

A.   I don't recall having those discussions.  As I've stated before, our position as a company was to be in a state of readiness so that we could do just in time delivery of our products and even just in case delivery of our products as our customers needed them, anticipating that there was a good possibility that there was going to be a large number of COVID tests needed during the fall and winter months per virtually the lion's share of key opinion leaders in the country in the White House on down.

Page 140

EGAN

Q.   And then two bullet points below that, still in the second alternative, it reads, "This will also allow you to directionally provide guidance on Q2, stating that Q2 is off to a slow start without having to provide a specific number."

Do you recall any discussions at Co-Diagnostics around this time about the company being -- about Q2 being off to a slow start?

A.   No, and we would not have been interpreting the first five weeks or so as being necessarily indicative of what we could expect for the rest of the quarter.  This is not something that we would have been concerned about and this to me is just a lot of -- a lot of suggestions and from a investment relations firm is trying to add value and trying to get Brian a lot of things to think about, things to consider.  It doesn't mean they are all relevant.  And I certainly didn't have -- I certainly didn't have prolonged

Page 141

EGAN

discussions about each of these bullet points or necessarily any of them with Brian.  He's going through a process here of getting his part of the narrative ready to go, which is primarily an exercise between Brian and the investment relations firm.

Q.   Do you know whether Mr. Houston was making these suggestions based on conversations that he had had with Mr. Brown or Mr. Benson?

A.   I do not --

MS. PEIRSOL:  Objection, form. Sorry, Mr. Egan, you can answer, I'm sorry.

THE WITNESS:  I don't have any idea about that.

BY MR. URIS:

Q.   And if you look at the bullet point for the third alternative which reads, "Keep quarterly guidance but lower your estimates to a range that you believe is 95 percent achievable."

And then below that the first

36 (Pages 138 - 141)

Page 142

EGAN

sub-bullet point reads, "While it will have a negative impact on the share price, it's better to take your lumps up front and maintain your credibility."

Do you recall any discussions around this time?

A. Is there more to the question?

Q. Strike that. Let me try that again.

Do you recall discussing with Mr. Brown or anyone else at Co-Diagnostics a range that you felt was 95 percent achievable for the second quarter of 2022?

A. No, I don't recall discussing that. Moreover, we would not have had a discussion as to whether it would impact our share price. As a matter of our practice, we did not make decisions about what would be released based on its proclivity to influence share price one way or the other.

Q. And in that fourth alternative the bullet point reads, "Guide to $17-$19 million in top line with the hopes that

Page 143

EGAN

you come close because you've done so before."

And then in the third sub-bullet point below that reads, "Should the Q2 softness persist after Memorial Day, we would recommend considering a preannouncement to earnings in early June so that investors are not surprised the day of earnings."

Do you have an understanding of what Mr. Houston is referring to by the Q2 softness?

A. No, I think he's just raising a hypothetical. To me, much of what you've shown me in this entire piece from Mike Houston is a bunch of hypothetical scenarios and I wouldn't have even been brought into it at this level. After Brian had given due consideration to it and decided on language, that's when I would have stepped in and, in fact, our decision was to not provide guidance at all, which would obviate the need to do a preannouncement since we were not going to

Page 144

EGAN

give guidance.

Q. I'm going to introduce what was previously marked as Exhibit 21. And that should be available if you refresh the Exhibit Share page.

A. Okay, I'm there, Jason.

Q. This is an e-mail from Andrew Benson sent May 12, 2022 at 1:29 p.m. to various recipients, copying Dwight Egan, Brian Brown and Kevin Ontiveros, with the subject line Upcoming Press Notification May 12, 2022 and an attachment CODX 1Q22 Earnings Release FINAL.

Are the recipients listed in the "to" line, are those members of Co-Diagnostics's board of directors?

A. Let me look at them.

Yes, they are.

Q. Is it your understanding that the attachment to this e-mail is the final version of the earnings release that was issued on May 12, 2022?

A. By the time Andrew gets to this point in terms of notification of the

Page 145

EGAN

board, it would be really odd if it were not the final version.

Q. If you could turn to the first page of the attachment which starts on the next page.

A. Okay.

Q. Do you see the last full paragraph right before the First Quarter 2022 Business Highlights?

A. Yes.

Q. Which reads, "'While we remain very confident about the long-term potential of our business, our ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants, and persistently low vaccination rates in many parts of the world. As a result, it has become difficult to predict with any level of precision the cumulative impact of these and other factors on our future financial results. For these reasons, we

37 (Pages 142 - 145)

Page 146

EGAN

are not providing quarterly guidance at this time and will reassess this position in the future,' concluded Egan."

The factors cited in this paragraph suggested more COVID infection going forward; correct?

A. Not necessarily. It could go either way. What we were saying is we didn't know what it was going to do and if it was going to be more or less, we couldn't put our finger on it. Hence, we didn't have the level of precision and optical clarity that we wanted to try and predict or forecast it.

Q. Are decreased mask mandates something you would associate with higher levels of COVID infection?

A. Potentially. As you know, there was a lot of discussion as to whether masks were helping at all and whom they were helping. Lots of different arguments were being promulgated about what was going on with masks and what it was doing to children in schools and this and that.

Page 147

EGAN

Whether or not a decrease in mask mandates created more demand for COVID testing or not I think was up in the air. And the same with the emergence of new variants. Variants may have ended up being less transmissible and less infectious because a lot of times as a virus goes through its iterations it gets weaker. Delta and Omicron suggested a little bit of a surprise that this virus wasn't necessarily acting that way. There was certainly an expectation of that potentiality and in terms of the epidemiology tree of this, it's a published document, by this time there's a whole bunch of variants going on.

So depending on how that's working, depending on what's going on with low vaccination rates, by this time you've got some degree of herd immunity in the country where people have already had COVID and people have already been vaccinated, so that would have potentially a dampening effect. So bottom line here

Page 148

EGAN

is these are elements -- these are variables and they are variables of uncertainty and that's what we were trying to communicate in our communication with the shareholders that because of that, and that lack of, you know, of optics and clarity, we're not going to try and guess and give a forecast or speculation as to what it's going to do. We just didn't know.

Q. Around this time, was decreased mask wearing something you would have associated with higher levels of COVID infection?

MS. PEIRSOL: Objection, form.

THE WITNESS: It possibly could have made it so there was more COVID infection, but it also could have made it so there was no effect at all, depending on which viewpoint you wanted to adopt about how efficacious mask wearing was. And our public have certainly shown that they are willing to abandon masks without resulting in

Page 149

EGAN

massive new explosions of COVID infection. So I would go back to what I said earlier, it could have gone either way. The mask mandate was a national controversy, but not one that would give us a clear signal as to which way this thing was going to go.

BY MR. URIS:

Q. At this time, did you associate mask mandates as something that would lead to more COVID infection?

MS. PEIRSOL: Objection, form.

THE WITNESS: Not necessarily. It could have gone either way.

MR. URIS: Marissa, I just want to clarify, it was a slightly different question. I was asking at this time was mask mandates something you would associate with more COVID infection.

THE WITNESS: My answer is the same, not necessarily.

BY MR. URIS:

Q. How could increased mask wearing

38 (Pages 146 - 149)

Page 150

EGAN

lead to more COVID infection?

MS. PEIRSOL: Objection, form.

THE WITNESS: It depends on whether the masks were effective or not. If they weren't effective, they arguably would have had no effect at all. It has to be taken in consideration with a lot of other variables that are going on. No masks when and where, who, are we talking about in congregate settings, are we talking about in a home, are we talking about children at school? There's a lot of different scenarios and who is going to do what to who when that had to be, you know, considered there and it could have gone either way.

BY MR. URIS:

Q. At this time, was the continued emergence and spread of new variants something you generally associated with increased COVID infection?

A. It would depend on how virulent

Page 151

EGAN

the new variant was. If the variant ended up being less transmissible, if it ended up being less infectious, in other words that it doesn't cause serious disease, it would diminish the need for COVID testing because it's not transmitting at the same rate, it's not making people as sick as they were. Other things are coming into play such as the vaccination rates, herd immunity, and a plethora of other variables that are having to be considered. And there's wide public debate going on and not just in the bogosphere, but at the highest levels of our intellectual horsepower in the United States and in the world, trying to decide just what course the nation ought to take. So you can't just say that because we have variants that we're going to have a whole bunch of new COVID testing. It may be that way but isn't necessarily that way.

Q. If new variants continued to emerge and spread, that would lead to higher levels of COVID infection than if

Page 152

EGAN

new variants had not continued to emerge and spread; correct?

MS. PEIRSOL: Objection, form.

THE WITNESS: It's not as simple as that equation, Jason. If you said to the public, there's a lot of COVID out there right now but it doesn't matter because it's not going to make you sick, it's not going to put you in the hospital, it's not going to kill you, you don't need to worry about it, then that would have had a deleterious effect on testing. If on the other hand it was highly, a highly transmissible and highly infectious and deadly strain, then it could have the opposite effect. So it could go either way depending on, you know, which way you go and that's not something we felt adequately prepared to predict. And obviously many, many others in the country, including high-level key opinion leaders, have the same viewpoint.

Page 153

EGAN

BY MR. URIS:

Q. Are low vaccination rates something you generally associate with higher levels of COVID infection?

A. Again, the answer is not necessarily. By this time, you've had a lot of vaccinations have taken place. You have a lot of people that have already had COVID so you have herd immunity to some extent. If you've already had the disease, your ability to be contracting it again are somewhat diminished by the fact that you've already had it. So you have some innate immunity that comes with having already had the disease. And you have vaccinations that depending on how effective vaccinations are and whether they are working or whether they are actually working on the right strain, that also was a variable that could make it go either way, and we were not in a position to try and predict which way it was going to go with all of that uncertainty and all those variables.

39 (Pages 150 - 153)

Page 154

EGAN

Q.  In 2021 and early 2022, part of the company's story was to emphasize that COVID was not going away; correct?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  That -- the notion of COVID not going away is not my theme, it's a theme that's informed by other key opinion leaders and specifically Dr. Michael Osterholm, who is one of our best scientists in the country on this issue, and he's the one that essentially coined the phrase that this virus is going to be with us until the end of time, and it had been reiterated over and over again by a number of different important scientists that this is here to stay, including a year later roughly when the World Health Organization came out and said, you know, we're going to lift the public health emergency of international concern.

When they lifted that, basically

Page 155

EGAN

a year later than what the particular area we're talking about, so COVID is still cooking, they point out in their press release that it's going to be with us forever.  You know, it's not going away, it's a permanent part of our pathogen landscape.  And you know, from the get-go, everybody assumed in the scientific community that we would go from a pandemic environment to an endemic environment, but I haven't heard anybody, credible or non-credible, try to assert that COVID is going to be extinguished.

BY MR. URIS:

Q.  Regardless of where that idea originated though, the company made an effort to emphasize that as part of its messaging that COVID was not going away; correct?

A.  We're emphasizing that that theme, because we're spending a lot of money putting up a new platform for at home and point of care use, a lot of money

Page 156

EGAN

and a lot of resource and effort and we've got some of the best scientists in the country doing it.  Like I say, just before this, we had concluded the acquisition of two companies associated with that development project, and for the year before that, we had been in heavy-duty development and for much of the year before that, we were working on the economic industry since the early parts of 2020 for this new product.

So when we're making an argument that the COVID is going to be here as a permanent part of our landscape going forward, we're making the argument that the new project that we're investing a lot of shareholder money on is going to be able to treat -- not treat, but to diagnose or to screen for COVID specifically and for other pathogens down the road.  And, in fact, the current FDA filing is solely COVID.  We were putting a lot of emphasis on the notion that COVID was here to stay and whatever its

Page 157

EGAN

trajectory in offices of -- physicians' offices and in skilled nursing facilities and other particular types of venues, it was going to be a long-term viable and important product.

I believe it was just recently that tuberculosis overcame COVID as the number one killer on the planet so it's still way up there.  And that's what we were emphasizing.  We weren't trying to make an emphasis that one type of test or another would rule the roost.  We're making an argument that where we were putting most of our efforts as a company, our R&D efforts, most of our cost structure was aimed at the ability to provide long-term solutions and care for COVID patients and in a way that it was very unique and revolutionary.  It was inexpensive, it was fast and very accurate, which was not what a lot of people in the country were doing.  They were doing cheap tests that were wrong a large percentage of the time and we were

40 (Pages 154 - 157)

Page 158

EGAN

sticking with the gold standard and we were very adamant to make the case that this was a sensible business decision, and that for the long-term which we expected to be around for, this was a prudent decision on the part of the company and that's where we were putting a lot of our resources and we wanted to communicate that to our shareholder base. If you went to any of our shows and expos during this entire time at issue and since then, you would see a tremendous amount of effort to demonstrate the bona fides of this new Co-Dx PCR Pro platform.

Q. I'm going to introduce what was previously marked as Exhibit 45. That should be available if you refresh the Exhibit Share page.

A. Okay, I'm there, Jason.

Q. This is an e-mail from Andrew Benson dated January 4, 2021 to Dwight Egan and Reed Benson, copying Ty at The Cadence Group, Jennifer Webb and Seth Egan, bcc'ing Andrew Benson. The subject

Page 159

EGAN

line PR draft and initial talking points and two attachments. The second attachment is titled CODX - Talking Points for Fireside Chat.

Do you see in Mr. Benson's e-mail in the second paragraph he writes, "The talking points are the five core concepts that have been rattling around in my head. Feel free to add more that I've missed."

And if you could turn to the attachment, the second attachment which is the last page of the document, this is titled Talking Points for Fireside Chat with Yi Chen. Who is Yi Chen?

A. Yi Chen is the analyst with H.C. Wainwright who has followed the company since we did our IPO basically.

Q. If you look at the fourth talking point. "COVID will persist in a post-COVID world (vaccine refusal, logistic issues with vaccinating the planet, regular mutations)."

So here these talking points are citing vaccine refusal and regular

Page 160

EGAN

mutations as factors that support the idea that COVID will persist in a post-COVID world; correct?

A. They could point to that. These are talking points that Benson is suggesting that we be prepared to discuss with Yi Chen. And I think you can make an argument that depending on how much vaccines are refused and how difficult it is to get vaccines all over the world and ongoing mutations, that it could but not necessarily have that kind of effect on what's going on. I mean these are -- these are two-way forks in the road. When you get up to any of those issues, what's going on with vaccines or not, I would emphasize this is in, what, just after the close of the first year of the pandemic? This is in January of 2020?

Q. 2021.

A. Is the press release misdated here where it says January 6, 2020?

Q. The e-mail was sent on January 4, 2021.

Page 161

EGAN

A. You see what I'm saying, Jason, I'm just looking at the press release.

Q. I'm not sure -- yeah, I'm not sure about --

A. Aside from that, presumably we did have a fireside chat with Yi Chen which would have been something that was done -- in those days when -- it drastically altered the way that companies do their investor conferences, and things that used to be in person were now not able to be done because people were afraid of COVID spread. And so they developed other ways to try and give coverage to companies and address the questions from their investors. And so these fireside chats or these remote Zoom or Teams-based constructs were widely deployed in that time, and so this is a sheet put out by Andrew and sent to me as things that could be considered for the talking points. That doesn't necessarily mean I agree with them. He sent it to me and these are his ideas.

41 (Pages 158 - 161)

Page 162

EGAN

(Exhibit 53, document Bates labeled CoDx_00032186, marked for identification.)

BY MR. URIS:

Q. I would like to introduce as Exhibit 53 a document bearing Bates stamp CoDx_00032186 and that should be available if you refresh the Exhibit Share page.

A. It's 53 you say? It just came up, hold on.

Q. This is an e-mail from Dwight Egan dated November 17, 2021 to McKenzie Cloutier and Andrew Benson, the subject line Possible Talking Points for Yahoo Finance Interview. Who is McKenzie Cloutier?

A. McKenzie was an employee, wasn't there very long but she was an employee of our public relations firm which is the Coltrin Group.

Q. If you take a look at the fourth possible talking point, you're listing persistence of COVID-19 as a potential talking point for Yahoo Finance interview;

Page 163

EGAN

correct?

A. Which number are we looking at here, Jason?

Q. Number 4.

A. Persistence of COVID-19, is that what I'm looking at?

Q. Yes.

A. Okay.

Q. So here in November of 2021, this is an e-mail from you in which you're putting forth persistence of COVID-19 as a potential talking point; is that correct?

A. Yes. I think I was dead on. I mean we're talking about 253 million cases that eventually went soaring past 750 million cases and deaths went from 5.1 to over 7 and it continues on to this day, so the argument of a persistence of COVID-19 was a correct assertion.

Q. I'm going to introduce what was previously marked as Exhibit 47. That should be available if you refresh the page.

A. What number is the exhibit again?

Page 164

EGAN

Q. 47.

A. Okay. I'm bringing it up.

Q. This is an e-mail chain. Top e-mail is from Andrew Benson sent March 14, 2022 to Dwight Egan, copying Mike Houston, William Stack, Zachary Mizener, bcc'ing Andrew Benson with the subject line FWD: next Earning Call - Investor message.

And Mr. -- I guess before I get to that, to your knowledge, was the e-mail reflected in this document received at the time indicated on the document?

A. I don't have any reason to think it wasn't.

Q. In the previous e-mail that we looked at to McKenzie, to your knowledge was the e-mail reflected in that document sent at the time indicated on that document?

A. Again, I don't have any reason to think it wasn't sent at this timestamp as stated.

Q. If you look at Mr. Benson's

Page 165

EGAN

e-mail, in the second paragraph he writes, "Some of what he's asking for isn't feasible (sales projections for liquid biopsy/ag dx tests) but the importance of not making it sound as though we are trying to convince people that COVID isn't going away can't be overstated."

Do you know what Mr. Benson meant when he said that?

MS. PEIRSOL: Objection, form.

THE WITNESS: Let me read the e-mail. Just a moment, Jason.

(Witness perusing document.)

BY MR. URIS:

Q. I don't mean to interrupt but just to clarify, I'm just asking about what he meant when he said, "the importance of not making it sound as though we were trying to convince people COVID isn't going away can't be overstated."

MS. PEIRSOL: Same objection.

THE WITNESS: I think Andrew is just encouraging the company and me to

42 (Pages 162 - 165)

Page 166

EGAN

not overstate the notion of COVID of being with us until the end of time, that even though it is going to be with us to the end of time and is going to ultimately persist as an endemic disease, that we don't need to continually overstate it I think is what he's encouraging me to keep that kind of balance in mind. Kind of saying that people have already made up their minds about that issue, which is Andrew's supposition that I don't necessarily agree with. And it doesn't matter what the experts say, I also certainly do not agree with that. Whether people are tired of hearing about it again is a subjective judgment from Benson that I don't necessarily agree with.

BY MR. URIS:

Q. Do you think he was saying this to you because he felt that that was a message that you frequently were putting out?

Page 167

EGAN

A. No, I think Andrew was -- Andrew has a long history with me of checking premises and going back and forth and debating a point. We get along and we're mutually respectful but we argue our points, not trying to figure out who's right or what's right, and he's in this case making this particular argument, which as I mentioned, I don't necessarily agree with on several points.

Q. And then in the next sentence he writes, "I think that part of the narrative will be really useful for analysts, but the rank and file (and even institutions) don't need to be reminded about COVID."

Do you have an understanding of what he meant by "I think that part of the narrative will be really useful for analysts"?

MS. PEIRSOL: Objection to form.

THE WITNESS: Where am I talking about? I don't see this in the e-mail thread. Direct me to where I'm

Page 168

EGAN

looking.

BY MR. URIS:

Q. It's the second sentence of the paragraph that starts with "Some of what he's asking for."

A. You're talking about "I think that part of the narrative will be really useful for analysts"?

Q. Yes.

A. "Rank and file (and even institutions) don't need to be reminded about COVID"?

Q. Yes. Do you have an understanding of what he means by that part of the narrative --

A. I don't know exactly what he means but I don't agree with it. Andrew is free to speak his mind to me. I mean that's how we flesh out a final decision on narratives and things is after going through it and checking the premises hard, a lot of the things that you show me are preliminary things. They are things in front of the final document that reflect

Page 169

EGAN

the final and most considered view that we ultimately decided to go with. And this to me is very much in that same vein. He's part of the company but he's making arguments to me, he's also copying our -- is this the one where he's copying our PR firm? No, this is just going out to investor relations people. So this is just a moment in time of what Andrew's viewpoint of the world and the viewpoint at 3/14/2022 at 12:46 in the afternoon is just what it is at that time. It does not reflect that I agreed with it and I can most certainly say that I did not agree with a lot of this.

MR. URIS: Are people okay with a five- or 10-minute break?

MS. PEIRSOL: Yeah, sure. We're also coming up on Mr. Egan's lunchtime so I don't know --

THE WITNESS: I don't need a prolonged lunch time so if you want to do 10 minutes, I'm good with that.

THE VIDEOGRAPHER: Thank you.

43 (Pages 166 - 169)

Page 170

EGAN

This is the videographer. The time is 1:42. We're going off the record.

(Recess taken from 1:42 p.m. to 1:57 p.m.)

THE VIDEOGRAPHER: We are back on the record. The time is 1:57. This begins media file 5.

BY MR. URIS:

Q. I'm going to introduce what was previously marked as Exhibit 25. It should be available to you if you refresh.

A. Okay, I'm there, Jason.

Q. This is an e-mail chain. Top e-mail is from Brian Brown sent August 9, 2022 to Dan Bohrer, subject line FW: Q2'22 Press Release and attachment CODX 2Q22 Earnings Release v5 (8-9-22) CLEAN AB edits. If you could turn to the page of the document with the Bates number ending in 039.

A. Okay.

Q. There's an e-mail from Andrew Benson sent Monday, August 8, 2022, 4:39 p.m. to William Stack, copying Brian

Page 171

EGAN

Brown, Mike Houston and Zachary Mizener, the subject line Re: Q2'22 Press Release. In the e-mail he writes in the second paragraph, "I'm not wild about calling out supply chain issues since I don't think we really consider that a factor. My remarks in the script after talking to Ike refer to a reduction in mandated testing for travel and public venues, in public funding assistance for testing programs, and an increase in overall COVID fatigue for the disruption to daily life after a multi-year pandemic, all of which were felt industry-wide."

Do you see that?

A. I do.

Q. If you could turn to the attachment which starts on the page with the Bates number ending in '044.

A. Okay.

Q. This is the current draft of this press release as of August 9, 2022 at 12:20 p.m. If you look at that full paragraph in the middle of the page under

Page 172

EGAN

the bullet points, which there's a quote that's attributed to you that says, "Our second quarter results reflect lower volumes for our Logix Smart COVID-19 test, which we believe is primarily the result of a reduction in mandated testing in travel and public venues and in government funding for testing programs."

Was it your idea to put that language in this draft of the press release?

A. It would have been a collaborative effort. Is this the actual press release or is this a draft?

Q. This is a draft. I'll represent to you that similar language is in the final version but you don't have to take my word for it, but I'm just trying to get an understanding of how did you or anyone at the company come to the conclusion that the second quarter results reflected a reduction in mandated testing in travel and public venues and in government funding for testing programs?

Page 173

EGAN

A. We would have been looking at the entire landscape, what was being promulgated by the experts in the country in terms of mandates and what the status was of government funding, and it would have been a cumulative sense of what we thought the results were primarily affected by.

Q. I'm going to introduce what was previously marked as Exhibit 26. That should be available. This is an e-mail chain. Top e-mail is from Andrew Benson sent on August 15, 2022 to Dan Bohrer with a bcc to Andrew Benson, the subject line Re: Final Script of Earnings Call and attachment Q2 2022 Draft Narrative - Dr 6 CLEAN and another attachment.

And on that first page of the document, do you see there's an e-mail on Monday, August 15, 2022 from Dan Bohrer? Do you see that e-mail?

A. I think so.

Q. He writes, "Andrew - Would you mind sending me the script from the

44 (Pages 170 - 173)

Page 174

EGAN

earnings call?"

And then above that, Mr. Benson writes, "Coming in hot!" and appears to attach what Mr. Benson is saying is the final script of the earnings call.

A. Okay.

Q. If you could turn to the attachment, which appears to be what Mr. Benson is saying is the final script of the Q2 2022 earnings results conference call on August 11, 2022.

A. Okay.

Q. If you could turn to the page of the document with the Bates number ending in 295.

A. Okay.

Q. I just want to reference you in the middle of the page. It appears that this is -- from this point on is Mr. Brown's section of the script. And if you could turn to the page with Bates number ending in 298.

A. Okay.

Q. If you look at the third

Page 175

EGAN

paragraph on this page which reads, "Turning now to our visibility and near-term outlook. Variability in our operating environment has restricted our near-term visibility. We will continue to navigate the near-term environment with caution but as a result, will not be providing quarterly guidance at this time."

Do you see that?

A. Yes.

Q. Do you recall that on the May 12, 2022 earnings call similar statements were made regarding variability in the company's operating environment?

A. I'd have to see what we said in May but I can see what this says.

Q. I'll introduce what was previously marked as Exhibit 22. If you refresh Exhibit Share, 22 should be available. This is another excerpt of ECF number 34 that was submitted by defendant's counsel in this case. This is Exhibit 1. If you take a look at the

Page 176

EGAN

first page of that document, you see Exhibit 1 is described as "a transcript of Co-Diagnostics's first quarter 2022 earnings call held on May 12, 2022."

A. Yes.

Q. If you could scroll down to the exhibit.

A. Okay.

Q. And again, this has some charts that are -- that I understand to be part of the script but if you scroll beyond that, it appears to be a transcript of that earnings call; correct?

A. Yes.

Q. Okay. If you could turn to page 7. It's the bottom right-hand corner, page 7 of the transcript.

A. Okay.

Q. I guess if you want to look at the page 6 before that just to see that this is again Brian Brown, but if you look at the bottom of page 7, the second paragraph from the bottom which reads, "To be clear, we remain very confident about

Page 177

EGAN

the long-term potential of our business and the demand for our products. Our ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has diminished" -- sorry, if we start with the paragraph before that, the third paragraph from the bottom.

"Turning now to our visibility around the outlook for the balance of the year. While we experienced strong demand for our products during the first quarter of 2022, changes in our operating environment and the markets have restricted our near-term visibility. We will continue to navigate the near-term environment with caution, but as a result, will not be providing quarterly guidance at this time. To be clear, we remain very confident about the long-term potential of our business and the demand for our products. Our ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has diminished due to decreased mask mandates

45 (Pages 174 - 177)

Page 178

EGAN

in the United States, continued emergence and spread of new variants and persistently low vaccination rates in many parts of the world."

Q. Do you see that?

A. Yes, I do.

Q. Okay. So if we could go back to Exhibit 26 to the page with Bates number ending in 298.

A. Okay.

Q. So that language that we just went over in this exhibit, "Turning now to our visibility and near-term outlook. Variability in our operating environment has restricted our near-term visibility," that's similar to language Mr. Brown stated on the May 12, 2022 call; correct?

MS. PEIRSOL: Objection, form.

THE WITNESS: He's saying that the variabilities restricted our near-term visibility, and it's another take on what we read from the first quarter report but it's a similar sentiment.

Page 179

EGAN

BY MR. URIS:

Q. However, in the August 2022 call, Mr. Brown didn't cite to decreased mask mandates in the United States, continued emergence and spread of new variants and persistently low vaccination rates as factors that were impacting visibility; correct?

MS. PEIRSOL: Objection, form.

THE WITNESS: He had already stated that at the end of the first quarter so I don't know that it needed to be restated.

BY MR. URIS:

Q. Do you know why he didn't restate that for this quarter?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't think he felt the need to reiterate it is all I'm saying.

BY MR. URIS:

Q. Couldn't those factors have changed from quarter to quarter?

MS. PEIRSOL: Objection, form.

Page 180

EGAN

THE WITNESS: I suppose they could have changed but generally speaking, we're looking at the same overall environment. There's a lot of viewpoints being expressed throughout the whole country and the world. Those factors cited at the first quarter are still at play and additional factors can be at play as well. So taken all together, cumulatively, Brian is simply pointing out that there's a lot of variability. That doesn't necessarily exclude variability that was cited in the first quarter and it continued to restrict our near-term visibility. At that point we don't know exactly what's going to happen in the fall or this is summertime. We don't know what's going to happen in the fall, we certainly don't know what's going to happen in the winter, but we have certainly an expectation that there can be some serious COVID problems

Page 181

EGAN

that need to be addressed with additional testing during that time.

BY MR. URIS:

Q. Do you know if anyone advised Mr. Brown or the company not to include those factors in this call script?

A. I do not know whether we discussed citing them again.

Q. And the company did not provide quarterly guidance for the third quarter of 2022; correct?

A. That is correct.

Q. Do you know what the dollar amount of orders received by the company in the third quarter of 2022 was as of August 11, 2022?

A. No, I don't.

Q. Do you know if it was similar to the amount of orders the company had received as of May 12, 2022 for the second quarter of 2022?

MS. PEIRSOL: Objection, form.

THE WITNESS: No, I don't know those numbers.

46 (Pages 178 - 181)

Page 182

EGAN

BY MR. URIS:

Q. Do you recall what the company's revenue ended up being in the third quarter of 2022?

A. Not precisely, no.

Q. Do you recall whether it was similar to the company's revenue in the second quarter of 2022?

A. No, I don't, not off the top of my head.

Q. If you could turn back to Exhibit 22. If you could turn to that same page, page 7 of the earnings call transcript.

A. Okay.

Q. If you look at the last paragraph on page 7 which reads, "Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic regions we serve."

Do you know what sizable fluctuations in order patterns Mr. Brown

Page 183

EGAN

is referring to here is?

A. No, not specifically.

Q. You're not aware of any sizable fluctuations in order patterns at this time?

MS. PEIRSOL: Objection, form.

THE WITNESS: The company had a very strong first quarter so here we're reporting the second quarter. So again, we're looking at the having a little bit more long-term view than you're encouraging here with respect to what the prospects are. There's enough going on in terms of our not having a clear view of the future to not want to predict it. So Brian's characterizing is sizable fluctuations in order patterns. I would have tended to look at it in the context of the entire global landscape of what's going on with COVID, but the fact still remains that we had every expectation that there would be a resurgence come fall and winter.

Page 184

EGAN

This is early on in the third quarter, so you just can't put that much credence in what's going on in one quarter or in one month of the quarter, so on and so forth. Those fluctuations are done in an environment where there's in the whole very little corporate history to make such assumptions, and especially in the middle of a pandemic and especially in an environment where your government leaders and your government agencies in charge of this where the company is spending untold hundreds of billions of dollars to mitigate it, that we should assume that it's going to be different than what they are saying and what they are predicting and what they are gearing up for.

BY MR. URIS:

Q. I just want to clarify this transcript that we're looking at is the May 12, 2022 transcript.

Page 185

EGAN

A. Yeah, I understand.

Q. So you would have reviewed the final version of the transcript with Mr. Brown and Mr. Benson; correct?

A. I would have, yes.

Q. And this statement regarding "we are experiencing sizable fluctuations in order patterns" is within the context of the company's decision not to provide guidance; correct?

A. It's in the context of a very short corporate history and in trying to be prudent with investors in terms of what we're predicting in an uncertain environment that is characterized by an international and including a national pandemic, so we're making the best judgments we can given the data that we're presented with.

Q. It specifically concerns quarterly guidance for the second quarter of 2022; correct?

A. We decided not to give quarterly guidance because we didn't have the

47 (Pages 182 - 185)

Page 186

EGAN

ability to predict it.  We didn't have those optics.  It wasn't clear to us.

Q.  He's saying in that bottom paragraph that it's become difficult to predict future financial results in part because the company is currently experiencing sizable fluctuations in order patterns; correct?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I don't see the language you just used in his statement.

BY MR. URIS:

Q.  "Furthermore, we are experiencing sizable fluctuations in order patterns."

A.  I see that.

Q.  Do you understand that to mean --

A.  That's not what you just said to me.  I'm just making clear the wording that you used immediately before that wasn't just that.

Q.  Do you think the language "we are experiencing sizable fluctuations in order patterns" to mean that the company is

Page 187

EGAN

currently experiencing sizable fluctuations in order patterns?

A.  I understand it to mean that it's a statement by Brian and it's his word pattern and word printed in terms of how he's characterizing it and I don't take a giant exception to it.  I'm just saying there were a lot of other things at play.

Q.  Do you have an understanding of what he's referring to by sizable fluctuations that the company was experiencing at that time?

A.  No, nothing that would alarm me.  You're taking very short periods of time and making assumptions about it that the company was not making.  He's trying to be prudent and saying we don't have clarity.

Q.  Do you think he was referring to the fact that fewer orders had come in by this point in the quarter than had previously come in at that time in previous quarters?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I think you'd have

Page 188

EGAN

to ask Brian that question.  I think you probably have but I don't know what he meant.

BY MR. URIS:

Q.  Are you aware that in early 2020, various government funding programs and initiatives were put in place in order to increase access to COVID-19 testing?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I am aware that the government had various programs and there were a lot of them that dealt with lots of different constituencies, so I don't have a strong knowledge of all the programs the government promulgated but I am aware that they provided supportive funding to try and mitigate the effects of COVID, of the COVID pandemic.

BY MR. URIS:

Q.  Are you aware that in early 2020 the Health Resources and Services Administration COVID-19 uninsured program was established to reimburse health care

Page 189

EGAN

providers directly for the costs of delivering COVID-19 testing to those who are uninsured?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  My awareness is that would have been on a very tangential level.  We did not generally view our customers as being heavily reliant on government sponsored programs.

BY MR. URIS:

Q.  Are you aware that since the beginning of the pandemic, the Health Resources and Services Administration COVID-19 uninsured program provided approximately 24.5 billion in reimbursement for COVID-19-related claims?

MS. PEIRSOL:  Objection.

THE WITNESS:  No, I'm not aware of that number.

BY MR. URIS:

Q.  Do you know when that funding expired?

MS. PEIRSOL:  Objection, form.

48 (Pages 186 - 189)

Page 190

EGAN

THE WITNESS: I believe that there was a -- and I don't know whether it's part of the funding that you're talking about but I believe in May of 2023, coincident with both the World Health Organization and the United States re-characterizing the pandemic and putting an end to the public health emergency status, that on or around that time the government also changed its funding or -- they didn't curtail it completely, I don't believe, but they put more restrictions on it.

BY MR. URIS:

Q. Are you aware that in March of 2022, the Health Resources and Services Administration announced that the COVID-19 uninsured program would end on March 22, 2022 due to lack of funding?

MS. PEIRSOL: Objection, form.

THE WITNESS: I'm not particularly aware of that maneuver. As I mentioned, we didn't view

Page 191

EGAN

ourselves as being in sort of a total landscape aggregate effect of it. We didn't really view it necessarily impacting our customers in the same way that it may affect others.

BY MR. URIS:

Q. Did you ever discuss with any of your customers whether they would be impacted by the expiration of government funding?

A. No, I didn't have any conversations with our customers about that.

Q. Are you aware to what extent Nomi Health may have relied on government funding?

A. I don't know what they relied on and I don't know whether it was federal or whether it was state, I don't know.

Q. Are you aware of any state or federal programs, testing programs that Nomi Health was affiliated with?

A. I believe that Nomi had lots of different customers and some of them were

Page 192

EGAN

various states. I don't know all the states they were serving. They were involved serving the State of Utah at some level. I don't know all the other states that they may have participated in and they had a lot of business in the travel industry and otherwise, so I don't know what their customer base was made of except for that kind of generality.

Q. Do you recall if they were involved in state testing programs in Iowa?

A. They certainly could have been.

Q. Do you recall if they were involved in state testing programs in Nebraska?

A. That seems familiar to me.

Q. Do you recall if they were involved in state testing programs in Florida?

A. I know they did travel business out of Florida. I'm not sure what their relationship with the State of Florida was. I can tell you Co-Diagnostics did

Page 193

EGAN

not have agreements with those entities.

MR. URIS: Marissa, about how long was it until you wanted to take a lunch break for Mr. Egan?

MS. PEIRSOL: We can do it now.

MR. URIS: I think this might be a good breaking point. I don't think I have too much but I'm just not sure. It might be 45 minutes or an hour. So I think if we're going to take a break, it might be a good point and I can probably fit the rest into one session.

MS. PEIRSOL: Okay, great, let's do it.

THE VIDEOGRAPHER: Thank you. This is the videographer. The time is 2:32. We're going off the record.

(Recess taken from 2:32 p.m. to 3:00 p.m.)

THE VIDEOGRAPHER: We are back on the record. The time is 3 p.m. This begins media file 6.

///

49 (Pages 190 - 193)

Page 194

EGAN

BY MR. URIS:

Q.   I'm going to introduce what was previously marked as Exhibit 40, and that should be available to you if you refresh the Exhibit Share page.

A.   Okay, I'm there.

Q.   This is an e-mail chain.  Top e-mail is from Mike Houston to Brian Brown sent on November 10, 2021.  It's an e-mail chain from Mike Houston sent on November 10, 2021 to Brian Brown, Dwight Egan and Andrew Benson, the subject line Re: Fluidigm Q3 Revenues Drop 29 Percent on Supply Chain Issues, Waning COVID-19 Testing.

To your knowledge, was the e-mail reflected in this document received at the time indicated on the document?

A.   I don't have any reason to think it wasn't.

Q.   Who is Fluidigm?

A.   I don't know a lot about Fluidigm.  Sometimes the people that we hire for this type of investor relations

Page 195

EGAN

like to send us industry news that they think we would care about or that would be relevant to us and it is oftentimes not the case or it's in a business that is not related at all or industry-related.  So I don't know a lot about Fluidigm.  They are not a household word at Co-Diagnostics in terms of competitor or supplier or that sort of thing, and I don't know what their supply chain issues were, I don't really know what Fluidigm's product is.

Q.   If you look at the bottom of the page there's an e-mail from William McCluskey sent on November 9, 2021 to Dwight Egan, Seth Egan, Brian Brown, Reed Benson, copying Lynn Briggs and William McCluskey.  Do you know who William McCluskey is?

A.   Let me find the e-mail you're talking about.  Is there a number on the bottom of the page I should be looking for?

Q.   Yeah, it's the bottom of the first page.

Page 196

EGAN

A.   All right, let me look at this.

Oh, so I see his e-mail and yes, I do know who William McCluskey is.

Q.   Who is he?

A.   I refer to him as Bill McCluskey normally.  Bill was a erstwhile, i.e. he's not now but during some of our formative years Bill McCluskey was involved in advising the company, consulting the company.  He -- I don't know the exact evolution of his formal agreements with the company but eventually he became a paid consultant.  His primary role was to be our eyes and ears on the Street of New York, particularly as it revolved around investor relations.  So if I went to New York and I was meeting with an investment bank over a potential transaction or just discussing possibilities, or maybe even meeting with an analyst or we may spend a day going around to several different companies, Bill would oftentimes accompany me as an advisor to help interpret what we're

Page 197

EGAN

hearing.

He's a very experienced veteran Wall Street player.  He's led a couple of notable firms and so during this period, he would have been a consultant for the company, not somebody that I talk to every day.  I talked with him occasionally when we needed some kind of advice or input, which normally focused around, you know, issues with investment banking and such, so he obviously saw this issue with Fluidigm and thought that he would notify us that he saw this.

Q.   You see that in that same e-mail from Bill McCluskey he writes, "A potential issue that will come on your call.  As you know, you should be prepared to discuss this market trend."

And then above that, Mr. Brown responds on November 10, 2021 to Dwight Egan, Andrew Benson and Mike Houston and writes, "This is going to be an important question that we will likely need to answer.  Thus far in Q4 we have seen

50 (Pages 194 - 197)

Page 198

EGAN

slowing sales. However, we could frame it up as we had some pull forward into Q3 but still expect to see a strong quarter in terms of sales. We do expect to hit around 20 million."

Do you know what Mr. Brown was referring to when he said, "Thus far in Q4 we have seen slowing sales"?

A. Let me read it for a second here.

(Witness perusing document.)

MS. PEIRSOL: Objection to the question while you're reading, Mr. Egan.

THE WITNESS: Now, do you have a question for me on this, Jason?

BY MR. URIS:

Q. Do you have an understanding of what Mr. Brown was referring to when he said, "Thus far in Q4 we have seen slowing sales"?

MS. PEIRSOL: Objection, form.

THE WITNESS: I think we've discussed a few times in this deposition that the Q4 ultimately came

Page 199

EGAN

together in the third month of the quarter and that the first two months of the quarter were not as robust as the fourth -- as the third month of the quarter. So Brian is a no-nonsense, call it like it is CFO and he's, you know, having a discussion with me and Andrew and his investor relations guy that he tends to put a lot of credence in what our investor relations people are saying and advising. He's looking at and discussing on a preliminary basis what the numbers are saying and how they may have to be dealt with.

As it ended up, it was a -- Q4 was a very good quarter for us. This also shows we wouldn't necessarily have known that, given the first two months of the quarter which we've addressed that phenomenon several times today, that there are lots of spikes and valleys depending on what's going on at any given time. Ton of

Page 200

EGAN

different variables apply.

BY MR. URIS:

Q. I'm going to introduce what was previously marked as Exhibit 27. That should be available.

A. Okay, I'm there.

Q. This is an e-mail chain. The top e-mail is from Andrew Benson sent March 8, 2022 at 5:23 p.m. to Dwight Egan, copying Brian Brown. The subject line Re: Get their release and show me a potential draft, with an attachment CODX - Share buyback PR Dr 1.

To your knowledge, was the e-mail reflected in this document received at the time indicated on the document?

A. I don't have any reason to think it wasn't.

Q. Does this appear to be a draft press release announcing the company's authorization of a share repurchase program? Sorry, does the attachment appear to be that?

A. The attachment appears to me to

Page 201

EGAN

be that, yes.

Q. If you go back to the e-mails, it appears that you had forwarded to Mr. Benson a headline or an article about Fulgent Genetics announcing a share buyback program.

Do you recall who first had the idea for Co-Diagnostics to explore a share buyback program?

A. I don't know exactly who had the idea. It wouldn't surprise me if it was my idea to raise the issue to begin with. These are the types of things as the CEO and chairman of the board that I think about and have to consider, and I would have duly noted Fulgent Genetics, which is a California firm, who we followed a lot in terms of what they were doing, so I would have -- it would have gotten my attention that they were doing not only what their earnings would be, but the fact that they had commenced a share buyback. I would not have been impressed by what their -- that they had a stop gain or a

51 (Pages 198 - 201)

Page 202

EGAN

drop on it. That wouldn't have played in my mind because we don't make decisions based on what it's going to do in the market.

Q. If you take a look at Mr. Benson's e-mail at the top of the page, he writes, "Ike, here's what I got. You may not like the line at the end of the quote implying a post-pandemic world, but I think it's important in our messaging for people to understand we're still very bullish about our future despite the decline in COVID testing."

Do you have an understanding of what Mr. Benson was referring to when he stated the decline in COVID testing?

MS. PEIRSOL: Objection, form.

THE WITNESS: I think that speaks for itself about a decline in COVID testing. I don't -- I'm not -- I would tend to look at things more broadly than Andrew, and Andrew and I could have sharp disagreements about what causality is and what positions

Page 203

EGAN

the company should take. Is this the actual press release or is this a draft, by the way?

BY MR. URIS:

Q. This is a draft that I'm just referring to his e-mail.

A. So he's mentioning this issue of post-pandemic world and he knows from previous discussions with me that I wouldn't appreciate him jumping to that kind of a conclusion in March of '22 where we have a federal government that's telling us we're going to have a hundred million cases potentially in the fall and winter of the year. And so to start speculating, postulating about post-pandemic environments, let's be clear, the pandemic went more than a year from this date of this particular e-mail before the United States and the WHO, World Health Organization acted on it. So I would have taken some issue with Andrew. He apparently knew that I would take issue with it so he, which is not uncommon for

Page 204

EGAN

him, writes this kind of an e-mail to me to poke the bear.

Q. Do you know whether there was an overall decline in COVID testing at this time?

A. Well, the numbers speak for themselves. I think I've expressed many, many times, we did not make decisions based on one or two or three or four months of activity. If we did that, we would be, you know, have a big time problem with everything we're trying to do in our vision for what we're doing as a company. We're in the middle of a heavy development project that is also centered on COVID but other disease states as well, and our real view as a company is that investors ought to focus more on what we're doing in preparing for the long-term vitality of the company than having a sort of a myopic view on a couple of quarters. It's not how we view the world.

Q. Below that in Mr. Benson's e-mail he writes, "I'd also suggest you consider

Page 205

EGAN

attributing this quote to Brian."

Do you have an understanding of why he was making that suggestion?

MS. PEIRSOL: Objection, form.

THE WITNESS: Well, I need to look at the quote for a second.

(Witness perusing document.)

And again, I'm a little bit uncomfortable responding to questions about drafts. This share repurchase program is aligned -- let me just read it.

(Witness perusing document.)

So this draft to me looks like Andrew kind of putting forth his viewpoint at the time about what's going on. I don't agree with his overall sentiment there. I don't disagree that it would be okay for Brian, since he's the chief financial officer and this has to do with, you know, the treasury of the company, that he would be the one making the quote or maybe that the quote was

52 (Pages 202 - 205)

Page 206

EGAN

split between the two of us focusing on different elements, but go ahead with your next question.

BY MR. URIS:

Q. My next question pertains to the sentence that he referenced in the draft release. "We believe that our shares are currently undervalued, which has provided us with an opportunity to strategically allocate capital in a way that helps to drive continued growth and demonstrates our positive outlook for the future as we, along with the rest of the world, adjust to a new reality that is no longer dominated by daily headlines about the pandemic."

Do you have an understanding of what Mr. Benson is referring to by "a new reality that is no longer dominated by daily headlines about the pandemic"?

MS. PEIRSOL: Objection.

THE WITNESS: No, I don't. No, I don't know what he's referring to that and I'd like to see the final version

Page 207

EGAN

of this because I think I would have taken exception to his characterization. My goodness, we're March 10 of '22. It's not until another year that the World Health Organization and the United States government, you know, ends their public health emergency. The public health emergency of international concern is the highest level of emergency that these organizations have, and you cited earlier the enormous amount of money that the United States government had spent in order to mitigate the effects of COVID.

And so for Andrew Benson to go off, you know, like he's doing here and trying to act like oh, the pandemic's over and that, you know, all the headlines are different and all the headlines have changed, I'm quite certain that Dr. Scott Gottlieb continued to appear weekly for a long

Page 208

EGAN

period to come after this on every Sunday morning on Face the Nation. He was the past commissioner of the FDA. So I'm reading and listening to and I think I've probably listened to this in a very assiduous way compared to most of our people in the company, including senior management personnel, and I think I would have seen a lot more of it than Andrew and I would have taken objection probably to his characterization here. You would have to show me the final press release.

BY MR. URIS:

Q. After the first quarter of 2022, has Co-Diagnostics ever had more than six million dollars in revenue in any quarter?

A. I don't know quarter to quarter. Those numbers are what they are. I don't think they are indicative of our potential prognosis for the future of the company. We're developing a major new platform. We've gone from 25 employees at the end of 2019 to at this point in time in the

Page 209

EGAN

neighborhood of 150 employees just in the U.S. and a lot of others in our joint venture in India. So we're in a different ballpark here and we're gearing up to introduce and take through clinical trials a very important new product so that's what we're focusing on.

Q. I would like to introduce what was previously marked as Exhibit 29.

A. Do I need to refresh for that, Jason?

Q. Yes.

A. Okay, I'm there.

Q. This is an e-mail from Andrew Benson dated March 10, 2022 to Dwight Egan and Brian Brown, subject line Share repurchase release Dr 2 and an attachment.

To your knowledge, was the e-mail reflected in this document received at the time indicated on the document?

A. I don't have any reason to think that it was not.

Q. And this appears to be an updated draft of the press release announcing the

53 (Pages 206 - 209)

Page 210

EGAN

authorization of a share repurchase program with that sentence we were just discussing removed; is that correct?

A. Allow me to read it.

(Witness perusing document.)

Okay.

Q. So that sentence appears to be removed from this draft; correct?

A. It does.

Q. Do you recall if you told Mr. Benson to remove that sentence from this draft?

A. I have no idea exactly what happened. I told you previously that I would have objected to characterizations such as post-pandemic world, that sort of thing. We had a long way to go before we were going to be post-pandemic, and even post-pandemic we're going to be in an endemic situation, as we see today. It's still the number two killer in the world. TB just overtook it.

Q. In 2021 or 2022, would you ever redline drafts of documents?

Page 211

EGAN

A. I didn't redline anything like that. I usually asked Benson to send me drafts in their non-redline format. I didn't want to deal with the additions and so on. I wanted to see the clean copies.

Q. And then if you would make edits to any particular document, how would you send those back?

A. I would call -- I wouldn't send them back. I would call Andrew and discuss it with him and then he would make changes as appropriate. And he knew he had full capabilities to argue his point without repercussions from me. I was very willing to have him check my premises and to speak his mind, so we had sometimes long deliberative discussions about what was the most proper way to characterize the company's message.

Q. Was that your general practice with respect to editing documents in 2021 and 2022?

A. Yes.

Q. I'm going to introduce what was

Page 212

EGAN

previously marked as Exhibit 50. It should be available now if you refresh.

A. I'm going after it. Okay, I'm there.

Q. This is an e-mail from Andrew Benson sent March 23, 2022 at 8:27 p.m. to Dwight Egan, copying Brian Brown and bcc'ing Jennifer Webb, subject line Current PR, and attachment CODX 4Q21 Earnings Release draft v3.

To your knowledge, was the e-mail reflected in this document received at the time indicated on the document?

A. I don't have any reason to think it wasn't.

Q. Who is Jennifer Webb?

A. Jennifer Webb was the person handling our account at the Coltrin public relations firm.

Q. For what purpose did Co-Diagnostics hire Coltrin?

A. We were involved in an industry that had a great deal of interest from the public so we were continually importuned

Page 213

EGAN

by one media source or another to talk about what was going on in COVID. We were an industry leader and an industry innovator and so we had a lot of activity and people calling us and we felt that we needed an expert who had handled things like the Olympics and those types of things to field those types of inquiries and to give us guidance as we addressed them.

Q. If you take a look at Mr. Benson's e-mail, he writes, "Hi Ike, See cleaned up version of the current PR. Brian and I have a minor disagreement in the sub-header (see the comments there) but I'm happy to defer to consensus."

And if you can turn to the draft press release, and there's a -- the title of it is Co-Diagnostics Reports Full Year 2021 Financial Results and then there are two sub-headers, Achieved Record Full Year Revenue of 97.9 million, and then below that Strength in Sales Momentum Provides Platform for Solid FY'22. And then there

54 (Pages 210 - 213)

Page 214

EGAN

are various comments on the right side.

A. All right.

Q. The first one has initials WS. Is your understanding that WS refers to William Stack?

A. I don't know what that refers to. William Stack is not like a common name that I deal with but I wouldn't be surprised that that's William Stack, and I presume that he's with Lambert if he's on this thread.

Q. My understanding is that he's with Lambert.

A. Okay. I wouldn't repudiate that.

Q. So in that comment he writes, "Alternative second sub-header could be: Provides financial guidance for First Quarter Fiscal 2022."

And then under that, BB, which I understand is Brian Brown, says, "I like original better."

And then below that there's a comment AB, which I understand is Andrew Benson. "I prefer the alternative (so

Page 215

EGAN

we're not later accused of overstating our potential by referring to it as 'solid' if any investor later disagrees with us, which they definitely will."

A. So your question is?

Q. My question is: Do you have an understanding of why Mr. Benson didn't want to refer to the company's sales momentum as solid?

MS. PEIRSOL: Objection, form.

THE WITNESS: My view would be that Andrew Benson would be taking a basically defensive and pejorative view of anything we're saying to the public, which is epitomized by his sarcastic remark "which they definitely will." Andrew is often one that is speaking to investors who call up or speaking with analysts and so he's pounding his desk there to let us know that from his perspective, this is what we think we ought to do.

BY MR. URIS:

Q. Do you have an understanding of

Page 216

EGAN

why he thought from his perspective that shareholders would definitely disagree with the characterization of the company's sales momentum as solid?

MS. PEIRSOL: Objection, form.

THE WITNESS: He's just giving his personal point of view in terms of preferences to how it's characterized. He doesn't want to be accused of overstating the potential. He's going to take the underside of that and which isn't necessarily a balanced viewpoint, and then he's epitomizing it with his sarcasm by saying "which they definitely will" in capitals. That's stylistic for Andrew Benson.

BY MR. URIS:

Q. Do you think he was concerned that the company's sales had slowed in February of 2022 and to date through March of 2022?

MS. PEIRSOL: Objection.

THE WITNESS: No. No, I think we were all very thrilled with our

Page 217

EGAN

results in the first quarter of '22. I don't think Benson was focused on that at all. He could tell you, I'm sure, if you asked him the question.

BY MR. URIS:

Q. Did he ever tell you why he was concerned about that language?

MS. PEIRSOL: Objection, form.

THE WITNESS: No, I don't recall specific conversation with Andrew Benson about this particular sub-header. I would have sided with Brian Brown that the original was the best way to do it because at this point, we started a project putting our new platform together in 2020. By the end of 2021, we have now bought two companies and increased the size and scope of the company by a lot and that's where we're putting our efforts and we would want to emphasize that, you know, sales that we incurred in the past and our current positioning and our acquisitions were providing a

55 (Pages 214 - 217)

Page 218

EGAN

solid platform for the coming year and I think that's our view.

BY MR. URIS:

Q. I'm going to introduce what was previously marked as Exhibit 51. That should be available.

A. I'm sorry, Jason, I'm looking for 51? I guess I've got to refresh, I'm sorry. Okay, I'm there.

Q. This is an e-mail chain. Top e-mail is from Andrew Benson to William Stack, copying Brian Brown and Mike Houston with a bcc to Andrew Benson. The subject line Re: Q4/FY21 Release, and attachment CODX 4Q21 Earnings Release draft vF - 032322 BB+AB COMMENTS, and I'll note you're not on that e-mail.

If you could turn to the second page of the document, do you see at the top there's an e-mail from Brian Brown sent March 23, 2022 at 6:49 p.m.? Do you see that?

A. Yes.

Q. And in the third paragraph of his

Page 219

EGAN

e-mail he writes, "Also, at first glance, I don't particularly want to address any revenue cadence by month for Q1. In the second part of Ike's quote, we make mention of sales through February. I would prefer to not provide any mid quarter or monthly cadence."

Do you see that?

A. Yes.

Q. Do you have an understanding of why Mr. Brown preferred not to provide any mid quarter or monthly cadence?

MS. PEIRSOL: Objection, form.

THE WITNESS: I believe this is because Brian would agree with me that the performance of the company was more appropriately looked at on a broader basis, not one month of a quarter or six weeks of a quarter, two months of a quarter. Sometimes it drastically changed just in one month so I think that's why he didn't want to get caught up in the minutia of providing quarter month-by-month

Page 220

EGAN

cadencing. I think he would have been of the viewpoint that once you start doing that, you'd have to continue to do it and that's not the way our business worked traditionally.

BY MR. URIS:

Q. Do you think he was concerned that it would have shown that sales had fallen in February and March of 2022?

MS. PEIRSOL: Objection, form.

THE WITNESS: No, I think he had the same long-term confidence in our business plan and what we were doing and he didn't want to all of a sudden turn a quarterly revenue guidance environment to a monthly guidance environment because that's not the way our business worked in terms of how we brought in sales. It was oftentimes at the very end of the quarter when the quarter became a solid quarter. He didn't want to all of a sudden have to go off with month-by-month cadencing. He wanted to keep it as it

Page 221

EGAN

was which he thought was a more appropriate way to address it and I agree with that.

BY MR. URIS:

Q. In 2022, was stock-based compensation a significant portion of the company's spend?

A. I would have to say that I think it was a significant portion, yes.

Q. Do you recall that at least as early as March 2022, Mr. Brown wanted to start talking more and more about adjusted EBITDA?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't specifically recall Brian wanting to talk more about EBITDA. My view would have been that Brian was the CFO, he had the experience and had the responsibility of dealing with our auditors and with our -- the other members of his team. I would not have taken objection to that.

///

56 (Pages 218 - 221)

Page 222

EGAN

BY MR. URIS:

Q. I'm just going to introduce what was previously marked as Exhibit 43. That should be available.

A. Okay, I'm there.

Q. This is an e-mail chain. The top e-mail is from Brian Brown sent on March 7, 2022 -- sorry, the top e-mail is from William Stack sent on March 7, 2022 to Brian Brown, copying Zachary Mizener, Andrew Benson and Mike Houston. The subject line Re: Financial Messages.

If you see, there's an e-mail below that from Brian Brown sent on March 7, 2022 at 9:06 a.m. He writes, "I think the messages should be similar to what we have discussed in the past" and then lists five points.

And then below that he says, "Then I want to also start talking more and more about adjusted EBITDA. For us, right now, that definition would be EBITDA with stock compensation added back."

Do you recall having any

Page 223

EGAN

discussions with Mr. Brown around this time about focusing on adjusted EBITDA?

A. No, I don't recall any specific discussions but I think Brian Brown would have been seeking to give as much clarity as he could to the investing public about the look of the company and where we were spending money and what was cash and what was not cash and so on. Brian tends to focus a lot on cash and cash management so it's not surprising to me to see that he was having conversations with Stack and Houston and Mizener and Andrew about giving more clarity to the public with respect to showing the EBITDA number.

Q. Do you recall Mr. Brown ever raising concerns that the company's EBITDA number was low because of the amount the company was spending on stock-based compensation?

MS. PEIRSOL: Objection, form.

THE WITNESS: I don't recall having any discussion with him about it.

Page 224

EGAN

BY MR. URIS:

Q. Did you have any concerns about that?

A. Certainly not. It was not an area that I would have been focusing on.

MR. URIS: Could we go off the record for a moment?

MS. PEIRSOL: Sure.

THE VIDEOGRAPHER: Thank you. The time is 3:48. We're going off the record.

(Recess taken from 3:48 p.m. to 4:00 p.m.)

THE VIDEOGRAPHER: We are back on the record. The time is 4 p.m.

BY MR. URIS:

Q. I'm going to introduce what was previously marked as Exhibit 37. That should be available to you if you refresh.

A. I'm still waiting for it to come up. I clicked on it. It says generating file preview. May take awhile. I'm trying to bring up 00037.

Q. Yes. Let's give it a minute. I

Page 225

EGAN

think this one should work.

A. Let me go back in and try again. It's Exhibit 00037; right?

Q. Yes.

A. It's still giving me the unable to generate preview for this file.

Q. I can share my screen. One moment.

Are you able to see the document?

A. I am, yes.

Q. This document is an e-mail chain. The top e-mail is from Mike Houston sent March 16, 2022 to Andrew Benson, William Stack and Zachary Mizener, copying Brian Brown, subject line Re: Current script and attachment Draft 4 of FY 2022 Conference Call 031622 LAMBERT. And I'll note that you're not on this e-mail.

Mr. Houston writes, "Thanks, Andrew. Attached are our edits/comments. Please utilize with Ike as you feel appropriate since we didn't pull any punches here. Happy to discuss tomorrow afternoon if you want to connect before

57 (Pages 222 - 225)

Page 226

EGAN

reviewing any of this with Ike."
I'll scroll to the attachment. Does this appear to be a draft of the -- current draft of the script for the earnings call later in March 2022?
MS. PEIRSOL: Objection, form.
THE WITNESS: It appears to be. There's a million different edits and things on what you're showing me that I wouldn't have been involved with so I would need a more clean iteration of where they were going.
BY MR. URIS:
Q. I only have one question on this document. There are many edits. I just want to draw your attention to this page in particular. Do you see this portion of the script there? It reads, "As we move forward with our new team, the strategic vision of Co-Diagnostics is built on the following four pillars."
And then the first point reads with some edits, "COVID-19 with its variants will be a permanent, endemic

Page 227

EGAN

disease, along with the many other endemic infectious diseases circulating throughout the world. As COVID-19 continues to spread, the virus has more opportunities to mutate, potentially resulting in mutation characteristics that increase its spread. Other infectious diseases will also need to be diagnosed and differentiated from COVID-19."
And then there's some inserted language, "We believe we are well positioned to address the testing needed for this endemic disease, along with many others that exist today."
And after that there appears to be language that is deleted which reads, "Dr. Michael Osterholm recently commented on a blueprint to a new normal in dealing with COVID-19. He said, 'We're not going to get rid of COVID, it's not going to happen.' He also said, 'We can do much better with testing.'"
And then above that there's a comment off to the side with the initials

Page 228

EGAN

MH. It's your understanding that MH refers to Mike Houston?
A. I presume.
Q. In the comment he writes, "Way too many quotes from other people. Investors want to hear the CODX strategy and execution plan. Citing other people is not a strategic vision."
Do you recall any discussions with anyone at Co-Diagnostics or at Lambert that people felt that you too often quoted from other people in support of a narrative that COVID is not going away, rather than discussing the company's actual execution?
A. No, I believe that the people that were cited as experts were, in fact, experts. Certainly Dr. Michael Osterholm is. He played a critical role in the entire COVID pandemic environment, continues to do so, and as I mentioned, he was sort of the one who coined the issue of helping the public understand that COVID was not going to go away. Like he

Page 229

EGAN

said in that particular quote, it's not going to happen. This is an expert. He's an epidemiologist at the highest level and so my reliance on his expertise and people like Scott Gottlieb or Anthony Fauci or other experts I think is entirely appropriate, especially in an environment where you're dealing with a new disease.
This disease didn't even exist as far as we knew here in the United States until early 2020, maybe the month before. We were the very first U.S.-based company to have a CE mark on a COVID test. Imagine that. A nascent new company with a new technology, that is the first company in the European Union based in the United States to have a COVID test. So we're fast moving, we're innovative, we have great, fast, accurate test, and the fact that we're relying and that I'm relying on experts to help frame what's going on, what kind of strategies we're employing as a company I think makes perfect sense. I don't make any apologies

58 (Pages 226 - 229)

Page 230

EGAN

for it, certainly not to Mike Houston.

Q.  Do you recall ever receiving feedback from anyone that you too often quoted epidemiologists in your messaging?

A.  I don't recall having conversations with anybody about it personally.

MR. URIS:  I have no further questions at this time.  However, plaintiffs are leaving this deposition open as plaintiff is still in the process of meeting and conferring with defendants regarding the sufficiency of their privilege log.  So to the extent additional documents are produced, it may be necessary to recall the witness to ask questions about any of those documents.

MS. PEIRSOL:  Okay, thank you.

THE VIDEOGRAPHER:  Nothing else for the record, Counsel?

MR. URIS:  Nothing here.

THE VIDEOGRAPHER:  The time is 4:10.  We're going off the record.

Page 231

EGAN

This ends media file 6 and that concludes today's testimony.

MS. PEIRSOL:  We would like to read and sign.

(Time noted:  4:10 p.m.)

_____

DWIGHT EGAN

Subscribed and sworn to before me this ___ day of _____, 2024.

_____

Page 232

EGAN

C E R T I F I C A T E

STATE OF NEW YORK   )
          : ss.
COUNTY OF NASSAU    )

I, CATHI IRISH, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within and for the State of New York, do hereby certify:

That DWIGHT EGAN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of November, 2024.

_____
CATHI IRISH, RPR, CRR, CLVS

Page 233

EGAN

--------------- I N D E X ---------------

| WITNESS | EXAMINATION BY | PAGE |
| --- | --- | --- |
| DWIGHT EGAN | MR. URIS | 6 |

----------------- EXHIBITS ---------------

| EXHIBIT NUMBER | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 52, declaration of Douglas W. Greene | | 58 |
| Exhibit 53, document Bates labeled CoDx_00032186 | | 162 |

59 (Pages 230 - 233)

Page 234

EGAN
*** ERRATA SHEET ***
NAME OF CASE:  Stadium Capital vs.
Co-Diagnostics
DATE OF DEPOSITION:  November 14, 2024
WITNESS:  Dwight Egan

PAGE LINE      FROM             TO
____|____|_____|_____
____|____|_____|_____
____|____|_____|_____
____|____|_____|_____
____|____|_____|_____
____|____|_____|_____
____|____|_____|_____
____|____|_____|_____
____|____|_____|_____
____|____|_____|_____


            _____
            DWIGHT EGAN


   Witness and sworn to before me
this ____ day of _____, 2024.

_____ _____
  (Notary Public)   My Commission Expires:

60 (Page 234)

**[& - 2021]**                                                                        Page 1

**&**

**&**  3:4,13 4:24
5:4 15:12,15

**0**

**0001a**  63:9,12
**00032186**  162:3
162:8 233:12
**00037**  224:24
225:4
**00052**  63:6
**00506169**
115:15
**00506182**
115:19
**031622**  225:18
**032322**  218:17
**039**  170:21
**044**  171:20

**1**

**1**  4:6 62:20
131:8 175:25
176:3 200:14
**10**  36:10 52:3
85:24 101:23
111:6 123:21
125:16 131:16
132:5,8 135:15
136:6 169:18
169:24 194:10
194:12 197:21
207:5 209:16
**100**  72:5
**10022**  3:8

**10:05**  44:5,6
**10:15**  44:7,9
**10:38**  131:17
**10:41**  59:4
**10:42**  59:8
**10th**  135:15
**11**  59:20 73:15
108:13 174:12
181:17
**11:18**  85:11,12
**11:29**  85:13,15
**12**  65:20,24,25
75:5 76:16
78:13 80:22
82:8 83:8
84:12 88:9,20
89:3 105:18
121:12 125:17
131:8 139:10
144:9,13,23
175:13 176:5
178:18 181:21
184:25
**1200**  3:16
**12:17**  121:24
122:2
**12:20**  171:24
**12:37**  123:3,7
**12:46**  169:12
**12th**  71:3
**14**  1:16 2:7 4:4
164:6 234:5
**15**  36:10
173:14,21

**150**  209:2
**16**  225:14
**162**  233:11
**17**  114:22
131:8 142:24
162:13
**170**  116:2,11
**189**  135:20
**19**  44:12,14,24
45:13,15 46:5
46:9 47:6,10
65:11 76:10
78:25 88:2,12
88:23 89:6
97:20 123:12
123:17,18
131:8 142:24
145:15 162:24
163:6,12,19
172:5 177:5,23
188:9,24 189:3
189:16,18
190:19 194:15
226:24 227:4
227:10,20
**1:29**  144:9
**1:42**  170:3,4
**1:57**  170:5,7
**1q22**  123:25
131:20 144:13

**2**

**2**  44:10 59:9,22
209:18
**20**  12:3 65:15
68:22 69:4,22

89:20 131:5,10
198:6
**200**  3:15
**2000**  16:2
**2001**  16:3,6
**2013**  16:11
**2015**  17:22
**2017**  17:9
**2019**  208:25
**2020**  50:19
65:7 68:20
69:6 73:15
76:8 97:16
156:12 160:20
160:23 188:6
188:22 217:17
229:12
**2021**  11:8 20:4
20:6,25 22:12
26:18 29:22
30:4,17 31:2
34:2 36:18
38:9,21 41:11
41:16 45:11
48:16 50:2,19
54:9 56:12
66:12 76:11
79:10 80:25
82:20 83:15
85:20 89:9
99:11 102:15
102:21 154:2
158:22 160:21
160:25 162:13
163:10 194:10

**[2021 - 52]**

194:12 195:15 197:21 210:24 211:22 213:21 217:18
**2022** 11:9 12:4 20:4,6,25 22:12 26:18 29:22 30:4,17 31:2 34:2 36:18 38:9,21 41:11,16 45:11 48:16 50:2 51:2 54:9 56:12 59:19,20 65:8 66:12 68:21 69:7 70:7,21,24 71:3,6 75:5,25 76:16 77:4 78:12,13 79:2 79:7 80:22 82:8 84:12 85:20 88:3,6,7 88:9,20 89:3 90:24 91:14 102:15,21 105:18 107:6 111:7 112:18 113:24 116:9 119:16 121:12 121:12 123:22 124:12 125:7 125:16,18 131:17 132:5 135:24 136:6

139:10 142:14 144:9,13,23 145:10 154:2 164:6 170:16 170:24 171:23 173:14,17,21 174:11,12 175:14 176:4,5 177:13 178:18 179:3 181:12 181:16,17,21 181:22 182:5,9 184:25 185:23 190:18,21 200:10 208:16 209:16 210:24 211:23 212:7 214:19 216:21 216:22 218:22 220:10 221:6 221:12 222:9 222:10,16 225:14,17 226:6
**2023** 190:6
**2024** 1:16 2:7 4:4 231:12 232:23 234:5 234:23
**21** 11:10 36:23 40:6 53:23 128:21 144:4
**22** 1:7 4:13 11:11 36:23 40:6 53:23

72:6 108:13 128:14,22 175:20,21 182:13 190:20 203:12 207:5 217:2
**225,000** 18:23
**23** 72:7 212:7 218:22
**24** 90:24 91:14
**24.5** 189:17
**25** 9:16 170:11 208:24
**253** 163:15
**26** 173:11 178:9
**27** 200:5
**27th** 232:22
**29** 194:14 209:10
**295** 174:16
**298** 174:23 178:10
**2:32** 193:19,20
**2q22** 170:18

**3**

**3** 85:16 193:23
**3/14/2022** 169:12
**30** 9:16 91:19 92:4 95:18,20 96:14,15 97:14
**300,000** 20:2
**34** 58:19 59:12 175:23

**37** 224:19
**38th** 3:7
**3:00** 193:21
**3:48** 224:11,13

**4**

**4** 60:5 123:8 158:22 160:24 163:5 224:16 225:17
**40** 194:4
**43** 222:4
**43215** 3:17
**45** 158:17 193:10
**47** 163:22 164:2
**4:00** 224:14
**4:10** 230:25 231:6
**4:22** 116:9
**4:39** 170:25
**4q21** 212:10 218:16

**5**

**5** 135:24 170:8
**5.1** 163:17
**50** 21:6 62:13 212:2
**5027** 232:24
**51** 218:6,9
**52** 58:12,17 59:11 131:8 233:9

**[53 - add]**                                                    Page 3

**53**  162:2,7,10
  233:11
**58**  233:9
**5:23**  200:10
**5th**  137:8

**6**

**6**  59:14,17 60:2
  160:23 173:17
  176:21 193:24
  231:2 233:4
**6978**  1:7 4:13
**6:49**  218:22
**6:50**  135:24

**7**

**7**  90:18 163:18
  176:17,18,23
  182:14,17
  222:9,10,16
**75**  83:16 84:4
  84:13
**750**  163:16
**7:32**  123:22
**7:34**  132:6

**8**

**8**  60:15 116:12
  117:5 170:24
  200:9
**8-9-22**  170:18
**800**  3:6
**835**  124:7
**839**  124:22
**84093**  6:14
**8584**  6:13

**8:27**  212:7

**9**

**9**  4:5 112:17
  116:9,20 117:6
  119:16 170:15
  171:23 195:15
**90**  47:15 67:2
**95**  141:24
  142:13
**97.9**  213:23
**9:00**  2:8
**9:06**  222:16
**9:55**  91:15
**9th**  112:20

**a**

**a.m.**  2:8 4:5
  44:6,7 85:12
  85:13 91:15
  123:22 131:17
  132:6,8 135:15
  222:16
**ab**  131:21
  170:18 214:24
  218:17
**abandon**
  148:25
**abbott**  22:5
  25:23
**abc**  45:23
  46:21 91:17
  92:2,8
**abcr**  104:17
**ability**  49:22
  61:19 145:14

153:12 157:17
  177:4,22 186:2
**able**  64:10 86:7
  118:19 156:19
  161:13 225:10
**above**  115:20
  116:13,20,23
  117:6 139:2
  174:3 197:20
  227:24
**accepted**
  113:18
**accepting**
  99:23
**access**  49:17
  51:18 58:20
  188:9
**accompany**
  196:24
**account**  93:6
  212:19
**accounted**  21:4
  47:8 67:2
**accounting**
  29:23
**accounts**  24:2
  87:22
**accuracy**  94:6
**accurate**
  157:22 229:20
**accurately**
  137:23 145:15
  177:4,22
**accused**  215:2
  216:10

**achievable**
  141:24 142:14
**achieve**  118:19
**achieved**  20:15
  20:19 213:22
**acquainted**
  29:12,19
**acquired**  15:24
**acquisition**
  79:8 156:5
**acquisitions**
  217:25
**act**  207:20
**acted**  203:22
**acting**  147:12
**action**  13:4
  232:18
**actionable**  95:8
**active**  37:8
**activities**  21:21
  26:24 27:8
  39:8,11
**activity**  19:3
  52:17 71:10
  204:11 213:5
**actual**  52:2
  172:14 203:3
  228:16
**actually**  17:18
  42:20 88:6
  153:20
**adamant**  158:3
**add**  80:2 108:8
  140:21 159:10

**[added - andrew]** Page 4

added 222:24
adding 24:10
additional
  102:11 180:10
  181:3 230:16
additions 211:5
address 6:12
  76:7 79:13
  135:6 161:16
  219:3 221:3
  227:13
addressed
  181:2 199:22
  213:10
adequately
  152:21
adjust 206:14
adjusted
  221:13 222:22
  223:3
administer
  5:19
administration
  188:24 189:15
  190:19
adopt 148:22
adopted 48:23
advance 42:12
  113:5
advanced
  14:21
advantage
  92:10
advice 35:12
  119:2 197:9

advised 181:5
advising
  196:10 199:13
advisor 137:12
  196:25
affect 13:8
  191:6
affected 173:9
affiliated
  191:23
afraid 161:13
afternoon
  169:12 225:25
ag 165:5
agencies
  184:14
agenda 32:18
  32:24 113:4,12
aggregate
  191:3
ago 9:16 10:5
agree 40:19
  129:25 134:12
  134:25 135:5
  161:23 166:14
  166:16,20
  167:11 168:18
  169:15 205:18
  219:16 221:4
agreed 113:23
  114:8 117:21
  169:14
agreement
  118:3

agreements
  13:6 193:2
  196:12
ahead 33:12
  57:19 60:8,17
  113:10,15
  114:18 121:17
  136:23 137:8
  206:3
aimed 157:17
air 43:10
  107:17 139:7
  147:4
al 4:10
alarm 77:6
  187:14
alarmed 70:24
  70:25
alert 73:12
  112:3
aligned 205:12
allegations
  8:20,21 12:16
allocate 206:11
allow 140:4
  210:5
altered 161:10
alternative
  138:23 140:3
  141:21 142:23
  214:17,25
alternatives
  136:25 137:4
  137:14,17,19

amended 13:3
america 27:8
american
  109:10
amount 17:20
  19:24 69:16
  78:11 79:3
  85:3 89:16
  119:2 158:13
  181:15,20
  207:14 223:19
amounted
  47:10
analysis 34:18
  79:18 83:25
analyst 35:18
  36:3,6,8,20
  37:6,11 119:14
  120:17 159:16
  196:22
analyst's
  121:10
analysts 35:23
  36:17 120:13
  120:22,24
  167:15,21
  168:9 215:20
analyzing 84:2
andrew 25:16
  25:17 36:7
  39:17,18 40:9
  41:21 100:24
  105:17 115:5
  119:7 123:23
  130:2,6,6

131:16 135:25 136:14 144:8 144:24 158:21 158:25 161:21 162:14 164:5,8 165:24 167:2,2 168:18 170:23 173:13,15,24 194:13 197:22 199:9 200:9 202:23,23 203:23 205:16 207:18 208:11 209:15 211:11 212:6 214:24 215:13,18 216:17 217:11 218:12,14 222:12 223:14 225:14,21

**andrew's** 166:13 169:10

**angeles** 14:3

**anne** 91:16,25

**announced** 190:19

**announcing** 200:21 201:6 209:25

**annual** 138:25 139:4

**answer** 7:4,11 7:11,21 42:2 107:12 141:15 149:22 153:6

197:25

**answered** 57:15 75:11

**answering** 7:2 7:17 82:14 83:5

**anthony** 56:17 229:6

**anticipating** 139:19

**anybody** 155:13 230:7

**anytime** 121:6

**apologies** 229:25

**apologize** 116:15

**apparently** 203:24

**appear** 60:3 64:20 124:11 137:16 200:20 200:24 207:25 226:4

**appearance** 5:13

**appearances** 4:20

**appearing** 2:12

**appears** 64:24 66:9 68:14 124:15 133:12 174:4,9,19 176:13 200:25 201:4 209:24

210:8 226:8 227:16

**apply** 200:2

**appreciate** 203:11

**apprised** 66:24 67:6

**appropriate** 211:13 221:3 225:23 229:8

**appropriated** 74:16

**appropriately** 219:18

**approval** 41:18

**approved** 40:25 41:3 129:19

**approximate** 65:9 79:5 108:13

**approximately** 10:24 13:21 21:2 47:7 70:12 83:16 189:17

**april** 71:5 76:19

**arabia** 86:11 87:10

**arabian** 89:10 89:14

**architecture** 26:12

**area** 104:11 155:3 224:6

**arguably** 150:7

**argue** 167:6 211:14

**arguing** 74:15

**argument** 156:13,16 157:14 160:9 163:19 167:9

**arguments** 98:16 146:22 169:6

**article** 201:5

**articulate** 103:12

**articulated** 53:14 56:15

**aside** 127:17,19 161:6

**asked** 211:3 217:5

**asking** 69:13,15 80:17 119:9 149:18 165:3 165:17 168:6

**asks** 36:4 60:20

**aspirational** 103:19

**aspirations** 110:19

**assert** 155:14

**asserted** 128:11

**asserting** 97:2

| | | | |
|---|---|---|---|
| **assertion** 93:22 96:13 163:20 | 200:23,25 209:18 212:10 218:16 225:17 226:3 | **authorization** 200:22 210:2 | **b** |
| **assertions** 98:12 | **attachments** 115:7 159:3 | **available** 6:5 37:21 58:20 62:2,20 63:8 65:22 90:20 114:23 123:13 131:6 144:5 158:18 162:8 163:23 170:12 173:12 175:22 194:5 200:6 212:3 218:7 222:5 224:20 | **b** 45:6,7 46:21 59:23 104:18 |
| **assessment** 52:10 | **attend** 13:13,15 13:19 32:12 35:13 | | **back** 44:8 59:8 76:2,2,12,12 80:6 85:14 119:6 123:7 126:7 149:3 167:4 170:6 178:8 182:12 193:22 201:3 211:9,11 222:24 224:15 225:3 |
| **assets** 23:16 | **attending** 25:3 37:22 112:17 | | |
| **assiduous** 208:7 | **attention** 53:11 104:22 105:2 115:24 120:3 201:21 226:17 | | |
| **assigned** 27:14 | | | |
| **assistance** 171:11 | | **avenue** 3:6 | |
| **associate** 146:17 149:10 149:20 153:4 | **attorney** 4:22 **attorneys** 3:5 3:14 | **aware** 6:21 10:2 11:10 12:17 30:5 34:13 50:14 71:8 84:3,22 87:24 88:5,8 88:19 97:9 106:19 127:4 127:20,23 183:4 188:6,11 188:17,22 189:13,20 190:17,24 191:15,21 | **background** 13:12 |
| **associated** 34:10 148:14 150:23 156:6 | **attributed** 172:3 | | **bad** 98:11 |
| | **attributes** 39:2 | | **baker** 3:13 5:6 5:9 |
| **assume** 7:21 184:17 | **attributing** 205:2 | | **balance** 125:7 145:16 166:10 177:5,10,24 |
| **assumed** 130:25 155:9 | **audibly** 7:4 | | **balanced** 216:13 |
| **assumptions** 184:10 187:16 | **audio** 37:16 **audit** 34:7,10 34:16 35:3,4 35:13 | | **ballpark** 209:5 |
| **attach** 174:5 | | | **bank** 196:19 |
| **attached** 117:2 135:14 225:21 | **auditors** 34:12 35:6 221:22 | | **banking** 197:11 |
| **attachment** 123:25 124:6 131:20 144:13 144:21 145:5 159:4,12,12 170:17 171:19 173:17,18 174:9 200:13 | **august** 59:19 170:15,24 171:23 173:14 173:21 174:12 179:3 181:17 | **awareness** 69:25 189:6 | **barring** 95:20 |
| | | **awash** 56:13 | **base** 158:10 192:9 |
| | | **awhile** 63:18 63:19 224:23 | **based** 28:4,8 51:8 57:22 74:6 78:7 80:16 83:6 94:3 141:10 |

**[based - board]**

142:20 161:18
202:4 204:10
221:6 223:20
229:13,17
**bases** 46:23
**basic** 108:7
**basically**
154:25 159:18
215:14
**basis** 20:18
22:2 51:9
67:15 70:5
90:16 135:7
199:14 219:19
**bass** 14:18,18
**bates** 115:23
116:2 124:7,22
135:19,20
162:2,7 170:20
171:20 174:15
174:22 178:9
233:11
**battle** 72:22
74:17
**bb** 124:2
129:11 214:20
218:17
**bcc** 173:15
218:14
**bcc'ing** 158:25
164:8 212:9
**bear** 46:25
58:10 204:3
**bearing** 162:7

**began** 76:9
78:24 99:5
**beginning**
70:21 71:6
79:7,14 189:14
**begins** 40:13
44:10 85:16
109:6 123:8
170:8 193:24
**begun** 101:3
**behalf** 1:5 4:24
5:2,6,10
**behavior** 81:18
109:13
**believe** 9:3
11:25 12:9
18:21 19:24
20:23 28:3
29:12 36:20
42:8 47:9,16
50:22,23 52:13
62:6,23 79:25
81:4 83:7
84:13 86:21
115:9 131:25
141:23 157:7
172:6 190:2,5
190:14 191:24
206:8 219:15
227:12 228:17
**bells** 77:6
**benchmarks**
20:15,22,22,23
**benson** 25:16
36:8 39:17

40:9 41:6,21
42:12,24 43:11
100:25 105:17
115:5 119:7
123:24 130:6
131:16 135:25
136:14 141:12
144:9 158:22
158:23,25
160:6 162:14
164:5,8 165:9
166:19 170:24
173:13,15
174:3,5,10
185:5 194:13
195:17 197:22
200:9 201:5
202:16 206:19
207:18 209:16
210:12 211:3
212:7 214:25
215:8,13
216:17 217:3
217:12 218:12
218:14 222:12
225:14
**benson's** 159:6
164:25 202:7
204:24 213:13
**benzonana**
91:2
**best** 18:22
106:8 138:15
154:11 156:3
185:18 217:15

**better** 87:7
109:23 142:4
214:22 227:23
**beyond** 176:12
**big** 87:17,18
89:17,23
204:12
**biggest** 85:19
86:2
**bill** 104:24
196:6,7,9,24
197:16
**billion** 128:14
189:17
**billions** 184:16
**biopsy** 165:5
**bit** 13:11 55:21
59:25 66:21
130:18 137:8
147:10 183:12
205:9
**block** 38:11
**blogs** 56:23
**blood** 232:18
**blueprint**
227:19
**board** 32:13,14
32:15,19,20,21
33:3,5,12,14,16
33:25 34:3,6
34:15,17,21,24
35:2 49:18
50:10 58:2,6
64:21 72:17
112:18,20,24

**[board - bullet]**

| | | | |
|---|---|---|---|
| 113:5,6,11,17 | **box** 96:21 | 205:21 209:17 | 33:24 36:7 |
| 113:19,22 | **bramwell** | 212:8 213:15 | 42:12,23 89:4 |
| 114:5,5 117:11 | 90:25 | 214:21 217:14 | 89:8 99:14 |
| 117:20,21 | **brand** 44:20,22 | 218:13,21 | 105:13 113:3 |
| 118:2,8,9,12 | **branded** 45:10 | 219:16 221:17 | 114:10 115:4 |
| 119:16 131:2 | **brands** 105:5 | 221:19 222:8 | 116:10 117:10 |
| 136:22,23 | **break** 7:14,18 | 222:11,15 | 123:21 129:13 |
| 137:9 144:17 | 43:23 85:6 | 223:5,10 | 131:17 132:5 |
| 145:2 201:15 | 121:17 169:18 | 225:15 | 135:25 136:13 |
| **boards** 58:7 | 193:5,12 | **brian's** 39:21 | 141:12 142:12 |
| **boats** 55:6 | **breaking** 193:8 | 99:17 113:19 | 144:11 170:15 |
| **bogosphere** | **breathes** 55:21 | 126:6 183:17 | 171:2 176:22 |
| 151:15 | **brent** 16:14 | **briggs** 195:17 | 178:17 179:4 |
| **bohrer** 30:7,15 | **brian** 1:10 22:4 | **brigham** 13:16 | 181:6 182:25 |
| 170:16 173:14 | 25:22 30:2,3,8 | 13:20 | 185:5 194:9,12 |
| 173:21 | 30:11,19,20 | **bring** 11:12 | 195:16 197:20 |
| **bohrer's** 30:13 | 32:17 36:7 | 28:2 82:18 | 198:7,19 |
| **bona** 158:14 | 39:20 40:9 | 131:14 224:24 | 200:11 209:17 |
| **bonus** 18:24 | 89:8 99:14 | **bringing** 29:7 | 212:8 214:21 |
| 19:2,4,4 20:5,8 | 113:2,15 115:3 | 81:24 164:3 | 217:14 218:13 |
| 20:20 | 116:9 117:10 | **broad** 51:8 | 218:21 219:12 |
| **bonuses** 20:9 | 118:21,22 | **broadcast** | 221:12 222:8 |
| 20:12 | 123:21 126:9 | 15:16 | 222:11,15 |
| **booth** 23:20 | 127:10 129:13 | **broadcasting** | 223:2,5,17 |
| 92:24 | 131:17 132:5 | 15:19,25 | 225:16 |
| **bottom** 60:16 | 135:25 136:13 | **broader** 219:19 | **brown's** 30:3 |
| 60:18 91:13 | 136:18 137:12 | **broadly** 202:23 | 124:18 174:21 |
| 115:12,16 | 140:21 141:4,7 | **brothers** 15:15 | **bubbles** 129:2 |
| 124:8 126:18 | 143:20 144:11 | **brought** 29:10 | **build** 55:11 |
| 132:4 147:25 | 170:15,25 | 113:2 143:19 | **building** 38:11 |
| 176:17,23,24 | 176:22 180:12 | 220:20 | 130:14,22 |
| 177:8 186:4 | 187:5 188:2 | **brown** 1:10 | **built** 226:21 |
| 195:13,22,24 | 194:9,12 | 22:4 25:22 | **bullet** 137:18 |
| **bought** 217:18 | 195:16 199:6 | 30:2,19,20 | 137:19,20,25 |
| | 200:11 205:2 | 31:3 32:18 | 138:22 139:3 |

**[bullet - certain]**

140:2 141:2,20 142:2,24 143:4 172:2

**bullish** 202:13

**bunch** 49:13 53:24 68:13 71:20 101:6 143:17 147:17 151:21

**business** 22:10 23:4 27:2 46:24 61:19 87:20 96:8,20 98:4 145:10,14 158:4 177:2,21 192:7,22 195:5 220:6,14,19

**buy** 120:8 132:9

**buyback** 200:14 201:7 201:10,23

**buyer** 29:16

**buyers** 48:5 53:4

**buying** 55:2 77:21

**c**

**c** 3:2 59:23 232:2,2

**cadence** 158:24 219:4,8,13

**cadencing** 220:2,25

**calendar** 66:20

**california** 14:4 201:18

**call** 12:10 21:25 31:16 34:8 35:23 36:14 37:22,24 37:25 38:10,12 38:14 40:13,23 42:20 45:23 51:22,25 59:19 60:4,7,9 82:8 100:3,4,9 102:17 103:9 105:13,19 117:23 121:13 124:2,12 125:17,20 136:19 137:2 137:15 138:23 164:9 173:16 174:2,6,12 175:14 176:5 176:14 178:18 179:3 181:7 182:14 197:18 199:7 211:10 211:11 215:19 225:18 226:6

**called** 5:21 14:2 15:16 49:2 86:21 115:23

**calling** 171:5 213:6

**calls** 30:23 34:20 37:13,17 37:20,20 42:13 48:8 60:11 102:23 105:11

**cameron** 27:7 88:13,14 90:23 91:13 93:21,22 94:17 95:12 96:5 97:3,6 98:18

**cancelled** 88:6

**capabilities** 211:14

**capital** 1:5 4:9 206:11 234:3

**capitals** 216:16

**captured** 126:22 182:20

**care** 27:8 43:21 101:19 155:25 157:18 188:25 195:3

**careful** 48:3

**carefully** 43:17 70:5 75:17 101:17

**carrying** 107:18

**case** 1:7 4:13 8:17,20 9:20 9:22 12:16,23 48:3 58:18 59:13 129:9 139:18 158:3

167:9 175:24 195:5 234:3

**cases** 72:5 107:21,21 109:17 163:15 163:17 203:15

**cash** 223:9,10 223:11,11

**cast** 81:14

**cathi** 1:21 2:13 4:16 232:7,25

**caught** 219:24

**causality** 202:25

**cause** 151:5

**causing** 137:22

**caution** 175:8 177:17

**cavalier** 101:13

**cbs** 15:19

**cc** 115:4

**cdc** 53:16 56:20 73:10 108:4

**ce** 94:3 229:14

**center** 3:15

**centered** 204:16

**centers** 53:15

**ceo** 17:2,6,7 18:16,20 25:11 66:23 108:2 201:14

**certain** 20:10 22:20 27:25 28:9 41:10

48:22 54:25 64:14 80:9 120:20,21 207:24

**certainly** 52:21 61:10 78:6 83:22 86:7 96:4 120:15 140:24,25 147:13 148:24 166:16 169:15 180:22,24 192:14 224:5 228:19 230:2

**certainty** 106:25 112:4 138:14

**certified** 2:14 4:15 232:8

**certify** 232:10 232:16

**cetera** 92:13,13 94:16,16

**cfo** 25:23 30:2 124:2 199:7 221:19

**chain** 44:17 62:5 90:22 91:13 115:2 123:20 124:5 131:15 133:6,9 133:16,18 134:5,6 136:8 136:10 164:4 170:14 171:6

173:13 194:8 194:11,15 195:11 200:8 218:11 222:7 225:12

**chains** 15:23

**chair** 25:14

**chairman** 32:14 201:15

**chance** 40:20

**chang** 3:10 5:2

**change** 97:25

**changed** 179:24 180:3 190:12 207:23 219:22

**changes** 42:17 98:20 102:8,11 109:11 177:13 211:13

**characteristics** 46:23 227:7

**characterizati...** 43:17 101:15 207:4 208:13 216:4

**characterizati...** 210:16

**characterize** 211:19

**characterized** 185:16 216:9

**characterizing** 183:18 187:7 190:8

**charge** 16:22 72:2 184:14

**charged** 8:10 74:7

**charts** 176:10

**chat** 136:22 159:5,14 161:7

**chats** 161:18

**cheap** 157:24

**check** 51:2,5,13 51:17 211:16

**checking** 167:3 168:22

**chen** 159:15,15 159:16 160:8 161:7

**chief** 21:16,18 22:3,6,7 23:13 26:22,22 99:18 205:21

**children** 146:25 150:14

**chinese** 98:6

**choppy** 55:15

**chose** 110:24

**chris** 3:23

**christmas** 19:2 20:7

**christopher** 4:14

**christy** 14:3 15:9

**circulate** 32:20 102:12

**circulated** 113:5

**circulates** 41:22

**circulating** 227:3

**circumspectn...** 35:6

**circumstances** 128:8

**cite** 129:17 179:4

**cited** 61:12 146:5 180:8,15 207:13 228:18

**citing** 137:21 138:25 159:25 181:9 228:8

**city** 27:14

**civic** 3:15

**civil** 8:14 9:7

**claims** 189:18

**clarification** 135:3

**clarify** 7:24 132:25 149:17 165:17 184:23

**clarity** 106:5,10 106:25 146:14 148:8 187:18 223:6,15

**class** 4:25 5:3 44:22

**clean** 170:18 173:18 211:6

**[clean - company]**

226:12
**cleaned** 213:14
**cleanly** 126:22
  182:20
**clear** 105:25
  115:16 118:18
  124:17 132:14
  149:7 176:25
  177:19 183:16
  186:3,20
  203:19
**clearance** 95:3
**clearly** 61:24
**clicked** 224:22
**client** 28:2 29:8
  29:11
**clients** 28:9
**clinical** 130:16
  131:2 209:6
**close** 61:9,15
  126:11 143:2
  160:19
**closely** 25:10
  39:20
**closer** 40:11
**cloutier** 162:14
  162:17
**clvs** 1:21
  232:25
**codx** 115:15,19
  131:20 144:13
  159:4 162:3,8
  170:17 200:13
  212:10 218:16
  228:7 233:12

**coincident**
  190:6
**coined** 154:13
  228:23
**cold** 62:5
**collaboration**
  39:16 105:16
**collaborations**
  40:8
**collaborative**
  39:15 43:6
  100:23 101:6
  101:21 103:6
  172:14
**collateral** 23:18
  33:17
**collectible** 39:2
**college** 13:13
  13:15
**collocate** 104:5
**coltrin** 162:21
  212:19,22
**columbus** 3:17
**combination**
  46:20 47:23
**come** 54:24
  60:24 84:15,23
  100:25 107:16
  120:14 143:2
  172:21 183:25
  187:20,22
  197:17 208:2
  224:21
**comes** 40:7
  61:23 86:12

100:24 153:15
**comfortable**
  75:22
**coming** 48:9
  49:15,19 50:12
  71:15 72:24
  86:9,10,11
  104:8,16
  119:11 120:25
  128:18 130:23
  138:5,9 151:9
  169:20 174:4
  218:2
**commenced**
  201:23
**comment**
  128:25 129:15
  129:21,25
  214:16,24
  227:25 228:5
**commented**
  227:18
**comments** 43:2
  56:19 128:25
  213:16 214:2
  218:17 225:21
**commercial**
  23:13 26:22
**commercializ...**
  22:8 26:23
**commission**
  234:25
**commissioner**
  72:12 208:4

**commit** 118:17
**committed**
  88:11,22 89:5
**committee**
  21:25 25:8,13
  25:14,18 30:21
  30:22 32:7
  34:7,11,16
  35:3,4,14
**common** 214:8
**communicate**
  8:6 26:4,5,8,15
  130:21 148:5
  158:9
**communicated**
  35:16
**communicating**
  39:6
**communication**
  31:16 148:5
**communicati...**
  15:11 26:11
**community**
  155:10
**companies** 79:9
  98:6 106:14
  119:19 156:6
  161:10,16
  196:23 217:19
**company** 9:5
  9:18 13:25
  15:16,24 16:9
  16:18 17:2,11
  17:14,16,17,19
  18:2,4,12,16,20

19:12 20:10
21:20 22:19
23:16 25:6
26:16 29:22
31:18,25 32:10
34:19 35:24
36:6,24 37:5,7
37:9,15 38:18
38:21 39:11,25
40:3 41:6
44:15 45:12,22
46:5,8 47:11
47:21,25 48:16
48:21,25 49:4
49:16,20 52:7
52:23 54:5,7
54:10 57:11
61:17 64:23
65:10 66:23
67:7 68:6,8,21
69:4,16 72:21
76:2,9,11,17
78:24 79:4
80:5,16 83:17
84:5,14 94:3
100:8,16
103:14,24,25
106:12 120:7
127:6,21
130:11 133:7
137:23 139:11
139:15 140:11
155:18 157:15
158:7 159:18
165:25 169:5

172:21 181:6
181:10,15,20
183:8 184:15
186:7,25
187:12,17
196:10,11,13
197:7 203:2
204:15,18,21
205:23 208:8
208:22 217:20
219:17 223:8
223:20 229:13
229:15,17,24
**company's**
24:16 26:17
31:4 37:13
45:15 47:8,19
54:12,15 66:25
67:3 70:2,6
75:7 78:11
79:22 80:23
82:21 86:5
89:11 100:6
105:14 121:2
154:3 175:16
182:3,8 185:10
200:21 211:20
215:9 216:4,20
221:8 223:18
228:15
**compare** 79:21
**compared**
80:23 82:4,9
208:7

**comparison**
81:5,7
**compensation**
17:15,18 18:15
18:19 19:9,11
21:3 221:7
222:24 223:21
**competitive**
91:4 92:9,11
92:21
**competitor**
92:18 93:6
195:9
**complaint** 13:3
13:3
**completely**
137:21 190:13
**complex** 82:6
**complexity**
92:7 93:15
**component**
19:8
**concentrate**
39:24
**concepts** 159:8
**concern** 8:24
154:24 207:11
**concerned** 51:7
77:11 78:22
96:4,5 140:18
216:19 217:8
220:8
**concerning**
139:11

**concerns** 12:5
12:14 93:17
95:23 138:8
185:21 223:18
224:3
**concluded** 79:8
131:3 146:4
156:5
**concludes**
231:3
**conclusion**
105:23 172:21
203:12
**conference**
174:11 225:18
**conferences**
161:11
**conferring**
230:13
**confidence**
220:13
**confident**
145:13 176:25
177:20
**conflict** 9:23
**congregate**
109:14 150:12
**congress** 74:17
128:12
**conjunction**
12:2 36:3
**connect** 26:13
225:25
**consensus**
213:17

consider 111:5 140:23 171:7 201:16 204:25

consideration 143:20 150:9

considerations 115:6 123:25 131:19 136:3 136:20

considered 16:16 33:2 43:15 44:18 119:12 150:18 151:13 161:22 169:2

considering 143:7

consisted 52:25

consists 22:2,3 22:4

constituencies 188:14

constituents 102:5

construction 23:19

constructs 161:19

consultant 100:7 196:14 197:6

consultation 40:10

consulted 114:6

consulting 196:10

consumer 39:2 39:3 81:18

contains 45:5

context 19:14 36:2 39:13 45:18 46:14 74:21 75:20 183:20 185:9 185:12

continually 166:8 212:25

continue 126:23 175:6 177:16 182:21 220:4

continued 123:9 145:18 150:21 151:23 152:2 178:2 179:5 180:16 206:12 207:25

continues 163:18 227:4 228:22

continuing 59:9

contract 17:13

contracting 153:12

contracts 17:11

contribute 119:9

contribution 85:3 104:11

contributions 125:6

control 22:24 53:16

controller 30:16

controls 35:7

controversy 149:6

conversation 89:2 217:11

conversations 138:6 141:11 191:13 223:13 230:7

convert 138:24

convey 101:9

convince 165:7 165:20

cooking 155:4

copied 94:11 116:16 132:15 133:2,11,13,15 133:17 134:4 134:11

copies 211:6

copying 90:25 123:22 131:17 135:25 144:10 158:23 164:6 169:6,7 170:25 195:17 200:10 212:8 218:13

222:11 225:15

core 159:8

corner 60:16 115:13 124:8 176:17

corporate 184:9 185:13

corporation 15:25

correct 22:12 50:23 57:12 70:3 82:22 84:2 87:5 97:20 146:7 152:3 154:4 155:21 160:4 163:2,13,20 176:14 178:18 179:9 181:12 181:13 185:5 185:11,23 186:9 210:4,9

corresponden... 116:17

cost 92:7 93:14 94:5 157:16

costs 96:17 189:2

counsel 4:19 5:15 7:9 10:5,9 10:11 12:20 23:7 25:25 33:10 59:13 175:24 230:22

**countries** 62:13 88:18

**country** 14:7 27:10 71:16 72:4 77:8 81:11 98:3 104:23 106:13 107:16 108:7 110:22 139:25 147:22 152:23 154:12 156:4 157:23 173:4 180:7

**county** 232:5

**couple** 10:4 27:15 73:25 197:4 204:22

**course** 43:7 61:9 66:19 67:13 72:17 74:14 92:12 94:13,15 127:25 136:9 151:18

**court** 1:2 4:11 4:16 5:19 7:3

**cover** 32:18 39:10 62:21 103:4 139:7

**coverage** 161:15

**covering** 36:17 36:24 37:3,5 37:10

**covid** 8:23 9:2 29:14 44:12,14 44:16,24 45:3 45:7,13,15,23 46:5,9,17,22 47:6,10 48:7,8 56:6 65:11 72:3,6,22 76:10 78:25 79:13,15,18 88:2,12,23 89:6 91:19 92:4 94:4 97:20 104:12 104:18 109:18 128:19 139:22 145:15 146:6 146:18 147:3 147:23 148:14 148:18 149:2 149:12,20 150:2,24 151:6 151:21,25 152:7 153:5,10 154:4,7 155:3 155:14,20 156:14,20,23 156:24 157:8 157:19 159:20 159:21 160:3,3 161:14 162:24 163:6,12,19 165:7,21 166:2 167:17 168:13 171:12 172:5

177:5,23 180:25 183:22 188:9,19,20,24 189:3,16,18 190:19 194:15 202:14,17,20 204:5,17 207:17 213:3 226:24 227:4 227:10,20,21 228:14,21,25 229:14,18

**created** 147:3

**credence** 184:4 199:11

**credibility** 110:20 142:5

**credible** 155:13 155:14

**credit** 48:11

**crime** 8:11

**critical** 61:18 228:20

**croatia** 96:8 97:23

**croatian** 95:13

**crockett** 27:5 27:17

**crr** 1:21 232:25

**cumulative** 145:23 173:7

**cumulatively** 180:12

**cup** 39:3

**current** 6:11 39:9 42:25 61:5 111:21 156:22 171:22 212:10 213:14 217:24 225:16 226:5

**currently** 41:3 77:12 186:7 187:2 206:9

**curtail** 190:13

**customer** 9:25 46:23 47:18 48:3 50:16 86:16 87:9 89:14 192:9

**customers** 24:10,25 27:25 28:15,17,19,20 28:21 31:19 48:10 62:12,14 77:14 85:19 86:2,13,14,19 126:21 139:19 182:19 189:9 191:5,9,13,25

**cv** 1:7 4:13

**d**

**d** 5:21 59:23 123:4 233:2

**dab** 73:22

**daily** 51:10 52:21 171:13 206:16,21

**dampening** 147:25
**dan** 30:7,10,13 30:15 170:16 173:14,21
**danny** 27:5,17 27:19
**darn** 94:17
**dashboard** 58:3
**data** 15:25 71:20 74:21 185:19
**database** 48:20 49:2
**date** 4:3 40:12 54:13,16 57:11 81:3 82:10 91:10 108:13 117:19 203:20 216:21 234:5
**dated** 90:23 123:21 158:22 162:13 209:16
**dates** 18:9
**david** 22:6
**day** 6:24 38:2 42:19 48:9 55:2 61:10,15 61:22 143:6,10 163:18 196:22 197:8 231:12 232:22 234:23
**days** 19:5 34:8 48:7 95:16

101:23,24 161:9
**dead** 163:14
**deadly** 152:17
**deal** 40:3 47:11 77:2 81:9 211:5 212:24 214:9
**dealing** 35:5 41:13 120:13 127:12 221:21 227:19 229:9
**dealio** 95:20
**dealt** 27:25 28:20,22,24 29:2,5 48:12 188:13 199:16
**death** 107:22
**deaths** 56:10 163:17
**debate** 151:14
**debating** 167:5
**december** 77:18 79:9 82:22 83:3
**decide** 32:17 120:18 151:17
**decided** 111:9 128:4 143:21 169:3 185:24
**deciding** 95:6
**decision** 106:7 114:14 143:23 158:4,7 168:20 185:10

**decisions** 34:25 142:19 202:3 204:9
**declaration** 58:12 59:14 233:9
**decline** 202:14 202:17,20 204:5
**declined** 60:25
**decrease** 147:2
**decreased** 145:17 146:16 148:12 177:25 179:4
**dedicated** 103:16
**dedication** 125:2
**deemed** 16:12 19:3 42:15 79:12
**deeply** 39:24
**defendant** 8:14 9:7
**defendant's** 59:13 175:24
**defendants** 1:10 3:14 5:7 5:10 230:14
**defensive** 215:14
**defer** 213:17
**definitely** 215:5 215:18 216:3

216:16
**definition** 222:23
**degree** 147:21
**degrees** 14:21 120:21
**deleted** 227:17
**deleterious** 152:13
**deliberate** 43:13
**deliberately** 101:12
**deliberative** 211:18
**deliver** 125:3
**delivered** 56:8
**delivering** 189:3
**delivery** 139:17 139:18
**delta** 147:9
**demand** 60:25 61:5 125:8,24 126:4 147:3 177:3,11,21
**demands** 98:2
**demonstrate** 158:14
**demonstrates** 206:12
**dennis** 30:10
**department** 30:6,9 41:17

**departments** 40:18

**depend** 45:18 150:25

**depending** 46:17 53:2 147:18,19 148:21 152:19 153:17 160:9 199:24

**depends** 45:25 56:2 150:4

**deployed** 161:19

**deposition** 1:13 2:10 4:7 7:8 9:9,13,17,20 10:3,6,8 11:14 11:17,21 198:25 230:11 232:12,13 234:5

**describe** 15:5 103:7

**described** 176:3

**description** 59:17 233:8

**design** 23:19 97:25

**designate** 45:25

**designation** 46:10 47:2 73:18

**designs** 33:18

**desk** 215:21

**despite** 202:14

**detail** 120:2

**details** 25:4 90:5,7

**detection** 44:16 46:20

**determinations** 120:16

**determine** 48:2 111:12 112:10

**determined** 17:16

**determining** 99:15

**develop** 75:18 80:15

**developed** 161:14

**developing** 40:2 96:22 103:23 110:15 208:23

**development** 22:10,21 23:5 23:17,25 27:3 38:20,22 40:5 79:11 93:3 97:12,16 99:3 104:6 156:7,9 204:16

**device** 45:2 129:23

**diagnose** 156:20

**diagnosed** 227:9

**diagnostic** 44:19

**diagnostics** 1:9 4:10 5:15 13:7 15:7 16:4,6,8,9 16:11,24 35:19 36:17 37:19 47:5 50:19 59:18 92:19 93:17 97:5 99:4 100:5 110:3 119:21 120:17 138:7 139:10 140:10 142:12 192:25 195:8 201:9 208:17 212:22 213:20 226:21 228:11 234:4

**diagnostics's** 32:12 85:19 87:16 144:17 176:4

**dialogue** 56:24

**different** 23:15 33:16 37:22 44:23 45:6 46:22,24 47:3 53:2 55:6,7 62:13 67:22 88:17 90:8

94:22 102:5 109:4 111:25 137:17 146:22 149:18 150:15 154:17 184:18 188:14 191:25 196:23 200:2 206:3 207:22 209:4 226:9

**differentiated** 227:10

**difficult** 145:22 160:10 186:5

**diminish** 151:6

**diminished** 145:17 153:13 177:6,25

**direct** 25:15 30:4,8 92:21 94:21 167:25

**directed** 27:13

**direction** 16:20 21:20 34:22

**directionally** 140:5

**directly** 26:2 28:20,22 189:2

**director** 15:10

**directors** 144:17

**disagree** 118:5 129:24 205:20 216:3

**disagreement** 213:15

**[disagreements - doubt]**                              Page 17

**disagreements**
  202:24
**disagrees** 215:4
**discard** 98:8
**disclosures**
  120:24
**disconnect**
  109:7
**discuss** 32:22
  120:20 129:19
  136:21 160:7
  191:8 197:19
  211:12 225:24
**discussed** 12:19
  22:16 24:19
  112:19 113:2
  114:15 119:15
  181:9 198:24
  222:18
**discussing**
  35:11 101:7
  105:19,22
  119:7 142:11
  142:15 196:20
  199:14 210:4
  228:15
**discussion** 32:9
  59:6 112:23
  130:13,17
  137:11 142:17
  146:20 199:9
  223:24
**discussions**
  43:11 107:5
  109:25 119:5

  136:13 138:11
  139:9,14 140:9
  141:2 142:6
  203:10 211:18
  223:2,5 228:10
**disease** 53:15
  151:5 153:12
  153:16 166:7
  204:17 227:2
  227:14 229:9
  229:10
**diseases** 104:13
  227:3,8
**display** 125:4
**dispositive**
  71:11 82:16
**disruption**
  171:13
**dissemination**
  34:9
**distancing**
  81:17
**distributor**
  28:8 86:20,20
  87:9 89:10
  95:14 96:10
  97:22 98:17
**distributors**
  28:5 60:22,24
  62:7,9,12,16
  87:17,19 88:17
  96:24
**district** 1:2,3
  4:11,12

**division** 26:18
  29:23,25
**document** 40:7
  58:17,18 59:12
  60:2 63:3
  64:13 66:3,5,6
  66:7 68:5,12
  82:24 91:7,8
  91:24 115:13
  115:25 116:6
  127:18,19
  128:24 131:23
  131:24 132:7
  133:13,22
  135:5,7,7,19
  147:16 159:13
  162:2,7 164:13
  164:14,19,21
  165:14 168:25
  170:20 173:20
  174:15 176:2
  194:18,19
  198:11 200:16
  200:17 205:8
  205:14 209:20
  209:21 210:6
  211:8 212:13
  212:14 218:20
  225:10,12
  226:16 233:11
**documentation**
  33:11
**documents**
  11:3,6,13
  134:3 210:25

  211:22 230:16
  230:19
**doing** 24:8,24
  28:19 38:3
  39:12 40:2,5
  49:8 55:24
  69:22 74:10
  80:16 81:20
  93:2,4 94:25
  95:5 97:5 98:5
  104:9 106:2
  111:2 146:24
  156:4 157:23
  157:24 201:19
  201:21 204:14
  204:20 207:19
  220:4,14
**dollar** 65:9
  70:13 78:10
  181:14
**dollars** 65:15
  68:22 69:5
  76:4,13,18
  78:16,21 89:20
  96:18 111:6
  128:14 184:16
  208:18
**dominated**
  105:8 206:16
  206:20
**donny** 15:12,15
**door** 32:3
**doubt** 69:3,9
  83:14,21

**[douglas - earnings]**                                      Page 18

**douglas** 58:13
59:15 233:9
**download**
63:15
**downs** 52:25
**dr** 16:14,20
56:17 72:11
73:10 154:10
173:17 200:14
207:24 209:18
227:18 228:19
**draconian** 73:2
**draft** 42:25
100:17,18,23
101:3 102:16
102:24 103:8
124:11,15,18
124:20 125:13
125:17 135:13
159:2 171:22
172:11,15,16
173:17 200:13
200:20 203:4,6
205:15 206:7
209:25 210:9
210:13 212:11
213:18 218:17
225:17 226:4,5
**drafting** 39:14
39:15 129:16
137:11
**drafts** 42:5
102:25,25
103:2 127:13
205:11 210:25

211:4
**drastically**
161:10 219:22
**draw** 115:24
226:17
**drive** 3:15 6:13
54:24 206:12
**driven** 56:14
**drop** 129:18
194:14 202:2
**ds** 91:17 92:2,6
93:13
**dual** 28:10,13
**due** 43:21
101:19 143:20
145:17 177:25
190:21
**duly** 5:22
201:17 232:13
**duty** 110:9
156:8
**dwight** 1:9,14
2:11 4:8 6:10
91:2 131:18
144:10 158:22
162:12 164:6
194:12 195:16
197:21 200:10
209:16 212:8
231:9 232:11
233:4 234:6,20
**dx** 38:23 40:24
79:11 158:15
165:5

**e**

**e** 3:2,2 5:21
26:7,10,16
47:24 90:22,23
91:6,13 93:11
94:9,10 95:11
97:3 115:2,3
116:9,16,19
117:9,10 119:5
123:2,2,4,20,21
124:4 125:15
131:15,16,22
132:3,16 133:2
133:6,8,9,10,12
133:14,16,17
133:18,23
134:5,5,6,7,8,9
134:11,16,17
134:21 135:3
135:10,14,22
136:6,10,17
144:8,21
158:21 159:6
160:24 162:12
163:11 164:4,5
164:12,17,19
165:2,13
167:24 170:14
170:15,23
171:4 173:12
173:13,20,22
194:8,9,10,17
195:14,20
196:3 197:15
200:8,9,15

201:3 202:7
203:7,20 204:2
204:24 209:15
209:19 212:6
212:12 213:13
218:11,12,18
218:21 219:2
222:7,8,9,14
225:12,13,19
232:2,2 233:2
**earlier** 43:6
100:2 101:2
117:3 149:4
207:13
**early** 19:5 48:7
71:23 84:21
89:9 97:16
99:11 138:7
143:8 154:2
156:11 184:2
188:6,22
221:12 229:12
**earn** 20:19
**earning** 59:19
164:9
**earnings** 12:3
12:10 34:8,20
35:22 36:14
37:13,17 38:10
38:12,14 40:13
42:13 51:22,25
60:4,7 82:8
100:3,4,8,14,19
102:17,23
105:19 117:2

**[earnings - egan]**                                                        Page 19

| | | | |
|---|---|---|---|
| 117:14,23 | **effect** 147:25 | 37:1 38:1 39:1 | 121:1 122:1 |
| 121:13 124:2 | 148:20 150:7 | 40:1 41:1 42:1 | 123:1 124:1 |
| 124:12 125:20 | 152:14,18 | 42:6,9 43:1 | 125:1 126:1 |
| 131:20 135:13 | 160:13 191:3 | 44:1 45:1 46:1 | 127:1 128:1 |
| 137:2,15 143:8 | **effective** 150:5 | 47:1 48:1 49:1 | 129:1 130:1 |
| 143:10 144:14 | 150:6 153:18 | 50:1 51:1 52:1 | 131:1,18 132:1 |
| 144:22 170:18 | **effects** 188:19 | 53:1 54:1 55:1 | 132:13,15,25 |
| 173:16 174:2,6 | 207:16 | 56:1 57:1 58:1 | 133:1,8 134:1 |
| 174:11 175:14 | **efficacious** | 58:20,25 59:1 | 134:10 135:1,9 |
| 176:5,14 | 148:22 | 59:16 60:1 | 136:1 137:1 |
| 182:14 201:22 | **effort** 39:16 | 61:1 62:1 63:1 | 138:1 139:1 |
| 212:11 218:16 | 72:21 100:23 | 64:1 65:1 66:1 | 140:1 141:1,15 |
| 226:6 | 101:6,21 | 67:1 68:1 69:1 | 142:1 143:1 |
| **ears** 196:15 | 111:12 112:10 | 70:1 71:1 72:1 | 144:1,10 145:1 |
| **easier** 63:3 | 112:13 155:19 | 73:1 74:1 75:1 | 146:1,4 147:1 |
| **east** 27:21 | 156:2 158:13 | 76:1 77:1 78:1 | 148:1 149:1 |
| **eastern** 4:5 | 172:14 | 79:1 80:1 81:1 | 150:1 151:1 |
| **ebitda** 221:14 | **efforts** 27:12 | 82:1 83:1,5 | 152:1 153:1 |
| 221:18 222:22 | 38:20 157:15 | 84:1 85:1 86:1 | 154:1 155:1 |
| 222:23 223:3 | 157:16 217:21 | 87:1 88:1,21 | 156:1 157:1 |
| 223:16,18 | **egan** 1:9,14 | 89:1 90:1,25 | 158:1,23,25 |
| **ecf** 58:19 59:11 | 2:11 4:8 6:4,10 | 91:1,2 92:1 | 159:1 160:1 |
| 175:22 | 7:1 8:1 9:1 | 93:1 94:1 95:1 | 161:1 162:1,13 |
| **echoed** 72:8 | 10:1 11:1 12:1 | 96:1 97:1 98:1 | 163:1 164:1,6 |
| **economic** | 13:1 14:1 15:1 | 99:1 100:1 | 165:1 166:1 |
| 156:11 | 16:1,15 17:1 | 101:1 102:1 | 167:1 168:1 |
| **edit** 125:24 | 18:1 19:1 20:1 | 103:1 104:1 | 169:1 170:1 |
| **editing** 211:22 | 21:1 22:1,7 | 105:1,14 106:1 | 171:1 172:1 |
| **edits** 102:11 | 23:1,13 24:1 | 107:1 108:1 | 173:1 174:1 |
| 131:21 170:19 | 24:15 25:1,24 | 109:1 110:1 | 175:1 176:1 |
| 211:7 225:21 | 26:1,21 27:1 | 111:1 112:1 | 177:1 178:1 |
| 226:9,16,24 | 28:1,14 29:1 | 113:1 114:1 | 179:1 180:1 |
| **educational** | 30:1 31:1,3 | 115:1 116:1 | 181:1 182:1 |
| 13:12 | 32:1 33:1,25 | 117:1 118:1 | 183:1 184:1 |
| | 34:1 35:1 36:1 | 119:1 120:1 | 185:1 186:1 |

187:1 188:1 189:1 190:1 191:1 192:1 193:1,5 194:1 194:12 195:1 195:16,16 196:1 197:1,22 198:1,14 199:1 200:1,10 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1,16 210:1 211:1 212:1,8 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1,9 232:1,11 233:1 233:4 234:1,6 234:20

**egan's** 169:20

**either** 11:8 13:2 31:3 34:2,15 42:20 43:3 46:4,7 76:8 102:8 108:10 146:9 149:5,15 150:19 152:19 153:22

**elements** 148:2 206:3

**emanate** 45:9

**emerge** 151:24 152:2

**emergence** 145:19 147:5 150:22 178:2 179:6

**emergency** 73:17 154:23 190:10 207:9 207:10,12

**emery** 30:10

**emphasis** 24:7 27:19 156:24 157:12

**emphasize** 154:3 155:19 160:18 217:22

**emphasizing** 155:22 157:11

**employee** 115:10 162:18 162:19

**employees** 19:15 103:25 208:24 209:2

**employer** 13:24

**employing** 229:24

**employment** 16:3 17:10

**enabled** 64:8

**encouraged** 125:8

**encouraging** 165:25 166:9 183:13

**endeavor** 104:3

**ended** 147:6 151:2,3 182:4 199:17

**endemic** 104:13 155:12 166:7 210:21 226:25 227:2,14

**endless** 56:23

**ends** 207:8 231:2

**energy** 103:24

**engineering** 104:3

**enormous** 207:14

**ensued** 29:14

**enthusiastic** 79:10

**entire** 72:14 126:14 128:20 136:10 143:16 158:12 173:3 183:21 228:21

**entirely** 229:7

**entities** 193:2

**entry** 49:14

**environment** 52:19 73:24

106:14 111:22 155:11,12 175:5,7,16 177:14,17 178:15 180:5 184:8,12 185:16 220:17 220:18 228:21 229:8

**environments** 203:18

**enzymes** 94:23

**epidemiologist** 229:4

**epidemiologi...** 230:5

**epidemiology** 147:15

**epitomized** 215:16

**epitomizing** 216:14

**equation** 152:6

**errata** 234:2

**erstwhile** 196:7

**erwin** 3:19 5:8 10:20

**escaped** 108:25

**especially** 38:18 53:13 98:3 184:10,12 229:8

**esq** 3:9,10,18 3:19

essentially 38:24 154:13
established 19:13 20:11 41:24 125:10 188:25
estimates 141:23
et 4:10 92:13 92:13 94:16,16
europe 98:7
european 98:8 229:17
evaluating 106:15
event 36:4 61:21
events 11:8,10
eventually 16:25 163:16 196:13
everybody 155:9
evolution 196:12
exacerbate 109:17
exact 21:10 99:7 196:11
exactly 19:18 70:11 74:4 89:23 99:13 113:16 127:9 130:20 168:17 180:18 201:11

210:14
examination 6:2 123:9 233:3
examined 5:23 83:23
example 48:15 55:18 60:10 64:19
except 192:10
exception 187:8 207:3
excerpt 58:17 59:11,14 175:22
exclude 180:14
exclusive 28:4
execution 228:8,16
executive 21:17 21:19 29:19
executives 29:13
exercise 141:6
exhibit 58:10 58:12,16,21 59:11,14,17 60:2 62:18,20 62:24 63:6,8,9 63:14 65:20,21 65:25 83:6,7 90:18,19 114:22,23 123:12,14,16 131:5,6 144:4

144:6 158:17 158:19 162:2,7 162:9 163:22 163:25 170:11 173:11 175:20 175:21,25 176:3,8 178:9 178:13 182:12 194:4,6 200:5 209:10 212:2 218:6 222:4 224:19 225:4 233:8,9,11
exhibition 33:19
exhibits 64:4 233:7
exist 227:15 229:10
expect 72:4 74:6,9,24 140:16 198:4,5
expectation 72:24,25 107:24 109:20 109:21 128:16 130:14 147:13 180:24 183:24
expectations 119:15 120:11 121:4,11 130:22
expected 158:5
expecting 52:16 129:22

experience 15:6 109:18 221:20
experienced 177:11 197:3
experiencing 126:20 127:6 127:22 182:18 185:8 186:8,15 186:24 187:2 187:13
expert 213:7 229:3
expertise 229:5
experts 109:9 166:15 173:4 228:18,19 229:7,22
expiration 191:10
expired 189:24
expires 234:25
explain 21:15 47:17
explore 201:9
exploring 67:21 137:3
explosions 149:2
expos 33:19 158:11
expositions 24:21
expressed 180:6 204:8

**[extent - firm]**

**extent** 38:16 46:4,7 52:7 54:5,7,9 103:19 153:11 191:15 230:16
**extinguished** 155:15
**extremely** 71:18 92:25
**eye** 61:10,15
**eyes** 196:15

**f**

**f** 123:2 232:2
**face** 72:13 208:3
**facilities** 157:3
**facility** 45:10
**facing** 73:13
**fact** 48:12 80:12 96:9 97:14 104:14 143:22 153:13 156:22 183:22 187:20 201:22 228:18 229:21
**factor** 171:7
**factors** 53:3,24 75:4 80:17 145:24 146:5 160:2 179:8,23 180:8,10 181:7
**faded** 37:10
**fair** 14:10
**fall** 70:21 72:6 72:25 128:9

139:22 180:19 180:21 183:25 203:15
**fallen** 220:10
**falloff** 61:12,13
**familiar** 58:6 192:18
**familiarity** 64:14
**families** 81:21
**far** 19:6 79:22 80:24 103:25 197:25 198:8 198:20 229:11
**fast** 157:21 229:19,20
**fatigue** 171:12
**fauci** 56:17 73:9 229:6
**fda** 72:12 156:22 208:4
**feasible** 165:4
**featherstone** 22:9 27:2,23 27:24
**february** 70:21 70:24 71:5 76:18 88:5 90:24 91:14 216:21 219:6 220:10
**federal** 191:19 191:22 203:13
**feedback** 230:4

**feel** 57:3 75:21 81:25 82:13 126:15 159:10 225:22
**feeling** 32:5 118:16
**felt** 142:13 152:21 166:23 171:15 179:20 213:6 228:12
**fervor** 48:8
**fewer** 187:20
**fides** 158:14
**field** 213:9
**fighting** 77:20
**figure** 74:4 138:5 139:5 167:7
**figured** 87:19
**figures** 34:17
**file** 44:10 59:9 63:15,18 85:16 123:8 167:15 168:11 170:8 193:24 224:23 225:7 231:2
**filed** 4:11 13:4 58:18 59:12
**filing** 156:23
**fill** 61:19,20,22
**filled** 90:4,9,12
**films** 33:18
**final** 40:14,15 41:17,18 42:16 103:4 136:11

144:14,21 145:3 168:20 168:25 169:2 172:18 173:16 174:6,10 185:4 206:25 208:14
**finalized** 102:4 132:7
**finally** 40:21 92:10
**finance** 29:23 162:16,25
**financial** 22:3 34:5,14 35:7 39:9 52:4 70:2 80:2 99:18 145:25 186:6 205:21 213:21 214:18 222:13
**find** 104:25 195:20
**fine** 64:2 132:17 134:24
**finger** 146:12
**finish** 6:25 7:16
**finished** 40:22
**fireside** 159:5 159:14 161:7 161:17
**firm** 26:12 36:20,25 39:19 40:11 41:5,8 41:12 43:3 101:2 115:11 118:22 127:14

130:19 140:20 141:8 162:20 169:8 201:18 212:20

**firms** 35:17 36:16 37:23 197:5

**first** 10:2 12:3 12:22,24 19:11 19:17 38:11,14 55:19 65:8 68:20 69:7 77:3 79:2 94:2 96:6 100:18,23 102:16 117:15 118:8 124:12 124:25 125:5 125:21 127:7 128:21 132:4 137:20 139:3 140:14 141:25 145:4,9 160:19 173:19 176:2,4 177:12 178:23 179:12 180:8 180:16 183:9 195:25 199:3 199:20 201:8 208:16 214:4 214:18 217:2 219:2 226:23 229:13,16

**fiscal** 125:7 214:19

**fit** 98:2 193:13

**five** 57:17 70:12 85:24 86:5,8 140:14 159:8 169:18 222:19

**flesh** 168:20

**floor** 3:7

**florida** 192:21 192:23,24

**flows** 77:23

**flu** 45:5,5,7,7 46:21 104:18 104:18

**fluctuations** 126:20 127:5 127:10,20 182:18,25 183:5,18 184:7 185:8 186:8,16 186:24 187:3 187:12

**fluidigm** 194:14,22,24 195:7 197:13

**fluidigm's** 195:12

**focus** 82:15 120:4,9 204:19 223:11

**focused** 52:23 61:24 66:15 97:11,19 107:23 110:7 111:17 112:4

138:11 197:10 217:3

**focusing** 67:24 67:25 69:10 90:15 97:11 105:11 111:18 111:19 128:16 206:2 209:8 223:3 224:6

**follow** 49:10

**followed** 159:17 201:18

**following** 35:24 36:13 37:8 119:20 136:18 226:22

**follows** 5:24 60:3 123:5

**foot** 110:14

**force** 53:21

**forecast** 145:15 146:15 148:9 177:4,23

**forever** 155:6

**forget** 81:19

**forks** 160:15

**form** 7:9 15:17 18:4 19:11 21:8 24:3 29:4 31:17 33:4,21 35:20 40:14,15 41:19 42:7 43:4 45:16 46:12 49:21 50:3,13,21

51:3,14,23 52:12 54:14 57:13 58:4 67:4 68:9 69:18 70:15,22 71:7 75:9 76:21 78:18 82:12 84:17 85:21 89:21 93:19 96:2 100:10,20 103:5 107:10 110:5 111:14 112:12 113:7 114:3 117:24 132:18 141:14 148:16 149:13 150:3 152:4 154:5 165:11 167:22 178:19 179:10,18,25 181:23 183:7 186:10 187:24 188:10 189:5 189:25 190:22 198:22 202:18 205:5 215:11 216:6 217:9 219:14 220:11 221:15 223:22 226:7

**formal** 31:12 196:12

**formalized** 17:23

**format** 211:4
**formative** 196:8
**formed** 16:11
**forming** 15:14
**formula** 24:12
**forsyth** 30:10
**forth** 50:20 94:7 98:23 119:6 126:8 163:12 167:4 184:6 205:16 232:12
**forward** 113:2 114:9 120:11 132:18 135:2,6 138:14 146:7 156:16 198:3 226:20
**forwarded** 201:4
**found** 16:8,10
**foundation** 38:15 104:24
**founded** 15:15 16:18 17:16,17 17:20 18:12
**founder** 16:12 16:16
**founders** 16:13
**four** 76:3,13,17 137:17 204:10 226:22
**fourth** 83:15 84:9 126:18

128:21 142:23 159:19 162:22 199:5
**fox** 3:4 4:24 5:4
**frame** 40:6 41:10 45:11 76:6 102:19 198:2 229:22
**free** 126:15 159:10 168:19
**freezer** 62:4
**frequently** 20:5 93:5 166:24
**friendly** 92:23
**front** 70:8 77:25 83:7,24 110:15 127:18 142:4 168:25
**fulgent** 201:6 201:17
**full** 6:8 93:23 98:18 125:3 145:8 171:24 211:14 213:20 213:22
**function** 28:13 31:7
**fundamental** 93:23
**funding** 171:11 172:9,25 173:6 188:7,18 189:23 190:4 190:12,21 191:11,17

**further** 59:25 88:11,22 89:5 230:9 232:16
**furthermore** 126:19 182:17 186:15
**future** 53:10 55:13 57:4 67:18 69:12,14 71:23 74:3,24 75:13,22 78:7 80:4 106:17 125:11 145:24 146:4 183:16 186:6 202:13 206:13 208:22
**fw** 131:18 170:16
**fwd** 164:9
**fy** 225:17
**fy'22** 213:25
**fy21** 218:15
**fyi** 95:12

**g**

**g** 3:19 5:21,21 123:4,4
**gain** 201:25
**garnered** 104:22 105:2
**gates** 104:24
**gear** 111:23 128:15
**gearing** 128:5 184:20 209:5

**gelt** 8:18 9:14
**gene** 45:2,3 46:19
**general** 5:15 21:19 23:6 24:5,15 25:4 25:25 31:24 32:4 33:10 68:15 69:25 100:15 109:20 211:21
**generality** 192:10
**generally** 9:21 15:5 22:16 23:9 24:18 26:3,5 28:8 31:6 34:24 36:11,13 42:14 45:14 46:9,16 67:7 100:22,24 101:20 150:23 153:4 180:3 189:9
**generate** 225:7
**generated** 76:25
**generating** 63:17 224:22
**genetics** 201:6 201:17
**genevieve** 3:19 5:8 10:20
**gents** 132:6

**geographic**
126:24 182:22
**getting**  32:2,3
48:13 55:5
141:5
**giant**  187:8
**give**  23:15
24:11 43:14
46:15 68:15
86:8 91:23
102:19 106:10
107:3 110:20
117:21 128:13
144:2 148:9
149:7 161:15
185:24 213:10
223:6 224:25
**given**  67:15
114:10 143:20
185:19 199:20
199:25 232:14
**giving**  39:8
43:19 45:20
72:14 106:19
117:12 216:7
223:15 225:6
**glance**  219:2
**global**  66:22
138:12,13
183:21
**go**  6:15 40:23
42:24,25 48:2
49:23 58:23
60:17 77:15
97:24 99:9

102:4 118:9
121:16 132:8
138:15 141:6
146:8 149:3,8
152:18,20
153:21,24
155:9,11 169:3
178:8 201:3
206:3 207:18
210:18 220:24
224:7 225:3
228:25
**goals**  20:10
**goes**  109:6
147:8
**going**  4:3 24:16
24:22 25:3,5
31:5,25 32:5,9
38:6,16,18
40:12 42:18,19
43:9 44:5 53:4
53:10 55:24
56:2,6,25 58:9
58:16 59:4
62:16,17 65:19
66:9 67:6,18
69:12 72:21
73:4,7 74:8,24
77:6 78:6
79:19 81:11,13
81:15,24 82:23
84:19 85:11
88:14 90:4,9
90:11,17 98:10
101:22,25

104:4,5,10
105:15 108:15
109:5,9,13,22
110:13,18,22
111:9 114:21
115:16,24
116:17 119:6
120:11,15,16
120:18,20
121:16,24
123:11 126:12
126:14 128:7
130:15 131:4
132:18 134:25
135:6 136:11
137:6,9 138:12
138:14 139:21
141:4 143:25
144:3 146:7,10
146:11,24
147:17,19
148:8,10 149:8
150:10,16
151:14,20
152:9,10,11
153:23 154:4,7
154:14,22
155:5,7,15,20
156:14,15,18
157:5 158:16
160:14,17
163:21 165:8
165:21 166:4,6
167:4 168:21
169:8 170:3,10

173:10 180:19
180:21,22
183:15,22
184:4,18
193:11,19
194:3 196:22
197:23 199:25
200:4 202:4
203:14 205:18
210:19,20
211:25 212:4
213:3 216:11
218:5 222:3
224:11,18
226:13 227:20
227:21 228:14
228:25 229:3
229:23 230:25
**gold**  44:19 94:6
158:2
**good**  4:2 6:4,7
43:20 77:4
85:5 94:17
113:25 114:12
114:13 117:13
117:22 118:6,7
118:12 121:18
139:20 169:24
193:8,12
199:18
**goodness**  207:4
**gotten**  105:4
201:20
**gottlieb**  72:11
207:24 229:6

**[gov - head]**

gov 95:15,17
government
  53:14 73:20
  74:8 108:12
  109:8 172:8,24
  173:6 184:13
  184:14 188:7
  188:12,16
  189:10 190:11
  191:10,16
  203:13 207:8
  207:15
graduate 13:17
  13:23
grandparents
  81:23
grant 18:10
granted 18:7
grantors
  110:21
grants 20:2
  39:12 110:18
granularity
  120:21
graph 60:10
  67:14 68:25
  74:20
graphs 67:22
great 40:3 44:2
  47:11 55:16
  77:2 193:15
  212:24 229:20
greene 58:13
  59:15 233:10

ground 6:16
group 14:2,5,7
  14:8 15:12
  37:4 87:19
  126:8 158:24
  162:21
groups 15:14
grow 96:12
growth 125:11
  206:12
guess 18:22
  19:19 115:21
  127:7 138:23
  148:8 164:11
  176:20 218:9
guessing 121:9
guidance 34:18
  34:22,25 35:12
  52:8,11,14
  54:6,8,10 57:7
  57:12 75:6
  79:20 80:22
  82:7 99:6,15
  99:21 105:20
  105:22 106:2,6
  106:19,21
  107:3 111:6,10
  112:18,24
  113:24 115:6
  117:12,22
  123:24 129:18
  130:4,11
  131:19 136:3
  136:15,21,25
  137:4,14,21

138:24,25
  140:5 141:22
  143:23 144:2
  146:2 175:9
  177:18 181:11
  185:11,22,25
  213:10 214:18
  220:16,17
guide 128:5
  142:24
guiding 138:4,8
  139:4
guitar 14:18,19
gundry 27:7
  87:21 88:10,13
  90:23 91:14
  93:11,16,21,22
  95:12,23 97:3
  97:6 98:18
gundry's 88:15
guy 199:10
guys 117:14

**h**

h 1:9 5:21
  123:4
h.c. 36:19
  159:17
hahn 3:10 5:2,2
half 78:16,21
  84:6,16 96:18
  128:14
halfway 82:3,4
  82:11
hamburger
  54:23

hand 60:16
  61:5 115:13
  124:8 139:5
  152:15 176:17
  232:22
handle 132:8
handled 27:21
  213:7
handling
  212:19
hanlon 3:23
  4:14
happen 31:22
  53:10 54:3,18
  67:18 69:12
  71:22 81:13
  180:19,21,23
  227:22 229:3
happened
  55:17 113:17
  210:15
happening 51:8
  52:18 107:13
happens 78:8
happy 63:2,25
  136:22 213:17
  225:24
hard 168:22
hasten 80:2
head 7:5 22:23
  23:5 25:16
  26:21 27:2
  56:19 65:18
  69:21 74:11
  97:7 121:20

159:9 182:11
**headed** 29:25
  74:5
**header** 213:16
  214:17 217:13
**headers** 213:22
**heading** 72:7
  77:9
**headline** 201:5
**headlines**
  206:16,21
  207:22,23
**health** 28:25
  29:3,6 53:17
  53:18 73:17
  81:22 86:9
  104:12 105:3
  108:10 154:20
  154:23 188:23
  188:25 189:14
  190:7,10,18
  191:16,23
  203:22 207:6,9
  207:10
**hear** 228:7
**heard** 12:23,24
  87:12,14 89:7
  155:13
**hearing** 108:3
  108:16 166:17
  197:2
**heartbeat**
  31:25
**heat** 91:15,25
  92:9 98:21

**heavily** 16:15
  48:19 71:24
  72:18 77:22
  189:10
**heavy** 156:8
  204:15
**held** 16:23 17:4
  34:4 59:19
  75:14 176:5
**help** 11:7
  196:25 229:22
**helped** 16:10
  28:2
**helpful** 7:2
**helping** 146:21
  146:22 228:24
**helps** 69:15
  206:11
**herd** 147:21
  151:10 153:10
**hereinbefore**
  232:12
**hereunto**
  232:21
**hi** 136:18
  213:13
**hierarchy**
  26:19
**high** 29:21 32:9
  73:12 152:24
**higher** 146:17
  148:14 151:25
  153:5
**highest** 73:18
  151:15 207:11

229:4
**highlights**
  101:8 145:10
**highly** 38:17
  152:15,15,16
**hills** 36:25
**hire** 194:25
  212:22
**hired** 13:24
**historical** 68:13
**historically**
  61:2
**history** 80:7
  89:12 167:3
  184:9 185:13
**hit** 198:5
**hold** 16:5 74:25
  82:25 116:3
  162:11
**holds** 74:3
**home** 6:11 8:2
  150:13 155:25
**hoped** 24:25
  108:22 109:3
**hopes** 142:25
**horsepower**
  151:16
**hospital** 152:11
**hospitalizatio...**
  56:9
**hostetler** 3:13
  5:6,9
**hot** 174:4
**hour** 95:15
  96:11 121:16

193:10
**hours** 11:2
**house** 53:15
  56:18 61:25
  72:2 74:11
  108:3 128:13
  139:25
**household**
  195:8
**houston** 115:3
  115:7,9 123:22
  129:7 135:23
  136:18 141:9
  143:12,17
  164:7 171:2
  194:9,11
  197:22 218:14
  222:12 223:14
  225:13,20
  228:3 230:2
**howard** 6:10
**huge** 92:9
  96:17
**hum** 126:2
**human** 23:5
  104:17
**hundred** 31:21
  74:13 106:22
  107:20 203:14
**hundreds** 48:9
  184:16
**hypothetical**
  143:15,17

**[i.e. - informed]**                                            Page 28

| i | | | |
|---|---|---|---|
| **i.e.** 196:7 | **important** 23:25 66:24 75:7 94:8,13 100:8 107:15 110:9 154:18 157:6 197:23 202:11 209:7 | **inclusive** 133:10,18 134:6,9 | 93:4 |
| **idea** 141:18 155:17 160:2 172:10 201:9 201:12,13 210:14 | | **incorporate** 57:10 | **individually** 45:22 |
| **ideas** 127:16 161:25 | **importuned** 128:13 212:25 | **incorporated** 4:10 | **individuals** 35:17 119:20 |
| **identification** 58:14 162:4 | **impressed** 201:24 | **increase** 171:12 188:9 227:7 | **industry** 156:11 171:15 192:8 195:2,6 212:23 213:4,4 |
| **identify** 60:9 | **impressions** 103:3 | **increased** 149:25 150:24 217:19 | **inexpensive** 157:21 |
| **ike** 130:2,6 171:8 202:8 213:13 225:22 226:2 | **improvements** 91:3 | **increasingly** 91:4 | **infection** 146:6 146:18 148:15 148:19 149:3 149:12,21 150:2,24 151:25 153:5 |
| **ike's** 219:5 | **incentive** 19:15 21:12 | **incurred** 217:23 | |
| **imagine** 229:15 | **inclined** 97:24 | **independent** 35:4 | **infections** 56:7 |
| **immediately** 12:10 34:4 186:21 | **include** 22:20 24:15 26:10 32:23 33:6 35:3 52:17 53:3 56:17,19 116:18 181:6 | **india** 209:4 | **infectious** 53:7 147:7 151:4 152:16 227:3,8 |
| | | **indicate** 134:10 | |
| | | **indicated** 91:8 101:18 131:24 164:14,20 194:19 200:17 209:21 212:14 | **infer** 53:8,9 133:21 |
| **immunity** 108:23,25 147:21 151:11 153:10,15 | | | **influence** 142:21 |
| | **included** 26:25 27:6 45:4 52:3 72:22 | | |
| **impact** 142:3 142:17 145:23 | | **indication** 108:17 | **influenced** 38:17 |
| **impacted** 191:10 | **includes** 38:23 49:13 56:16 104:18 | **indicative** 73:7 75:13 140:15 208:21 | **informal** 31:15 31:16 |
| **impacting** 179:8 191:5 | **including** 38:7 71:25 80:11 104:16,23 152:23 154:19 185:17 208:9 | **indirect** 27:11 | **information** 43:19 50:7 64:20 |
| **implying** 202:10 | | **individual** 16:7 23:22,23 44:25 62:16 64:17 81:21 86:18 | **informed** 108:6 154:8 |
| **importance** 165:5,19 | | | |

**[initial - involved]** Page 29

**initial** 19:20 101:3 102:24 102:25,25 103:2,3,8 105:12 159:2

**initials** 129:5 214:4 227:25

**initiatives** 188:8

**innate** 153:15

**innovation** 92:5 93:13,18 95:24 110:23

**innovative** 229:19

**innovator** 94:4 213:5

**input** 99:20 103:6 118:24 197:9

**inquiries** 213:9

**inserted** 227:11

**inside** 45:4

**insouciant** 101:13

**installation** 24:9

**instance** 24:6

**instant** 95:4

**institutes** 53:16 105:3

**institutions** 105:5 167:16 168:12

**instore** 15:22

**instruct** 7:10

**instrument** 14:15,17 38:24 38:25

**instrumental** 29:7

**intellectual** 151:16

**intelligent** 87:12,14

**intense** 38:21 67:8

**intensity** 28:12

**interact** 35:25

**interacted** 25:19

**interactions** 30:25 43:8

**interest** 9:24 106:8 212:24

**interested** 51:9 92:25 111:20 232:19

**interesting** 38:25

**interfaced** 30:12

**interim** 20:17

**intermittently** 51:6

**internally** 138:7

**international** 15:16 53:12

154:23 185:17 207:10

**internationally** 15:13

**internet** 56:23

**interpret** 196:25

**interpreting** 140:14

**interrupt** 165:16

**interview** 162:16,25

**introduce** 58:9 58:16 62:17,19 65:19 90:17 114:21 123:11 131:4 144:3 158:16 162:6 163:21 170:10 173:10 175:19 194:3 200:4 209:6,9 211:25 218:5 222:3 224:18

**introduction** 33:16

**inventories** 55:22

**inventory** 60:21,24 61:4 61:16,25 62:7 62:8,11 78:2

**investing** 43:14 75:21 110:9

156:17 223:7

**investment** 39:19 40:10 130:19 138:18 140:20 141:7 196:19 197:11

**investments** 110:25

**investor** 25:17 115:10 118:21 118:24 126:8 127:14 161:11 164:9 169:9 194:25 196:17 199:10,12 215:4

**investors** 37:21 43:19 106:8 139:5 143:9 161:17 185:14 204:19 215:19 228:7

**invite** 35:23

**involve** 12:9 21:21 22:24 23:2,12

**involved** 16:15 22:22 24:23 27:5 28:11 29:15 34:24 39:24 48:20 62:5 64:18 72:18 94:24 98:24 104:2 192:4,12,16,20

196:9 212:23 226:11

**involvement** 38:22

**involves** 22:5

**iowa** 192:13

**ipo** 17:8 159:18

**ir** 41:5 43:3 100:6

**irish** 1:21 2:13 4:17 232:7,25

**irrelevant** 54:17

**irwin** 5:9

**issue** 63:21 64:5 69:20 73:9 96:6 118:2 136:16 154:12 158:12 166:12 197:12 197:17 201:13 203:8,23,24 228:23

**issued** 9:4 12:2 119:19 144:23

**issues** 39:10 63:13 78:3 159:22 160:16 171:6 194:15 195:11 197:11

**item** 32:22 112:25

**items** 32:18

**iteration** 226:12

**iterations** 147:9

**j**

**james** 60:19

**january** 77:17 77:18 88:2,7 158:22 160:20 160:23,24

**jason** 3:9 4:23 6:7 50:5 57:14 63:4 64:15 70:9 76:5 121:15 123:15 124:14 144:7 152:6 158:20 161:2 163:4 165:13 170:13 198:16 209:12 218:8

**jennifer** 158:24 212:9,17,18

**jesse** 90:24

**jobs** 16:5

**joined** 16:6

**joining** 15:6

**joint** 209:3

**joseph** 22:8 26:25 27:24 28:9

**judgment** 57:20 82:5 166:19

**judgments** 78:7 80:14 185:19

**july** 17:8

**jumping** 203:11

**june** 143:8

**k**

**k** 59:23 94:22 98:23

**kaplan** 3:4 4:23 5:3

**kc** 90:25

**keep** 48:17 61:9 61:15 73:14 77:22 80:17 82:13 92:5 93:12 141:22 166:9 220:25

**keeping** 93:18

**kenneth** 90:25

**kevin** 3:24 5:14 10:21 25:24 144:11

**key** 27:25 40:16 56:15 73:8,11 77:7 81:12 101:7 139:24 152:24 154:9

**kill** 152:11

**killer** 157:9 210:22

**kilsheimer** 3:4 4:24 5:4

**kind** 24:19 28:12 31:13 33:10 44:21 53:5 67:16

77:23 78:3 80:7,8 99:2 100:11 106:4,9 106:15,16,25 107:3 110:11 114:16 120:23 128:15 130:17 160:13 166:10 166:10 192:10 197:9 203:12 204:2 205:16 229:23

**kinds** 22:15 55:7 98:10,12 112:3 119:25

**kits** 91:18 92:3 92:8

**knew** 71:9 84:20 128:9 130:19 203:24 211:13 229:11

**know** 7:15,24 11:23 12:5 16:21 18:9 19:18 21:5,10 29:10,15,18 30:3 36:19 37:15 38:4 41:20 42:2 43:20 47:7,14 47:20 48:10 50:4 51:15 54:22 56:3 63:19 65:9,14 65:17 66:7,19

**[know - levels]**

74:10 78:2,5
79:6 81:6
83:20 84:7,18
85:22 86:18,23
87:5,11,20
88:24 90:5,7,8
90:11 91:11
93:5 94:20
96:7,16,19,21
98:14 99:4,7
99:25 100:4,17
102:22 103:11
103:22 104:3
106:8,17,18
107:25 110:10
113:8,16 115:7
118:23 119:3
120:12 124:4
126:3 127:17
129:8 138:16
138:17 141:9
146:10,19
148:7,11
150:17 152:19
154:22 155:6,8
165:9 168:17
169:21 179:13
179:16 180:18
180:20,22
181:5,8,14,19
181:24 182:24
188:3 189:23
190:3 191:18
191:19,20
192:2,5,8,22

194:23 195:7
195:10,12,18
196:4,11
197:10,18
198:7 199:8
201:11 204:4
204:12 205:23
206:24 207:8
207:19,21
208:19 214:7
215:22 217:23
**knowing** 96:25
98:5
**knowledge**
91:6 131:22
133:22 164:12
164:18 188:15
194:17 200:15
209:19 212:12
**known** 29:20
199:20
**knows** 93:23
94:19,24 95:3
98:18,24 104:8
203:9
**korea** 92:17

**l**

**l** 1:10
**lab** 48:6
**labeled** 60:15
63:9 162:3
233:11
**labored** 43:16
**labs** 62:14

**lack** 138:13
148:7 190:21
**lake** 27:14
**lambert** 41:14
100:6 115:10
119:8 136:15
214:11,14
225:18 228:12
**landscape**
43:16 81:10
82:2 138:13
155:8 156:15
173:3 183:21
191:3
**language** 126:3
132:10 143:21
172:11,17
178:12,17
186:12,23
217:8 227:12
227:17
**large** 82:20
83:2 89:13
104:15 139:21
157:25
**larger** 86:13
**largest** 89:11
**lasting** 108:21
**lasts** 96:15
**launch** 95:17
**launched** 91:19
92:4
**laura** 91:2
**lawsuit** 11:23
11:25 12:19

**lawyers** 8:6
**layer** 90:14
**lead** 149:11
150:2 151:24
**leader** 22:24
213:4
**leaders** 22:19
56:16 73:8,11
77:8 81:12
107:15 139:24
152:24 154:9
184:13
**leading** 22:21
100:2 105:18
**leads** 49:9
95:13
**learn** 108:21
**leaving** 127:17
127:19 230:11
**led** 26:20 197:4
**legal** 4:15,17
40:17
**lengthy** 119:24
**letters** 115:14
**letting** 110:9
**level** 32:9 61:5
143:19 145:22
146:13 152:24
189:8 192:5
207:11 229:4
**levels** 60:21,24
61:2,17,25
62:7,9,11
71:13 146:18
148:14 151:15

151:25 153:5
**licenses**  14:24
**lie**  114:18
**life**  171:13
**lift**  154:22
**lifted**  73:20
108:9 154:25
**likely**  61:3
110:3 120:3
126:10 139:6
139:11 197:24
**limited**  63:24
80:9 120:19
**line**  91:3 115:5
123:24 126:18
131:18 136:3
142:25 144:12
144:16 147:25
159:2 162:15
164:9 170:16
171:3 173:15
194:13 200:11
202:9 209:17
212:9 218:15
222:13 225:16
234:8
**lines**  77:25
**lion's**  139:23
**liquid**  165:4
**list**  28:2 60:12
82:3
**listed**  144:15
**listened**  208:6
**listening**  208:5

**listing**  162:23
**lists**  137:16
222:18
**litchfield**  36:25
**litigation**  8:14
12:14
**litigations**  9:7
**little**  13:11
55:21 66:21
96:21 130:18
137:8 147:10
183:12 184:9
205:9
**live**  126:12
**llc**  1:5 4:9
**llp**  3:4,13 4:24
5:4
**load**  63:12
**local**  56:22
**locations**  64:18
**log**  230:15
**logistic**  159:22
**logix**  44:12,14
44:21,24 45:10
45:13 46:8,25
47:6 65:11
76:10 78:25
87:25 88:12,23
89:6 97:20
145:15 172:5
177:4,23
**long**  10:25
15:17 53:22
66:22 94:25
95:5 108:21

113:25 114:11
117:22 136:8
145:13 157:5
157:18 158:5
162:19 167:3
177:2,20
183:12 193:4
204:20 207:25
210:18 211:18
220:13
**longer**  52:15
206:15,20
**look**  33:13
41:25 49:7,23
49:25 51:6,18
51:21,25 52:9
54:11 63:10
64:15 65:23
66:4 75:7
82:24,24 91:12
95:10 120:10
121:3 124:24
125:7 132:3
141:20 144:18
159:19 162:22
164:25 171:24
174:25 175:25
176:20,22
182:16 183:20
195:13 196:2
202:6,22 205:7
213:12 223:8
**looked**  31:7
49:8 66:13,18
66:20 83:23

164:18 219:18
**looking**  31:9
53:17,24,25
55:8 63:6
64:16 66:11,16
67:14 68:10
70:4 71:20,21
73:3,5,24
74:20 75:4
76:24 77:7
80:21 105:7
106:13 107:12
107:18 112:7
116:3 118:16
121:7 130:22
161:3 163:3,7
168:2 173:2
180:4 183:11
184:24 195:22
199:13 218:8
**looks**  60:6
205:15
**los**  14:3
**lose**  95:19
**lot**  28:24 31:24
33:7 39:16
52:25 53:2,11
55:3,25 56:25
57:5 58:7 73:3
74:7,14,21
76:24 77:5,13
79:15 80:16
81:23 86:9,10
86:11,14 92:24
93:8,9 95:7

**[lot - management]**                                            Page 33

101:18 103:5
105:8 107:12
107:21,22
111:2,18
140:19,19,21
146:20 147:8
150:9,15 152:7
153:8,9 155:23
155:25 156:2
156:17,24
157:22 158:8
168:23 169:16
180:5,13 187:9
188:13 192:7
194:23 195:7
199:11 201:18
208:10 209:3
213:5 217:20
223:11
**lots**  37:22
38:25 49:6
88:17 92:12
94:15 98:11
109:4 146:22
188:14 191:24
199:23
**low**  61:2 71:5
145:20 147:20
153:3 178:4
179:7 223:19
**lower**  141:22
172:4
**lowest**  79:3
**lumps**  142:4

**lunch**  121:25
169:23 193:5
**lunchtime**
169:20
**lynn**  195:17

**m**

**machine**  96:17
96:19
**macro**  80:11
**made**  8:25
34:13 42:17
81:4 89:24
148:18,19
155:18 166:11
175:15 192:9
**magazines**
107:17
**mail**  26:7,10,16
90:22,23 91:6
91:13 93:11
94:9,10 95:11
97:3 115:2,3
116:9,19 117:9
117:10 123:20
123:21 124:4
125:15 131:15
131:16,22
132:3,16 133:2
133:6,8,9,12,16
133:17 134:5,5
134:6,8,16
135:3,10,14,22
136:6,17 144:8
144:21 158:21
159:6 160:24

162:12 163:11
164:4,5,12,17
164:19 165:2
165:13 167:24
170:14,15,23
171:4 173:12
173:13,20,22
194:8,9,10,17
195:14,20
196:3 197:15
200:8,9,15
202:7 203:7,20
204:2,24
209:15,19
212:6,12
213:13 218:11
218:12,18,21
219:2 222:7,8
222:9,14
225:12,13,19
**mails**  47:24
116:16 119:5
133:10,14,18
133:23 134:7,9
134:11,17,21
136:10 201:3
**mainstream**
72:10
**maintain**  142:5
**maintains**
37:16
**major**  23:20
97:25 104:23
208:23

**make**  5:12
55:13 57:17,20
67:16 75:14
78:6 80:10,14
81:6 82:5
92:11 97:25
98:19 102:7,10
104:11 109:12
110:25 111:11
112:9 120:16
120:22 128:2
135:2 142:19
152:9 153:21
157:12 158:3
160:8 184:9
202:3 204:9
211:7,12 219:5
229:25
**makes**  56:25
229:24
**making**  6:5
80:3 88:11,22
89:5 93:21
96:12 98:12
114:14 120:23
141:10 151:8
156:13,16
157:14 165:6
165:19 167:9
169:5 185:18
186:20 187:16
187:17 205:4
205:24
**management**
21:21,24 22:11

22:13,17 25:8
30:23 32:6
34:12 40:16
48:20 49:2
61:23 67:24,25
90:14 208:9
223:11
**managers** 9:24
**mandate** 149:5
**mandated**
  171:9 172:7,23
**mandates**
  145:18 146:16
  147:2 149:11
  149:19 173:5
  177:25 179:5
**maneuver**
  190:24
**manufactures**
  44:15
**manufacturing**
  23:3 32:2 45:9
**march** 71:5
  76:19 164:5
  190:17,20
  200:9 203:12
  207:5 209:16
  212:7 216:21
  218:22 220:10
  221:12 222:8
  222:10,15
  225:14 226:6
**marie** 15:13,15
**marissa** 3:18
  5:5 10:19

58:23 149:16
  193:3
**mark** 82:11
  94:3 229:14
**marked** 58:13
  62:19 65:20
  90:18 114:22
  123:12 131:5
  144:4 158:17
  162:3 163:22
  170:11 173:11
  175:20 194:4
  200:5 209:10
  212:2 218:6
  222:4 224:19
**market** 35:18
  49:12 77:12
  91:5 95:20
  137:22 197:19
  202:5
**marketing**
  22:25 23:10,11
  23:15,16 24:22
  24:24 41:23
**markets** 177:14
**marriage**
  232:18
**mask** 145:17
  146:16 147:2
  148:13,23
  149:5,11,19,25
  177:25 179:4
**masking** 81:16
**masks** 109:13
  146:21,24

148:25 150:5
  150:10
**massive** 149:2
**material** 23:18
  97:4 102:12
**materials** 32:25
  33:7,17,19
  127:14
**matter** 4:8 9:14
  9:17 93:7
  97:10,23
  142:18 152:9
  166:15 232:20
**matters** 8:16
  9:12,15
**maxim** 37:4,6
**mccluskey**
  195:15,18,19
  196:4,6,9
  197:16
**mckenzie**
  162:13,16,18
  164:18
**mean** 36:6
  45:17 62:12
  68:11 81:14
  112:13 114:12
  140:23 160:14
  161:23 163:15
  165:16 168:19
  186:18,25
  187:4
**means** 7:4
  63:19 96:16
  129:10 168:15

168:18
**meant** 165:9,18
  167:19 188:4
**measure** 75:20
**media** 4:6
  44:10 59:9
  72:10 85:16
  123:8 170:8
  193:24 213:2
  231:2
**median** 72:8
  74:13 107:20
**medical** 45:2
**meet** 10:10
  34:11 36:8
**meeting** 10:22
  10:23 21:22
  24:17 25:5
  30:23 31:12,15
  32:6,16,20
  33:3,14 112:18
  112:20,21
  113:6,14,14,18
  117:20 119:16
  136:23 137:9
  196:18,21
  230:13
**meetings** 10:13
  10:18,21,25
  11:4 21:22
  22:12,13,16,18
  25:8,9 30:18
  30:25 32:13,19
  33:6 34:4,15
  34:16 35:14

42:11,23
**meets** 21:25
**melinda** 104:24
**member** 15:2
  25:18 30:20
  32:21
**members** 21:23
  34:16 40:16
  144:16 221:23
**memorial**
  143:6
**memory** 70:10
**mention** 219:6
**mentioned** 15:8
  26:9 35:2
  40:24 41:5
  43:5 100:22
  101:11 102:6
  118:13 138:10
  167:10 190:25
  228:22
**mentioning**
  94:24 203:8
**message** 164:10
  166:24 211:20
**messages** 100:7
  100:12 222:13
  222:17
**messaging**
  155:20 202:12
  230:5
**met** 10:9 30:21
**metric** 83:22
**mexico** 27:9
  86:10,16,19,21

86:24 87:22
**mh** 129:5 228:2
  228:2
**michael** 73:10
  154:10 227:18
  228:19
**microcosm**
  80:8
**mid** 80:18
  219:7,13
**middle** 27:21
  71:14 73:16,23
  80:12 108:8,14
  135:23 171:25
  174:19 184:11
  204:15
**midpoint** 79:5
  83:18
**mike** 115:3,7,9
  117:7,11
  123:22 129:7
  135:23 143:16
  164:6 171:2
  194:9,11
  197:22 218:13
  222:12 225:13
  228:3 230:2
**million** 65:15
  68:22 69:5,22
  70:13 72:5
  74:13 76:3,13
  76:18 78:16,21
  89:20 96:18
  106:22 107:20
  111:6 142:25

163:15,17
  198:6 203:15
  208:18 213:23
  226:9
**mind** 56:2
  73:14 86:12
  137:10 166:10
  168:19 173:25
  202:3 211:17
**minds** 55:11
  79:16 166:12
**mine** 59:22
  87:7
**minor** 213:15
**minstrels** 14:3
  15:9
**minute** 91:19
  91:24 92:4
  95:18,20 96:14
  97:14 169:18
  224:25
**minutes** 36:10
  96:15 169:24
  193:10
**minutia** 219:24
**misdated**
  160:22
**missed** 123:16
  159:10
**mitigate** 184:17
  188:19 207:16
**mizener** 115:5
  123:23 136:2
  164:7 171:2
  222:11 223:14

225:15
**model** 55:12
**models** 119:25
  120:14
**molecular**
  92:16
**moment** 58:11
  58:24 59:21
  127:19 165:13
  169:10 224:8
  225:9
**momentum**
  213:24 215:10
  216:5
**monday** 30:24
  136:23 170:24
  173:21
**monday.com**
  49:5,6,18 50:7
  50:10,15 58:2
  64:16,21 66:12
  67:21
**monday.com.**
  49:3 58:8
**money** 74:7,16
  155:24,25
  156:18 207:14
  223:9
**monitor** 119:18
**monitored**
  119:22
**montgomery**
  90:24
**month** 54:20
  55:19 57:16

66:10,10 75:14
76:25 77:16,19
78:8 84:25
128:2 184:5
199:2,5 219:4
219:19,22,25
219:25 220:24
220:24 229:12
**monthly** 51:11
52:21 55:9
68:5,16 71:21
73:6 75:12
219:8,13
220:17
**months** 73:25
73:25 75:15
76:2,12 80:9
80:18 82:16
98:25,25
139:23 199:3
199:21 204:11
219:21
**morning** 4:2
6:4,7 30:24
72:15 113:13
208:3
**mosquito** 24:7
27:20 45:24
**motion** 33:8
**motivating**
79:17
**move** 110:19
226:19
**moving** 105:6
229:19

**multi** 171:14
**multiplex** 45:5
46:21 104:19
**music** 14:8 15:9
**musician** 14:11
**musing** 95:6
97:7 108:5
**mutate** 227:6
**mutation** 227:7
**mutations** 53:5
53:6 71:18
159:23 160:2
160:12
**mute** 65:2
**mutual** 15:18
**mutually** 167:6
**myopic** 204:22

**n**

**n** 3:2 5:21
123:2,2,2,4
233:2
**nakedly** 118:10
**name** 4:14 6:9
25:15 27:7
41:7,13 86:21
87:11 214:8
234:3
**named** 8:13 9:6
**names** 30:6
**narrative** 39:22
39:23 101:17
141:5 167:14
167:20 168:8
168:16 173:17
228:14

**narratives**
168:21
**narrow** 101:24
**nascent** 229:15
**nassau** 232:5
**nation** 72:13,16
128:6 151:18
208:3
**national** 53:12
53:16 105:3
149:6 185:17
**nature** 90:12
**navigate** 175:7
177:16
**near** 42:16
128:17 130:16
175:4,6,7
177:15,16
178:14,16,22
180:17
**nebraska**
192:17
**necessarily**
57:10 73:7
75:15 113:12
120:12 140:15
141:3 146:8
147:12 149:14
149:23 151:22
153:7 160:13
161:23 166:14
166:20 167:10
180:14 191:4
199:19 216:13

**necessary**
21:22 25:20
26:16 30:25
88:19 230:17
**need** 7:3,14
40:18 41:25
63:15 76:5,6
132:6,9 143:24
151:6 152:12
166:7 167:16
168:12 169:22
179:20 181:2
197:24 205:6
209:11 226:12
227:9
**needed** 33:9
43:20 49:10
95:15 96:12
139:19,22
179:13 197:9
213:7 227:13
**needs** 46:19
**negative** 142:3
**negotiate** 18:14
**negotiating**
98:13
**neighborhood**
209:2
**netsuite** 48:22
48:23
**network** 15:22
**neutrality**
120:8
**new** 1:3 2:16
3:8,8 4:12 14:2

15:9 19:13 24:9 38:22 56:21 72:5 79:11,13 93:3 95:17 97:13,17 103:23 108:24 110:15 111:19 128:10 145:19 147:5 149:2 150:22 151:2 151:21,23 152:2 155:24 156:12,17 158:14 178:3 179:6 196:16 196:18 206:15 206:19 208:23 209:7 217:17 226:20 227:19 229:9,15,16 232:3,10

**news** 195:2

**newscasts** 56:5

**newspapers** 56:23 107:17

**ngos** 104:23

**niche** 61:18

**nielsen** 22:6

**night** 56:4

**nih** 108:4

**nodding** 7:4

**nomi** 28:25 29:3,6,19 86:9 191:15,23,24

**non** 155:14 211:4

**nonsense** 199:7

**normal** 47:25 67:13 94:12 127:25 136:9 227:19

**normally** 27:13 32:17 33:6,21 37:21 39:23 42:16,18 52:22 105:16 126:9 196:7 197:10

**nose** 39:4

**notable** 197:5

**notary** 2:15 5:23 232:9 234:25

**note** 120:4 218:18 225:19

**noted** 123:3 201:17 231:6

**notes** 11:12,16 11:19 37:9

**notice** 71:4

**noticing** 4:21

**notification** 144:12,25

**notified** 10:4

**notify** 197:13

**notion** 154:6 156:24 166:2

**november** 1:16 2:7 4:4 162:13 163:10 194:10

194:11 195:15 197:21 232:22 234:5

**number** 4:6,13 55:9 57:8 58:19 59:12 70:13 80:10 83:8 85:24 102:5 104:13 109:17 112:5 115:23 116:2 117:25 118:4 124:7,8,22 135:20 138:9 139:21 140:8 154:17 157:9 163:3,5,25 170:20 171:20 174:15,23 175:23 178:9 189:21 195:21 210:22 223:16 223:19 233:8

**numbers** 20:18 34:5,13 38:13 52:21,22 75:8 112:9,11 115:14 118:17 132:9 181:25 199:15 204:7 208:20

**numerous** 40:8 88:16

**nursing** 157:3

| **o** |
| --- |

**o** 123:2,2,2

**oath** 5:20 6:17

**object** 7:9 132:18

**objected** 210:16

**objecting** 132:19

**objection** 14:12 21:8 24:3 29:4 31:17 33:4 35:20 41:19 42:7 43:4 45:16 46:12 49:21 50:3,13 50:21 51:3,14 51:23 52:12 54:14 57:13 58:4 65:2,4,5 67:4 68:9 69:18 70:15,22 71:7 75:9 76:21 78:18 82:12 84:17 85:21 89:21 93:19 96:2 100:10,20 107:9,10 110:5 111:14 112:12 113:7 114:3 117:24 132:22 132:24 141:14 148:16 149:13 150:3 152:4

**[objection - ordered]**                                                    Page 38

154:5 165:11
165:23 167:22
178:19 179:10
179:18,25
181:23 183:7
186:10 187:24
188:10 189:5
189:19,25
190:22 198:12
198:22 202:18
205:5 206:22
208:12 215:11
216:6,23 217:9
219:14 220:11
221:15,24
223:22 226:7
**objectives**
  103:21
**obtain** 112:2
**obtained** 14:20
  49:9 84:10,11
**obtaining** 20:9
**obviate** 143:24
**obviously**
  111:20 114:12
  152:22 197:12
**occasionally**
  23:21 32:21
  33:8 197:8
**occur** 67:13
**occurred** 11:8
  56:9,10 61:13
  128:20
**occurring** 53:5
  53:6

**odd** 145:2
**offering** 19:21
**offhand** 19:18
  76:15 84:7
  127:9
**office** 8:2
**officer** 21:17,19
  22:4,7,8 23:14
  26:22,23 99:19
  205:22
**offices** 157:2,3
**officials** 74:9
**oftentimes**
  26:13 34:3
  48:14 120:19
  195:4 196:24
  220:20
**oh** 196:3
  207:20
**ohio** 3:17
**okay** 59:24
  62:17 63:4,22
  65:23 66:2
  90:21 95:10
  113:23 114:25
  116:3 117:8,9
  117:21 123:18
  124:23 125:19
  125:22 133:4
  135:9,21 136:4
  136:17 144:7
  145:7 158:20
  163:9 164:3
  169:17 170:13
  170:22 171:21

174:7,13,17,24
176:9,16,19
178:8,11
182:15 193:15
194:7 200:7
205:20 209:14
210:7 212:4
214:15 218:10
222:6 230:20
**old** 128:10
**olympics** 213:8
**omicron** 71:17
  77:20 147:10
**once** 47:5,9
  76:6 84:25
  220:3
**ones** 12:17
**ongoing** 57:8
  160:12
**onslaughts**
  128:19
**ontiveros** 3:24
  5:12,14,14
  10:21 25:24
  144:11
**open** 134:15
  230:12
**operating** 22:6
  175:5,16
  177:13 178:15
**operational**
  125:9
**opinion** 56:16
  73:8,11 77:8
  81:12 107:15

120:18 139:24
152:24 154:9
**opportunities**
  227:5
**opportunity**
  206:10
**opposite**
  152:18
**optical** 146:14
**optics** 106:4
  110:11 114:16
  118:15 128:4
  138:14 148:7
  186:3
**options** 18:4,7
  19:7,12,17,25
  21:3
**oracle** 48:24
**order** 20:19
  47:18,22 48:13
  48:15 49:14
  61:22 87:25
  88:7 89:11,13
  89:16,23,24
  90:3 106:6
  107:2 126:20
  127:5,11,21
  134:20 182:19
  182:25 183:5
  183:19 185:9
  186:8,16,24
  187:3 188:8
  207:16
**ordered** 106:22

**[orders - paragraph]**                                    Page 39

**orders** 32:4
47:24 48:18
49:15,19 50:11
50:16,19 61:19
61:20 64:22
65:10 68:5,7
68:22 69:16
70:20 71:4
76:4,14,18
78:11 79:3
83:16 84:5,14
128:18 181:15
181:20 187:20
**organization**
53:18 108:11
154:21 190:7
203:22 207:7
**organizations**
15:3 207:12
**original** 214:22
217:14
**originally**
16:19
**originated**
155:18
**osmond** 15:11
15:14,14
**osterholm**
73:10 154:10
227:18 228:19
**ought** 81:20
97:8 103:4
105:10 151:18
204:19 215:23

**outcome**
232:19
**outline** 136:20
**outlines** 11:20
**outlook** 175:4
177:10 178:14
206:13
**outreach** 24:25
39:11
**outside** 27:10
34:11 35:5
39:18 40:10
100:25 130:19
137:12
**overall** 28:17
120:6 171:12
180:5 204:5
205:19
**overcame**
157:8
**overnight**
61:20
**overstate** 166:2
166:8
**overstated**
165:8,22
**overstating**
215:2 216:11
**overtook**
210:23
**overwhelming**
47:12
**own** 95:6 97:12
108:6 120:14
120:15,25

**p**

**p** 3:2,2
**p.m.** 116:9
122:2 123:3
135:24 144:9
170:4,5,25
171:24 193:20
193:21,23
200:10 212:7
218:22 224:13
224:14,16
231:6
**page** 49:17,23
50:2,4,10,14,18
51:2,13 52:10
60:5,14,15,19
63:7 65:21
66:12,14 90:19
114:24 115:22
115:25 116:5,8
123:14 124:6,9
124:22,24,25
128:24,24
131:12 132:4
135:18,23
138:22 144:6
145:5,6 158:19
159:13 162:9
163:24 170:19
171:19,25
173:19 174:14
174:19,22
175:2 176:2,16
176:18,21,23
178:9 182:13

182:14,17
194:6 195:14
195:22,25
202:8 218:20
226:17 233:3,8
234:8
**pages** 50:6
**paid** 20:5,12,14
74:7 196:14
**pandemic**
29:14 31:20
52:20,24 53:20
53:21 55:3
56:4 67:14
71:14 73:16
77:21 80:12
108:9,9 128:20
155:11 160:19
171:14 184:11
185:18 188:20
189:14 190:9
202:10 203:9
203:18,19
206:17,21
210:17,19,20
228:21
**pandemic's**
207:21
**papilloma**
104:17
**paragraph**
124:25 125:23
126:13,15,16
145:9 146:6
159:7 165:2

**[paragraph - people]**

168:5 171:5,25 175:2 176:24 177:7,8 182:16 186:5 218:25

**parents** 81:22

**part** 19:10 30:22 35:21 38:14 39:22 52:10 60:9,11 94:8 136:8 141:5 154:2 155:7,19 156:15 158:7 167:13,19 168:8,16 169:5 176:11 186:6 190:4 219:5

**participants** 2:11 60:13 102:9

**participate** 37:12 105:6

**participated** 192:6

**participation** 35:9 56:24

**particular** 13:22 23:8 24:7 25:9 27:19 79:21 86:16 87:9 102:23 112:5,9 113:17 126:17 126:22 155:2 157:4 167:9

182:20 203:20 211:8 217:12 226:18 229:2

**particularly** 23:25 93:2 110:7 190:24 196:16 219:3

**parties** 41:25 102:13 232:17

**parts** 13:5 66:7 145:21 156:11 178:5

**past** 72:12 163:16 208:4 217:24 222:18

**patented** 94:2

**path** 138:2

**pathogen** 155:8

**pathogens** 45:6 47:3 79:14 156:21

**patient** 39:3 77:23

**patients** 157:19

**pattern** 51:5,16 187:6

**patterns** 54:25 126:21 127:5 127:11,21 182:19,25 183:5,19 185:9 186:9,16,25 187:3

**pay** 18:25 118:25 120:3

**paying** 53:11

**pcr** 38:23,24 40:24 44:17,17 79:11 94:7 95:18 96:14 97:15 98:2 158:15

**pdf** 62:21 131:9

**peirsol** 3:18 5:5 5:5 10:19 14:12 21:8 24:3 29:4 31:17 33:4 35:20 41:19 42:7 43:4,24 45:16 46:12 49:21 50:3,13 50:21 51:3,14 51:23 52:12 54:14 57:13 58:4 59:2 64:25 67:4 68:9 69:18 70:15,22 71:7 75:9 76:21 78:18 82:12 83:4 84:17 85:8,21 89:21 93:19 96:2 100:10,20 107:9 110:5 111:14 112:12 113:7 114:3 117:24 121:15 123:15,18

132:12,19,23 133:11,20 134:8,14,19 135:4 141:14 148:16 149:13 150:3 152:4 154:5 165:11 165:23 167:22 169:19 178:19 179:10,18,25 181:23 183:7 186:10 187:24 188:10 189:5 189:19,25 190:22 193:6 193:15 198:12 198:22 202:18 205:5 206:22 215:11 216:6 216:23 217:9 219:14 220:11 221:15 223:22 224:9 226:7 230:20 231:4

**pejorative** 215:14

**penalty** 6:18

**pending** 7:16

**people** 25:9,12 26:4,19 30:9 30:11 54:24 55:2 74:6 77:20 95:8 98:8,11 108:22 116:17 119:23

147:22,23
151:8 153:9
157:23 161:13
165:7,20
166:11,17
169:9,17
194:24 199:12
202:12 208:8
213:6 228:6,8
228:12,13,17
229:5
**percent**  21:7
47:15 67:2
83:16 84:4,14
141:24 142:13
194:14
**percentage**
21:2,5,10 47:7
47:12 82:20
83:2 157:25
**perfect**  229:25
**perform**  31:13
**performance**
125:3,4 219:17
**performed**
110:8
**performing**
14:6 28:13
30:16
**period**  22:14
30:7 31:22
36:9 38:20
40:6 43:8
53:20,22 57:23
71:23 73:4

78:8 80:9 98:6
101:22 103:22
111:3 125:13
197:5 208:2
**periods**  37:2
187:15
**perjury**  6:18
**permanent**
155:7 156:15
226:25
**persist**  143:6
159:20 160:3
166:6
**persistence**
162:24 163:6
163:12,19
**persistent**
36:22
**persistently**
145:20 178:4
179:7
**person**  23:4,8
26:6 27:13
31:16 72:2
161:12 212:18
**personal**  216:8
**personally**
230:8
**personnel**
26:25 28:18
208:9
**persons**  26:14
**perspective**
60:12 66:21
103:13 215:22

216:2
**pertains**  206:6
**perused**  40:15
**perusing**  66:5
165:14 198:11
205:8,14 210:6
**pervasive**
71:19 72:16
**peterson**  23:14
**pfizer**  72:18
**phenomenon**
199:22
**philip**  60:20
**phone**  26:6,9
26:10 47:23
**phrase**  154:14
**physicians**
157:2
**piano**  14:19
**picture**  57:2
80:11
**piece**  143:16
**pillars**  226:22
**pipeline**  104:15
**pk**  92:6 93:14
**place**  13:7
21:13 39:14
47:21 118:9
153:8 188:8
**placed**  78:11
88:2 89:10
**places**  47:18
55:6
**plaintiff**  1:7 3:5
4:25 5:3 9:19

230:12
**plaintiffs**
230:11
**plan**  220:14
228:8
**planes**  55:6
**planet**  157:9
159:23
**planning**
111:22
**platform**  38:23
79:12 93:3
97:13 103:23
104:21 110:16
111:19 155:24
158:15 208:23
213:25 217:17
218:2
**play**  14:15,18
14:19,19 55:8
74:22 84:20
112:2 151:10
180:9,10 187:9
**played**  104:14
202:2 228:20
**player**  106:20
197:4
**players**  81:15
**please**  4:20,22
5:19 6:8,25
7:14,23 102:20
225:22
**plethora**
151:11

**[point - prepare]** Page 42

**point** 16:22
18:21 36:24
48:22,24 61:3
71:19 73:21
75:23 85:6
101:5 102:22
121:18 137:20
137:25 138:22
139:3 141:21
142:2,24 143:5
144:25 155:4
155:25 159:20
160:5 162:23
162:25 163:13
167:5 174:20
180:18 187:21
193:8,12
208:25 211:14
216:8 217:16
226:23
**pointed** 74:12
**pointing**
180:12
**points** 101:7
130:18 137:18
137:19 140:2
141:3 159:2,4
159:8,14,24
160:6 161:22
162:15 167:7
167:11 172:2
222:19
**poke** 204:3
**policies** 48:11

**policy** 38:3,4
**polymerase**
44:17
**popular** 14:6
**portion** 39:21
88:6 102:17
103:9 124:18
132:15 221:7
221:10 226:18
**position** 16:17
30:14,16
139:15 146:3
153:22
**positioned**
227:13
**positioning**
217:24
**positions**
202:25
**positive** 138:4
206:13
**possess** 14:23
**possibilities**
196:21
**possibility**
139:20
**possible** 103:16
125:6 128:8
162:15,23
**possibly** 130:25
148:17
**post** 56:22
159:21 160:3
202:10 203:9
203:18 210:17

210:19,20
**postulating**
203:17
**potential** 72:5
95:13 107:19
145:14 162:24
163:13 177:2
177:20 196:19
197:17 200:12
208:21 215:3
216:11
**potentiality**
147:14
**potentially**
73:13 77:10,13
102:7 109:22
110:18 114:18
146:19 147:24
203:15 227:6
**pounding**
215:21
**powerpoint**
33:22
**pr** 159:2 169:7
200:14 212:10
213:14
**practical** 93:7
97:10,23
**practice** 80:5
99:5 100:15
134:22 142:19
211:21
**preannounce...**
143:8,25

**precise** 47:20
**precisely** 182:6
**precision**
145:23 146:13
**predict** 74:4
137:23 145:22
146:15 152:22
153:23 183:17
186:2,6
**predicting**
184:20 185:15
**prediction**
55:13 67:17
138:16
**predictions**
80:3
**prefer** 7:16
214:25 219:7
**preferences**
216:9
**preferred**
219:12
**preliminary**
137:11 168:24
199:14
**premature**
129:16
**premises** 167:4
168:22 211:16
**prep** 42:11
98:22
**preparation**
11:17,20 51:22
**prepare** 10:7
32:15,25 38:10

136:21
**prepared** 37:24
74:18 152:21
160:7 197:18
**preparing**
23:17 100:3,14
204:20
**prepay** 48:15
**prerecord**
42:21
**prerecorded**
37:25
**present** 3:22
10:17,19,22
57:21 80:7
118:12
**presentation**
33:22 38:13
45:19,21 60:6
60:13,15 91:17
92:2 126:10
**presented** 33:9
34:17 46:14
185:20
**presenting**
67:11 81:10
**preshow** 24:24
**president** 16:25
17:6,7 18:15
18:19 21:16,18
22:5,9
**press** 9:4 12:2,7
34:9,23 35:10
52:5 53:13
56:21 71:24

72:9 100:9
101:16 127:13
144:12 155:5
160:22 161:3
170:17 171:3
171:23 172:11
172:15 200:21
203:3 208:14
209:25 213:19
**presumably**
161:6
**presume** 68:11
129:8,9 214:11
228:4
**pretty** 30:15
44:18 94:17
102:3 126:11
**preview** 63:18
224:23 225:7
**previewing**
62:24 63:14
**previous** 77:18
79:24 164:17
187:23 203:10
**previously**
62:19 65:20
90:18 114:22
118:14 123:12
131:5 144:4
158:17 163:22
170:11 173:11
175:20 187:22
194:4 200:5
209:10 210:15
212:2 218:6

222:4 224:19
**price** 98:13
120:5 142:3,18
142:21
**prices** 98:14
**primarily**
15:18 23:12
27:7,24 40:8
99:17 141:6
172:6 173:8
**primary** 30:11
138:22 196:14
**primer** 93:24
**printed** 187:6
**prior** 15:6 34:4
42:24 75:25
88:9,20 89:3
121:12 139:10
**private** 16:7
**privilege**
230:15
**pro** 38:23
40:24 158:15
**probable** 128:7
**probably** 66:17
87:7 188:3
193:13 208:6
208:12
**problem**
204:13
**problems**
180:25
**proceed** 5:20
**process** 39:14
39:15 42:18

43:7,21 47:17
47:25 81:20
103:7,10 104:4
119:10,10
141:4 230:13
**processed**
77:25
**processor**
103:11
**proclivity**
142:21
**produced**
133:6,7 134:3
230:17
**product** 40:22
40:25 66:25
79:13 91:3
120:25 121:2
126:7 136:11
156:12 157:6
195:12 209:7
**production**
134:2
**products** 40:25
47:11 95:25
125:9,25 126:5
139:17,18
177:3,12,22
**professional**
2:13 14:23
15:3 232:8
**proffer** 34:22
**proffering**
35:11

**proffers** 32:21
**prognosis** 57:4
  208:22
**prognosticate**
  75:16
**prognosticati...**
  75:22
**program** 19:13
  21:12 24:8
  27:20 105:4
  188:24 189:16
  190:20 200:23
  201:7,10
  205:12 210:3
**programming**
  15:18
**programs**
  171:11 172:9
  172:25 188:7
  188:12,16
  189:11 191:22
  191:22 192:12
  192:16,20
**progressed**
  61:11
**project** 105:7
  156:7,17
  204:16 217:16
**projecting**
  128:7
**projections**
  165:4
**projects** 22:22
**prolonged**
  140:25 169:23

**prominent**
  106:20
**promoting**
  105:6
**promulgated**
  91:10 146:23
  173:4 188:17
**promulgating**
  53:19
**pronunciation**
  87:6
**proofed** 68:14
**proper** 211:19
**proprietary**
  93:25
**prospective**
  71:12
**prospects**
  183:14
**protect** 81:21
  81:22
**proteinase**
  94:22 98:23
**protocol** 41:24
  47:20 92:7
  93:14 95:18
  96:15 97:14
  134:2
**provide** 6:6
  21:19 23:9,24
  34:19 37:23
  72:19 80:21
  93:13 100:6
  106:6 111:9
  139:7 140:5,7

  143:23 157:18
  181:10 185:10
  219:7,12
**provided** 15:20
  24:14 35:17
  52:11 54:6,8
  54:10 57:9
  99:16,21 114:2
  117:23 188:18
  189:16 206:9
**providers**
  189:2
**provides**
  213:24 214:18
**providing** 8:7
  29:16 52:8
  57:7,12 82:7
  92:6 99:5
  111:5 113:23
  117:13 130:3,9
  130:11 136:25
  137:4,14 146:2
  175:9 177:18
  217:25 219:25
**prudent** 75:19
  106:3,7,24
  114:19 138:19
  158:6 185:14
  187:18
**public** 2:15
  5:23 8:24 12:6
  17:24 19:21
  39:7 43:14
  56:3,14 67:11
  73:17 75:21

  104:8,12 109:5
  109:10 110:10
  138:18 148:23
  151:13 152:7
  154:22 162:20
  171:10,10
  172:8,24
  190:10 207:9,9
  212:19,25
  215:16 223:7
  223:15 228:24
  232:9 234:25
**publicly** 45:12
**published**
  147:16
**pull** 137:21
  198:3 225:23
**pulled** 64:21
**pulling** 63:5
**punch** 96:9
**punches** 225:24
**punctuated**
  71:24
**purchase** 47:24
  86:4 89:11
**purchases**
  88:11,22 89:5
**purpose** 212:21
**pursuant** 20:9
**purveyor** 92:15
**purview** 99:18
**push** 109:19
**put** 83:6 119:23
  120:4 127:16
  146:12 152:10

**[put - radx]**                                                Page 45

161:20 172:10
184:3 188:8
190:14 199:11
**puts** 39:3 126:9
**putting** 37:8
39:21 77:15
103:8 105:10
105:12 110:14
155:24 156:23
157:15 158:8
163:12 166:24
190:9 205:16
217:16,21

**q**

**q1** 219:4
**q2** 129:23
136:15,25
137:4,14 140:5
140:6,11 143:5
143:12 173:17
174:11
**q2'22** 170:17
171:3
**q3** 194:14
198:3
**q4** 82:20
197:25 198:8
198:20,25
199:17 218:15
**qs** 52:3
**qualified** 48:5
**quality** 22:23
**quarter** 12:3
20:17 31:8
34:10 52:9

54:7,11,13,16
54:18,19,21,22
55:10,16,18,20
57:8,16,17,19
57:21 59:19
60:23,23 61:11
65:7,8,11,16,17
66:10,10 67:9
68:19,20,21,23
69:5,6,7,17,21
70:7 75:14,16
77:3,4,5 78:12
79:2,5,21,23,24
80:18,24,25
82:3,5,10,11,17
82:22 83:15,18
83:19 84:4,6
84:10,11,16,19
84:21,24 85:2
85:4 107:6
110:4 111:7
113:24 121:12
124:12 125:5
125:21 126:22
128:2,21 139:6
139:12 140:16
142:14 145:9
172:4,22 176:4
177:12 178:24
179:13,17,24
179:24 180:9
180:16 181:11
181:16,22
182:5,9,21
183:9,10 184:3

184:5,6 185:22
187:21 198:4
199:3,4,6,18,21
208:16,18,19
208:19 214:19
217:2 219:8,13
219:20,20,21
219:25 220:21
220:22,22
**quarterly**
12:11 20:13,22
20:24 31:7,9
34:5 35:9,13
35:22 37:13,17
38:10,12 42:13
51:10,22,25
52:2,4,8,14
58:2 67:10
68:7,16 70:5
82:21 99:5
100:2,4,19
102:17 103:18
138:24 141:22
146:2 175:9
177:18 181:11
185:22,24
220:16
**quarters** 38:7
70:3 75:23
80:10 84:8,22
128:21 130:23
139:8 187:23
204:22
**question** 7:15
7:17,20,22,23

42:3 57:15
60:19 62:6
63:24 65:2
76:6 82:14
83:13 132:22
132:24 142:8
149:18 188:2
197:24 198:13
198:16 206:4,6
215:6,7 217:5
226:15
**questions** 6:25
35:25 62:25
64:3 138:3
161:16 205:10
230:10,18
**quickly** 110:20
**quite** 84:20
119:24 129:18
207:24
**quote** 172:2
202:10 205:2,7
205:25,25
219:5 229:2
**quoted** 228:13
230:5
**quotes** 228:6

**r**

**r** 3:2 123:2
232:2
**r&d** 22:22 39:8
111:18 157:16
**radio** 15:17,19
**radx** 105:4

**[raise - recess]**                                                                                 Page 46

**raise** 138:3 201:13

**raising** 93:16 95:23 96:6 143:14 223:18

**range** 107:20 141:23 142:13

**rank** 167:15 168:11

**rapidly** 61:21 110:16

**rate** 151:8

**rates** 145:20 147:20 151:10 153:3 178:4 179:7

**rather** 80:4 104:15 228:15

**rating** 120:7

**rattling** 159:9

**raver** 86:22 87:2,3,4,22 88:10,21 89:4

**raver's** 87:24

**reaction** 44:18

**read** 13:2 42:15 42:22 62:11 91:11 102:9 119:23 126:14 126:15 165:12 178:23 198:10 205:13 210:5 231:5

**readiness** 139:16

**reading** 136:5 198:13 208:5

**reads** 125:2 126:19 129:15 129:22 138:24 139:4 140:4 141:22 142:2 142:24 143:5 145:12 175:2 176:24 182:17 226:19,23 227:17

**ready** 40:23 111:24 141:5

**reagents** 62:4

**real** 104:11 204:18

**reality** 103:16 206:15,20

**really** 49:14 98:11 145:2 167:14,20 168:8 171:7 191:4 195:11

**realtime** 2:14 232:8

**reason** 6:21 13:22 29:2 69:3,8 77:5 83:14,21 84:13 91:9 113:25 117:13,22 129:18 131:25 164:15,22 194:20 200:18

209:22 212:15

**reasons** 61:12 76:23 114:12 114:13 118:6,7 118:12 145:25

**reassess** 146:3

**recall** 8:19 9:21 10:13,24 11:7 12:22,24 17:5 18:6,18 19:16 19:22 20:4,21 20:25 28:21 30:13 33:24 36:16,25 37:4 41:7 50:9,18 50:25 57:25 66:11,16 69:15 70:6,20,23 75:25 76:11,15 78:10,15,19 79:3 80:22 82:9 85:18 86:15 87:8 89:9,15,19 90:3 99:10,12 105:19 107:4 109:25 112:17 112:22 113:22 114:4 119:14 119:17 121:10 130:9,12 135:12 136:5 136:11 137:3,6 138:6 139:9,13 140:9 142:6,11

142:15 175:13 182:3,7 192:11 192:15,19 201:8 210:11 217:10 221:11 221:17 222:25 223:4,17,23 228:10 230:3,6 230:18

**receive** 17:18 17:25 18:11,24 19:4 84:15

**received** 18:3 19:17,23,25 20:8 41:18 43:2 57:11 65:10 68:6,8 68:21 69:4,17 76:3,13,17 79:4 83:17 84:5 91:7 131:23 164:13 181:15,21 194:18 200:16 209:20 212:13

**receiving** 64:23 230:3

**recent** 38:8 75:7 80:4 91:16,25

**recently** 91:19 92:4 157:7 227:18

**recess** 44:6 85:12 121:25

170:4 193:20 224:13
**recipients** 144:10,15
**recognize** 64:13 66:3
**recollection** 34:21 35:10 68:19,24 86:23 105:22 117:19
**recollections** 121:6
**recommend** 143:7
**recommendat...** 99:24 113:19 114:9 118:4
**recommended** 102:8
**record** 4:3,21 6:9 8:8 44:5,9 58:24 59:5,6,8 65:3 83:4 85:11,15 121:24 123:7 124:17 125:4 132:14,20,25 133:24 138:15 170:3,7 193:19 193:23 213:22 224:8,12,16 230:22,25 232:14
**recorded** 4:7

**recorder** 37:19
**recordings** 37:16
**redline** 125:24 210:25 211:2,4
**reduction** 171:9 172:7,23
**reed** 158:23 195:16
**refer** 171:8 196:6 215:9
**reference** 174:18
**referenced** 12:8 206:7
**referencing** 135:10
**referred** 46:5,8
**referring** 45:14 61:14 87:2 115:22 126:4 127:11 133:3 143:12 183:2 187:11,19 198:8,19 202:16 203:7 206:19,24 215:3
**refers** 45:12 46:11 126:4 129:6,12 130:6 130:7 214:5,7 228:3
**reflect** 49:15 83:5 127:15

168:25 169:14 172:4
**reflected** 49:18 50:11 64:22 91:7 131:23 164:13,19 172:22 194:18 200:16 209:20 212:13
**reflection** 68:15
**reflects** 68:5 70:18
**refresh** 62:21 63:7 65:21 68:18 90:19 114:24 117:18 123:13 131:6 131:11 144:5 158:18 162:9 163:23 170:12 175:21 194:5 209:11 212:3 218:9 224:20
**refusal** 159:21 159:25
**refused** 160:10
**regard** 24:10
**regarding** 8:25 32:25 34:25 138:8 175:15 185:7 230:14
**regardless** 155:17

**regions** 126:24 182:22
**registered** 2:13 232:7
**regular** 90:16 159:23,25
**regularly** 30:18 66:18
**regulatory** 22:23 40:17
**reimburse** 188:25
**reimbursement** 189:18
**reiterate** 179:20
**reiterated** 154:16
**related** 189:18 195:6,6 232:17
**relates** 54:2
**relations** 25:17 39:19 40:11 115:10 118:22 118:24 126:8 127:14 130:19 140:20 141:7 162:20 169:9 194:25 196:17 199:10,12 212:20
**relationship** 192:24
**release** 9:4 12:2 12:7,11 34:5,9

52:5 100:9,19 101:16 102:2 103:18 117:2 117:14 131:20 135:13 137:2 137:15 144:14 144:22 155:5 160:22 161:3 170:17,18 171:3,23 172:12,15 200:12,21 203:3 206:8 208:14 209:18 209:25 212:11 213:19 218:15 218:16

**released** 142:20

**releases** 34:23 35:10 100:15 127:13

**relevant** 97:4 97:17 99:22 140:24 195:4

**reliable** 55:11 55:12

**reliance** 229:5

**reliant** 189:10

**relied** 191:16 191:18

**relying** 229:21 229:22

**remain** 111:24 125:8 145:12 176:25 177:19

**remains** 125:3 183:23

**remark** 215:17

**remarks** 37:25 40:20 171:7

**remember** 17:21 20:16 86:6 88:25 89:13

**reminded** 167:16 168:12

**remote** 1:13 2:10 161:18

**remove** 210:12

**removed** 210:4 210:9

**repercussions** 211:15

**report** 22:22 24:11 25:15,21 30:8 88:13 178:24

**reported** 1:20 25:22

**reporter** 2:14 2:14 4:16 5:19 7:3 232:8,9

**reporting** 35:7 80:3 183:10

**reports** 22:18 22:20 25:23,24 25:25 26:2 30:4 35:18 119:18,23,24 213:20

**represent** 172:16

**representation** 52:20

**representative** 136:13

**representatives** 27:9

**represented** 40:20

**representing** 86:24

**repudiate** 214:15

**repurchase** 200:22 205:12 209:18 210:2

**request** 31:14

**require** 48:14

**requirements** 126:23 182:21

**requires** 98:25

**research** 35:18 38:19 40:4 49:12 104:6

**resource** 40:4 156:2

**resources** 23:6 103:15 158:9 188:23 189:15 190:18

**respect** 32:2 52:19 71:17 112:8 128:17 183:13 211:22

223:16

**respectful** 167:6

**respects** 54:17

**respond** 83:10 138:18

**responding** 109:2 205:10

**responds** 197:21

**response** 61:8 72:3 95:21

**responsibilities** 21:16

**responsibility** 28:16 43:12 221:21

**responsible** 27:4,18,23 28:14 87:21 99:14

**responsive** 98:15

**rest** 28:7 82:17 84:19 106:22 140:16 193:13 206:14

**restate** 179:16

**restated** 179:14

**restock** 61:3

**restrict** 180:17

**restricted** 18:5 18:7 19:7,14 21:4 175:5 177:15 178:16

**[restricted - sales]** Page 49

| | | | s |
|---|---|---|---|
| 178:21 | 121:11 182:4,8 | 117:4 124:8,10 | **s**  3:2 123:2,2,2 |
| **restrictions** | 208:18 213:23 | 129:2 133:20 | **safe**  16:10 |
| 190:15 | 219:4 220:16 | 134:14 145:9 | **safeway**  15:23 |
| **result**  40:7 56:9 | **revenues**  70:18 | 152:8 153:20 | **salary**  17:21 |
| 56:11 73:6 | 129:17 194:14 | 167:8,8 176:17 | **sale**  35:22 41:2 |
| 94:5 145:21 | **reverberated** | 196:2 214:2,3 | 97:19 |
| 172:6 175:8 | 56:20 | 222:23 225:4 | **sales**  20:18,21 |
| 177:17 | **review**  11:3,19 | **road**  156:22 | 22:25 23:10,11 |
| **resulting** | 41:17 42:6 | 160:15 | 24:16,22 26:17 |
| 148:25 227:6 | 67:8 102:4,13 | **robert**  23:14 | 26:21,24,25 |
| **results**  12:12 | 124:2 | **robust**  109:21 | 27:3,5,21 |
| 31:8,10 34:6 | **reviewed**  11:7 | 199:4 | 28:11,18 31:4 |
| 34:14 35:9 | 40:21 120:2 | **role**  21:15 | 31:6,11,15 |
| 39:9 51:10,11 | 185:3 | 25:10 28:11 | 34:2,17 41:16 |
| 52:2,4 67:10 | **reviewing** | 196:14 228:20 | 41:22 47:22 |
| 70:2 71:22 | 226:2 | **roles**  16:23 | 48:17 49:15,19 |
| 75:8,12 79:22 | **revised**  116:25 | **rolled**  52:24 | 50:11 54:12,16 |
| 79:23 80:24 | **revolutionary** | **room**  8:3 | 55:9,13 57:10 |
| 82:9,10,15 | 79:13 97:13 | **roost**  157:13 | 64:22 66:25 |
| 83:23 85:3 | 104:10,21 | **rotten**  98:9 | 68:5,7,16 |
| 125:21 137:24 | 157:20 | **rough**  71:15 | 70:25 71:9,12 |
| 145:25 172:4 | **revolve**  8:21 | **roughly**  73:21 | 71:21 75:8 |
| 172:22 173:8 | **revolved** | 154:20 | 83:23 91:4 |
| 174:11 186:6 | 196:16 | **rpr**  1:21 232:25 | 93:4 95:15,17 |
| 213:21 217:2 | **revolves**  9:3 | **rsv**  104:18 | 95:19 96:12 |
| **resumed**  123:4 | 38:19 | **rt**  92:10 | 105:14 107:7 |
| **resurgence** | **richard**  22:4 | **rule**  157:13 | 111:12,15,20 |
| 183:25 | 25:23 | **rules**  6:16 | 112:5,8,10,14 |
| **retail**  15:21 | **rid**  98:22 | **run**  129:25 | 128:18 130:23 |
| **retainer**  119:2 | 227:21 | **running**  66:9 | 145:16 165:4 |
| **revenue**  20:10 | **right**  60:16 | **russia**  96:8 | 177:5,23 198:2 |
| 47:8 67:3 70:7 | 62:3 77:16 | 97:22 | 198:5,9,21 |
| 71:10 77:2 | 91:21 107:14 | **russian**  95:13 | 213:24 215:9 |
| 82:21 119:15 | 108:2 115:13 | | 216:5,20 |
| 120:10 121:4 | 116:13,21 | | |

217:23 219:6 220:9,20
**salesmen** 64:18
**salespeople** 88:16
**salesperson** 23:22,23 27:6 94:18
**salespersons** 24:6
**saliva** 94:21
**salt** 27:13
**sample** 39:4,5 45:8 98:22
**sandy** 1:15 6:13
**sans** 92:6 93:13
**sarcasm** 216:15
**sarcastic** 215:17
**satellite** 15:22
**satterfield** 16:14,20,22
**saudi** 86:11 87:10 89:10,14
**saw** 61:10 92:22 94:12 197:12,14
**saying** 43:18 69:9,21 73:6 74:2 81:12 95:14 106:24 109:10 120:5 121:7,8 127:9 146:9 161:2

166:11,22 174:5,10 178:20 179:21 184:19 186:4 187:8,18 199:12,15 215:15 216:15
**says** 60:2,6 63:17 94:15 96:11 108:17 116:21 160:23 172:3 175:18 214:21 222:20 224:22
**scenario** 139:2
**scenarios** 137:7 143:18 150:15
**schedule** 51:17
**scheduled** 30:18
**school** 29:21 150:14
**schools** 146:25
**scientific** 104:2 104:7 125:10 155:10
**scientist** 16:15 94:18
**scientists** 22:21 154:11,18 156:3
**scope** 217:20
**scores** 62:13
**scott** 72:11 207:24 229:6

**screen** 63:2,23 64:8,11 156:20 225:8
**script** 41:18 42:6,25 102:18 103:9 105:13 116:25 117:13 124:2,13,19 125:17 171:8 173:16,25 174:6,10,21 176:12 181:7 225:16 226:5 226:19
**scroll** 59:25 63:25 82:23 91:21 95:11 134:16,20 176:7,12 226:3
**scrolling** 116:24
**season** 71:15
**second** 59:18 60:23 61:11 64:6 65:7 68:20 69:6 70:7 78:12 80:25 84:6,15 107:5 110:4 111:7 113:24 116:5 121:11 138:23 140:3 142:14 159:3,7 159:12 165:2 168:4 171:4

172:4,22 176:23 181:21 182:9 183:10 185:22 198:10 205:7 214:17 218:19 219:5
**section** 56:5 174:21
**see** 24:25 33:18 54:12 57:22 59:16 60:5,12 60:13,18 61:6 63:16 64:10 66:6 68:25 77:3 84:9 91:18,20 92:3 94:10 108:17 110:21,24 115:12,19 116:8,19,21,24 117:4,16 125:12,23 126:11 127:2 129:2 131:8,8 131:9 132:11 134:17,20 135:9 136:10 136:17 145:8 158:13 159:6 161:2 167:24 171:16 173:20 173:22 175:11 175:17,18 176:2,21 178:6 186:11,17

196:3 197:15 198:4 206:25 210:21 211:6 213:14,16 218:20,23 219:9 222:14 223:12 225:10 226:18

**seegene** 91:18 92:3,14,15,20 92:22 93:5,8 95:16,19 96:13 96:25

**seegene's** 95:24 96:20

**seeing** 63:11 95:24

**seeking** 223:6

**seem** 37:7

**seems** 129:16 192:18

**seen** 66:8 84:24 113:13 118:20 197:25 198:9 198:20 208:10

**selected** 101:14

**selective** 120:23

**selling** 47:6,10 47:12,13 48:4 76:10 78:25 93:9 98:7,11 110:17 129:23 130:15

**sells** 45:22

**send** 42:5 195:2 211:3,9,10

**sending** 173:25

**senior** 208:9

**sense** 32:4 43:21 60:21 74:23 105:25 118:18 138:12 173:7 229:25

**sensible** 158:4

**sensitivity** 8:22

**sent** 33:11 42:9 113:15 125:15 131:16 135:24 136:7 144:9 160:24 161:21 161:24 164:5 164:20,23 170:15,24 173:14 194:10 194:11 195:15 200:9 212:7 218:22 222:8 222:10,15 225:13

**sentence** 126:16 167:12 168:4 206:7 210:3,8,12

**sentiment** 56:14 178:25 205:19

**series** 115:14

**serious** 151:5 180:25

**seriously** 43:12

**serve** 126:25 182:23

**services** 15:20 188:23 189:15 190:18

**servicing** 31:19

**serving** 97:22 192:3,4

**session** 193:14

**set** 10:6 24:12 26:18 37:19 51:4,16 58:25 128:8 232:12 232:22

**seth** 16:15 22:7 23:13 24:14,19 25:24 26:20 27:10 28:14,16 29:5,12 31:3 33:25 42:6,9 88:20,24 90:25 105:14 158:24 195:16

**setting** 24:23

**settings** 109:14 150:12

**several** 11:2 15:10 105:4 167:11 196:23 199:22

**shaking** 7:5

**share** 58:21 62:25 63:2,14 63:23 64:8 65:21 90:19 95:7 114:23 123:14 131:7 139:24 142:3 142:18,21 144:6 158:19 162:9 175:21 194:6 200:13 200:22 201:6,9 201:23 205:11 209:17 210:2 225:8

**shareholder** 156:18 158:10

**shareholders** 101:10 148:6 216:3

**shares** 17:25 18:3 20:3 206:8

**sharp** 202:24

**sheet** 62:22 161:20 234:2

**ship** 62:3

**shipments** 32:3

**short** 36:9 43:23 57:23 120:4 138:5,9 185:13 187:15

**shortening** 92:6,10 93:14

**[shortly - specifically]**                                              Page 52

**shortly** 17:8
 43:8
**show** 15:13
 50:15 63:2
 84:8 168:23
 200:12 208:14
**showing** 74:19
 77:12 223:16
 226:10
**shown** 143:16
 148:24 220:9
**shows** 23:18,20
 24:20,21 25:2
 25:3 33:20
 49:8,10 92:22
 158:11 199:19
**sick** 151:8
 152:10
**side** 39:25
 126:9 129:2
 214:2 227:25
**sided** 217:13
**sidoti** 36:21,24
 60:20
**sign** 231:5
**signal** 149:7
**signature**
 232:24
**significant** 39:7
 85:2 107:19
 118:25 221:7
 221:10
**similar** 138:25
 172:17 175:14
 178:17,24

 181:19 182:8
 222:17
**similarly** 1:6
**simple** 152:5
**simply** 180:12
**sitting** 73:5
 82:2 108:15
 112:22
**situated** 1:6
**situation** 84:10
 128:17 210:21
**six** 208:17
 219:20
**sizable** 126:20
 127:4,20
 182:18,24
 183:4,18 185:8
 186:8,16,24
 187:2,11
**size** 217:19
**skilled** 157:3
**slightly** 149:17
**slow** 107:6
 140:6,12
**slowed** 111:13
 216:20
**slowing** 112:11
 198:2,9,20
**smack** 73:22
**small** 17:20
 42:17
**smart** 44:12,14
 44:21,24 45:10
 45:13 46:8
 47:2,6 65:11

 76:10 78:25
 87:25 88:12,23
 89:6 97:20
 104:25 145:15
 172:5 177:4,23
**soaring** 163:16
**social** 72:10
 81:17
**soft** 110:3
 139:6,8,12
**softness** 143:6
 143:13
**software** 48:25
**sold** 46:18
**solely** 156:23
**solid** 125:3
 213:25 215:3
 215:10 216:5
 218:2 220:22
**solution** 95:4
**solutions** 4:18
 87:13,15
 157:18
**somebody**
 25:19 67:20
 92:20 197:7
**somewhat**
 127:12 153:13
**sorry** 46:6,13
 64:7,25 76:5
 81:2 83:12
 123:15 131:13
 141:15,16
 177:6 200:23
 218:8,10 222:9

**sort** 31:20
 37:10 43:9
 44:21 47:25
 67:12 101:4
 191:2 195:10
 204:21 210:17
 228:23
**sorts** 109:15
**sound** 165:6,19
**source** 213:2
**south** 6:13 27:8
 92:17
**southern** 1:3
 4:12
**speak** 168:19
 204:7 211:17
**speaking** 24:18
 28:9 42:14
 67:7 180:4
 215:19,20
**speaks** 202:19
**specialized**
 15:17
**specific** 11:7
 18:9 19:3
 46:10 50:6,10
 89:2 105:21
 121:6 140:7
 217:11 223:4
**specifically**
 7:10 28:24
 58:6 74:12
 89:17 130:12
 133:3 154:10
 156:21 183:3

185:21 221:17
**specificity** 8:22
8:25
**specifics** 46:16
**speculating**
203:17
**speculation**
67:17 148:9
**spend** 196:22
221:8
**spending**
103:14 155:23
184:15 223:9
223:20
**spends** 40:3
**spent** 15:10
68:12 207:15
**spikes** 67:12
199:24
**split** 206:2
**spokesperson**
56:18
**sponsored**
189:11
**spread** 145:19
150:22 151:24
152:3 161:14
178:3 179:6
227:5,8
**spreadsheet**
62:22,24 63:23
64:11 131:9
**ss** 232:4
**stab** 117:15

**stack** 115:4
123:23 136:2
164:7 170:25
214:6,8,10
218:13 222:10
223:13 225:15
**stadium** 1:5 4:9
234:3
**stages** 90:4,8
90:10,12,13
**stamp** 135:19
162:7
**standard** 44:19
94:7 158:2
**stands** 44:17
**start** 107:6
108:20 127:8
129:22 140:6
140:12 177:7
203:16 220:3
221:13 222:21
**started** 6:16
17:22 38:5
47:5,9 99:8
101:23 217:16
**starting** 4:21
**starts** 117:7
124:6 126:18
135:22 145:5
168:5 171:19
**state** 2:15 4:20
6:8 24:9
132:13 139:15
191:20,21
192:4,12,16,20

192:24 232:3
232:10
**stated** 76:23
139:14 164:24
178:18 179:12
202:17
**statement**
71:25 185:7
186:13 187:5
**statements**
8:24 12:6,7,13
175:14
**states** 1:2 15:21
28:3,6,7 56:13
62:15 69:2
73:19 108:11
145:18 151:17
178:2 179:5
190:8 192:2,3
192:5 203:21
204:17 207:7
207:15 229:11
229:18
**stating** 132:20
140:6
**status** 39:7
48:6 53:22
173:5 190:10
**stay** 66:24
154:19 156:25
**steering** 21:25
25:8,13,14,18
30:21,22 32:7
**stepped** 143:22

**sticking** 158:2
**stimulates**
68:25
**stipulation**
114:11
**stock** 18:4,5,7,7
19:7,8,11,14,17
19:22 21:3,4
221:6 222:24
223:20
**stop** 108:16
201:25
**stopped** 106:19
**stopping**
121:18
**store** 54:23
**stores** 15:21
**storm** 31:21
**story** 154:3
**strain** 152:17
153:20
**strategic**
103:13 226:20
228:9
**strategically**
206:10
**strategies**
229:23
**strategy** 21:20
39:25 228:7
**street** 196:15
197:4
**strength**
213:24

**strep** 104:19
**stress** 79:7
**strike** 54:8 76:8
  76:19 100:16
  142:9
**strong** 77:19
  177:11 183:9
  188:15 198:4
**structure**
  157:17
**stuff** 120:15
**stupendous**
  55:20
**stylistic** 216:17
**sub** 137:19,25
  142:2 143:4
  213:16,22
  214:17 217:13
**subject** 91:3
  103:5 115:5
  123:24 131:18
  136:3 144:12
  158:25 162:14
  164:8 170:16
  171:3 173:15
  194:13 200:11
  209:17 212:9
  218:15 222:13
  225:16
**subjective**
  166:18
**submitted**
  175:23
**subscribed**
  231:11

**subsequent**
  12:11
**substantial**
  87:25
**success** 63:17
  93:8
**sudden** 55:15
  220:15,23
**sufficiency**
  230:14
**suggest** 204:25
**suggested**
  146:6 147:10
**suggesting**
  94:20 160:7
**suggestion**
  205:4
**suggestions**
  140:19 141:10
**suite** 3:16
**summarizes**
  68:7
**summertime**
  180:20
**sunday** 72:15
  208:3
**supervised**
  26:24
**supervision**
  27:11 28:17
**supplier** 195:9
**supply** 171:6
  194:15 195:11
**support** 34:18
  72:19 125:11

160:2 228:13
**supportive**
  188:18
**suppose** 180:2
**supposition**
  166:13
**sure** 37:2,9
  43:24 46:15
  59:2 89:22
  114:5 120:22
  124:14 127:9
  135:16 161:4,5
  169:19 192:23
  193:9 217:5
  224:9
**surprise** 70:13
  147:11 201:12
**surprised**
  143:9 214:10
**surprising**
  223:12
**surveys** 49:11
**swab** 39:4
**sworn** 5:22
  231:11 232:13
  234:22
**system** 15:19
  48:24 49:14
  78:5
**systems** 48:17
  48:21

**t**

**t** 5:21 123:2,4
  232:2,2

**take** 7:17 11:16
  40:13 54:11
  63:18 91:12
  95:10,16 98:20
  117:15 121:17
  132:3 142:4
  151:18 162:22
  172:18 175:25
  178:23 187:7
  193:4,11 202:6
  203:2,24 209:6
  213:12 216:12
  224:23
**taken** 4:8 9:10
  9:13,17 44:6
  85:12 118:8
  121:25 150:8
  153:8 170:4
  180:11 193:20
  203:23 207:3
  208:12 221:24
  224:13
**takes** 39:14
  94:25 95:2,3,5
**talk** 24:20
  26:14 46:16
  105:13 110:23
  197:7 213:2
  221:18
**talked** 33:13
  197:8
**talking** 31:23
  38:16 41:9
  45:19,20 50:4
  53:23 56:12

61:16 62:8
63:4 73:15
77:16 85:23,25
90:13 96:23
100:12 103:17
105:9 109:8
150:11,13,14
155:3 159:2,4
159:8,14,19,24
160:6 161:22
162:15,23,25
163:13,15
167:23 168:7
171:8 190:5
195:21 221:13
222:21
**tangential**
189:8
**tangentially**
94:11
**taos** 6:13
**target** 120:5
**tb** 210:23
**team** 21:24
22:19,25 23:3
23:10,11 26:20
32:7 40:16
47:22 61:24
67:25 117:7,11
118:25 125:2
221:23 226:20
**teams** 24:22
26:11,13 104:7
104:7 125:10
161:18

**technology**
93:24 104:20
229:16
**tell** 6:18 58:22
63:11 70:9,10
74:8 87:18
88:10,21 89:4
192:25 217:4,7
**telling** 77:8
203:14
**tend** 202:22
**tended** 183:20
**tendency**
118:23
**tends** 199:10
223:10
**tenor** 108:7
**term** 52:15
66:22 128:17
130:16 145:13
157:5,18 158:5
175:4,6,7
177:2,15,16,20
178:14,16,22
180:17 183:12
204:20 220:13
**terms** 24:23
25:5 26:18
37:18 48:5
52:17 53:21
64:17 69:10
71:12 75:8
80:3 85:25
86:4 98:22
101:3 103:19

107:7 110:13
114:15 116:24
118:13,14
120:7 127:11
144:25 147:14
173:5 183:15
185:14 187:6
195:9 198:5
201:19 216:8
220:19
**territories** 28:5
**territory** 27:4,6
27:14,17,22
**test** 8:23 9:2
24:21 44:13,14
44:15,17,21,24
44:25 45:2,3,4
45:5,13,15
46:9,17 47:6
47:10 65:11
76:10 78:25
88:2,12,23
89:6 91:15,19
91:23,24 92:4
94:4 96:14
97:20 98:2
104:17,19
105:4 145:16
157:12 172:5
177:5,23
229:14,18,20
**tested** 45:7
**testified** 5:24
9:19 123:5

**testify** 6:22
**testimony** 6:6
8:7 13:9 231:3
232:14
**testing** 29:15
44:19 72:23
126:23 147:3
151:6,21
152:14 171:9
171:11 172:7,9
172:23,25
181:3 182:21
188:9 189:3
191:22 192:12
192:16,20
194:16 202:14
202:17,21
204:5 227:13
227:23
**tests** 24:16
29:16,17 31:4
45:9,10,15,21
45:23,24,24
46:25 47:19
48:4,8 56:8
62:2 77:25
78:12 86:5
92:16 93:9
98:7,11 139:22
157:24 165:5
**texting** 26:15
**thank** 5:11,16
6:4 44:3 59:3
85:9 121:22
169:25 193:17

**[thank - time]**                                                    Page 56

224:10 230:20
**thanks** 225:20
**theme** 154:8,8
  155:23
**therapeutics**
  72:23
**thing** 94:13
  106:3,24
  114:19 127:7
  138:20 149:8
  195:10 210:18
**things** 15:12
  22:15 23:19
  35:8 49:7,13
  60:8 61:18
  67:22 73:3
  76:24 77:24
  78:3 79:15
  80:19,20 92:16
  92:21 94:19,21
  94:23 97:8
  98:10,20,21
  102:10 103:17
  104:5 105:8,23
  105:24 107:13
  109:15,16
  111:2 112:4,8
  113:10 118:13
  119:11,25
  120:8,21 128:3
  140:22,22
  151:9 161:11
  161:21 168:21
  168:23,24,24
  187:9 201:14

202:22 213:7,9
  226:10
**think** 7:2 10:4
  15:4 21:6 26:2
  28:23 29:20
  30:11,15 37:20
  38:6 40:14
  41:12 52:18
  54:2 57:15
  60:22,25 61:4
  61:13 63:22
  66:24 69:13
  75:6,10 77:6
  77:15 81:8
  85:5 91:9,16
  91:25 93:8,20
  94:8,9,12
  95:16 97:5,9
  104:10 106:23
  107:25 111:8
  114:15,18
  118:10 121:21
  132:21 134:21
  138:11 140:22
  143:14 147:4
  160:8 163:14
  164:15,23
  165:24 166:8
  166:22 167:2
  167:13,19
  168:7 171:6
  173:23 179:19
  186:23 187:19
  187:25 188:2
  193:7,8,11

194:20 195:3
  198:23 200:18
  201:15 202:11
  202:19 204:8
  207:2 208:6,10
  208:21 209:22
  212:15 215:23
  216:19,24
  217:3 218:3
  219:23 220:2,8
  220:12 221:9
  222:16 223:5
  225:2 229:7,24
**thinking** 69:11
  69:23 75:5
  79:17,20 82:7
  83:12 86:17
  108:15 121:20
**thinks** 97:8
**third** 3:6 110:4
  141:21 143:4
  174:25 177:8
  181:11,16
  182:4 184:2
  199:2,5 218:25
**thought** 99:22
  102:2 103:10
  114:17 119:10
  138:15,19
  173:8 197:13
  216:2 221:2
**thoughts** 130:3
  130:10
**thousands**
  15:20

**thread** 167:25
  214:12
**three** 13:21
  38:7 45:6
  54:21 73:25
  204:10
**thrilled** 216:25
**thursday** 1:16
  91:14 135:24
**time** 4:4,5,19
  5:18 8:7 10:6
  16:24 17:12,19
  18:22 19:9,20
  19:23 21:13
  23:14 25:19,20
  30:14 33:12
  34:6 36:10
  40:6,6 41:10
  41:13 44:4,9
  45:11 48:23
  51:19,19 56:11
  57:23 59:4,7
  68:13 71:3
  72:14 73:22
  76:6,9 78:24
  81:9 85:10,15
  91:8 94:5 95:2
  95:5,22 98:20
  99:7 100:21
  102:19 103:15
  107:4 108:24
  109:6 110:2
  111:11 113:11
  113:16 117:3
  121:23 123:3,6

127:6,22
129:20 130:10
131:24 137:5
139:17 140:10
142:7 144:24
146:3 147:16
147:20 148:12
149:10,19
150:21 153:7
154:15 157:25
158:12 161:20
164:14,20
166:3,5 169:10
169:13,23
170:2,7 175:10
177:19 181:3
183:6 187:13
187:15,22
190:11 193:18
193:23 194:19
199:25 200:17
204:6,12
205:17 208:25
209:21 212:14
223:3 224:11
224:16 230:10
230:24 231:6
**times**  10:10
56:22 98:5
147:8 198:24
199:23 204:9
**timestamp**
164:23
**tip**  139:5

**tired**  166:17
**title**  16:21
213:19
**titled**  50:19
58:2 159:4,14
**titles**  17:3
**today**  4:4,16
6:6,19,22 7:25
9:10 11:13
13:9 80:20
130:2 132:7
199:23 210:21
227:15
**today's**  7:8
10:3,7 231:3
**together**  39:21
40:7 45:8
54:20 84:23
101:22 103:8
105:12 119:8
126:9 135:17
180:11 199:2
217:17
**told**  88:25
210:11,15
**tomorrow**  62:3
225:24
**ton**  199:25
**took**  6:17 27:8
43:11 112:23
**tool**  49:2 67:19
68:2
**tools**  67:20
**top**  65:18 85:24
85:24 86:5,8

90:22 95:11
97:7 115:2
123:20 129:5
129:15 131:15
133:8,12,16
134:4,16
135:14 142:25
164:4 170:14
173:13 182:10
194:8 200:8
202:7 218:11
218:21 222:7,9
225:13
**topics**  33:2
**total**  19:24 20:2
21:3 66:9
89:15 191:2
**totally**  47:2
**touched**  99:25
**touring**  15:13
**towards**  60:18
**track**  48:17
49:9
**tracking**  49:11
62:15
**trade**  23:20
24:21 33:20
49:10 92:22
**trading**  8:18
9:14
**traditionally**
220:6
**trajectory**
157:2

**transaction**
196:20
**transcript**
37:23 59:18,24
60:4,7 176:3
176:13,18
182:14 184:24
184:25 185:4
**transmissible**
53:8 147:7
151:3 152:16
**transmitting**
151:7
**travel**  171:10
172:8,23 192:7
192:22
**traveling**  55:5
**treasury**
205:23
**treat**  156:19,19
**tree**  147:15
**tremendous**
158:13
**trend**  197:19
**trial**  130:17
131:2
**trials**  209:6
**tried**  131:11
**trimodal**  72:20
**trouble**  62:23
108:18
**true**  232:14
**trust**  108:2
**truth**  6:18

**[truthfully - united]** Page 58

| | | | |
|---|---|---|---|
| **truthfully** 6:22 7:12 | 182:13 213:18 218:19 220:16 | **ultimately** 19:10 57:9,21 | 228:24 |
| **try** 7:24 103:12 142:9 146:14 148:8 153:23 155:14 161:15 188:18 225:3 | **turned** 106:23 **turning** 175:3 177:9 178:13 **tv** 104:25 **twice** 10:12 | 166:6 169:3 198:25 **um** 126:2 **unable** 225:6 | **understanding** 12:15 46:11 68:4 124:17 125:16 129:6 129:12 130:5 |
| **trying** 72:19 76:7 77:22 80:10 81:9,19 81:25 96:9 | **two** 35:25 38:6 45:3 46:19 54:21 75:15 78:16,21 79:9 | **uncertain** 128:3 185:15 **uncertainty** 110:12 114:17 118:15 129:17 | 133:5,25 134:25 143:11 144:20 167:18 168:15 172:20 |

**truthfully** 6:22 7:12
**try** 7:24 103:12 142:9 146:14 148:8 153:23 155:14 161:15 188:18 225:3
**trying** 72:19 76:7 77:22 80:10 81:9,19 81:25 96:9 98:13 103:15 103:20,20 104:4 118:5 130:20 140:20 140:21 148:4 151:17 157:11 165:7,20 167:7 172:19 185:13 187:17 204:13 207:20 224:24
**tsunami** 77:9
**tuberculosis** 104:16 157:8
**tuesday** 10:15 129:20 132:5
**turn** 60:14 115:25 124:5 124:16,21 128:23 135:18 138:21 145:4 159:11 170:19 171:18 174:8 174:14,22 176:16 182:12

182:13 213:18 218:19 220:16
**turned** 106:23
**turning** 175:3 177:9 178:13
**tv** 104:25
**twice** 10:12
**two** 35:25 38:6 45:3 46:19 54:21 75:15 78:16,21 79:9 82:15 101:23 115:6 118:4 128:25,25 129:5 139:7,12 140:2 156:6 159:3 160:15 199:3,20 204:10 206:2 210:22 213:22 217:19 219:20
**ty** 158:23
**type** 14:20 157:12 194:25
**types** 98:16,19 105:5 110:21 157:4 201:14 213:8,9
**typically** 18:25 102:16 113:4

**u**

**u.s.** 4:11 53:14 74:17 94:2 209:3 229:13

**ultimately** 19:10 57:9,21 166:6 169:3 198:25
**um** 126:2
**unable** 225:6
**uncertain** 128:3 185:15
**uncertainty** 110:12 114:17 118:15 129:17 137:22 139:2 148:4 153:24
**unclear** 7:23 128:4
**uncomfortable** 127:12 205:10
**uncommon** 203:25
**under** 6:18 16:19 59:22 171:25 214:20
**underlying** 93:24
**underneath** 90:15
**underside** 216:12
**understand** 6:17 7:12,22 8:5 75:3 95:22 112:7 176:11 185:2 186:18 187:4 202:12 214:21,24

228:24
**understanding** 12:15 46:11 68:4 124:17 125:16 129:6 129:12 130:5 133:5,25 134:25 143:11 144:20 167:18 168:15 172:20 187:10 198:18 202:15 205:3 206:18 214:5 214:13 215:8 215:25 219:11 228:2
**understood** 7:21
**undervalued** 206:9
**undoubtedly** 95:19
**uninsured** 188:24 189:4 189:16 190:20
**union** 229:17
**unique** 93:25 104:21 157:20
**unit** 4:6
**united** 1:2 15:21 28:3,5,6 56:13 62:14 73:19 108:11 145:18 151:16 178:2 179:5

**[united - variables]** Page 59

190:8 203:21
207:7,15
229:11,18
**units** 18:5,8
19:8,14 21:4
**university**
13:16,20
**untold** 184:15
**unusual** 76:20
**upcoming**
24:20 49:8
52:9 54:6,11
144:12
**update** 22:25
23:2,3,4,5,6,9
23:12,21,24
24:15,19 31:6
31:10,13,14
33:25 39:9
72:15
**updated** 209:24
**updates** 23:15
24:14 25:2
31:3
**ups** 52:25
**uptick** 107:19
**uris** 3:9 4:23,23
6:3 14:14
21:14 24:13
29:9 32:11
33:23 36:12
42:4,10 43:22
44:11 46:3
47:4 49:24
50:8,17,24

51:12,20 52:6
54:4 57:6,24
58:9,15,23
59:10 64:9
65:4,6 68:3,17
69:24 70:16
71:2 75:2,24
78:9,23 82:19
83:11 85:5,17
86:3 90:2 95:9
97:18 100:13
102:14 109:24
111:4 112:6,16
113:21 114:20
119:13 121:19
123:10,17,19
132:17,21
133:4,15,25
134:12,15,24
135:8 141:19
149:9,16,24
150:20 153:2
155:16 162:5
165:15 166:21
168:3 169:17
170:9 179:2,15
179:22 181:4
182:2 184:22
186:14 188:5
188:21 189:12
189:22 190:16
191:7 193:3,7
194:2 198:17
200:3 203:5
206:5 208:15

215:24 216:18
217:6 218:4
220:7 221:5
222:2 224:2,7
224:17 226:14
230:9,23 233:4
**use** 26:11,15
44:20,22 48:17
48:21 49:4
155:25
**used** 47:21 49:6
49:7,11,12
101:16 132:10
161:12 186:12
186:21
**useful** 167:14
167:20 168:9
**uses** 41:24
**using** 33:17
48:25 94:21,21
96:10
**usually** 36:3,9
92:25 211:3
**utah** 1:15 6:14
192:4
**utilize** 225:22
**utilizing** 19:13

| v |

**v1** 91:17 92:2,8
**v2** 92:8 124:2
**v3** 131:20
212:11
**v5** 170:18
**vaccinated**
147:24

**vaccinating**
159:22
**vaccination**
72:23 81:16
145:20 147:20
151:10 153:3
178:4 179:7
**vaccinations**
108:19,20
153:8,17,18
**vaccine** 72:19
109:3 159:21
159:25
**vaccines**
108:23 160:10
160:11,17
**validate** 92:12
94:16
**validation** 95:2
**valleys** 199:24
**value** 65:9
140:21
**variabilities**
178:21
**variability**
175:4,15
178:15 180:13
180:15
**variable** 83:22
153:21
**variables** 55:7
57:5 74:22
77:13 80:13
81:23 109:5
111:25 148:3,3

**[variables - wanted]**                                             Page 60

150:10 151:12
153:25 200:2
**variant** 128:10
128:10 151:2,2
**variants** 55:4
108:24 111:24
145:19 147:5,6
147:17 150:22
151:20,23
152:2 178:3
179:6 226:25
**variations**
44:23
**various** 21:23
22:19 24:21
40:17 137:7
144:10 188:7
188:12 192:2
214:2
**vary** 126:23
182:22
**vector** 24:8
27:20 45:24
46:24
**vein** 169:4
**venture** 209:4
**venues** 157:4
171:10 172:8
172:24
**verify** 48:13
**veritext** 4:17
**version** 41:17
42:16 144:22
145:3 172:18
185:4 206:25

213:14
**versions** 37:24
116:25
**versus** 4:9
**veteran** 197:3
**vf** 218:17
**viable** 157:5
**vice** 22:9
**vicious** 128:19
**video** 4:7 37:16
**videoconfere...**
2:12
**videographer**
3:23 4:2,15
5:11,16 44:3,4
44:8 59:3,7
64:7 85:9,10
85:14 121:22
121:23 123:6
169:25 170:2,6
193:17,18,22
224:10,15
230:21,24
**videos** 23:17
**videotaped**
1:13 2:10
**view** 43:15
52:15,15 54:17
71:11 80:19,19
92:20 106:2
110:8 120:19
169:2 183:12
183:16 189:9
190:25 191:4
204:18,22,23

215:12,15
216:8 218:3
221:18
**viewed** 75:12
127:24 138:4
**viewpoint**
75:18 81:8
95:7 148:21
152:25 169:11
169:11 205:17
216:14 220:3
**viewpoints**
80:15 119:4
180:6
**virtually** 72:13
139:23
**virulent** 150:25
**virus** 44:16
55:23 71:17
104:17 109:2
147:8,11
154:14 227:5
**viruses** 55:4
**visibility** 175:3
175:6 177:9,15
178:14,16,22
179:8 180:17
**vision** 103:13
106:16 204:14
226:21 228:9
**visited** 92:24
**vitality** 204:21
**volatile** 55:14
75:19 105:24

**volatility** 67:12
**volume** 86:4,9
86:10,11
**volumes** 172:5
**vote** 33:14
**vs** 1:8 234:3

**w**

**w** 5:21 58:13
59:15 123:4
233:10
**wainwright**
36:19,22
159:17
**waiting** 83:9
224:21
**walk** 69:20
**wall** 197:4
**waning** 108:20
108:23 194:15
**want** 32:18
63:12,24 65:23
110:23 118:23
119:3 121:16
126:17 132:24
149:16 169:23
174:18 176:20
183:17 184:23
211:5 215:9
216:10 217:22
219:3,23
220:15,23
222:21 225:25
226:17 228:7
**wanted** 26:14
33:18 43:14

**[wanted - witness]**

101:9 114:13 118:6 136:19 146:14 148:22 158:9 193:4 211:6 220:25 221:12

**wanting** 221:17

**warning** 72:3

**washington** 56:22

**watching** 75:17

**way** 13:8 52:24 57:3 62:10 64:16 68:14 74:3 78:4,5 82:6 92:5 93:12 96:24,25 98:4 109:3,7 134:3 142:22 146:9 147:12 149:5,8,15 150:19 151:22 151:22 152:19 152:20 153:22 153:23 157:10 157:19 160:15 161:10 191:6 203:4 206:11 208:7 210:18 211:19 217:15 220:5,18 221:3 228:5 232:19

**ways** 26:8 161:15

**we've** 57:18 61:12 62:23 63:21 96:22 105:4 108:17 111:23 121:15 156:2 198:23 199:21 208:24

**weaker** 147:9

**wearing** 148:13 148:23 149:25

**webb** 158:24 212:9,17,18

**website** 23:17

**wednesday** 10:15,23

**week** 10:16 21:23 32:8 72:13

**weekly** 21:21 22:2,11,13,17 25:7 30:21 51:11,13 52:22 207:25

**weeks** 10:5 54:22 55:18 57:18 101:23 140:14 219:20

**weigh** 40:18 53:25

**weighed** 114:7

**weighing** 73:9

**went** 80:6 101:5 113:10 135:12 158:10 163:16,17

178:13 196:17 203:19

**wet** 62:4

**whereof** 232:21

**whilst** 25:17

**white** 53:15 56:18 71:25 74:11 108:3 128:13 139:25

**whittled** 98:14

**wide** 151:13 171:15

**widely** 107:18 161:19

**wild** 80:13 171:5

**wildly** 106:21

**wiley's** 91:16 91:25

**william** 115:4 123:23 136:2 164:7 170:25 195:14,17,18 196:4 214:6,8 214:10 218:12 222:10 225:14

**willing** 106:10 109:11,12 148:24 211:16

**win** 95:15

**window** 54:25

**winter** 72:6,25 128:9 139:23 180:23 183:25 203:16

**witness** 5:22 14:13 21:9 24:4 29:5 31:18 33:5 35:21 41:20 42:8 43:5,25 45:17 46:13 49:22 50:14,22 51:4,15,24 52:13 54:15 57:14 58:5 66:5 67:5 68:10 69:19 70:23 71:8 75:10 76:22 78:19 82:13 83:9 84:18 85:22 89:22 93:20 96:3 100:11,21 107:11 110:6 111:15 112:13 113:8 114:4 117:25 141:17 148:17 149:14 149:22 150:4 152:5 154:6 165:12,14,24 167:23 169:22 178:20 179:11 179:19 180:2 181:24 183:8 186:11 187:25 188:11 189:6 189:20 190:2

190:23 198:11
198:15,23
202:19 205:6,8
205:14 206:23
210:6 215:12
216:7,24
217:10 219:15
220:12 221:16
223:23 226:8
230:18 232:11
232:15,21
233:3 234:6,22
**word** 103:11
172:19 187:5,6
195:8
**wording**
101:15 186:20
**words** 109:2
151:4
**work** 7:5,18
15:6 25:12
43:22 92:12
94:15 98:9
120:25 121:2
126:7 225:2
**worked** 9:18
15:8 16:2
25:10 28:10
41:6 55:23
220:6,19
**working** 15:11
15:12 16:19
39:18,20 63:16
67:20 78:4
103:11 110:17

136:15 147:19
153:19,20
156:10
**workings**
104:20
**works** 85:6,8
121:21
**world** 27:16
28:7 46:18
53:18 55:5
56:13 71:16
81:15,16,17
88:15 93:10
108:10 145:21
151:17 154:20
159:21 160:4
160:11 169:11
178:5 180:7
190:7 202:10
203:9,22
204:23 206:14
207:6 210:17
210:22 227:4
**worry** 152:12
**worse** 109:23
**worthy** 19:3
**writes** 91:15
93:12 95:12
117:11 132:6
136:18,24
137:13,21
138:2 159:7
165:2 167:13
171:4 173:24
174:4 197:16

197:23 202:8
204:2,25
213:13 214:16
219:2 222:16
225:20 228:5
**writing** 117:15
118:21
**written** 32:25
33:7
**wrong** 157:24
**ws** 214:4,5

## x

**x** 233:2

## y

**yahoo** 162:15
162:25
**yeah** 77:17
87:4 115:18
121:19 161:4
169:19 185:2
195:24
**year** 17:21
18:23 19:16,19
31:21 66:20
73:21 77:18
79:24 82:17
106:23 108:12
128:2 130:24
130:24 145:16
154:19 155:2
156:7,9 160:19
171:14 177:6
177:11,24
203:16,19

207:6 213:20
213:22 218:2
**years** 9:16
13:19,21 15:10
80:6 99:2
196:9
**yesterday**
136:19
**yi** 159:15,15,16
160:8 161:7
**york** 1:3 2:16
3:8,8,19 4:12
5:8,9 10:20
56:21 196:16
196:18 232:3
232:10
**young** 13:16,20
**yourtest** 129:17
130:15,23

## z

**zachary** 115:4
123:23 136:2
164:7 171:2
222:11 225:15
**zoom** 161:18

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Page 234

EGAN

*** ERRATA SHEET ***

NAME OF CASE:  Stadium Capital vs.

Co-Diagnostics

DATE OF DEPOSITION:  November 14, 2024

WITNESS:  Dwight Egan

| PAGE | LINE | FROM | TO |
|------|------|------|-----|
| 9 | 8 | no | yes - Derivative action on Gelt matter |
| 10 | 23 | $225,000 a year | $210,000 a year including bonus |

DWIGHT EGAN

Dennis N. Emery
Notary Public, State of Utah
Commission # 719295
My Commission Expires
September 22, 2025

Witness and sworn to before me

this 27TH day of DECEMBER__, 2024.

_____        SEP 22, 2025_____
  (Notary Public)        My Commission Expires: