# **Exhibit 24**

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

STADIUM CAPITAL LLC, on        )
behalf of itself and all       ) VIDEOTAPED
others similarly situated,     ) VIDEOCONFERENCE
                               ) DEPOSITION OF:
        Plaintiff,             )
                               ) SETH A. EGAN
vs.                            )
                               ) Case No: 22-cv-6978-AS
CO-DIAGNOSTICS, INC.,          )
DWIGHT H. EGAN, and BRIAN      ) CLASS ACTION
L. BROWN,                      )
                               ) JURY TRIAL DEMANDED
        Defendants.            )
                               )


November 7, 2024


9:20 a.m. - 3:23 p.m.


DEPOSITION WAS TAKEN VIA VIDEOCONFERENCING

BY AND THROUGH VERITEXT SOLUTIONS


Reporter:  Tamra J. Berry, CSR, CCR, RPR

Videographer:  Andrea Francis

Page 2

A P P E A R A N C E S

FOR THE LEAD PLAINTIFF AND THE PROPOSED CLASS:

JASON A. URIS
CHANG HAHN
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
juris@kaplanfox.com
chahn@kaplanfox.com

FOR THE DEFENDANTS:

AMBIKA B. SINGHAL
BAKER & HOSTETLER, LLP
Attorney at Law
2850 North Harwood Street, Suite 1100
Dallas, Texas 75201
Tel: 214.210.1200
asinghal@bakerlaw.com

MARISSA A. PERIRSOL
BAKER & HOSTETLER LLP
200 Civic Center, Suite 1200
Columbus, Ohio 43215
kprieto@bakerlaw.com

ALSO PRESENT:

ANDREA FRANCIS
KEVIN ONTIVEROS
-oOo-

Page 3

I N D E X

SETH A. EGAN:                         PAGE

Examination by Mr. Uris.......................5

-oOo-

E X H I B I T S

NUMBER        DESCRIPTION        PAGE REFERENCED

Exhibit 1   Slip Coversheet/Spreadsheet...........49

Exhibit 1A   Co-Diagnostics Order Spreadsheet......49

Exhibit 2   Email...............................142

Exhibit 2A   Sales by Salesman Spreadsheet........143

Exhibit 3   Email...............................76

Exhibit 3A   Sales Orders Spreadsheet..............77

Exhibit 4   Email...............................102

Exhibit 6   Email...............................111

Exhibit 7   Email...............................121

Exhibit 8   Email...............................126

Exhibit 12   Quarterly Dashboard...................56

Exhibit 33   CODX00035960 email...................104

Exhibit 34   CODX00043189 email...................107

Page 4

PROCEEDINGS

(EXHIBITS WERE PREMARKED.)

VIDEOGRAPHER: Okay. Good morning. We are going on the record at 9:20 a.m. Mountain Time on November 7, 2024. Please note that this deposition is being conducted virtually. Quality of recording depends on quality of camera and Internet connection of participants. What is seen from the witness and heard on screen is what will be recorded. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is the media video-recorded deposition of Seth Egan in the matter of Stadium Capital LLC versus Co-Diagnostics, Incorporated, et al. This deposition is being conducted remotely through Zoom videoconferencing. My name is Andrea Francis, the videographer representing Veritext.

At this time can all counsel present please state their appearances for the record along with who they represent, beginning with the noticing attorney.

MR. URIS: Jason Uris of Kaplan Fox & Kilsheimer LLP for plaintiffs and the proposed class.

Page 5

MS. SINGHAL: Ambika Singhal at Baker Hostetler LLP in our Dallas office representing Co-Diagnostics, defendant in this matter.

MS. PEIRSOL: Marissa Peirsol also with Baker Hostetler on behalf of defendants and Mr. Egan.

MS. HAHN: Chang Hahn from Kaplan Fox & Kilsheimer on behalf of plaintiffs.

SETH A. EGAN,

called as a witness, having been duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. URIS:

Q. Mr. Egan, good morning. And thank you for making yourself available to provide testimony today.

A. Good morning.

Q. Can you please state your full name for the record.

A. Seth Armstrong Egan.

Q. And what is your current home address?

A. 2978 East Willow Creek Drive, Sandy, Utah 84093.

Q. I just want to go over a few ground rules before we get started. Do you understand that you

2 (Pages 2 - 5)

Page 6

took an oath under penalty of perjury to tell the truth today?

A. Yes.

Q. Are you aware of any reason you cannot testify truthfully today?

A. No.

Q. Throughout today's deposition, if you could please let me finish my questions before answering, I think that would be helpful for the record. And you need to answer audibly for the -- so that the court reporter can hear you. So that means no nodding your head or shaking your head. Does that work for you?

A. Yes.

Q. Okay. And throughout today's deposition, your counsel may object to form, but unless your counsel instructs you not to answer, you still must answer truthfully. Do you understand?

A. Yes.

Q. Okay. And if you need a break at any point today, please just let me know. However, if there's a current question pending, I'd like you to finish answering the question before we take a break. Is that okay with you?

A. Yes.

Page 7

Q. Okay. And if I ask a question and you answer it, I'll assume you understood the question. But if you don't understand the question or it's unclear, just let me know and I'll try to clarify. Where are you today?

A. In my office.

Q. And where is your office?

A. In Salt Lake City, Utah.

Q. Is it at Co-Diagnostics headquarters?

A. Yes.

Q. Is there anyone in the room with you?

A. No.

Q. Do you understand that you cannot communicate with your counsel during the time that you're providing testimony on the record?

A. Yes.

Q. Have you ever been charged with a crime?

A. No.

Q. Have you ever been named as a defendant in any civil litigation?

A. No.

Q. Have you had your deposition taken before today?

A. Yes.

Q. And when was that?

Page 8

A. I don't have the exact date. It was in the last two years.

Q. Do you recall what litigation or what matter your deposition was taken in?

A. One was for a distributor dispute.

Q. Do you recall the name of that distributor?

A. Yes.

Q. What was the name of that distributor?

A. Hukui.

Q. And do you recall generally what that dispute was about?

A. Yes.

Q. What was it about?

A. They -- the group had claimed that they had introduced us to another distributor and wanted commissions on orders placed.

Q. And what was the name of the distributor that they claimed they introduced you to?

A. Intelligent Solutions.

Q. And have you had your deposition taken in any other matters?

A. Yes.

Q. Which matters?

A. An ongoing case from Gelt Trading.

Page 9

Q. And do you recall generally what the allegations are in that case?

A. I think so, yes.

Q. And what are they?

A. It revolves around a press release statement about the test accuracy.

Q. When you refer to "the test," what are you referring to?

A. Our Logix Smart COVID-19 assay.

Q. And do you recall what the allegation or allegations were regarding the press release about the test's accuracy?

A. Generally.

Q. And can you describe it generally?

A. There was a press release about a study that an independent party had done on our Logix Smart COVID-19 test where the study results were that the test was 100 percent accurate. That's the basis of it.

Q. When did you become aware of today's deposition?

A. I think through scheduling this deposition probably within the last -- I think, around the last month and a half.

Q. Did you prepare for today's deposition?

3 (Pages 6 - 9)

Page 10

A. Yes.

Q. And how did you prepare for today's deposition?

A. I met with our counsel.

Q. Who did you meet with?

A. Ambika and Marissa.

Q. Anyone else?

A. Jean.

Q. Who is Jean?

A. With Baker Hostetler.

Q. Do you know their last name?

A. I know Marissa's last name.

Q. And I'm just referring specifically to Jean.

A. Oh, I don't know exactly what her last name is. It's York something.

Q. Okay. And anyone else?

A. That's it, I think.

Q. Was anyone from Co-Diagnostics present at that meeting or meetings?

A. No.

Q. And how many times did you meet with counsel in preparation for today's deposition?

A. Three times.

Q. Do you recall on what dates those meetings

Page 11

were?

A. Yes.

Q. And what dates?

A. This current week Monday, Tuesday and Wednesday.

Q. Do you recall how long those meetings were?

A. Some were two hours. Two of them were two hours ish. And another one was about four -- four hours, four to five hours.

Q. Did you review any documents during those meetings?

A. Yes.

Q. Did any of those documents help you recall or remember any events that occurred in 2021 or 2022?

A. I -- refresh me on the time frame.

Q. Did they refresh you on anything specific that had occurred in that time frame?

A. Not that I recall, not specifically.

Q. Did you bring any notes or documents with you today for this deposition?

A. I did not bring any notes. I did take basically three basic notes in the preparation, just the dates of this, so just three basic facts about scheduling, that's it.

Page 12

Q. So other than notes about scheduling, you didn't take any notes during your meetings with counsel?

A. No. Other than just my generic notes about the dates.

Q. And other than your meetings with counsel, did you take any notes in preparation for today's deposition?

A. No.

Q. Did you review any notes or outlines in preparation for this deposition?

A. No.

Q. Do you know what this lawsuit is about?

A. Generally.

Q. Can you describe your understanding?

A. My understanding is that it's revolving around a press release, statements made in a press release.

Q. Do you recall what those statements concern?

A. I believe that they are about guidance.

Q. Anything else?

A. No.

Q. Do you know if this case is about any statements other than those in any press releases?

Page 13

A. Not that I'm aware of.

Q. Have you discussed this lawsuit with anyone other than counsel?

A. Only about scheduling, that I was unavailable to my wife, and that's it.

Q. Do you recall when you first heard about this case?

A. I don't know specifically when I first heard about this.

Q. Do you recall from whom you first heard about it?

A. I don't remember who I first heard about it through.

Q. Do you have any agreements in place, whether with Co-Diagnostics or anyone else, that will in any way affect your testimony today?

A. No.

Q. Do you know whether you received litigation holds related to this -- this litigation?

A. Can you explain that?

Q. Any -- any kind of notice or message that may have informed you of the litigation and potentially told you to maybe not delete any documents or records that you're in possession of?

A. Yes, I did receive that.

4 (Pages 10 - 13)

Page 14

Q. Do you recall what you did, if anything, as a result of receiving that notice?

A. I believe I received the notice, and it told me to preserve all records and not to delete anything.

Q. And did you -- did you do so?

A. I did not delete anything.

Q. Okay. I'd like to ask you a little bit about your -- your educational background. Did you attend college?

A. Yes.

Q. Where?

A. Utah Valley University.

Q. And when did you graduate?

A. About 2007.

Q. And did you obtain any advanced degrees?

A. I did not.

Q. Other than Utah Valley University, did you ever attend any other colleges or universities?

A. No.

Q. Do you possess any professional licenses?

A. No.

Q. Are you a member of any professional organizations?

A. No.

Page 15

Q. Can you generally describe your work experience prior to joining Co-Diagnostics?

A. I worked at Discover Financial Services for several years. I worked for a financial software company. And then began -- then started Co-Diagnostics.

Q. And what was your role at Discover Financial Services?

A. Collections.

Q. What exactly is collections?

A. We would call people who were past due on their payments.

Q. And what was your role at the financial software company that you referenced?

A. Basically an admin.

Q. And what was your -- what was your role and responsibilities as an admin?

A. Mainly putting together reports about software.

Q. What kind of reports?

A. Performance reports.

Q. Regarding the software?

A. Yes.

Q. Would you describe yourself as tech savvy?

A. I know how to use computers, but I'm not a

Page 16

tech savvy person.

Q. Would you say you generally have a good understanding of how software works and how to use software?

A. I think it depends on the software.

Q. And I believe you stated earlier that you started Co-Diagnostics?

A. My father and I started the company, yes.

Q. And do you recall what year that was?

A. In the 2013 period.

Q. Do you recall what your role was at the company when you started it?

A. Just operations at that point.

Q. Can you describe how your -- your role and responsibility changed from the time you started the company?

A. Through what period? Through the whole time?

Q. Yes. Or at least through say 2022.

A. So I began heading the sales department early on. So I was the head of sales, and then my title changed to the VP of sales.

Q. Do you recall when you became head of sales?

A. It was early on, you know, probably in

Page 17

that 2016 period.

Q. And then you became head of sales. Is there any -- other than the title, is there any difference between those roles?

A. No.

Q. And are you still head of sales?

A. I still head the sales department. My title is different.

Q. And what's your title now?

A. The chief commercialization officer.

Q. Have you ever had an employment contract with Co-Diagnostics?

A. I don't think so.

Q. Do you recall what your compensation was when you created the company? Or maybe another way to phrase that might be when you created the company, how did you determine what your compensation would be?

A. I -- when we started the company, we were a start-up company, so there was very little resource to pay me. So very little, very little money at the beginning.

Q. Were you granted stock in the company?

A. Yes.

Q. Do you recall how much?

5 (Pages 14 - 17)

Page 18

A. There were multiple different grants given at different periods. I can't tell you specifically the number of shares.

Q. Were the shares a significant portion of your total compensation?

A. They were certainly -- yeah, they were a big piece of my compensation.

Q. Do you recall what your salary was in 2021?

A. Roughly I think, yeah.

Q. What was it?

A. I believe it was -- in 2021, I believe it was in the range of 120 to 180,000, I believe.

Q. And did that change in 2022?

A. I don't -- it has changed over the years, but I'm not exactly sure the time period that that changed in each period, in each time.

Q. Do you recall whether you received any bonuses in 2021?

A. I did receive bonuses in 2021.

Q. Do you recall what the amount of those bonuses were?

A. I'd have to go back and double-check. I don't know the exact numbers.

Q. Do you recall how those bonuses were

Page 19

determined?

A. Our bonuses were generally determined on sales numbers.

Q. Was it generally a percentage of the sales numbers or, you know, was correlated in some way to what the total sales numbers were?

A. It was -- it would have been a percentage. Once we hit a certain threshold, it would have been a small percentage. It wasn't -- it was a very small percentage of the sales numbers.

Q. Were bonuses determined in the same way in 2022?

A. At one point we did change the bonus structure, but I don't know the exact date that we changed it.

Q. When it was changed, was it still some calculation that took into account a percentage of the sales numbers?

A. It was changed to include the broader company and -- and then, yeah, just changed in percentage of sales, but a lower threshold of when it kicked in.

Q. And in 2021 and 2022, was your bonus determined based on sales for accounts that you may have been in charge of or was it just -- I guess --

Page 20

I'll end the question there I guess. Was it determined based on sales for accounts that you were in charge of?

A. No.

Q. So what was it then?

A. It was a collective sales through the sales department. So all of the team members shared in the -- in -- in the bonus together.

Q. Do you know whether all of the team members received the same bonus?

A. I believe we all got the same bonus, yes.

Q. Do you recall whether you were granted any additional stock in either 2021 or 2022?

A. The company typically does stock awards on usually about a yearly basis, so I would say yes, but I don't know the specific dates or amounts off the top of my head.

Q. In 2021, do you recall generally what percentage of your total compensation, any stock awards that you received was?

A. I'd have to go back and look.

Q. Do you recall whether it was a substantial portion?

A. I -- I think they were. I believe I was very happy with it, but I don't -- I don't remember

Page 21

the exact portion of -- of the compensation that came from stock awards.

Q. Do you recall how frequently bonuses were paid out in 2021?

A. If bonuses were given, it would typically be after the close of the quarter.

Q. Was the same true in 2022?

A. Yeah. Yes.

Q. Can you explain your responsibilities as head of sales?

A. I'm -- mainly to manage the sales team, direct activities, coordinate trade shows. That's the gist of it.

Q. Can you describe what's involved in managing the sales team?

A. Understanding their territories, making sure that they're placing the right amount of effort in their territories, they're organized in their territories. Those were the general responsibilities.

Q. So people on the sales team were responsible for particular territories?

A. Yes, generally.

Q. And so who was -- who was responsible for each territory?

6 (Pages 18 - 21)

Page 22

A.  Do you want me to go through each person?

Q.  Yes.

A.  Okay.  Cameron Gundry is on the sales team.  He manages central South America and Europe.  Denny Crockett on the sales team manages Middle East and Africa.  The sales -- we did not have a specific sales team member over the United States.  We all had clients throughout the United States.  I was -- I'm very involved in our India sales structure or joint venture in India.  So that's how it was generally done.  And Joseph Featherstone also ran customers within the United States.

Q.  And did any of those salespersons have any people or support staff that they worked with or that supported their efforts?

A.  Yes.  We would sometimes have like an in-country person that would help coordinate certain things.

Q.  You also -- you also testified earlier that part of your role was to direct activities.  Can you explain a little bit what you mean by that?

A.  Generally making sure, again, that they are focused on their territories, that our products are being positioned properly at trade shows, conventions, that we're being seen and active in

Page 23

those regions, those types of activities.

Q.  And how did you primarily communicate with members of the sales team?

A.  Over what period?

Q.  2021 and 2022.

A.  That was a very busy time and we were always generally in the -- we were generally in the office, and so we would -- we would meet up often and talk about different things.  We generally didn't have a lot of structured meetings at that period, but we were -- we were meeting, discussing items, like you would in any general office setting.

Q.  But would you also use email to communicate with the sales team?

A.  Sure.

Q.  Would you text message with anyone on the sales team?

A.  Generally only travelling, you know, when people were gone.  Otherwise we would try to use email or in-person communication.

Q.  Do you recall whether in 2021 or 2022 you had any substantive communications with any members of the sales team regarding the company's sales over either text message or any other messaging app or platform?

Page 24

A.  I don't recall specifically anything.

Q.  Do you ever use any personal email accounts for work purposes?

A.  No, I've always tried to use our corporate email address.  I'd say occasionally by accident something would go out from my personal inbox, but I generally only try to use Co-DX as my email.

Q.  And what is your personal email address?

A.  Seth Armstrong Egan @hotmail.com.

Q.  Did all of the -- the people on the sales team report to you?

A.  Yes.

Q.  And how often would you meet with people on the sales team?

A.  We -- I think you've already asked that, but we would -- we would meet just as we were in the office.  We didn't have generally a structured meeting or schedule.

Q.  And would you -- would you discuss how their sales efforts were going in their respective territories?

A.  We would discuss distributor needs and things that were happening in territories, yes.

Q.  And each of the -- each of the sales people would keep you up to date on developments --

Page 25

on important developments with respect to any accounts that they were dealing with; is that correct?

A.  Rephrase that question one more time for me.

Q.  Is it fair to say that each of the salespersons responsible for any territory would keep you up to date with respect to any important developments with respect to the accounts that they were overseeing?

A.  Yes, it would.

Q.  Did you report to anyone?

A.  Yes.

Q.  Who do you report to?

A.  Dwight Egan.

Q.  Anyone else?

A.  Dwight is my -- who I report directly to.

Q.  Did you have any kind of formal reporting structure?

A.  We did not have a formal reporting structure.

Q.  How often would you meet with Dwight Egan?

A.  Like a structured meeting or just?

Q.  Or -- a structured meeting or phone calls that related to your role as head of sales?

7 (Pages 22 - 25)

Page 26

A.   I mean, the company would have some -- some meetings that we would have that we would talk about things throughout the entire company.  And then of course we would talk often about a lot of different things about the company, between my father and I.

Q.   Would you discuss how sales were going with your father?

A.   We certainly would discuss sales at times, yes.

Q.   Do you recall how -- in 2021 and 2022, do you recall how often you would discuss sales with him?

A.   I don't recall specifically how often we spoke about these things.

Q.   In 2021 and 2022, did the sales team have regularly scheduled meetings?

A.   I don't think we had an actual standing meeting that we took -- that took place all of the time.  There was again some companywide meetings of management teams and things that we would discuss, but -- and we would of course schedule meetings every once in a while, but it wasn't -- there generally wasn't a standing sales meeting I believe over that period.

Page 27

Q.   Do you recall who was on the management team?

A.   On the management team or?

Q.   Well, I guess you referenced a management team call.  I guess --

A.   Yeah.

Q.   -- do you recall who was on that -- who would be on those calls?

A.   There was -- are you referring to a specific meeting on the schedule?

Q.   Other than the -- was there a weekly management meeting team in 2021 and 2022?

A.   There was generally a Monday morning management meeting call, yes.

Q.   And do you recall which people would be on those calls?

A.   Generally department heads or others that -- and others from teams that would need to be on the meeting.  So generally department heads and then some others.

Q.   Was Dwight Egan on those calls?

A.   Yes.

Q.   Was Brian Brown on those calls?

A.   Generally, yes.

Q.   Was Andrew Benson on those calls?

Page 28

A.   Most of the time, yes.

Q.   Was the sales team on those calls?

A.   Most of the time the sales team would participate.

Q.   And other than that weekly management meeting, were there any other regularly scheduled meetings that you participated in?

A.   The company had other meetings that were scheduled.  I don't -- I don't know when they started, and I can't tell you whether they started over that period.  So I would have to know the -- I'd have to check calendars for specific times that you're referring to, years.

Q.   Do you recall that there was a point at which a steering committee was created?

A.   There is a -- that's one of the meetings.  I don't know exactly when we created it, but that's one of the meetings, yes.

Q.   Was that a weekly meeting?

A.   Generally.

Q.   Do you recall who was on the steering committee?

A.   It changed over time, but yes.

Q.   Who was on the steering committee?

A.   Are you -- then or now or?

Page 29

Q.   I guess in 2021 or 2022.  I know you don't recall exactly when it started, but I guess --

A.   Yeah.

Q.   -- do you recall who was initially on the steering committee?

A.   The initial group of the steering committee would have been Dwight Egan, Brian Brown, Joseph Featherstone, Richard Abbott, David Nielsen, Kirk Ririe, another finance person Rocky, and myself.

Q.   Who is Richard Abbott?

A.   Currently Richard is the president of Co-Diagnostics.

Q.   And do you recall what his role was in 2021 and 2022?

A.   He was a member of the -- of a subsidiary of Co-Diagnostics that we had -- a company that we had -- that the company had purchased.  And I think he was the -- I can't -- I would -- I'm guessing, I think his title was president of the subsidiary, but I don't -- I don't know for sure exactly what his title was then.

Q.   And who is David Nielsen?

A.   Currently he is our COO.  I don't know what -- I don't know his exact title back in that period either.

8 (Pages 26 - 29)

Page 30

Q.   Do you recall if at that time he was with Co-Diagnostics or another company?

A.   He was part of the subsidiary that we had purchased.

Q.   Do you recall why the steering committee was created?

A.   Generally, yes.

Q.   Why was it created?

A.   We were bringing two companies together in multiple locations.  There were a lot of logistics and things that needed to be worked through.

Q.   Then just going back to the weekly management meeting, do you recall what was generally discussed during those meetings?

A.   Departments' heads would typically give an overview of projects they were working on.

Q.   Would you give an update on sales?

A.   We wouldn't specifically give updates on sales, we would give updates on logistical issues, registration issues, you know, things that needed to be accomplished in the department, things that we needed other people's help on.

Q.   Did you ever give an update on sales at any management meetings?

A.   We would typically give an update about,

Page 31

you know, if we had received an order that needed to be coordinated between manufacturing and logistics. I don't know if I recall giving specific sales numbers in those meetings.

Q.   Do you recall ever giving an update on what you were seeing in terms of sales generally or demand for your tests at any of those meetings?

A.   I don't recall specific, you know, subject -- you know, things that we discussed every week in that meeting, so no, I don't remember.

Q.   In 2021 and 2022, did you have any regularly scheduled meetings or calls with Brian Brown?

A.   I don't recall that Brian and I had specific meetings set up.

Q.   Did you have any other regularly scheduled -- strike that.

Did you have any regularly scheduled meetings or calls with any executives of the company?

A.   I can't recall anything that was scheduled on a weekly basis at that period.

Q.   What about a monthly basis?

A.   Still no.

Q.   Do you attend Co-Diagnostics' board meetings?

Page 32

A.   I am not a general participant in board meetings unless we completed a trade show or something and I'm asked to give an update on a trade show.

Q.   Have you ever attended a Co-Diagnostics' board meeting, other than to provide an update on a trade show?

A.   I don't -- I don't recall that I'm ever a standing participant in those meetings.

Q.   I don't think that quite answered the question.  Have you ever attended a Co-Diagnostics' board meeting other than to provide an update on a trade show?

A.   Trade shows weren't the only thing that I would cover.  I would cover other activities, distributors, things regarding our joint venture, operation-wise the joint venture, so hopefully that answers it.

Q.   So is it correct that you have attended Co-Diagnostics' board meetings to provide updates on items other than trade shows?

A.   I have not -- I don't attend full board meetings.  I attend a portion of the -- of the meeting to give the update on activities that I'm working on.

Page 33

Q.   Do you recall the dates of the board meetings that you've attended?

A.   I do not.

Q.   Do you recall whether you attended any board meetings in 2022?

A.   I don't specifically recall.  I'd have to check calendars and see.

Q.   If you did attend any board meetings, do you think you would have put that in your calendar?

A.   I -- I'm trying to remember when we really established our company calendar and utilized it fully.  I'm not sure during that time period.

Q.   Was it your general practice in 2021 or 2022 to put any meetings that you were planning to attend in your calendar?

A.   Generally.

Q.   How do you prepare for a board meeting that you're planning to attend?

A.   Typically topics would be, you know, things that we had done over the -- the last several months of trade shows or things happening with our joint venture.  I would be assigned:  Would you please come and give an update about that item.

Q.   Would you prepare any written materials regarding the items that you were going to address in

9 (Pages 30 - 33)

Page 34

the meeting?

A.   Many times I would use a PowerPoint presentation.

Q.   Would you email any materials to the board or any other participants in advance of the meeting?

A.   I don't -- I don't think so.  I don't think I would normally email out materials to the board.  It's not -- it wasn't my role.

Q.   Would you share any other -- any materials during board meetings other than PowerPoint presentations?

A.   I don't think so.

Q.   Is there a particular location or system where you would save or store your work documents?

A.   Not a specific system, no.

Q.   Would you store them on your -- on your desktop or --

A.   Desktop, laptop.  Yeah, both.

Q.   Do you have any other computers or devices that you use for work other than a desktop and a laptop?

A.   My desktop and my laptop are my primary ways of working.

Q.   And do you -- to the extent you save documents, do you save them to a local hard drive or

Page 35

do you have any other cloud based storage systems that you use?

A.   Typically I like to save things on my computer.  Sometimes -- I mean, through Microsoft we do have OneDrive, which is something that I sometimes will save a document to as well.

Q.   Any other locations where you save work related documents?

A.   Not me, no.

Q.   Do you know whether your desktop was searched for documents related to this litigation?

A.   I believe it was.

Q.   Do you know whether your local hard drive on your desktop was searched for documents related to this litigation?

A.   I believe it was.

Q.   Do you know whether your laptop was searched for documents related to this litigation?

A.   Yeah, I believe it was.

Q.   Do you know whether OneDrive was searched for documents related to this litigation?

A.   I believe anything that I had access to was searched.

Q.   What's the basis for your belief that you believe it was searched?

Page 36

A.   I believe that I used --

MS. SINGHAL:  I'm going to object to the extent that this calls for privileged information.  Jason, I think that was -- I know that's not your intent, but is there a way that you can rephrase that question?

MR. URIS:  Yeah, let me -- yeah, I'm not trying to ask about any discussions with counsel.  But yeah, let me try to rephrase.

Q.   (BY MR. URIS)  Did you provide access to your desktop computer -- were you ever asked to search for documents related to this case?

A.   I don't know specifically each time that my -- you know, that I provided that.  I think -- I don't know exactly who searched it.  I believe that I made it available to -- to Baker Hostetler to do that.  I don't recall the specific day or time that we did it.

MR. URIS:  Counsel, I'd like to put in a request on the record that counsel confirm that they conducted a search of Mr. Egan's desktop computer, laptop computer, and any local drives on those computers for documents responsive to our requests as well as any OneDrive systems that Mr. Egan used and any other document storage systems.  And to the

Page 37

extent such a search was not done, we ask that that search be completed.

And we further request that counsel conduct a search for any materials that Mr. Egan may have prepared in connection with any Co-Diagnostics' board meetings.

MS. SINGHAL:  Your request is noted.  Thank you.  And Counsel, just -- not to stop you here, but it seems like before you get to a substantive portion, we've been going for a little bit more than an hour, so I just want to give you a heads-up.

MR. URIS:  Yeah, let me see.  I think we might be pretty close to that.

Q.   (BY MR. URIS)  Were you a member of any committees at Co-Diagnostics, other than I guess the steering committee?

A.   I think at one point I was put on the activities committee.

Q.   What is the activities committee?

A.   Helping organize, you know, corporate parties and events.

Q.   Any other -- any other committees?

A.   Nothing comes to mind.

Q.   Were you on any other teams?  Obviously I

10 (Pages 34 - 37)

Page 38

guess you can be considered part of the sales team, but were you on any other teams?

A. I don't think I've ever been on another team, no.

Q. Would you attend any trade conferences or healthcare conferences?

A. Often.

Q. And generally how often would you attend those conferences?

A. A lot.

Q. Like many per month or --

A. It depends on the month and the time of year, but yes, a lot.

MR. URIS: Yeah, I think this is a good -- good point for a break, if that works for everyone.

MS. SINGHAL: Yes, that works for us. Should we go off the record and then we can decide how long?

VIDEOGRAPHER: The time now is 10:32. We are now off the record.

(Break taken from 10:32 to 10:44 a.m.)

VIDEOGRAPHER: The time now is 10:44 a.m. We are back on the record.

Q. (BY MR. URIS) What is the Logix Smart COVID-19 test?

Page 39

A. It's a test for laboratories to detect or diagnose COVID-19.

Q. And that's the test that Co-Diagnostics sold?

A. One of them, yes.

Q. Does the company still sell that test?

A. Yes.

Q. If I refer to the -- the -- the Logix test or the Logix COVID test, will you understand that I'm -- I'm referring to the Logix Smart COVID-19 test that Co-Diagnostics sells?

A. Yeah, I would prefer you use the Logix Smart COVID-19 test so that I make sure that we're being specific.

Q. Okay. I'll -- I'll try to remember to do that. Do you recall -- do you recall when Co-Diagnostics began selling the Logix Smart COVID-19 test?

A. Yes, yes.

Q. And when was that?

A. The Logix Smart COVID-19 test really began sales in the April 2020 time period, March and April.

Q. Is it fair to say that Co-Diagnostics' primary customers for the Logix Smart COVID-19 tests are distributors and labs?

Page 40

A. Yeah, that's a fair assessment.

Q. Is there any other category of customers that comes to mind?

A. I think you have it right of distributors and labs.

Q. Once Co-Diagnostics began selling the Logix Smart COVID-19 test, do you know approximately what percentage of the company's revenue it accounted for?

A. At that -- right when we started selling it?

Q. Yeah. Yes, from the point you started -- began selling it through, say, August of 2022.

A. There -- a majority of our -- of our revenue was COVID related, and it was generally related to our COVID-19 test, but we did have other tests that were released through those periods. So it wasn't always just the Logix Smart COVID-19 test.

Q. Do you recall -- do you recall approximately what percentage it accounted for in that?

A. A very high percentage.

Q. Was it over 90 percent?

A. At the beginning, yes. 90 percent was that -- over 90 percent generally. I couldn't tell

Page 41

you exactly, but generally.

Q. Can you explain the process of how a customer would place an order for the Logix Smart COVID-19 test?

A. Sure. If it was a lab customer that bought direct from us in the United States, they would either send us a PO or we would draft a quote, send it to them, ask for a signature back, then we would enter -- we would get the order entered in the system, get it approved by the different departments that needed to sign off on the order, depending on if something had to be manufactured for that order or whether we had it in inventory, and then it would go to logistics and go to the customer.

Q. When you say the order would be entered into the system, what are you referring to?

A. We had -- we have an individual that is our sales secretary, and we -- once we have the order and everything looked good, we would give it to the sales secretary, Tom Williams, to enter.

Q. Did that system have a name?

A. I think there are different systems that are used. We would keep sales -- the sales team kept track of order -- orders placed in monday.com, but the other departments have their systems that were

11 (Pages 38 - 41)

Page 42

not necessarily my system.

Q.    Okay.  Do you recall what the other systems were called?

A.    I know the laboratory operates off of an order form, and I'm not -- I know that -- I don't know how they got that order form once it was done. I know accounting had their own system, but I don't know exactly what system they were using at that time.  So there were lots of -- there were different aspects of it.  But my primary way of monitoring the sales orders was through monday.com.

Q.    And do you know whose idea it was to begin using monday.com?

A.    It was -- I was the main proponent of it. It was shown to me by an admin person who helped organize conferences early on.

Q.    When you say "admin person," is that someone from Co-Diagnostics?

A.    Yeah, he was -- his name was Nicholas Tellez.

Q.    Is he still at the company?

A.    No.

Q.    Do you recall when he left the company?

A.    I bet he left the company two years ago ish.

Page 43

Q.    If you wanted to grant someone at the company access to monday.com, how would you do that?

A.    I am the admin, so I would add them into the system and then they would accept the invite and set a password to be able to get into the system.

Q.    So when somebody creates an account with the system, do they have access to all the information that's stored in the system?

A.    It depends.  Some boards were -- some areas are read only, some would have access only certain people could see.  It depends on what board and how it was set up by the person that was setting up that board.

Q.    Did Dwight Egan have access to monday.com?

A.    I believe so.

Q.    Was his access to any of the boards limited in any way?

A.    I don't know exactly what permissions I granted him in the system, so I don't -- I don't know.

Q.    Do you recall limiting his permissions in any way?

A.    I don't -- I wouldn't -- I don't recall limiting position -- permissions, but I don't know.

Q.    Did Brian Brown have access to monday.com?

Page 44

A.    I believe so.

Q.    Do you know which boards he had access to?

A.    I likely would not have limited permissions, but people who created the boards could limit the permission inside their board.  So it didn't really matter in my opinion if I had given them permissions.  It depended on the owner of the board who created it.

Q.    Did Andrew Benson have access to monday.com?

A.    I believe so, yes.

Q.    Do you know which boards he had access to?

A.    I -- I don't know exactly what boards he had access to.

Q.    Do you recall ever limiting any of his permissions on monday.com?

A.    I don't recall that.  Again, but it didn't -- it wasn't really me that limited permissions; it was the board, whoever created the individual board.

Q.    Do you recall what the title of the board was that you used to keep track of the company's purchase orders?

A.    It was -- it's something like Co-Diagnostics' orders, and then it would go into

Page 45

2021 -- 2020, it kind of put the time frame that it was there.

Q.    Did you create that board?

A.    I think so.  I think so.  Yeah, we -- yes, I think I did create that board.

Q.    Do you recall whether you granted access to that board to Dwight Egan?

A.    I believe -- I don't know if I ever specifically granted access to that for him.

Q.    Do you recall ever limiting access to that board?

A.    I don't --

Q.    Do you recall ever limiting Dwight Egan's access to that board?

A.    No.

Q.    Do you recall ever limiting Brian Brown's access to that board?

A.    No, but I would say I -- I would monitor inactive users, and if they were inactive I would delete them.  So there are a lot of people who were removed from the board over time, and it could have been both of them as well.

Q.    Do you recall any specific inactive users?

A.    I don't have specific names, but they would have been removed.

12 (Pages 42 - 45)

Page 46

Q.   Did you use monday.com for any purpose other than tracking the company's sales orders?

A.   We used it for a few other purposes, yes.

Q.   What were those purposes?

A.   One of them was trade show organization, what trade shows were on the calendar, who was going, when it was occurring, where it was occurring, where we were with the registration, setup.  We also use it for importing any business cards, names that we meet at trade shows so that we know where we -- so we have a record of everybody we met at that trade show.

Q.   Any other purposes?

A.   Those were my main purposes of using monday.com.

Q.   Are you aware of any other purposes for which anyone else at the company used monday.com?

A.   Our regulatory department would sometimes use monday.com to keep track of regulatory approvals or registrations in countries.  And I believe logistics also used it to coordinate shipping -- logistical issues for shipping.

Q.   Anything else?

A.   I think that covers most of what it would have been used for.

Q.   Do you recall a board titled "Quarterly

Page 47

Dashboard"?

A.   I do recall that, yes.

Q.   Do you recall what information is shown in that board?

A.   That board, I don't know when it was exactly created, but it would show quarterly results.  Yes, quarterly results.

Q.   Do you recall whether it showed monthly results?

A.   I think it generally showed -- I think it did show monthly and quarterly results.

Q.   Did you create that board?

A.   I -- I don't think I created that board.

Q.   Do you know who created that board?

A.   I believe I would have had Easton Egan create that board.

Q.   And you had access to that board, correct?

A.   Yes.

Q.   Did you create or use any private boards on monday.com?

A.   I don't think so.

Q.   Do you know what SharePoint is?

A.   I don't use SharePoint, so I -- it's a document system, but it's not something I use.

Q.   Do you know if other people at the company

Page 48

use SharePoint?

A.   I hear it mentioned, so I believe they do.  But again, I -- I -- I don't really use SharePoint.

Q.   Do you know what QT9 is?

A.   On a surface level, yes.

Q.   What is it?

A.   QT9 was the quality management system.

Q.   Do you know what NetSuite is?

A.   I do.

Q.   And what is it?

A.   NetSuite is the system that I believe the finance part of the company uses for invoicing, and we also enter our orders into NetSuite.

Q.   Can you explain the process of how orders get entered into NetSuite?

A.   We discussed this a little bit earlier.  But once we give our order to our sales secretary, Tom Williams, he will go in and enter the order into NetSuite.

Q.   So he would enter an order into both NetSuite and monday.com?

A.   Correct.

Q.   Do you know if there was any other system that -- that the finance department used?

A.   I know they've used another system before

Page 49

NetSuite, but I don't know exactly what system they were using or what systems they were using.

Q.   And you still use monday.com?

A.   Yes.

MR. URIS:  I want to introduce an exhibit.  Just bear with me a moment.  I'm going to introduce what has previously been marked as Exhibit 1.

Q.   (BY MR. URIS)  So if you refresh that -- that marked exhibits folder it should be available.  There's a -- there's a PDF, which is basically just a cover slip sheet and then a spreadsheet.  I think for the spreadsheets there's kind of a preview function on exhibit share, which -- which works pretty well for the PDFs, but I think for the spreadsheets you may need to -- to download it to your computer.  Otherwise I'm happy to share my screen if that's easier.

A.   I have the Excel file.  It looks like I can open it and scroll through it.

Q.   Okay.  Do you recognize this document?

A.   I recognize the format of it and where it came from, so yes.

Q.   Where did it come from?

A.   I see in the top it says powered by monday.com.  So it's a document pulled from

13 (Pages 46 - 49)

Page 50

monday.com.

Q. And so does the information in this document appear to be the information that was stored in the board that you used on monday.com to store the company's sales orders?

A. It looks to have most of the information. Not everything seems to be there. But it looks like it has a good amount of the information.

Q. So it's a -- at least a subset of the information stored on monday.com?

A. I believe so, yes.

Q. Okay. And if we could just go through some of the columns, I guess starting at the top. Do you see the left most column there's a -- it's titled "Name"?

A. Yes.

Q. And is that a -- does that column reflect the name of the customer placing any given order?

A. Yes.

Q. And you go over a couple of columns there's a column for "Work Order Number." Do you see that?

A. Column C?

Q. Yeah, it's Column C.

A. Uh-huh.

Page 51

Q. And it looks like for some reason there's no work order number associated with these August 2022, but if you scroll down a bit, it appears to start in May. Is that the -- an internal work order number that -- that was assigned to each respective order?

A. Yes, but I don't know why the other ones would not have a work order number to them. I don't know where that data would have gone or why it's not there.

Q. Do you know how a work order number is assigned?

A. They were -- over what period maybe are you asking?

Q. Well, at the beginning of 2021 through 2022.

A. So we -- we would do our own work order numbers I think at the beginning, and then when the company went to NetSuite, I think NetSuite assigned the work order number. But I'm not exactly sure when that -- when that change happened. But I believe that's kind of how those changed.

Q. Is it your understanding that the work order numbers were just assigned in order, kind of, you know, when an order would come in it would just

Page 52

get the next work order number?

A. Yes.

Q. In Column D, which is titled "Salesman," is that the salesperson that was responsible for the respective account placing an order?

A. Yes. At least the lead on that order, yes.

Q. Go over to Column J, "Items Ordered." Is it fair to say that's the specific product being ordered?

A. Yeah. Generally, yes.

Q. And then in Column L is "Quantity." Is that the -- what is that? Is that the quantity of test kits or?

A. It would typically be the quantity of tests that were ordered or the number of the item that was ordered.

Q. And what is -- a test kit is multiple items or?

A. Like if you take that top one on I think it's line seven, that would have been 500 of those tests.

Q. Uh-huh.

A. But the line underneath it would have been two of the extraction kits, so just --

Page 53

Q. Okay. And then Column N, titled "Extension," is that the total price of the order for each item?

A. I'm just trying to scroll through. There we go. Okay. In N, I -- yes. But this is not the official accounting system. This is just how we generally track things. So this is not the company's system. This is just how -- how I would monitor it and keep -- keep tabs.

Q. So I think you said that yes, the extension column is -- is the total price for the order of that -- of any item?

A. Yes. Column L is 500 tests times $9 is $4,500. But that could have always changed in the final work order or something, you know, so this is not the official system.

Q. Do you know whether it was the sales department's general practice to update the information in monday.com to the extent there was an adjustment to any order?

A. We would typically try to do that.

Q. And then Column O is "Date Order Received." And Column P is "PO Number." Is date order received, is that the date that the company received a purchase order from any customer?

14 (Pages 50 - 53)

Page 54

A. Generally, yeah, either the date it was received or the date it was entered.

Q. And then the purchase order number, that's the purchase order number associated with the -- with each respective order?

A. Yeah, generally if they had issued a PO to us, we would put that PO number there for reference.

Q. Okay. How often would you review the Co-Diagnostics orders board on monday.com?

A. I typically reviewed it very often.

Q. Would you review it every day?

A. Not always, but sometimes.

Q. Every other day?

A. I don't remember. I don't know my exact practice with this. Sometimes -- sometimes every day, sometimes every other day, sometimes once a week. It's not all the time.

Q. Did you keep track of the company's sales in any other way?

A. This was my general way of watching sales.

Q. In 2021 or 2022, do you recall any other ways in which you kept track of the company's sales?

A. Not on the sales side, no.

Q. What do you mean by not on the sales side?

A. I know the company kept track of it in --

Page 55

in other systems, but this is how I kept track.

Q. So you were aware of the orders that were being placed for the Logix Smart COVID-19 test, correct?

A. I would be able to check and see the orders. I wouldn't -- I don't get notified whenever an order is placed. I just need to go check it.

Q. Do you know the approximate -- do you know the approximate dollar value of the orders for the Logix Smart COVID-19 test that the company brought in from the time it began selling that test through the first quarter of 2022?

A. Ask that again.

Q. In each -- from the time -- from the time the company began selling the Logix Smart COVID-19 test through the first quarter of 2022, do you recall what the approximate dollar value of orders received by the company was in each quarter?

A. I'd have to go back and look through each of the months and quarters. I couldn't give you a -- I couldn't give you an actual number.

Q. Do you recall whether it was $20 million or more in each quarter?

A. Again, I'd have to go back and look.

Q. Do you recall what the dollar value of

Page 56

orders received by the company in the second quarter of 2022 was?

A. Again, I'd need to go back and look to see exactly what those were.

Q. Okay. I'm going to introduce what was previously marked as Exhibit 12. It should be available if you refresh the folder.

A. I believe I have up Exhibit 00012.

Q. Do you recognize this document?

A. I recognize the quarterly dashboard.

Q. So this is the quarterly dashboard?

A. Yes, it is.

Q. And so this shows that from the second quarter of 2020 through the first quarter of 2022, the company had received at least $20 million or more in each quarter, correct?

A. Are you saying from the first quarter of 2020?

Q. The second quarter of 2020.

A. It says quarter two would have been above 20. Again, this is in the monday.com system, this is not the finance system. So there's -- this is not going to be exactly the same.

Q. So this shows from the second quarter of 2020 through the first quarter of 2022, the company

Page 57

had received at least $20 million of orders in each quarter, correct?

A. It would be correct from this document, yes.

Q. Do you have an understanding of where the -- where the numbers in this document come from?

A. Yes.

Q. And where do they come from?

A. They come from the quarter -- the sales orders dashboard that we were looking at previously.

Q. And if you take a look at the second quarter of 2022, that shows that in that quarter the company had received approximately $5 million in orders; is that correct?

A. Yes.

Q. Does that number surprise you?

A. Did -- does it surprise me? Not really.

Q. Why not?

A. We often had big months, followed by lower months, but would then go back up to higher months. Yeah.

Q. But even with low months and high months, prior to that quarter you had always received at least $20 million in orders per quarter, correct?

A. That's what it shows, yes.

15 (Pages 54 - 57)

Page 58

Q.   So you weren't surprised to see that you had $5 million in revenue in orders in the second quarter of 2022?

A.   No.  I wasn't that surprised by it.

Q.   Why not?

A.   We would have the big months and then we would have lower months.  We would have distributors that had a lot of product that had ordered product and they needed to distribute it.  And -- and oftentimes with big corp -- big months followed by smaller months, you know, sometimes we would have a really big month at the beginning of a quarter and then a -- and then lower months later in that quarter.  There was never really a defined set of what we'd expect on a monthly basis, and things changed a lot really fast with orders with these numbers.

Q.   Do you recall orders beginning to fall in February of 2022?

A.   They were down from the January month, which was very big.  So it's lower, yes.

Q.   By May 12 of 2022, or any time before that, did you notice that orders had been low in February, March, and April of 2022?

A.   It really wasn't apparent maybe until

Page 59

later in the year that numbers were lower.  Again, because we would often have big months followed by lower months, depending on how much product a distributor had ordered or had in inventory.  We didn't know that.

Q.   Prior to 2022, do you recall ever having back-to-back months of less than $4 million in orders?

A.   I'd have to go back and look at each month separately.

Q.   So looking at this document, prior to 2022, can you identify any back-to-back months in which the company had less than $4 million in orders?

A.   Prior to what period?

Q.   Prior to 2022.  So any time in 2020, or 2021, although I guess in 2020 I would say after -- after March, given that's the -- the month that you began selling the test.

A.   And the exact question is -- is what?

Q.   Can you -- other than in 2022, can you identify any back-to-back months in which the company received less than $4 million in orders?

A.   It doesn't -- doesn't look like it on this chart.  There were times where it was close, but it doesn't look like there were exact months that did

Page 60

that.

Q.   And it follows from that that -- during that same time period there were not three months in a row where the company had less than $4 million in orders, correct?

A.   I believe so.

Q.   So beginning in February 2022, followed by March of 2022, and April of 2022, the company had less than $4 million in orders each month, correct?

A.   That's what this would say.

Q.   Was that unusual to you?

A.   Followed by the December month, which was very high, and then the January month, which was very high, having a February and March that were lower, given the amounts that were -- the amount of product that was sold the previous quarter and the different strains going on with COVID-19, it was -- you know, for that January, February and March, I don't have any concerns about that.

Q.   What about in April?

A.   April starts a new quarter and quarters would sometimes start big or they would start slow.  It depended on how the quarter would go.  But depending on how different strains of the virus or different variants were going on, these numbers would

Page 61

change quickly.

Q.   Do you recall what the dollar amount of orders the company had received in the second quarter of 2022 as of May 12, 2022, which is approximately the midpoint of the quarter?

MS. SINGHAL:  Objection to form.  And Jason, I'm not sure if you're asking if he recalls as of May 12 or from today, like just the question is confusing.

MR. URIS:  Can the court reporter repeat the question.

(Question read).

THE WITNESS:  And can I answer now?  No, I do not know the exact dollar amount at that point at that date.

Q.   (BY MR. URIS)  Do you recall whether it was less than two and a half million dollars worth?

A.   Again, I don't recall exactly where we were on that date.

Q.   Do you have any reason to doubt that number?

A.   What number?

Q.   Less than two and a half million dollars?

A.   I'd need to go back and look through the months, but that one does -- that month as I zoom in

16 (Pages 58 - 61)

Page 62

on it, is at the 1.9 million. Correct? Or no, I'm in the wrong date, I'm sorry. I was looking at the wrong -- give me your question again.

Q. Yeah, so it looks like -- yeah, you were looking at April 2022 --

A. Yeah.

Q. -- is 1.9 million. So based on those numbers, would you agree it seems reasonable that the orders received by May 12th were somewhere around two and a half or maybe slightly below that?

A. I don't know. I would -- we would need to go through and pull all of the numbers to be able to look through that.

Q. From the time the company began selling the Logix Smart COVID-19 test, do you recall what the lowest amount of orders received by the company at the mid point of any quarter was?

MS. SINGHAL: Objection to form.

Q. (BY MR. URIS) As long as she doesn't instruct you not to answer, you can still answer.

A. Yeah, I mean, I -- I would typically watch quarter by quarter, not month -- not mid month, you know, sales numbers. It was a quarter by quarter watch for me.

Q. But you were reviewing the -- the sales

Page 63

data frequently, correct?

A. I would have reviewed the data frequently.

Q. So you had at least a general sense of the volume of orders coming in, correct?

A. Correct.

Q. From the time the company began selling the Logix COVID test through the first quarter of 2022, do you recall any quarter in which the amount of orders the company had received by the mid point of the quarter was less than $5 million?

MS. SINGHAL: Objection to form.

THE WITNESS: Again, I'd have to go back and look through each month and each quarter to give you a solid answer.

Q. (BY MR. URIS) If the company had received approximately two and a half million dollars at the mid point of the second quarter of 2022, and prior to that had never received less than $5 million in orders in any quarter at the mid point of that quarter, would that indicate to you that sales were down?

MS. SINGHAL: Objection to form. Jason, you keep using mid point and --

MR. URIS: That's fine. You can object to form.

Page 64

THE WITNESS: Yeah, I mean, I don't -- I don't track -- I didn't track mid point through the quarter, and there were lots of variables going on with variants around the world. And -- and so numbers changed fast and they would change big and fast. So, you know, taking one quarter or one month for me didn't -- you know, I wouldn't -- I wouldn't report on results 12 days into a quarter and 12 days into a month. Too many variables are going on.

Q. You wouldn't compare your performance to previous quarters?

A. Not until after quarters were over.

Q. You wouldn't do any assessment of how sales were going during a present quarter?

A. We were -- we were very much focused on --

MS. SINGHAL: Objection to form. You may answer.

THE WITNESS: Can you reask the question?

Q. (BY MR. URIS) You wouldn't do any assessments of the company's sales performance during the current quarter?

MS. SINGHAL: Objection to form.

THE WITNESS: You know, we were very -- we had a -- our sales team is not a very big sales team, so we were very much just focused on just the then

Page 65

and now and addressing the customer needs at that point. So we were still just incredibly busy with things. And so no, I wasn't -- I don't recall that I was giving -- that I was updating things throughout the quarter.

Q. So by -- by May 12th, 2022, did it occur to you that the company had had approximately three and a half months in a row of low orders?

A. I don't recall being concerned about that.

Q. Why not?

A. As charts show from the past that you would have low, sometimes trending down or going down one month, have another then followed by another big month after that. And so if you look at all of the years combined, you could never place any -- any real assurance on anything until you got through an entire quarter because things changed fast.

And I don't think people realize or remember how fast things changed on a monthly basis with COVID-19 with different variants that would be discovered, introduced, or that were spreading quickly in the world. So, you know, you see -- you see months that exploded due to variants that were happening.

Q. And looking at the chart, sales had never

17 (Pages 62 - 65)

Page 66

been that low for that long, correct?

A. Yeah, looking at -- hindsight, looking at the chart, you're correct.

Q. You say "hindsight," but at the time you were able to see the orders in February, March, April, and beginning of May of 2022, correct?

A. You know, again, I've told you I didn't -- I didn't do like mid quarter, mid month, mid day updates like that. I -- I would really monitor it quarter by quarter.

Q. As of May 12, 2022, did you have any specific reason to believe that the large amount of orders might come in at the end of the quarter?

A. We were always working with distributors, we would always have quotes out, so there were always a lot of opportunities that we were working.

Q. And as of May 12th, 2022, did you have any specific reason to believe that an unusually large amount of orders might come in at the end of the quarter?

MS. SINGHAL: Objection to form.

THE WITNESS: Yeah, and I think I answered that already that we -- we were dealing with many distributors around the world, and we would often have large quotes out to them that they had requested

Page 67

that then needed to be approved by their customers or their government officials or others. And at almost every time we had many of those out in the -- through our customers and distributors. So there was -- there was no reason to think that a big order wasn't going to be coming. That was typically the process that we would go through.

Q. All right. But you can say that about every quarter, correct?

A. We -- like I said, yes, we were always pushing POs and quotes and things out to customers that they had requested, things that they were working on.

Q. Was there any reason specific to the second quarter of 2022 that caused you to believe that a large volume of orders might come in in the second half of the quarter?

A. Yeah, I think there were still -- there were a lot of changing dynamics around the world where mask mandates were changing, and those would cause, depending on what you want to look at, that when people are no longer taking precautions, that case counts would go up resulting in needing more testing.

Q. Anything else?

Page 68

A. I think the mask mandates were the main -- you know, one of the main factors there. And I don't know the exact times, but, you know, there was also where the government sponsored certain types of -- certain, you know, testing programs across the country that were set to expire at different times and then they would be renewed. We didn't view that that was going to be a negative on us.

And so I think we were mainly -- you know, you had a lot of different things going on in many different countries. Many countries keeping masked, not keeping masked and, you know, the possible new variants, so there were a lot of factors.

Q. Were there any particular customer accounts that you were responsible for handling?

A. Sure, yes.

Q. Which accounts were those?

A. NOMI Health, and then I had many other lab -- you know, smaller lab customers across the United States.

Q. Do you recall approximately how much -- do you recall approximately the dollar value of test orders that NOMI placed per quarter?

A. I don't have that broken up per quarter, so I don't know for quarter or per month what they

Page 69

placed.

Q. Does a range of approximately 5 to 9 million per quarter seem accurate to you?

MS. SINGHAL: Objection to form.

THE WITNESS: Could be. I mean, I think I generally look at the account as a whole over the period of, you know, several years of what they were generating, not -- not so much a month by month or quarter by quarter number from them.

Q. (BY MR. URIS) Do you recall approximately what the dollar value of the orders that NOMI placed from the beginning of 2021 through July of 2022 was?

A. I think the different orders they placed were -- were again small, I believe. I mean, they were never a certain set number. Depending on their needs.

Q. Was NOMI the company's biggest customer in terms of purchase value?

A. I think so.

MR. URIS: And I think this is a good spot for a break, if that works for everyone.

MS. SINGHAL: It does. We can go off the record and discuss time?

MR. URIS: Yeah.

VIDEOGRAPHER: The time now is 11:53 a.m.

18 (Pages 66 - 69)

Page 70

We are off the record.

(Break taken from 11:53 to 12:27 p.m.)

VIDEOGRAPHER:  The time now is 12:27 p.m. We are back on the record.

Q.   (BY MR. URIS)  Did you have a specific contact at NOMI that you dealt with?

A.   I dealt with a lot of people at NOMI Health.

Q.   Who were the primary people that you dealt with at NOMI?

A.   Primary people for placing orders were -- at different times that was Jose, I think Jose Vargas.  Another one would have been Jake Davison. And sometimes, you know, different people at their labs would reach out to me, just depending on who it was.  But I think it was -- for placing orders it would generally be Jose Vargas or Jake Davison.  And there were a few others, but their names don't come to my mind right off the bat.

Q.   Would you -- would you have regular calls with Mr. Vargas or Mr. Davison?

A.   Like a regularly scheduled call or --

Q.   Yes.  Any -- any regularly scheduled calls?

A.   No.

Page 71

Q.   Would you have any calls with anyone at NOMI to inquire about when NOMI might be placing future orders?

A.   NOMI Health was always working on a lot of different initiatives throughout the United States and with different states.  And so I really wasn't involved in knowing what deals they were working on, what states they were working with.  So no, I didn't -- those were not normal meetings or meetings that we had.

Q.   So leaving aside any initiatives that NOMI may have been working on, did you have any calls with anyone at NOMI to inquire more generally about when they might be placing another order?

A.   Usually Jose or Jake were really -- would -- would call me to do that, and so I wasn't typically reaching out to them to inquire about when they were going to place an order.  That would not have been a normal practice for me.

Q.   Do you recall ever reaching out to them to inquire about whether they -- when they might be placing another order?

A.   I think if I knew that there was something going on with the holiday or something, I would sometimes say: Hey, with the holiday coming up, our

Page 72

last day for shipping products would be this day, if it's coming into a holiday -- you know, to a Christmas or a Thanksgiving or a Fourth of July.  But mainly it would be to let them know that there would be certain days that they would not be able to get a product.  NOMI Health would often call and need product immediately.  So I would have very little warning most of the time if they needed something.

Q.   Did you have any visibility into what NOMI's inventory levels of the Logix COVID test was?

A.   I did not have any -- any insight into their inventory levels.

Q.   But no one at NOMI ever told you what their inventory levels were like?

MS. SINGHAL:  Objection to form.

THE WITNESS:  I don't specifically recall ever hearing, oh, we have X amount of tests still in the freezer or whatever else, no.

Q.   (BY MR. URIS)  Do you recall anyone at NOMI -- do you recall anyone at NOMI ever telling you about what they were seeing in the market in February, March or April of 2022 concerning demand for COVID testing?

A.   I don't.  NOMI had very established laboratories, and they did a lot of testing for a lot

Page 73

of places.  And so I don't have any insight to that.

Q.   Do you recall what any of the initiatives that NOMI was working on were?

A.   Generally they had initiatives with many states.  They had initiatives, from what I've -- from my -- from my standpoint, I think they were doing testing initiatives in states like Utah and then Nebraska and in Florida and then Texas, and they would have cruise ship customers.  They had a lot of different areas where they did testing and they would also bring test -- they'd also bring samples from other states to their laboratories.

Q.   Other than NOMI, do you recall who the company's biggest customers were in 2021 and 2022?

A.   I would rather give you an answer of the entire period because I can't break them out.  I would need to break them out if you wanted a specific year.

Q.   The entire period is --

A.   An entire period would be -- NOMI Health was certainly a big one.  Our distributor in Saudi Arabia was a very big customer.  We had some big -- we had some big customers in the -- a big distributor in the United States, which we mentioned earlier, Intelligent Solutions.  Mexico was a big market for

19 (Pages 70 - 73)

Page 74

us. Many areas, Columbia, Peru, those were all areas that we had sold a lot of product through. The UK, Ireland, Philippines. Many of those areas were high -- were good work areas for us.

Q. Was there a specific distributor in Mexico that you had in mind?

A. Yeah, our -- our distributors were Raver.

COURT REPORTER: Say that again. Was --

THE WITNESS: Our distributor in Mexico was Raver, R-A-V-E-R.

COURT REPORTER: Thank you.

Q. (BY MR. URIS) And who was the distributor in Saudi Arabia?

A. Al-Rabiyah.

COURT REPORTER: How do you spell that name?

THE WITNESS: For Saudi Arabia?

COURT REPORTER: Yes.

THE WITNESS: Do you mind if I go and look and I can give it to you?

COURT REPORTER: Oh, we can get it later. No worries.

THE WITNESS: Okay.

Q. (BY MR. URIS) Do you recall that Al-Rabiyah placed a large order in March of 2021?

Page 75

A. Our Saudi Arabia distributor placed a lot of large orders, and we always had other tenders in the works with them that they were doing. I can't tell you the -- unless I went back and searched the history, I wouldn't be able to tell you exactly when they placed those orders.

Q. You don't recall whether orders that were placed throughout 2021 were placed pursuant to a single purchase commitment?

A. I didn't -- I was not the manager of that territory and that distributor. So no, I don't -- I don't know exactly what dates they purchased tests, and I know that there had been a larger purchase order that we delivered over a few -- as they needed the test or something, but I don't -- I don't really -- I don't know the exact dates that things had happened.

Q. So you don't recall whether -- you don't recall when the final shipment or the large purchase order that you referred to was made?

A. I don't know the exact timing, no.

Q. Did you ever receive any monthly projections from any of your customers?

A. Not during these periods generally. It was such a fast moving environment. And so no, we

Page 76

were not getting projections from the distributors at this time because it wasn't something we could predict or they could predict either.

Q. Did you have any visibility into your customers' inventory levels?

A. No. We really didn't have visibility into their inventory levels.

Q. Do you recall Raver's last substantial purchase being placed in January of 2022?

A. I didn't manage --

MS. SINGHAL: Object to form.

THE WITNESS: I didn't manage Raver, so I can't tell you exactly what purchase orders were placed when.

Q. (BY MR. URIS) But you had access to that information, correct?

A. I would have seen -- if they had placed an order, I would have -- I would be able to see it, yes. But that doesn't mean I remember exactly when it was placed or the volume or the amount of it.

Q. I'm going to introduce what was previously marked as Exhibit 3. That should be available, if you refresh the folder. Again, there's a PDF, which is the slip coversheet, and then there's a spreadsheet which is the actual exhibit.

Page 77

A. So which one would you like me to pull up?

Q. It's labeled Exhibit 0003A.

A. Okay.

Q. Or actually, sorry, I guess, this -- if you could actually open the PDF first, there's actually a -- a cover email that goes along with it. I think for the -- for the PDFs you should be able to either preview it in the exhibit share by just clicking on it or -- or you should be able to download it as well.

A. I have it.

Q. Exhibit 3 is an email from Tom Williams dated July 15, 2022, to Seth Egan. The subject line Sales by Region, Middle East, Asia, Australia, Latin America, Middle East and U.S. major accounts, 2020 through mid July 2022, with an attachment orders by region, 2020, 2021, to July 13, 2022.

I believe you testified earlier that Tom Williams was the person in charge of inputting purchase orders into monday.com?

A. Our sales secretary, yes.

Q. To your knowledge, was the email reflected in this document received at the time indicated on this document?

A. Yeah, I would -- that's what it says, so I

20 (Pages 74 - 77)

Page 78

believe so.

Q. If you could turn to the -- the attachment, which is the -- the spreadsheet labeled Exhibit 3A.

A. Okay.

Q. This appears to be the spreadsheet that's attached to that email, correct?

A. You're telling me that. I don't know for sure. I assume you're telling me this is the one.

Q. Do you have any reason to believe this is not the spreadsheet attached to that email?

A. I don't know. I can't -- I don't know exactly which one was attached there and what the document was.

Q. Does this appear to be an attachment of the sales orders by region?

A. It would appear to be that, correct.

Q. The information in this document appears to be pulled from monday.com, correct?

A. Yes.

Q. Can you go to the Latin America tab?

A. I'm there.

Q. And if you could scroll down to row 132.

A. Okay.

Q. And if you scroll down from there through

Page 79

line or row 315, these appear to be Raver's orders from 2020 through July 13 of 2022, correct?

A. It appears to be the information pulled about that, yes.

Q. Scroll back up to January of '22 for Raver, which starts on line 163 or row 163.

A. Okay.

Q. Just scroll to the right. It appears that they placed various orders in January totaling approximately $1.7 million. Do you see that?

A. I do.

Q. And then if you look up to February 2022, there are various orders for approximately $1.34 million and there's the date order received as January 27 and 28, do you see that?

A. Yeah.

Q. Do you know why those orders are listed under February 2022 rather than January 2022?

A. I -- I can tell you the general practice, but I can't tell you specifically to each one. You know, I'd have to look at the -- I'd have to go back and look at it, but I can tell you, if you would like, the general practice.

Q. Sure.

A. If we received an order at a certain -- at

Page 80

a time and a month where it wasn't going to be delivered in that month, we would often move it to the month that the product would have been delivered to them. That would also depend on if we had to manufacture the product for them and needed a few days to do it, so there were several factors of that. But it would typically be -- if it wasn't going to be delivered in that calendar month, we would push it to the next month.

Q. Okay. And then if you'll look up to I think it's April -- yeah, April 2022, there's an order, a small order for 400, a quantity of 400 and a price of zero?

A. Uh-huh.

Q. Do you know why the price would be zero for -- for that order specifically or generally for any order?

A. Do you want me to speculate?

Q. Do you think that could have been a replacement order?

A. There are different reasons why we would have given them our customer-free test. We would often offer free samples to potential customers. If we had a new product that had come online, we would send them tests to be able to do whatever type of

Page 81

in-country validations that they would have had to do.

At that period with that test, had they ordered that before, if they had not ordered it before, it was likely for that reason, to -- for them to be able to run whatever trials they needed to do to get it approved by their government.

But I don't know specifically why at that time it would have been a zero cost, unless I went back and looked through it.

Q. So the last large order from Raver appears to be in January of 2022, correct?

A. I'll look through it. I would -- I don't have everything -- I'm trying to -- your question specifically was -- was what?

MR. URIS: Can the court reporter please repeat the question.

(Question read.)

THE WITNESS: It looks like Raver on this sheet placed other orders, February, March, April, June.

Q. (BY MR. URIS) Well, as we just discussed that -- those orders that are listed in February, you received the purchase order in January, correct?

A. I don't know exactly when that was

21 (Pages 78 - 81)

Page 82

received. I'd have to go back and look. This does say -- sorry, I'd have to go back and look. I can't tell you specifically.

Q. Do you have any reason to doubt that the date order received reflected in this document is not the date that order was received?

MS. SINGHAL: Objection to form.

THE WITNESS: I don't have a reason to doubt when it was received, but I'd -- yeah, I don't have a reason to doubt that.

Q. (BY MR. URIS) And the order you're referring to in March is for your ZDC kit, correct?

A. It is, yes.

Q. And that -- the total purchase of that order appears to be point three cents, correct, or maybe that's $0.30?

A. That would appear to be correct, yes.

Q. And the order in April appears to be a relatively small order that was sent to Raver for free, correct?

A. Not all of it for free, but for -- they ordered different things on there you can see. MIC tubes and another test.

Q. So you're -- that's in June of 2022?

A. Oh, yes, sorry. Yes, you were in June.

Page 83

Q. And those were for various products, not the Logix Smart COVID-19 test, correct?

A. That's what it says, yes.

Q. And the total purchase price of those items was $24,804, correct?

MS. SINGHAL: Objection to form.

THE WITNESS: Again, this is not the accounting software, so this is -- you know, this maybe would exclude shipping and other things that would be involved in this, so approximately.

Q. (BY MR. URIS) So this appears to show that the last substantial order that Raver placed for the Logix COVID-19 test was in January of 2022, correct?

A. I would say January and February. I mean, they placed it, but it wasn't delivered in a certain time, so I would say January and February.

Q. Do you know why Raver did not place any orders for the Logix COVID-19 test after placing the order in January or February of 2022?

A. I think there were several things happening. Raver had been buying the COVID-19 test, their customers started buying more of our ABC test, the Logix Smart ABC test. And then there was [sic] lots of other activities going on in Mexico. You

Page 84

know, lab businesses were typically inundated with COVID only, and so they didn't test for a lot of other diseases during those periods. And at this point other tenders were starting to open up for other products. That's why you see some of these going out at no cost was to give them the samples that they needed to be able to get them in customers' hands to -- to either qualify for tenders, receipt the tenders, or get the customers to try all the product before they bought it.

So the reasons we would be sending those out was to get -- to get them familiar with the product because it's a very technical product. They have to know how to use it, and they have to know the workflow. So these -- these other things would have been sent out to help the customers know the product.

You could see that in January we were sending out MIC boxes, we were sending out things that would help the customers run our tests that they were buying. So there were lots of -- lots of things happening in that territory.

Q. So I believe you said that Raver's customers at that time were purchasing more non-COVID tests or interested in purchasing more non-COVID tests. But do you know why Raver from that point

Page 85

forward did not place any additional orders for your COVID tests or your ABC tests?

A. I don't specifically know that. At the same time there were other pandemic threats happening at that point. Monkeypox or Mpox was one. We developed a test for that. You could see that in their order history they bought the Mpox test. And if you look back at that time, there was serious concern that Mpox was going to be another pandemic, and it has surfaced several times over the last two years. There were also things like ZDC. There's been Dengue outbreaks down in those areas. So, you know, sometimes this was positioning laboratories that would do Monkeypox or ZDC tests because not every laboratory does the same thing. Some of them specialize in different types of diagnosis [sic].

Do -- and one of the -- one of the reasons it was -- that, you know, it's hard to predict anything was that you had ongoing threats of other pandemics and other outbreaks, tropical disease, in vector-borne testing with Monkeypox, Zika, Dengue -- there's a lot of factors out there that -- that were at play. And you can -- and the goal was to get the other products in the -- in the -- in our Logix Smart suite to that distributor to be able to promote them

22 (Pages 82 - 85)

Page 86

to their customers.  And we certainly were expecting large orders from the Monkeypox and other tests that we were putting out to them.

Q.  Do you know when Co-Diagnostics, Monkeypox test was approved for sale in Mexico?

A.  I don't know -- I don't know the approval status of that.  And I don't know the -- I don't know the regulatory parts of that.  So no, I don't.  I can't answer that.

Q.  You don't know if it was approved for sale prior to May of 2022?

A.  I don't know that.  We'd have to go back and look through the regulatory records.

Q.  Do you know when Co-Diagnostics' ZDC test was approved for sale in Mexico?

A.  They had done different evaluations.  I don't know the actual status of that today.  So I can't answer that either.

Q.  Do you recall what the results of those evaluations were?

A.  You know, at different times evaluations do different things, and I know that there is one particular time that the ZDC test had gone into the InDRE for an evaluation, where I'm not -- I'd have to see the results, but we were not happy with the

Page 87

results that came at that time.  But there's a lot of factors that play into that that don't -- don't really point to anything that -- if you would like to talk about that, we can, and some of the factors that participate in that, but that was one of them.

Q.  Do you recall that Co-Diagnostics ZDC kit failed its InDRE evaluation?

A.  I recall an email about the InDRE evaluation needing to be redone.  And just because a product doesn't pass an evaluation, doesn't mean that it's reflected on the product.  There's many factors again that play into that, such as did the -- when did they run the comparator test to it?  Was it done at the same time, prior to it?  How long had the sample been stored in the freezer?  RNA degrades quickly even when frozen.  And so there are a lot of factors that have to be put in there.

And that doesn't necessarily mean that it's the test problem.  It could have been the way they were running it, it could have been the way they stored it.  They're temperature specific.  So again, it's -- you know, there's many factors that play into that.

Q.  Do you recall whether Mr. Gundry visited the InDRE lab in Mexico that was conducting the

Page 88

evaluation on the -- on Co-Diagnostics' ZDC test?

A.  I know Cameron made many visits to Mexico.  I don't know specifically what his activities were.  And I don't know, but I believe that he did visit the InDRE or that -- but I know that Raver did, but I don't know exactly who or when -- I'd be speculating as to who went where and when.  I just know Cameron went to Mexico several times to meet with the distributor.

Q.  Do you recall ever talking to Mr. Gundry about what he was told about how the InDRE evaluation of the company ZDC kit was going?

MS. SINGHAL:  Objection to form.

THE WITNESS:  I don't recall a specific conversation about it.

Q.  (BY MR. URIS)  Do you recall having any conversations about it?

A.  I recall there being some -- I believe some emails about it, probably a few conversations about it, but I don't -- I don't have any, you know, specific conversations that come to mind.  I believe I had talk to the distributor in Mexico or emailed with the distributor in Mexico about the evaluation, that we would help support a new one.  But that's -- again, that's going back two years.  I'm not sure --

Page 89

I would have to have more refresh here.

Q.  Do you recall having any conversations with Mr. Gundry or anyone else about whether the ZDC kit was expected to fail its InDRE evaluation?

A.  I don't recall.

Q.  The ABC test tests for COVID-19, correct?

A.  It's one of the targets that it picks up, correct.

Q.  Did you ever talk to Mr. Gundry about Raver's lack of purchase of any of your COVID-19 tests after January 2022?

MS. SINGHAL:  Objection to form.

THE WITNESS:  I don't recall specific conversations.  We -- we had, you know, the tests that we were currently offering them.  We had tests that were in development that they were very excited about purchasing.  So we had a lot of things moving at any given month and at any given time.

And so, you know, the -- for them to move from using our single gene target COVID-19 test to our ABC test, we expected them to continue to buy our suite of products and our other products that were being offered and enhancements to test as we developed them and got them approved.

Q.  And did you have any expectations

23 (Pages 86 - 89)

Page 90

regarding Raver's purchases of your COVID-19 tests following January 2022?

A. I don't recall specifically. Again, I didn't manage Raver.

Q. But you were the head of sales, correct?

A. Correct. But did not manage that distributor or that territory.

Q. And after Raver didn't place any orders for the Logix COVID-19 tests in February, March, April or early May of 2022, at any point during that time did you talk to Mr. Gundry about why he thought Raver hadn't placed any additional orders?

MS. SINGHAL: Objection to form.

THE WITNESS: I would say Cameron and I met about things like our ABC test continuing to be sold there, the ZDC test being sold into those regions. The -- you know, the threat of a possible pandemic with Monkeypox was another one, you know, that was -- that put a lot of opportunity there.

Q. (BY MR. URIS) Do you recall any conversations you had with him about your ABC test in either February, March, April or early May of 2022?

A. I do not recall any specific conversations about it.

Q. Did you talk to anyone at Raver around

Page 91

that time about why they had not placed any purchases for the COVID test in February, March, April or early May of 2022?

A. I very rarely had any contact directly with Raver. That was not my place. I don't speak Spanish. Very rarely would I have had any conversations with them.

Q. Did the fact that Raver had not placed any orders for the company's Logix COVID-19 test in February, March, April or early May of 2022 concern you?

MS. SINGHAL: Objection to form.

THE WITNESS: I think I've answered that a couple times. There were lots of things going on in those territories. There were Dengue outbreaks going on, Chikungunya outbreaks going on, the threat of a Monkeypox pandemic happening and -- so there was -- there was still a great deal of opportunity available down there, things that we were working on. And not only with our ZDC test, but with our test that actually would test the mosquito specifically to see if the mosquito had the disease.

So there were -- there were multiple things at play in that territory that we were expecting to bring large orders from.

Page 92

Q. (BY MR. URIS) But you had not received any large orders for those tests by this time, correct?

A. I think it's -- a little context is important here. If you don't mind if I answer that. You know, again, this is a very specific product for customers, for laboratories. And customers have to use it, they have to make sure that they like it, that it fits their workflow for their laboratory, that it goes through, if applicable. Not everything is applicable, but if it's applicable to having an InDRE or other equivalent type of evaluation in that country or other countries. Those things take a little bit of time to get done, and we -- we were positioning ourselves with tests like that Monkeypox test that we were -- we were ready to fulfill large volumes if it became an issue large enough that they needed tests in that region.

Q. But at this time the Logix COVID Step test still accounted for over 90 percent of the company's sales, correct?

A. I think you'd have to look at the ABC test in there. That's not the same test. It's a broader panel test that was being offered as well. And customers were buying not only our COVID-19 tests,

Page 93

but customers were also buying the ABC test. And at this period as well we also were -- were having labs in the United States and other places demo the Monkeypox test in case that became a bigger issue. You know, these are things that -- no one -- sorry, go ahead.

Q. That's okay. Do you have an understanding as to -- strike that.

When the company publicly refers to the Logix Smart COVID-19 test, do you have an understanding as to whether or not that includes the ABC test?

MS. SINGHAL: Objection to form.

THE WITNESS: I don't know that. I don't draft those statements, so I don't know that.

Q. (BY MR. URIS) Would you be surprised if it did include the ABC test?

MS. SINGHAL: Objection to form.

THE WITNESS: Again, I don't draft those statements or have anything to do with those statements.

Q. (BY MR. URIS) So at this time any of the company's tests that tested for COVID-19 still accounted for over 90 percent of the company's sales, correct?

24 (Pages 90 - 93)

Page 94

A. Again, I can't -- I can't give you specifics there. I don't know the exact percentage, and there was multiple products out there with ABC and COVID-19. You'd have to show me more or I'd have to be able to go through the numbers to know what I'm saying there. But I can't answer that.

Q. Do you know whether Raver ever committed to make further purchases of any of the company's COVID-19 tests after January 2022?

A. Again, I don't manage Raver, and I don't participate in every conversation we had with them. I know that we continue to use them as a distributor. So no, I can't -- I can't give you specifics there.

Q. In either February, March, April, or early May of 2022, did Mr. Gundry ever tell you that Raver had made any commitments for further purchases of any of the company's COVID-19 tests?

A. I don't recall.

Q. If you could turn back to the spreadsheet and go to the tab labeled "U.S. Major Accounts."

A. Let me clarify what spreadsheet. Am I going to the Excel spreadsheet? The PDF?

Q. Yes. The Excel spreadsheet, Exhibit 3A.

A. U.S. major accounts?

Q. Yes. Do you see the first customer listed

Page 95

is Intelligent Solutions?

A. I do.

Q. Take a look at January 2022. It appears Intelligent Solutions placed orders for COVID-19 tests totaling about $1.15 million; is that correct?

A. That's what this download would show.

Q. And then there's some orders in February, 2022 totaling 122,000. Do you see that?

A. I do.

Q. And then in March 2022, it says orders of 74,000. Although do you see that that first order for 70,000 appears to have been placed on February 24, 2022?

MS. SINGHAL: Objection to form.

THE WITNESS: You need to be -- you need to reask that and direct me exactly where you want me to look.

Q. (BY MR. URIS) In March -- in the March of 2022.

A. Okay.

Q. There appear to be total orders of 74,000, correct?

A. Correct.

Q. However, that $70,000 order in March 2022 appears to have a date order received of February 24,

Page 96

2022; is that correct?

A. It does show that.

Q. Do you think that that was probably included in March for the same reason we discussed previously, that it was towards the end of the month and may not have been delivered until March of 2022?

A. I don't know. I'd have to just -- just speculating. I don't know the specific issue.

Q. Can you think of any other possible reason why that would be listed in March of 2022 versus February of 2022?

A. I don't. Sometimes a customer needed, you know, things to be labeled specifically or they needed a specific lot that had a particular expiration date. You know, so there were -- there were lots of factors here. I can't tell you exactly why on this one that that would have been the case.

Q. And then in April there were $74,000 in orders, correct?

A. That's what this document says.

Q. Do you know why Intelligent Solutions reduced the volume of its purchases of the company's COVID-19 tests following January of 2022?

A. I don't. I didn't manage the relationship between Intelligent Solutions, it wasn't me.

Page 97

Q. Do you know who managed that account?

A. I do.

Q. And who was it?

A. Joseph Featherstone.

Q. And did he report to you?

A. He did.

Q. Did you ever talk to Mr. Featherstone about Intelligent Solutions' reduction in purchases following January of 2022?

A. Not that I recall specifically.

Q. Did you talk to anyone at Co-Diagnostics about Intelligent Solutions reduction of purchases following January of 2022?

A. There's nothing specifically that comes to mind about that.

Q. Did the fact that Intelligent Solutions had reduced the volume of its purchases following January of 2022 concern you?

A. No.

Q. Why not?

A. There were other factors at play here. You had again the emergence of Monkeypox and a threat of an additional pandemic. You had new variants circulating with COVID-19. You had other factors contributing to this again with masks being removed,

25 (Pages 94 - 97)

Page 98

which, you know, could have very well have increased the -- the number of testing that needed to be done. There's seasonal issues with kids going to school and being out for the summer. Travel related testing. There's a lot of variables that have to be thought about as you look at all of the different numbers and tests that were being sold and the situations in each, you know, country and things that -- that play a role.

Q. So the fact that one of your biggest customers had reduced the volume of its orders in February, March, April, and early May of 2022 didn't concern you?

MS. SINGHAL: Objection to form.

THE WITNESS: And I think I just asked that -- answered that in my last question -- in my last response.

Q. (BY MR. URIS) Did Intelligent Solutions ever purchase any tests from you other than COVID-19 tests?

MS. SINGHAL: Objection to form.

THE WITNESS: We had different versions of the COVID-19 tests that took different sample types or that tested a larger panel. So they -- they bought several different tests in our -- in our Logix

Page 99

Smart product line.

Q. Did they ever purchase any tests that did not test for COVID-19 from you?

A. Again, I would have to go back and look. I didn't manage that account.

Q. In February, March, April, or early May of 2022, were there any new variants that you were aware of?

A. I'd have to go back and look at the different variants that were circulating. If you remember, you had Omicron, you had Delta, you had Gamma, you had lots of different variants. And so I'd -- I'd have to go back and look at when the variants were introduced, when they were discovered, where they were prevalent.

You know, then again, Monkeypox, you know, becoming a threat was a big -- was something we were prepared for and then the tropical disease outbreaks of Zika, Dengue, Chikungunya in many regions of the world were also, you know, viewed as a -- as a place where the test would be sold.

Q. Did Intelligent Solutions ever purchase any Monkeypox tests from Co-Diagnostics?

MS. SINGHAL: Objection to form.

THE WITNESS: And I think you asked that

Page 100

already. I don't -- I'd have to go back and look through all of the records. I don't know if we provided samples to any of the laboratories. I don't know. I'd have to go back through it.

Q. (BY MR. URIS) In March, April or early May of 2022, did Mr. Featherstone ever tell you that Intelligent Solutions had committed to making further purchases of the company's COVID-19 tests?

A. Yeah, I don't recall anything specific about that.

Q. Did he tell you whether he was anticipating any further purchases from Intelligent Solutions at that time?

MS. SINGHAL: Objection to form.

THE WITNESS: I don't -- I don't recall. I'd be speculating.

Q. (BY MR. URIS) Do you recall whether any of the other -- do you recall whether any of the company's other customers had either stopped purchasing or reduced the volume of their purchases of the company's COVID-19 tests in early 2022?

A. I'm sorry, reask that question.

Q. Do you recall whether any of the company's other customers stopped purchasing or reduced the volume of their purchases of Co-Diagnostics' COVID-19

Page 101

tests in early 2022?

A. You know, we had a lot of customers that serviced a variety of areas of the world, customer bases. There were a lot of factors there. And so I don't recall anything specific, any specific customers. You'd have to -- you'd have to go through each one to discuss that.

MR. URIS: I think this is a good point for a break, if that works for you all.

MS. SINGHAL: That's fine.

THE WITNESS: Okay.

VIDEOGRAPHER: The time now is 1:29 p.m. We are off the record.

(Break taken from 1:29 p.m. to 1:40 p.m.)

VIDEOGRAPHER: The time now is 1:40 p.m. We are back on the record.

MS. SINGHAL: Counsel, before we begin, I just want to clarify something on the record. I believe earlier you were asking Mr. Egan about computers and you were talking about a desktop. He does not have a desktop as you would think of like a computer tower with screens. He was referring to -- he has laptops. He was referring to the desktop on his laptop. So I don't know if that helps clarify things for you.

26 (Pages 98 - 101)

Page 102

MR. URIS: Yeah. I think it does.

Q. (BY MR. URIS) I guess, Mr. Egan, is there any other computer or device other than your laptop that you use for business purposes?

A. No. Just my laptop.

MR. URIS: Okay. So -- yes, so thank you for the clarification. I guess the request still stands with respect to his laptop and any other devices that you may be aware of.

MS. SINGHAL: Understood. Thanks.

Q. (BY MR. URIS) Okay. I'm going to introduce what was previously marked as Exhibit 4. And that should be available. And this is just a PDF, so you should be able to just click on it and preview it through exhibit share, but you can of course download it as well.

A. I've got it.

Q. And this is an email thread. The top email is from Andrew Benson to Cameron Gundry, copying Tom Williams, Seth Egan and Marlin Ramos, sent on February 8, 2022. The subject line, "Re: Darn, they cancelled the rest of the COVID-K-OO1s from order number 2410." Who is Andrew Benson?

A. Andrew Benson helps on logistics when necessary, but he is the head of investor relations.

Page 103

Q. And what kind of logistics does he help with?

A. Shipping logistics.

Q. To your knowledge, was the email reflected in this document received at the time indicated on the document?

A. I have no reason to believe otherwise.

Q. And if you look at the second email on the chain from Mr. Gundry on February 8 at 4:20 p.m., he wrote, "I spoke with Mario here. He says due to the rise and now fall in demand for the COVID-K-001s, they want to cancel the rest of order number 240." Do you see that?

A. I do.

Q. Do you know who Mario is?

A. I do not know who Mario is.

Q. If you'll look at the email below his, which goes on to the next page, there appears to be an email from someone at Raver, Jose Mario Rodriguez Bermajo. Is your understanding that that's who he's referring to?

A. It would appear to be.

Q. And if you look up at Mr. Benson's email, he responds "Glad we shipped them a little more COV1 yesterday then, before they cancelled the rest. But

Page 104

that's still over a quarter million dollars we're missing out on. Hopefully we'll see a replacement order for it later this quarter." Do you see that?

A. I do.

Q. Did the company ever receive a replacement order later that quarter?

A. I'd have to look in the records to see. I don't -- I don't know.

Q. Do you know whether the company ever received the replacement order in the second quarter of 2022?

MS. SINGHAL: Objection to form.

THE WITNESS: I think my -- the original answer stands. I don't -- I'd have to look through all the records to see what happened.

Q. (BY MR. URIS) I want to introduce -- I'm going to introduce as Exhibit 33 a document bearing Bates stamp CODX00035960.

A. I do not see that yet.

Q. It should be available now, if you refresh one more time.

A. And it was what exhibit number again?

Q. 33.

A. Okay.

Q. This is an email chain from Cameron Gundry

Page 105

to Seth Egan, Dwight Egan and Andrew Benson dated February 16, 2022, with the subject line "Maybe the one market survey worth it for us."

To your knowledge, was the email reflected in this document received at the time indicated on the document?

A. No reason to think differently.

Q. So in Mr. Gundry's email, is it your understanding that he's suggesting to you, Dwight Egan and Andrew Benson the purchase of a COVID-19 diagnostics market data report?

MS. SINGHAL: Objection to form.

THE WITNESS: It appears to be so. We get solicited to buy reports all the time.

Q. (BY MR. URIS) Do you recall ever responding to this email from Mr. Gundry?

A. I don't recall responding to this.

Q. Do you recall ever discussing this report or potentially purchasing this report with anyone at Co-Diagnostics?

A. Not that I recall.

Q. And in Mr. Gundry's email he writes, "This one comes with quarterly market size update to keep the forecasts as sharp as possible. That's unique."

Do you recall whether the company ever

27 (Pages 102 - 105)

Page 106

purchased this report?

MS. SINGHAL: Objection to form.

THE WITNESS: I don't think so. I have no -- I don't think we would have ever purchased that report.

Q. (BY MR. URIS) Below that Mr. Gundry writes, "Did you see Novacyt cut its revenue projections in half recently?" Do you see that?

A. I do.

Q. Do you know who Novacyt is?

A. I know they are just another diagnostic company.

Q. Do you know whether they sold any COVID-19 tests?

A. I don't know enough about their business to answer questions about Novacyt.

Q. But you don't know whether they sold a COVID-19 detection test?

A. I don't know what their product offering is, no.

Q. Do you recall having -- having any reaction at this time to Mr. Gundry's statement that Novacyt cut its revenue projections in half recently?

A. Again, I don't know enough about Novacyt. I don't know what products they're talking about.

Page 107

So, no, I don't know.

Q. Do you think Mr. Gundry would mention that to you unless he thought it had some relevance to the company's business?

MS. SINGHAL: Objection to form.

THE WITNESS: Cameron sends a lot of things to lots of people that are lots of times very irrelevant.

Q. (BY MR. URIS) I'm going to introduce another exhibit. I'm going to introduce as Exhibit 34, a document bearing Bates stamp CODX00043889. And that should be available now.

This is an email chain. At the top email from Don O'Neill sent on February 18, 2022, to Seth Egan with the subject line, "Re: CoDx kits."

To your knowledge, was the email reflected in this document received at the time indicated on the document?

A. No reason to think otherwise.

Q. And who is Don O'Neill?

A. I don't remember who Don O'Neill is.

Q. Turn to the last -- the bottom email in the email chain, which is an email from Jillian Harrington to Don O'Neill copying Seth Egan on January 12th, 2022. Do you see that email?

Page 108

A. It's the January 12th at 7:13 p.m.?

Q. Yes.

A. Okay. I see it.

Q. Who is Jillian Harrington?

A. Jillian Harrington worked for NOMI Health.

Q. Do you recall what her role was at NOMI Health?

A. She was -- she was high up in their laboratory management system. I don't know exactly what her -- this one says she's the laboratory director. It sounds -- I think she had a couple different titles, but I think that's what her title -- I think that's one of her positions.

Q. If you'd take a look at her email. She writes, "Hello, Don. I have cc'd Seth on this email. He can route you to the right person/location to figure out how to price and purchase the Logix Smart kit from CoDx. Seth, meet Don. Don is looking to validate a new assay in their lab. He is doing a lot of overflow volumes for us currently." Do you see that?

A. I do.

Q. Do you have an understanding of what Ms. Harrington means when she refers to "overflow volumes"?

Page 109

MS. SINGHAL: Objection to form.

THE WITNESS: I believe NOMI Health when their volumes would get too high would outsource to other laboratories to handle overflow for them.

Q. (BY MR. URIS) Do you know whether Don O'Neill was associated with a company or a lab called Alpha Genomics?

A. The name Alpha Genomics does sound familiar. The one in his email that is there, I don't recognize.

Q. So NOMI appears to have put you in touch with Mr. O'Neill, correct?

A. Yes.

Q. Do you recall whether he started purchasing the Logix Smart kit from you at this point?

MS. SINGHAL: Objection to form.

THE WITNESS: Again, I'd have to go through the records.

Q. (BY MR. URIS) And look at Mr. O'Neill's email that starts on the bottom of the first page of the document, it's a January 18, 2022, email, at 6:22 a.m.

A. Okay.

Q. And in that email he appears to be sending

28 (Pages 106 - 109)

Page 110

you a purchase order for 20,000 additional kits, correct?

A.   That is what it says.

Q.   And then in response to that on January 24th, you write an email to Mr. O'Neill, "Hi, Don, just checking to make sure everything is good on your end.  Let me know if you need anything."  Do you see that?

A.   I do.

Q.   And then in the top email in response to that, Mr. O'Neill writes to you, "All good, Seth.  NOMI slowed way down, but we love the kits."  Do you see that?

A.   I do.

Q.   Do you have an understanding of what Mr. O'Neill is referring to when he said NOMI slowed way down?

MS. SINGHAL:  Objection to form.

THE WITNESS:  I think you have to look at Jillian's email at the bottom that says that this lab is an overflow lab for them.  And so NOMI had slowed in sending them overflow kits.  NOMI had a lot of capacity at different times, and so, you know, viewing this email where he says we're depleting all of our thermo inventory, it's good.  He's depleting

Page 111

his inventory, he loves our kits, and -- and he's going to make a transition to CoDx products.  That's good news for me.

Q.   Do you know whether Mr. O'Neill placed any significant orders with Co-Diagnostics after this date?

MS. SINGHAL:  Objection to form.

THE WITNESS:  Again, I'd have to look at records to know that.

Q.   (BY MR. URIS)  I'm going to introduce what was previously marked as Exhibit 6.  And that should be available now.

A.   Okay.  I see it.

Q.   This is an email thread.  At the top email from Lauren Benzonana to Seth Egan sent on March 14, 2022, copying Cameron Gundry, subject line "Re: Reporting Form."  The attachment LB Monthly Distribution Update, March 3, 2022.

A.   I would correct the name.  You said Lauren.  I believe her name is Laura.

Q.   My apologies.  To your knowledge, was the email reflected in this document received at the time indicated on the document?

A.   I believe so.

Q.   Do you recognize this -- this email and

Page 112

attachment?

A.   I recognize, you know, some of the things that we had put together, yeah, so I don't -- I don't think I read the entire report, but I recognize some of the substance of it.

Q.   And who is Laura Benzonana?

A.   Laura was a contract sales rep who lives in Europe, in Greece.

Q.   So can you tell me kind of generally what -- what this report is that she's sending you and what its purpose was?

A.   Laura became somebody that helped manage certain countries in Europe, and in many areas places where we had never had business, and we were looking to develop business in those regions.  And this was a way to understand what was happening in each of those regions.  That report has things from Kosovo, Ukraine, places where we never had distributors or products being sold.  It was a goal to expand business.

Q.   Do you ever put together any report like this for yourself or anyone else concerning any accounts that you were covering or any leads that you were pursuing?

A.   You know, I believe I put together the

Page 113

format of this.  You know, I think again this is mainly covering territories in which we had no business in ever and that we were -- that we were looking to develop business in as we had met potential distributors at trade shows and other events.

Q.   So -- yeah, so I understand that.  But did you ever put together a similar report for any of the accounts you were responsible for or any other customer leads that you were pursuing?

A.   I don't think so.

Q.   Do you know if Mr. Gundry ever put together a report like this?

A.   I think Mr. Gundry would have helped on this report with Laura.  You know, so again -- but I don't -- I don't recall seeing anything specifically from Cameron.  I'd have to -- have to search it.

Q.   Do you recall when you started having Laura or any other sales reps put together reports like this?

MS. SINGHAL:  Objection to form.

THE WITNESS:  You know, Laura I think joined -- Laura joined the company later on, so this would have been probably around the time that she became a contractor for the company.  So it was a way

29 (Pages 110 - 113)

Page 114

to manage what she was doing as she started working with the company.

Q.   (BY MR. URIS)  Did you have any other sales reps put together reports like this?

A.   I know that I would send this out to out of country reps, like we have one rep down in South America that I would send this to.  But I don't really recall -- his English doesn't -- is not as strong, so I don't recall anything that I actually saw back from him specifically.

Q.   Anyone else?

A.   I would also think, but I don't know for sure, that I had sent this to our -- the person that was helping in other parts of Europe.  Syntec was the distributor name and they were also helping trying to help develop business in new countries as well.

Q.   Do you recall when you may have had Syntec start putting together reports like this?

A.   I don't know.  I don't know exactly when I would have done that.

Q.   If you can turn to the report, specifically page -- pages 31 and 32 of the report, or if you look at the bottom right-hand corner of the document, there's a series of letters and numbers, which is called a Bates number.  It's the page ending

Page 115

in 306.

A.   So you want me to -- you told me to go to 32 to 34, or are you wanting me to go lower than that?

Q.   31 to -- I don't know what page of the PDF it is, but it's the page with the Bates number ending in 306.  So CODX_00476306.

A.   Okay.  I believe I have that up.

Q.   Okay.  Near the top of the page she writes "After the feedback I have received from my distributors, these are a few proposals I have to help them be more successful in the field."

And then in the first point she writes "The majority of our distributors have directly lost clients to Seegene's four gene test."  Do you see that?

A.   I do.

Q.   Who is Seegene?

A.   Seegene is another diagnostic company based in Asia.

Q.   Did they sell a Logix -- a COVID-19 detection test?

A.   I am not totally familiar with their product line, but I do believe that they have -- that, yes, they did have a COVID-19 test.

Page 116

Q.   Do you know what Seegene's four gene test is?

A.   I don't know specifically what that test is.  But from the description, I could give an idea.

Q.   Could you -- could you give that idea?

A.   A different test would be developed with different gene markers, and some countries viewed that more than one gene was made a better test.  And so there were -- you know, it's one of the reasons we developed a two gene test and other test to be able to compete with -- with these.  And so -- but just because it has more genes doesn't mean it's better in any way, generally.

So Seegene was just another -- a large company that had a big presence in the region.

Q.   I think if you'll go down to the second point, she lists here "Another thing I have proposed to Cameron, and we are looking on -- and we are working on is to create fight cards that show the benefits of Logix Smart compared to our main competitors.  This will help our distributors have the arguments when visiting clients and be more successful."  Do you see that?

A.   Yes.

(Reporter clarification.)

Page 117

Q.   (BY MR. URIS)  So she appears to be proposing this because distributors were having difficulties selling customers on the Logix Smart test, correct?

A.   I don't think so.  I think she's saying that we -- we need to strengthen the way that we -- that our -- we need to give our distributors more resources to be able to sell the test, to be able to explain it better.  Not that they were having trouble with it, to be able to explain it better.

Q.   But she's saying compared to your main competitors, correct?

A.   You know, I think it's important to note Laura was a consultant for the company.  Her idea of who a main competitor is is different than what I would view as a main competitor.  Maybe a main competitor for that region, but not -- maybe not worldwide.  So for Laura, that was the case, but Laura is also quite new at the company at this period.

Q.   And if you'll look at the third point, she writes "A recurring theme in talks with new and existing distributors is the need for faster kits.  The Russian and Croatian leads said that governments are looking for tests in under one hour."  Do you see

30 (Pages 114 - 117)

Page 118

that?

A.   I do.

Q.   Do you recall how long the Logix Smart COVID-19 tests took at this time?

A.   Yes.  I mean, but there's a lot of variables to that.  It depends on the extraction method you're using, whether you're using a manual extraction or whether you're using an automated extraction.  The actual run time for the test was not -- you know, was I think, you know, under an hour.  But when you had to put the different processes together of getting the sample, extracting the RNA or DNA, it could take up to about an hour and 20 minutes is what I recall.

But it's really lab dependent and process dependent on what type of equipment the lab has, what type of thermocycler they're using, automated versus manual.  There's a lot of things that play into that.

Q.   Do you know whether Seegene had a test that could be run more quickly at this time?

MS. SINGHAL:  Objection to form.

THE WITNESS:  I don't know.  I don't know their run times.

Q.   (BY MR. URIS)  And then she writes the next sentence, "All our distributors are also asking

Page 119

for significantly lower prices.  Europe is seeing really lowering prices in Greece kits that are sold -- Greece kit -- Europe is seeing really lowering prices in -- prices in Greece kits are sold for one and a half Euro per test.  If we can remove the cost and extraction completely, then we would be so much more competitive in these regions."  Do you see that?

A.   Point me to exactly where you're talking about there.  I don't see that.

Q.   The third, fourth, and fifth sentence of that point number three.

A.   Okay.

Q.   Do you see that?

A.   I do.

Q.   So was she saying that distributors in that region were -- were indicating that their prices for those Logix tests was not competitive?

MS. SINGHAL:  Objection to form.

THE WITNESS:  You know, she's -- Laura is a researcher, you know, so she gives comments like if we can remove the cost of extraction it makes it more competitive.  You know, there's -- you know, almost every PRC test needs extraction.

Again, remember in this document she's

Page 120

going through a lot of countries that we have no customers in at this point.  And so I think it's hard to -- to talk about this with understanding that these were -- many of these regions were regions where we had no business already and we were -- we were exploring new business opportunities in those regions.

Q.   In the first sentence in that point three she refers to both new and existing distributors.  Do you know what she's referring to by existing distributors?

A.   It could be just distributors that she's interfacing within her territories.  I don't know what -- I don't know -- unless I could see what distributors she was in contact with, I wouldn't know exactly which ones she's talking to.

Q.   I'm going to introduce what was previously marked as Exhibit 7.  That should be available.  This is an email chain.  The top email from Cameron Gundry, dated February 24, 2022, to Jesse Montgomery, Seth Egan, Kenneth KC Bramwell, copying, Laura Benzonana and Dwight Egan with the subject line "Re:  Product improvements for more sales and increasingly competitive market."

Who is Jesse Montgomery?

Page 121

A.   Jesse Montgomery at that time was our chief science -- well, I believe he was our chief science officer at that time.

Q.   And who was Kenneth Bramwell?

A.   During this period KC -- KC has had some different titles.  He was our deputy chief science officer, but I don't know what his title was at this time.

Q.   If you look at the bottom email from Mr. Gundry, on February 24, 2022, at 9:55 a.m., he writes "Can we test heat only, think Anne Wiley's recent presentation to us with our DS, V1, or ABC kits?  As you can see, Seegene has recently launched a 30-minute COVID test."  Do you see that?

A.   Yes.

Q.   Does that help you recall that Seegene had lost -- had launched a COVID test that was faster than Co-Diagnostics' test at that time?

A.   Again, I don't know Seegene's product line, so I don't -- I don't know what product they launched.  I don't know what characteristics were typically there unless I'm seeing it in this email.  But I don't -- again, I don't know product -- I don't know their product line well enough to speak to it.

Q.   But the company's head salesperson for

31 (Pages 118 - 121)

Page 122

Latin America and Europe is writing an email to you saying that, correct?

A.  She's writing an email about the run time. And -- and you'll see in Cameron's response, he talks about the things like the DS kit, which is our direct saliva kit, things we were doing to speed up these processes.  Postmarket surveillance is an important part of our quality management system.  Knowing what's going on in the market, knowing what customer needs are is an important piece of -- of our postmarket surveillance requirements.

And so we're responding to what's being asked here, is using our direct saliva kit.  We're using some of our other kits and speeding up that run time if it's -- if we are able to do it.

Q.  And I just want to clarify that the bottom email is also from Mr. Gundry?

A.  It looks like it, yes.

Q.  So in that email he appears to be informing you that Seegene, who launched the 30-minute COVID test, correct?

A.  He's saying that, but I haven't seen anything about it, in my opinion.

Q.  And then in that -- in that bottom email he also writes "One way to keep up with innovation

Page 123

could be to provide a DS sans PK shortening -- shortening the protocol, the cost and the complexity."  Do you see that?

A.  Uh-huh.

Q.  And so in this email Mr. Gundry appears to be raising many of the same concerns that Laura had mentioned in her March report, correct?

MS. SINGHAL:  Objection to form.

THE WITNESS:  You know, I think you're talking about a very specific -- like an area of the world where there was almost -- you know, that we never had significant business in, and -- and where we never had strong product because we never had a big birth into that market.  And so these are -- you know, a lot of these areas she's talking about Ukraine and Russia, you know, were areas we were not even doing business in.

And so it's -- you know, again, Laura is a researcher, she's always going to be trying to put out, you know, different things that we could -- we could try to do.

Q.  (BY MR. URIS)  And Mr. Gundry was the director of commercialization for Latin America and Europe, correct?

A.  Right.

Page 124

Q.  And in this email he's raising a concern that Co-Diagnostics was not keeping up with innovation, correct?

MS. SINGHAL:  Objection to form.

THE WITNESS:  I don't think he's saying we're not keeping up with innovation.  I think he's saying we've got innovative products here, and there's probably things we can do to even continue to innovate those further.  We've been innovative the whole way along here.  We've introduced not one COVID-19 test, we've introduced a two gene COVID test, an ABC test, a direct saliva test, and we're keeping up with innovation just fine in my opinion.

Q.  Look at his bottom email in the sentence that says "One way to keep up with innovation could be to provide a DS sans PK, shortening the protocol, the cost and the complexity."

So is it your understanding that he thinks these are ways that the company -- these are things the company could pursue to keep up with innovation?

MS. SINGHAL:  Objection to form.

THE WITNESS:  I think he's saying that we could try some different R&D things to see how in other ways we can improve the current product.  But I think your comment about keeping up with innovation,

Page 125

that we weren't doing that is not true.

Q.  (BY MR. URIS)  Was Co-Diagnostics ever able to win substantial business in Europe?

MS. SINGHAL:  Objection to form.

Q.  (BY MR. URIS)  For its COVID-19 tests?

A.  Yes, we were.

Q.  When?

A.  I don't know the exact dates, but we had big territories in Europe.

Q.  And in the top email Mr. Gundry writes "FYI, Russia leads and a potential Croatian distributor are saying that less than one hours is needed to win gov sales these days.  I think Seegene will again take our lunch with many gov sales with this new 30-minute PCR protocol.  We will undoubtedly lose more sales into this --"

(Reporter clarification.)

Q.  (BY MR. URIS)  We will undoubtedly lose more sales to Seegene to this 30-minute delio barring a market response."

A.  And what's the question?

Q.  Do you recall whether you had any reaction to that email at this time?

A.  Given that Russia and Croatia are territories that we had no business in, I don't know

32 (Pages 122 - 125)

Page 126

anything about this test that's being mentioned, whether a 30-minute protocol is even true. I don't know anything about that workflow. I don't know what type of extraction is needed. Just because it's a 30-minute run time doesn't mean that it doesn't require 30 to 40 minutes of extraction and other processes to get it ready to go in to a PCR machine.

So without more information about what test you're talking about, what their protocols are, what machines it's run on, those things, I can't -- I can't go into any more of it. There's just nothing more to speculate on.

Q. I'm going to introduce what was previously marked as Exhibit 8. And that should be available.

A. I have that.

Q. This is an email chain. The top email is from Cameron Gundry, sent on May 4th, 2022, to Brandy Robinson, Seth Egan, Marlin Ramos, Kenneth Bramwell, Chad Apuli. The subject line, "Re: Important update for product statuses."

To your knowledge, was the email reflected in this document received at the time indicated on this document?

A. I have no reason to doubt that.

Q. Who is Brandy Robinson?

Page 127

A. Brandy for a period of time was our head of regulatory.

Q. Turn to the bottom email on that chain, which is the email from Chad Apuli, sent on April 7, 2022, to various recipients. Do you see that?

A. Uh-huh. Yes.

Q. Who is Chad Apuli?

A. Chad, I believe at that time was our laboratory manager.

Q. It appears this email is sent to a sales team email, sales team at Co-Diagnostics.com. Do you know what that email account is?

A. You know, I think at one time people were putting together groups of emails that I don't know if I ever even used that. I don't think I ever did.

Q. Do you know whether if an email that's sent to that email accounts would basically serve as a list serve to have the email forwarded to everyone on the sales team?

A. I don't know.

Q. Do you know who created that email account?

A. I don't.

Q. And if you look at that email, Mr. Apuli writes "In the sales meeting today, Seth asked about

Page 128

the Malaria test and whether or not we should sell it. I figured it would be good to go through all the products that we have."

And then below that -- and then there's a bunch of products listed -- and then below that he writes, "We have done little to no testing with these products and I am not confident that they work, so I would not recommend that we sell them." Do you see that?

A. I do.

Q. Then if you'd turn to the email above that from Kyle May to Chad Apuli and Seth Egan. Who is Kyle May?

A. Kyle is generally on our manufacturing line.

Q. Okay. And he writes -- starting in the second sentence, he writes, "We decided earlier that we would hold off on making the STI kits available until we have higher confidence in the test version, which seems like it might hold true for the test listed in the second table that Chad provided here. We recently received an order from Cameron for some HPV kits, but those are among the ones listed in that second table. Do you guys have opinions on whether we should decide to hold off on providing HPV kits at

Page 129

this time?" Do you see that?

A. I do.

Q. And then in the email above that, you respond and you write, "With Chad's assessment below, I would side with Chad and not offer the tests in the second category." Do you see that?

A. I do.

Q. Then in the email above that, Kyle May tags Mr. Gundry and refers to your response and tells Mr. Gundry that we'll continue to fill order number 2575, just without the HPV test kits; is that correct?

A. That's what it says.

Q. And then in the email above that, Mr. Apuli writes, "Hey, Cameron, just to be clear, we won't be selling the FTI or HPV, HIV, HBV or MAL tests." Do you see that?

A. I do.

Q. Okay. And then the email above that, which is from Cameron Gundry to Chad Apuli, copying various people, among which is your email. Do you see that?

A. I do.

Q. And in that email he writes, "Laura and Marlin, looks like some of the products we were

33 (Pages 126 - 129)

Page 130

promoting and getting modest sales with are for now not available. We will lose five customers in Latin America from immediate HPV withdrawal, damaging all of our customers there." Do you see that?

A.  I do.

Q.  And then if you skip down -- oh, I guess and then he continues, "It will damage our ability to continue with reagent rental for five instruments, three in Venezuela and two in Bolivia, and one HPV customer in Bolivia as well."

And then the next page you go down a few paragraphs, he writes, "Although this isn't a huge number of customers we will immediately lose, I know it is very disappointing to hear this. We in sales need to reduce our conversations to only what is confirmed top products, which is a very small number of kits now." Do you see that?

A.  I do.

Q.  So is it your understanding that Mr. Gundry was indicating that the inability to send -- to sell certain of these tests was going to be an issue for all of the company's customers in Latin America?

MS. SINGHAL:  Objection to form.

THE WITNESS:  Certainly not for all of the

Page 131

customers in Latin America. And I think it's important to look at what those products are and the development status of them. They were offered as RUO, which stands for research use only, and they were currently in development. And you can -- you can push products out to laboratories for an RUO basis or an IUO basis, basis for them to try it and give you feedback.

None of the products that you're listing there were any part, any sizable part of revenue that the company ever had. They were -- they were products in development, and so they were not -- they were not offered as human IBD tests. They were offered as research tools. They were not part of -- they were not -- they were never ever a significant piece of revenue that the company received from those products from the Logix Smart line.

Q.  But the company's customers around this -- around this time and even prior to this time were becoming increasingly interested in non-COVID tests, correct?

MS. SINGHAL:  Objection to form.

THE WITNESS:  When you're dealing with infectious disease labs, they test for lots of things and they get tests from lots of suppliers. And

Page 132

again, we were continuing to develop a suite of products. And these were still in an IUO or an RUO phase. So they were not -- they were -- we were pushing them out for kind of IOU use and for feedback.

So for -- you know, Cameron always kind of goes on we're going to lose these customers. They were -- it was never a product that we were offering yet any ways. So I'm not -- I think this is -- in talking about sales numbers, these products were never part of the -- any material part of our sales numbers.

Q.  And then in the email above that, Mr. Gundry on May 4th at 7:06 p.m., where he writes, "Our Bolivian distributor is here with us and has clinical data for HPV. We hinted that he maybe --" and then in the email above that, he appears to correct -- "maybe wouldn't be able to sell HPV to his five customers anymore. He nearly he had a heart attack." Do you see that?

A.  I do.

Q.  Do you know what Bolivian distributor he's referring to here?

A.  I don't know exactly which Bolivian distributor that is, and I'm not -- I'm not sure

Page 133

which one he's talking about, because I think we've had a couple in that region.

Q.  Do you know whether it could be Biotech Bolivia?

MS. SINGHAL:  Objection to form.

THE WITNESS:  I don't know in this email who he's referring to. Biotech Bolivia is one of the -- is one of the distributors that was in the region, but I don't know who it was at this period of time.

MR. URIS:  I think it might be a good place for a short break, if we could go off the record.

VIDEOGRAPHER:  The time now is 2:43 p.m. We are off the record.

(Break taken from 2:43 to 2:54 p.m.)

VIDEOGRAPHER:  The time now is 2:54 p.m. We are back on the record.

Q.  (BY MR. URIS)  Are you aware that Mr. Brown was responsible for determining quarterly revenue -- strike that.

Are you aware that Mr. Brown was responsible for determining any quarterly revenue guidance that would be provided publicly?

A.  You know, I don't provide -- and I don't

34 (Pages 130 - 133)

Page 134

participate in those.  You'd have to ask Brian.  I can't answer that.

Q.    I'm just asking whether you're aware that he was responsible for determining any quarterly guidance that would be provided publicly?

A.    I don't know who's responsible for that, if that's Brian or others.

Q.    Have you ever had any discussions with Mr. Brown as part of his determination of revenue guidance?

MS. SINGHAL:  Objection to form.

THE WITNESS:  Not that I recall.

Q.    (BY MR. URIS)  Do you recall Mr. Brown ever asking you about how sales are going?

A.    I don't have recollection of a specific conversation about that.

Q.    Do you recall discussing with Mr. Brown how sales were going in connection with his determination of guidance or whether to provide guidance for the second quarter of 2022?

MS. SINGHAL:  Objection to form.

THE WITNESS:  Again, I don't -- I don't -- I'm not part of those discussions nor would I have -- know anything more about them.

Q.    (BY MR. URIS)  Do you recall discussing

Page 135

with Mr. Brown how sales were going in either April or early May of 2022?

MS. SINGHAL:  Objection to form.

THE WITNESS:  Yeah, I think I've answered that.  No, I don't have recollection of a conversation about it.

Q.    (BY MR. URIS)  Do you recall telling Mr. Brown in April of 2022 or early May of 2022 of any particular orders for the Logix tests that you expected to come in in the second half of the second quarter of 2020 -- 2022?

A.    I don't recall any conversations about it.

Q.    Do you recall having discussions with any executives of the company in April 2022 or early May 2022 about how sales were going?

A.    Again, I don't recall any specific conversations.

Q.    Do you recall having -- do you recall having any discussions with anyone -- strike that.

Do you recall having any discussions with any member of the company's board of directors in April 2022 or early May 2022 about how sales were going?

A.    Again, not that I can recall.

Q.    Are you aware that as of early 2020 there

Page 136

were various government funding programs and initiatives that were put in place in order to increase access to COVID-19 testing?

MS. SINGHAL:  Objection to form.

THE WITNESS:  Ask the question again, please.

Q.    (BY MR. URIS)  Are you aware that as of early 2020 there were various government funding programs and initiatives that were put in place in order to increase access to COVID-19 testing?

MS. SINGHAL:  Objection to form.  Are you speaking about the U.S?

Q.    (BY MR. URIS)  You can answer.

A.    You're saying since 2020?

Q.    I'm saying as of 2020.

A.    As of 2020, am I aware of government programs?  I -- I think we all lived through that period.  There were many programs offered throughout the government for a variety of things for testing for PPE and others.  And so there were lots of different things out there.

Q.    Are you aware that the Health Resources and Services Administration -- sorry, strike that.

Are you aware that the Health Resources and Services Administration COVID-19 Uninsured

Page 137

Program was established to reimburse healthcare providers directly for the costs of delivering COVID-19 testing to those who were uninsured?

MS. SINGHAL:  Objection to form.

THE WITNESS:  Again, I think, you know, there's a lot of different programs out there.  And I don't specifically know the ins and outs of each one of those programs, what they did, what they covered, who they helped.  There's -- there was multiple different programs available.

Q.    Are you aware that since the beginning of the pandemic that program provided approximately 24 and a half billion dollars in reimbursement for COVID-19 related uninsured claims, 60 percent of which went to the reimbursement of COVID-19 testing claims?

MS. SINGHAL:  Objection to form.

THE WITNESS:  Yeah, and I don't know the details of that, so I can't answer.

Q.    (BY MR. URIS)  Do you know when that funding expired?

MS. SINGHAL:  Objection to form.

THE WITNESS:  I don't know exactly which bills or things expired when throughout the course.  So again, there were lots of different programs,

35 (Pages 134 - 137)

Page 138

and -- and those things changed over time. They changed or they would be set to expire and then they would be extended, but there were multiple different ones, and so I -- I couldn't tell you exactly which ones we're talking about at a specific time here.

Q. (BY MR. URIS) Do you know whether any government funding expired in March of 2022?

A. It -- it seems that something did expire at that period, but I don't know exactly which funding source that would have been or what it covered.

Q. Do you know whether any of Co-Diagnostics' customers relied on any government funding for COVID-19 testing?

A. No, I don't know exactly where they got their reimbursements from or who or -- or who was reimbursing them. That wasn't out -- that wasn't our business.

Q. I believe you testified earlier that you didn't believe at the time that the expiration of government funding would have a negative impact on the company's sales of tests; is that correct?

MS. SINGHAL: Objection to form.

THE WITNESS: I would probably want to -- I would probably want to see that in the transcript

Page 139

to know what question was asked and how it was answered.

Q. (BY MR. URIS) Do you know whether NOMI relied on government funding for COVID-19 testing?

MS. SINGHAL: Objection to form.

THE WITNESS: Again, I didn't interface with the contracts or their customers. We were a supplier to NOMI Health. And so I don't whether -- I don't know how they were being reimbursed or paid or what their contracts were. So it's not -- it wasn't our prerogative to know that and nor would I have known that.

Q. (BY MR. URIS) Do you think the expiration of government funding for COVID testing would have a negative impact on sales of COVID tests?

MS. SINGHAL: Objection to form.

THE WITNESS: At the time we didn't have any -- I don't think we had any reason to believe that that was going to be a problem at all. I don't think we knew how that would affect us, and we didn't think it would.

Q. (BY MR. URIS) You didn't think it would have a positive affect on sales of COVID tests, correct?

MS. SINGHAL: Objection to form.

Page 140

THE WITNESS: I didn't know if it would have an affect. We didn't believe that it would affect it -- affect the sales of COVID.

Q. (BY MR. URIS) When you say we, are you referring to anyone other than yourself?

A. Just myself. And there were lots of ways the customers would likely -- what the laboratories would get reimbursed. Sometimes they were self-pay, sometimes they were private organizations paying for tests. Many times I would think, I don't know for sure, but it would be insurance carriers reimbursing them. And so how does the government versus insurance payers, there's a lot of dynamics there. And, you know, government funding does not really relate to insurance carriers reimbursement. So there's a lot of dynamics there that need to be taken in account.

But if that funding was expired, as it was set to expire of the different programs -- again, I'm not even telling you exactly which one I'm referring to because I don't know which one -- they were -- they would be set to expire and then they would be extended over and over and over again.

So we couldn't have had any indication that that would have been a negative to us when that

Page 141

expired because there were lots of different dynamics at play.

Q. Do you recall having any discussions prior to May 12, 2022, about to what extent insurance companies were reimbursing COVID-19 testing costs?

MS. SINGHAL: Objection to form.

THE WITNESS: Again, not our business. We weren't involved in the billing of -- of patient claims. With we were a test provider to a laboratory. We had no -- we had no visibility into that.

Q. (BY MR. URIS) Is that -- so is that a "no"?

MS. SINGHAL: Objection to form.

THE WITNESS: Ask the question again so I can make sure I know what I'm responding to.

Q. (BY MR. URIS) Do you recall having any discussions prior to May 12, 2022 about to what extent insurance companies were reimbursing COVID-19 testing costs?

MS. SINGHAL: Objection to form.

THE WITNESS: I'd say no, because it wasn't our business. We didn't know how that would affect it. It wasn't something we were involved in knowing with our customers.

36 (Pages 138 - 141)

Page 142

Q. (BY MR. URIS) Have you ever participated in quarterly earnings calls?

A. I don't write those earnings calls, I don't participate in organizing the earnings calls, so it's not something I've been in.

Q. Have you ever helped Co-Diagnostics' executives prepare for earnings calls?

A. Not that I recall.

Q. I want to introduce a previously-marked Exhibit 2. And that should be available. I just have some quick questions. If you could open the PDF first.

This is an email from Tom Williams sent on August 1st, 2022, to Seth Egan copying various people. To your knowledge, was the email reflected in this document received at the time indicated on this document?

A. No reason to think otherwise.

Q. Do you see there's -- it refers to an attachment orders by salesman by accounts, 2020 to July 22, 2022? Do you see that?

A. We're talking about on the PDF or the Excel?

Q. Just on the description of the attachment on the PDF.

Page 143

A. Okay. And what paragraph are you looking in?

Q. It's just below the -- the subject line.

A. Okay. And what -- and what specific sentence am I looking at?

Q. Do you see where it says "Attachments orders by salesman by account 2020 to July 22, 2022"?

A. Yes.

Q. And then if you could open the Excel, Exhibit 3A. Or sorry, Exhibit 2A.

A. Okay.

Q. And does this appear to be a -- the spreadsheet described in that email, the orders by salesman by account from 2020 through July 22, 2022?

A. Scroll down to see the dates of everything. So 2020 through the end of the period at the top of --

Q. So it says July 22, 2022?

A. Yeah.

Q. And is it your understanding that this information would have been pulled from monday.com?

A. That would be my understanding, yes.

MR. URIS: Can we go off the record for a moment.

VIDEOGRAPHER: The time now is 3:16 p.m.

Page 144

We are off the record.

(Break taken from 3:16 to 3:22 p.m.)

VIDEOGRAPHER: The time now is 3:22 p.m. We are back on the record.

MR. URIS: I have no further questions at this time. However, we're leaving this deposition open as defendants are still in the process of producing documents and we are also still in discussions with defendant's counsel regarding the sufficiency of their privilege log. And so to the extent defendants produce additional documents, it may be necessary to recall the witness to ask -- to answer questions about any of those documents.

MS. SINGHAL: Understood. We'll plan to read and sign. If we can get a rough so that we may do that, that would be great.

VIDEOGRAPHER: Would you need a copy of the video?

MS. SINGHAL: I think just the transcript is fine.

VIDEOGRAPHER: And then Mr. Uris, did you want the video synched?

MR. URIS: Can I follow up with you on that?

VIDEOGRAPHER: Sure. I'll follow up on

Page 145

that.

COURT REPORTER: And then just for orders on that record, electronic? I just need it stated.

MS. SINGHAL: Electronic is fine.

COURT REPORTER: Okay. Mr. Uris, I'm assuming the same?

MR. URIS: Yes.

COURT REPORTER: Okay. Thank you.

VIDEOGRAPHER: The time now is 3:23 p.m. We are off the record.

(Concluded at 3:23 p.m.)

37 (Pages 142 - 145)

Page 146

REPORTER'S CERTIFICATE

STATE OF UTAH          )
                      ) ss.
COUNTY OF SALT LAKE    )

I, Tamra J. Berry, Registered Professional Reporter in and for the State of Utah, do hereby certify:

That prior to being examined, the witness, SETH EGAN, was by me duly sworn to tell the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in stenotype on November 7, 2024, at the place therein named, and was thereafter transcribed and that a true and correct transcription of said testimony is set forth in the preceding pages;

I further certify that, in accordance with Rule 30(e), a request having been made to review the transcript, a reading copy was sent to Mr. Egan for the witness to read and sign and then return to me for filing with Mr. Uris.

I further certify that I am not kin or otherwise associated with any of the parties to said cause of action and that I am not interested in the outcome thereof.

WITNESS MY HAND AND OFFICIAL SEAL this 22nd day of November, 2024.

_____
Tamra J. Berry, RPR, CSR

Page 147

Case:  Stadium Capital, LLC, et al. V. CO-Diagnostics, et al.
Case No.:  22-cv-6978-AS
Reporter:  Tamra J. Berry
Date taken:  November 7, 2024
        WITNESS CERTIFICATE
I, SETH A. EGAN, HEREBY DECLARE:
        That I am the witness in the foregoing transcript; that I have read the transcript and know the contents thereof; that with these corrections I have noted this transcript truly and accurately reflects my testimony.

PAGE-LINE     CHANGE/CORRECTION          REASON
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____

_____  No corrections were made.

I, SETH A. EGAN, HEREBY DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.

_____
        SETH A. EGAN

SUBSCRIBED and SWORN to this _____ day of _____, 2024, at _____

Page 148

AMBIKA B. SINGHAL
asinghal@bakerlaw.com
        November 22, 2024
RE:  Stadium Capital LLC v. Co-Diagnostics, Inc., Et Al.
   11/7/2024, Seth A. Egan (#6992271)
   The above-referenced transcript is available for review.
   Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.
   The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney.
Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com.
   Return completed errata within 30 days from receipt of testimony.
   If the witness fails to do so within the time allotted, the transcript may be used as if signed.


        Yours,
        Veritext Legal Solutions

38 (Pages 146 - 148)

**[& - 2022]**                                                                        Page 1

**&**

**&**  2:4,10,14
  4:24 5:6

**0**

**0.30**  82:16
**00012**  56:8
**0003a**  77:2
**001s**  103:11
**00476306**  115:7

**1**

**1**  3:8 49:7
**1.15**  95:5
**1.34**  79:14
**1.7**  79:10
**1.9**  62:1,7
**100**  9:18
**10022**  2:5
**102**  3:14
**104**  3:19
**107**  3:20
**10:32**  38:19,21
**10:44**  38:21,22
**11/7/2024**
  148:5
**1100**  2:11
**111**  3:15
**11:53**  69:25
  70:2
**12**  3:18 56:6
  58:22 61:4,8
  64:8,8 66:11
  141:4,18
**120**  18:13

**1200**  2:14
**121**  3:16
**122,000**  95:8
**126**  3:17
**12:27**  70:2,3
**12th**  62:9 65:6
  66:17 107:25
  108:1
**13**  77:17 79:2
**132**  78:23
**14**  111:15
**142**  3:10
**143**  3:11
**15**  77:13
**16**  105:2
**163**  79:6,6
**18**  107:14
  109:22
**180,000**  18:13
**19**  9:9,17 38:25
  39:2,10,13,17
  39:21,24 40:7
  40:16,18 41:4
  55:3,10,15
  60:17 62:15
  65:20 83:2,13
  83:19,22 89:6
  89:10,20 90:1
  90:9 91:9
  92:25 93:10,23
  94:4,9,17 95:4
  96:23 97:24
  98:19,23 99:3
  100:8,21,25
  105:10 106:13

106:18 115:21
115:25 118:4
124:11 125:5
136:3,10,25
137:3,14,15
138:14 139:4
141:5,19
**1:29**  101:12,14
**1:40**  101:14,15
**1a**  3:9
**1st**  142:14

**2**

**2**  3:10 142:10
**20**  55:22 56:15
  56:21 57:1,24
  118:14
**20,000**  110:1
**200**  2:14
**2007**  14:15
**2013**  16:10
**2016**  17:1
**2020**  39:22
  45:1 56:14,18
  56:19,25 59:15
  59:16 77:15,17
  79:2 135:11,25
  136:8,14,15,16
  142:20 143:7
  143:14,16
**2021**  11:15
  18:9,12,19,20
  19:23 20:13,18
  21:4 23:5,21
  26:11,16 27:12
  29:1,14 31:11

33:13 45:1
51:15 54:21
59:16 69:12
73:14 74:25
75:8 77:17
**2022**  11:15
  16:19 18:14
  19:12,23 20:13
  21:7 23:5,21
  26:11,16 27:12
  29:1,14 31:11
  33:5,14 40:13
  51:3,16 54:21
  55:12,16 56:2
  56:14,25 57:12
  58:3,19,22,24
  59:6,12,15,20
  60:7,8,8 61:4,4
  62:5 63:8,17
  65:6 66:6,11
  66:17 67:15
  69:12 72:22
  73:14 76:9
  77:13,16,17
  79:2,12,18,18
  80:11 81:12
  82:24 83:13,20
  86:11 89:11
  90:2,10,22
  91:3,10 94:9
  94:15 95:3,8
  95:10,13,19,24
  96:1,6,10,11,23
  97:9,13,18
  98:12 99:7

**[2022 - able]**

Page 2

100:6,21 101:1 102:21 104:11 105:2 107:14 107:25 109:22 111:16,18 120:20 121:10 126:17 127:5 134:20 135:2,8 135:8,11,14,15 135:22,22 138:7 141:4,18 142:14,21 143:7,14,18

**2024** 1:15 4:6 146:9,18 147:3 147:20 148:3

**212** 2:6

**214.210.1200** 2:12

**22** 1:6 79:5 142:21 143:7 143:14,18 147:2 148:3

**22nd** 146:18

**24** 95:13,25 120:20 121:10 137:12

**24,804** 83:5

**240** 103:12

**2410** 102:23

**24th** 110:5

**2575** 129:11

**26952** 146:21

**27** 79:15

**28** 79:15

**2850** 2:11

**2978** 5:22

**2:43** 133:14,16

**2:54** 133:16,17

**2a** 3:11 143:10

**3**

**3** 3:12 76:22 77:12 111:18

**30** 121:14 122:21 125:15 125:19 126:2,5 126:6 146:12 148:16

**306** 115:1,7

**31** 114:22 115:5

**315** 79:1

**32** 114:22 115:3

**33** 3:19 104:17 104:23

**34** 3:20 107:11 115:3

**38th** 2:5

**3:16** 143:25 144:2

**3:22** 144:2,3

**3:23** 1:17 145:9 145:11

**3a** 3:13 78:4 94:23 143:10

**4**

**4** 3:14 59:7,13 59:22 60:4,9 102:12

**4,500** 53:14

**40** 126:6

**400** 80:12,12

**43215** 2:15

**49** 3:8,9

**4:20** 103:9

**4th** 126:17 132:14

**5**

**5** 3:2 57:13 58:2 63:10,18 69:2

**500** 52:21 53:13

**56** 3:18

**6**

**6** 3:15 111:11

**60** 137:14

**687-1980** 2:6

**6978** 1:6 147:2

**6992271** 148:5

**6:22** 109:23

**7**

**7** 1:15 3:16 4:6 120:18 127:4 146:9 147:3

**70,000** 95:12,24

**74,000** 95:11,21 96:18

**75201** 2:11

**76** 3:12

**77** 3:13

**7:06** 132:14

**7:13** 108:1

**8**

**8** 3:17 102:21 103:9 126:14

**800** 2:5

**84093** 5:23

**9**

**9** 53:13 69:2

**90** 40:23,24,25 92:20 93:24

**9:20** 1:17 4:5

**9:55** 121:10

**a**

**a.m.** 1:17 4:5 38:21,22 69:25 109:23 121:10

**abbott** 29:8,10

**abc** 83:23,24 85:2 89:6,21 90:15,21 92:22 93:1,12,17 94:3 121:12 124:12

**ability** 130:7

**able** 43:5 55:5 62:12 66:5 72:5 75:5 76:18 77:7,9 80:25 81:6 84:7 85:25

**[able - anymore]**

94:5 102:14 116:10 117:8,8 117:10 122:15 125:3 132:18
**above** 56:20 128:11 129:3,8 129:14,19 132:13,17 148:6
**accept** 43:4
**access** 35:22 36:10 43:2,7 43:10,14,16,25 44:2,9,12,14 45:6,9,10,14,17 47:17 76:15 136:3,10
**accident** 24:5
**accomplished** 30:21
**accordance** 146:12
**account** 19:17 43:6 52:5 69:6 97:1 99:5 127:12,22 140:17 143:7 143:14
**accounted** 40:8 40:20 92:20 93:24
**accounting** 42:7 53:6 83:8
**accounts** 19:24 20:2 24:3 25:2

25:9 68:15,17 77:15 94:20,24 112:23 113:9 127:17 142:20
**accuracy** 9:6 9:12 148:9
**accurate** 9:18 69:3
**accurately** 147:7
**acknowledg...** 148:12
**action** 1:7 146:16
**active** 22:25
**activities** 21:12 22:20 23:1 32:15,24 37:19 37:20 83:25 88:3
**actual** 26:18 55:21 76:25 86:17 118:9
**actually** 77:4,5 77:6 91:21 114:9
**add** 43:3
**additional** 20:13 85:1 90:12 97:23 110:1 144:11
**address** 5:21 24:5,8 33:25
**addressing** 65:1

**adjustment** 53:20
**admin** 15:15,17 42:15,17 43:3
**administration** 136:23,25
**advance** 34:5
**advanced** 14:16
**affect** 13:16 139:20,23 140:2,3,3 141:24
**africa** 22:6
**ago** 42:24
**agree** 4:12 62:8
**agreements** 13:14
**ahead** 93:6
**al** 4:16 74:14 74:25 147:1,1 148:4
**allegation** 9:10
**allegations** 9:2 9:11
**allotted** 148:19
**alpha** 109:7,8
**ambika** 2:9 5:1 10:6 148:1
**america** 22:4 77:15 78:21 114:7 122:1 123:23 130:3 130:23 131:1

**adjustment** 18:21
**amount** 18:21 21:17 50:8 60:15 61:2,14 62:16 63:8 66:12,19 72:17 76:20
**amounts** 20:16 60:15
**andrea** 1:25 2:18 4:18
**andrew** 27:25 44:9 102:19,23 102:24 105:1 105:10
**anne** 121:11
**answer** 6:10,17 6:18 7:2 61:13 62:20,20 63:14 64:17 73:15 86:9,18 92:5 94:6 104:14 106:16 134:2 136:13 137:19 144:13
**answered** 32:10 66:22 91:13 98:16 135:4 139:2
**answering** 6:9 6:23
**answers** 32:18
**anticipating** 100:12
**anymore** 132:19

**[apologies - aware]**                                                          Page 4

**apologies**
  111:21
**app** 23:24
**apparent** 58:25
**appear** 50:3
  78:15,17 79:1
  82:17 95:21
  103:22 143:12
**appearances**
  4:21
**appears** 51:3
  78:6,18 79:3,8
  81:11 82:15,18
  83:11 95:3,12
  95:25 103:18
  105:13 109:11
  109:25 117:1
  122:19 123:5
  127:10 132:17
**applicable**
  92:10,11,11
  148:8
**approval** 86:6
**approvals**
  46:18
**approved**
  41:10 67:1
  81:7 86:5,10
  86:15 89:24
**approximate**
  55:8,9,17
**approximately**
  40:7,20 57:13
  61:4 63:16
  65:7 68:21,22

69:2,10 79:10
  79:13 83:10
  137:12
**april** 39:22,22
  58:24 60:8,20
  60:21 62:5
  66:6 72:22
  80:11,11 81:20
  82:18 90:10,22
  91:2,10 94:14
  96:18 98:12
  99:6 100:5
  127:4 135:1,8
  135:14,22
**apuli** 126:19
  127:4,7,24
  128:12 129:15
  129:20
**arabia** 73:22
  74:13,17 75:1
**area** 123:10
**areas** 43:10
  73:10 74:1,1,3
  74:4 85:12
  101:3 112:13
  123:15,16
**arguments**
  116:22
**armstrong** 5:20
  24:9
**asia** 77:14
  115:20
**aside** 71:11
**asinghal** 2:12
  148:2

**asked** 24:15
  32:3 36:11
  98:15 99:25
  122:13 127:25
  139:1
**asking** 51:14
  61:7 101:19
  118:25 134:3
  134:14
**aspects** 42:10
**assay** 9:9
  108:19
**assessment**
  40:1 64:13
  129:4
**assessments**
  64:20
**assigned** 33:22
  51:5,12,19,24
**associated** 51:2
  54:4 109:6
  146:15
**assume** 7:2
  78:9
**assuming** 145:6
**assurance**
  65:16
**attached** 78:7
  78:11,13
  148:11
**attachment**
  77:16 78:3,15
  111:17 112:1
  142:20,24

**attachments**
  143:6
**attack** 132:20
**attend** 14:10,19
  31:24 32:22,23
  33:8,15,18
  38:5,8
**attended** 32:5
  32:11,19 33:2
  33:4
**attorney** 2:10
  4:23 148:13
**audibly** 6:10
**audio** 4:10
**august** 40:13
  51:3 142:14
**australia** 77:14
**automated**
  118:8,17
**available** 5:16
  36:16 49:9
  56:7 76:22
  91:18 102:13
  104:20 107:12
  111:12 120:18
  126:14 128:18
  130:2 137:10
  142:10 148:6
**avenue** 2:5
**awards** 20:14
  20:20 21:2
**aware** 6:4 9:20
  13:1 46:15
  55:2 99:7
  102:9 133:19

133:22 134:3 135:25 136:7 136:16,22,24 137:11

**b**

**b**  2:9 3:6 148:1
**back**  18:23 20:21 29:24 30:12 38:23 41:8 55:19,24 56:3 57:20 59:7,7,9,12,12 59:21,21 61:24 63:12 70:4 75:4 79:5,21 81:10 82:1,2 85:8 86:12 88:25 94:19 99:4,9,13 100:1,4 101:16 114:10 133:18 144:4
**background**  14:9
**baker**  2:10,14 5:1,5 10:10 36:16
**bakerlaw.com**  2:12,15 148:2
**barring**  125:19
**based**  19:24 20:2 35:1 62:7 115:20
**bases**  101:4

**basic**  11:23,24
**basically**  11:23 15:15 49:10 127:17
**basis**  9:18 20:15 31:21,22 35:24 58:15 65:19 131:7,7 131:7
**bat**  70:19
**bates**  104:18 107:11 114:25 115:6
**bear**  49:6
**bearing**  104:17 107:11
**becoming**  99:17 131:20
**began**  15:5 16:20 39:17,21 40:6,13 55:11 55:15 59:18 62:14 63:6
**beginning**  4:22 17:22 40:24 51:15,18 58:12 58:18 60:7 66:6 69:12 137:11
**behalf**  1:3 5:5,7
**belief**  35:24
**believe**  12:21 14:3 16:6 18:12,12,13 20:11,24 26:24

35:12,16,19,22 35:25 36:1,15 43:15 44:1,11 45:8 46:19 47:15 48:2,11 50:11 51:21 56:8 60:6 66:12,18 67:15 69:14 77:18 78:1,10 84:22 88:4,18,21 101:19 103:7 109:2 111:20 111:24 112:25 115:8,24 121:2 127:8 138:19 138:20 139:18 140:2
**benefits**  116:20
**benson**  27:25 44:9 102:19,23 102:24 105:1 105:10
**benson's**  103:23
**benzonana**  111:15 112:6 120:22
**bermajo**  103:20
**berry**  1:24 146:5,23 147:2
**bet**  42:24
**better**  116:8,12 117:9,10

**big**  18:7 57:19 58:6,10,10,12 58:21 59:2 60:22 64:5,24 65:13 67:5 73:21,22,22,23 73:23,25 99:17 116:15 123:14 125:9
**bigger**  93:4
**biggest**  69:17 73:14 98:10
**billing**  141:8
**billion**  137:13
**bills**  137:24
**biotech**  133:3,7
**birth**  123:14
**bit**  14:8 22:21 37:11 48:16 51:3 92:14
**board**  31:24 32:1,6,12,20,22 33:1,5,8,17 34:4,8,10 37:6 43:11,13 44:5 44:8,19,20,21 45:3,5,7,11,14 45:17,21 46:25 47:4,5,12,13,14 47:16,17 50:4 54:9 135:21
**boards**  43:9,16 44:2,4,12,13 47:19

**[bolivia - certify]**                                                            Page 6

**bolivia**  130:9 130:10 133:4,7
**bolivian**  132:15 132:22,24
**bonus**  19:13,23 20:8,10,11
**bonuses**  18:19 18:20,22,25 19:2,11 21:3,5
**borne**  85:21
**bottom**  107:22 109:21 110:20 114:23 121:9 122:16,24 124:14 127:3
**bought**  41:6 84:10 85:7 98:25
**boxes**  84:18
**bramwell** 120:21 121:4 126:18
**brandy**  126:17 126:25 127:1
**break**  6:20,23 38:15,21 69:21 70:2 73:16,17 101:9,14 133:12,16 144:2
**brian**  1:7 27:23 29:7 31:12,14 43:25 45:16 134:1,7

**bring**  11:20,22 73:11,11 91:25
**bringing**  30:9
**broader**  19:19 92:23
**broken**  68:24
**brought**  55:10
**brown**  1:8 27:23 29:7 31:13 43:25 133:20,22 134:9,13,17 135:1,8
**brown's**  45:16
**bunch**  128:5
**business**  46:9 102:4 106:15 107:4 112:14 112:15,20 113:3,4 114:16 120:5,6 123:12 123:17 125:3 125:25 138:18 141:7,23
**businesses**  84:1
**busy**  23:6 65:2
**buy**  89:21 105:14
**buying**  83:22 83:23 84:20 92:25 93:1

**c**

**c**  2:1 4:1 50:23 50:24

**calculation** 19:17
**calendar**  33:9 33:11,15 46:6 80:8
**calendars** 28:12 33:7
**call**  15:11 27:5 27:14 70:22 71:16 72:6
**called**  5:10 42:3 109:6 114:25
**calls**  25:24 27:8 27:16,21,23,25 28:2 31:12,19 36:3 70:20,24 71:1,12 142:2 142:3,4,7
**camera**  4:8
**cameron**  22:3 88:2,7 90:14 102:19 104:25 107:6 111:16 113:17 116:18 120:20 126:17 128:22 129:15 129:20 132:6
**cameron's** 122:4
**cancel**  103:12
**cancelled** 102:22 103:25
**capacity** 110:23

**capital**  1:3 4:15 147:1 148:4
**cards**  46:9 116:19
**carriers**  140:11 140:15
**case**  1:6 8:25 9:2 12:24 13:7 36:12 67:23 93:4 96:17 117:18 147:1,2
**category**  40:2 129:6
**cause**  67:21 146:16
**caused**  67:15
**cc'd**  108:15
**ccr**  1:24
**center**  2:14
**central**  22:4
**cents**  82:15
**certain**  19:8 22:17 43:11 68:4,5 69:15 72:5 79:25 83:16 112:13 130:21
**certainly**  18:6 26:9 73:21 86:1 130:25
**certificate** 146:1 147:4
**certify**  146:6,12 146:15

**[chad - company]** Page 7

chad 126:19 127:4,7,8 128:12,21 129:5,20
chad's 129:4
chahn 2:7
chain 103:9 104:25 107:13 107:23 120:19 126:16 127:3
chang 2:4 5:6
change 18:14 19:13 51:21 61:1 64:5 147:8
changed 16:15 16:22 18:15,17 19:15,16,19,20 28:23 51:22 53:14 58:16 64:5 65:17,19 138:1,2
changes 148:10
changing 67:19 67:20
characteristics 121:21
charge 19:25 20:3 77:19
charged 7:17
chart 59:24 65:25 66:3
charts 65:11
check 18:23 28:12 33:7

55:5,7
checking 110:6
chief 17:10 121:2,2,6
chikungunya 91:16 99:19
christmas 72:3
circulating 97:24 99:10
city 7:8
civic 2:14
civil 7:20
claimed 8:15 8:19
claims 137:14 137:16 141:9
clarification 102:7 116:25 125:17
clarify 7:4 94:21 101:18 101:24 122:16
class 1:7 2:2 4:25
clear 129:15
click 102:14
clicking 77:9
clients 22:8 115:15 116:22
clinical 132:16
close 21:6 37:14 59:24
cloud 35:1
codx 107:15 108:18 111:2

115:7
codx00035960 3:19 104:18
codx00043189 3:20
codx00043889 107:12
collections 15:9 15:10
collective 20:6
college 14:10
colleges 14:19
columbia 74:1
columbus 2:15
column 50:14 50:17,21,23,24 52:3,8,12 53:1 53:11,13,22,23
columns 50:13 50:20
combined 65:15
come 33:23 49:23 51:25 57:6,8,9 66:13 66:19 67:16 70:18 80:24 88:21 135:10
comes 37:24 40:3 97:14 105:23
coming 63:4 67:6 71:25 72:2

comment 124:25
comments 119:21
commercializ... 17:10 123:23
commissions 8:17
commitment 75:9
commitments 94:16
committed 94:7 100:7
committee 28:15,22,24 29:5,7 30:5 37:17,19,20
committees 37:16,23
communicate 7:14 23:2,14
communication 23:20
communicati... 23:22
companies 30:9 141:5,19
company 15:5 15:14 16:8,12 16:16 17:15,16 17:19,20,23 19:20 20:14 26:1,3,5 28:8 29:16,17 30:2

**[company - copying]**                                                    Page 8

31:19 33:11
39:6 42:21,23
42:24 43:2
46:16 47:25
48:12 51:19
53:24 54:25
55:10,15,18
56:1,15,25
57:13 59:13,21
60:4,8 61:3
62:14,16 63:6
63:9,15 65:7
88:12 93:9
104:5,9 105:25
106:12 109:6
113:23,25
114:2 115:19
116:15 117:14
117:19 124:19
124:20 131:11
131:16 135:14
**company's**
23:23 40:8
44:22 46:2
50:5 53:7
54:18,22 64:20
69:17 73:14
91:9 92:20
93:23,24 94:8
94:17 96:22
100:8,19,21,23
107:4 121:25
130:22 131:18
135:21 138:22

**companywide**
26:20
**comparator**
87:13
**compare** 64:10
**compared**
116:20 117:11
**compensation**
17:14,17 18:5
18:7 20:19
21:1
**compete** 116:11
**competitive**
119:7,18,23
120:24
**competitor**
117:15,16,17
**competitors**
116:21 117:12
**completed** 32:2
37:2 148:16
**completely**
119:6
**complexity**
123:3 124:17
**computer** 35:4
36:11,21,22
49:15 101:22
102:3
**computers**
15:25 34:19
36:23 101:20
**concern** 12:20
85:9 91:10
97:18 98:13

124:1
**concerned** 65:9
**concerning**
72:22 112:22
**concerns** 60:19
123:6
**concluded**
145:11
**conduct** 37:4
**conducted** 4:7
4:16 36:21
**conducting**
87:25
**conferences**
38:5,6,9 42:16
**confidence**
128:19
**confident** 128:7
**confirm** 36:20
**confirmed**
130:16
**confusing** 61:9
**connection** 4:8
37:5 134:18
**considered**
38:1
**consultant**
117:14
**contact** 70:6
91:4 120:15
**contents** 147:6
**context** 92:4
**continue** 4:11
89:21 94:12
124:8 129:10

130:8
**continues**
130:7
**continuing**
90:15 132:1
**contract** 17:11
112:7
**contractor**
113:25
**contracts** 139:7
139:10
**contributing**
97:25
**conventions**
22:25
**conversation**
88:15 94:11
134:16 135:6
**conversations**
88:17,19,21
89:2,14 90:21
90:23 91:7
130:15 135:12
135:17
**coo** 29:23
**coordinate**
21:12 22:17
46:20
**coordinated**
31:2
**copies** 148:14
**copy** 144:17
146:13
**copying** 102:20
107:24 111:16

**[copying - customer]**                                      Page 9

120:21 129:20
142:14
**corner** 114:23
**corp** 58:10
**corporate** 24:4
37:21
**correct** 25:3
32:19 47:17
48:22 55:4
56:16 57:2,3
57:14,24 60:5
60:9 62:1 63:1
63:4,5 66:1,3,6
67:9 76:16
78:7,17,19
79:2 81:12,24
82:12,15,17,20
83:2,5,14 89:6
89:8 90:5,6
92:3,21 93:25
95:5,22,23
96:1,19 109:12
110:2 111:19
117:4,12 122:2
122:21 123:7
123:24 124:3
129:12 131:21
132:18 138:22
139:24 146:10
147:17
**correction**
147:8
**corrections**
147:6,15

**correlated** 19:5
**cost** 81:9 84:6
119:6,22 123:2
124:17
**costs** 137:2
141:5,20
**counsel** 4:20
6:16,17 7:14
10:4,23 12:3,6
13:3 36:8,19
36:20 37:3,8
101:17 144:9
148:14
**countries** 46:19
68:11,11 92:13
112:13 114:16
116:7 120:1
**country** 22:17
68:6 81:1
92:13 98:8
114:6
**counts** 67:23
**county** 146:3
**couple** 50:20
91:14 108:11
133:2
**course** 26:4,22
102:16 137:24
**court** 1:1 6:11
61:10 74:8,11
74:15,18,21
81:16 145:2,5
145:8
**cov1** 103:24

**cover** 32:15,15
49:11 77:6
**covered** 137:8
138:11
**covering**
112:23 113:2
**covers** 46:23
**coversheet** 3:8
76:24
**covid** 9:9,17
38:25 39:2,9
39:10,13,17,21
39:24 40:7,15
40:16,18 41:4
55:3,10,15
60:17 62:15
63:7 65:20
72:10,23 83:2
83:13,19,22
84:2,23,24
85:2 89:6,10
89:20 90:1,9
91:2,9 92:19
92:25 93:10,23
94:4,9,17 95:4
96:23 97:24
98:19,23 99:3
100:8,21,25
102:22 103:11
105:10 106:13
106:18 115:21
115:25 118:4
121:14,17
122:21 124:11
124:11 125:5

131:20 136:3
136:10,25
137:3,14,15
138:14 139:4
139:14,15,23
140:3 141:5,19
**create** 45:3,5
47:12,16,19
116:19
**created** 17:15
17:16 28:15,17
30:6,8 44:4,8
44:19 47:6,13
47:14 127:21
**creates** 43:6
**creek** 5:22
**crime** 7:17
**croatia** 125:24
**croatian**
117:24 125:11
**crockett** 22:5
**cruise** 73:9
**cs** 148:15
**csr** 1:24 146:23
**current** 5:21
6:22 11:4
64:21 124:24
**currently** 29:11
29:23 89:15
108:20 131:5
**customer** 41:3
41:5,14 50:18
53:25 65:1
68:14 69:17
73:22 80:22

**[customer - described]**                                            Page 10

94:25 96:12
101:3 113:10
122:9 130:10
**customers**
22:11 39:24
40:2 67:1,4,11
68:19 73:9,14
73:23 75:23
76:5 80:23
83:23 84:7,9
84:16,19,23
86:1 92:7,7,25
93:1 98:11
100:19,24
101:2,6 117:3
120:2 130:2,4
130:13,22
131:1,18 132:7
132:19 138:13
139:7 140:7
141:25
**cut**  106:7,23
**cv**  1:6 147:2

**d**

**d**  3:1 4:1 52:3
**dallas**  2:11 5:2
**damage**  130:7
**damaging**
130:3
**darn**  102:22
**dashboard**
3:18 47:1
56:10,11 57:10
**data**  51:9 63:1
63:2 105:11

132:16
**date**  8:1 19:14
24:25 25:8
53:22,23,24
54:1,2 61:15
61:19 62:2
79:14 82:5,6
95:25 96:15
111:6 147:3
**dated**  77:13
105:1 120:20
**dates**  10:25
11:3,24 12:5
20:16 33:1
75:12,16 125:8
143:15
**david**  29:8,22
**davison**  70:13
70:17,21
**day**  36:17
54:11,13,16,16
66:8 72:1,1
146:18 147:19
**days**  64:8,8
72:5 80:6
125:13 148:16
**deal**  91:18
**dealing**  25:2
66:23 131:23
**deals**  71:7
**dealt**  70:6,7,9
**december**
60:12
**decide**  38:17
128:25

**decided**  128:17
**declare**  147:5
147:16
**defendant**  5:3
7:19
**defendant's**
144:9
**defendants**
1:10 2:8 5:5
144:7,11
**defined**  58:14
**degrades**  87:15
**degrees**  14:16
**delete**  13:23
14:4,7 45:20
**delio**  125:19
**delivered**  75:14
80:2,3,8 83:16
96:6
**delivering**
137:2
**delta**  99:11
**demand**  31:7
72:22 103:11
**demanded**  1:9
**demo**  93:3
**dengue**  85:12
85:21 91:15
99:19
**denny**  22:5
**department**
16:20 17:7
20:7 27:17,19
30:21 46:17
48:24

**department's**
53:18
**departments**
30:15 41:10,25
**depend**  80:4
**depended**  44:7
60:23
**dependent**
118:15,16
**depending**
41:11 59:3
60:24 67:21
69:15 70:15
**depends**  4:8
16:5 38:12
43:9,11 118:6
**depleting**
110:24,25
**deponent**
148:13
**deposing**
148:13
**deposition**  1:4
1:19 4:6,14,16
6:7,15 7:22 8:4
8:21 9:21,22
9:25 10:3,23
11:21 12:8,11
144:6 146:9
**deputy**  121:6
**describe**  9:14
12:15 15:1,24
16:14 21:14
**described**
143:13

description  3:7 116:4 142:24
desktop  34:17 34:18,20,22 35:10,14 36:11 36:21 101:20 101:21,23
details  137:19
detect  39:1
detection 106:18 115:22
determination 134:9,19
determine 17:17
determined 19:1,2,11,24 20:2
determining 133:20,23 134:4
develop  112:15 113:4 114:16 132:1
developed  85:6 89:24 116:6,10
development 89:16 131:3,5 131:12
developments 24:25 25:1,9
device  102:3
devices  34:19 102:9

diagnose  39:2
diagnosis  85:16
diagnostic 106:11 115:19
diagnostics  1:7 3:9 4:15 5:3 7:9 10:19 13:15 15:2,6 16:7 17:12 29:12,16 30:2 31:24 32:5,11 32:20 37:5,16 39:3,11,17,23 40:6 42:18 44:25 54:9 86:4,14 87:6 88:1 97:11 99:23 100:25 105:11,20 111:5 121:18 124:2 125:2 138:12 142:6 147:1 148:4
diagnostics.c... 127:11
difference  17:4
different  17:8 18:1,2 23:9 26:5 41:10,22 42:9 60:16,24 60:25 65:20 68:6,10,11 69:13 70:12,14 71:5,6 73:10 80:21 82:22

85:16 86:16,21 86:22 98:6,22 98:23,25 99:10 99:12 108:12 110:23 116:6,7 117:15 118:11 121:6 123:20 124:23 136:21 137:6,10,25 138:3 140:19 141:1
differently 105:7
difficulties 117:3
direct  21:12 22:20 41:6 95:16 122:5,13 124:12
directly  25:17 91:4 115:14 137:2
director  108:11 123:23
directors 135:21
disappointing 130:14
discover  15:3,7
discovered 65:21 99:14
discuss  24:19 24:22 26:7,9 26:12,21 69:23 101:7

discussed  13:2 30:14 31:9 48:16 81:22 96:4
discussing 23:11 105:18 134:17,25
discussions 36:8 134:8,23 135:13,19,20 141:3,18 144:9
disease  85:20 91:22 99:18 131:24
diseases  84:3
dispute  8:5,12
distribute  58:9
distribution 111:18
distributor  8:5 8:7,9,16,18 24:22 59:4 73:21,23 74:5 74:9,12 75:1 75:11 85:25 88:9,22,23 90:7 94:12 114:15 125:12 132:15,22,25
distributors 32:16 39:25 40:4 58:7 66:14,24 67:4 74:7 76:1 112:18 113:5

**[distributors - email]**

115:11,14
116:21 117:2,7
117:23 118:25
119:16 120:9
120:11,12,15
133:8
**district** 1:1,1
**dna** 118:13
**document** 35:6
36:25 47:24
49:20,25 50:3
56:9 57:3,6
59:11 77:23,24
78:14,18 82:5
96:20 103:5,6
104:17 105:5,6
107:11,17,18
109:22 111:22
111:23 114:24
119:25 126:22
126:23 142:16
142:17
**documents**
11:11,14,20
13:24 34:14,25
35:8,11,14,18
35:21 36:12,23
144:8,11,13
**doing** 73:6 75:3
108:19 114:1
122:6 123:17
125:1
**dollar** 55:9,17
55:25 61:2,14
68:22 69:11

**dollars** 61:17
61:23 63:16
104:1 137:13
**don** 107:14,20
107:21,24
108:15,18,18
109:5 110:6
**double** 18:23
**doubt** 61:20
82:4,9,10
126:24
**download**
49:15 77:10
95:6 102:16
**draft** 41:7
93:15,19
**drive** 5:22
34:25 35:13
**drives** 36:22
**ds** 121:12 122:5
123:1 124:16
**due** 15:11
65:23 103:10
**duly** 5:10 146:7
**dwight** 1:7
25:15,17,22
27:21 29:7
43:14 45:7,13
105:1,9 120:22
**dx** 24:7
**dynamics**
67:19 140:13
140:16 141:1

**e**

**e** 2:1,1 3:1,6 4:1
4:1 74:10
146:12
**earlier** 16:6
22:19 48:16
73:24 77:18
101:19 128:17
138:19
**early** 16:21,25
42:16 90:10,22
91:2,10 94:14
98:12 99:6
100:5,21 101:1
135:2,8,14,22
135:25 136:8
**earnings** 142:2
142:3,4,7
**easier** 49:17
**east** 5:22 22:5
77:14,15
**easton** 47:15
**educational**
14:9
**effort** 21:17
**efforts** 22:15
24:20
**egan** 1:5,7 3:1
4:14 5:5,9,15
5:20 24:9
25:15,22 27:21
29:7 36:24
37:4 43:14
45:7 47:15
77:13 101:19

102:2,20 105:1
105:1,10
107:15,24
111:15 120:21
120:22 126:18
128:12 142:14
146:7,13 147:5
147:16,18
148:5
**egan's** 36:21
45:13
**either** 20:13
23:24 29:25
41:7 54:1 76:3
77:8 84:8
86:18 90:22
94:14 100:19
135:1
**electronic**
145:3,4
**email** 3:10,12
3:14,15,16,17
3:19,20 23:13
23:20 24:2,5,7
24:8 34:4,7
77:6,12,22
78:7,11 87:8
102:18,19
103:4,8,17,19
103:23 104:25
105:4,8,16,22
107:13,13,16
107:22,23,23
107:25 108:14
108:15 109:9

109:21,22,25
110:5,10,20,24
111:14,14,22
111:25 120:19
120:19 121:9
121:22 122:1,3
122:17,19,24
123:5 124:1,14
125:10,23
126:16,16,21
127:3,4,10,11
127:12,16,17
127:18,21,24
128:11 129:3,8
129:14,19,21
129:24 132:13
132:17 133:6
142:13,15
143:13
**emailed** 88:22
**emails** 88:19
  127:14
**emergence**
  97:22
**employment**
  17:11
**english** 114:8
**enhancements**
  89:23
**enter** 41:9,20
  48:13,18,20
**entered** 41:9,15
  48:15 54:2
**entire** 26:3
  65:16 73:16,19

73:20 112:4
**environment**
  75:25
**equipment**
  118:16
**equivalent**
  92:12
**errata** 148:11
  148:13,16
**established**
  33:11 72:24
  137:1
**et** 4:15 147:1,1
  148:4
**euro** 119:5
**europe** 22:4
  112:8,13
  114:14 119:1,3
  122:1 123:24
  125:3,9
**evaluation**
  86:24 87:7,9
  87:10 88:1,11
  88:23 89:4
  92:12
**evaluations**
  86:16,20,21
**events** 11:15
  37:22 113:6
**everybody**
  46:11
**exact** 8:1 18:24
  19:14 21:1
  29:24 54:14
  59:19,25 61:14

68:3 75:16,21
94:2 125:8
**exactly** 10:15
  15:10 18:16
  28:17 29:2,20
  36:15 41:1
  42:8 43:18
  44:13 47:6
  49:1 51:20
  56:4,23 61:18
  75:5,12 76:13
  76:19 78:13
  81:25 88:6
  95:16 96:16
  108:9 114:19
  119:9 120:16
  132:24 137:23
  138:4,9,15
  140:20
**examination**
  3:2 5:13
**examined** 5:11
  146:7
**excel** 49:18
  94:22,23
  142:23 143:9
**excited** 89:16
**exclude** 83:9
**executives**
  31:19 135:14
  142:7
**exhibit** 3:8,9,10
  3:11,12,13,14
  3:15,16,17,18
  3:19,20 49:5,7

49:13 56:6,8
76:22,25 77:2
77:8,12 78:4
94:23 102:12
102:15 104:17
104:22 107:10
107:11 111:11
120:18 126:14
142:10 143:10
143:10
**exhibits** 4:3
  49:9
**existing** 117:23
  120:9,10
**expand** 112:19
**expect** 58:15
**expectations**
  89:25
**expected** 89:4
  89:21 135:10
**expecting** 86:1
  91:25
**experience** 15:2
**expiration**
  96:15 138:20
  139:13
**expire** 68:6
  138:2,8 140:19
  140:22
**expired** 137:21
  137:24 138:7
  140:18 141:1
**explain** 13:20
  21:9 22:21
  41:2 48:14

117:9,10
**exploded** 65:23
**exploring** 120:6
**extended** 138:3 140:23
**extension** 53:2 53:11
**extent** 34:24 36:3 37:1 53:19 141:4,19 144:11
**extracting** 118:12
**extraction** 52:25 118:6,8 118:9 119:6,22 119:24 126:4,6

**f**

**fact** 91:8 97:16 98:10
**factors** 68:2,13 80:6 85:22 87:2,4,11,17,22 96:16 97:21,24 101:4
**facts** 11:24
**fail** 89:4
**failed** 87:7
**fails** 148:18
**fair** 25:6 39:23 40:1 52:9
**fall** 58:18 103:11

**familiar** 84:12 109:9 115:23
**fast** 58:16 64:5 64:6 65:17,19 75:25
**faster** 117:23 121:17
**father** 16:8 26:5,8
**featherstone** 22:11 29:8 97:4,7 100:6
**february** 58:19 58:24 60:7,14 60:18 66:5 72:22 79:12,18 81:20,23 83:15 83:17,20 90:9 90:22 91:2,10 94:14 95:7,13 95:25 96:11 98:12 99:6 102:21 103:9 105:2 107:14 120:20 121:10
**feedback** 115:10 131:8 132:5
**field** 115:12
**fifth** 119:11
**fight** 116:19
**figure** 108:17
**figured** 128:2
**file** 49:18

**filing** 146:14
**fill** 129:10
**final** 53:15 75:19
**finance** 29:9 48:12,24 56:22
**financial** 15:3,4 15:8,13
**fine** 63:24 101:10 124:13 144:20 145:4
**finish** 6:8,23
**first** 13:6,8,10 13:12 55:12,16 56:14,17,25 63:7 77:5 94:25 95:11 109:21 115:13 120:8 142:12
**fits** 92:9
**five** 11:10 130:2,8 132:19
**floor** 2:5
**florida** 73:8
**focused** 22:23 64:15,25
**folder** 49:9 56:7 76:23
**follow** 144:23 144:25
**followed** 57:19 58:10 59:2 60:7,12 65:13
**following** 90:2 96:23 97:9,13

97:17
**follows** 5:11 60:2
**forecasts** 105:24
**foregoing** 147:5,17
**form** 6:16 42:5 42:6 61:6 62:18 63:11,22 63:25 64:16,22 66:21 69:4 72:15 76:11 82:7 83:6 88:13 89:12 90:13 91:12 93:13,18 95:14 98:14,21 99:24 100:14 104:12 105:12 106:2 107:5 109:1,17 110:18 111:7 111:17 113:21 118:21 119:19 123:8 124:4,21 125:4 130:24 131:22 133:5 134:11,21 135:3 136:4,11 137:4,17,22 138:23 139:5 139:16,25 141:6,14,21
**formal** 25:18 25:20

**[format - going]** Page 15

format  49:21 113:1
forth  146:11
forward  85:1
forwarded  127:18
four  11:9,9,10 115:15 116:1
fourth  72:3 119:11
fox  2:4 4:24 5:6
frame  11:16,18 45:1
francis  1:25 2:18 4:18
free  80:22,23 82:20,21
freezer  72:18 87:15
frequently  21:3 63:1,2
frozen  87:16
fti  129:16
fulfill  92:16
full  5:18 32:22
fully  33:12
function  49:12
funding  136:1 136:8 137:21 138:7,10,13,21 139:4,14 140:14,18
further  37:3 94:8,16 100:7 100:12 124:9

144:5 146:12 146:15
future  71:3
fyi  125:11

**g**

g  4:1
gamma  99:12
gelt  8:25
gene  89:20 115:15 116:1,7 116:8,10 124:11
general  21:19 23:12 32:1 33:13 53:18 54:20 63:3 79:19,23
generally  8:11 9:1,13,14 12:14 15:1 16:2 19:2,4 20:18 21:23 22:10,22 23:7 23:7,9,18 24:7 24:17 26:23 27:13,17,19,24 28:20 30:7,13 31:6 33:16 38:8 40:15,25 41:1 47:10 52:11 53:7 54:1,6 69:6 70:17 71:13 73:4 75:24 80:16 112:9

116:13 128:14
generating  69:8
generic  12:4
genes  116:12
genomics  109:7 109:8
getting  76:1 118:12 130:1
gist  21:13
give  30:15,17 30:18,19,23,25 32:3,24 33:23 37:11 41:19 48:17 55:20,21 62:3 63:13 73:15 74:20 84:6 94:1,13 116:4,5 117:7 131:8
given  18:1 21:5 44:6 50:18 59:17 60:15 80:22 89:18,18 125:24
gives  119:21
giving  31:3,5 65:4
glad  103:24
go  4:12 5:24 18:23 20:21 22:1 24:6 38:17 41:13,14 44:25 48:18 50:12,20 52:8

53:5 55:7,19
55:24 56:3
57:20 59:9
60:23 61:24
62:12 63:12
67:7,23 69:22
74:19 78:21
79:21 82:1,2
86:12 93:6
94:5,20 99:4,9
99:13 100:1,4
101:6 109:18
115:2,3 116:16
126:7,11 128:2
130:11 133:12
143:23
goal  85:23 112:19
goes  77:6 92:10 103:18 132:7
going  4:5 24:20 26:7 30:12 33:25 36:2 37:10 46:6 49:6 56:5,23 60:17,25 64:3 64:9,14 65:12 67:6 68:8,10 71:18,24 76:21 80:1,7 83:25 84:6 85:9 88:12,25 91:14 91:15,16 94:22 98:3 102:11 104:17 107:9

**[going - helps]** Page 16

107:10 111:2
111:10 120:1
120:17 122:9
123:19 126:13
130:21 132:7
134:14,18
135:1,15,23
139:19
**good** 4:4 5:15
5:17 16:2
38:14,15 41:19
50:8 69:20
74:4 101:8
110:6,11,25
111:3 128:2
133:11
**gov** 125:13,14
**government**
67:2 68:4 81:7
136:1,8,16,19
138:7,13,21
139:4,14
140:12,14
**governments**
117:24
**graduate** 14:14
**grant** 43:1
**granted** 17:23
20:12 43:19
45:6,9
**grants** 18:1
**great** 91:18
144:16
**greece** 112:8
119:2,3,4

**ground** 5:24
**group** 8:15
29:6
**groups** 127:14
**guess** 19:25
20:1 27:4,5
29:1,2 37:16
38:1 50:13
59:16 77:4
102:2,7 130:6
**guessing** 29:18
**guidance** 12:21
133:24 134:5
134:10,19,20
**gundry** 22:3
87:24 88:10
89:3,9 90:11
94:15 102:19
103:9 104:25
105:16 106:6
107:2 111:16
113:12,14
120:20 121:10
122:17 123:5
123:22 125:10
126:17 129:9
129:10,20
130:20 132:14
**gundry's** 105:8
105:22 106:22
**guys** 128:24

**h**

**h** 1:7 3:6
**hahn** 2:4 5:6,6

**half** 9:24 61:17
61:23 62:10
63:16 65:8
67:17 106:8,23
119:5 135:10
137:13
**hand** 114:23
146:17
**handle** 109:4
**handling** 68:15
**hands** 84:8
**happened**
51:21 75:17
104:15
**happening**
24:23 33:21
65:24 83:22
84:21 85:4
91:17 112:16
**happy** 20:25
49:16 86:25
**hard** 34:25
35:13 85:18
120:2
**harrington**
107:24 108:4,5
108:24
**harwood** 2:11
**hbv** 129:16
**head** 6:12,12
16:21,23 17:2
17:6,7 20:17
21:10 25:25
90:5 102:25
121:25 127:1

**heading** 16:20
**headquarters**
7:9
**heads** 27:17,19
30:15 37:12
**health** 68:18
70:8 71:4 72:6
73:20 108:5,7
109:2 136:22
136:24 139:8
**healthcare** 38:6
137:1
**hear** 6:11 48:2
130:14
**heard** 4:10 13:6
13:9,10,12
**hearing** 72:17
**heart** 132:19
**heat** 121:11
**hello** 108:15
**help** 11:14
22:17 30:22
84:16,19 88:24
103:1 114:16
115:12 116:21
121:16
**helped** 42:15
112:12 113:14
137:9 142:6
**helpful** 6:9
**helping** 37:21
114:14,15
**helps** 101:24
102:24

hey  71:25
  129:15
hi  110:5
high  40:22
  57:22 60:13,14
  74:4 108:8
  109:3
higher  57:20
  128:19
hindsight  66:2
  66:4
hinted  132:16
history  75:5
  85:7
hit  19:8
hiv  129:16
hold  128:18,20
  128:25
holds  13:19
holiday  71:24
  71:25 72:2
home  5:21
hopefully  32:17
  104:2
hostetler  2:10
  2:14 5:2,5
  10:10 36:16
hotmail.com.
  24:9
hour  37:11
  117:25 118:11
  118:13
hours  11:8,9,10
  11:10 125:12

hpv  128:23,25
  129:11,16
  130:3,9 132:16
  132:18
huge  130:12
huh  50:25
  52:23 80:14
  123:4 127:6
hukui  8:10
human  131:13

**i**

ibd  131:13
idea  42:12
  116:4,5 117:14
identify  59:12
  59:21
immediate
  130:3
immediately
  72:7 130:13
impact  138:21
  139:15
important  25:1
  25:8 92:5
  117:13 122:7
  122:10 126:19
  131:2
importing  46:9
improve
  124:24
improvements
  120:23
inability
  130:20

inactive  45:19
  45:19,23
inbox  24:6
include  19:19
  93:17
included  96:4
includes  93:11
incorporated
  4:15
increase  136:3
  136:10
increased  98:1
increasingly
  120:24 131:20
incredibly  65:2
independent
  9:16
india  22:9,10
indicate  63:20
indicated  77:23
  103:5 105:5
  107:17 111:23
  126:22 142:16
indicating
  119:17 130:20
indication
  140:24
individual
  41:17 44:20
indre  86:24
  87:7,8,25 88:5
  88:11 89:4
  92:12
infectious
  131:24

information
  36:3 43:8 47:3
  50:2,3,6,8,10
  53:19 76:16
  78:18 79:3
  126:8 143:21
informed  13:22
informing
  122:20
initial  29:6
initially  29:4
initiatives  71:5
  71:11 73:2,4,5
  73:7 136:2,9
innovate  124:9
innovation
  122:25 124:3,6
  124:13,15,20
  124:25
innovative
  124:7,9
inputting  77:19
inquire  71:2,13
  71:17,21
ins  137:7
inside  44:5
insight  72:11
  73:1
instruct  62:20
instructs  6:17
instruments
  130:8
insurance
  140:11,13,15
  141:4,19

**intelligent** 8:20 73:25 95:1,4 96:21,25 97:8 97:12,16 98:18 99:22 100:7,12
**intent** 36:5
**interested** 84:24 131:20 146:16
**interface** 139:6
**interfacing** 120:13
**internal** 51:4
**internet** 4:8
**introduce** 49:5 49:6 56:5 76:21 102:12 104:16,17 107:9,10 111:10 120:17 126:13 142:9
**introduced** 8:16,19 65:21 99:14 124:10 124:11
**inundated** 84:1
**inventory** 41:13 59:4 72:10,12,14 76:5,7 110:25 111:1
**investor** 102:25
**invite** 43:4
**invoicing** 48:12

**involved** 21:14 22:9 71:7 83:10 141:8,24
**iou** 132:4
**ireland** 74:3
**irrelevant** 107:8
**ish** 11:9 42:25
**issue** 92:17 93:4 96:8 130:22
**issued** 54:6
**issues** 30:19,20 46:21 98:3
**item** 33:23 52:16 53:3,12
**items** 23:11 32:21 33:25 52:8,19 83:5
**iuo** 131:7 132:2

## j

**j** 1:24 52:8 146:5,23 147:2
**jake** 70:13,17 71:15
**january** 58:20 60:13,18 76:9 79:5,9,15,18 81:12,24 83:13 83:15,17,20 84:17 89:11 90:2 94:9 95:3 96:23 97:9,13 97:18 107:25 108:1 109:22

110:5
**jason** 2:3 4:24 36:4 61:7 63:22
**jean** 10:8,9,14
**jesse** 120:20,25 121:1
**jillian** 107:23 108:4,5
**jillian's** 110:20
**joined** 113:23 113:23
**joining** 15:2
**joint** 22:9 32:16,17 33:22
**jose** 70:12,12 70:17 71:15 103:19
**joseph** 22:11 29:8 97:4
**july** 69:12 72:3 77:13,16,17 79:2 142:21 143:7,14,18
**june** 81:21 82:24,25
**juris** 2:6
**jury** 1:9

## k

**k** 102:22 103:11
**kaplan** 2:4 4:24 5:6
**kaplanfox.com** 2:6,7

**kc** 120:21 121:5 121:5
**keep** 24:25 25:7 41:23 44:22 46:18 53:9,9 54:18 63:23 105:23 122:25 124:15,20
**keeping** 68:11 68:12 124:2,6 124:13,25
**kenneth** 120:21 121:4 126:18
**kept** 41:23 54:22,25 55:1
**kevin** 2:19
**kicked** 19:22
**kids** 98:3
**kilsheimer** 2:4 4:25 5:7
**kin** 146:15
**kind** 13:21 15:20 25:18 45:1 49:12 51:22,24 103:1 112:9 132:4,6
**kirk** 29:9
**kit** 52:18 82:12 87:6 88:12 89:4 108:18 109:15 119:3 122:5,6,13
**kits** 52:14,25 107:15 110:1 110:12,22

**[kits - large]** Page 19

111:1 117:23
119:2,4 121:13
122:14 128:18
128:23,25
129:11 130:17
**knew** 71:23
139:20
**know** 6:21 7:4
10:11,12,15
12:13,24 13:8
13:18 15:25
16:25 18:24
19:5,14 20:9
20:16 23:18
28:9,11,17
29:1,20,23,24
30:20 31:1,3,8
31:9 33:19
35:10,13,17,20
36:4,13,14,15
37:21 40:7
42:4,5,6,7,8,12
43:18,20,24
44:2,12,13
45:8 46:10
47:5,14,22,25
48:4,8,23,25
49:1 51:7,9,11
51:25 53:15,17
54:14,25 55:8
55:8 58:11
59:5 60:17
61:14 62:11,23
64:6,7,23
65:22 66:7

68:2,3,3,5,9,12
68:19,25 69:7
70:14 72:2,4
75:12,13,16,21
78:8,12,12
79:17,21 80:15
81:8,25 83:8
83:18 84:1,14
84:14,16,25
85:3,13,18
86:4,6,6,7,7,10
86:12,14,17,21
86:22 87:22
88:2,3,4,5,6,7
88:20 89:14,19
90:17,18 92:6
93:5,14,15
94:2,5,7,12
96:7,8,13,15,21
97:1 98:1,8
99:16,16,20
100:2,4 101:2
101:24 103:15
103:16 104:8,9
106:10,11,13
106:15,17,19
106:24,25
107:1 108:9
109:5 110:7,23
111:4,9 112:2
112:25 113:1
113:12,15,22
114:5,12,19,19
115:5 116:1,3
116:9 117:13

118:10,10,19
118:22,22
119:20,21,23
119:23 120:10
120:13,14,15
121:7,19,20,21
121:23,24
123:9,11,15,16
123:18,20
125:8,25 126:3
126:3 127:12
127:13,14,16
127:20,21
130:13 132:6
132:22,24
133:3,6,9,25
134:6,24 137:5
137:7,18,20,23
138:6,9,12,15
139:1,3,9,11
140:1,10,14,21
141:16,23
147:6
**knowing** 71:7
122:8,9 141:25
**knowledge**
77:22 103:4
105:4 107:16
111:21 126:21
142:15
**known** 139:12
**kosovo** 112:17
**kprieto** 2:15
**kyle** 128:12,13
128:14 129:8

**l**

**l** 1:8 52:12
53:13
**lab** 41:5 68:19
68:19 84:1
87:25 108:19
109:6 110:20
110:21 118:15
118:16
**labeled** 77:2
78:3 94:20
96:13
**laboratories**
39:1 72:25
73:12 85:13
92:7 100:3
109:4 131:6
140:7
**laboratory**
42:4 85:15
92:9 108:9,10
127:9 141:10
**labs** 39:25 40:5
70:15 93:2
131:24
**lack** 89:10
**lake** 7:8 146:3
**laptop** 34:18,21
34:22 35:17
36:22 101:24
102:3,5,8
**laptops** 101:23
**large** 66:12,18
66:25 67:16
74:25 75:2,19

**[large - looking]**

81:11 86:2 91:25 92:2,16 92:17 116:14

**larger** 75:13 98:24

**latin** 77:14 78:21 122:1 123:23 130:2 130:23 131:1

**launched** 121:13,17,21 122:20

**laura** 111:20 112:6,7,12 113:15,19,22 113:23 117:14 117:18,19 119:20 120:22 123:6,18 129:24

**lauren** 111:15 111:20

**law** 2:10

**lawsuit** 12:13 13:2

**lb** 111:17

**lead** 2:2 52:6

**leads** 112:23 113:10 117:24 125:11

**leaving** 71:11 144:6

**left** 42:23,24 50:14

**legal** 148:23

**letters** 114:24

**level** 48:5

**levels** 72:10,12 72:14 76:5,7

**licenses** 14:21

**likely** 44:3 81:5 140:7

**limit** 44:5

**limited** 43:17 44:3,18

**limiting** 43:21 43:24 44:15 45:10,13,16

**line** 52:21,24 77:13 79:1,6 99:1 102:21 105:2 107:15 111:16 115:24 120:22 121:20 121:24 126:19 128:15 131:17 143:3 147:8

**list** 127:18

**listed** 79:17 81:23 94:25 96:10 128:5,21 128:23

**listing** 131:9

**lists** 116:17

**litigation** 7:20 8:3 13:19,19 13:22 35:11,15 35:18,21

**little** 14:8 17:20 17:21,21 22:21 37:10 48:16 72:7 92:4,14 103:24 128:6

**lived** 136:17

**lives** 112:7

**llc** 1:3 4:15 147:1 148:4

**llp** 2:4,10,14 4:25 5:2

**local** 34:25 35:13 36:22

**location** 34:13 108:16

**locations** 30:10 35:7

**log** 144:10

**logistical** 30:19 46:21

**logistics** 30:10 31:2 41:14 46:20 102:24 103:1,3

**logix** 9:9,16 38:24 39:8,9 39:10,12,17,21 39:24 40:7,18 41:3 55:3,10 55:15 62:15 63:7 72:10 83:2,13,19,24 85:24 90:9 91:9 92:19 93:10 98:25

108:17 109:15 115:21 116:20 117:3 118:3 119:18 131:17 135:9

**long** 11:6 38:18 62:19 66:1 87:14 118:3

**longer** 67:22

**look** 20:21 55:19,24 56:3 57:11 59:9,23 59:25 61:24 62:13 63:13 65:14 67:21 69:6 74:19 79:12,21,22 80:10 81:13 82:1,2 85:8 86:13 92:22 95:3,17 98:6 99:4,9,13 100:1 103:8,17 103:23 104:7 104:14 108:14 109:20 110:19 111:8 114:23 117:21 121:9 124:14 127:24 131:2

**looked** 41:19 81:10

**looking** 57:10 59:11 62:2,5 65:25 66:2,2

**[looking - material]** Page 21

108:18 112:14
113:4 116:18
117:25 143:1,5
**looks** 49:18
50:6,7 51:1
62:4 81:19
122:18 129:25
**lose** 125:16,18
130:2,13 132:7
**lost** 115:14
121:17
**lot** 23:10 26:4
30:10 38:10,13
45:20 58:8,16
66:16 67:19
68:10,13 70:7
71:4 72:25,25
73:9 74:2 75:1
84:2 85:22
87:1,16 89:17
90:19 96:14
98:5 101:2,4
107:6 108:19
110:22 118:5
118:18 120:1
123:15 137:6
140:13,16
**lots** 42:9 64:3
83:25 84:20,20
91:14 96:16
99:12 107:7,7
131:24,25
136:20 137:25
140:6 141:1

**love** 110:12
**loves** 111:1
**low** 57:22
58:23 65:8,12
66:1
**lower** 19:21
57:19 58:7,13
58:21 59:1,3
60:14 115:3
119:1
**lowering** 119:2
119:4
**lowest** 62:16
**lunch** 125:14

**m**

**machine** 126:7
**machines**
126:10
**made** 12:17
36:16 75:20
88:2 94:16
116:8 146:12
147:15
**main** 42:14
46:13 68:1,2
116:20 117:11
117:15,16,16
**major** 77:15
94:20,24
**majority** 40:14
115:14
**make** 39:13
92:8 94:8
110:6 111:2
141:16

**makes** 119:22
**making** 5:16
21:16 22:22
100:7 128:18
**mal** 129:16
**malaria** 128:1
**manage** 21:11
76:10,12 90:4
90:6 94:10
96:24 99:5
112:12 114:1
**managed** 97:1
**management**
26:21 27:1,3,4
27:12,14 28:5
30:13,24 48:7
108:9 122:8
**manager** 75:10
127:9
**manages** 22:4,5
**managing**
21:15
**mandates**
67:20 68:1
**manual** 118:7
118:18
**manufacture**
80:5
**manufactured**
41:12
**manufacturing**
31:2 128:14
**march** 39:22
58:24 59:17
60:8,14,18

66:5 72:22
74:25 81:20
82:12 90:9,22
91:2,10 94:14
95:10,18,18,24
96:4,6,10
98:12 99:6
100:5 111:15
111:18 123:7
138:7
**mario** 103:10
103:15,16,19
**marissa** 2:13
5:4 10:6
**marissa's** 10:12
**marked** 49:7,9
56:6 76:22
102:12 111:11
120:18 126:14
142:9
**markers** 116:7
**market** 72:21
73:25 105:3,11
105:23 120:24
122:9 123:14
125:20
**marlin** 102:20
126:18 129:25
**mask** 67:20
68:1
**masked** 68:11
68:12
**masks** 97:25
**material**
132:11

**materials** 33:24 34:4,7,9 37:4
**matter** 4:14 5:3 8:4 44:6
**matters** 8:22,24
**mean** 22:21 26:1 35:4 54:24 62:21 64:1 69:5,14 76:19 83:15 87:10,18 116:12 118:5 126:5
**means** 6:11 108:24
**media** 4:13
**meet** 10:5,22 23:8 24:13,16 25:22 46:9 88:8 108:18
**meeting** 10:20 23:11 24:18 25:23,24 26:19 26:24 27:10,12 27:14,19 28:6 28:19 30:13 31:10 32:6,12 32:24 33:17 34:1,5 127:25
**meetings** 10:20 10:25 11:6,12 12:2,6 23:10 26:2,17,20,22 28:7,8,16,18 30:14,24 31:4

31:7,12,15,19 31:25 32:2,9 32:20,23 33:2 33:5,8,14 34:10 37:6 71:9,9
**member** 14:23 22:7 29:15 37:15 135:21
**members** 20:7 20:10 23:3,22
**mention** 107:2
**mentioned** 48:2 73:24 123:7 126:1
**message** 13:21 23:16,24
**messaging** 23:24
**met** 10:4 46:11 90:15 113:4
**method** 118:7
**mexico** 73:25 74:5,9 83:25 86:5,15 87:25 88:2,8,22,23
**mic** 82:22 84:18
**microsoft** 35:4
**mid** 62:17,22 63:9,17,19,23 64:2 66:8,8,8 77:16
**middle** 22:5 77:14,15

**midpoint** 61:5
**million** 55:22 56:15 57:1,13 57:24 58:2 59:7,13,22 60:4,9 61:17 61:23 62:1,7 63:10,16,18 69:3 79:10,14 95:5 104:1
**mind** 37:24 40:3 70:19 74:6,19 88:21 92:5 97:15
**minute** 121:14 122:21 125:15 125:19 126:2,5
**minutes** 118:14 126:6
**missing** 104:2
**modest** 130:1
**moment** 49:6 143:24
**monday** 11:4 27:13
**monday.com** 41:24 42:13 43:2,14,25 44:10,16 46:1 46:16,18 47:20 48:21 49:3 50:4,10 53:19 54:9 56:21 77:20 78:19 143:21

**monday.com.** 42:11 46:14 49:25 50:1
**money** 17:21
**monitor** 45:18 53:8 66:9
**monitoring** 42:10
**monkeypox** 85:5,14,21 86:2,4 90:18 91:17 92:15 93:4 97:22 99:16,23
**montgomery** 120:21,25 121:1
**month** 9:24 38:11,12 58:12 58:20 59:9,17 60:9,12,13 61:25 62:22,22 63:13 64:6,9 65:13,14 66:8 68:25 69:8,8 80:1,2,3,8,9 89:18 96:5
**monthly** 31:22 47:8,11 58:15 65:19 75:22 111:17
**months** 33:21 55:20 57:19,20 57:20,22,22 58:6,7,10,11,13

**[months - numbers]**

59:2,3,7,12,21
59:25 60:3
61:25 65:8,23
**morning** 4:4
5:15,17 27:13
**mosquito** 91:21
91:22
**mountain** 4:5
**move** 80:2
89:19
**moving** 75:25
89:17
**mpox** 85:5,7,9
**multiple** 18:1
30:10 52:18
91:23 94:3
137:9 138:3

**n**

**n** 2:1 3:1 4:1
53:1,5
**name** 4:17 5:18
8:6,9,18 10:11
10:12,16 41:21
42:19 50:15,18
74:16 109:8
111:19,20
114:15
**named** 7:19
146:10
**names** 45:24
46:9 70:18
**near** 115:9
**nearly** 132:19
**nebraska** 73:8

**necessarily**
42:1 87:18
**necessary**
102:25 144:12
**need** 6:10,20
27:18 49:15
55:7 56:3
61:24 62:11
72:6 73:17
95:15,15 110:7
117:6,7,23
130:15 140:16
144:17 145:3
**needed** 30:11
30:20,22 31:1
41:11 58:9
67:1 72:8
75:14 80:5
81:6 84:7
92:18 96:12,14
98:2 125:13
126:4
**needing** 67:23
87:9
**needs** 24:22
65:1 69:16
119:24 122:10
**negative** 68:8
138:21 139:15
140:25
**netsuite** 48:8
48:11,13,15,19
48:21 49:1
51:19,19

**never** 58:14
63:18 65:15,25
69:15 112:14
112:18 123:12
123:13,13
131:15 132:8
132:11
**new** 1:1 2:5
60:21 68:12
80:24 88:24
97:23 99:7
108:19 114:16
117:19,22
120:6,9 125:15
**news** 111:3
**nicholas** 42:19
**nielsen** 29:8,22
**nodding** 6:12
**nomi** 68:18,23
69:11,17 70:6
70:7,10 71:2,2
71:4,11,13
72:6,13,20,20
72:24 73:3,13
73:20 108:5,6
109:2,11
110:12,16,21
110:22 139:3,8
**nomi's** 72:10
**non** 84:23,24
131:20
**normal** 71:9,19
**normally** 34:7
**north** 2:11

**note** 4:6 117:13
148:10
**noted** 37:7
147:7
**notes** 11:20,22
11:23 12:1,2,4
12:7,10
**notice** 13:21
14:2,3 58:23
**noticing** 4:22
**notified** 55:6
**novacyt** 106:7
106:10,16,23
106:24
**november** 1:15
4:6 146:9,18
147:3 148:3
**number** 3:7
18:3 50:21
51:2,5,8,11,20
52:1,16 53:23
54:3,4,7 55:21
57:16 61:21,22
69:9,15 98:2
102:23 103:12
104:22 114:25
115:6 119:12
129:10 130:13
130:16
**numbers** 18:24
19:3,5,6,10,18
31:4 51:18,24
57:6 58:17
59:1 60:25
62:8,12,23

**[numbers - order]**                                    Page 24

64:5 94:5 98:6
114:24 132:10
132:12
**ny** 2:5 148:15

**o**

**o** 4:1 53:22
**o'neill** 107:14
107:20,21,24
109:6,12 110:5
110:11,16
111:4
**o'neill's** 109:20
**oath** 6:1
**object** 6:16
36:2 63:24
76:11
**objection** 61:6
62:18 63:11,22
64:16,22 66:21
69:4 72:15
82:7 83:6
88:13 89:12
90:13 91:12
93:13,18 95:14
98:14,21 99:24
100:14 104:12
105:12 106:2
107:5 109:1,17
110:18 111:7
113:21 118:21
119:19 123:8
124:4,21 125:4
130:24 131:22
133:5 134:11
134:21 135:3

136:4,11 137:4
137:17,22
138:23 139:5
139:16,25
141:6,14,21
**obtain** 14:16
**obviously**
37:25
**occasionally**
24:5
**occur** 65:6
**occurred** 11:15
11:18
**occurring** 46:7
46:7
**offer** 80:23
129:5
**offered** 89:23
92:24 131:3,13
131:14 136:18
**offering** 89:15
106:19 132:8
**office** 5:2 7:6,7
23:8,12 24:17
**officer** 17:10
121:3,7
**official** 53:6,16
146:17
**officials** 67:2
**oftentimes**
58:10
**oh** 10:15 72:17
74:21 82:25
130:6

**ohio** 2:15
**okay** 4:4 6:15
6:20,24 7:1
10:17 14:8
22:3 39:15
42:2 49:20
50:12 53:1,5
54:8 56:5
74:23 77:3
78:5,24 79:7
80:10 93:7
95:20 101:11
102:6,11
104:24 108:3
109:24 111:13
115:8,9 119:13
128:16 129:19
143:1,4,11
145:5,8
**omicron** 99:11
**once** 19:8 26:23
40:6 41:18
42:6 48:17
54:16
**onedrive** 35:5
35:20 36:24
**ones** 51:7
120:16 128:23
138:4,5
**ongoing** 8:25
85:19
**online** 80:24
**ontiveros** 2:19
**oo1s** 102:22

**ooo** 2:20 3:4
**open** 49:19
77:5 84:4
142:11 143:9
144:7
**operates** 42:4
**operation**
32:17
**operations**
16:13
**opinion** 44:6
122:23 124:13
**opinions**
128:24
**opportunities**
66:16 120:6
**opportunity**
90:19 91:18
**order** 3:9 31:1
41:3,9,11,12,15
41:18,24 42:5
42:6 48:17,18
48:20 50:18,21
51:2,5,6,8,11
51:17,20,24,24
51:25 52:1,5,6
53:2,12,15,20
53:22,24,25
54:3,4,5 55:7
67:5 71:14,18
71:22 74:25
75:14,20 76:18
79:14,25 80:12
80:12,16,17,20
81:11,24 82:5

82:6,11,15,18
82:19 83:12,20
85:7 95:11,24
95:25 102:23
103:12 104:3,6
104:10 110:1
128:22 129:10
136:2,10
**ordered** 52:8
52:10,16,17
58:8 59:4 81:4
81:4 82:22
**orders** 3:13
8:17 41:24
42:11 44:23,25
46:2 48:13,14
50:5 54:9 55:2
55:6,9,17 56:1
57:1,10,14,24
58:2,16,18,23
59:8,13,22
60:5,9 61:3
62:9,16 63:4,9
63:19 65:8
66:5,13,19
67:16 68:23
69:11,13 70:11
70:16 71:3
75:2,6,7 76:13
77:16,20 78:16
79:1,9,13,17
81:20,23 83:19
85:1 86:2 90:8
90:12 91:9,25
92:2 95:4,7,10

95:21 96:19
98:11 111:5
135:9 142:20
143:7,13 145:2
**organization**
46:5
**organizations**
14:24 140:9
**organize** 37:21
42:16
**organized**
21:18
**organizing**
142:4
**original** 104:13
**outbreaks**
85:12,20 91:15
91:16 99:18
**outcome**
146:16
**outlines** 12:10
**outs** 137:7
**outsource**
109:3
**overflow**
108:20,24
109:4 110:21
110:22
**overseeing**
25:10
**overview** 30:16
**own** 42:7 51:17
**owner** 44:7

**p**

**p** 2:1,1 4:1
53:23
**p.m.** 1:17 70:2
70:3 101:12,14
101:14,15
103:9 108:1
132:14 133:14
133:16,17
143:25 144:2,3
145:9,11
**page** 3:1,7
103:18 109:21
114:22,25
115:5,6,9
130:11 147:8
**pages** 114:22
146:11
**paid** 21:4 139:9
**pandemic** 85:4
85:9 90:18
91:17 97:23
137:12
**pandemics**
85:20
**panel** 92:24
98:24
**paragraph**
143:1
**paragraphs**
130:12
**part** 22:20 30:3
38:1 48:12
122:8 131:10
131:10,14

132:11,11
134:9,23
**participant**
32:1,9
**participants**
4:9 34:5
**participate**
28:4 87:5
94:11 134:1
142:4
**participated**
28:7 142:1
**particular**
21:22 34:13
68:14 86:23
96:14 135:9
**parties** 4:12
37:22 146:15
**parts** 86:8
114:14
**party** 9:16
**pass** 87:10
**password** 43:5
**past** 15:11
65:11
**patient** 141:8
**pay** 17:21
140:8
**payers** 140:13
**paying** 140:9
**payments**
15:12
**pcr** 125:15
126:7

**[pdf - possess]** Page 26

**pdf** 49:10 76:23 77:5 94:22 102:14 115:5 142:11,22,25
**pdfs** 49:14 77:7
**peirsol** 5:4,4
**penalty** 6:1
**pending** 6:22
**people** 15:11 21:21 22:14 23:19 24:10,13 24:25 27:15 43:11 44:4 45:20 47:25 65:18 67:22 70:7,9,11,14 107:7 127:13 129:21 142:15
**people's** 30:22
**percent** 9:18 40:23,24,25 92:20 93:24 137:14
**percentage** 19:4,7,9,10,17 19:21 20:19 40:8,20,22 94:2
**performance** 15:21 64:10,20
**period** 16:10,17 17:1 18:16,17 23:4,10 26:25 28:11 29:25 31:21 33:12

39:22 51:13 59:14 60:3 69:7 73:16,19 73:20 81:3 93:2 117:20 121:5 127:1 133:9 136:18 138:9 143:16
**periods** 18:2 40:17 75:24 84:3
**perirsol** 2:13
**perjury** 6:1
**permission** 44:5
**permissions** 43:18,21,24 44:4,7,16,19
**person** 16:1 22:1,17 23:20 29:9 42:15,17 43:12 77:19 108:16 114:13
**personal** 24:2,6 24:8
**peru** 74:1
**phase** 132:3
**philippines** 74:3
**phone** 25:24
**phrase** 17:16
**picks** 89:7
**piece** 18:7 122:10 131:16

**pk** 123:1 124:16
**place** 4:11 13:14 26:19 41:3 65:15 71:18 83:18 85:1 90:8 91:5 99:20 133:12 136:2,9 146:9
**placed** 8:17 41:24 55:3,7 68:23 69:1,11 69:13 74:25 75:1,6,8,8 76:9 76:14,17,20 79:9 81:20 83:12,16 90:12 91:1,8 95:4,12 111:4
**places** 73:1 93:3 112:13,18
**placing** 21:17 50:18 52:5 70:11,16 71:2 71:14,22 83:19
**plaintiff** 1:5 2:2
**plaintiffs** 4:25 5:7
**plan** 144:14
**planning** 33:14 33:18
**platform** 23:25
**play** 85:23 87:2 87:12,22 91:24 97:21 98:8

118:18 141:2
**please** 4:6,21 5:18 6:8,21 33:23 81:16 136:6
**po** 41:7 53:23 54:6,7
**point** 6:21 16:13 19:13 28:14 37:18 38:15 40:12 61:14 62:17 63:9,17,19,23 64:2 65:2 82:15 84:4,25 85:5 87:3 90:10 101:8 109:16 115:13 116:17 117:21 119:9,12 120:2 120:8
**portion** 18:4 20:23 21:1 32:23 37:10
**pos** 67:11
**position** 43:24
**positioned** 22:24
**positioning** 85:13 92:15
**positions** 108:13
**positive** 139:23
**possess** 14:21

**[possession - properly]**                                             Page 27

possession
  13:24
possible  68:12
  90:17 96:9
  105:24
postmarket
  122:7,11
potential  80:23
  113:5 125:11
potentially
  13:23 105:19
powered  49:24
powerpoint
  34:2,10
ppe  136:20
practice  33:13
  53:18 54:15
  71:19 79:19,23
prc  119:24
precautions
  67:22
preceding
  146:11
predict  76:3,3
  85:18
prefer  39:12
premarked  4:3
preparation
  10:23 11:23
  12:7,11
prepare  9:25
  10:2 33:17,24
  142:7
prepared  37:5
  99:18

prerogative
  139:11
presence
  116:15
present  2:17
  4:20 10:19
  64:14
presentation
  34:3 121:12
presentations
  34:11
preserve  14:4
president  29:11
  29:19
press  9:5,11,15
  12:17,17,25
pretty  37:14
  49:13
prevalent
  99:15
preview  49:12
  77:8 102:15
previous  60:16
  64:11
previously  49:7
  56:6 57:10
  76:21 96:5
  102:12 111:11
  120:17 126:13
  142:9
price  53:2,11
  80:13,15 83:4
  108:17
prices  119:1,2
  119:4,4,17

primarily  23:2
primary  34:22
  39:24 42:10
  70:9,11
prior  15:2
  57:23 59:6,11
  59:14,15 63:17
  86:11 87:14
  131:19 141:3
  141:18 146:7
private  47:19
  140:9
privilege
  144:10
privileged  36:3
probably  9:23
  16:25 88:19
  96:3 113:24
  124:8 138:24
  138:25
problem  87:19
  139:19
process  41:2
  48:14 67:6
  118:15 144:7
processes
  118:12 122:7
  126:7
produce  144:11
producing
  144:8
product  52:9
  58:8,8 59:3
  60:15 72:6,7
  74:2 80:3,5,24

84:10,13,13,16
  87:10,11 92:6
  99:1 106:19
  115:24 120:23
  121:19,20,23
  121:24 123:13
  124:24 126:20
  132:8
products  22:23
  72:1 83:1 84:5
  85:24 89:22,22
  94:3 106:25
  111:2 112:19
  124:7 128:3,5
  128:7 129:25
  130:16 131:2,6
  131:9,12,17
  132:2,10
professional
  14:21,23 146:5
program  137:1
  137:12
programs  68:5
  136:1,9,17,18
  137:6,8,10,25
  140:19
projections
  75:23 76:1
  106:8,23
projects  30:16
promote  85:25
promoting
  130:1
properly  22:24

**[proponent - r]**                                                    Page 28

**proponent**
  42:14
**proposals**
  115:11
**proposed**  2:2
  4:25 116:17
**proposing**
  117:2
**protocol**  123:2
  124:16 125:15
  126:2
**protocols**  126:9
**provide**  5:16
  32:6,12,20
  36:10 123:1
  124:16 133:25
  134:19
**provided**  36:14
  100:3 128:21
  133:24 134:5
  137:12
**provider**  141:9
**providers**
  137:2
**providing**  7:15
  128:25
**publicly**  93:9
  133:24 134:5
**pull**  62:12 77:1
**pulled**  49:25
  78:19 79:3
  143:21
**purchase**  44:23
  53:25 54:3,4
  69:18 75:9,13

75:19 76:9,13
77:20 81:24
82:14 83:4
89:10 98:19
99:2,22 105:10
108:17 110:1
**purchased**
  29:17 30:4
  75:12 106:1,4
**purchases**  90:1
  91:1 94:8,16
  96:22 97:8,12
  97:17 100:8,12
  100:20,25
**purchasing**
  84:23,24 89:17
  100:20,24
  105:19 109:15
**purpose**  46:1
  112:11
**purposes**  24:3
  46:3,4,12,13,15
  102:4
**pursuant**  75:8
**pursue**  124:20
**pursuing**
  112:24 113:10
**push**  80:8
  131:6
**pushing**  67:11
  132:4
**put**  33:9,14
  36:19 37:18
  45:1 54:7
  87:17 90:19

109:11 112:3
112:21,25
113:8,12,19
114:4 118:11
123:19 136:2,9
**putting**  15:18
  86:3 114:18
  127:14

**q**

**qt9**  48:4,7
**qualify**  84:8
**quality**  4:7,8
  48:7 122:8
**quantity**  52:12
  52:13,15 80:12
**quarter**  21:6
  55:12,16,18,23
  56:1,14,14,16
  56:17,19,20,24
  56:25 57:2,9
  57:12,12,23,24
  58:3,12,14
  60:16,21,23
  61:3,5 62:17
  62:22,22,23,23
  63:7,8,10,13,17
  63:19,20 64:3
  64:6,8,14,21
  65:5,17 66:8
  66:10,10,13,20
  67:9,15,17
  68:23,24,25
  69:3,9,9 104:1
  104:3,6,10
  134:20 135:11

**quarterly**  3:18
  46:25 47:6,7
  47:11 56:10,11
  105:23 133:20
  133:23 134:4
  142:2
**quarters**  55:20
  60:21 64:11,12
**question**  6:22
  6:23 7:1,2,3
  20:1 25:4
  32:11 36:6
  59:19 61:8,11
  61:12 62:3
  64:18 81:14,17
  81:18 98:16
  100:22 125:21
  136:5 139:1
  141:15
**questions**  6:8
  106:16 142:11
  144:5,13
**quick**  142:11
**quickly**  61:1
  65:22 87:16
  118:20
**quite**  32:10
  117:19
**quote**  41:7
**quotes**  66:15
  66:25 67:11

**r**

**r**  2:1 4:1 74:10
  74:10

**[r&d - received]**                                                     Page 29

**r&d** 124:23

**rabiyah** 74:14
  74:25

**raising** 123:6
  124:1

**ramos** 102:20
  126:18

**ran** 22:11

**range** 18:13
  69:2

**rarely** 91:4,6

**rather** 73:15
  79:18

**raver** 74:7,10
  76:12 79:6
  81:11,19 82:19
  83:12,18,22
  84:25 88:5
  90:4,8,12,25
  91:5,8 94:7,10
  94:15 103:19

**raver's** 76:8
  79:1 84:22
  89:10 90:1

**reach** 70:15

**reaching** 71:17
  71:20

**reaction** 106:22
  125:22

**read** 43:10
  61:12 81:18
  112:4 144:15
  146:13 147:6
  148:9

**reading** 146:13

**ready** 92:16
  126:7

**reagent** 130:8

**real** 65:15

**realize** 65:18

**really** 33:10
  39:21 44:6,18
  48:3 57:17
  58:12,14,16,25
  66:9 71:6,15
  75:16 76:6
  87:3 114:8
  118:15 119:2,3
  140:14

**reask** 64:18
  95:16 100:22

**reason** 6:4 51:1
  61:20 66:12,18
  67:5,14 78:10
  81:5 82:4,8,10
  96:4,9 103:7
  105:7 107:19
  126:24 139:18
  142:18 147:8
  148:11

**reasonable**
  62:8

**reasons** 80:21
  84:11 85:17
  116:9

**recall** 8:3,6,11
  9:1,10 10:25
  11:6,14,19
  12:19 13:6,10

14:1 16:9,11
16:23 17:14,25
18:8,18,21,25
20:12,18,22
21:3 23:21
24:1 26:11,12
26:14 27:1,7
27:15 28:14,21
29:2,4,13 30:1
30:5,13 31:3,5
31:8,14,20
32:8 33:1,4,6
36:17 39:16,16
40:19,19 42:2
42:23 43:21,23
44:15,17,21
45:6,10,13,16
45:23 46:25
47:2,3,8 54:21
55:16,22,25
58:18 59:6
61:2,16,18
62:15 63:8
65:3,9 68:21
68:22 69:10
71:20 72:16,19
72:20 73:2,13
74:24 75:7,18
75:19 76:8
86:19 87:6,8
87:24 88:10,14
88:16,18 89:2
89:5,13 90:3
90:20,23 94:18
97:10 100:9,15

100:17,18,23
101:5 105:15
105:17,18,21
105:25 106:21
108:6 109:14
113:16,18
114:8,9,17
118:3,14
121:16 125:22
134:12,13,17
134:25 135:7
135:12,13,16
135:18,18,20
135:24 141:3
141:17 142:8
144:12

**recalls** 61:7

**receipt** 84:8
  148:17

**receive** 13:25
  18:20 75:22
  104:5

**received** 13:18
  14:3 18:18
  20:10,20 31:1
  53:23,24,25
  54:2 55:17
  56:1,15 57:1
  57:13,23 59:22
  61:3 62:9,16
  63:9,15,18
  77:23 79:14,25
  81:24 82:1,5,6
  82:9 92:1
  95:25 103:5

[received - remember]

104:10 105:5 107:17 111:22 115:10 126:22 128:22 131:16 142:16

**receiving** 14:2

**recent** 121:12

**recently** 106:8 106:23 121:13 128:22

**recipients** 127:5

**recognize** 49:20,21 56:9 56:10 109:10 111:25 112:2,4

**recollection** 134:15 135:5

**recommend** 128:8

**record** 4:5,12 4:21 5:19 6:10 7:15 36:20 38:17,20,23 46:11 69:23 70:1,4 101:13 101:16,18 133:13,15,18 143:23 144:1,4 145:3,10

**recorded** 4:10 4:13

**recording** 4:7 4:11

**records** 13:24 14:4 86:13 100:2 104:7,15 109:19 111:9

**recurring** 117:22

**redone** 87:9

**reduce** 130:15

**reduced** 96:22 97:17 98:11 100:20,24

**reduction** 97:8 97:12

**refer** 9:7 39:8

**reference** 54:7

**referenced** 3:7 15:14 27:4 148:6

**referred** 75:20

**referring** 9:8 10:13 27:9 28:13 39:10 41:16 82:12 101:22,23 103:21 110:16 120:10 132:23 133:7 140:5,20

**refers** 93:9 108:24 120:9 129:9 142:19

**reflect** 50:17

**reflected** 77:22 82:5 87:11 103:4 105:4 107:16 111:22

126:21 142:15

**reflects** 147:7

**refresh** 11:16 11:17 49:8 56:7 76:23 89:1 104:20

**regarding** 9:11 15:22 23:23 32:16 33:25 90:1 144:9

**region** 77:14,17 78:16 92:18 116:15 117:17 119:17 133:2,9

**regions** 23:1 90:17 99:19 112:15,17 119:7 120:4,4 120:7

**registered** 146:5

**registration** 30:20 46:8

**registrations** 46:19

**regular** 70:20

**regularly** 26:17 28:6 31:12,16 31:18 70:22,23

**regulatory** 46:17,18 86:8 86:13 127:2

**reimburse** 137:1

**reimbursed** 139:9 140:8

**reimbursement** 137:13,15 140:15

**reimburseme...** 138:16

**reimbursing** 138:17 140:11 141:5,19

**relate** 140:15

**related** 13:19 25:25 35:8,11 35:14,18,21 36:12 40:15,16 98:4 137:14

**relations** 102:25

**relationship** 96:24

**relatively** 82:19

**release** 9:5,11 9:15 12:17,18

**released** 40:17

**releases** 12:25

**relevance** 107:3

**relied** 138:13 139:4

**remember** 11:15 13:12 20:25 31:10 33:10 39:15 54:14 65:19 76:19 99:11

**[remember - rough]** Page 31

107:21 119:25
**remotely** 4:16
**remove** 119:5
119:22
**removed** 45:21
45:25 97:25
**renewed** 68:7
**rental** 130:8
**rep** 112:7 114:6
**repeat** 61:10
81:17
**rephrase** 25:4
36:5,9
**replacement**
80:20 104:2,5
104:10
**report** 24:11
25:12,14,17
64:8 97:5
105:11,18,19
106:1,5 112:4
112:10,17,21
113:8,13,15
114:21,22
123:7
**reporter** 1:24
6:11 61:10
74:8,11,15,18
74:21 81:16
116:25 125:17
145:2,5,8
146:5 147:2
**reporter's**
146:1

**reporting**
25:18,20
111:17
**reports** 15:18
15:20,21
105:14 113:19
114:4,18
**represent** 4:22
**representing**
4:18 5:2
**reps** 113:19
114:4,6
**request** 36:20
37:3,7 102:7
146:12
**requested**
66:25 67:12
**requests** 36:23
**require** 126:6
**requirements**
122:11
**research** 131:4
131:14
**researcher**
119:21 123:19
**resource** 17:20
**resources**
117:8 136:22
136:24
**respect** 25:1,8
25:9 102:8
**respective**
24:20 51:6
52:5 54:5

**respond** 129:4
**responding**
105:16,17
122:12 141:16
**responds**
103:24
**response** 98:17
110:4,10 122:4
125:20 129:9
**responsibilities**
15:17 21:9,20
**responsibility**
16:15
**responsible**
21:22,24 25:7
52:4 68:15
113:9 133:20
133:23 134:4,6
**responsive**
36:23
**rest** 102:22
103:12,25
**result** 14:2
**resulting** 67:23
**results** 9:17
47:6,7,9,11
64:8 86:19,25
87:1
**return** 146:13
148:13,16
**revenue** 40:8
40:15 58:2
106:7,23
131:10,16
133:21,23

134:9
**review** 11:11
12:10 54:8,11
146:12 148:7
**reviewed** 54:10
63:2
**reviewing**
62:25
**revolves** 9:5
**revolving** 12:16
**richard** 29:8,10
29:11
**right** 21:17
40:4,10 67:8
70:19 79:8
108:16 114:23
123:25
**ririe** 29:9
**rise** 103:11
**rna** 87:15
118:13
**robinson**
126:18,25
**rocky** 29:9
**rodriguez**
103:19
**role** 15:7,13,16
16:11,14 22:20
25:25 29:13
34:8 98:9
108:6
**roles** 17:4
**room** 7:11
**rough** 144:15

**[roughly - see]**                                        Page 32

**roughly** 18:10
**route** 108:16
**row** 60:4 65:8
  78:23 79:1,6
**rpr** 1:24 146:23
**rule** 146:12
**rules** 5:24
**run** 81:6 84:19
  87:13 118:9,20
  118:23 122:3
  122:14 126:5
  126:10
**running** 87:20
**ruo** 131:4,6
  132:2
**russia** 123:16
  125:11,24
**russian** 117:24

**s**

**s** 2:1 3:6 4:1
**salary** 18:8
**sale** 86:5,10,15
**sales** 3:11,13
  16:20,21,22,24
  17:2,6,7 19:3,4
  19:6,10,18,21
  19:24 20:2,6,7
  21:10,11,15,21
  22:3,5,6,7,9
  23:3,14,17,23
  23:23 24:10,14
  24:20,24 25:25
  26:7,9,12,16,24
  28:2,3 30:17
  30:19,23 31:3

31:6 38:1
39:22 41:18,20
41:23,23 42:11
46:2 48:17
50:5 53:17
54:18,20,22,23
54:24 57:9
62:23,25 63:20
64:14,20,24,24
65:25 77:14,21
78:16 90:5
92:21 93:24
112:7 113:19
114:4 120:23
125:13,14,16
125:19 127:10
127:11,19,25
130:1,14
132:10,11
134:14,18
135:1,15,22
138:22 139:15
139:23 140:3
**salesman** 3:11
  52:3 142:20
  143:7,14
**salesperson**
  52:4 121:25
**salespersons**
  22:13 25:7
**saliva** 122:6,13
  124:12
**salt** 7:8 146:3
**sample** 87:15
  98:23 118:12

**samples** 73:11
  80:23 84:6
  100:3
**sandy** 5:22
**sans** 123:1
  124:16
**saudi** 73:21
  74:13,17 75:1
**save** 34:14,24
  34:25 35:3,6,7
**savvy** 15:24
  16:1
**saw** 114:10
**saying** 56:17
  94:6 117:5,11
  119:16 122:2
  122:22 124:5,7
  124:22 125:12
  136:14,15
**says** 49:24
  56:20 77:25
  83:3 95:10
  96:20 103:10
  108:10 110:3
  110:20,24
  124:15 129:13
  143:6,18
**schedule** 24:18
  26:22 27:10
**scheduled**
  26:17 28:6,9
  31:12,17,18,20
  70:22,23
**scheduling**
  9:22 11:25

12:1 13:4
**school** 98:3
**science** 121:2,3
  121:6
**screen** 4:10
  49:16
**screens** 101:22
**scroll** 49:19
  51:3 53:4
  78:23,25 79:5
  79:8 143:15
**seal** 146:17
**search** 36:12,21
  37:1,2,4
  113:17
**searched** 35:11
  35:14,18,20,23
  35:25 36:15
  75:4
**seasonal** 98:3
**second** 56:1,13
  56:19,24 57:11
  58:2 61:3
  63:17 67:15,17
  103:8 104:10
  116:16 128:17
  128:21,24
  129:6 134:20
  135:10,10
**secretary** 41:18
  41:20 48:17
  77:21
**see** 33:7 37:13
  43:11 49:24
  50:14,21 55:5

56:3 58:1
65:22,23 66:5
76:18 79:10,15
82:22 84:5,17
85:6 86:25
91:21 94:25
95:8,11 103:13
104:2,3,7,15,19
106:7,8 107:25
108:3,20 110:8
110:13 111:13
115:15 116:23
117:25 119:8
119:10,14
120:14 121:13
121:14 122:4
123:3 124:23
127:5 128:8
129:1,6,17,22
130:4,17
132:20 138:25
142:19,21
143:6,15
**seegene** 115:18
115:19 116:14
118:19 121:13
121:16 122:20
125:13,19
**seegene's**
115:15 116:1
121:19
**seeing** 31:6
72:21 113:16
119:1,3 121:22

**seem** 69:3
**seems** 37:9 50:7
62:8 128:20
138:8
**seen** 4:9 22:25
76:17 122:22
**self** 140:8
**sell** 39:6 115:21
117:8 128:1,8
130:21 132:18
**selling** 39:17
40:6,10,13
55:11,15 59:18
62:14 63:6
117:3 129:16
**sells** 39:11
**send** 41:7,8
80:25 114:5,7
130:21
**sending** 84:11
84:18,18
109:25 110:22
112:10
**sends** 107:6
**sense** 63:3
**sent** 82:19
84:16 102:21
107:14 111:15
114:13 126:17
127:4,10,17
142:13 146:13
148:14
**sentence**
118:25 119:11
120:8 124:14

128:17 143:5
**separately**
59:10
**series** 114:24
**serious** 85:8
**serve** 127:17,18
**serviced** 101:3
**services** 15:3,8
136:23,25
**set** 31:15 43:5
43:12 58:14
68:6 69:15
138:2 140:19
140:22 146:11
**seth** 1:5 3:1
4:14 5:9,20
24:9 77:13
102:20 105:1
107:14,24
108:15,18
110:11 111:15
120:21 126:18
127:25 128:12
142:14 146:7
147:5,16,18
148:5
**setting** 23:12
43:12
**setup** 46:8
**seven** 52:21
**several** 15:4
33:20 69:7
80:6 83:21
85:10 88:8
98:25

**shaking** 6:12
**share** 34:9
49:13,16 77:8
102:15
**shared** 20:7
**sharepoint**
47:22,23 48:1
48:3
**shares** 18:3,4
**sharp** 105:24
**sheet** 49:11
81:20 148:11
**ship** 73:9
**shipment** 75:19
**shipped** 103:24
**shipping** 46:20
46:21 72:1
83:9 103:3
**short** 133:12
**shortening**
123:1,2 124:16
**show** 32:2,4,7
32:13 46:5,11
47:6,11 65:11
83:11 94:4
95:6 96:2
116:19
**showed** 47:8,10
**shown** 42:15
47:3
**shows** 21:12
22:24 32:14,21
33:21 46:6,10
56:13,24 57:12
57:25 113:5

**[sic - specifically]**                                              Page 34

| | | | |
|---|---|---|---|
| **sic** 83:24 85:16 | 124:4,21 125:4 | 85:24 93:10 | **spanish** 91:6 |
| **side** 54:23,24 | 130:24 131:22 | 99:1 108:17 | **speak** 91:5 |
| 129:5 | 133:5 134:11 | 109:15 116:20 | 121:24 |
| **sign** 41:11 | 134:21 135:3 | 117:3 118:3 | **speaking** |
| 144:15 146:13 | 136:4,11 137:4 | 131:17 | 136:12 |
| 148:12 | 137:17,22 | **software** 15:4 | **specialize** |
| **signature** 41:8 | 138:23 139:5 | 15:14,19,22 | 85:16 |
| 146:21 | 139:16,25 | 16:3,4,5 83:8 | **specific** 11:17 |
| **signed** 148:19 | 141:6,14,21 | **sold** 39:4 60:16 | 20:16 22:6 |
| **significant** 18:4 | 144:14,19 | 74:2 90:16,16 | 27:10 28:12 |
| 111:5 123:12 | 145:4 148:1 | 98:7 99:21 | 31:3,8,15 |
| 131:15 | **single** 75:9 | 106:13,17 | 34:15 36:17 |
| **significantly** | 89:20 | 112:19 119:3,4 | 39:14 45:23,24 |
| 119:1 | **situated** 1:4 | **solicited** 105:14 | 52:9 66:12,18 |
| **similar** 113:8 | **situations** 98:7 | **solid** 63:14 | 67:14 70:5 |
| **similarly** 1:4 | **sizable** 131:10 | **solutions** 1:20 | 73:17 74:5 |
| **singhal** 2:9 5:1 | **size** 105:23 | 8:20 73:25 | 87:21 88:14,21 |
| 5:1 36:2 37:7 | **skip** 130:6 | 95:1,4 96:21 | 89:13 90:23 |
| 38:16 61:6 | **slightly** 62:10 | 96:25 97:8,12 | 92:6 96:8,14 |
| 62:18 63:11,22 | **slip** 3:8 49:11 | 97:16 98:18 | 100:9 101:5,5 |
| 64:16,22 66:21 | 76:24 | 99:22 100:7,13 | 123:10 134:15 |
| 69:4,22 72:15 | **slow** 60:22 | 148:23 | 135:16 138:5 |
| 76:11 82:7 | **slowed** 110:12 | **somebody** 43:6 | 143:4 |
| 83:6 88:13 | 110:16,21 | 112:12 | **specifically** |
| 89:12 90:13 | **small** 19:9,9 | **sorry** 62:2 77:4 | 10:13 11:19 |
| 91:12 93:13,18 | 69:14 80:12 | 82:2,25 93:5 | 13:8 18:2 24:1 |
| 95:14 98:14,21 | 82:19 130:16 | 100:22 136:23 | 26:14 30:18 |
| 99:24 100:14 | **smaller** 58:11 | 143:10 | 33:6 36:13 |
| 101:10,17 | 68:19 | **sound** 109:8 | 45:9 72:16 |
| 102:10 104:12 | **smart** 9:9,16 | **sounds** 108:11 | 79:20 80:16 |
| 105:12 106:2 | 38:24 39:10,13 | **source** 138:10 | 81:8,15 82:3 |
| 107:5 109:1,17 | 39:17,21,24 | **south** 22:4 | 85:3 88:3 90:3 |
| 110:18 111:7 | 40:7,18 41:3 | 114:6 | 91:21 96:13 |
| 113:21 118:21 | 55:3,10,15 | **southern** 1:1 | 97:10,14 |
| 119:19 123:8 | 62:15 83:2,24 | | 113:16 114:10 |

**[specifically - supplier]**                                              Page 35

114:22 116:3 137:7

**specifics** 94:2 94:13

**speculate** 80:18 126:12

**speculating** 88:6 96:8 100:16

**speed** 122:6

**speeding** 122:14

**spell** 74:15

**spoke** 26:15 103:10

**sponsored** 68:4

**spot** 69:20

**spreading** 65:21

**spreadsheet** 3:8,9,11,13 49:11 76:25 78:3,6,11 94:19,21,22,23 143:13

**spreadsheets** 49:12,14

**ss** 146:3

**stadium** 1:3 4:14 147:1 148:4

**staff** 22:14

**stamp** 104:18 107:11

**standing** 26:18 26:24 32:9

**standpoint** 73:6

**stands** 102:8 104:14 131:4

**start** 17:20 51:4 60:22,22 114:18

**started** 5:25 15:5 16:7,8,12 16:15 17:19 28:10,10 29:2 40:10,12 83:23 109:14 113:18 114:1

**starting** 50:13 84:4 128:16

**starts** 60:21 79:6 109:21

**state** 4:21 5:18 146:2,5

**stated** 16:6 145:3

**statement** 9:6 106:22

**statements** 12:17,19,25 93:15,20,21

**states** 1:1 22:7 22:8,12 41:6 68:20 71:5,6,8 73:5,7,12,24 93:3

**status** 86:7,17 131:3

**statuses** 126:20

**steering** 28:15 28:21,24 29:5 29:6 30:5 37:17

**stenotype** 146:9

**step** 92:19

**sti** 128:18

**stock** 17:23 20:13,14,19 21:2

**stop** 37:8

**stopped** 100:19 100:24

**storage** 35:1 36:25

**store** 34:14,16 50:4

**stored** 43:8 50:3,10 87:15 87:21

**strains** 60:17 60:24

**street** 2:11

**strengthen** 117:6

**strike** 31:17 93:8 133:21 135:19 136:23

**strong** 114:9 123:13

**structure** 19:14 22:9 25:19,21

**structured** 23:10 24:17 25:23,24

**study** 9:15,17

**subject** 31:9 77:13 102:21 105:2 107:15 111:16 120:22 126:19 143:3

**subscribed** 147:19

**subset** 50:9

**subsidiary** 29:15,19 30:3

**substance** 112:5

**substantial** 20:22 76:8 83:12 125:3

**substantive** 23:22 37:10

**successful** 115:12 116:23

**sufficiency** 144:10

**suggesting** 105:9

**suite** 2:11,14 85:25 89:22 132:1

**summer** 98:4

**supplier** 139:8

**[suppliers - test]** Page 36

suppliers 131:25
support 22:14 88:24
supported 22:15
sure 18:16 21:17 22:22 23:15 29:20 33:12 39:13 41:5 51:20 61:7 68:16 78:9 79:24 88:25 92:8 110:6 114:13 132:25 140:11 141:16 144:25
surface 48:5
surfaced 85:10
surprise 57:16 57:17
surprised 58:1 58:4 93:16
surveillance 122:7,11
survey 105:3
sworn 5:10 146:7 147:19
synched 144:22
syntec 114:14 114:17
system 34:13 34:15 41:10,16 41:21 42:1,7,8 43:4,5,7,8,19

47:24 48:7,11 48:23,25 49:1 53:6,8,16 56:21,22 108:9 122:8
systems 35:1 36:24,25 41:22 41:25 42:3 49:2 55:1

**t**

t 3:6
tab 78:21 94:20
table 128:21,24
tabs 53:9
tags 129:9
take 4:11 6:23 11:22 12:2,7 52:20 57:11 92:13 95:3 108:14 118:13 125:14
taken 1:19 7:22 8:4,21 38:21 70:2 101:14 133:16 140:16 144:2 146:9 147:3
talk 23:9 26:2,4 87:4 88:22 89:9 90:11,25 97:7,11 120:3
talking 88:10 101:20 106:25 119:9 120:16 123:10,15

126:9 132:10 133:1 138:5 142:22
talks 117:22 122:4
tamra 1:24 146:5,23 147:2
target 89:20
targets 89:7
team 20:7,9 21:11,15,21 22:4,5,7 23:3 23:14,17,23 24:11,14 26:16 27:2,3,5,12 28:2,3 38:1,4 41:23 64:24,24 127:11,11,19
teams 26:21 27:18 37:25 38:2
tech 15:24 16:1
technical 84:13
tel 2:12
telephone 2:6
tell 6:1 18:2 28:10 40:25 75:4,5 76:13 79:19,20,22 82:3 94:15 96:16 100:6,11 112:9 138:4 146:7
tellez 42:20

telling 72:20 78:8,9 135:7 140:20
tells 129:9
temperature 87:21
tenders 75:2 84:4,8,9
terms 31:6 69:18
territories 21:16,18,19,22 22:23 24:21,23 91:15 113:2 120:13 125:9 125:25
territory 21:25 25:7 75:11 84:21 90:7 91:24
test 9:6,7,17,18 38:25 39:1,3,6 39:8,9,10,13,18 39:21 40:7,16 40:18 41:4 52:14,18 55:3 55:10,11,16 59:18 62:15 63:7 68:22 72:10 73:11 75:15 80:22 81:3 82:23 83:2,13,19,22 83:23,24 84:2 85:6,7 86:5,14

86:23 87:13,19 88:1 89:6,20 89:21,23 90:15 90:16,21 91:2 91:9,20,20,21 92:16,19,22,23 92:24 93:1,4 93:10,12,17 99:3,21 106:18 115:15,22,25 116:1,3,6,8,10 116:10 117:4,8 118:9,19 119:5 119:24 121:11 121:14,17,18 122:21 124:11 124:12,12,12 126:1,9 128:1 128:19,20 129:11 131:24 141:9

**test's** 9:12

**tested** 93:23 98:24

**testified** 5:11 22:19 77:18 138:19

**testify** 6:5

**testimony** 5:16 7:15 13:16 146:11 147:7 148:9,17

**testing** 67:24 68:5 72:23,25 73:7,10 85:21

98:2,4 128:6 136:3,10,19 137:3,15 138:14 139:4 139:14 141:5 141:20

**tests** 31:7 39:24 40:17 52:16,22 53:13 72:17 75:12 80:25 84:19,24,25 85:2,2,14 86:2 89:6,11,14,15 90:1,9 92:2,15 92:18,25 93:23 94:9,17 95:5 96:23 98:7,19 98:20,23,25 99:2,23 100:8 100:21 101:1 106:14 117:25 118:4 119:18 125:5 129:5,17 130:21 131:13 131:20,25 135:9 138:22 139:15,23 140:10

**texas** 2:11 73:8

**text** 23:16,24

**thank** 5:15 37:8 74:11 102:6 145:8

**thanks** 102:10

**thanksgiving** 72:3

**theme** 117:22

**thereof** 146:16 147:6

**thermo** 110:25

**thermocycler** 118:17

**thing** 32:14 85:15 116:17

**things** 22:18 23:9 24:23 26:3,5,15,21 30:11,20,21 31:9 32:16 33:20,21 35:3 53:7 58:15 65:3,4,17,19 67:11,12 68:10 75:16 82:22 83:9,21 84:15 84:18,20 85:11 86:22 89:17 90:15 91:14,19 91:24 92:13 93:5 96:13 98:8 101:25 107:7 112:2,17 118:18 122:5,6 123:20 124:8 124:19,23 126:10 131:24 136:19,21 137:24 138:1

**think** 6:9 9:3 9:22,23 10:18 16:5 17:13 18:10 20:24 24:15 26:18 29:17,19 32:10 33:9 34:6,7,12 36:4,14 37:13 37:18 38:3,14 40:4 41:22 45:4,4,5 46:23 47:10,10,13,21 49:11,14 51:18 51:19 52:20 53:10 65:18 66:22 67:5,18 68:1,9 69:5,13 69:19,20 70:12 70:16 71:23 73:6 77:7 80:11,19 83:21 91:13 92:4,22 96:3,9 98:15 99:25 101:8,21 102:1 104:13 105:7 106:3,4 107:2,19 108:11,12,13 110:19 112:4 113:1,11,14,22 114:12 116:16 117:5,5,13 118:10 120:2 121:11 123:9 124:5,6,22,25

**[think - trade]**                                                         Page 38

125:13 127:13
127:15 131:1
132:9 133:1,11
135:4 136:17
137:5 139:13
139:18,20,21
139:22 140:10
142:18 144:19
**thinks** 124:18
**third** 2:5
  117:21 119:11
**thought** 90:11
  98:5 107:3
**thread** 102:18
  111:14
**threat** 90:17
  91:16 97:22
  99:17
**threats** 85:4,19
**three** 10:24
  11:23,24 60:3
  65:7 82:15
  119:12 120:8
  130:9
**threshold** 19:8
  19:21
**time** 4:5,20
  7:14 11:16,18
  16:15,18 18:16
  18:17 23:6
  25:4 26:20
  28:1,3,23 30:1
  33:12 36:13,17
  38:12,19,22
  39:22 42:9

45:1,21 54:17
55:11,14,14
58:22 59:15
60:3 62:14
63:6 66:4 67:3
69:23,25 70:3
72:8 76:2
77:23 80:1
81:9 83:17
84:23 85:4,8
86:23 87:1,14
89:18 90:11
91:1 92:2,14
92:19 93:22
100:13 101:12
101:15 103:5
104:21 105:5
105:14 106:22
107:17 111:22
113:24 118:4,9
118:20 121:1,3
121:8,18 122:3
122:15 125:23
126:5,22 127:1
127:8,13 129:1
131:19,19
133:10,14,17
138:1,5,20
139:17 142:16
143:25 144:3,6
145:9 148:18
**timeframe**
  148:8
**times** 10:22,24
  26:9 28:12

34:2 53:13
59:24 68:3,6
70:12 85:10
86:21 88:8
91:14 107:7
110:23 118:23
140:10
**timing** 75:21
**title** 16:22 17:3
  17:8,9 29:19
  29:21,24 44:21
  108:13 121:7
**titled** 46:25
  50:14 52:3
  53:1
**titles** 108:12
  121:6
**today** 5:16 6:2
  6:5,21 7:5,23
  11:21 13:16
  61:8 86:17
  127:25
**today's** 6:7,15
  9:20,25 10:2
  10:23 12:7
**together** 15:18
  20:8 30:9
  112:3,21,25
  113:8,13,19
  114:4,18
  118:12 127:14
**told** 13:23 14:4
  66:7 72:13
  88:11 115:2

**tom** 41:20
  48:18 77:12,18
  102:20 142:13
**took** 6:1 19:17
  26:19,19 98:23
  118:4
**tools** 131:14
**top** 20:17 49:24
  50:13 52:20
  102:18 107:13
  110:10 111:14
  115:9 120:19
  125:10 126:16
  130:16 143:17
**topics** 33:19
**total** 18:5 19:6
  20:19 53:2,11
  82:14 83:4
  95:21
**totaling** 79:9
  95:5,8
**totally** 115:23
**touch** 109:11
**towards** 96:5
**tower** 101:22
**track** 41:24
  44:22 46:18
  53:7 54:18,22
  54:25 55:1
  64:2,2
**tracking** 46:2
**trade** 21:12
  22:24 32:2,3,7
  32:13,14,21
  33:21 38:5

**[trade - uris]** Page 39

46:5,6,10,11
113:5
**trading** 8:25
**transcribed**
146:10
**transcript**
138:25 144:19
146:13 147:6,6
147:7 148:6,19
**transcription**
146:10
**transition**
111:2
**travel** 98:4
**travelling**
23:18
**trending** 65:12
**trial** 1:9
**trials** 81:6
**tried** 24:4
**tropical** 85:20
99:18
**trouble** 117:9
**true** 21:7 125:1
126:2 128:20
146:10 147:17
**truly** 147:7
**truth** 6:2 146:7
146:8,8
**truthfully** 6:5
6:18
**try** 7:4 23:19
24:7 36:9
39:15 53:21
84:9 123:21

124:23 131:7
**trying** 33:10
36:8 53:4
81:14 114:15
123:19
**tubes** 82:23
**tuesday** 11:4
**turn** 78:2 94:19
107:22 114:21
127:3 128:11
**two** 8:2 11:8,8
11:8 30:9
42:24 52:25
56:20 61:17,23
62:9 63:16
85:10 88:25
116:10 124:11
130:9
**type** 80:25
92:12 118:16
118:17 126:4
**types** 23:1 68:4
85:16 98:23
**typically** 20:14
21:5 30:15,25
33:19 35:3
52:15 53:21
54:10 62:21
67:6 71:17
80:7 84:1
121:22

**u**

**u.s** 136:12
**u.s.** 77:15 94:20
94:24

**uh** 50:25 52:23
80:14 123:4
127:6
**uk** 74:2
**ukraine** 112:18
123:16
**unavailable**
13:5
**unclear** 7:4
**under** 6:1
79:18 117:25
118:10
**underneath**
52:24
**understand**
5:25 6:18 7:3
7:13 39:9
112:16 113:7
**understanding**
12:15,16 16:3
21:16 51:23
57:5 93:7,11
103:20 105:9
108:23 110:15
120:3 124:18
130:19 143:20
143:22
**understood** 7:2
102:10 144:14
**undoubtedly**
125:15,18
**uninsured**
136:25 137:3
137:14

**unique** 105:24
**united** 1:1 22:7
22:8,12 41:6
68:20 71:5
73:24 93:3
**universities**
14:19
**university**
14:13,18
**unusual** 60:11
**unusually**
66:18
**update** 30:17
30:23,25 31:5
32:3,6,12,24
33:23 53:18
105:23 111:18
126:19
**updates** 30:18
30:19 32:20
66:9
**updating** 65:4
**uris** 2:3 3:2
4:24,24 5:14
36:7,10,19
37:13,15 38:14
38:24 49:5,8
61:10,16 62:19
63:15,24 64:19
69:10,20,24
70:5 72:19
74:12,24 76:15
81:16,22 82:11
83:11 88:16
90:20 92:1

93:16,22 95:18 98:18 100:5,17 101:8 102:1,2 102:6,11 104:16 105:15 106:6 107:9 109:5,20 111:10 114:3 117:1 118:24 123:22 125:2,5 125:18 133:11 133:19 134:13 134:25 135:7 136:7,13 137:20 138:6 139:3,13,22 140:4 141:12 141:17 142:1 143:23 144:5 144:21,23 145:5,7 146:14

**use** 15:25 16:3 23:13,19 24:2 24:4,7 34:2,20 35:2 39:12 46:1,8,18 47:19,23,24 48:1,3 49:3 84:14 92:8 94:12 102:4 131:4 132:4

**used** 36:1,24 41:23 44:22 46:3,16,20,24 48:24,25 50:4

127:15 148:19

**users** 45:19,23

**uses** 48:12

**using** 42:8,13 46:13 49:2,2 63:23 89:20 118:7,7,8,17 122:13,14

**usually** 20:15 71:15

**utah** 5:22 7:8 14:13,18 73:7 146:2,5

**utilized** 33:11

**v**

**v** 74:10 147:1 148:4

**v1** 121:12

**validate** 108:19

**validations** 81:1

**valley** 14:13,18

**value** 55:9,17 55:25 68:22 69:11,18

**vargas** 70:13 70:17,21

**variables** 64:3 64:9 98:5 118:6

**variants** 60:25 64:4 65:20,23 68:13 97:23 99:7,10,12,14

**variety** 101:3 136:19

**various** 79:9,13 83:1 127:5 129:21 136:1,8 142:14

**vector** 85:21

**venezuela** 130:9

**venture** 22:10 32:16,17 33:22

**verify** 148:9

**veritext** 1:20 4:19 148:14,23

**veritext.com.** 148:15

**version** 128:19

**versions** 98:22

**versus** 4:15 96:10 118:17 140:12

**video** 4:11,13 144:18,22

**videoconfere...** 1:4

**videoconfere...** 1:19 4:17

**videographer** 1:25 4:4,18 38:19,22 69:25 70:3 101:12,15 133:14,17 143:25 144:3 144:17,21,25 145:9

**videotaped** 1:3

**view** 68:7 117:16

**viewed** 99:20 116:7

**viewing** 110:24

**virtually** 4:7

**virus** 60:24

**visibility** 72:9 76:4,6 141:10

**visit** 88:4

**visited** 87:24

**visiting** 116:22

**visits** 88:2

**volume** 63:4 67:16 76:20 96:22 97:17 98:11 100:20 100:25

**volumes** 92:17 108:20,25 109:3

**vp** 16:22

**vs** 1:6

**w**

**want** 5:24 22:1 37:11 49:5 67:21 80:18 95:16 101:18 103:12 104:16 115:2 122:16 138:24,25 142:9 144:22

**wanted** 8:16 43:1 73:17

**[wanting - yeah]**                                                                 Page 41

wanting 115:3
warning 72:8
watch 62:21,24
watching 54:20
way 13:16
  17:15 19:5,11
  36:5 42:10
  43:17,22 54:19
  54:20 87:19,20
  110:12,17
  112:16 113:25
  116:13 117:6
  122:25 124:10
  124:15
ways 34:23
  54:22 124:19
  124:24 132:9
  140:6
we've 37:10
  124:7,9,10,11
  133:1
wednesday
  11:5
week 11:4
  31:10 54:17
weekly 27:11
  28:5,19 30:12
  31:21
went 51:19
  75:4 81:9 88:7
  88:8 137:15
wife 13:5
wiley's 121:11
williams 41:20
  48:18 77:12,19

102:20 142:13
willow 5:22
win 125:3,13
wise 32:17
withdrawal
  130:3
witness 4:9
  5:10 61:13
  63:12 64:1,18
  64:23 66:22
  69:5 72:16
  74:9,17,19,23
  76:12 81:19
  82:8 83:7
  88:14 89:13
  90:14 91:13
  93:14,19 95:15
  98:15,22 99:25
  100:15 101:11
  104:13 105:13
  106:3 107:6
  109:2,18
  110:19 111:8
  113:22 118:22
  119:20 123:9
  124:5,22
  130:25 131:23
  133:6 134:12
  134:22 135:4
  136:5 137:5,18
  137:23 138:24
  139:6,17 140:1
  141:7,15,22
  144:12 146:7
  146:13,17

147:4,5 148:8
  148:10,12,18
work 6:13 15:1
  24:3 34:14,20
  35:7 50:21
  51:2,4,8,11,17
  51:20,23 52:1
  53:15 74:4
  128:7
worked 15:3,4
  22:14 30:11
  108:5
workflow
  84:15 92:9
  126:3
working 30:16
  32:25 34:23
  66:14,16 67:13
  71:4,7,8,12
  73:3 91:19
  114:1 116:19
works 16:3
  38:15,16 49:13
  69:21 75:3
  101:9
world 64:4
  65:22 66:24
  67:19 99:20
  101:3 123:11
worldwide
  117:18
worries 74:22
worth 61:17
  105:3

write 110:5
  129:4 142:3
writes 105:22
  106:7 108:15
  110:11 115:9
  115:13 117:22
  118:24 121:11
  122:25 125:10
  127:25 128:6
  128:16,17
  129:15,24
  130:12 132:14
writing 122:1,3
written 33:24
wrong 62:2,3
wrote 103:10

**x**

**x** 3:1,6 72:17

**y**

yeah 18:6,10
  19:20 21:8
  27:6 29:3
  34:18 35:19
  36:7,7,9 37:13
  38:14 39:12
  40:1,12 42:19
  45:4 50:24
  52:11 54:1,6
  57:21 62:4,4,6
  62:21 64:1
  66:2,22 67:18
  69:24 74:7
  77:25 79:16
  80:11 82:9

**[yeah - zoom]**                                                                   Page 42

100:9 102:1
112:3 113:7
135:4 137:18
143:19
**year**   16:9 38:13
  59:1 73:18
**yearly**   20:15
**years**   8:2 15:4
  18:15 28:13
  42:24 65:15
  69:7 85:11
  88:25
**yesterday**
  103:25
**york**   1:1 2:5
  10:16

**z**

**zdc**   82:12 85:11
  85:14 86:14,23
  87:6 88:1,12
  89:3 90:16
  91:20
**zero**   80:13,15
  81:9
**zika**   85:21
  99:19
**zoom**   4:17
  61:25

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.