# Exhibit 25

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-ooOoo-

STADIUM CAPITAL LLC, on      )
behalf of itself and all     )
others similarly             )
situated,                    ) Case No. 22-cv-6978-AS
                             )
            Plaintiff,       )
                             )
    v.                       )
                             )
CO-DIAGNOSTICS, INC.,        )
DWIGHT H. EGAN, and          )
BRIAN L. BROWN,              )
                             )
            Defendants.      )
                             )
_____    )


VIDEO CONFERENCED VIDEO RECORDED
DEPOSITION OF JOSEPH FEATHERSTONE


Taken on Tuesday, October 29, 2024
9:00 a.m. to 12:08 p.m.


Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC
              California, Utah, Idaho, Washington

Page 2

APPEARANCES

For the Plaintiff:

Jason A. Uris
Chang Hahn
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, New York 10022
Juris@kaplanfox.com
Chahn@kaplanfox.com
(212) 687-1980

For the Defendants:

Genevieve G. York-Erwin
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Gyorkerwin@bakerlaw.com
(212) 271-1509

Also Present:  Andrea Francis (videographer)

-ooOoo-

Page 3

INDEX

EXAMINATIONS                              PAGE
Examination By Mr. Uris............................  5

EXHIBITS

EXHIBIT NO.        DESCRIPTION              PAGE
Exhibit 1  Excel spreadsheet ...................... 45
         [CoDx_00501485]

Exhibit 2  Email correspondence and Excel ......... 56
         spreadsheet
         [CoDx_00020206-20208]

Exhibit 3  Email correspondence and Excel ......... 61
         spreadsheet
         [CoDx_00039335-39337]

-o0o-

Page 4

October 29, 2024                    9:00 a.m.

PROCEEDINGS

-o0o-

VIDEOGRAPHER:  Good morning.  We are going on the record at 9:00 a.m. Mountain Standard Time on October 29, 2024.

Please note that this deposition is being conducted virtually.  Quality of recording depends on quality of camera and internet connection of participants.  What is seen from the witness and heard on screen is what will be recorded.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is the video-recorded deposition of Joseph Featherstone in the matter of Stadium Capital, LLC versus Co-Diagnostics Incorporated, et al.

This deposition is being conducted remotely through Zoom videoconferencing.  My name is Andrea Francis, the videographer representing Veritext.

At this time, can all counsel present please state their appearances for the record along with who they represent beginning with the noticing attorney?

MR. URIS:  Jason Uris of Kaplan Fox &

Page 5

Kilsheimer LLP for Plaintiff and the proposed class.

MR. HAHN:  Chang Hahn from Kaplan Fox & Kilsheimer for Plaintiff of the class.

MS. YORK-ERWIN:  Genevieve York-Erwin from Baker & Hostetler for the defendants.

VIDEOGRAPHER:  The court reporter, Abby Johnson, will swear in the witness and then counsel may proceed.

Thereupon --

JOSEPH FEATHERSTONE, was called as a witness, and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, testified as follows:

EXAMINATION

BY MR. URIS:

Q.    Mr. Featherstone, or Joe, rather.  Thank you for making yourself available to provide testimony today.

Can you please state your full name for the record?

A.    Joseph M. Featherstone.

Q.    And what does the -- the "M" stand for?

A.    Just an initial.

Q.    Okay.  And what is your current home address?

2 (Pages 2 - 5)

Page 6

A.    1596 Kerrybrook Drive, Kaysville, Utah 84037.

Q.    Okay.  And before we get started, I just want to go over some -- some ground rules.

Do you understand that you took an oath under penalty of perjury to tell the truth today?

A.    I do.

Q.    Are you aware of any reason why you cannot testify truthfully today?

A.    No.

Q.    Are you currently on any medications that would affect your ability to give truthful testimony?

A.    No.

Q.    I will, of course, be asking various questions throughout the day.  If you could please let me finish asking my questions before answering, that would be very helpful.  And you need to answer audibly so the court reporter can hear you.  So that means no nodding or shaking your head.

A.    Like I just did, you mean?  Yes, okay.

Q.    Exactly.  And throughout this deposition, your counsel may object to form, but unless your counsel instructs you not to answer, you must answer truthfully.

Do you understand?

Page 7

A.    Understood.

Q.    And if you need a break, just let me know.  However -- however, if a question is pending, I would like you to, you know, finish answering before -- before we go ahead and take a break.

A.    Okay.

Q.    Is that okay with you?  Thanks.

A.    Yes.

Q.    If I -- if I ask a question and you -- and you answer it, I assume you understood the question.  But if you don't understand the question or it's unclear, will you let me know and I will try to clarify the question?

A.    I will.

Q.    Okay.  And where -- where are you today?

A.    In my office at Co-Diagnostics.

Q.    And where is that Co-Diagnostics office?

A.    2401 South Foothill Drive in Salt Lake City.

Q.    Is there anyone in the room with you?

A.    No.

Q.    Do you understand that you cannot communicate with Defendants' counsels -- Defendants' lawyers during the time you're providing testimony on the record?

Page 8

A.    Yes.

Q.    Have you ever been named as a defendant in any civil litigation?

A.    Yes.

Q.    And what -- what matter was that?

A.    I was -- we had one of our -- a gentleman that we were acquainted with that introduced us to another group that ended up becoming a distributor.  And felt, because of that introduction, he deserved commission, which was never agreed to.  That -- that first case was actually -- he -- he sued the company, and I was deposed in that matter.  And that was dismissed in the State of Utah.

It had been, a few months ago, refiled in the state of California, and I was named personally.

Q.    And who was the plaintiff in those -- in those actions?

A.    It's Hukui Bio, H-u-k-u-i, I believe, Bio.

Q.    And do you know what -- what -- what type of business that -- that plaintiff does?

A.    I do not.

Q.    And who is the party that you're referring to that ultimately became a distributor for --

A.    Intelligent Solutions was the distributor.

Q.    Okay.  So Hukui had made the introduction

Page 9

with Intelligent Solutions to -- to you?

A.    Yes.

Q.    Okay.  Any other civil litigation that you've been named a defendant in?

A.    No.

Q.    Other than the deposition in -- in that first case, have you ever had your deposition taken before today?

A.    One other time in a suit that was filed against the company.  I'm not sure of the details, but I was deposed.

Q.    Do you recall generally what the allegations were in that case?

A.    As I recall, it was a question of accuracy of our test that we were providing for COVID.  And that -- I --

THE WITNESS:  Gen, do I need to give more color than that or -- I don't really recall.  I recall being deposed.  But nothing came of the litigation as far as I know.

BY MR. URIS:

Q.    And you don't recall what -- what the plaintiffs in that case were alleging was inaccurate about the statements that were made about the veracity of your tests?

3 (Pages 6 - 9)

Page 10

A.   It wasn't the veracity.  It was the accuracy of the test.  And I -- as I recall, there was a statement made that it was 100 percent sensitive and 100 percent specific.  And that came into question.

Q.   Do you recall when you became aware of today's deposition?

A.   Probably three weeks ago.

Q.   Did you prepare for today's deposition?

A.   Yes.

Q.   And how did you prepare?

A.   I met with counsel a couple of times for a few hours.

Q.   Do you recall when you met with counsel?

A.   It was on Thursday and Friday of last week.

Q.   Where did you meet?

A.   I was here.

Q.   It was -- it was over Zoom or a videoconference?

A.   Yeah, videoconference.

Q.   Does the -- the Baker & Hostetler law firm represent you?

A.   They do.

Q.   Did you enter into any written retainer agreement for purposes of their representation of you in connection with today's deposition?

Page 11

A.   I do not know.  That would be handled by legal.

Q.   You are referring to Co-Diagnostics' legal team?

(Clarification by the reporter.)

THE WITNESS:  Yes, sorry.  I will speak up.

BY MR. URIS:

Q.   When you met with counsel to prepare for today's deposition on Thursday and Friday of last week, who was present?

A.   Myself, Genevieve and our in-house counsel, Kevin Ontiveros.

Q.   Anyone else?

A.   Yes, Chris with Baker & Hostetler.  I'm not sure of his last name.

Q.   Anyone else?

A.   No.

Q.   Did you review any documents in preparation for today's deposition?

A.   A few documents.

Q.   Did any -- any of those documents refresh your recollection about events that had occurred over the past three or four years?

A.   Most of those documents I had not seen before.

Page 12

Q.   Okay.  I appreciate the answer.  I'm not sure it answered the question, which was whether any of those documents refreshed your recollection about events that had occurred over the past few years.

A.   I -- I don't know that there was anything new that was refreshed by seeing those documents.

Q.   Did you bring any documents or notes with you for this deposition?

A.   No.

Q.   Did you take any notes in preparation for this deposition?

A.   No.

Q.   Did you review any notes or outlines in preparation for this deposition?

A.   No.

Q.   Were you asked to search for documents in connection with this litigation?

A.   I was asked to provide my -- my desktop computer was -- was downloaded and documents, I guess, were obtained and emails from my desktop.

Q.   Do you know what this lawsuit is about?

A.   I believe so.

Q.   Could you describe your understanding?

A.   That there's an allegation that statements were made that could be construed as inaccurate.

Page 13

Q.   Do you know what specific statements?

A.   I -- I was -- let's see.  Specifically, that guidance was provided or not provided in early 2022 by our counsel, our financial -- or our head of finance and the CEO.

Q.   And do you know -- do you know what was alleged to be misleading about guidance that was provided or not provided in early 2022?

A.   I do not because I was not privy to those conversations.

Q.   Have you discussed this lawsuit with anyone other than counsel?

A.   I told my wife I was being deposed.  That's about as far as I got, so...

Q.   Okay.  So you didn't discuss this lawsuit with anyone from Co-Diagnostics?

A.   No.

Q.   Do you recall when you first heard about this case?

A.   Probably three weeks or four weeks ago when I knew that I was going to be deposed was the first that I had heard about it.

Q.   Have you read either the complaint or the amended complaint in this case?

A.   I was shown sections of the complaint in

4 (Pages 10 - 13)

Page 14

preparation for this deposition by counsel. I have not read the complaint in full, no.

Q. Do you have any -- any agreements in place either with Co-Diagnostics or anyone else that will affect your testimony in any way today?

A. No.

Q. Are you being compensated in any way for your time, preparation or testimony associated with this deposition?

A. No.

Q. Okay. I would like to just ask you a few questions about your -- your educational background.

Did you attend college?

A. I did.

Q. Where?

A. Brigham Young University.

Q. And did you graduate?

A. I did not.

Q. May I ask why not?

A. My wife and I made the choice to start having a family quickly, and I realized very quickly that my responsibility was to them. And so I had a chance to start a career, and I -- and I chose that.

To be honest, it's -- it's the only thing I started and didn't finish and is regrettable, but I

Page 15

took care of my family, so...

Q. I don't think anyone could fault you for that.

A. Please don't bring that up again, would you? It's painful.

Q. Do you -- do you possess any professional licenses?

A. No.

Q. Are you a member of any professional organizations?

A. No.

Q. Or any -- any trade associations?

A. No.

Q. Can you -- can you generally describe your work experience prior to joining Co-Diagnostics?

A. Yes. I -- during college and immediately afterwards, I was in retail sales and then was hired by a local Salt Lake City company called O.C. Tanner that sent my wife and I and our little family to Connecticut. We were there for a few years and then moved to Arizona where I became a regional manager for them.

And then left them to start -- be self-employed and start a business with my brother, a production company, and also, we did some land

Page 16

development work.

O.C. Tanner came back several years later and said, We would like you to come back as vice president, which I did. And I did that for three or four years. And then left again to, again, be self-employed until I was brought on at Co-Diagnostics in 2016, late 2016, October, I believe, of 2016.

Q. And what business was O.C. Tanner in?

A. They are in recognition -- corporate recognition. And so I worked with some of the large corporations, Disney, Monsanto, Lockheed were some of the customers.

And they -- we provided awards to them to recognize their employees for both years of service and sales awards.

Q. Okay. And then you joined Co-Diagnostics in late 2016, I believe you said?

A. Yes.

Q. And do you recall what your role was at that time?

A. I was -- because of my production background, I was asked to assist with marketing efforts, producing video and print materials.

Q. And can you -- can you describe the various roles you've held at Co-Diagnostics since that time?

Page 17

A. Yes, it was a very small group at the time. And at one point, I was asked to help be responsible for lab acquiring components that we needed to make tests.

And in that role, I became acquainted with some of our larger suppliers and also morphed into a role of working with any large customers that we had. For example, I -- I was asked to establish a relationship and work with Monsanto and Bayer and some of our key suppliers.

And that role, then, changed into business development, which I've basically been responsible for since early 2020, about the time of the beginning of the pandemic.

Q. So in early 2020, you were the head of business development?

A. Yes.

Q. And did you -- did you report to anyone in that role?

A. To the CEO, Dwight Egan.

Q. Anyone else?

A. No.

Q. Did anyone report to you?

A. No.

Q. Do you recall who recruited you to join

5 (Pages 14 - 17)

Page 18

Co-Diagnostics?

A.   Yes, it was a -- a previous acquaintance named Kerry Burns.  And Kerry would have been working with Co-Diagnostics doing marketing and asked me to come and assist.  I was -- and then I met and actually, I should say, reacquainted myself with Dwight Egan.  It was -- we had actually gone to elementary school together.

And his younger brother was exactly my age, and we were friends, but that was 40 years previously.  So it was a reacquaintence.  And I have not had any real contact with him since then.  So -- so we reacquainted after many, many years.

Q.   Did you have any previous relationship with anyone else that was working at Co-Diagnostics?

A.   No.

Q.   Do you have an employment contract?

A.   Not that I know of.

Q.   When you were hired, did you negotiate your compensation?

A.   When I was hired, there was no compensation.

Q.   Did you negotiate your compensation in connection with being the head of business development?

A.   I think "negotiated compensation" is

Page 19

probably a mischaracterization.  We discussed a salary that we both agreed on, and -- and it was not much of a negotiation.

I was at the end of my career, and so I was just anxious to try and do something that would be substantive.  And at the time, we had as a -- as a matter of course, our business plan was to be very much involved in humanitarian work, specifically in low and middle-income countries.

So I was excited about the opportunity to do something like that and be a part of that.

Q.   And do you recall what your salary was in 2020 as head of business development?

A.   I don't recall.  I -- I would say 100 and -- probably 100,000 a year.

Q.   And do you know what it is now?

A.   150.

Q.   Are there any other components of your compensation other than salary?

A.   Yes, I was awarded -- before we went public, I was awarded options.  And -- which I have not exercised those options.  So they are still there.  And since then, I have been awarded RSUs, which, again, I have not exercised.

And there was a component, because I

Page 20

assisted in sales during the beginning of the pandemic just out of necessity, there was commissions paid on those to the sales -- people that were involved in sales.

Q.   Do you recall what the -- what the commission structure was?

A.   I don't recall what the commission structure was exactly.  In 2021, it was several hundred thousand dollars in commission.  2020, less than that.  2021 was probably the -- the biggest compensation, or at least the most commissions paid.

Q.   Were -- were the commissions a percentage of the orders that you were responsible for bringing in for the company?

A.   I -- I don't recall exactly.  As I remember, it was based on overall commissions that were paid to the five people that were most involved in sales.

Q.   But you don't recall wether each salesperson --

A.   It was not -- excuse me, go ahead.

Q.   I was going to say, you don't recall whether each salesperson's commissions were -- were based on the specific orders that -- that they were each responsible for bringing in?

Page 21

A.   No, the commissions were based on total sales, and all the people involved in sales were commissioned for the same amount.

Q.   And were commissions generally paid out once a year?

A.   Quarterly.

Q.   Quarterly?

A.   Mm-hmm.

Q.   And has that been the case since 2020?

A.   It was case in -- through probably 2022.  However, my commissions -- I have not been involved in sales and -- directly, and never really was involved in sales.  I was asked to assist out of necessity because we just didn't have enough people and because I had some of the larger clients domestically were acquaintances and I had had collaborations with them.  But I'm not sure what the commission -- commission structure is at this point.  I haven't been involved in that.

Q.   Do you recall who the -- the -- the large domestic clients that -- that you were dealing with were?

A.   I do.  Clinical Reference Lab in Lenexa, Kansas was an acquaintance that I had worked with previously.  And then they became a large purchaser of

6 (Pages 18 - 21)

Page 22

our tests to run tests -- to run their assays for COVID. Intelligent Solutions was one of the large customers. A lab called NTL Lab based in Chicago, national-something lab. I don't recall, but those were probably the three largest customers, at least, that I was responsible to -- to try and work with.

Q. NTL was a -- was a lab?

A. Yes.

Q. And so those are the three primary customers that you worked with?

A. Yes. The others -- I had several others, but they were all domestic and very small. I should not say "very small," but not nearly the kind of volume that those three required.

Q. Do you recall any of the -- the other ones?

A. Oh, goodness. There was a lab in Texas. I'm trying to remember the name. It's been so long. You know what? I -- I could look at a list and tell you, but I'm sorry, I don't have that right --

Q. That's fine. That's all right. So could you describe your -- your role and responsibilities, generally, as the head of business development?

A. Yes. Since probably May of '22, even very on early in the pandemic, the CEO and I met and decided that we knew that -- that COVID had changed our world,

Page 23

like everyone else, and that had been a bit of a windfall for us as a company. And we were trying to look to the future to -- to prepare for what would be going on down the road.

And I don't know how much of a narrative you want here, but we realized soon that one of the good things that happened with the pandemic is that now the general public's interested what PCR testing was and that it was the gold standard, which no one knew heretofore. And so we thought -- and watching people standing in lines for hours and hours to be tested, we thought that the future would be to make PCR available to everyone and not just the labs.

So we embarked on a new platform, which we call Co-Dx PCR Pro, which is meant to be on site, either over the counter or at point of care to sort of change the face of how people could get PCR testing.

That has been my focus and responsibility since early May 2022. It has brought me in contact with a lot of -- of important people involved in world testing including World Health, the Bill & Melinda Gates Foundation and several groups in Europe that specifically focused, for me, on tuberculosis testing and human papilloma virus testing. And so that has been my focus since mid-2020 and continues to be.

Page 24

Q. So you mentioned that you had met with the CEO in -- in May of 2022?

A. No, May of 2020.

Q. Oh, sorry. I think you may have misspoken.

A. Oh, I'm sorry if I said that. Yeah, May of 2020 is when we first discussed making this new platform. And that's -- and that -- so I apologize if I said 2022.

Q. Okay. But I think you had also mentioned in there that you had met with the CEO at some point to discuss that -- that -- that COVID had been somewhat of a windfall for the company.

Do you recall when that meeting was?

A. I don't recall. I just -- we had this idea that -- in May of 2020, that PCR needed to be available to everyone. And that was going to be what we were going -- I was personally going to focus on for the future of the company is making PCR available to everyone.

Over the next couple of years, our balance statement became -- we had a healthy balance and no debt. And we realized that we had the opportunity to do something for the future. And that was -- again, my focus was on that platform for the future.

Q. So is there anything that you or the

Page 25

company was working on in order to make PCR available for everyone?

A. We had historically developed tests for multiple infectious diseases, but had never been involved in actually having equipment that could be tested on and having a platform where that could be done and made available.

So it was new -- new territory for us to be involved in hardware and developing tests for that hardware.

So -- and we were -- most PCR equipment that you find in labs is 20 to 100,000 to a half a million dollars for the equipment. So we set out to develop a platform that could be affordable for everyone everywhere.

Q. Does that platform have a name?

A. It is Co-Dx PCR Pro is the name of the hardware, of the device.

Q. Is that device currently available to the public?

A. We are -- we have submitted to the FDA for 510(k) clearance to offer that over the counter for COVID testing only. But we have also been involved no several other assays for that platform. Including, as I have been working on tuberculosis, human papilloma

7 (Pages 22 - 25)

Page 26

virus, upper respiratory RSV and flu.

So the idea being that it would make, again, PCR available either over the counter or in the -- the developing world, in low and middle-income countries, be available in clinics where heretofore they have not had access to PCR and molecular testing. It sounds like a sales pitch.

Q.   So for the -- the -- for the time period of, generally, 2020 through 2022, in your role as -- as head of business development, is there anyone that you worked primarily with?

A.   Much of my work has been with the Bill & Melinda Gates Foundation, the WHO.  I have been to several conferences and visited with labs in all parts of the world, South Africa, Indonesia -- excuse me, Taiwan, and -- and then also in Europe with a group in Copenhagen that is connected to the European Union. And universally, I think the reception has been very, very exciting that PCR could be available in -- in that kind of a price range and available everywhere.

So, yes, it's -- it's been a lot of travel and a lot of pretty remarkable acquaintances and people I have met with around the world.

Q.   And in the course of that work, is there any team at Co-Diagnostics that you worked with or

Page 27

dealt with frequently?

A.   Well, I require their support because I go out and -- and visit with people and make commitments and -- and -- and try and foster the kind of relationships where we can meet with governmental officials and -- and labs around the world.  And that requires the support of everyone that's working on both hardware and chemistry and tests and -- and all of that.

So I work with -- I won't say it is a daily kind of operation where I'm dealing with all those people.  But I certainly need their support and their work to be able to do what I need to do in business development.

Q.   And in connection with your support of -- of the sales efforts with respect to CRL and Intelligent Solutions and NTL, is there anyone at Co-Diagnostics that you dealt with?

MS. YORK-ERWIN:  Objection to form.

THE WITNESS:  Should I answer?

MS. YORK-ERWIN:  You can answer.

THE WITNESS:  I answer?

Yes.  I would -- the process, for me, in -- in taking care of those orders and helping those customers would be to receive a purchase order, which I

Page 28

would review, if necessary, and then send on to Tom Williams who did order entry.  Depending on the situation, I might just spend a few minutes tracking to make sure that it was on schedule.  But sales, again, was not my priority even after -- after about May of 2020, I had those few domestic customers that I worked with.  But most of my focus was on the new platform and -- and -- and meeting with the people at the foundations and governmental agencies.

BY MR. URIS:

Q.   Do you know what -- you mentioned Tom Williams did order entry.

Do you know what his specific role or title was at the company?

A.   I don't.  He -- he was very helpful for me, so -- because I was focused on other things, just to be able to send him the purchase orders and then he would enter them into the system and -- and make sure that they got shipped in a -- in an orderly fashion, so...

Q.   And do you have a Co-Diagnostics email address?

A.   I do.

Q.   And what is that email address?

A.   There are two.  The first one is j.featherstone@codiagnostics.com.  And then we

Page 29

shortened that to j.featherstone@co-dx.com.

Q.   And those are the emails that you used for business associated with Co-Diagnostics?

A.   Yes.

Q.   Did you ever use your personal email?

A.   No, not that I recall.  I can't give a definitive no on that.  I just don't recall using my personal email, but...

Q.   And you have a work phone that was issued by the company?

A.   No.

Q.   And how would you primarily communicate with -- with people at the company?  Email or...

A.   Internally?

Q.   Yeah.

A.   Yes, email or walk down the hall and have a face-to-face conversation, yeah.

Q.   Would you ever use text messages or any other messaging systems?

A.   I'm -- I'm sure that I did at some point, but I -- I'm sure that I did.

Q.   Do you know if your text messages were searched in connection with this litigation?

A.   I don't know.  I turned over everything that was requested of me.  It would have included my

8 (Pages 26 - 29)

Page 30

phone and I -- I don't recall, but I gave whatever was requested. I'm quite sure that it was but, I -- I don't recall.

Q. You don't recall whether your cell phone was requested?

A. It must have been because -- yes, it was, actually. Now -- yes, it was -- it was down -- they took my phone and downloaded the information off my phone, yes.

Q. So you mentioned that there were -- I don't know if you said five or six salespersons at Co-Diagnostics?

A. Yes.

Q. Do you know their names?

A. I do.

Q. What are they?

A. Seth Egan, Denny Crockett, Cameron Gundry, let's see, and myself, I guess. Well, Andrew Benson would be the fifth and myself.

Q. Do you recall what each of their -- their titles were from the period of 2020 through 2022?

A. I don't recall.

Q. Did anyone leave the sales -- sales team?

A. No.

Q. Do you know if the sales team reported to

Page 31

any specific person?

A. I believe the others reported to Seth Egan. I didn't report directly to him. He could see the sales that were being tracked. And I'm sure we discussed it, but, again, my responsibility was to those few customers and then more of the -- of the new platform and the business development.

Q. You mentioned Seth Egan could see the sales that were being tracked.

Do you know how he did that?

A. There's a -- an app that we use called monday.com. And as I recall, most of the data would be entered into that, and so sales could be tracked on an order-by-order and daily and monthly basis.

Q. Was that -- Tom Williams is the one that would put those orders into monday.com?

A. I believe that's right, yes.

Q. And for the other salespersons, do you know if they followed a similar process of -- of sending purchase orders to Tom Williams, or do you know if they put in the orders themselves?

A. I -- I believe Tom was responsible for processing orders from everyone. I can't be sure about that. I know that he did it for me. I'm going to assume that he did it for everyone, yes.

Page 32

Q. Are there any other systems that the company used to track orders?

A. Not that I know of.

Q. Did the salespersons ever have team meetings?

A. Not that I was a part of. I can't speak for the others.

Q. You don't know one way or the other whether they had team meetings?

A. I don't know if they had meetings with the sales team. I -- again, I was responsible for those customers, and then went back to doing my business development thing, so...

Q. Is there a management team at Co-Diagnostics?

A. There's a -- a steering committee that, I guess, would be considered the management team, yes.

Q. And what does the -- the steering committee do?

A. We meet weekly to discuss direction of the company, to -- to consider any issues internally that we need to, to talk about future developments and any questions that could come up regarding our new platform and -- and moving forward with that. We also discuss human resource issues if there are any.

Page 33

Q. Would -- would -- would orders ever be discussed at those meetings?

MS. YORK-ERWIN: Objection to form.

THE WITNESS: Not that I recall.

BY MR. URIS:

Q. Do you recall who was on the steering committee?

A. Yes, it's changed over the years, or the last couple of years that we've had it. Currently, it consists of Ike Egan, the CEO; Richard Abbott, who is the president; David Nielson, who is, I think, the chief operations officer; Seth Egan, who is the commercial officer; Brian Brown, who is our chief financial officer; and myself.

Q. Do any of the salespersons participate in those meetings?

MS. YORK-ERWIN: Objection to form.

THE WITNESS: Sorry, Gen.

MS. YORK-ERWIN: No problem.

THE WITNESS: Not unless invited for a short report, but not as a permanent part of the steering committee.

BY MR. URIS:

Q. And do you recall who was on the steering committee in 2021 and 2022?

9 (Pages 30 - 33)

Page 34

A. I don't believe we started in 2021. In 2022, there were two other members, Kirk Ryrie, who had been the president of the company as an -- on an interim basis of the company that we purchased, Idaho Technologies, and also Rocky -- I can't remember his last name, sorry -- Rocky that was the chief financial officer of Idaho Technologies. They were under contract for a period of time. And when that contract expired, they -- they left.

Q. Okay. And other than weekly steering committee meetings, are you aware of any other management-level meetings that would occur?

A. We have a Monday morning 9:00 a.m. management meeting with most of the department heads just to give a quick report on the activities of the past week and the plans for the -- the next week.

Q. And do you recall who would participate in those meetings?

A. That's -- that's a very large list, and I -- I would be -- it would be very difficult for me to name all of those people, sorry.

Q. Do you recall if salespersons participated in those meetings?

A. They do.

Q. Do you recall whether a report on customer

Page 35

orders would typically be given during those meetings?

MS. YORK-ERWIN: Objection to form.

THE WITNESS: I don't -- sorry, Gen.

I don't recall ever discussing specific sales in those meetings. It was more about conferences that were being attended and any new distributors that were being put in place.

And the sales group probably did not -- or did not join that management meeting until 2023. They were not originally part of the Monday morning management meeting.

BY MR. URIS:

Q. Was Seth Egan part of that meeting?

A. Yes.

Q. Prior to 2023?

A. Yes.

Q. Do you recall when that -- when -- when the company started holding that -- that Monday morning management meeting?

A. I don't recall.

Q. Do you recall if it -- if it was occurring in 2021?

A. I -- I really don't recall.

Q. Did you have any other regularly-scheduled meetings with company executives that you -- that you

Page 36

attended?

A. No.

Q. Do you attend Co-Diagnostics' board meetings?

A. I do not.

Q. Have you ever?

A. No.

Q. Do you ever prepare materials that are used at board -- board meetings?

A. Not that I recall.

Q. Were you a member of any committees at Co-Diagnostics?

A. I'm not sure what -- well, the short answer is no. I -- I can't think of any specific committees that I'm a part of.

Q. Or of any teams other than the sales team to the extent you were supporting those efforts?

A. No. I very much operate on my own because of the -- of the relationships that I have with -- with these humanitarian and -- and -- and governmental groups. I very much function on my own unless I need the assistance, then I will ask for someone to be involved that I think can be helpful in those situations.

MS. YORK-ERWIN: Jason, would it make sense

Page 37

to take a break at some point, just a bathroom break? It has been about an hour.

MR. URIS: Yes, this is -- this is a good spot for a break. Yeah, that works for me.

THE WITNESS: Come back when?

MS. YORK-ERWIN: Just five minutes?

MR. URIS: Yeah, five minutes.

THE WITNESS: Okay, so five after the hour-ish.

MR. URIS: Yeah, that works.

THE WITNESS: Okay.

VIDEOGRAPHER: The time now is 9:58 a.m. We are off the record.

(Recess was taken.)

VIDEOGRAPHER: The time now is 10:05 a.m. We are back on the record.

BY MR. URIS:

Q. Did you ever -- did you ever communicate with Co-Diagnostics investors?

A. No.

Q. Can you -- can you describe to me what the Logix Smart COVID-19 test is?

A. It is a PCR-based assay that is manufactured here. It requires freezing until the test is actually used. So when we manufacture it and ship

10 (Pages 34 - 37)

Page 38

it, we ship it with what is called cold chain, which is with dry ice, to the labs.

We verify that those labs are what's called "CLIA waived," which means they are allowed under the FDA to actually run tests and give diagnoses and results.

And that has been the basis of -- of our COVID testing is the Logix Smart test.

Q.   And so the company -- what exactly does the company sell?  Is it -- is it test kits or -- or is it selling the reagents that make up that -- that Logix Smart test?

A.   We actually sell the test kits fully -- fully ready to be used in the lab.  We actually take the reagents that are needed to make the test and use those internally to -- to manufacture the tests, and then ship the test complete to the labs that -- that do the testing.

Q.   And do you know how the -- the pricing generally works?  Is it -- is the pricing based on the number of reactions [sic]?

A.   The pricing is based on -- can you clarify?  Are you saying the pricing that we charge to the labs?  Is that what you're asking?

Q.   Yes.  Yes.

Page 39

A.   Okay.  It's based on a couple of things.  One, the amount of tests that the lab is buying.  We have discounts for larger orders.  And then also takes into account international markets.  And so it depends on where the tests are being shipped.  We have a scale pricing that -- that we've established.

Q.   Do you recall when Co-Diagnostics started selling the Logix tests?

A.   We received a CE mark from the European Union in March, I believe, of 2020 and then an emergency use authorization from the FDA in April.

So we started selling internationally in March and domestically in April of 2020.

Q.   Does Co-Diagnostics still sell the Logix test?

A.   We do.

Q.   I guess, going back to 2020, who were the company's primary customers for the Logix test?

A.   I can only speak to the people that I was working with.  I do know anecdotally of tests being sent to Mexico, to Peru, Italy, the Middle East, Saudi Arabia, specifically.

Again, my responsibilities were more with the -- a couple of domestic -- large domestic labs.

Q.   Is there a reason you say "Saudi Arabia,

Page 40

specifically"?

A.   Just in the Middle East, that they were the largest customer in the middle east was Saudi Arabia.

Q.   Was it one particular customer?

A.   It was, but it was not my customer.  And I don't know the name or -- or what the lab -- I don't know the situation on that.

Q.   So generally, the company's customers were -- were labs?

A.   Yes.  Domestically, I had just the one -- well, maybe two distributors, one specifically with Intelligent Solutions, but most of my work was directly with the labs, NTL, CRL, those labs that I mentioned earlier.

Q.   Okay.  So --

A.   Internationally -- excuse me.

Q.   No, sorry, go ahead.

A.   Well, just internationally, I know that there was more work done with distributors in other countries because that's a requirement of the government to have a distributor that is in country.  So -- but I -- I was not involved directly in those transactions.

Q.   And then so distributors would -- what was their role exactly?  They would -- they would, I guess,

Page 41

turn around and sell the tests to -- to labs?

A.   As I understand, yes.  Again, there are countries that require in-country distributors so that they have service and so the -- the tests would be sent to our distributors in those countries.  And then, as I understand, they were then distributed to labs within those countries.

Q.   Are there any other categories of -- of purchasers other than labs that would purchase the Logix tests?

MS. YORK-ERWIN:  Objection to form.

THE WITNESS:  I'm not sure that there would be any reason for anybody outside of a lab to buy our test because it's specific a lab-based test and requires PCR equipment in order to run the test.  So it wouldn't make sense, necessarily, to -- for someone to just buy the test if they didn't intend to use them in a lab.

BY MR. URIS:

Q.   Once Co-Diagnostics started selling the Logix test, do you know approximately what percentage of its revenue the Logix test accounted for?

A.   I -- I don't know approximately.  Or I mean, I could guess approximately, but I don't know for sure.  I'm sure it was 90 percent-ish of total sales

11 (Pages 38 - 41)

Page 42

was the Logix Smart test.

Q.   Okay.  And then in terms of the process for customers to place an order, I believe you -- you went over some of this earlier, but I guess it was the general process that a customer, whether it's a lab or a distributor, would -- would send a purchase order to either you or -- or whatever salesperson they were dealing with; is that correct?

A.   I -- I can really only speak from my own experience, but my experience was that I would receive -- I would receive a purchase order, or a request, in the beginning, from a lab.

We would then internally verify that the lab was authorized in the CLIA way to receive tests.  And then we would request and require, actually, a purchase order from the lab in order to purchase the tests.

And then it would be processed internally and -- and the product would be shipped.

Q.   You mentioned earlier monday.com, which the company used to keep track of orders for the Logix tests.

Do you know if the company used monday.com for any other purpose?

A.   I -- I don't know.  I only referred to it,

Page 43

as I said, to track shipments to make sure that things were being shipped in a -- in a timely fashion for those customers that I was involved with.

Q.   Okay.  So you had access to -- to monday.com; correct?

A.   I did at that time.  I don't anymore.

Q.   Yeah.  Well, when you say "at that time," that was, what, through 2022 or --

A.   Oh, probably through 2022, through the end of 2022, yeah.

Q.   Do you know if there was a specific document or -- or repository on monday.com where the order information was stored?

MS. YORK-ERWIN:  Objection to form.  You're good.

THE WITNESS:  Yeah, there's a -- as I recall -- and I haven't looked at it for quite a while -- there was a list on a daily basis of orders that had entered and when the approximate ship dates were.  And then there was a separate -- a separate, what, list or -- or -- or page, I guess, where it was tracking the total number of sales.

BY MR. URIS:

Q.   Okay.  And everyone on the sales team had access to that information?

Page 44

A.   Yes.

Q.   Are you familiar with a program or app called SharePoint?

A.   I have heard of it, but I have not used it.  I don't -- I don't recall ever using it.

Q.   Are you familiar with a service called QT9?

A.   QT9?  Yes.

Q.   Did the company use QT9?

A.   As I recall, at that time, QT9 was being used as a repository for documents and specifically for regulatory and -- what's it called -- our in-house processes, SOPs, those kinds of documents were -- were held in QT9.  It is a quality system, sorry.  It took me a minute to -- yeah, the quality system was using QT9 for a repository for those documents.

Q.   What's an SOP?

A.   Standard operating procedure.  So it's a -- it's a document that we use to -- to basically make sure that everyone is doing things the -- the same internally, which is required for our -- our quality management system and also for our -- our quality accreditation.

Q.   And are you aware if the company used QT9 for any other purposes?

A.   Not that I'm aware.

Page 45

Q.   Are you heard of NetSuite?

A.   I have heard of NetSuite.

Q.   Do you know if the company used NetSuite for any purpose?

A.   I think there are individuals that used NetSuite.  I did not.

Q.   Do you know what -- what it was used for?

A.   I do not.

Q.   Okay.

MR. URIS:  I'm going to introduce an exhibit.  Just bear with me for a moment.  Just bear with me.  I'm introducing, as Exhibit 1, a document, which is an Excel spreadsheet bearing Bates stamp CoDx_00501485.  And I'm introducing the slip sheet first.  So that -- that should be available now in the Exhibit Share folder.  However, that's just the slip sheet.  And then I will also introduce the Excel file itself, which will be part of that Exhibit 1.

(Exhibit No. 1 was marked for identification.)

THE WITNESS:  I see the slip sheet.

MR. URIS:  Okay.  I'm going to introduce the Excel file.  Sorry, it's -- Excel files are a bit difficult to introduce properly, but I think -- I think doing it this way will make it easier for the attorneys

12 (Pages 42 - 45)

Page 46

later on. Okay. So I think the Excel file should be available now.

THE WITNESS: I see it.

MS. YORK-ERWIN: Yes, me too.

BY MR. URIS:

Q.   Okay. So if you could open the Excel file.

(Clarification by the reporter.)

THE WITNESS: It says it is generating a file preview and it make take a while is what it says.

MR. URIS: So there may be an option to download the document.

THE WITNESS: Let me try that.

MS. YORK-ERWIN: Yeah, I was able to download it. I think that will work better if you can do it, Joseph.

THE WITNESS: Okay, let me try that. How did you download that, Gen?

MS. YORK-ERWIN: I think there's an option on the top right, I believe. So in my preview, there was a button on the top right that said "Download." And then that started it into the browser where you could click into it.

So if you click on the document --

THE WITNESS: Okay.

MS. YORK-ERWIN: -- the Exhibit 1a in

Page 47

Veritext.

THE WITNESS: All right.

MS. YORK-ERWIN: That pulls up for me a different window.

THE WITNESS: Oh, I see.

MS. YORK-ERWIN: Yes.

THE WITNESS: Now, bear with me. So...

MS. YORK-ERWIN: Did you get that other window, Joseph?

THE WITNESS: I did not, so I'm just going to download it to my desktop and see if that will work. Okay. Let me see if I can download it now. It's showing on my desktop, but it won't open. Let's see, open with -- okay, let me try this. I will open it with Excel and see if that works. Okay. Let's see. Marked exhibit -- I'm sorry. It is just -- I have tried to download it and open it in Excel, and that did not work.

MS. YORK-ERWIN: Can you share screen, Jason, or is that going to be too hard?

MR. URIS: Yeah, I was going to say I can -- I can try to do that. Excel didn't work?

THE WITNESS: You may have to do that. I'm sorry, not a tech whiz, and I'm sorry.

MS. YORK-ERWIN: So if you're in that

Page 48

marked exhibit, Joseph, you see there's a download. You clicked that download button kind of towards the top right in that folder of marked exhibits?

THE WITNESS: I -- let me show you what I'm seeing and maybe that will help. I'm sorry, Jason.

MR. URIS: That's okay. I can -- I can share my screen. I think that -- I don't have too many questions. So I think that that should work.

THE WITNESS: Okay.

MR. URIS: Let me just -- let me try to share my screen.

THE WITNESS: I'm sorry. I will keep working on this, but...

That is you sharing the screen? Okay.

BY MR. URIS:

Q.   Okay. Can you see the spreadsheet?

A.   I can, thank you.

Q.   Okay. So you see this is a spreadsheet titled, "Co-Diagnostics Orders 2020, 2021, 2022, 2023 & 2024."

Do you see that?

A.   I do.

Q.   Do you recognize this document?

A.   I don't believe I've seen this before.

Q.   Can you see towards the top where it says,

Page 49

"Powered by monday.com"?

A.   I do.

THE WITNESS: Gen, did you show me this? Just to be -- make sure I'm completely straight here. Did you show me this document in prep?

MS. YORK-ERWIN: I can't answer questions.

THE WITNESS: Well, shoot. I may have -- document --

BY MR. URIS:

Q.   Do you see over here where it says, "Sales Orders August 2022"?

A.   I do.

Q.   And if I scroll can down, "Sales Orders July 2022."

Do you see that?

A.   I do.

Q.   And June 2022 and so forth?

A.   Yes.

Q.   Does this appear to be the sales information -- the sales order information that was stored on monday.com?

A.   It appears to be, yes.

Q.   And so I guess, just starting at the top, there's a column titled, "Name," and it lists various companies.

13 (Pages 46 - 49)

Page 50

Are these Co-Diagnostics' customers?

A.   I recognize many of those names and certainly the ones that have my name as a salesman attached to.

Q.   And so these are purchasers of -- of -- of Logix tests or any other tests that Co-Diagnostics sold?

A.   Yes.

Q.   And there's a column, "Work Order," which is not populated here, but we got on here, there's a work order number.

Are these the work order numbers that are associated with -- with each specific order?

A.   I don't know how the work order number is generated, so I can't speak to that.

Q.   And there's a column, "Salesman."

Is it your understanding that the salesman listed in this column is the salesman that's associated with -- with the order in that row?

A.   Yes, that's my understanding.

Q.   If you can see, there are two columns showing "Items Ordered."

Does that refer to a specific test kit that's being ordered?

A.   Yeah.  Either a test kit or equipment that

Page 51

has been ordered.

Q.   Okay.  And then there are two columns, quantity, "QTY" and "Price."

Do you know what this is -- what information is being indicated in these columns?

A.   I do.  The first column with quantity is the number of tests ordered and the price per test that the customer was paying.

Q.   Okay.  And then the column next to that is, "Extension."

Is that -- that appears to be the -- the order total?

A.   That's correct.

Q.   And then there is a column for, "Date Order Received."

There is also a column for purchase order. So is it your understanding that once the company received a purchase order, it was -- once that order was accepted, it was put into monday.com and then assigned an order number that was reflected in the "Work Order No." column?

A.   I -- yes, that's correct.

Q.   Is it your understanding that generally the work order numbers were just assigned kind of in order? As the orders came in, it would just be given the next

Page 52

available work order number?  Like, if we look at this month, for example, it appears to just go in order. And I believe the -- the day -- if you look at the dates the orders were received, it also goes in order.

So is it your understanding that, kind of as the orders came in, they were just assigned the next -- the next order number?

A.   Based on what you're showing me, that makes perfect sense.

Q.   How often would you -- how often would you review the order information stored in -- in monday.com?

A.   Only when I had a customer specifically that was requesting an expedited ship date or needed to have product arrive, I would make sure that the order -- I would go -- refer to monday.com to make sure the order was in the system and check the ship date. And if there was a shipping tracking number assigned, then I would refer to that.

Q.   Did you keep track of your orders in any other way?

A.   No.

Q.   Did you keep copies of all of the purchase orders you received from your customers?

A.   I kept a file on my desktop of orders that

Page 53

I received just so I would have a copy to refer back to if I needed to.

Q.   Were you -- were you generally aware of how much revenue you were bringing in to the company?

MS. YORK-ERWIN:  Objection to form.

THE WITNESS:  I didn't track it as closely just because I was involved in other things, but I was aware of how much revenue was coming in just anecdotally.  I didn't track it on monday, but I -- I had an idea of how much revenue was coming in, yes.

BY MR. URIS:

Q.   And did you have an idea of how much of that revenue that was coming in was -- was due to your -- the customers that you were handling?

A.   I could surmise from how much was coming in and how much I knew that my, you know, customers were ordering.  I guess I had an idea of the percentage of -- of revenue that was being generated by my customers, yes.

Q.   Did you look into how much revenue you were bringing in each week?

A.   No.

Q.   Or each month?

A.   I'm sure at that time I was referring to monday.com at times, but, again, my focus was

14 (Pages 50 - 53)

Page 54

elsewhere, so I was not as focused on -- on ongoing sales as I was on the new platform.

Q.   I believe you testified earlier that commission-based bonuses were paid out quarterly; correct?

A.   Correct.

Q.   And so is it fair to -- is it fair -- is it fair to say that you -- you were paying attention to how much revenue you were bringing in each quarter?

A.   I'm sure I was aware of it.  To be honest, again, it was not my focus.  So I -- I was not as focused on what the -- what the revenue was and what my commissions would be because I had other responsibilities.

Q.   Do you know approximately how much revenue you brought in per quarter?

A.   I couldn't say.

Q.   Does a range of 4 and a half to 5 and a half million per quarter seem accurate to you?

MS. YORK-ERWIN:  Objection to form.

THE WITNESS:  Can you specify -- because it was -- it was -- it varied very much from month to month and quarter to quarter, so can you be more specific?  I -- I -- I don't know how to characterize that because, again, I wasn't tracking it that closely.

Page 55

BY MR. URIS:

Q.   Do you know how much revenue you brought in in the second quarter of 2022?

A.   I do not.

Q.   Was it less than $500,000?

A.   I have no idea.

Q.   Would that number surprise you?

A.   I -- no.

Q.   Why not?

A.   I just wasn't focused on it, and I was not paying any attention to it at all because, by that point, as I was firmly involved in -- in the new platform and -- and the future of what we saw for our company.

Q.   Do you recall orders for the Logix test beginning to fall in February of 2022?

A.   I was processing the orders as they came in from my customers, so -- but I think, generally, the information that Omicron -- the surge in Omicron was waning and that there was less orders coming in.

Q.   Did you discuss with anyone else at Co-Diagnostics that less orders were coming in at that time?

A.   No, my -- no, my focus was elsewhere.

MR. URIS:  Okay, do you want to take a

Page 56

short break here?

MS. YORK-ERWIN:  Okay.  Five minutes or ten?  What would you like?

MR. URIS:  Maybe ten.

MS. YORK-ERWIN:  Okay.

THE WITNESS:  Okay.  So the top of the hour, basically?

MR. URIS:  Yeah, that works.

THE WITNESS:  Okay.

VIDEOGRAPHER:  The time now is    a.m.  We are off the record.

(Recess was taken.)

VIDEOGRAPHER:  The time now is    a.m.  We are back on the record.

MR. URIS:  I'm going to -- I'm going to introduce as Exhibit 2 a document bearing Bates stamp CoDx_00020206 along with an attachment.

(Exhibit No. 2 was marked for identification.)

MR. URIS:  Okay.  So Exhibit 2 has been introduced.  If you refresh the exhibit folder, it should be available.  And then I'm also going to introduce the attachment, which will be part of Exhibit 2.

THE WITNESS:  I can see that, by the way,

Page 57

the email.

Is that what you are referring to?

MR. URIS:  Yes.

THE WITNESS:  Okay.

MR. URIS:  If you could open that.  When we get to the attachment, I can -- I can show it to you on the screen.  So let's start with -- let's start with the email.  Okay.  The attachment should be available as well.

BY MR. URIS:

Q.   Okay.  Do you have Exhibit 2 in front of you?

A.   The email?

Q.   Yes.

A.   Yes, I do.

Q.   So this is an email dated August 1, 2022, from Tom Williams to Seth Egan, copying Cameron Gundry, Joseph Featherstone and Denny Crockett.  And the subject is "Order Analysis by Salesman by Account March 2022 to July 22, 2022 Please Read."  And then there is an attachment.

The "Joseph Featherstone" listed in the CC line, is that you?

A.   It is.

Q.   Do you recognize this document?

15 (Pages 54 - 57)

Page 58

A.    I don't recall seeing this document.

Q.    To your knowledge, was the email reflected in this document sent or received at the time indicated on the document?

A.    Are you asking if I received this email?

Q.    Yes.

A.    I'm sure I did.

Q.    And you received this email in the regular course of your work at Co-Diagnostics?

A.    I'm -- yes, I'm sure I did.

Q.    Okay.  And I'm going to go to the attachment.  So let me see if I can share my screen.  One moment.

Okay, can you see the spreadsheet on my screen?

A.    Yes, I can.

Q.    I will scroll to the top.

Can you see the title of this spreadsheet, "Sales by Salesman by Account March 2020 to July 22, 2022"?

A.    I do see that.

Q.    Okay.  And that -- that matches the -- the description of the attachment on the email; correct?

A.    Yes.

Q.    Okay.  So this -- this appears to be a

Page 59

spreadsheet basically grouping orders by -- by salesman; correct?

A.    It appears to be, yes.

Q.    Okay.  If we go all the way down to Row 1805, this section of the spreadsheet appears to be the orders associated with your customers; correct?

A.    Yes.

Q.    Go down to Row 2354.  It shows that your customers had placed orders totaling approximately 35.191 million through July 22, 2022; correct?

A.    That's -- yes, that's what it appears to say.

Q.    And you testified earlier that Intelligent Solutions was one of your largest customers by purchase volume; correct?

A.    That's correct.

Q.    Did you have a specific contact at Intelligent Solutions?

A.    Joseph Sarro, S-a-r-r-o, I think that's right, yes, I believe that's right.

Q.    Was he your only contact at Intelligent Solutions?

A.    He was.

Q.    How would you communicate with Mr. Sarro?

A.    He would call me at times, I -- or send

Page 60

emails.  Both -- both ways of communication, either a phone call or an email.

Q.    Would you have regular -- regularly-scheduled calls?

A.    No.

Q.    How often would you speak to Mr. Sarro?

A.    Whenever he was placing an order, he would call me to let me know it was coming, it was probably urgent, and would like my attention as quickly as I could get to it.

Q.    Would he call you for any other reason other than to place an order?

A.    No, other than to just tell me about his wife and family.

Q.    Would he ever tell you about what he was seeing in the market?

A.    No, we didn't discuss that.

Q.    Do you recall approximately what percentage of your total orders Intelligent Solutions accounted for?

A.    I could probably go to this and -- and have to do the math, but I -- I would estimate a third.

Q.    Do you recall that Intelligent Solutions had stopped making substantial purchases of the Logix test around February of 2022?

Page 61

A.    I don't recall.

MS. YORK-ERWIN:  Objection to form.

THE WITNESS:  Sorry, Gen.

MS. YORK-ERWIN:  You can answer.

BY MR. URIS:

Q.    You said you don't recall?

A.    I don't recall them -- because I was simply, at that point, focused elsewhere, and I would respond to Intelligent Solutions at their request.

MR. URIS:  I'm going to introduce another exhibit.

(Exhibit No. 3 was marked for identification.)

MR. URIS:  I'm introducing as Exhibit 3 a document bearing Bates stamp CoDx_00039335.  That should be available on Exhibit Share.  And then I will also introduce the attachment, which is a spreadsheet and which will be part of that same Exhibit 3.

THE WITNESS:  I can see the PDF.

MR. URIS:  Great.  Okay.  And I have also introduced the spreadsheet, which I can -- I can show you that on my screen when we get to it.

THE WITNESS:  Okay.

BY MR. URIS:

Q.    Okay.  So Exhibit 3 is a July 15th, 2022,

16 (Pages 58 - 61)

Page 62

email from Tom Williams to Seth Egan with the subject line, "Sales by Region-Middle East, Asia, Australia, Latin America, Middle East + US (Major Accounts) 2020-Mid-July 2022."

Do you see that?

A. I see the document, but I -- oh, "US (Major Accounts)," yes.

Q. And then there is an attachment, "Orders by Region 2020, 2021, to July 13, 2022."

Do you see that?

A. I don't see that.

Q. It's just right below the subject line.

A. Oh, yes.

Q. Okay. I will share my screen for the attachment.

Okay, can you see the attachment on my screen?

A. I can.

Q. Or on your screen, rather?

A. Yes.

Q. So this spreadsheet is titled, "Co-Diagnostics Orders 2020, 2021 & 2022."

Do you see that?

A. I do.

Q. This seems to be the same title that the --

Page 63

I don't know what to call it, the monday.com repository that holds all the sales information?

A. That appears to be the case.

Q. Is it your understanding that this order information was pulled from that repository?

A. I don't know where this information was pulled from, but it -- I can assume that it was from monday.com, yes.

Q. Okay. And if you can see here, there are a few tabs at the bottom: "Latin America," "Europe," "Middle East," "Asia," "Australia," "US - Major Accounts."

I'm going to go into the "US" sheet and the first account looks to be Intelligent Solutions.

Do you see that?

A. I do.

Q. If we scroll down to line 358, it appears to show that through -- what is this -- through -- through mid-July 2022, Intelligent Solutions had placed orders for approximately 15.5 million.

Do you see that?

A. I do.

Q. Is that your understanding, that that number states what I just said?

A. I -- that's my understanding.

Page 64

Q. And if you recall the last exhibit we looked at, it showed that you were responsible for orders totaling approximately 35 million through a similar time period; is that correct?

A. Yes.

Q. Okay. And I'll -- I'll represent to you I've done the math. And based on the numbers in these two exhibits, that would suggest that Intelligent Solutions accounted for approximately 44 percent of the total sales of the customers that you were responsible for.

And that you had estimated that it was around a third. Do you have any reason to doubt that it was closer to 44 percent?

A. No. I was just guesstimating when I said a third, so...

Q. Yeah, fair enough.

A. Real math works better than my guessing.

Q. If we go back up to the beginning of 2022, so this shows that Intelligent Solutions had purchased about $1.15 million worth of the Logix test in January 2022.

Do you see that?

A. I do.

Q. And then this shows 120- -- around 122,000

Page 65

in February of '22?

MS. YORK-ERWIN: Objection to form.

BY MR. URIS:

Q. Do you see that?

A. Yes.

Q. And then under March of 2022, there actually appears to be a line item for an order -- Order No. 2493, which, I guess, was received on February 24. So I'm not sure -- do you know why this order is reflected in this March category rather than February?

A. I don't know. I -- it appears to be a typo, so...

Q. Okay. So if -- if we were to move that down to February, that would be approximately 192,000 in February '22 and 4,000 in March of 2022; correct?

A. I --

MS. YORK-ERWIN: Objection to form.

THE WITNESS: Based on the error, I -- I can't say, but -- yeah.

BY MR. URIS:

Q. Okay. Do you have any reason to doubt that the column reflecting the dates the order -- the orders were received is -- is incorrect?

A. No. Well, hang on. The dates -- yes.

17 (Pages 62 - 65)

Page 66

That appears to be that that order should have been in February.

Q.   And then in April 2022, Intelligent Solutions placed orders for $74,000 worth of tests; correct?

A.   That looks correct, yeah.

MS. YORK-ERWIN:  Objection to form.

BY MR. URIS:

Q.   And $4,000 worth in May of 2022; correct?

A.   I'm waiting -- yes, correct.

Q.   And then in June of 2022, there's a -- what appears to be -- well, it says -- it says zero, but it's a quantity of 400.  It appears to say, "Replacement for 2606."

I guess that's a replacement order for the order that was placed in -- in May?  Is that -- is that how you would read this?

A.   Yes, I -- that looks correct.

Q.   Okay.  So after ordering approximately $192,000 worth of tests in February, Intelligent Solutions seems to have drastically reduced its purchases in March, April and May of 2022; correct?

MS. YORK-ERWIN:  Objection to form.

THE WITNESS:  That appears to be correct.

///

Page 67

BY MR. URIS:

Q.   Do you know why Intelligent Solutions had stopped purchasing at that time?

MS. YORK-ERWIN:  Objection to form.

THE WITNESS:  No, because, again, my focus was elsewhere, and I was only processing orders as they came to me.  And so this was not what I was focused on, and to be honest, was not paying a lot of attention to it.

BY MR. URIS:

Q.   Did you ever talk to Mr. Sarro about why he had stopped purchasing tests around this time?

A.   No, I did not until much later in the year when we had a discussion, not necessarily about the number of tests, but rather about the outstanding invoices.

Q.   And do you recall when that discussion was?

A.   I don't exactly recall, no.

Q.   And do you recall what -- what you discussed with him?

A.   I do.

Q.   What did you discuss?

A.   We -- the financial team came to me late in 2022 and informed me that we had a substantial outstanding balance with Intelligent Solutions.  And I

Page 68

reached out to Joe to assess what was happening and was informed that the Premier Labs in South Carolina where almost all of these tests were going -- in fact, I believe all the tests that were purchased by Intelligent Solutions went to Premier Labs in South Carolina -- that they had gone out and bought 40 to $50 million, as I recall, of capital equipment expecting to use it based on sales -- projections from their salespeople, and that that equipment had caused them to have serious financial issues.

And so we were trying to resolve with them how we, along with several others, were going to be paid for our services, and in this case, for the tests that we had sent them.

Q.   Do you know what -- what kind of equipment the lab purchased?

A.   It was mostly PCR equipment for testing and also for extraction -- for sample extraction.  I don't know specifically what brand of equipment, but I know that it was -- it was a very large purchase and -- actually, now that I'm thinking about it, as I recall, it was purchased from Thermo Fisher Scientific.  And that's about all I know about what equipment was purchased.

Q.   Did those equipment purchases end up

Page 69

causing issues for that lab because they weren't being used or they weren't selling tests?  Or do you know why that caused an issue for that lab?

A.   I -- I don't know specifically why that caused issues for the lab, but that was the reason they gave us -- why they were paying for that equipment and, therefore, were having trouble paying us for the tests that they had purchased from us.

Q.   Were you given any other reason other than the purchase of that equipment that caused them to be unable to pay for the tests?

A.   As I recall, the only other -- the issue that the lab was saying is that they were -- they had outstanding invoices with the State of South Carolina, who was -- who they were doing a lot of their testing for, and that those invoices from South Carolina had not been expedited.  And so they were in a bit of a cash crunch -- crunch, basically.

Q.   Did you talk to anyone at Co-Diagnostics about how Intelligent Solutions had stopped purchasing tests early in 2022?

MS. YORK-ERWIN:  Objection to form.

THE WITNESS:  Not that I recall.

BY MR. URIS:

Q.   Did the fact that your biggest customer

18 (Pages 66 - 69)

Page 70

stopped purchasing Logix tests concern you?

A. No.

Q. Why not?

A. I was completely focused in other areas and it was, at that point, relatively irrelevant to me because of my focus with the new platform and -- and the -- the travel and the needs that were occupying almost all of my time.

Q. At that time, the Logix test accounted for more than 90 percent of the company's -- of the company's revenue; correct?

A. I couldn't respond to that directly, but yes, that sounds correct to me.

Q. And it didn't concern you that one of your largest customers for that product had stopped purchasing?

A. No, because, again, my focus was on the new platform. I knew that we had a healthy balance sheet, and my concern was about promoting and moving forward with the new platform.

So I was not concerned about our position financially and -- and so it wasn't necessarily relevant to me at that point.

Q. Were you ever able to find another customer to pick up that lost revenue?

Page 71

MS. YORK-ERWIN: Objection to form.

THE WITNESS: No, because my -- my primary responsibility was not sales, so I did not actively engage in trying to find new customers. That was not my responsibility.

Let me clarify, new customers specifically for the Logix Smart COVID assay.

BY MR. URIS:

Q. Understood.

A. Yeah.

Q. Did Intelligent Solutions ever commit to you that they would make further purchases?

A. I don't recall having those discussions.

Q. Why do you think Intelligent Solutions stopped purchasing in early 2022?

MS. YORK-ERWIN: Objection to form.

THE WITNESS: Sorry, Gen.

I can't answer that.

BY MR. URIS:

Q. Did any of your other customers stop purchasing or reduce their volume of purchases in early 2022?

A. I'm sure I could look at the records and answer that more definitively if I looked at the records, but, again, my -- I didn't think about it at

Page 72

the time because not -- not what I was focused on.

Q. Did any of the other Co-Diagnostics salespeople tell you that any of their customers had either stopped purchasing or reduced their purchases of the Logix test in early 2022?

A. I don't recall having those discussions with anyone because my focus was elsewhere.

Q. Do you know that Co-Diagnostics' second quarter 2022 revenue was $5 million?

MS. YORK-ERWIN: Objection to form.

THE WITNESS: I'm sure I could find that out by looking at the records, but I'm not aware of that.

BY MR. URIS:

Q. Do you have any sense of why it dropped off so drastically compared to previous quarters?

MS. YORK-ERWIN: Objection to form.

THE WITNESS: I think it was widely known that Omicron was waning, but there were also new variants that had been named that were -- that we didn't know how that was going to affect what we were doing, but in the short term, the Omicron, it was generally known that Omicron was waning at that point. And that had been a very substantial surge.

///

Page 73

BY MR. URIS:

Q. When you say "generally known," are you talking about --

A. I'm saying general public, that everyone knew that Omicron was waning and -- and that -- but, again, there were additional --

[Phone rings.]

THE WITNESS: Sorry, let me decline this.

There were additional variants that were -- that had been named. And -- and we didn't know how that was going to respond. It was very much a time of volatility, and I'm not sure anyone knew what was going to happen.

BY MR. URIS:

Q. Are you aware that, at least as early as early 2020, various government funding programs and initiatives were put in place in order to increase access to COVID-19 diagnostic testing?

A. Can you -- I want to make sure I understand your question, Jason. Would you please restate that just so I know what you're saying here?

Q. Yeah, I will try to simplify it a bit.

A. Please.

Q. Are you aware, in early 2020, so shortly after the pandemic started, that various government

19 (Pages 70 - 73)

Page 74

programs were put in place in order to increase access to COVID-19 tests?

A.   I personally was not aware of that because it -- I don't -- I don't know that it would have affected the specific customers that I was working with at that time.  So I was not aware of how the government funding was affecting those things.

Q.   I just want to make sure I understand your answer correctly.  Are you saying you don't -- you don't know one way or the other whether it would have affected your customers that you were dealing with?

A.   The customers that we were dealing with were private labs, and how they received their funding or how they were -- the contracts or whatever that they had with governmental agencies, I was not privy to that information.  I hope that answers your question a little more clearly.

I was -- I was not involved in any kind of negotiation with our labs as to the contracts, either governmental or otherwise, that they were involved in.

MR. URIS:  I think this is a good place to stop.  Can we go off the record for a minute?

VIDEOGRAPHER:  The time now is 11:54 a.m. We are off the record.

(Recess was taken.)

Page 75

VIDEOGRAPHER:  The time now is 12:05 p.m. We are back on the record.

MR. URIS:  I have no further questions at this time, but would like to state for the record that we are going to keep the deposition open given that we are currently in discussions with Defendants' counsel concerning potential disputes regarding this efficiency of Defendants' privilege log and certain documents that were withheld on the basis of privilege.  And so, to the extent additional documents are produced at a later date, it may be necessary to recall the witness to ask questions about any of those documents.

MS. YORK-ERWIN:  For the record, our position is that that should not be necessary.

I have no questions.

COURT REPORTER:  And did you want a copy, Ms. Erwin and Mr. Uris?

MS. YORK-ERWIN:  Yes, please.

COURT REPORTER:  Do either of you need a rough draft or anything different?

MR. URIS:  No, just whatever our standard is.

MS. YORK-ERWIN:  We would like the opportunity to read and sign.

COURT REPORTER:  Send it to him or to you?

Page 76

MS. YORK-ERWIN:  Send it to me, and I will get it back to you.

VIDEOGRAPHER:  For the video, do you need it synced, Mr. Uris?

MR. URIS:  I'm not sure.  Can I get back to you on that?

VIDEOGRAPHER:  Sure.  Is ten days good with the video?

MR. URIS:  Yeah.

VIDEOGRAPHER:  And did you need a copy of the video?

MS. YORK-ERWIN:  Not at this time.

VIDEOGRAPHER:  The time is 12:08.  We are off the record.

(Concluded at 12:08 p.m.)

-o0o-

Page 77

REPORTER'S CERTIFICATE

STATE OF UTAH        )
                     )
COUNTY OF SALT LAKE )

I, ABIGAIL D.W. JOHNSON, a Certified Shorthand Reporter and Registered Professional Reporter, hereby certify:

THAT the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was placed under oath to tell the truth, the whole truth, and nothing but the truth; that the proceedings were taken down by me in shorthand and thereafter my notes were transcribed through computer-aided transcription; and the foregoing transcript constitutes a full, true, and accurate record of such testimony adduced and oral proceedings had, and of the whole thereof.

I FURTHER CERTIFY that I am not a relative or employee of any attorney of the parties, nor do I have a financial interest in the action.

(X) Review and signature was requested.
( ) Review and signature was waived.
( ) Review and signature was not requested.

I have subscribed my name on this 12th day of November, 2024.

*Abigail D.W. Johnson*

ABIGAIL D.W. JOHNSON, RPR, CRR, CRC

20 (Pages 74 - 77)

Page 78

Genevieve G. York-Erwin, Esq.

Gyorkerwin@bakerlaw.com

November 12, 2024

RE:   Stadium Capital LLC v. Co-Diagnostics, Inc., Et Al.

10/29/2024, Joseph Featherstone (#6992248)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com

Return completed errata 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

---

Page 80

Stadium Capital LLC v. Co-Diagnostics, Inc., Et Al.

Joseph Featherstone (#6992248)

ACKNOWLEDGEMENT OF DEPONENT

I, Joseph Featherstone, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____  _____
Joseph Featherstone                Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 20___.

_____
NOTARY PUBLIC

---

Page 79

Stadium Capital LLC v. Co-Diagnostics, Inc., Et Al.

Joseph Featherstone (#6992248)

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____  _____
Joseph Featherstone                Date

21 (Pages 78 - 80)

[& - 510]                                                                    Page 1

**&**

**&** 2:4,10 4:25
  5:2,5 10:20
  11:14 23:21
  26:12 48:19
  62:22

**0**

**0** 4:5
**00020206** 56:17
**00020206-20...**
  3:9
**00039335** 61:15
**00039335-39...**
  3:11
**00501485** 3:7
  45:14

**1**

**1** 3:7 45:12,18
  45:19 56:1
  57:16
**1.15** 64:21
**10** 56:10
**10/29/2024**
  78:5
**100** 10:3,4
  19:14
**100,000** 19:15
  25:12
**10022** 2:5
**10111** 2:11
**10:05** 37:15
**11** 56:11
**11:54** 74:23

**12** 56:12 78:3
**120** 64:25
**122,000** 64:25
**12:05** 75:1
**12:08** 1:19
  76:13,15
**12th** 77:22
**13** 56:13 62:9
**14** 56:14
**15** 56:15
**15.5** 63:20
**150** 19:17
**1596** 6:1
**15th** 61:25
**16** 56:16
**17** 56:17
**18** 56:18
**1805** 59:5
**19** 37:22 56:19
  73:18 74:2
**192,000** 65:15
  66:20
**1a** 46:25

**2**

**2** 3:8 56:2,16
  56:18,20,24
  57:11
**20** 25:12 56:20
  80:15
**2016** 16:7,7,7
  16:17
**2020** 17:13,15
  19:13 20:9
  21:9 23:25
  24:3,6,15 26:9

28:6 30:21
  39:10,13,17
  48:19 58:19
  62:4,9,22
  73:16,24
**2021** 20:8,10
  33:25 34:1
  35:22 48:19
  62:9,22
**2022** 13:4,8
  21:10 23:19
  24:2,8 26:9
  30:21 33:25
  34:2 43:8,9,10
  48:19 49:11,14
  49:17 55:3,16
  57:16,20,20
  58:20 59:10
  60:25 61:25
  62:4,9,22
  63:19 64:19,22
  65:6,16 66:3,9
  66:11,22 67:24
  69:21 71:15,22
  72:5,9
**2023** 35:9,15
  48:19
**2024** 1:18 4:1,6
  48:20 77:22
  78:3
**21** 56:21
**212** 2:7,12
**22** 1:6 22:23
  56:22 57:20
  58:19 59:10

65:1,16
**23** 56:23
**2354** 59:8
**24** 56:24 65:9
**2401** 7:18
**2493** 65:8
**25** 56:25
**2606** 66:14
**271-1509** 2:12
**28932** 77:24
**29** 1:18 4:1,6

**3**

**3** 3:10 56:3
  61:12,14,18,25
**30** 78:16
**35** 64:3
**35.191** 59:10
**358** 63:17
**38th** 2:5

**4**

**4** 54:18 56:4
**4,000** 65:16
  66:9
**40** 18:10 68:6
**400** 66:13
**44** 64:9,14
**45** 2:10 3:7

**5**

**5** 3:3 54:18
  56:5 72:9
**50** 68:7
**500,000** 55:5
**510** 25:22

**[56 - anybody]**

| | | | |
|---|---|---|---|
| **56** 3:8 | **above** 78:6 80:7 | **activities** 34:15 | **aided** 77:13 |

**6**

**6** 56:6
**61** 3:10
**687-1980** 2:7
**6978** 1:6
**6992248** 78:5
 79:2 80:2

**7**

**7** 56:7
**74,000** 66:4

**8**

**8** 56:8
**800** 2:5
**84037** 6:2

**9**

**9** 56:9
**90** 41:25 70:10
**9:00** 1:19 4:1,5
 34:13
**9:58** 37:12

**a**

**a.m.** 1:19 4:1,5
 34:13 37:12,15
 56:10,13 74:23
**abbott** 33:10
**abby** 5:6
**abigail** 1:25
 77:4,25
**ability** 6:12
**able** 27:13
 28:17 46:13
 70:24

**above** 78:6
 80:7
**accepted** 51:19
**access** 26:6
 43:4,25 73:18
 74:1
**account** 39:4
 57:19 58:19
 63:14
**accounted**
 41:22 60:19
 64:9 70:9
**accounts** 62:3,7
 63:12
**accreditation**
 44:22
**accuracy** 9:14
 10:2 78:9
**accurate** 54:19
 77:14
**acknowledge...**
 80:3
**acknowledg...**
 78:12
**acquaintance**
 18:2 21:24
**acquaintances**
 21:16 26:22
**acquainted** 8:7
 17:5
**acquiring** 17:3
**action** 77:19
**actions** 8:17
**actively** 71:3

**activities** 34:15
**actually** 8:11
 18:5,7 25:5
 30:7 37:25
 38:5,13,14
 42:15 65:7
 68:21
**additional** 73:6
 73:9 75:10
**additions** 80:6
**address** 5:25
 28:21,23
**adduced** 77:15
**affect** 6:12 14:5
 72:21
**affected** 74:5
 74:11
**affecting** 74:7
**affordable**
 25:14
**africa** 26:15
**age** 18:9
**agencies** 28:9
 74:15
**ago** 8:14 10:7
 13:20
**agree** 4:13
**agreed** 8:10
 19:2
**agreement**
 10:24
**agreements**
 14:3
**ahead** 7:5
 20:21 40:17

**aided** 77:13
**al** 4:17 78:4
 79:1 80:1
**allegation**
 12:24
**allegations**
 9:13
**alleged** 13:7
**alleging** 9:23
**allotted** 78:19
**allowed** 38:4
**amended** 13:24
**america** 62:3
 63:10
**amount** 21:3
 39:2
**analysis** 57:19
**andrea** 2:14
 4:19
**andrew** 30:18
**anecdotally**
 39:20 53:9
**answer** 6:17,23
 6:23 7:10 12:1
 27:20,21,22
 36:13 49:6
 61:4 71:18,24
 74:9
**answered** 12:2
**answering** 6:16
 7:4
**answers** 74:16
**anxious** 19:5
**anybody** 41:13

**anymore** 43:6

**apologize** 24:7

**app** 31:11 44:2

**appear** 49:19

**appearances** 4:22

**appears** 49:22 51:11 52:2 58:25 59:3,5 59:11 63:3,17 65:7,12 66:1 66:12,13,24

**appended** 80:7

**applicable** 78:8

**appreciate** 12:1

**approximate** 43:19

**approximately** 41:21,23,24 54:15 59:9 60:18 63:20 64:3,9 65:15 66:19

**april** 39:11,13 66:3,22

**arabia** 39:22 39:25 40:3

**areas** 70:4

**arizona** 15:21

**arrive** 52:15

**asia** 62:2 63:11

**asked** 12:16,18 16:22 17:2,8 18:4 21:13

**asking** 6:14,16 38:24 58:5

**assay** 37:23 71:7

**assays** 22:1 25:24

**assess** 68:1

**assigned** 51:20 51:24 52:6,18

**assist** 16:22 18:5 21:13

**assistance** 36:22

**assisted** 20:1

**associated** 14:8 29:3 50:13,18 59:6

**associations** 15:12

**assume** 7:10 31:25 63:7

**attached** 50:4 78:11

**attachment** 56:17,23 57:6 57:8,21 58:12 58:23 61:17 62:8,15,16

**attend** 14:13 36:3

**attended** 35:6 36:1

**attention** 54:8 55:11 60:9 67:8

**attorney** 4:24 77:18 78:13

**attorneys** 45:25

**audibly** 6:17

**audio** 4:12

**august** 49:11 57:16

**australia** 62:2 63:11

**authorization** 39:11

**authorized** 42:14

**available** 5:17 23:12 24:15,18 25:1,7,19 26:3 26:5,19,20 45:15 46:2 52:1 56:22 57:8 61:16 78:6

**avenue** 2:5

**awarded** 19:20 19:21,23

**awards** 16:13 16:15

**aware** 6:8 10:5 34:11 44:23,25 53:3,8 54:10 72:12 73:15,24 74:3,6

**b**

**b** 3:5

**back** 16:2,3 32:12 37:5,16

39:17 53:1 56:14 64:19 75:2 76:2,5

**background** 14:12 16:22

**baker** 2:10 5:5 10:20 11:14

**bakerlaw.com** 2:11 78:2

**balance** 24:20 24:21 67:25 70:18

**based** 20:16,24 21:1 22:3 37:23 38:20,22 39:1 41:14 52:8 54:4 64:7 65:19 68:8

**basically** 17:12 44:18 56:7 59:1 69:18

**basis** 31:14 34:4 38:7 43:18 75:9

**bates** 45:13 56:16 61:15

**bathroom** 37:1

**bayer** 17:9

**bear** 45:11,11 47:7

**bearing** 45:13 56:16 61:15

**becoming** 8:8

**beginning** 4:23 17:13 20:1

**[beginning - clients]**                                                      Page 4

42:12 55:16 64:19
**behalf** 1:5
**believe** 8:18 12:22 16:7,17 31:2,17,22 34:1 39:10 42:3 46:19 48:24 52:3 54:3 59:20 68:4
**benson** 30:18
**better** 46:14 64:18
**biggest** 20:10 69:25
**bill** 23:21 26:12
**bio** 8:18,18
**bit** 23:1 45:23 69:17 73:22
**board** 36:3,9,9
**bonuses** 54:4
**bottom** 63:10
**bought** 68:6
**brand** 68:19
**break** 7:2,5 37:1,1,4 56:1
**brian** 1:10 33:13
**brigham** 14:16
**bring** 12:7 15:4
**bringing** 20:13 20:25 53:4,21 54:9

**brother** 15:24 18:9
**brought** 16:6 23:19 54:16 55:2
**brown** 1:10 33:13
**browser** 46:21
**burns** 18:3
**business** 8:20 15:24 16:8 17:11,16 18:24 19:7,13 22:22 26:10 27:13 29:3 31:7 32:12
**button** 46:20 48:2
**buy** 41:13,17
**buying** 39:2

**c**

**c** 2:1 4:2
**california** 1:25 8:15
**call** 23:15 59:25 60:2,8 60:11 63:1
**called** 5:11 15:18 22:3 31:11 38:1,3 44:3,6,11
**calls** 60:4
**camera** 4:9
**cameron** 30:17 57:17

**capital** 1:4 4:16 68:7 78:4 79:1 80:1
**care** 15:1 23:16 27:24
**career** 14:23 19:4
**carolina** 68:2,6 69:14,16
**case** 1:6 8:11 9:7,13,23 13:19,24 21:9 21:10 63:3 68:13
**cash** 69:18
**categories** 41:8
**category** 65:10
**caused** 68:9 69:3,5,10
**causing** 69:1
**cc** 57:22
**ce** 39:9
**cell** 30:4
**ceo** 13:5 17:20 22:24 24:2,10 33:10
**certain** 75:8
**certainly** 27:12 50:3
**certificate** 77:1
**certified** 77:4
**certify** 77:6,17
**chahn** 2:6
**chain** 38:1

**chance** 14:23
**chang** 2:4 5:2
**change** 23:17 79:4,7,10,13,16 79:19
**changed** 17:11 22:25 33:8
**changes** 78:10 80:6
**characterize** 54:24
**charge** 38:23
**check** 52:17
**chemistry** 27:8
**chicago** 22:3
**chief** 33:12,13 34:6
**choice** 14:20
**chose** 14:23
**chris** 11:14
**city** 7:19 15:18
**civil** 8:3 9:3
**clarification** 11:5 46:7
**clarify** 7:12 38:22 71:6
**class** 5:1,3
**clearance** 25:22
**clearly** 74:17
**clia** 38:4 42:14
**click** 46:22,23
**clicked** 48:2
**clients** 21:15,21

**[clinical - copy]**                                                      Page 5

clinical  21:23
clinics  26:5
closely  53:6
  54:25
closer  64:14
codiagnostics...
  28:25
codx  3:7,9,11
  45:14 56:17
  61:15
cold  38:1
collaborations
  21:16
college  14:13
  15:16
color  9:18
column  49:24
  50:9,16,18
  51:6,9,14,16,21
  65:23
columns  50:21
  51:2,5
come  16:3 18:5
  32:23 37:5
coming  53:8,10
  53:13,15 55:20
  55:22 60:8
commercial
  33:13
commission
  8:10 20:6,7,9
  21:17,17 54:4
commissioned
  21:3

commissions
  20:2,11,12,16
  20:23 21:1,4
  21:11 54:13
commit  71:11
commitments
  27:3
committee
  32:16,18 33:7
  33:22,25 34:11
committees
  36:11,14
communicate
  7:23 29:12
  37:18 59:24
communication
  60:1
companies
  49:25
company  8:11
  9:10 15:18,25
  20:14 23:2
  24:12,18 25:1
  28:14 29:10,13
  32:2,21 34:3,4
  35:18,25 38:9
  38:10 42:21,23
  44:8,23 45:3
  51:17 53:4
  55:14
company's
  39:18 40:8
  70:10,11
compared
  72:16

compensated
  14:7
compensation
  18:20,22,23,25
  19:19 20:10
complaint
  13:23,24,25
  14:2
complete  38:17
  80:8
completed
  78:16
completely
  49:4 70:4
component
  19:25
components
  17:3 19:18
computer
  12:19 77:13
concern  70:1
  70:14,19
concerned
  70:21
concerning
  75:7
concluded
  76:15
conducted  4:8
  4:18
conferenced
  1:14
conferences
  26:14 35:5

connected
  26:17
connecticut
  15:20
connection  4:9
  10:25 12:17
  18:24 27:15
  29:23
consider  32:21
considered
  32:17
consists  33:10
constitutes
  77:14
construed
  12:25
contact  18:12
  23:19 59:17,21
continue  4:12
continues
  23:25
contract  18:17
  34:8,8
contracts  74:14
  74:19
conversation
  29:17
conversations
  13:10
copenhagen
  26:17
copies  52:23
  78:14
copy  53:1
  75:16 76:10

**[copying - desktop]**

copying 57:17
corporate 16:9
corporations 16:11
correct 42:8 43:5 51:13,22 54:5,6 58:23 59:2,6,10,15,16 64:4 65:16 66:5,6,9,10,18 66:22,24 70:11 70:13 80:8
corrections 80:6
correctly 74:9
corresponden... 3:8,10
counsel 4:21 5:7 6:22,23 10:11,13 11:8 11:11 13:4,12 14:1 75:6 78:14
counsels 7:23
counter 23:16 25:22 26:3
countries 19:9 26:5 40:20 41:3,5,7
country 40:21 41:3
county 77:3
couple 10:11 24:20 33:9 39:1,24

course 6:14 19:7 26:24 58:9
court 1:1 5:6 6:18 75:16,19 75:25
covid 9:15 22:2 22:25 24:11 25:23 37:22 38:8 71:7 73:18 74:2
crc 1:25 77:25
crl 27:16 40:13
crockett 30:17 57:18
crr 1:25 77:25
crunch 69:18 69:18
cs 78:15
current 5:24
currently 6:11 25:19 33:9 75:6
customer 34:25 40:3,4,5 42:5 51:8 52:13 69:25 70:24
customers 16:12 17:7 22:3,5,10 27:25 28:6 31:6 32:12 39:18 40:8 42:3 43:3 50:1 52:24 53:14,16

53:19 55:18 59:6,9,14 64:10 70:15 71:4,6,20 72:3 74:5,11,12
cv 1:6

**d**

d 3:1 4:2
d.w. 1:25 77:4 77:25
daily 27:10 31:14 43:18
data 31:12
date 51:14 52:14,17 75:11 79:24 80:12
dated 57:16
dates 43:19 52:4 65:23,25
david 33:11
day 6:15 52:3 77:22 80:15
days 76:7 78:16
dealing 21:21 27:11 42:8 74:11,12
dealt 27:1,18
debt 24:22
decided 22:24
declare 80:4
decline 73:8
deemed 80:6
defendant 8:2 9:4

defendants 1:11 2:8 5:5 7:23,23 75:6,8
definitive 29:7
definitively 71:24
denny 30:17 57:18
department 34:14
depending 28:2
depends 4:8 39:4
deponent 78:13 80:3
deposed 8:12 9:11,19 13:13 13:21
deposing 78:13
deposition 1:14 4:7,15,18 6:21 9:6,7 10:6,8,25 11:9,19 12:8 12:11,14 14:1 14:9 75:5
describe 12:23 15:14 16:24 22:21 37:21
description 3:6 58:23
deserved 8:9
desktop 12:18 12:20 47:11,13 52:25

**[details - either]** Page 7

**details** 9:10
**develop** 25:14
**developed** 25:3
**developing**
  25:9 26:4
**development**
  16:1 17:12,16
  18:24 19:13
  22:22 26:10
  27:14 31:7
  32:13
**developments**
  32:22
**device** 25:18,19
**diagnoses** 38:5
**diagnostic**
  73:18
**diagnostics** 1:9
  4:17 7:16,17
  11:3 13:16
  14:4 15:15
  16:6,16,25
  18:1,4,15
  26:25 27:18
  28:20 29:3
  30:12 32:15
  36:3,12 37:19
  39:7,14 41:20
  48:19 50:1,6
  55:22 58:9
  62:22 69:19
  72:2,8 78:4
  79:1 80:1
**different** 47:4
  75:20

**difficult** 34:20
  45:24
**direction** 32:20
**directly** 21:12
  31:3 40:12,22
  70:12
**discounts** 39:3
**discuss** 13:15
  24:11 32:20,24
  55:21 60:17
  67:22
**discussed** 13:11
  19:1 24:6 31:5
  33:2 67:20
**discussing** 35:4
**discussion**
  67:14,17
**discussions**
  71:13 72:6
  75:6
**diseases** 25:4
**dismissed** 8:13
**disney** 16:11
**disputes** 75:7
**distributed**
  41:6
**distributor** 8:8
  8:23,24 40:21
  42:6
**distributors**
  35:6 40:11,19
  40:24 41:3,5
**district** 1:1,2
**document**
  43:12 44:18

45:12 46:11,23
  48:23 49:5,8
  56:16 57:25
  58:1,3,4 61:15
  62:6
**documents**
  11:18,20,21,24
  12:3,6,7,16,19
  44:10,12,15
  75:8,10,12
**doing** 18:4
  32:12 44:19
  45:25 69:15
  72:22
**dollars** 20:9
  25:13
**domestic** 21:21
  22:12 28:6
  39:24,24
**domestically**
  21:15 39:13
  40:10
**doubt** 64:13
  65:22
**download**
  46:11,14,17,20
  47:11,12,17
  48:1,2
**downloaded**
  12:19 30:8
**draft** 75:20
**drastically**
  66:21 72:16
**drive** 6:1 7:18

**dropped** 72:15
**dry** 38:2
**due** 53:13
**duly** 5:11
**dwight** 1:9
  17:20 18:6
**dx** 23:15 25:17
**dx.com.** 29:1

**e**

**e** 2:1,1 3:1,5 4:2
  4:2 79:3,3,3
**earlier** 40:14
  42:4,20 54:3
  59:13
**early** 13:3,8
  17:13,15 22:24
  23:19 69:21
  71:15,21 72:5
  73:15,16,24
**easier** 45:25
**east** 39:21 40:2
  40:3 62:2,3
  63:11
**educational**
  14:12
**efficiency** 75:7
**efforts** 16:23
  27:16 36:17
**egan** 1:9 17:20
  18:6 30:17
  31:2,8 33:10
  33:12 35:13
  57:17 62:1
**either** 13:23
  14:4 23:16

**[either - featherstone]**

26:3 42:7 50:25 60:1 72:4 74:19 75:19

**elementary** 18:7

**email** 3:8,10 28:20,23 29:5 29:8,13,16 57:1,8,13,16 58:2,5,8,23 60:2 62:1

**emails** 12:20 29:2 60:1

**embarked** 23:14

**emergency** 39:11

**employed** 15:24 16:6

**employee** 77:18

**employees** 16:14

**employment** 18:17

**ended** 8:8

**engage** 71:4

**enter** 10:23 28:18

**entered** 31:13 43:19

**entry** 28:2,12

**equipment** 25:5,11,13 41:15 50:25

68:7,9,15,17,19 68:23,25 69:6 69:10

**errata** 78:11,13 78:16

**error** 65:19

**erwin** 2:9 5:4,4 27:19,21 33:3 33:17,19 35:2 36:25 37:6 41:11 43:14 46:4,13,18,25 47:3,6,8,19,25 49:6 53:5 54:20 56:2,5 61:2,4 65:2,18 66:7,23 67:4 69:22 71:1,16 72:10,17 75:13 75:17,18,23 76:1,12 78:1

**esq** 78:1

**establish** 17:8

**established** 39:6

**estimate** 60:22

**estimated** 64:12

**et** 4:17 78:4 79:1 80:1

**europe** 23:22 26:16 63:10

**european** 26:17 39:9

**events** 11:22 12:4

**exactly** 6:21 18:9 20:8,15 38:9 40:25 67:18

**examination** 3:3 5:14

**examinations** 3:2

**example** 17:8 52:2

**excel** 3:7,8,10 45:13,17,23,23 46:1,6 47:15 47:17,22

**excited** 19:10

**exciting** 26:19

**excuse** 20:21 26:15 40:16

**executives** 35:25

**exercised** 19:22 19:24

**exhibit** 3:6,7,8 3:10 45:11,12 45:16,18,19 46:25 47:16 48:1 56:16,18 56:20,21,24 57:11 61:11,12 61:14,16,18,25 64:1

**exhibits** 48:3 64:8

**expecting** 68:8

**expedited** 52:14 69:17

**experience** 15:15 42:10,10

**expired** 34:9

**extension** 51:10

**extent** 36:17 75:10

**extraction** 68:18,18

**f**

**face** 23:17 29:17,17

**fact** 68:3 69:25

**fails** 78:18

**fair** 54:7,7,8 64:17

**fall** 55:16

**familiar** 44:2,6

**family** 14:21 15:1,19 60:14

**far** 9:20 13:14

**fashion** 28:19 43:2

**fault** 15:2

**fda** 25:21 38:5 39:11

**featherstone** 1:14 4:16 5:10 5:16,21 57:18 57:22 78:5 79:2,24 80:2,4 80:12

**[february - going]**

**february** 55:16 60:25 65:1,9 65:11,15,16 66:2,20

**felt** 8:9

**fifth** 30:19

**file** 45:17,23 46:1,6,9 52:25

**filed** 9:9

**files** 45:23

**finance** 13:5

**financial** 13:4 33:14 34:6 67:23 68:10 77:19

**financially** 70:22

**find** 25:12 70:24 71:4 72:11

**fine** 22:20

**finish** 6:16 7:4 14:25

**firm** 10:20

**firmly** 55:12

**first** 5:11 8:11 9:7 13:18,21 24:6 28:24 45:15 51:6 63:14

**fisher** 68:22

**five** 20:17 30:11 37:6,7,8 56:2

**floor** 2:5

**flu** 26:1

**focus** 23:18,25 24:17,24 28:7 53:25 54:11 55:24 67:5 70:6,17 72:7

**focused** 23:23 28:16 54:1,12 55:10 61:8 67:7 70:4 72:1

**folder** 45:16 48:3 56:21

**followed** 31:19

**follows** 5:13

**foothill** 7:18

**foregoing** 77:7 77:13 80:5

**form** 6:22 27:19 33:3,17 35:2 41:11 43:14 53:5 54:20 61:2 65:2,18 66:7 66:23 67:4 69:22 71:1,16 72:10,17

**forth** 49:17 77:9

**forward** 32:24 70:19

**foster** 27:4

**foundation** 23:22 26:13

**foundations** 28:9

**four** 11:23 13:20 16:5

**fox** 2:4 4:25 5:2

**francis** 2:14 4:20

**freezing** 37:24

**frequently** 27:1

**friday** 10:14 11:9

**friends** 18:10

**front** 57:11

**full** 5:19 14:2 77:14

**fully** 38:13,14

**function** 36:21

**funding** 73:16 74:7,13

**further** 71:12 75:3 77:17

**future** 23:3,12 24:18,23,24 32:22 55:13

**g**

**g** 2:9 4:2 78:1

**gates** 23:22 26:13

**gen** 9:17 33:18 35:3 46:17 49:3 61:3 71:17

**general** 23:8 42:5 73:4

**generally** 9:12 15:14 21:4 22:22 26:9 38:20 40:8 51:23 53:3 55:18 72:23 73:2

**generated** 50:15 53:18

**generating** 46:8

**genevieve** 2:9 5:4 11:11 78:1

**gentleman** 8:6

**give** 6:12 9:17 29:6 34:15 38:5

**given** 35:1 51:25 69:9 75:5 80:9

**go** 4:13 6:4 7:5 20:21 27:2 40:17 52:2,16 58:11 59:4,8 60:21 63:13 64:19 74:22

**goes** 52:4

**going** 4:4 13:21 20:22 23:4 24:16,17,17 31:24 39:17 45:10,22 47:10 47:20,21 56:15 56:15,22 58:11 61:10 63:13

[going - information]                                                    Page 10

68:3,12 72:21 73:11,12 75:5

**gold** 23:9

**good** 4:4 23:7 37:3 43:15 74:21 76:7

**goodness** 22:16

**government** 40:21 73:16,25 74:6

**governmental** 27:5 28:9 36:20 74:15,20

**graduate** 14:17

**great** 61:20

**ground** 6:4

**group** 8:8 17:1 26:16 35:8

**grouping** 59:1

**groups** 23:22 36:21

**guess** 12:19 30:18 32:17 39:17 40:25 41:24 42:4 43:21 49:23 53:17 65:8 66:15

**guessing** 64:18

**guesstimating** 64:15

**guidance** 13:3 13:7

**gundry** 30:17 57:17

**gyorkerwin** 2:11 78:2

**h**

**h** 1:9 3:5 8:18 79:3

**hahn** 2:4 5:2,2

**half** 25:12 54:18,19

**hall** 29:16

**handled** 11:1

**handling** 53:14

**hang** 65:25

**happen** 73:13

**happened** 23:7

**happening** 68:1

**hard** 47:20

**hardware** 25:9 25:10,18 27:8

**head** 6:19 13:4 17:15 18:24 19:13 22:22 26:10

**heads** 34:14

**health** 23:21

**healthy** 24:21 70:18

**hear** 6:18

**heard** 4:10 13:18,22 44:4 45:1,2

**held** 16:25 44:13

**help** 17:2 48:5

**helpful** 6:17 28:15 36:23

**helping** 27:24

**hereto** 80:7

**heretofore** 23:10 26:5

**hired** 15:17 18:19,21

**historically** 25:3

**hmm** 21:8

**holding** 35:18

**holds** 63:2

**home** 5:24

**honest** 14:24 54:10 67:8

**hope** 74:16

**hostetler** 2:10 5:5 10:20 11:14

**hour** 37:2,9 56:7

**hours** 10:12 23:11,11

**house** 11:11 44:11

**hukui** 8:18,25

**human** 23:24 25:25 32:25

**humanitarian** 19:8 36:20

**hundred** 20:8

**i**

**ice** 38:2

**idaho** 1:25 34:4 34:7

**idea** 24:14 26:2 53:10,12,17 55:6

**identification** 45:20 56:19 61:13

**ike** 33:10

**immediately** 15:16

**important** 23:20

**inaccurate** 9:23 12:25

**included** 29:25

**including** 23:21 25:24

**income** 19:9 26:4

**incorporated** 4:17

**incorrect** 65:24

**increase** 73:17 74:1

**indicated** 51:5 58:3

**individuals** 45:5

**indonesia** 26:15

**infectious** 25:4

**information** 30:8 43:13,25 49:20,20 51:5 52:11 55:19 63:2,5,6 74:16

**[informed - know]**                                          Page 11

**informed** 67:24 68:2
**initial** 5:23
**initiatives** 73:17
**instructs** 6:23
**intelligent** 8:24 9:1 22:2 27:17 40:12 59:13,18 59:21 60:19,23 61:9 63:14,19 64:8,20 66:3 66:20 67:2,25 68:5 69:20 71:11,14
**intend** 41:17
**interest** 77:19
**interested** 23:8
**interim** 34:4
**internally** 29:14 32:21 38:16 42:13,18 44:20
**international** 39:4
**internationally** 39:12 40:16,18
**internet** 4:9
**introduce** 45:10,17,22,24 56:16,23 61:10 61:17
**introduced** 8:7 56:21 61:21

**introducing** 45:12,14 61:14
**introduction** 8:9,25
**investors** 37:19
**invited** 33:20
**invoices** 67:16 69:14,16
**involved** 19:8 20:3,17 21:2 21:11,12,18 23:20 25:5,9 25:23 36:23 40:22 43:3 53:7 55:12 74:18,20
**irrelevant** 70:5
**ish** 37:9 41:25
**issue** 69:3,12
**issued** 29:9
**issues** 32:21,25 68:10 69:1,5
**italy** 39:21
**item** 65:7
**items** 50:22

**j**

**j.featherstone** 28:25 29:1
**january** 64:22
**jason** 2:3 4:25 36:25 47:20 48:5 73:20
**joe** 5:16 68:1
**johnson** 1:25 5:7 77:4,25

**join** 17:25 35:9
**joined** 16:16
**joining** 15:15
**joseph** 1:14 4:16 5:10,21 46:15 47:9 48:1 57:18,22 59:19 78:5 79:2,24 80:2,4 80:12
**july** 49:14 57:20 58:19 59:10 61:25 62:4,9 63:19
**june** 49:17 66:11
**juris** 2:6

**k**

**k** 8:18 25:22
**kansas** 21:24
**kaplan** 2:4 4:25 5:2
**kaplanfox.com** 2:6,6
**kaysville** 6:1
**keep** 42:21 48:12 52:20,23 75:5
**kept** 52:25
**kerry** 18:3,3
**kerrybrook** 6:1
**kevin** 11:12
**key** 17:10
**kilsheimer** 2:4 5:1,3

**kind** 22:13 26:20 27:4,11 48:2 51:24 52:5 68:15 74:18
**kinds** 44:12
**kirk** 34:2
**kit** 50:23,25
**kits** 38:10,13
**knew** 13:21 22:25 23:9 53:16 70:18 73:5,12
**know** 7:2,4,12 8:19 9:20 11:1 12:5,21 13:1,6 13:6 18:18 19:16 22:18 23:5 28:11,13 29:22,24 30:11 30:14,25 31:10 31:18,20,24 32:3,8,10 38:19 39:20 40:6,7,18 41:21,23,24 42:23,25 43:11 45:3,7 50:14 51:4 53:16 54:15,24 55:2 60:8 63:1,6 65:9,12 67:2 68:15,19,19,23 69:2,4 72:8,21 73:10,21 74:4

**[know - math]** Page 12

74:10
**knowledge** 58:2
**known** 72:18 72:23 73:2

**l**

**l** 1:10
**lab** 17:3 21:23 22:3,3,4,7,16 38:14 39:2 40:6 41:13,14 41:18 42:5,12 42:14,16 68:16 69:1,3,5,13
**labs** 23:13 25:12 26:14 27:6 38:2,3,17 38:23 39:24 40:9,13,13 41:1,6,9 68:2,5 74:13,19
**lake** 7:18 15:18 77:3
**land** 15:25
**large** 16:10 17:7 21:20,25 22:2 34:19 39:24 68:20
**larger** 17:6 21:15 39:3
**largest** 22:5 40:3 59:14 70:15
**late** 16:7,17 67:23

**latin** 62:3 63:10
**law** 10:20
**lawsuit** 12:21 13:11,15
**lawyers** 7:24
**leave** 30:23
**left** 15:23 16:5 34:9
**legal** 11:2,3 78:23
**lenexa** 21:23
**level** 34:12
**licenses** 15:7
**line** 57:23 62:2 62:12 63:17 65:7 79:4,7,10 79:13,16,19
**lines** 23:11
**list** 22:18 34:19 43:18,21
**listed** 50:18 57:22
**lists** 49:24
**litigation** 8:3 9:3,19 12:17 29:23
**little** 15:19 74:17
**llc** 1:4 4:17 78:4 79:1 80:1
**llp** 2:4,10 5:1
**local** 15:18
**lockheed** 16:11
**log** 75:8

**logix** 37:22 38:8,11 39:8 39:14,18 41:10 41:21,22 42:1 42:21 50:6 55:15 60:24 64:21 70:1,9 71:7 72:5
**long** 22:17
**look** 22:18 23:3 52:1,3 53:20 71:23
**looked** 43:17 64:2 71:24
**looking** 72:12
**looks** 63:14 66:6,18
**lost** 70:25
**lot** 23:20 26:21 26:22 67:8 69:15
**low** 19:8 26:4

**m**

**m** 5:21,22
**made** 8:25 9:24 10:3 12:25 14:20 25:7 80:5
**major** 62:3,6 63:11
**make** 17:3 23:12 25:1 26:2 27:3 28:4 28:18 36:25 38:11,15 41:16

43:1 44:18 45:25 46:9 49:4 52:15,16 71:12 73:19 74:8
**makes** 52:8
**making** 5:17 24:6,18 60:24
**management** 32:14,17 34:12 34:14 35:9,11 35:19 44:21
**manager** 15:21
**manufacture** 37:25 38:16
**manufactured** 37:24
**march** 39:10,13 57:20 58:19 65:6,10,16 66:22
**mark** 39:9
**marked** 45:19 47:16 48:1,3 56:18 61:12
**market** 60:16
**marketing** 16:22 18:4
**markets** 39:4
**matches** 58:22
**materials** 16:23 36:8
**math** 60:22 64:7,18

**[matter - notary]**                                      Page 13

**matter** 4:16 8:5 8:12 19:7
**mean** 6:20 41:24
**means** 6:18 38:4
**meant** 23:15
**medications** 6:11
**meet** 10:15 27:5 32:20
**meeting** 24:13 28:8 34:14 35:9,11,13,19
**meetings** 32:5,9 32:10 33:2,16 34:11,12,18,23 35:1,5,25 36:4 36:9
**melinda** 23:21 26:13
**member** 15:9 36:11
**members** 34:2
**mentioned** 24:1 24:9 28:11 30:10 31:8 40:13 42:20
**messages** 29:18 29:22
**messaging** 29:19
**met** 10:11,13 11:8 18:5 22:24 24:1,10

26:23
**mexico** 39:21
**mid** 23:25 62:4 63:19
**middle** 19:9 26:4 39:21 40:2,3 62:2,3 63:11
**million** 25:13 54:19 59:10 63:20 64:3,21 68:7 72:9
**minute** 44:14 74:22
**minutes** 28:3 37:6,7 56:2
**mischaracteri...** 19:1
**misleading** 13:7
**misspoken** 24:4
**mm** 21:8
**molecular** 26:6
**moment** 45:11 58:13
**monday** 34:13 35:10,18 53:9
**monday.com** 31:16 42:20,23 43:5,12 49:1 49:21 51:19 52:12,16 53:25 63:1,8
**monday.com.** 31:12

**monsanto** 16:11 17:9
**month** 52:2 53:23 54:22,23
**monthly** 31:14
**months** 8:14
**morning** 4:4 34:13 35:10,18
**morphed** 17:6
**mountain** 4:5
**move** 65:14
**moved** 15:21
**moving** 32:24 70:19
**multiple** 25:4

**n**

**n** 2:1 3:1 4:2
**name** 4:19 5:19 11:15 22:17 25:16,17 34:6 34:21 40:6 49:24 50:3 77:21
**named** 8:2,15 9:4 18:3 72:20 73:10
**names** 30:14 50:2
**narrative** 23:5
**national** 22:4
**nearly** 22:13
**necessarily** 41:16 67:14 70:22

**necessary** 28:1 75:11,14 80:6
**necessity** 20:2 21:13
**need** 6:17 7:2 9:17 27:12,13 32:22 36:21 75:19 76:3,10
**needed** 17:3 24:15 38:15 52:14 53:2
**needs** 70:7
**negotiate** 18:19 18:23
**negotiated** 18:25
**negotiation** 19:3 74:19
**netsuite** 45:1,2 45:3,6
**never** 8:10 21:12 25:4
**new** 1:2 2:5,5 2:11,11 12:6 23:14 24:6 25:8,8 28:7 31:6 32:23 35:6 54:2 55:12 70:6,17 70:20 71:4,6 72:19
**nielson** 33:11
**nodding** 6:19
**notary** 80:13 80:19

**[note - overall]** Page 14

| | | | |
|---|---|---|---|
| **note** 4:7 78:10 | **occupying** 70:7 | 65:14,22 66:19 | 51:20,21,24,24 |
| **noted** 80:7 | **occur** 34:12 | **omicron** 55:19 | 52:1,2,4,7,11 |
| **notes** 12:7,10 | **occurred** 11:22 | 55:19 72:19,22 | 52:16,17 57:19 |
| 12:13 77:12 | 12:4 | 72:23 73:5 | 60:7,12 63:4 |
| **noticing** 4:23 | **occurring** | **once** 21:5 41:20 | 65:7,8,10,23 |
| **november** | 35:21 | 51:17,18 | 66:1,15,16 |
| 77:22 78:3 | **october** 1:18 | **ones** 22:15 50:3 | 73:17 74:1 |
| **ntl** 22:3,7 27:17 | 4:1,6 16:7 | **ongoing** 54:1 | **ordered** 50:22 |
| 40:13 | **offer** 25:22 | **ontiveros** 11:12 | 50:24 51:1,7 |
| **number** 38:21 | **office** 7:16,17 | **ooooo** 1:3 2:15 | **ordering** 53:17 |
| 43:22 50:11,14 | **officer** 33:12,13 | **open** 46:6 | 66:19 |
| 51:7,20 52:1,7 | 33:14 34:7 | 47:13,14,14,17 | **orderly** 28:19 |
| 52:18 55:7 | **officials** 27:6 | 57:5 75:5 | **orders** 20:13,24 |
| 63:24 67:15 | **oh** 22:16 24:4,5 | **operate** 36:18 | 27:24 28:17 |
| **numbers** 50:12 | 43:9 47:5 62:6 | **operating** | 31:16,20,21,23 |
| 51:24 64:7 | 62:13 | 44:17 | 32:2 33:1 35:1 |
| **ny** 78:15 | **okay** 5:24 6:3 | **operation** | 39:3 42:21 |
| | 6:20 7:6,7,15 | 27:11 | 43:18 48:19 |
| **o** | 8:25 9:3 12:1 | **operations** | 49:11,13 51:25 |
| | 13:15 14:11 | 33:12 | 52:4,6,20,24,25 |
| **o** 4:2 59:19 | 16:16 24:9 | **opportunity** | 55:15,17,20,22 |
| **o.c.** 15:18 16:2 | 34:10 37:8,11 | 19:10 24:22 | 59:1,6,9 60:19 |
| 16:8 | 39:1 40:15 | 75:24 | 62:8,22 63:20 |
| **o0o** 3:12 4:3 | 42:2 43:4,24 | **option** 46:10,18 | 64:3 65:23 |
| 76:16 | 45:9,22 46:1,6 | **options** 19:21 | 66:4 67:6 |
| **oath** 6:5 77:9 | 46:16,24 47:12 | 19:22 | **organizations** |
| **object** 6:22 | 47:14,15 48:6 | **oral** 77:15 | 15:10 |
| **objection** 27:19 | 48:9,14,16,18 | **order** 25:1 | **originally** |
| 33:3,17 35:2 | 51:2,9 55:25 | 27:25 28:2,12 | 35:10 |
| 41:11 43:14 | 56:2,5,6,9,20 | 31:14,14 41:15 | **outlines** 12:13 |
| 53:5 54:20 | 57:4,8,11 | 42:3,6,11,16,16 | **outside** 41:13 |
| 61:2 65:2,18 | 58:11,14,22,25 | 43:13 49:20 | **outstanding** |
| 66:7,23 67:4 | 59:4 61:20,23 | 50:9,11,12,13 | 67:15,25 69:14 |
| 69:22 71:1,16 | 61:25 62:14,16 | 50:14,19 51:12 | **overall** 20:16 |
| 72:10,17 | 63:9 64:6 | 51:14,16,18,18 | |
| **obtained** 12:20 | | | |

**[own - price]** Page 15

**own** 36:18,21 42:9

**p**

**p** 2:1,1 4:2
**p.m.** 1:19 75:1 76:15
**page** 3:2,6 43:21 79:4,7 79:10,13,16,19
**paid** 20:2,11,17 21:4 54:4 68:13
**painful** 15:5
**pandemic** 17:14 20:1 22:24 23:7 73:25
**papilloma** 23:24 25:25
**part** 19:11 32:6 33:21 35:10,13 36:15 45:18 56:23 61:18
**participants** 4:10
**participate** 33:15 34:17
**participated** 34:22
**particular** 40:4
**parties** 4:13 77:18
**parts** 26:14
**party** 8:22

**past** 11:23 12:4 34:16
**pay** 69:11
**paying** 51:8 54:8 55:11 67:8 69:6,7
**pcr** 23:8,12,15 23:17 24:15,18 25:1,11,17 26:3,6,19 37:23 41:15 68:17
**pdf** 61:19
**penalty** 6:6
**pending** 7:3
**people** 20:3,17 21:2,14 23:10 23:17,20 26:22 27:3,12 28:8 29:13 34:21 39:19
**percent** 10:3,4 41:25 64:9,14 70:10
**percentage** 20:12 41:21 53:17 60:18
**perfect** 52:9
**period** 26:8 30:21 34:8 64:4
**perjury** 6:6
**permanent** 33:21

**person** 31:1
**personal** 29:5,8
**personally** 8:15 24:17 74:3
**peru** 39:21
**phone** 29:9 30:1,4,8,9 60:2 73:7
**pick** 70:25
**pitch** 26:7
**place** 4:13 14:3 35:7 42:3 60:12 73:17 74:1,21 77:8
**placed** 59:9 63:19 66:4,16 77:9
**placing** 60:7
**plaintiff** 1:7 2:2 5:1,3 8:16,20
**plaintiffs** 9:23
**plan** 19:7
**plans** 34:16
**platform** 23:14 24:7,24 25:6 25:14,16,24 28:7 31:7 32:23 54:2 55:13 70:6,18 70:20
**plaza** 2:10
**please** 4:7,22 5:19 6:15 15:4 57:20 73:20,23 75:18

**point** 17:2 21:18 23:16 24:10 29:20 37:1 55:12 61:8 70:5,23 72:23
**populated** 50:10
**position** 70:21 75:14
**possess** 15:6
**potential** 75:7
**powered** 49:1
**premier** 68:2,5
**prep** 49:5
**preparation** 11:18 12:10,14 14:1,8
**prepare** 10:8 10:10 11:8 23:3 36:8
**present** 2:14 4:21 11:10
**president** 16:4 33:11 34:3
**pretty** 26:22
**preview** 46:9 46:19
**previous** 18:2 18:14 72:16
**previously** 18:10 21:25
**price** 26:20 51:3,7

**[pricing - reactions]**

**pricing** 38:19 38:20,22,23 39:6
**primarily** 26:11 29:12
**primary** 22:9 39:18 71:2
**print** 16:23
**prior** 15:15 35:15
**priority** 28:5
**private** 74:13
**privilege** 75:8,9
**privy** 13:9 74:15
**pro** 23:15 25:17
**probably** 10:7 13:20 19:1,15 20:10 21:10 22:5,23 35:8 43:9 60:8,21
**problem** 33:19
**procedure** 44:17
**proceed** 5:8
**proceedings** 77:7,11,15
**process** 27:23 31:19 42:2,5
**processed** 42:18
**processes** 44:12
**processing** 31:23 55:17

67:6
**produced** 75:10
**producing** 16:23
**product** 42:19 52:15 70:15
**production** 15:25 16:21
**professional** 15:6,9 77:5
**program** 44:2
**programs** 73:16 74:1
**projections** 68:8
**promoting** 70:19
**properly** 45:24
**proposed** 5:1
**provide** 5:17 12:18
**provided** 13:3 13:3,8,8 16:13
**providing** 7:24 9:15
**public** 19:21 25:20 73:4 80:19
**public's** 23:8
**pulled** 63:5,7
**pulls** 47:3
**purchase** 27:25 28:17 31:20 41:9 42:6,11

42:16,16 51:16 51:18 52:23 59:14 68:20 69:10
**purchased** 34:4 64:20 68:4,16 68:22,24 69:8
**purchaser** 21:25
**purchasers** 41:9 50:5
**purchases** 60:24 66:22 68:25 71:12,21 72:4
**purchasing** 67:3,12 69:20 70:1,16 71:15 71:21 72:4
**purpose** 42:24 45:4
**purposes** 10:24 44:24
**put** 31:16,21 35:7 51:19 73:17 74:1

**q**

**qt9** 44:6,7,8,9 44:13,15,23
**qty** 51:3
**quality** 4:8,9 44:13,14,20,21
**quantity** 51:3,6 66:13

**quarter** 54:9,16 54:19,23,23 55:3 72:9
**quarterly** 21:6 21:7 54:4
**quarters** 72:16
**question** 7:3,9 7:10,11,13 9:14 10:4 12:2 73:20 74:16
**questions** 6:15 6:16 14:12 32:23 48:8 49:6 75:3,12 75:15
**quick** 34:15
**quickly** 14:21 14:21 60:9
**quite** 30:2 43:17

**r**

**r** 2:1 4:2 59:19 59:19 79:3,3
**range** 26:20 54:18
**rather** 5:16 62:19 65:10 67:15
**reached** 68:1
**reacquainted** 18:6,13
**reacquaintence** 18:11
**reactions** 38:21

**[read - representation]**

**read** 13:23 14:2 57:20 66:17 75:24 78:9 80:5

**ready** 38:14

**reagents** 38:11 38:15

**real** 18:12 64:18

**realized** 14:21 23:6 24:22

**really** 9:18 21:12 35:23 42:9

**reason** 6:8 39:25 41:13 60:11 64:13 65:22 69:5,9 78:11 79:6,9 79:12,15,18,21

**recall** 9:12,14 9:18,18,22 10:2,5,13 13:18 16:19 17:25 19:12,14 20:5,7,15,19,22 21:20 22:4,15 24:13,14 29:6 29:7 30:1,3,4 30:20,22 31:12 33:4,6,24 34:17,22,25 35:4,17,20,21 35:23 36:10 39:7 43:17

44:5,9 55:15 58:1 60:18,23 61:1,6,7 64:1 67:17,18,19 68:7,21 69:12 69:23 71:13 72:6 75:11

**receipt** 78:17

**receive** 27:25 42:11,11,14

**received** 39:9 51:15,18 52:4 52:24 53:1 58:3,5,8 65:8 65:24 74:13

**reception** 26:18

**recess** 37:14 56:12 74:25

**recognition** 16:9,10

**recognize** 16:14 48:23 50:2 57:25

**recollection** 11:22 12:3

**record** 4:5,14 4:22 5:20 7:25 37:13,16 56:11 56:14 74:22,24 75:2,4,13 76:14 77:15

**recorded** 1:14 4:11,15

**recording** 4:8 4:12

**records** 71:23 71:25 72:12

**recruited** 17:25

**reduce** 71:21

**reduced** 66:21 72:4

**refer** 50:23 52:16,19 53:1

**reference** 21:23

**referenced** 78:6

**referred** 42:25

**referring** 8:22 11:3 53:24 57:2

**refiled** 8:14

**reflected** 51:20 58:2 65:10

**reflecting** 65:23

**refresh** 11:21 56:21

**refreshed** 12:3 12:6

**regarding** 32:23 75:7

**region** 62:2,9

**regional** 15:21

**registered** 77:5

**regrettable** 14:25

**regular** 58:8 60:3

**regularly** 35:24 60:4

**regulatory** 44:11

**relationship** 17:9 18:14

**relationships** 27:5 36:19

**relative** 77:18

**relatively** 70:5

**relevant** 70:23

**remarkable** 26:22

**remember** 20:16 22:17 34:5

**remotely** 4:18

**replacement** 66:14,15

**report** 17:18,23 31:3 33:21 34:15,25

**reported** 1:25 30:25 31:2

**reporter** 5:6 6:18 11:5 46:7 75:16,19,25 77:5,6

**reporter's** 77:1

**repository** 43:12 44:10,15 63:1,5

**represent** 4:23 10:21 64:6

**representation** 10:24

**representing** 4:20

**request** 42:12 42:15 61:9

**requested** 29:25 30:2,5 77:20,21

**requesting** 52:14

**require** 27:2 41:3 42:15

**required** 22:14 44:20 80:13

**requirement** 40:20

**requires** 27:7 37:24 41:15

**resolve** 68:11

**resource** 32:25

**respect** 27:16

**respiratory** 26:1

**respond** 61:9 70:12 73:11

**responsibilities** 22:21 39:23 54:14

**responsibility** 14:22 23:18 31:5 71:3,5

**responsible** 17:2,12 20:13 20:25 22:6 31:22 32:11 64:2,10

**restate** 73:20

**results** 38:6

**retail** 15:17

**retainer** 10:23

**return** 78:13,16

**revenue** 41:22 53:4,8,10,13,18 53:20 54:9,12 54:15 55:2 70:11,25 72:9

**review** 11:18 12:13 28:1 52:11 77:20,20 77:21 78:7

**richard** 33:10

**right** 22:19,20 31:17 46:19,20 47:2 48:3 59:20,20 62:12

**rings** 73:7

**road** 23:4

**rockefeller** 2:10

**rocky** 34:5,6

**role** 16:19 17:5 17:7,11,19 22:21 26:9 28:13 40:25

**roles** 16:25

**room** 7:20

**rough** 75:20

**row** 50:19 59:5 59:8

**rpr** 1:25 77:25

**rsus** 19:23

**rsv** 26:1

**rules** 6:4

**run** 22:1,1 38:5 41:15

**ryrie** 34:2

**s**

**s** 2:1 3:5 4:2 59:19 79:3

**salary** 19:1,12 19:19

**sales** 15:17 16:15 20:1,3,4 20:18 21:2,2 21:12,13 26:7 27:16 28:4 30:23,23,25 31:4,8,13 32:11 35:5,8 36:16 41:25 43:22,24 49:10 49:13,19,20 54:2 58:19 62:2 63:2 64:10 68:8 71:3

**salesman** 50:3 50:16,17,18 57:19 58:19 59:2

**salespeople** 68:9 72:3

**salesperson** 20:20 42:7

**salesperson's** 20:23

**salespersons** 30:11 31:18 32:4 33:15 34:22

**salt** 7:18 15:18 77:3

**sample** 68:18

**sarro** 59:19,24 60:6 67:11

**saudi** 39:21,25 40:3

**saw** 55:13

**saying** 38:23 69:13 73:4,21 74:9

**says** 46:8,9 48:25 49:10 66:12,12

**scale** 39:5

**schedule** 28:4

**scheduled** 35:24 60:4

**school** 18:7

**scientific** 68:22

**screen** 4:11 47:19 48:7,11 48:14 57:7 58:12,15 61:22 62:14,17,19

**scroll** 49:13 58:17 63:17

**search** 12:16

**[searched - sorry]**

searched 29:23
second 55:3
  72:8
section 59:5
sections 13:25
see 13:2 30:18
  31:3,8 45:21
  46:3 47:5,11
  47:12,13,15,15
  48:1,16,18,21
  48:25 49:10,15
  50:21 56:25
  58:12,14,18,21
  61:19 62:5,6
  62:10,11,16,23
  63:9,15,21
  64:23 65:4
seeing 12:6
  48:5 58:1
  60:16
seem 54:19
seems 62:25
  66:21
seen 4:10 11:24
  48:24
self 15:24 16:6
sell 38:10,13
  39:14 41:1
selling 38:11
  39:8,12 41:20
  69:2
send 28:1,17
  42:6 59:25
  75:25 76:1

sending 31:19
sense 36:25
  41:16 52:9
  72:15
sensitive 10:3
sent 15:19
  39:21 41:4
  58:3 68:14
  78:14
separate 43:20
  43:20
serious 68:10
service 16:14
  41:4 44:6
services 68:13
set 25:13 77:8
seth 30:17 31:2
  31:8 33:12
  35:13 57:17
  62:1
several 16:2
  20:8 22:11
  23:22 25:24
  26:14 68:12
shaking 6:19
share 45:16
  47:19 48:7,11
  58:12 61:16
  62:14
sharepoint
  44:3
sharing 48:14
sheet 45:14,17
  45:21 63:13
  70:18 78:11

ship 37:25 38:1
  38:17 43:19
  52:14,17
shipments 43:1
shipped 28:19
  39:5 42:19
  43:2
shipping 52:18
shoot 49:7
short 33:21
  36:13 56:1
  72:22
shortened 29:1
shorthand 77:5
  77:12
shortly 73:24
show 48:4 49:3
  49:5 57:6
  61:21 63:18
showed 64:2
showing 47:13
  50:22 52:8
shown 13:25
shows 59:8
  64:20,25
sic 38:21
sign 75:24
  78:12
signature 77:20
  77:20,21,24
signed 78:19
similar 31:19
  64:4
similarly 1:5

simplify 73:22
simply 61:8
site 23:15
situated 1:6
situation 28:3
  40:7
situations
  36:24
six 30:11
slip 45:14,16,21
small 17:1
  22:12,13
smart 37:22
  38:8,12 42:1
  71:7
sold 50:7
solutions 8:24
  9:1 22:2 27:17
  40:12 59:14,18
  59:22 60:19,23
  61:9 63:14,19
  64:9,20 66:4
  66:21 67:2,25
  68:5 69:20
  71:11,14 78:23
somewhat
  24:11
soon 23:6
sop 44:16
sops 44:12
sorry 11:6
  22:19 24:4,5
  33:18 34:6,21
  35:3 40:17
  44:13 45:23

47:16,24,24
48:5,12 61:3
71:17 73:8
**sort** 23:16
**sounds** 26:7
70:13
**south** 7:18
26:15 68:2,5
69:14,16
**southern** 1:2
**speak** 11:6 32:6
39:19 42:9
50:15 60:6
**specific** 10:4
13:1 20:24
28:13 31:1
35:4 36:14
41:14 43:11
50:13,23 54:24
59:17 74:5
**specifically**
13:2 19:8
23:23 39:22
40:1,11 44:10
52:13 68:19
69:4 71:6
**specify** 54:21
**spend** 28:3
**spot** 37:4
**spreadsheet**
3:7,9,11 45:13
48:16,18 58:14
58:18 59:1,5
61:17,21 62:21

**stadium** 1:4
4:16 78:4 79:1
80:1
**stamp** 45:13
56:16 61:15
**stand** 5:22
**standard** 4:5
23:9 44:17
75:21
**standing** 23:11
**start** 14:20,23
15:23,24 57:7
57:7
**started** 6:3
14:25 34:1
35:18 39:7,12
41:20 46:21
73:25
**starting** 49:23
**state** 4:22 5:19
8:13,15 69:14
75:4 77:2
**statement** 10:3
24:21
**statements**
9:24 12:24
13:1
**states** 1:1 63:24
**steering** 32:16
32:18 33:6,22
33:24 34:10
**stop** 71:20
74:22
**stopped** 60:24
67:3,12 69:20

70:1,15 71:15
72:4
**stored** 43:13
49:21 52:11
**straight** 49:4
**structure** 20:6
20:8 21:18
**subject** 57:19
62:1,12
**submitted**
25:21
**subscribed**
77:21 80:14
**substantial**
60:24 67:24
72:24
**substantive**
19:6
**sued** 8:11
**suggest** 64:8
**suit** 9:9
**suppliers** 17:6
17:10
**support** 27:2,7
27:12,15
**supporting**
36:17
**sure** 9:10 11:15
12:2 21:17
28:4,18 29:20
29:21 30:2
31:4,23 36:13
41:12,25,25
43:1 44:19
49:4 52:15,16

53:24 54:10
58:7,10 65:9
71:23 72:11
73:12,19 74:8
76:5,7
**surge** 55:19
72:24
**surmise** 53:15
**surprise** 55:7
**swear** 5:7
**sworn** 5:12
80:14
**synced** 76:4
**system** 28:18
44:13,14,21
52:17
**systems** 29:19
32:1

t

**t** 3:5 79:3,3
**tabs** 63:10
**taiwan** 26:16
**take** 4:13 7:5
12:10 37:1
38:14 46:9
55:25
**taken** 1:18 9:7
37:14 56:12
74:25 77:8,11
**takes** 39:3
**talk** 32:22
67:11 69:19
**talking** 73:3
**tanner** 15:18
16:2,8

**[team - tracking]**                                              Page 21

team  11:4
  26:25 30:23,25
  32:4,9,11,14,17
  36:16 43:24
  67:23
teams  36:16
tech  47:24
technologies
  34:5,7
tell  5:12 6:6
  22:19 60:13,15
  72:3 77:10
ten  56:3,4 76:7
term  72:22
terms  42:2
territory  25:8
test  9:15 10:2
  37:22,24 38:8
  38:10,12,13,15
  38:17 39:15,18
  41:14,14,15,17
  41:21,22 42:1
  50:23,25 51:7
  55:15 60:25
  64:21 70:9
  72:5
tested  23:11
  25:6
testified  5:13
  54:3 59:13
testify  6:9
testimony  5:17
  6:12 7:24 14:5
  14:8 77:15
  78:9,17 80:8

testing  23:8,17
  23:21,23,24
  25:23 26:6
  38:8,18 68:17
  69:15 73:18
tests  9:25 17:4
  22:1,1 25:3,9
  27:8 38:5,16
  39:2,5,8,20
  41:1,4,10
  42:14,17,22
  50:6,6 51:7
  66:4,20 67:12
  67:15 68:3,4
  68:13 69:2,7
  69:11,21 70:1
  74:2
texas  22:16
text  29:18,22
thank  5:16
  48:17
thanks  7:7
thereof  77:16
thermo  68:22
thing  14:24
  32:13
things  23:7
  28:16 39:1
  43:1 44:19
  53:7 74:7
think  15:2
  18:25 24:4,9
  26:18 33:11
  36:14,23 45:5
  45:24,24 46:1

46:14,18 48:7
  48:8 55:18
  59:19 71:14,25
  72:18 74:21
thinking  68:21
third  2:5 60:22
  64:13,16
thought  23:10
  23:12
thousand  20:9
three  10:7
  11:23 13:20
  16:4 22:5,9,14
thursday  10:14
  11:9
time  4:5,21
  7:24 9:9 14:8
  16:20,25 17:1
  17:13 19:6
  26:8 34:8
  37:12,15 43:6
  43:7 44:9
  53:24 55:23
  56:10,13 58:3
  64:4 67:3,12
  70:8,9 72:1
  73:11 74:6,23
  75:1,4 76:12
  76:13 77:8,9
  78:18
timeframe  78:8
timely  43:2
times  10:11
  53:25 59:25

title  28:13
  58:18 62:25
titled  48:19
  49:24 62:21
titles  30:21
today  5:18 6:6
  6:9 7:15 9:8
  14:5
today's  10:6,8
  10:25 11:9,19
together  18:8
told  13:13
tom  28:1,11
  31:15,20,22
  57:17 62:1
took  6:5 15:1
  30:8 44:13
top  46:19,20
  48:3,25 49:23
  56:6 58:17
total  21:1 41:25
  43:22 51:12
  60:19 64:10
totaling  59:9
  64:3
towards  48:2
  48:25
track  32:2
  42:21 43:1
  52:20 53:6,9
tracked  31:4,9
  31:13
tracking  28:3
  43:22 52:18
  54:25

**[trade - visited]**                    Page 22

**trade** 15:12
**transactions** 40:23
**transcribed** 77:12
**transcript** 77:14 78:6,19 80:5,8
**transcription** 77:13
**travel** 26:21 70:7
**tried** 47:17
**trouble** 69:7
**true** 77:14 80:8
**truth** 5:12,12 5:13 6:6 77:10 77:10,11
**truthful** 6:12
**truthfully** 6:9 6:24
**try** 7:12 19:5 22:6 27:4 46:12,16 47:14 47:22 48:10 73:22
**trying** 22:17 23:2 68:11 71:4
**tuberculosis** 23:23 25:25
**tuesday** 1:18
**turn** 41:1
**turned** 29:24

**two** 28:24 34:2 40:11 50:21 51:2 64:8
**type** 8:19
**typically** 35:1
**typo** 65:13

**u**

**u** 8:18,18
**ultimately** 8:23
**unable** 69:11
**unclear** 7:12
**under** 6:6 34:7 38:4 65:6 77:9
**understand** 6:5 6:25 7:11,22 41:2,6 73:19 74:8
**understanding** 12:23 50:17,20 51:17,23 52:5 63:4,23,25
**understood** 7:1 7:10 71:9
**union** 26:17 39:10
**united** 1:1
**universally** 26:18
**university** 14:16
**upper** 26:1
**urgent** 60:9
**uris** 2:3 3:3 4:25,25 5:15 9:21 11:7

28:10 33:5,23 35:12 37:3,7 37:10,17 41:19 43:23 45:10,22 46:5,10 47:21 48:6,10,15 49:9 53:11 55:1,25 56:4,8 56:15,20 57:3 57:5,10 61:5 61:10,14,20,24 65:3,21 66:8 67:1,10 69:24 71:8,19 72:14 73:1,14 74:21 75:3,17,21 76:4,5,9
**use** 29:5,18 31:11 38:15 39:11 41:17 44:8,18 68:8
**used** 29:2 32:2 36:8 37:25 38:14 42:21,23 44:4,10,23 45:3,5,7 69:2 78:19
**using** 29:7 44:5 44:14
**utah** 1:25 6:1 8:13 77:2

**v**

**v** 1:8 78:4 79:1 80:1

**variants** 72:20 73:9
**varied** 54:22
**various** 6:14 16:24 49:24 73:16,25
**veracity** 9:24 10:1
**verify** 38:3 42:13 78:9
**veritext** 4:20 47:1 78:14,23
**veritext.com** 78:15
**versus** 4:17
**vice** 16:3
**video** 1:14,14 4:12,15 16:23 76:3,8,11
**videoconfere...** 10:18,19
**videoconfere...** 4:19
**videographer** 2:14 4:4,20 5:6 37:12,15 56:10 56:13 74:23 75:1 76:3,7,10 76:13
**virtually** 4:8
**virus** 23:24 26:1
**visit** 27:3
**visited** 26:14

**[volatility - zoom]**                                                    Page 23

**volatility** 73:12
**volume** 22:13
  59:15 71:21

**w**

**waiting** 66:10
**waived** 38:4
  77:20
**walk** 29:16
**waning** 55:20
  72:19,23 73:5
**want** 6:4 23:6
  55:25 73:19
  74:8 75:16
**washington**
  1:25
**watching** 23:10
**way** 14:5,7 32:8
  42:14 45:25
  52:21 56:25
  59:4 74:10
**ways** 60:1
**we've** 33:9 39:6
**week** 10:14
  11:9 34:16,16
  53:21
**weekly** 32:20
  34:10
**weeks** 10:7
  13:20,20
**went** 19:20
  32:12 42:3
  68:5
**wether** 20:19
**whiz** 47:24

**widely** 72:18
**wife** 13:13
  14:20 15:19
  60:14
**williams** 28:2
  28:12 31:15,20
  57:17 62:1
**windfall** 23:2
  24:12
**window** 47:4,9
**withheld** 75:9
**witness** 4:10
  5:7,11 9:17
  11:6 27:20,22
  33:4,18,20
  35:3 37:5,8,11
  41:12 43:16
  45:21 46:3,8
  46:12,16,24
  47:2,5,7,10,23
  48:4,9,12 49:3
  49:7 53:6
  54:21 56:6,9
  56:25 57:4
  61:3,19,23
  65:19 66:24
  67:5 69:23
  71:2,17 72:11
  72:18 73:8
  75:11 77:9
  78:8,10,12,18
**work** 15:15
  16:1 17:9 19:8
  22:6 26:12,24
  27:10,13 29:9

  40:12,19 46:14
  47:11,18,22
  48:8 50:9,11
  50:12,14 51:21
  51:24 52:1
  58:9
**worked** 16:10
  21:24 22:10
  26:11,25 28:6
**working** 17:7
  18:3,15 25:1
  25:25 27:7
  39:20 48:13
  74:5
**works** 37:4,10
  38:20 47:15
  56:8 64:18
**world** 22:25
  23:20,21 26:4
  26:15,23 27:6
**worth** 64:21
  66:4,9,20
**written** 10:23

**x**

**x** 3:1,5 77:20

**y**

**yeah** 10:19
  24:5 29:15,17
  37:4,7,10 43:7
  43:10,16 44:14
  46:13 47:21
  50:25 56:8
  64:17 65:20
  66:6 71:10

  73:22 76:9
**year** 19:15 21:5
  67:13
**years** 11:23
  12:4 15:20
  16:2,5,14
  18:10,13 24:20
  33:8,9
**york** 1:2 2:5,5,9
  2:11,11 5:4,4
  27:19,21 33:3
  33:17,19 35:2
  36:25 37:6
  41:11 43:14
  46:4,13,18,25
  47:3,6,8,19,25
  49:6 53:5
  54:20 56:2,5
  61:2,4 65:2,18
  66:7,23 67:4
  69:22 71:1,16
  72:10,17 75:13
  75:18,23 76:1
  76:12 78:1
**young** 14:16
**younger** 18:9

**z**

**zero** 66:12
**zoom** 4:19
  10:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Stadium Capital LLC v. Co-Diagnostics, Inc., Et Al.

Joseph Featherstone (#6992248)

E R R A T A   S H E E T

PAGE__16___ LINE__11___ CHANGE_Delete "Monsanto"_____

_____

REASON_I misspoke. I don't believe Monsanto was a customer of OC Tanner.

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

Signed by:

Joseph Featherstone

45C1252623E54A8...                                    12/11/2024

Joseph Featherstone                                      Date

Stadium Capital LLC v. Co-Diagnostics, Inc., Et Al.

Joseph Featherstone (#6992248)

ACKNOWLEDGEMENT OF DEPONENT

I, Joseph Featherstone, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

Signed by:

*Joseph Featherstone*

45C1252623E54A8...

12/11/2024

Joseph Featherstone                                    Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

__11th__ DAY OF __December__, 20_24_.

DocuSigned by:

*Cassandra Y. Collins*

CFAEC650A3F046B...

NOTARY PUBLIC

**CASSANDRA Y COLLINS**
Notary ID
5632381
My Commission Expires
4/14/2028