# **<u>Exhibit 26</u>**

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------*

STADIUM CAPITAL LLC, on behalf

of itself and all others        CLASS ACTION

similarly situated,

                    Plaintiffs,    Case No.:

        vs.                        22-cv-6978-AS

CO-DIAGNOSTICS, INC., DWIGHT

H. EGAN, and BRIAN L. BROWN,

                    Defendants.

-----------------------------*

STENOGRAPHIC AND VIDEO-RECORDED

REMOTE VIRTUAL DEPOSITION OF

CAMERON N. GUNDRY

Friday, November 1, 2024

9:06 a.m.

Stenographically recorded by:

Josephine H. Fassett, RPR, CCR

Page 2

Friday, November 1, 2024
9:06 a.m.

T R A N S C R I P T of the stenographic and video-recorded remote virtual deposition of CAMERON N. GUNDRY, taken pursuant to Notice, held virtually from multiple locations via Zoom, on Friday, November 1, 2024, commencing at approximately 9:06 a.m., stenographically recorded by Josephine H. Fassett, a Registered Professional Reporter, Certified Court Reporter, and Notary Public.

Page 4

ALSO PRESENT REMOTELY:

KEVIN ONTIVEROS, ESQ., Co-Diagnostics, Inc. General Counsel, VP Legal Affairs, Corporate Compliance Officer

CHRISTOPHER HANLON, Videographer

Page 3

REMOTE APPEARANCES:

LEAD COUNSEL FOR LEAD PLAINTIFF AND THE PROPOSED CLASS:

KAPLAN FOX & KILSHEIMER LLP

800 Third Avenue

New York, New York 10022

212.687.1980

BY:  JASON A. URIS, ESQ.

juris@kaplanfox.com

CHANG HAHN, ESQ.

chahn@kaplanfox.com

COUNSEL FOR DEFENDANTS:

BAKER & HOSTETLER LLP

200 Civic Center Drive

Suite 1200

Columbus, Ohio 43215

614.228.1541

BY:  MARISSA A. PEIRSOL, ESQ.

mpeirsol@bakerlaw.com

AMBIKA B. SINGHAL, ESQ. (Dallas office)

asinghal@bakerlaw.com

Page 5

--------------------INDEX-----------------------

WITNESS                              PAGE

CAMERON N. GUNDRY

  By Mr. Uris                          8

       AFTERNOON SESSION - 123

--------------------EXHIBITS---------------------

EXHIBIT    DESCRIPTION                  PAGE

Exhibit 4   Email Exchange, Bates        108
       CoDx_0043742 to CoDx_0043742

Exhibit 5   Email with attached Ecuador Test   119
       Results, Bates CoDx_00244617 to
       CoDx_00244629

Exhibit 6   Email with attachment titled LB    123
       Monthly Distribution Update March
       3, 2022, Bates CoDx_00476273 to
       CoDx_00476307

Exhibit 7   Email Exchange, Bates        140
       CoDx_00035982 to CoDx_00035983

Exhibit 8   Email Exchange, Bates        147
       CoDx_00042670 to CoDx_00042674

Exhibit 9   Email Exchange, Bates        163
       CoDx_00020554 to CoDx_00020560

2 (Pages 2 - 5)

Page 6

GUNDRY

--------------------EXHIBITS---------------------

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 10 | Email Exchange with attached Document Produced in Native Format, Bates CoDx_00061509 to CoDx_00061513 | 167 |
| Exhibit 11 | Email Exchange, Bates CoDx_00039644 to CoDx_00039645 | 171 |

Page 7

GUNDRY

(On the stenographic and video record 9:06 a.m.)

THE VIDEOGRAPHER: Good morning. We are going on the record.

The date today is November 1, 2024. The time is 9:06 a.m. Eastern Time.

This is Media Unit No. 1 of the video-recorded deposition of Mr. Cameron Gundry. This is taken in the matter of Stadium Capital LLC, et al., versus Co-Diagnostics, Incorporated, et al., filed in the U.S. District Court for the Southern District of New York. This is Case number 22-cv-6978.

My name is Christopher Hanlon. I'm a certified legal videographer. Our court reporter today is Josephine Fassett, and we are with Veritext New York.

I'll just note that I cannot go off the video record unless both parties agree.

All attorney appearance have been noted on the stenographic record.

And at this time, I will ask our court reporter, Ms. Fassett, to please administer

Page 8

GUNDRY

the oath and we can proceed.

CAMERON N. GUNDRY the witness, having been duly sworn, was examined and testified under oath as follows:

THE WITNESS: Did you say, "State your name"?

THE VIDEOGRAPHER: You can proceed, Counsel.

THE WITNESS: Sorry. I thought you said state your name.

EXAMINATION

BY MR. URIS:

Q. Mr. Gundry, thanks for making yourself available to provide testimony today.

Can you please state your full name for the record.

A. Cameron Nathan Gundry.

Q. And what is your current home address?

A. 473 East Cobblestone Way, Sandy, Utah 84093.

Q. Okay. And I just want to go over a few ground rules before we get started.

Do you understand that you took an oath under penalty of perjury to tell the truth today?

Page 9

GUNDRY

A. Yes.

THE VIDEOGRAPHER: It's a little hard to hear you when you're sitting back from your mic, if you can try and stay a little closer. Thanks.

A. Yes, I understand.

Q. All right. Well, are you aware of any reason why you cannot testify truthfully today?

A. No.

Q. Are you currently on any medications that would affect your ability to give truthful testimony?

A. No.

Q. Okay. And throughout the day if you could please let me finish my questions before answering, that would be helpful. And you also need to answer audibly so the court reporter can hear you, so that means no nodding or shaking your heed. Does that work?

A. Yes, I understand.

Q. And throughout today's deposition your counsel may object to form, but unless your counsel instructs you not to answer, you still must answer truthfully. Do you understand?

3 (Pages 6 - 9)

Page 10

GUNDRY

A.  Yes.

Q.  And if you need a break, please just let me know.  However, if a question is pending, I'd like for you to answer the question that's pending before taking a break.

And if I ask a question and you answer it, I'll assume you understood the question, so if you don't understand a question or it's unclear, just let me know and I'll try and clarify it.

A.  Okay.

Q.  Where are you today?

A.  In my office.  Actually, I'd like to shut the door, if that's okay.

Q.  Sure, sure.

A.  I'm at work.  Main office of Co-Diagnostics in Salt Lake City.

Q.  Is there anyone in the room with you?

A.  No.

Q.  And do you understand that you cannot communicate with counsel during the time that you are providing testimony on the record?

A.  Yes, I understand.

Q.  Have you ever been named as a defendant in any civil litigation?

Page 11

GUNDRY

A.  No.

Q.  Have you had your deposition taken before today?

A.  No.

Q.  When did you first become aware of today's deposition?

A.  I don't know the exact date.

Q.  Do you know generally?

A.  I think it was approximately one or two months ago.

Q.  Did you prepare for today's deposition?

A.  Somewhat.

Q.  I'm sorry, what -- did you say "somewhat"?

A.  Somewhat.

Q.  How did you prepare?

A.  I thought about it in my mind.  That's one way.

Q.  Did you meet with counsel?

A.  I think once or twice.  It was a phone call.

Q.  And when was that phone call, or phone calls?

A.  Just yesterday there was one about an

Page 12

GUNDRY

hour or something.

Q.  Was that the only phone call?

A.  No.  I think also last -- was it Friday maybe.

Q.  And do you recall how long that phone call was?

A.  Pretty brief.

Q.  Does the BakerHostetler law firm represent you?

A.  I think that's the name, I don't know.

Q.  On the two phone calls that you had with counsel to prepare for today's deposition, who was present on those phone calls?

A.  The first call was Marissa Peirsol and me.  Legal counsel Kevin Ontiveros was there for a couple of minutes just probably to say hi.

Q.  And the second call?

A.  Just Marissa and me.

Q.  Anyone else?

A.  No.

Q.  Did you review any documents in preparation for today's deposition?

A.  I glanced at a few.

Q.  Did any of those documents refresh your

Page 13

GUNDRY

recollection about events that had occurred in 2021 or 2022?

MS. PEIRSOL:  Objection.  Calls for a legal conclusion.

To the extent you understand what "refresh your recollection" is, Cameron, you can answer that.

A.  I don't know what that means, refresh your recollection of events.

MR. URIS:  Ms. Peirsol, I would just remind you that the judge's individual rules only allow objections as to form.

A.  I still don't know what you mean by whatever you said.

Q.  Did you bring any documents or notes with you today for the deposition?

A.  No.

Q.  Did you take any notes in preparation for this deposition?

A.  Yes, but I don't have those with me.

Q.  Do you know what you did with those notes?

A.  I discarded them.

Q.  Did you review any notes or outlines in

4 (Pages 10 - 13)

Page 14

GUNDRY

preparation for this deposition?

A. I glanced at one or two scribbles that I had made.

Q. And when did you make those scribbles?

A. The first call.

Q. Were you asked to search for documents in connection with this litigation?

A. I don't recall needing to search for any documents or being asked the question. I don't recall being asked to search for any documents.

Q. Do you know what this lawsuit is about?

A. On what, I think I have an idea, small idea of it.

Q. Can you describe your understanding?

A. I can try, I don't want to just guess too much.

Q. Yeah, that's all right. You can just describe whatever your understanding is. It's okay if it's not super-specific.

A. I mean, I understand that it -- I think I understand that it's about some type of miscommunication between, I guess, upper management, those that give, you know, quarterly reports to the public. And there's this big

Page 15

GUNDRY

May 12th date between then and August something of 2022. And in that period there was some type of miscommunication, I don't know, between upper management and anyone who would listen to those earnings calls.

Q. And what was -- do you know what the miscommunication pertained to?

A. I think I -- I think I understand the essence of it.

Q. And what is it?

A. That management didn't like warn everybody enough about stuff with sales, future sales.

Q. Only future sales?

A. No. I guess some recent past sales of the May 12th date.

Q. Anything in particular about recent past sales as of the May 12th date?

A. I think that it was -- I think that the lawsuit pertains to -- is it allegation -- about upper management not -- I don't know if that's the right word -- about not giving a good, what, guidance or something.

Q. As to recent past sales as of the

Page 16

GUNDRY

May 12th date?

A. As to -- yeah, I mean, the sales that came in just a little bit before then that upper management could have communicated about, and I think also what then might be the expectation of future sales.

Q. Have you discussed this lawsuit with anyone other than counsel?

A. Yes.

Q. With whom?

A. My wife. My boss, Seth Egan. My brother. I think one -- two of my children, possibly.

Q. Does your brother -- sorry.

A. That's all, that's all I can remember.

Q. Does your -- your brother doesn't work at -- does your brother work at Co-Diagnostics?

A. No.

Q. Do you recall what you discussed with your brother about the case?

A. Yeah, I told him since yesterday, I said that I have a deposition. He asked what it was about.

I said, something about management not

Page 17

GUNDRY

communicating everything perfectly about sales or something. He said, that's too bad.

I said, yeah, you can't predict sales. He said, well, that's why I work in where I work, I guess. Which is not sales. He's a computer programmer. He only has to predict line of code in front of him.

Q. Do you recall what you discussed about the case with your boss?

And just to be clear. If it was anything that was specifically discussed in your meetings with counsel, I'm not asking about that, but otherwise, do you recall what you discussed with your boss -- with your boss Seth Egan?

A. I don't recall discussing anything specific except letting him know that I would be all this. So whatever, like one or two months ago there's this possibility that -- I told him, yes, there's a possibility that I would have to be in this actual deposition. And then maybe, I don't know, one or two weeks ago, whenever it was, I said, "Yes, I will be in the deposition formally."

He said, "Okay. What's the date?"

I said, "I don't know exactly, roughly,

5 (Pages 14 - 17)

Page 18

GUNDRY

blah blah blah, whatever it was." It ended up being today, obviously.

Q. And why did you think that you might have had to have your deposition taken in this case?

A. I think it was written. I got some type of an email or something. I don't know.

Q. Okay. So it was in response to --

A. Yeah.

Q. Okay.

A. I didn't say anything until that.

Q. Okay.

A. No point.

Q. Okay.

A. I mean, I'm not -- I didn't anticipate everything.

Q. Do you recall when you first heard about this case?

MS. PEIRSOL: Objection to the extent it calls for privileged information, Cameron, I instruct you not to answer. If you know that not based on conversations with counsel, you can answer.

A. I don't remember exactly when I heard

Page 19

GUNDRY

about this case. It's kind of a blur, but I -- then I think -- I believe that roughly two months ago or something I got an email saying I could be in the deposition or something like that. More recently, like a week ago, I got something that said you will be, you are requested to be in this deposition.

Q. Do you have any agreements in place with Co-Diagnostics or anyone else that would affect your testimony in any way today?

A. I don't even know what that means.

Q. I think that means a no in that case.

A. I've never signed and I didn't sign anything that I know of that said anything about -- anything except -- well, there is one that -- that came listing I would be in the deposition, and it came from, I think, your law firm.

Q. Okay. I'd like to ask a little bit about your educational background.

Did you attend college?

A. I went -- yes.

Q. Where did you go to college?

A. The University of Utah.

Page 20

GUNDRY

Q. And when did you graduate?

A. From which degree?

Q. Well, what was, I guess, what was your first degree?

A. Bachelor of biology, BA with Spanish proficiency 110 percent. I guess grammar.

Q. Are you fluent in Spanish?

A. Absolutely. But nobody is perfect in the language, so, but I am fluent, yes.

Q. And did you obtain any -- I'm sorry.

And when did you obtain that degree?

A. I think it was 2002, yes, the bachelor's degree in biology. 2002, I believe.

Q. And did you obtain any advanced degrees?

A. Yes.

Q. Which degree or degrees?

A. I completed a Master of Science in Laboratory Medicine at Eccles Medical Science, I think it was called, run by the Department of Pathology at The University of Utah in 2003. I believe I have the record of fastest completion, nine months, of thesis and publications.

Q. Really?

A. And a patent license.

Page 21

GUNDRY

Q. It's impressive.

Other than The University of Utah, did you ever attend any other colleges or universities?

A. No.

Q. Do you possess any professional licenses?

A. No.

Q. Are you a member of any professional organizations?

A. Well, I think I am now.

Q. Have you been a member of any professional organizations in the past five years or so?

A. Possibly.

Q. Do you recall what they were?

A. I think one would be like AACC, American Association for Clinical Chemistry, which is now called ADLM, Association for Diagnostic and Laboratory Medicine. With that one sometimes there are deals with the company going to a show if you're a member, so.

Also, maybe one or two mosquito control associations, because I have a minor part, like

6 (Pages 18 - 21)

Page 22

GUNDRY

the testing and sales role for our vector for those basically mosquito testing, environmental, and sometimes they give you deals that maybe shaves off $100 or something, or $200 on your booth if you are a member. So I probably -- I think I was one -- a few of those, I don't recall. It's kind of trivial. For us it's just we find out it can save us a hundred dollars with a little communication like American Mosquito conference.

(Request to repeat.)

A.   So it's mosquito -- yes, anyway it doesn't matter.

Basically American Mosquito Control Association will send a publication, I think, if you're a member or something. So I'm getting one, so I may still be a member of that American Mosquito Control Association.

Q.   And I think you referred to booths, these are like at trade shows where you --

A.   Yeah. Yeah, but small, a small meet, the mosquitoes are small meetings. The ones that I've been to are like a hundred people or less. But that ADLM, which used to be AACC, was huge, maybe 20,000 people, the largest clinical

Page 23

GUNDRY

laboratory. One of the largest, I think, in the world. Annual.

Anyway, besides that, no, I don't know of any organizations that I'm a part of besides, in the last five years, besides maybe the ADLM and a couple of the mosquito things.

Q.   Okay. Can you generally describe your work experience prior to joining Co-Diagnostics.

A.   As a teenager I assembled PCR machines. At age 17 proposed the world's second or first high-speed PCR machine in Idaho called Idaho Technology. I worked there in the summers.

And then I had a pause. I had a gap. 19 to 21 I was a missionary. That's work uncompensated, I paid for it. In Argentina.

And after that I went to The University of Utah, starting age 21, and I began immediately working that same Idaho Technology whose scientific officer was a professor of pathology at The University of Utah. So I worked under grant work doing PCR development.

And then a couple years I got the hint making, what, eight bucks an hour or something going through school. I realized that if I were a

Page 24

GUNDRY

university employee working at least 30 hours a week that I would get half off tuition. So I said, "Hey, Carl Wittwer, Professor, can I switch halfs and be a university employee?" And he said, "Yes, you'd be doing the same. Yes, you can. It's a good idea."

So I did it and that helped me get through. It shaved 50 percent off of tuition and it allowed me to slow down somewhat so I could not stress as much in this very competitive biology program, which is one of the higher or highly ranked.

And I worked, I continued to work doing all this PCR development. I developed some techniques that were used in mutation detection, which were patented. Large companies.

And then I, through that I -- when I finished the bachelor's, I immediately did a master's degree.

I was working the whole time up to 40 hours, you know, more, 50 sometimes.

Finishing my thesis in record time, like I said. Five and a half years to get the bachelor's, but the master's was like nine months,

Page 25

GUNDRY

which was a record.

On complaint, they said, look at his work, anybody who can do that can also graduate in nine months. So I graduated with some scholarship that I had received. Very poor still making like $11 an hour.

And then I -- I said, "Hey, Carl, I love you so much," Carl Wittwer, my P.A., he's an awesome guy, "however, I need to quit working for university and make a real salary."

So I got a job back at Idaho Technologies, whom I worked for before, and that was I was a research associate, and it was like, like 17 bucks an hour. And did a lot of PCR optimization with anthrax, plague, all those kind of world pathogens under DOD contract. I didn't need security clearance. Some of my fellow workers did. So I did optimization and selection of assays to be used as bio-threat detectors under a project, I think they called it bio-shield.

Anyway, so that was cool for a few years, and then I moved into other things as a scientist, including some of that mutation detection technology that I had invented at The

7 (Pages 22 - 25)

Page 26

GUNDRY

University at Utah. I became more associated with that at the company, which was promoting a product related to save time in sequencing and money and size mutation detection.

So then I was doing some things on that. Published a paper on some groundbreaking technique. It was only for nerds.

But anyway, mutation detection that wasn't possible in that way before. And the product company actually developed the product based on that. It was partly my work, but also my former boss, Carl Wittwer, was still the chief scientific officer.

And then I went into marketing pretty soon thereafter because I applied for a Ph.D. and got in, but then I didn't want to after that, because they gave me a massive raise, like 30 percent or something insane. I said, wow, well, okay, we'll keep working instead of the Ph.D. then.

But anyway, subsequent, after that, I went into sales and marketing anyway, because after a couple years as a legit scientist with the scientist title I found that my work was actually

Page 27

GUNDRY

more dull. Dealing with some calibration system was just not super exciting, but important still, so I made the switch to marketing and that's where I ended up in that BioFire, became renamed as BioFire Diagnostics, and helped support the premarketing and planning and so on and product management for the FilmArray, which is a multiplex PCR machine. And my specific assignment was the BCID, or blood culture identification. This test is still commercial where I think over 30 different pathogens simultaneously. And that was kind of a groundbreaking product. And right before it was -- it got cleared, they laid me off. And I like to joke that I was BioFired.

But it actually was about time because I was also getting bored with that because it was clear that I was only just another schmo, just another gent to do the same thing that someone else could do, so it was getting dual, so I would have quit anyway pretty soon, I think.

That was the best thing that ever happened to me because then I did some consulting. Made a lot more money than I thought that I was ever worth. In the next few months, consulting

Page 28

GUNDRY

for a few companies, a couple of pro bonos, because that's how you start sometimes.

There's a stem cell company that I did some work and I knew he wasn't going to pay me, but it was fun anyways.

Then there was an agricultural diagnostic testing company in California who had offered me a job. I said, how about consulting instead. That became one.

Then my former company was vindicated because they -- I contacted them and said, "Why did you discontinue the product when you discontinued me?" Because I was actually managing two products. Still that mutation detection one plus the FilmArray.

And they said, "Good point. So what do you propose?"

And I said, "I could consult for you and relaunch the product and sell a few more at a million dollars since you have about 40 of those instruments in your inventory. Why would you not want to sell those, they don't expire."

So I relaunched the product as a part-time consultant.

Page 29

GUNDRY

In that period while also working back at The University of Utah temporarily with Carl Wittwer, just for the benefits, because I had four children, needed the benefits, medical and all that. And he allowed me -- he didn't care that I was working on the side as well. So I did that university plus some consulting and guess who my favorite client was?

Q.   Who?

A.   Co-Diagnostics.

I came across a paper that was written on their technology. I was intrigued. I contacted the scientific founder and met with him, and then with Mike Egan, and I proposed consulting.

So then I began consulting for Co-Diagnostics roughly 10 years ago, but by that time I was back at -- well, BioFire had rehired me because they realized that they were paying a decent amount for consulting, but they could probably pay about the same for full time, so they brought me in as full time. I was -- I was twice vindicated, because they rehired me and thus admitted that I did have maybe some value.

8 (Pages 26 - 29)

Page 30

GUNDRY

And then I continued to relaunch that product. We did sell, I can't remember how much, at least about a million dollars in about a year and a half. And then they said, in Utah vernacular, for reals, we have to now discontinue this product again. It's not in our future.

Then I went as a scientist. I actually worked as a scientist again. There weren't many marketing jobs in that BioFire defense company as a spinoff.

So then I went back in the scientific realm doing calibration of about 200 different pathogens, including some of those select agents, and for about a year and a half, but it was so easy and boring I couldn't stand it anymore.

And I maintained -- I was still consulting for Co-Diagnostics, and they knew it. I disclosed it with the top legal. They didn't care, they didn't consider Co-Diagnostics even almost a real company, so they -- it was because BioFire at that time was huge.

So I consulted and worked as a scientist. And then when they went public Co-Diagnostics about, what, 2017, they offered me

Page 31

GUNDRY

the job as a CEO of UniLogix Canada, which was essentially a company funded with not a lot of money but enough for maybe a year or two of very small operations of a small group of people to help with marketing strategy and commercialization for diagnostics, but under Seth Egan's management.

And then in -- but anyways, and then after a bit that turned into, when Co-Diagnostics went public, it turned into a full-time job. Because then they had, I felt, enough financial stability for me to want to go full in into the company.

Q. What was your role at that time?

A. I think -- basically the same as today, I would say. I mean, it changes a little bit as commercialization guy. I mean, like sales, marketing, commercialization, whatever, but really trying to help, you know, get things going in -- especially Latin America and Europe was kind of my focus. My current title is that. It's Commercialization Director for Latin America and Europe.

Q. Are there other commercialization directors for other areas?

Page 32

GUNDRY

A. Yeah.

Q. And do you know who those other commercialization directors are?

A. Dennis Crockett. Crockett. Denny, we call him Denny. Denny Crockett. He, I think, has the same title but essentially the same function.

Q. Does he cover a specific area?

A. Yes. More Asian -- Asia, Middle East, Africa, and a greater component of the United States coverage, too, in his case.

Q. Are there others?

A. I mean, Joseph Featherstone. He doesn't really -- he doesn't have the same title. He's really business development. In the time frame he did more similar job stuff as to what we, Denny and I did.

Seth, as our boss, but he still did manage pretty much only the United States, some of the biggest customers there.

Let's see. Who am I forgetting?

There's some support staff. They don't, as you said, same title, that doesn't count. Some support staff. But I think that's all. Especially in the time period I don't -- I

Page 33

GUNDRY

remember more about my own work experience than anyone else around me. I don't know. Sorry.

Q. Don't worry, don't worry, we'll get to that.

Do you recall that you had mentioned that there were a few big U.S.-based clients that Seth Egan covered. Do you recall who those were?

A. Nomi I think is -- he was mainly responsible for Nomi.

Q. Anyone else?

A. And a smattering of small laboratories across the U.S. He would pick up the small ones.

Q. You mentioned some support staff for the sales team. Do you recall who those people were?

MS. PEIRSOL: Objection. Form.

Q. You can answer.

A. I still need to answer?

Q. Yes. Unless she instructs you not to answer, you can still answer.

A. Tom -- well, yeah, Tom and -- it was a guy a named Nick Tellez. It's a Portuguese last name. He was part time. He doesn't work here anymore as data entry. Tom, data entry. Nick was there in that time frame, I think. And probably

9 (Pages 30 - 33)

Page 34

GUNDRY

Easton Egan was data entry, and very, very good. I think that's all for the data entry group. All I remember.

Q. Okay. Do you have an employment contract?

A. Did you say appointment or employment?

Q. Employment.

A. I don't know actually. I really don't know. I -- there's a good chance.

Q. Do you have a copy of it?

A. No, I don't have any copy of anything that I have signed ever in my company.

Q. When you were hired, did you negotiate your compensation?

A. When you say "hired," do you mean ultimately full time at Co-Diagnostics after they went public?

Q. Yes, at that point or at any point after that.

A. Yes, I did negotiate. I did ask for what I believed to be an appropriate salary.

Q. Is that in 2017 or at some time later?

A. Well, in 2017 I think I was with DNA Logix Canada, I believe. I think it was the

Page 35

GUNDRY

same salary. I think, yeah, I think that I just brought it over from that.

Q. Do you recall what your salary was at that time?

A. I think it was, I think it was even $10,000 a month, without benefits, really. Like I had to pay my healthcare insurance which is like $3,000.

Q. And do you recall what your salary was in 2021 and 2022?

A. I think it was -- not, not exactly, but I think it was about the same with the salary. Except with maybe some addition of the benefits. So I think that that was then covered, so one could imagine that constitutes a raise just with the inclusion of healthcare benefits.

Q. And was there any other component of your compensation such as a bonus?

A. Yes. In that time frame.

Q. And how was your bonus calculated?

A. I don't know exactly. There is no bonus now, so it's irrelevant. In my mind, it's irrelevant now because it's all in the past.

Q. Why do you say there's no bonus now?

Page 36

GUNDRY

A. There's no bonus structure. As far as I understand, it's in profits. With the sales that we have right now there's bonus and there's nothing in place were sales to increase for a bonus for me.

Q. So your bonuses were dependent on the sales that you brought in?

A. In the period of 2020, '21, '22 I don't -- in that period, especially in that time frame -- because I know one thing I do remember is, this lawsuit, I think, focuses in May and August of 2022. In that time frame there was a bonus structure that was communicated to me. I don't even know if it was in writing, but it was like a certain -- it was the same for everybody, so it was shared. But it was for like a certain cap of sales and then a certain bonus, and then -- I mean, a certain amount. And then if it goes more, then it would be higher, et cetera.

Q. So it was effectively a commission on orders that you brought in or that the salespeople brought in?

A. I don't know if I would -- well, a commission because it was the same for -- that I

Page 37

GUNDRY

know, I can't verify, I don't know. I was told that it was shared and the same for everyone in the commercial group. Yeah. Probably with the exception of the data entry, I think. I'm pretty sure that they didn't receive bonuses. But with the Denny, Joseph and me, with this group that was like really doing the sales, we were treated essentially like salespeople, period, and salespeople typically, you know, some variable part of their salary, and I believe we all had the same independent of what each sold, but considering ordering total sales in the company.

Q. And do you recall how often those bonuses were paid out?

MS. PEIRSOL: Objection. Form.

A. I don't know exactly which time frame again because there wasn't -- there weren't any commissions, so I don't know when.

Q. In the 2021-2022 time frame.

A. So 2021, because it took a fat minute to start commissions because it was impossible to predict what would happen, management didn't, couldn't say what type of a structure to set a precedent for them and for the world. So once

10 (Pages 34 - 37)

Page 38

GUNDRY

they -- I think -- I don't know. At some point they had a structure in 2020. And then 2021 I think it was the same, the same structure the whole time, I believe, in that which was something -- sorry, can you repeat the question?

Q. Yeah, I'm just trying to understand. If the bonuses were paid out, was it monthly or quarterly or yearly?

A. And so --

MS. PEIRSOL: Objection. Objection. Form.

A. In that time frame I believe it was quarterly. Somewhat after the conclusion of a quarter, the dust settled and all that craziness could be calculated, and so quarterly was the time frame.

Q. Can you explain your role as director of commercialization for Latin America and Europe?

A. Well, my role was, I did push very heavily from the DNA Logix days to read and I said that distribution is the wall. So they had somewhat of an idea to sell directly to laboratories, even ex-U.S. or outside of the U.S., due to their experience and of making some sales

Page 39

GUNDRY

possibilities in the Caribbean and other group areas.

And anyway, so I came in and said, I believe that that is possible -- it is possible to sell directly. Due to importations and things like that, complexities, it's easier to get access handled like the same way.

And with my experience in the past of managing over a hundred distributors, multimillion dollars of sales, I would say selecting, maintaining, hiring, hiring management contract, I already had all that experience, I said, I think the best way is distributors. You want ones that already have experience. So that's what I pushed. That's kind of -- I feel that was kind of my thing, push distributors in different -- I just had like a form letter, a boilerplate template that I grabbed from somewhere. Probably read and it looked good. I very much pushed for that for every distributor to have a contract. I tried to abide by what's stated and so on and so forth. It's difficult. It's kind of like herding cats. Distributor management is like herding cats. They don't want to be herded, while each cat is unique.

Page 40

GUNDRY

So the intent was to make it as unani -- as uniform as possible, which is impossible to achieve even in multibillion dollar companies. Roche or whatever.

So I do believe if I can put -- I can say what's one of my -- what was my role, you're absolutely creating greater homogeneity in the application of expectations on our channel partners being largely distributors and -- but there were distributors in the U.S., too, I didn't do almost any of that, another person managed.

And other than that, I managed them. So I managed, I selected, I managed from a pool of probably 500 distributors that were thrown in our face, our faces. I selected myself probably 60 or 70 of those for Latin America and a tiny smidgen of Asia, but that fell off to other people's responsibility. And Europe certainly. And technically Australia and Canada.

But sadly, we never had much in the way of sales. The 51st state never played out much for us. Of course they're not really part of the United States. Only when they want to be, because they're always nice, Canadians are always nice,

Page 41

GUNDRY

and so they can play both. But so, I did try to get sales in Canada and got almost nothing because we never got an approval with the Canadian FBA. We got put at the bottom of the pile.

Q. In the 2021-2022 time frame, who did you primarily work with?

MS. PEIRSOL: Objection. Form.

A. That's an interesting question. You could have many answers, but I primarily worked with -- in-house would be, you know, Seth, Denny, and all these people.

As far as for sales, they were mostly distributors, established distributors that had already sold. That's probably what you mean, I guess, right, which distributors, which significant customers?

Q. Yeah. Well, so I guess, I guess we could take it in steps, I guess.

So first kind of internally in your role as, you know, managing distributors, did you have a team that you worked with or that supported you?

A. It was open-ended deliberate.

Well, yeah, so, I mean, yeah, there was -- I had inherited -- not that humans are

11 (Pages 38 - 41)

Page 42

GUNDRY

property, we know that's against the Constitution -- but I had inherited the management of Marlon Ramos who's a Guatemalan and he was already working with the founder doing interesting things selling a previous company. So he already had some experience trying to get some sales going with these types of tests with the founder of Co-Diagnostics. And so -- and he spoke Spanish and essentially zero English.

Andrew Benson was managing him with some familiarity with la lengua espanola and they, they said, well, you know, Cameron, I hear you can speak Spanish, so would it be possible for you to kind of see what we can get here with Marlon Ramos, who we don't necessarily know how to get the most productivity out of.

So I said sure. So I called -- I texted him, called, whatever. And he managed all of Latin America, which was the number one, I think, region in the whole world outside of the U.S., despite typically only getting about 5 percent of sales, we got a massive contribution. So Co-Diagnostics was very happy with that in a more difficult territory, something like 30 countries

Page 43

GUNDRY

plus, we did really well. And yes, Marlon was part of that for sure.

Q. Anyone else?

A. In the '21 to '22 period I think I may have had -- yeah, so there was Syntec, an Irish group, that the founder of that was involved in many businesses. So we -- I had the idea -- he proposed, I think, Ray Sinnott, the CEO, to be to do some consulting as well. I don't know whether he proposed it or I did.

But anyway, so we worked with him. Paid a small amount to help develop parts of Europe. Because also Laura Benzonana, who was Greek, was a consultant at that time who came to us at a certain conference, I think January of, I can't remember if it was 2021 or 2022. I want to say 2022, yes. But I think I had met her that prior fall at a conference. She wanted a change, so -- and then we discussed.

And anyway, so she was -- so it was Marlon for Latin America. Laura Benzonana for Europe, all of it. And I was starting to realize that for all of Europe, you know, in that time was -- well, it was always hard to manage. So

Page 44

GUNDRY

then it went to also Ray Sinnott -- well, yeah, technically with -- yeah, or Syntec. I don't know if the contract was with him or Syntec.

Then he -- there was one guy -- there were kind of two guys. Somebody, I can't remember, Tisdall the last name, who was -- who worked a little bit trying to do some things there. And this guy, the Irish folk, Peter English -- not English, but -- so, and he also helped out maps.

I think that's it. That's the only formal team that I had, but it was, I believe, more consulting people that I might have had direct at least.

Q. And how would you communicate with them, would it be email or any other?

A. That, yes. And WhatsApp is a good one to avoid the distance, distance charges, you know.

Q. Is there a WhatsApp account associated with your phone number?

A. Yes.

Q. And what's your phone number, your cell phone number?

A. Country code 1-435-237-7434.

Page 45

GUNDRY

Q. Did you ever use your personal email for work?

A. No, I don't recall ever using it.

Q. And so I think you touched on this a bit when you mentioned the various salespeople, but can you describe how the sales department was set up in terms of hierarchy.

A. Mike Egan was, is and was the CEO, I think chairman of the board and whatever. He was the president. Now it's Rich Abbott that's president.

But anyway, so I -- and then Seth was the sales and marketing head. Don't know that he had a different title than that at that time.

Then under him were all of us flat basically. But I did technically originally manage Denny Crockett in the DNA Logix days. But he came independent, I didn't know him at all, he just came and hired him and I managed him.

But then as soon as it was Co-Diagnostics, it essentially flattened, so he had the exact same level of responsibility.

And title, if we wanted to in a small environment like that, we kind of create or say,

12 (Pages 42 - 45)

Page 46

GUNDRY

"This is my title."  There's more flexibility with titles, so I don't know if his title was exactly the same but it did the same thing.

And then other than that, I mean, so like I said, Joseph Featherstone did end, he did end up in kind of inheriting some direct sales functions.  Don't know that that was his -- I mean, it wasn't really his main thing, in my opinion.  He didn't, I don't think, put as much time.  He didn't put as much, in my opinion, he didn't put as much time and focus into it, but he did well anyhow, and managed, I believe, only U.S. customers and some -- a few distributors and whatnot.

And other than that -- and eventually Easton, as he was -- he's incredible.  He's the best worker ever.  Egan, obviously, so people would be like, oh, nepotism or whatever.  I would say expletive to you because -- not to you but figuratively -- anyone who would object to Easton being a family member because he literally has incredible care and is one of the best employees that I've ever seen in his job and therefore rose up from being a humble data entry guy during his

Page 47

GUNDRY

business degree to essentially the same type of job that I have, that we have now, it's like more commercial sales, you know.  Well, he's technically in marketing now, but with a similar level of scope and function.  But like Denny and I now have, but in that time frame he was just the data entry.  But he was really always better than that.  He's very good.  I'm glad we had him.

Nick was good, too, but he moved on to other things.

And Tom, very good data entry.  He had all sorts of business experience in the olden days to other things like pharma stuff or something.  But anyway, he needed a part-time job and was doing data entry.

Q.  Is that Tom Williams?

A.  Yes.

Q.  And did the sales department have regular team meetings?

A.  I don't recall anything regular.  In those days I was so busy with just little things.  There were periods I was working 60 plus hours a week.  I felt like I was in, quote, the firm.  So I had friends that worked in firms.  They worked,

Page 48

GUNDRY

they said, over a hundred hours a week.  Big law firms.

Q.  Did the sales department ever have team meetings?

A.  Yeah.  I think as needed.  As someone else I wouldn't suggest, I mean, Seth would as he wanted.

MS. PEIRSOL:  Jason, if you're getting ready to get into the more substantive stuff, we've been going for about an hour and fifteen, would you mind if we take a quick break?  Is now a good time?

MR. URIS:  Yeah, yeah, we can take a break here.

THE WITNESS:  Maybe a bio break.

THE VIDEOGRAPHER:  Thank you.  This is the videographer.

The time is 10:12.  We're going off the record.

(Off the record.)

(Resumed.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 10:23.  This begins Media File 2.

Page 49

GUNDRY

BY MR. URIS:

Q.  Were you on any committees at Co-Diagnostics?

A.  Any what?

Q.  Any committees.

A.  I don't remember any formal committee except for an activity committee that -- and I'm not, so no, I wasn't.

Q.  Were you a member of any management team?

A.  I don't think I would -- could be described as on a management team, no, in that time.

Q.  Do you recall if there were any regular management team meetings or meetings between what would be considered management?

MS. PEIRSOL:  Objection.  Form.

A.  Actually, there were a couple.  There was -- I don't know about even a couple, but there was one that I remember that's been somewhat consistent.

Q.  Was that a weekly management meeting?

A.  Yeah, just -- yes.

Q.  Do you recall who would attend those

13 (Pages 46 - 49)

Page 50

GUNDRY

meetings?

A. I think it was a pretty decent number of people. I don't know how many, but, you know, I and Seth and others on Monday, I think. They were usually Mondays.

Q. Do you recall generally what would be discussed at those meetings?

A. I think now similar, yeah, I think it's kind of just issues that -- interesting things, relevant things, housekeeping things like, I don't know, we need to do this or that or whatever, building this thing, whatever. Just kind of just general stuff that it's good for people to be aware of.

Q. Did you have any regular meetings, regularly scheduled meetings with any executives at Co-Diagnostics?

MS. PEIRSOL: Objection. Form.

A. No. Still don't.

Q. Did you ever communicate with Co-Diagnostics investors?

MS. PEIRSOL: Objection. Form.

A. I don't -- I wouldn't know, didn't know necessarily who would be an investor. They never

Page 51

GUNDRY

initiated anything, anything to a specific investor, whatever.

Q. Can you tell me what the Logix Smart COVID-19 detection test is.

A. Yeah. It's a PCR kit developed in early 2020 in response to the novel coronavirus. It tests for the presence of viral material, the RNA that's in the virus. And it's positive or negative. And its PCR-based real-time. QRT PCR technically, which is often considered the gold standard of diagnostics, especially for viruses. Like HIV, HCV, they're all done with PCR. Best systems in the world. Multibillion-dollar companies, it's the same process.

Q. And do you recall when Co-Diagnostics started selling the Logix, the Logix COVID-19 tests?

A. Yes.

Q. And when was that?

A. I think it was -- I mean, the beginnings of 2020 we didn't, so we sold it like -- well, April for sure. I think.

Q. Do you still sell that test?

A. Yes. The company does still sell that

Page 52

GUNDRY

test.

Q. Would you say the company's primary customers for the Logix test -- I guess when I refer to the Logix test, I guess you can assume I'm referring specifically to the COVID test. Does that work for you?

A. It's logical.

Q. In the 2021-2022 time frame, were the company's primary customers for the Logix test both labs and distributors?

A. Yes.

Q. Any other category of customer that you could think of?

A. I think -- I think that's all. It's like sorting -- let me see. It's going down to more detail that are already captured in those two designations.

Q. Okay.

A. Splitting hairs, that's what I was thinking.

Q. Yeah.

A. Beyond those two categories those would be.

Q. Okay. Yeah, it's not, it's not a trick

Page 53

GUNDRY

question, I just wasn't sure if there were any other categories.

A. Those distributors would then sell to different, different entities, but we sold to those two.

Q. Sorry, I think you were cutting off, but you were saying --

A. We sold to, we sold to those two categories, yes.

Q. And would distributors, would they sell to labs?

A. Yes, which could be government or private, you know. Well, a government or a corporation or whatever, any kind of class of company for profit. Nonprofit were donated and, whatever, you know, that's their purview.

Q. Once the company -- once Co-Diagnostics started selling the Logix test, do you know approximately what percentage of its revenue the Logix test accounted for?

A. That's a hard one because how do you slice the time? Is it like the first derivative that's the inflection point on that little curve instantaneous? At what moment?

14 (Pages 50 - 53)

Page 54

GUNDRY

Q. I guess, let's say from mid-2021 through the end of 2022.

A. The majority of the sales were from that Logix test as you referred.

Q. Do you know if it was over 90 percent?

A. I don't know that it was. It could have been. I can speculate, if you want me to, but.

Q. Would it surprise you if it was over 90 percent?

A. No.

Q. Can you explain the process of how a customer would place an order.

A. Me as the sales that I described before that Denny or those are for me or even Seth because he had that responsibility, we would, we would get the sale order from either an intention maybe from an email, special email from like the company. Or the intention could have been, you know, through WhatsApp or something, "Hey, I want to place an order. How big? This big. Which product," whatever. Or, I guess, phone calls. But the order itself was formal and through the email and logged in the accounting system by Tom mostly, but also Easton.

Page 55

GUNDRY

Q. So you would get a purchase order and then what, you would forward that to Tom or someone else?

MS. PEIRSOL: Objection. Form.

A. Yeah, we would, we would -- for instance, I can just speak to what I, what I got, because everybody wasn't necessarily doing the exact, there was a standard, but this is what I did. I can only speak to what I know.

So I would receive the order, think about it, and then talk to anybody necessary.

We had an accounting system that it's possible to check the inventory but somewhat painful to try to get an idea to make sure we had enough.

And what lot number for instance, sometimes that was relevant. Like because expiration date, you know, how old is the material. Communicate that back sometimes to the customer. And then that could actually change what the order would be. It's like, "Okay. I need 10,000 reactions.

"Of what?

"Logix test.

Page 56

GUNDRY

"Okay. Here we have, yes, we have that, no problem. It expires in seven months. Is that acceptable?

"No. This one's for government, they need at least 10 months.

"Really? Is that a hard requirement?

"Yes.

"Okay. Well, we did just make a lot, but more painful for us to send our new stuff, can you, can you just take this older one?

"No, we really can't.

"Okay. It's the new one then.

"All right. The price is this. I see you've got it, sir, or ma'am, whatever, and it looks good. I'll send it in."

Then I would enter something on Excel often myself, whether anybody else did it that much. I would enter it on a particular form that someone else developed and send it to Tom with a very specific title. Like in all caps like NEW ORDER. You know, something to really get his attention, you know, so it doesn't get forgotten.

And then he would enter it, and then we would still make sure it was okay.

Page 57

GUNDRY

It went through a few people for approvals, including, of course, accounting. Whoever was managing inventory, materials, sales, the actual production. Then it would be placed.

Q. Is there a particular system Tom would input the purchase order to?

MS. PEIRSOL: Objection. Form.

A. But there was -- there were systems. I think monday.com mainly. Yeah. Which is not an accounting system, more for reference, not the official record keeper, but limited by human foibles in the entry.

But the accounting system -- gosh, what is it? I don't even know what we call it now because I don't -- it's like a shortcut.

But there was an accounting system then, and I think it was upgraded between then and now to something that, that the Word Perfect guy, like main, anyway, like Salesforce or I don't know what.

So we entered, we entered -- he would enter it into that and then into whatever accounting system was being used at that time, which I think was different than today but

15 (Pages 54 - 57)

Page 58

GUNDRY

essentially the same.

And then like right now we then look at the order, we're forced to look at it and then say whether it's okay or not, and several stakeholders, you know, accounting, regulatory, sales and marketing. I think it was the same back then basically. That accounting system, whatever it was, was the official system.

Q. And the accounting system was also used to keep track of orders?

A. I assume so. I didn't -- you know, I'm not an accountant, so who -- but yes, it was, of course, recorded.

Q. Can you describe what monday.com is?

A. It's a prequel to tuesday.net. It's just -- it's like a cloud-based software that it's convenient. It's handy. I don't think it was developed for accounting specifically. It's more like project, keep people on the same page. You know, you can fill stuff in columns and then everybody can see it. It's inexpensive and it's convenient.

Q. And the company had a -- I don't know what you would call it -- a document or repository

Page 59

GUNDRY

on monday.com that it used to keep track of all the orders that were coming in?

MS. PEIRSOL: Objection. Form.

A. Repository? Repository is a better characterization, because it was just -- it was like a certain, you know, URL or whatever, I don't know, like it's all on cloud-based but it's web-based. So there's a certain page, a page that would be populated, Tom would populate it.

Q. And do you recall what that page was called?

A. Sales orders plus the year in that time, you know, yeah. Sales orders, whatever, 2020 and 2021.

Q. Was there anything else that you used monday.com for?

A. Yeah, sometimes we made boards just to help us out. Like leads or whatever from a show and follow up. It's tedious to use it that way, but we did. And, yeah, that's a couple of boards, I don't know exactly which ones we were using and how much, but nothing groundbreaking.

Q. And what is a board, just a page you can create?

Page 60

GUNDRY

A. Yeah.

Q. That people have access to?

A. Yeah.

Q. Do you recall if monday.com provided any other information with respect to the company's sales?

A. Like I said, there's some other boards story. I think there's boards that have a little bit of extra stuff.

Q. What kind of stuff?

A. Like it would be the progress. I think regulatory had a board and it's kind of like how far along different registrations or things are in different countries. Like FDA equivalent or whatever. Like in Peru this test is registered and this will be the expiration. It's more for them so that they can keep a good record. Yeah, for me I think I had like potential distributors and I'd put some comments -- good, bad, ugly, whatever.

Q. Do you know if there are any other boards that summarized the company's orders in any way?

A. Summary, yeah, I think there was a

Page 61

GUNDRY

summary board specifically.

Q. Do you recall what kind of information was on that board?

A. Well, I think it was like, you know, like just the total sales but broken down as well. That was in those days the most fun board.

Q. And how was it, how were the sales broken down?

A. I think that it had by quarter or even by month. Yeah, it had like graphs, you know, like bar graphs for months. And then -- well, there's by month and then I think like a year summary, you know, so you could look at that and get some idea.

Q. And that was in the 2021 and 2022 time frame?

A. Yes.

Q. And do you know what SharePoint is?

A. SharePoint? I think so.

Q. Did you use it or do you use it at Co-Diagnostics?

A. Yes, I think it -- well, I think so, a little bit maybe.

Q. Do you recall what you used it for?

16 (Pages 58 - 61)

Page 62

GUNDRY

A. Usually it would be other people that instead of emailing the actual document it was just the link with a cloud based, I think it's like Microsoft cloud-based thingy, you know, repository. And then it's kind of like a living document which you can edit but it maintains probably a record of anything that's done to it and all that good stuff.

Q. So sometimes other people at the company would send you a link to a SharePoint document if they wanted you to look at it?

A. Yeah. Not very often, it's rare, but yeah.

Q. Do you know what QT9 is?

A. R2D2's nephew. I don't know, I think that's like -- I think that was -- I don't think we use it anymore. I think it was quality, like a quality software. So nerdy, who would name it QT9.

Q. Do you know what the company used it for?

A. I think, I think I'm recalling. I think it was for, like I said, quality, like, their all, their purposes. I'm not in quality but -- I hate

Page 63

GUNDRY

quality actually. I mean, I love quality but -- quality products is very important, right, but I don't enjoy the functions of quality as I perceive.

Q. Do you know what NetSuite is?

A. That I think is this Larry program. The billionaire Larry Ellison, yeah, that's who has his island and see now that's the queue.

Yeah, NetSuite. The end of like our -- that's our current, yeah, accounting system. Super boring, but -- to look at, but -- like 1990s graphics.

But anyways, yeah, it's the accounting system I think we use. I think it's standard. That's what matters.

Q. Is that the -- that's the accounting system you were referring to, was there any other accounting system?

A. Well, it may have been in that time or it could have been a previous one. I don't know. These things are so boring, really, it's hard to even remember exactly what their software was because accounting would have, would have meaning. They did, I guess, change or select, you know.

Page 64

GUNDRY

Q. Okay. So at some point the company began using NetSuite?

MS. PEIRSOL: Objection. Form.

A. That's true. At some point, because they are now, because I approved an order the other day. I had to put my little button on NetSuite.

Q. Does the company still use monday.com?

A. Yes.

Q. Does it still use monday.com to track orders?

A. In the same, yes, to indicate what the orders and process that have been completed are, yeah.

Q. Okay. I'm going to introduce an exhibit. It was a previously marked exhibit, so give me one second.

A. You're going to show us some type of document or something?

Q. Yes. So I'm going to drop it into -- I believe you have access to the Exhibit Share folder. I'm going to drop it into that folder.

MS. PEIRSOL: Cameron, once it's there, you can download it and see the

Page 65

GUNDRY

document. You can download it onto your computer, that way you can scroll through the document if you need to.

THE WITNESS: This will be good. I'm not a document guy.

Q. Okay. So you should be able to refresh that folder that you have access to.

I'm introducing what was previously marked as Exhibit 1, and it's a document bearing Bates stamp CoDx_00501485.

And you'll see there's a PDF which is basically just a cover sheet and then a spreadsheet which is --

A. Which one will you be referring to?

Q. The spreadsheet.

A. May I open that now?

Q. Yeah. Yes.

A. I think you're Brad Pitt from the 90s. Wow. Just kidding.

It's not open yet. It's still spinning. The thing is spinning.

Q. Okay.

A. Wow. Is this a big file?

Q. I think it is. It has a lot of lines,

17 (Pages 62 - 65)

Page 66

GUNDRY

but the file size doesn't seem to be too big, but if it's easier I can always share my screen because it's -- for the spreadsheets because there's only specific areas that I wanted to focus on. But, yeah, if it's not loading, I can share my screen.

A. Another cause of --

Q. It might be, it might be easier to actually -- did you download the document?

A. I don't know. Let's see.

Q. It might work better if you download the document to your computer and then try to open it locally.

A. I don't know -- I mean, I don't see an option to download. I just clicked the -- even if I right click, I don't -- well, there's a Save as, maybe that's -- if I save as -- this is what? This is -- this Save one to desktop. Then Open File.

One. One. And then -- it's Downloaded to File, but it's like index.blahblahblah.js.

Q. That's all right. I can, I can share my screen. We were having issues with the spreadsheets previously. I think the other

Page 67

GUNDRY

documents will work this way, but here, I can just share my screen. One moment.

A. The PDF seems to work.

Q. Yeah, the PDF should work. So I guess for the spreadsheets I can just share my screen, which is what we've done. We've done that before and it seemed to work. One moment.

A. But the PDF just says "Document Produced in Native Format."

Q. Yeah.

A. 001102924.

Q. So here, I'm sharing my screen. Do you see --

A. Yes. Yes, Co-Diagnostics Orders 2020 blah blah blah?

Q. Yes. Yes.

A. Okay.

Q. Do you -- do you recognize this document?

A. Not really. I don't know if I've ever seen this exact. Looks like the scroll bar is quite long, so I can't say if I've seen this document.

Q. Yeah, I can -- we have Sales Orders July

Page 68

GUNDRY

2022, June 2022.

A. Is there more like -- are there more columns? I only see --

Q. I can zoom out.

A. Oh, yeah. Okay. Yeah. It's a biggie.

Q. So does this appear to be the sales order information that was stored on monday.com?

A. Looks like it's in the same format as that board similarly named, yeah.

Q. All right. So we have --

A. Did you scroll to the bottom, the very bottom? I don't know where --

Q. So the very bottom I can --

A. Where does it end? Where do I end? When will I die?

Q. This goes -- I believe this is a subset of the data from monday.com. I believe it goes from January 2021 to August of 2022.

A. Yeah, okay.

Q. But as we can see, so there's various columns. There's the name.

Is it your understanding that what's listed in the Name column are the customers' names?

Page 69

GUNDRY

A. Yes. It would be our customers' names as written by Tom, I suppose, which should be correct.

Q. Okay.

A. Not the complete legal name of the customer, but at least representative beyond ambiguous.

Q. And then there's a column for Work Order Number, is that an internal work order number that Tom or someone in the data entry department would put in?

A. I think so, or accounting perhaps.

Q. And then there's a column for Salesman?

A. Uh-hum.

Q. Is that the salesman that's associated with the customer?

A. Yep.

Q. Okay. Then we have Quantity, Price, and Extension. Is it your understanding that extension is just the -- is the order total. I guess it's the quantity of the kit being ordered times the price?

A. The quantity times price, which could be the order total but is actually the line total.

18 (Pages 66 - 69)

Page 70

GUNDRY

Q. Right.

A. I think that's how they did it, so an order could be several of those lines.

Q. Okay. Understood.

And then the Date Order Received, is that -- is your understanding that that's the date that you received a purchase order?

A. That's the date, yeah, it's supposed to -- yeah, the date that officially it was known that that order had been received.

Q. How often would you review the order information that was stored on monday.com?

A. You mean within, within what time frame?

Q. In the 2021-2022 time frame.

A. I couldn't say with precision how often I reviewed it.

Q. Just generally, like would you review it weekly?

A. Did I refer to it weekly? Probably. I think so in that time frame.

Q. And were you generally aware of how much revenue you were bringing in?

A. Revenue is an interesting word. I only took one accounting class, Graduate 2 Accounting,

Page 71

GUNDRY

as part of my MBA. I did not like it very much. But I think revenue --

Q. I'm just referring to the dollar value of the orders that your customers were placing.

A. Could end up being revenue, all or a portion of that, I guess. And yeah, that was sort of, I was aware that that was my own vast specific dateline.

Whether I was aware of the amount of revenue or dollar value placed within my particular responsibility, that's what you asked, right?

Q. Let's see here.

A. Sometimes I forget.

Q. I believe the question was just whether you were generally aware of how much revenue you were bringing in.

A. Well, that's different. Revenue is different, I think, from my C+ -- one of my only C's in graduate school. The only one. Revenue I believe was a complicated question, so.

Q. Okay. We don't have to use the revenue term.

Were you generally aware of the dollar

Page 72

GUNDRY

amounts of the orders your client -- your customers were placing?

A. Yes.

Q. Do you know approximately how much revenue you brought in per quarter during the 2021-2022 time frame, or even going back to 2020?

A. I could, I could estimate.

Q. Please do so.

A. On an average base I believe -- I actually overall have within my -- you know, over my -- with my supervision, I believe roughly the total amount of now being recognized revenue that has occurred is roughly $60 million largely within 2020 to 2022. So, I mean, per quarter, I could divide that by quarter, whatever.

But mostly the revenue, the sales that I did affect in that time frame, since it was the majority, you would say it's somewhere close to, I think, 60 million, with that 60 million being divided in like, if you just say all quarters of 2021, sometimes it was under, sometimes it was not very much, and sometimes it was certainly over a million dollars, several million. Maybe even three or four could have been sometimes some

Page 73

GUNDRY

quarters. Not very, not very consistent.

Q. So from the beginning of the pandemic through the first quarter of 2022, does a range of approximately 4 and a half to 7 million per quarter seem accurate to you?

A. For my particular?

MS. PEIRSOL: Objection. Form.

Q. For your particular customers or any, I guess that would include any customer, any employees that were also under your purview.

A. I understood that.

MS. PEIRSOL: Objection.

A. So like something -- basically within my responsibility, which would be Latin America, Europe, sadly, I didn't do much for --

Q. Yes.

A. -- Canada or Australia, and almost nothing in the U.S.

So most of Latin America and Europe, it could have been that much. I mean, yeah, sometime.

It's 2020 to 2022 was most of the revenue. All of 2020 is four quarters. All of 2021 is four. All of 2022 is four. So that's all

19 (Pages 70 - 73)

Page 74

GUNDRY

quarters, let's just say 10.  So 10, it could be 6 million.  It could be an average, for instance.

Yeah, it looks like -- maybe you looked at the numbers and maybe that's what it was what you just suggested.

Q.  Do you have any reason to doubt that number?

A.  No, I think that's reasonable.  I have some basic math skills.

Q.  Do you know what the dollar amount of the orders placed by your customers in the second quarter of 2022 was?

A.  No, I don't know right now.  I can't say what it was in quarter 2 of 2022.

Remember, some things, if you bring up some specifics, then I can be more useful.

Q.  Do you recall if it was less than $300,000?

A.  Doesn't mean much to me, but that's possible.

Q.  Would that number surprise you?

A.  You say for quarter 2, 2022, my customers brought in -- ended up entering sales orders that resulted in recorded revenue -- that's

Page 75

GUNDRY

a big thing revenue, what really revenue is, but it's all said and done now.  But under $300,000, yes, that's possible.

It wouldn't surprise me.  Sorry, that was the question.

I have ADHD diagnosed and, I'm sorry, it's a disability.  It's hidden.  It's only good for jokes.

Q.  Why wouldn't that number surprise you?

A.  Because what came up ultimately went down.

Q.  I'm sorry, could you repeat that?

A.  What came up with the Logix, the Logix Smart sales, ultimately came down, yes.

Q.  Okay.

A.  And I do -- again, it was in that general time frame, looking at it now that's manifest.

Q.  Do you recall orders beginning to fall in February of 2022?

A.  Orders falling?

MS. PEIRSOL:  Objection.  Form.

A.  Yes, I do -- no, I do, that's fine.

I do remember.  Now I do remember they

Page 76

GUNDRY

had fallen in that time frame so unexpected.  I couldn't actually believe how much they fell.  Didn't really, yeah.

Q.  I'm going to introduce another exhibit, which was previously marked as Exhibit 2 bearing Bates numbers CoDx_00020206.

A.  That's not Tom Cruise from the first Top Gun.

Q.  Okay.  So that document/exhibit should be in the folder, if you refresh it.

This is also a spreadsheet, so I'm happy to share my screen.  Just give me one moment.

A.  Constitute a disadvantage to me.  I want to make -- well, it's just going to waste more time -- make sure I see the whole document.

Q.  I believe there's actually -- if you see the PDF, that's actually the cover email, and there's an attachment that's a spreadsheet.  If you want to pull up the cover email, I think that will be helpful.

You see there's an Exhibit 0002?

A.  Well, we don't have to use the subjective anymore.  It did happen.  I now see the PDF at least, yes.

Page 77

GUNDRY

Q.  Could you open the PDF.  That should work.  If you'd just click on it in the Exhibit Share, it should load a preview of the document.

A.  I do see a message, big line from Tom Williams 8/1/22 blah blah blah.

Q.  Okay.  So this Exhibit 2 is an August 1, 2022, email from Tom Williams?

A.  Yes.

Q.  To Seth Egan copying Cameron Gundry, Joseph Featherstone, and Denny Crockett, with the subject line Order Analysis by Salesman by Account March 2020 to July 22, 2022.  Please read.  With an attachment entitled Orders by Salesman by Account 2020 to July 22, 2022.  Do you see that?

A.  Yes, I can see this, and I see it says at the very bottom "Document Produced in Native Format."  Love the native format.

Q.  Yeah.  So that would be the spreadsheet which, when we get to that, I can share my screen to make it easier because there's just a couple lines that I want to focus on.

But going back to the email, Tom Williams is the data entry employee that you had referenced earlier?

20 (Pages 74 - 77)

Page 78

GUNDRY

A. Correct.

Q. And Seth Egan, that's the head of sales?

A. Yeah. He was my boss. I guess that was the title, I don't know. Head of sales and marketing really.

Q. And to your knowledge did you receive this email at the time indicated on the document?

A. I assume so. I can't remember, but I see that I was cc'd at C.Gundry.

Q. Do you have any reason to doubt that you did?

A. No.

Q. And receiving emails was in the regular practice of your work at Co-Diagnostics?

A. Yes.

Q. Okay. And I'd like to go to the spreadsheet, which I can, I can share my screen.

Let's see if I can get this right.

Do you see it says Sales by Salesman by Account March 2020 to July 22, 2022. Do you see that?

A. Yes. This is the Excel file referred to that I couldn't open.

Q. So this appears to be the document that

Page 79

GUNDRY

was attached to that email?

A. I assume so. It's at the bottom here. I need to get the name. I don't see the name of the file, so.

Q. If you look at the email, there's an attachment line, Orders by Salesman by Account 2020 to July --

A. Oh, yes. July -- 2020 to July 2020. Yeah, so it's kind of like a big summary, I guess.

Q. Yeah.

A. Okay, yes.

Q. And your name is listed right here. Do you see that?

A. I do.

Q. And so this appears to be, this section of the document appears to be a collection of all the orders that you were responsible for during that time period?

A. I would assume that this is a summary of all the orders that I was responsible for if it was done correctly.

Q. Right. So if we look, it looks like it starts in line 8 of the spreadsheet, and if we

Page 80

GUNDRY

scroll down to line 929.

A. What a headache. It was all quarters, but it's a good thing. It's a good problem to have, as they say in business.

Q. So if we go to the bottom, it appears to be a total amount here, and this appears to show that you were responsible for orders of approximately 48.485 million through July 22, 2022; is that correct?

A. Looks like it. I could have overestimated before when I said 60.

Q. Do you recall who your biggest customers were in the 2021 and 2022 time frame?

A. 2021 to 2022? I mean, I know some of them, the big ones. There's lots of customers that I could list.

Q. Could you list the big ones?

A. So Raver, it's a funny word, we did from, I believe. Ramirez, which is a normal last name. And Javier. Robert was the big, the biggest customer, I believe, my biggest customer/distributor from Mexico. Way down to -- and then Latin America did quite well, so that was a big one. Do you want me to name the salient

Page 81

GUNDRY

ones?

Q. Yeah, maybe the three biggest or five biggest, if you remember them.

A. Certainly Raver I think was the biggest, probably about 20 million total. The number I remember was some pride, and then -- of sales mass, which they sold at different prices and the value to them was greater.

And then, so GenTech's Columbia distributor. Pretty big. Probably about 7 million or something. Again, that's the sales as finally agreed on made on whatever to us from them.

And then, so MASKAF. Very unique name. We always used to say MaskOn/MaskOff. When we got an order, it was MaskOn.

But MASKAF for Peru, and they were probably something like $5 million total.

And then it gets down to smaller ones. But in the U.K. there was a big one, in that zone, Clent Life Sciences, or Science.

And then there was -- at that point it kind of gets smaller, so. Anyway, but that's about as many as you want, so.

21 (Pages 78 - 81)

Page 82

GUNDRY

Q. Okay. Yeah, that's fine.

And then for, I guess it's Raver. I guess. Raver would not be the correct pronunciation?

A. That's -- that's the way the gringos la pronunciación or pronounce it. But yeah, it sounds more fun to say Raver since I'm like a stickler in pronunciation. It just kills me to say it that way, but...

Q. Okay. I'll try to pronounce it correctly.

A. You can say it any way you want. It's more fun.

Q. For Raver, did you have a specific contact, specific contacts that you dealt with?

A. It changed. They weren't super organized, I have to say. In all cases they're very good about getting orders. They're particular. My particular contacts were not super consistent. Julieta was the CEO. That's my most important and was my most important contact. Lieta Ramirez, that's where that name came from. Email CEO. It's awesome. And then in Mexico now they have a president. Awesome.

Page 83

GUNDRY

But, so yeah, there's Raver, Julieta.

There were some other guys, ordering people, men and women doing their jobs. They changed.

Q. Do you recall what their names were?

A. I think there was -- I mean, there's one that was just like orders@, you know, that -- for that they had different people, and that was probably my most stable. I think it was even in English to help out their international. Like orders@raver.com was, I think, the main one. Make sure and try to get.

Q. Would you have regular calls with anyone from Raver?

A. No. I didn't have regular calls with them.

Q. Other than with respect to specific orders that Raver was placing, would you have any calls with anyone from Raver?

MS. PEIRSOL: Objection. Form.

A. Me call anyone from -- I think Julieta is just about it. I think there was a guy. Yeah, she would often call and just add some people. You know, you can do that. So she was the main

Page 84

GUNDRY

contact. In that time frame I can only remember directly initiating or getting a call from her, but it's possible I could have spoken to someone else in the organization.

Q. And do you remember what kinds of topics you would discuss with Julieta?

MS. PEIRSOL: Objection. Form.

A. Well, I mean, she's a friend, too. I had visited her. I have multiple times. And so things like how's your family and whatever. But in those days it was great. Sales were so great that we wouldn't chat too much. It would be mostly germane to the -- to the sales possibilities. Very difficult to predict in Mexico due to several factors, and I would call it almost one of the most difficult to predict. It was hard for me because it was also my biggest customer. So we would discuss those types of things. It made it nearly impossible to predict like any type of future sales from them.

And she came from being a saleswoman herself and not a business woman. It was new to her, and admitted that her organization wasn't as perfect as it could be.

Page 85

GUNDRY

I can only admire her, she did incredible things, and sold very ethically to government and to labs. Was a wonderful representative for us for Mexico. It's not an easy territory to sell into.

Q. Do you recall if she told you anything about what she was seeing with respect to the market for COVID tests in early 2022?

A. I recall that she made a call. At some point I was coming back from the airport and she -- it was Jan -- yeah, probably January. Could have been from -- I think it was like a California-based conference there.

Driving back, trying to focus on the road, and she said, "We've got to get a huge order. This is the biggest -- you got the biggest possibility ever in your ABC test, not the same test, but it's one of the big ones."

I think she said something like, "We'll need like a million reactions now."

I said, "Holy cow," or maybe an expletive even.

A million reactions is nearly unprecedented from any. So that's incredible.

22 (Pages 82 - 85)

Page 86

GUNDRY

She said it may -- I think she said possibly 2 million, 3. 5 million is possible. 5 million reactions right now. Of the ABC kit, which is flu A and flu B, by the way, survives the pandemic going up and down.

So she said, "Yes. I'm talking, I don't know even know the number, but depending on how some things go with the government in the evaluation of this ABC kit, I would order so many of these." It's crazy. And also a whole bunch, I think, the other one, too, the Logix Smart Kit. I don't remember. I think they were both ordered from her, in my memory.

So I was like, okay, so ABC a huge in like ginormous terms, depending on a bunch of things that are out of my control. That's it.

Q. And that's in January of 2022?

A. Yeah.

Q. Do you recall if she told you anything about the market for COVID tests in February of 2022?

A. By February we had delivered a large portion of what jot on the phone she placed but what was officially ordered. Some rescinded, I

Page 87

GUNDRY

don't know what. I mean, I do, I think, know.

And then she indicates -- eventually, I remember in my mind something, yeah, like we don't end up now needing all those.

Q. Why didn't they need them?

A. Somewhat conjecture, right, I'll fill in what I think.

Q. Why do you think they didn't need them?

MS. PEIRSOL: Objection. Form.

A. In my opinion, it was such an unprecedented flurry, like -- it was like a sudden, I'll call it, like the lights turned on to an unimaginable demand for that product in January that -- well, there was some irrationality perhaps in even what they might -- what they ordered.

We were so busy, I believe they could have ordered -- well, it was multiple people ordering. I think they ended up ordering a little bit more than -- well, more than they were able to very easily sell in that moment of time. It was impossible for them to predict before. That's the main thing.

Also, being that they were ordering it, I think, from -- I mean, Julieta herself was

Page 88

GUNDRY

saying "Red alert, red alert, red alert. We could sell millions, literally millions unprecedented. I could sell so much you can't even imagine what the demand is right now with this new Omicron variant."

And so, anyway, those two things. Basically an unprecedented surge in demand, which I never expected. I couldn't even believe it myself.

And I audited an epidemiologist class from Johns Hopkins, no grade, didn't even finish it, but I did a lot of it. And I tried to be smart with epidemiology in that time because it's interesting. I couldn't have possibly predicted what happened. Nobody could. It's incredible. It's actually she ordered so much, essentially reneged on some of that, canceled some of the orders, I believe, a fraction, so now I would welcome. And she kind of gave excuses, and that's what she said, and I totally agree with her. I think what I said is consistent.

Q. And after they canceled a portion of those orders, did Julieta ever indicate to you in March of 2022 or April of 2022 what she was seeing

Page 89

GUNDRY

in terms of demand for those tests?

A. Julieta, yes, I believe she did. And she was an incredible salesperson. Is. And, you know, we gave a lot of opinions of what she felt in that instantaneous moment, which may or may not reflect, I think, what she ultimately told us about.

She told me many times things that were red alert or whatever that weren't, and that's nothing against her. Very passionate about what she does.

And so, since it was her company, a very successful company, sold a large percentage of all of the COVID PCR testing for all of Mexico essentially. State labs mostly. Ultimately lost those. Very disappointing.

Q. And so what did she tell you in either March or April of 2022?

MS. PEIRSOL: Objection. Form.

A. Let me think what she told me.

She, I think -- so, first, it was kind of like, "Yeah, we need to cancel part of the order because it's harder to sell than we thought."

23 (Pages 86 - 89)

Page 90

GUNDRY

Factors. I neglected to mention the Chinese -- I love the Chinese -- I love the French, Chinese, Taiwanese, everything, but China is an interesting power, and particularly in the pandemic. They did, to some extent, ingratiate themselves upon Latin America -- and this is part of a larger economic objective they have for at least, to some extent, more Africa and South America. What they did is, they gave lower and successively lower and lower prices, and that ultimately Chinese supply in Latin America is now entrenched at a percentage that's unexpected. The pandemic is what did that. Pardon me.

So they offered lower and lower and lower prices, and many of these went to Chinese suppliers or distributors that were representing Chinese main. That was a huge factor at that time the competition.

Competition was changing at a rate that I'd never seen in this industry. It's never, it's never happened like that. You never get zero. There's like 300 suppliers, like a hundred, fifty, twenty, never seen it. In this industry it's unprecedented, I'll say that.

Page 91

GUNDRY

Q. So Julieta thought that that would impact Raver's ability to sell the tests that they were purchasing from Co-Diagnostics?

MS. PEIRSOL: Objection. Form.

A. Julieta thought that as we had impassed in such a based loyal customer, that the labs themselves, whom I have visited, said, "Your test is, quote, the best and better than Roches' and Thermo Fisher's," which are multibillion-dollar companies. It's easier to use. We've never had problems.

This Logix, that test in particular, I don't believe I ever got a substantiated complaint in performance. They loved it. Literally loved it. It was easier to use. And a better price.

And yeah, Chinese competition took out a lot of our ability, and some Mexican. I'm actually glad that some of that's Mexican because that's really helping their company. Local supply.

Competition is a huge factor. But you never -- it's absolutely unpredictable. I've been in this since I was in my diapers in this industry. I literally grew up watching, helping

Page 92

GUNDRY

to assemble PCR instruments when PCR was brand new. And then I went to the invention and this and that, and I was part of company that multibillion-dollared out. Last year they did $10 billion of sales on a product that I helped them do. Some of the IP that I invented or, if not formally, it was other contributions. And then -- I've seen it all. And I can say, I've never seen this. And it was impossible to see this. And if you ask the most experienced person, it's insane how much it changed.

And I was so disappointed because she was really saying -- she was not necessarily promising but saying that it was very likely that we would have multiple millions of reactions sold. It was a very tiny window. She said it's very timely.

We produced it as fast as we could. Ultimately we had to delay many of the orders from going out because hers were so huge.

We had to kind of -- we had to kind of give it to other customers in a somewhat equitable fashion for a period of few weeks. And in that period of a few weeks she said she could have sold

Page 93

GUNDRY

billions of reactions.

I said, "Well, we can't just produce millions and millions and millions and millions at once." Never technically ran out of our capacity completely. That's when for a few weeks we couldn't -- it was the most amazing possible thing that was theoretically would have been the best thing in the world, and so we lost some sales and all sorts of things.

MS. PEIRSOL: Jason, once you're done with this line of questioning, could we take another break. We've been going over an hour, fifteen minutes now.

MR. URIS: Yeah, I just have a couple more questions and then we can take a break.

MS. PEIRSOL: Okay.

BY MR. URIS:

Q. Did you ever mention to anyone else at Co-Diagnostics the concerns with competition that Julieta had mentioned to you?

MS. PEIRSOL: Objection. Form.

A. I don't recall. In my mind, when I think about it now, I'm thinking about it now

24 (Pages 90 - 93)

Page 94

GUNDRY

about how important it has become.  But in those days I don't know that that was, I don't know that that was really a big factor in those days.

I don't, I don't believe I did communicate that, because I don't know that I really understood it.

I'm speaking with today's mind, seeing in hindsight that that was very important.

MR. URIS:  Okay.  I think this is a good point for a break.

THE VIDEOGRAPHER:  Thank you.  This is the videographer.

The time is 11:34.  We're going off the record.  This ends Media File 2.

(Off the record.)

(Resumed.)

THE VIDEOGRAPHER:  The time is 11:45.  We are back on the record.  This begins Media File 3.

THE WITNESS:  So if I talk at this level, is it a little bit better than it was before?

THE VIDEOGRAPHER:  Yes, sir.  Thank you.

Page 95

GUNDRY

THE WITNESS:  Okay.

BY MR. URIS:

Q.  Do you recall approximately what percentage of your customers total orders Raver accounted for?

MS. PEIRSOL:  Objection.  Form.

A.  In what time frame?

Q.  The beginning of 2021 through, say, July of 2022.

A.  What percentage of my orders?

Q.  Yes.

A.  Well, half maybe, it's impossible to say.

Q.  So a substantial percentage?

A.  Yeah.

Q.  You had mentioned a big order that Raver had placed in January of 2022 and some portion of that was canceled.  Do you recall if Raver made any purchases in February of 2022?

A.  I don't know, I can't remember whether they purchased in February of 2022.

Q.  Do you recall if they purchased in March of 2022?

A.  I don't know.  I can't remember.

Page 96

GUNDRY

Q.  I'm going to introduce what was previously marked as Exhibit 3.  It's a document bearing Bates stamp CoDx_0039335, which has an attachment.

Now, the exhibit should be available if you refresh the Exhibit Share.

And this again has a spreadsheet, so if you could just pull up the --

A.  Which one?  2020 -- 2020a?

Q.  No, it's Exhibit 3, so you might have to refresh.

A.  Sorry.  Refresh.

Q.  There's the PDF associated with --

A.  Yes.

Q.  If you could open the PDF, and then when we get to the spreadsheet, I can share my screen again for that.

A.  I'm in the wrong -- I'm in the PDF.  Yes, I see it now.

Q.  Okay.

A.  From Tom Williams 7/15/2022?

Q.  Yes.

A.  I'm looking at that document.

Q.  Okay.  So this is an email from Tom

Page 97

GUNDRY

Williams dated July 15, 2022, to Seth Egan.  The subject line:  Sales by Region -- Middle East, Asia, Australia, Latin America, Middle East and U.S. (Major Accounts) 2020 through mid-July 2022, and there's an attachment titled Orders by Region 2020, 2021, to July 13, 2022.

A.  Yeah.

Q.  Okay.

A.  The yellow and red for the totals?

Q.  I believe so.  That's not what I'm going to draw your attention to, but -- yes, I interpret those as the totals.

And I'll share my screen for the attachment.

Are you able to see that on your screen?

A.  Yes.

Q.  Does this appear to be the attachment that's referenced in that email that we just looked at?

A.  I don't know.  Let's see the top.  Because on the top of mine it says Middle East, Saudi Arabia, I see that here, so it doesn't appear to be the same one.

Q.  So I think -- yeah, you're probably --

25 (Pages 94 - 97)

Page 98

GUNDRY

if you look at the bottom, there's various tabs by region, so you're probably in the Middle East region.

A. I see. Yes, your document. Yes.

Q. Okay.

A. I don't know, but I don't think -- I mean, I -- Exhibit 3 on the PDF, it does have Latin America summarized. And Europe. So that's what's germane for me personally.

Q. Okay.

A. Right?

Q. So I'm sharing -- I don't know if you're following, I'm sharing my screen, but feel free to follow on your version as well.

But I'm in the Latin America tab, and if we scroll down to line 135, or 132, this appears to be a summary of sales in Mexico, correct?

A. Yeah.

Q. If we look at 135, these appear to be Raver orders. And if we scroll down -- this is all Raver. If we scroll down to line 315.

A. Yeah.

Q. It appears to show that Raver was responsible for orders of over $18 million. Do

Page 99

GUNDRY

you see that?

A. Yes, I do.

Q. Okay. If we scroll back up to January of 2022, it appears that in January of 2022 -- well, I guess, so here it shows that the date order received, these all appear to be in January.

And this next section up here, which is actually labeled February 2022, it actually shows the date order received as January 28 and January 27.

Do you know why this order is shown in the February 2022 category?

A. I have an idea.

Q. What is that idea?

A. I think it's -- one thing is getting the intention from the customer. Another thing is getting the order formally. And another thing is the salesperson receives that, acknowledges and figures it's okay, acceptable.

And then there's another thing that's sending it then to Tom or one of the order entry people, and then there's with Tom entering it.

And then it's when the accounting system says it's officially an order, and that could be,

Page 100

GUNDRY

that date may be the last, I don't know exactly, but all those things aren't synchronized perfectly to the same day.

Q. Okay. Well, so this shows that Raver placed orders for approximately $1.7 million worth of tests in January of 2022, and then an additional $1.3 million worth of tests in -- well, it has a date order received of late January but it's in the February category. Do you see that?

A. Yes.

Q. And there are no other orders in February other than these orders that had the date received in late January; is that correct?

A. That is what I can see here, yeah.

Q. Then in March of 2022 there are no orders for the Logix COVID test, correct?

A. That's what I see as well.

Q. April of 2022 there appears to be a small order of the Logix test for 400 kits but there's a price of zero. Do you know why that is?

A. As I was explaining previously, there was this effort to do some testings. The customer did say customer testing, you know, retesting, you got to do that new test, newer test. I'm flying

Page 101

GUNDRY

in the air.

Q. Okay. Then in June 2022, again, there are no orders for the Logix COVID test, correct?

A. Correct. There's -- there's not more customer trialing, as we would say, customer development, all those had essential testing.

Q. Okay. I'm going to -- do you recall whether that small order in April of 2022 with the price of zero could have been a replacement order for defective materials?

MS. PEIRSOL: Objection. Form.

A. Which is the smaller to the one -- I thought you were just looking at the one with all the different lines about six or seven items.

Q. Yeah, I can. Let me share my screen again.

A. In April, right? You said April?

Q. Yeah, that's this order right here, April 13th.

A. So that, it's that row, yes. So with this ABC Multiplex 400, price zero.

Q. Right.

A. Brings that -- you mean, if that's a replacement or something?

26 (Pages 98 - 101)

Page 102

GUNDRY

Q. Yeah. Yes.

A. I don't know. Maybe. I don't think so. It's only 400 reactions.

Q. Well, if you see below back in, if you look at the January orders, for example, some of these line items appear to be that same ABC Multiplex which contain a price next to it. So if those were --

A. Oh.

Q. If those were being tested, would they have been sold at these prices?

MS. PEIRSOL: Objection. Form.

A. Yes, I -- I believe that's correct.

Q. So do you think this small order in April may have been a replacement?

MS. PEIRSOL: Objection. Form.

A. It could have been.

Q. Would you ever call -- I'm sorry, what was her name, Julieta?

A. Uh-huh.

Q. Did you ever call Julieta in February, March or April of 2022 to inquire as to whether or not Raver intended to place any further orders for the Logix COVID test?

Page 103

GUNDRY

A. I don't know if I did.

Q. You don't recall whether you did or not?

MS. PEIRSOL: Objection. Form.

A. Right, I don't. I do not. I don't know whether I -- I called Julieta during that time frame about whether there would be more orders. Because of the redundancy of sending an email, because if they have orders they tell me.

Q. Did you talk to anyone at Co-Diagnostics about how Raver had not purchased for many months following the large January purchase?

MS. PEIRSOL: Objection. Form.

A. I don't know what you mean by "many months," many months to me is like in years.

Q. In February, March, April or May of 2022.

MS. PEIRSOL: Objection. Form.

A. So you're asking whether I had told someone at Co-Diagnostics about that they had -- Raver hadn't ordered from February or March, April, May, June a large round?

Q. Just whether you had --

A. In this time frame? Like when?

Q. Yes. In that time frame had you raised

Page 104

GUNDRY

that with anyone.

MS. PEIRSOL: Objection. Form.

A. I don't know. Possibly. They can see the orders, too, by the way, in Monday. I mean, anyone could see. I don't know that anyone was looking specifically at them. No.

Q. But you don't recall discussing that with anyone?

MS. PEIRSOL: Objection. Form.

A. Right now I can't remember saying -- I mean, I don't. Right now I don't know.

Q. Do you recall discussing with any of the other salespeople whether any of their customers had stopped purchasing or reduced the volume of their purchases in that time period?

MS. PEIRSOL: Objection. Form.

A. I don't specifically remember any exact conversation. It's possible.

Q. Did the facts that your biggest customer had not placed an order for the Logix COVID tests in the months following January 2022 concern you?

A. I don't believe it did concern me.

Q. Why not?

A. Because -- well, I mean, I just didn't

Page 105

GUNDRY

have like the biggest order in terms of number of reactions, I just looked at that, it was almost one and a half million reactions within a two-month period. That's a lot from one customer. And so the next time they'll see that and -- I mean, it was like one year old -- I mean, sorry, fresh. It was fresh material that had a one-year expiration, so I didn't really care when they sold it within that time. What did I care. So they had a year. So I -- no, I -- ob -- I shouldn't say it's obvious, but -- my wife says, "Don't say it's obvious because it's mean to say." But anyways -- I'm married.

But she says, I mean, Julieta gave us the order and she says it's very important. Do this as fast as possible. We did our very best. We delivered to them unprecedented amounts in a pressed time frame. There was huge obstacles.

And as you read it before, she, Julieta was like, did you get a chance to sell, I didn't sell everything, wanted something -- I guess I brought that up because I remember, but.

And then, you know -- but as far as did I tell people was I surprised, no, I didn't. I

27 (Pages 102 - 105)

Page 106

GUNDRY

just -- no, I was -- this is totally natural. It was the expected result is that after my personal biggest sales I think ever in terms of numbers of reactions, that's what relates more to demand.

And then after that, you know, pause. Well, of course, that's exactly what I expected from my biggest customer a period of several months. Could be in near-terms many months. If you're saying many is like three, four, five months, if that's -- yeah, that's what I would expect, exactly that result.

Q. In February, March, April or May of 2022, did Raver ever commit to further purchases of the Logix COVID test?

MS. PEIRSOL: Objection. Form.

A. That's an interesting word "commit." I mean, I don't know exactly what you mean. How do you mean? How do you mean commit? Like a phone call insinuation. Mojo. Going through the air, I don't know, vibes. Formal order. What do you mean?

Q. Did Julieta or anyone else at Raver indicate that they had an intention to place further orders in the near-term?

Page 107

GUNDRY

A. Near-term? I don't know. I mean, I remember something about -- well, I mean, I do remember her indicating that it was suddenly getting harder after the fact, after ordering, and so. Or like -- I don't know if she also indicated or if anybody else indicated, I don't know.

There's a general feeling that I remember coming from Julieta that it was getting harder. I remember now, obviously it was getting harder. I don't know if that's me thinking now or what she said then. I might conflate the two in my mind now.

As I said, I have ADHD, it's technically a disability. It means I get distracted with extemporaneous details. Maybe I'm confusing something. While I'm not be all or end all.

MR. URIS: Let me introduce an exhibit.

THE WITNESS: May I make a suggestion also?

MR. URIS: Sure.

THE WITNESS: It can be taken however you want. But since I do have ADHD, I do get distracted with details, I do fill in

Page 108

GUNDRY

extemporaneous or unimportant things. That's my nature. I can focus, hopefully -- well, I don't want to waste your time, y'all are paid a lot more than I am. I apologize.

But, so to the extent that your question -- I don't know that I'm necessarily low IQ, though. But to the extent that you can formulate your questions with as much precision as possible, that would make things more timely. Because if they're more open-ended, I will chase after that squirrel and it won't be relevant.

MR. URIS: I will certainly try to make my questions as precise as possible.

Just bare with me one moment.

(Email Exchange, Bates CoDx_0043742 to CoDx_0043742, marked as Exhibit 4, as of this date.)

BY MR. URIS:

Q. Okay. I'm introducing as Exhibit 4 a document bearing Bates stamp CoDx_0043742. That exhibit should be available if you refresh Exhibit

Page 109

GUNDRY

Share.

A. Yes, I see it. So I'm on the PDF again only?

Q. Yes. This is an email. It's an email chain. We're at the top email from Andrew Benson on February 8, 2022, to Cameron Gundry, copying Tom Williams, Seth Egan, Marlon Ramos. The subject line: Darn, they canceled the rest of the COVID-K-001s from order #2410.

A. Uh-huh.

Q. To your knowledge, was the email reflected in this document received by you at the time indicated on the document?

A. Yes.

Q. And who is Andrew Benson?

A. He is currently -- I'm sorry. I think he focused mostly on corporate communications, but in the past, besides that, shared the role with very much very involved with the process. He's very intelligent so he was given that task as well. It was like new shipping. You know, that's not easy.

Q. And did you say earlier he speaks Spanish as well?

28 (Pages 106 - 109)

Page 110

GUNDRY

A.  To some extent.  I'd give him a level 2 out of 10, because I have maybe a level 9.

Q.  Okay.

A.  He got a master's in linguistics, so he can tell me about the origin of these words all day.

Q.  Okay.  If you could scroll down to the first email in the thread in the email chain.

That's an email from February 8, 2022, from compras@raver.mx?

A.  You mean all the way to the bottom, yes.  Solicitamos formalmente blah blah blah, yes.

Q.  And what is the -- do you know what the compras@raver --

A.  Compras.  Compras means purchases.  So compras/compria means to buy or to purchase.  So compras is purchasing map.  In my mind, I thought these were in English but that's because for me it's the same, almost.  Spanish and English are nearly the same for me.

Q.  Okay.  And it looks like, it looks like this email is from José Mario Rodríguez Bermejo?

A.  Uh-huh.

Q.  Is he -- was he with the purchasing

Page 111

GUNDRY

department at Raver?

A.  He's not anymore I don't think.  Was in that time, yes.

Q.  Okay.  And I haven't taken a Spanish class since high school, but is my understanding correct that in this email he's requesting to cancel a portion of their previous order for the Logix test?

A.  Yes.  He says "we formally," in English, "we formally solicit that please you don't send -- you don't continue sending tests of Logix," what is the same as you understand it, and has 250 reactions, that's the size.  "For right now it will be -- the orders shall be canceled related to that -- to those.  This is attributed to the fact that we have sufficient product for now.  Thank you very much for your constant help."

Better than Google Translate.

Q.  Okay.  And then if you scroll up to the next email, which is an email from you on February 8, 2022.

A.  Yes.

Q.  And you write, "I spoke with Mario here.  He says due to the rise and (now) fall in demand

Page 112

GUNDRY

for the COVID-K-001s, they want to cancel the rest of Order 240.  They are fine with what Andrew shipped yesterday, no cancellations on that material.  So we should cancel the remaining 120,000 reactions from order number 2410.  Sad to see a cancellation but onwards and upwards."

Did I read that correctly?

A.  Yep.

Q.  So you refer to the rise and now fall in demand for the COVID-K-001s.  What are the COVID-K-001s?

A.  That's the same as you had explained that we had verified previously the Logix tests.

Q.  And do you know what Mario meant by the rise and now fall in demand for those tests?

MS. PEIRSOL:  Objection.  Form.

A.  Yep, that's --

MR. URIS:  What's the -- Marissa, what's the objection to the form here?

MS. PEIRSOL:  It's calling for speculation.  He doesn't know what anybody else thinks.

MR. URIS:  No, I said "Do you know?"

MS. PEIRSOL:  How would he know what

Page 113

GUNDRY

somebody else thinks, Jason?  That calls for speculation.  He might think he knows what somebody thinks, but there's no way he knows what somebody else is thinking.

If you want to restate your question and ask a good question, please go ahead, but that question calls for speculation.

MR. URIS:  Can the court reporter please repeat the question.

(The requested portion was read back by the Reporter:

"QUESTION:  And do you know what Mario meant by the rise and now fall in demand for those tests?")

A.  That was me speaking, no, I don't, because that is a direct quote of what I wrote, and I believe at that moment I was interpreting what he could have meant, and I don't know.  I didn't know really then, I don't think, and I certainly can't say now.

I could have, in that case when I wrote that, I think I -- basically I thought for him because he wasn't saying.  It was a fall in demand.  He just said that for now we have

29 (Pages 110 - 113)

Page 114

GUNDRY

sufficient -- well, he does say -- he says, please don't -- please you. He doesn't say it was ustedes, which is you plural, that's implied.

Please to you plural, the company us, don't continue sending tests of Logix in the size of 250 -- is the Logix Smart Test of a certain size -- for now.

Se cancelaran is future but it basically means we shall cancel. We shall be canceled. It shall be canceled the PO that is related to those particular tests.

This is -- this is attributed to that we have enough product for now. So actually what he's saying is that they have enough product for now. He's not saying that there's a fall in demand.

Q. Okay. Then if you look at --

A. If you go to that particular product, he didn't say that.

Q. All right. If you look at your email on February 8 where you say, "I spoke with Mario here. He says due to the rise and (now) fall in demand for the COVID-K-001s, they want to cancel the rest of order number 240."

Page 115

GUNDRY

A. That was me thinking for him and possibly erroneously, I guess. I don't know if I was correct.

Q. So what was your interpretation of what he meant by that?

A. It appears that that was my interpretation at that very moment that I wrote that. It could have been I thought different before or after, whenever. And that was relegated to that exact product, an exact size of an exact product which was, I think, becoming the minority of what they were ordering. If I'm not misunderstood, it was ordering more of the ABC at that time.

But anyway, so I don't even know how that relates. I seemed to interpret at that moment what he might be meaning but -- might have meant, and I could have been wrong, and it was just relegated to that exact product.

Like I said, I think it was not the big, the big show anymore in Mexico. You have to refresh.

Q. So your interpretation of what he said was that there was a fall in demand for that

Page 116

GUNDRY

particular product?

A. And an exact size, too, the 250 reaction per box size. But yeah, yeah, that's -- seems to be what I thought at that moment, in that very moment, and I don't know if that was what I thought it was before and after.

Q. Okay. Then if you look up at Mr. Benson's email at the top of the chain where he says, "Glad we shipped them a little more COV1 yesterday then, before they canceled the rest. But that's still over a quarter million dollars we're missing out on. Hopefully we'll see a replacement order for it later this quarter."

Did I read that correctly?

A. Yes.

Q. Do you recall whether you ever received a replacement order for that cancellation later in the quarter?

A. "Cancel the remaining 120,000 reactions." I don't -- I mean, I don't think we did.

Q. Do you recall if you received a replacement order in the second quarter of 2022?

A. Especially on that exact product, I

Page 117

GUNDRY

think that -- I don't know. I don't know.

Q. Other than Raver, do you recall if any of your other customers either stopped purchasing or reduced their volume of purchases for the Logix COVID test in early 2022?

A. I don't -- I'm sure now that they did, that the majority of the significant customers did reduce their order volume around that time period. I know that now. I think I know that. I don't know the exact time frame, but it wouldn't surprise me.

Q. Did any of the other Co-Diagnostics salespeople tell you whether any of their customers had stopped purchasing or reduced their volume of purchases in early 2022?

A. Sorry, you asked me whether any other of my customers --

Q. Any other Co-Diagnostics salespeople.

A. Oh. Whether they reported or experienced or predicted loss of sales?

Q. Whether they were noticing any loss of sales.

A. They were noticing.

Q. Around that time.

30 (Pages 114 - 117)

Page 118

GUNDRY

A. That's a good question --

MS. PEIRSOL: Objection. Form.

A. Yeah, that's a good question, because then I have to dive into their minds, but it's possible.

Q. Well, I'm asking whether they told you.

A. Oh, that's the objective.

Well, I mean, they probably did in that time frame, especially towards the end, like August.

Q. I'm talking about early 2022, so February, March, April.

A. I don't know. I don't know. Like I said, it was a flurry at the time was super busy, so I don't know.

Q. Do you know that Co-Diagnostics' revenue in the second quarter of 2022 was only $5 million?

A. Do I know now or did I know then? Sorry. I didn't remember, I don't remember if you said do you or did you.

Q. Do you know now?

A. I don't know that. It wouldn't surprise me.

Q. Why wouldn't it surprise you?

Page 119

GUNDRY

A. Well, I know that the sales did -- we don't have the same sales now as we did before, there's an inflection point and I think it was around there.

MR. URIS: I'd like to introduce another exhibit.

(Email with attached Ecuador Test Results, Bates CoDx_00244617 to CoDx_00244629, marked as Exhibit 5, as of this date.)

MR. URIS: I'm going to introduce as Exhibit No. 5 a document bearing Bates stamp CoDx_00244617. That document has been introduced.

THE WITNESS: Yes, I see it. Opening it.

BY MR. URIS:

Q. And this is an email from Cameron Gundry dated March 10, 2022, to Andrew Benson, Seth Egan, copying Dwight Egan, Denny Crockett, Palmer Masumbe, Laura Benzonana, Matthew Tisdall, Kenny Robinson, and Kenneth Bramwell.

To your knowledge, was the email reflected in this document sent at the time

Page 120

GUNDRY

indicated on the document?

A. Yes.

Q. If you look at the email, you write, "In these times of little good news, I thought I'd remind you that we got approval for a bunch of our tests in Ecuador, which took some months, excellent support from Regulatory, and a lot of footwork from the distributor."

Do you see that?

A. Yes.

Q. And you say "MASKAF Ecuador is jazzed to sell a bunch there."

A. Yes.

Q. What did you mean when you said "in these times of little good news"?

A. I don't exactly know, but I -- I'm not sure exactly what I meant.

Q. Were you referring to the facts that not many orders had been coming in since January?

MS. PEIRSOL: Objection. Form.

A. Could have been referring to the fact that my customers by that orders as much as theoretically possible. I don't know. Possibly.

There were some bad things also

Page 121

GUNDRY

happening. I think I was actually referring to the invasion of Russia to Ukraine. I believe it happened right around there.

My neighborhood is Ukrainian. It affected me a lot. I'm part Slovak by descendants. I actually think I meant talking about that particular war.

MR. URIS: Marissa, do you want to take a break here?

MS. PEIRSOL: It's up to you. I'm fine to keep going. If you want to take a break, we can take a break.

MR. URIS: Yeah, maybe a short break because it's 12:30. Maybe 10 minutes in all, I'll eat something, and then we can keep going.

MS. PEIRSOL: That works for us. Does that work for you, Cameron?

THE WITNESS: That's fine. I can, if you want me to, take a break. I'd rather speed things up if you don't really have to, because I feel that I've wasted your time and you're all better --

MR. URIS: No, no. I have a few more

31 (Pages 118 - 121)

Page 122

GUNDRY

documents to go through, but it is 12:30 here, and I don't eat breakfast, so...

MS. PEIRSOL: Jason, just for planning purposes --

MR. URIS: I can eat, I can eat quickly and then we can try to power through the rest.

MS. PEIRSOL: Just for planning purposes, Jason, how much longer after the break? Do you think that we'll be here for a few hours, just so that Cameron can plan his day.

THE VIDEOGRAPHER: Is it okay if I go off the video record?

MR. URIS: Yeah.

THE VIDEOGRAPHER: Thanks.

The time is 12:32. We're going off the record. This ends Media File 3.

Thank you.

(Off the record.)

(Lunch recess.)

Page 123

GUNDRY

A F T E R N O O N    S E S S I O N

(Resumed.)

THE VIDEOGRAPHER: We are back on the record. The time is 12:48. This begins Media File 4.

MR. URIS: I'm going to introduce as Exhibit 6 a document bearing Bates stamp CoDx_00476273.

(Email with attachment titled LB Monthly Distribution Update March 3, 2022, Bates CoDx_00476273 to CoDx_00476307, marked as Exhibit 6, as of this date.)

MR. URIS: Okay. And the document should be available on Exhibit Share.

BY MR. URIS:

Q. This is an email from Laura Benzonana sent on March 14, 2022, to Seth Egan, copying Cameron Gundry. The subject line re: Reporting Form, and an attachment titled LB Monthly Distribution Update March 3, 2022.

To your knowledge, was the email reflected in this document received at the time indicated on the document?

A. Yes.

Page 124

GUNDRY

Q. And Laura Benzonana was one of the salespersons on your team?

A. Consultant I managed, yes.

Q. Do you see in your email she says, "Hi Seth, Please find attach my report on all activities since November 2021," and then there's an attachment, which begins on the page -- you see in the bottom right-hand corner of the document that's called a Bates stamp. It starts on the number ending in 276.

And do you know what this document is?

A. What's this 276? I see a number that says CoDx_00476273.

Q. Yes, so I was referring to the page that ends in 276. So three pages or so beyond that.

A. Oh, is that -- oh, I didn't realize that. Okay. Yeah.

Q. And that appears to be where the attachment starts. Do you recognize this document?

A. Yes.

Q. What is it?

A. It's just showing -- let's see here.

It looks like the division of

Page 125

GUNDRY

responsibilities of management under me, you know. I mean, I managed it at the office, Salt Lake City office. That's just showing management's responsibility in colors. So blue, dark blue for Syntec, and so on. And Laura is in the light pink or whatever that color is.

Q. Okay. And I didn't mean to refer specifically to that page, but this entire attachment, which is many pages, which seems to be her monthly distribution update.

Can you describe, if you know, at just a very high level what this document is meant to be or summarized or --

A. Yeah, just we were still looking for distributors, always trying to improve the network, and so the activities going on for the distributors in Europe.

Q. Do you know what the -- do you know whose idea it was for Laura to put together this document?

A. I think -- I don't know exactly, but I think -- I think I know.

Q. Who do you think?

A. I think Seth asked for it, my boss Seth.

32 (Pages 122 - 125)

Page 126

GUNDRY

Egan asked for this, like a formalized report like this.

Q. Do you know why he wanted it?

MS. PEIRSOL: Objection. Form.

A. Good question. I was like good at managing the distributors anyhow, but did want -- if it was him, which I think it was, he wanted more, more reporting.

I think it had to do with also just territories, within territory manager, than having more of an outline to help in this case her.

Q. Is it your understanding that the purpose of this document was to provide insight into distribution efforts?

A. Yes.

Q. If you could go to, it's page 31 of the attachments, but if you want to refer to the Bates number in the bottom right-hand corner it's the page where the Bates number ends in 306.

A. Okay. Yes. It says, "If you have any other comments or feedback, please use this page," that page?

Q. Yes. And then below that it says, "After the feedback I have received from my

Page 127

GUNDRY

distributors, these are a few proposals I have to help them be more successful in the field."

Then under point 1, she writes, "The majority of our distributors have directly lost clients to Seegene's four gene test. As Seegene is our main competition I was wondering if the following might be a good solution. Writing a small review with references of why it is not necessary to test multiple genes and what problems could arise."

And then below that she goes on to list, "The following points should be covered in such a paper," and lists various points.

Who is Seegene?

A. The Korean, of course South, obviously. We call it Korean is that South Korea company.

Q. And what do they do?

A. Making -- so they're a competitor of ours, so the same thing basically. So the, you know, PCR test for human diagnostic, research, use and human diagnostic, and some systems solution.

Q. So they also sold a COVID-19 test?

A. Yes.

Q. And what is their "four gene test" that

Page 128

GUNDRY

she's referring to?

A. I don't know exactly because I don't know their product. But there are multiple genes on the SARS COVI2 virus, not that many, I think about 16 is all succinct, but -- so they have -- and some other providers. They and others have gone, some of them a direction of, I think, more gene targets, so that means more genes amplified, which is not really necessary, in my opinion, but...

Q. How many genes did Co-Diagnostics' COVID-19 tests have?

A. It varies. But for that Logix test as you referred, one. And then one -- there's always an internal control, but I'm not counting that.

But the primers, we call them co-primers, but for the little molecules of DNA that target the gene to be amplified and therefore detected, there was only one in that FDA EUA authorized and that same test was used in many of these places. That was the big one. So for that one, one.

There's another one we have that has two, RDRP and eGENE, while Seegene had four. Some

Page 129

GUNDRY

others have even more, but...

CDC originally asked them -- CDC originally made some things saying it's good to have multiple genes. I think. We didn't produce a good test. We're embarrassed. Subsequently ended up getting to sell their own test match. Private companies or companies came to the rescue and provided the tests. It was a feeling that more and more genes might be necessary capturing any type of emerging variant if there would be a mutation under one of those primaries. That's, I think, the logic behind having more than one gene. We had a one gene and a two gene. So Seegene apparently in Europe and, say, getting sales, I think mostly from Greece -- it wasn't a big player in sales -- getting sales saying, "Hey, you need more genes. What if there's a mutation. How do you know it's not false negative."

Q. And so you were hearing from your distributors in Europe that their customers preferred Seegene's four gene test?

MS. PEIRSOL: Objection. Form.

A. I didn't hear that. She's saying that she did. But she didn't manage -- she only

33 (Pages 126 - 129)

Page 130

GUNDRY

managed about half of Europe. In there only about three or four countries that were really selling. So her locust of understanding was Greece for sure. She lived there. She had previously worked at a distributor. That's when we found her, she was working out of the distributor.

And like a little bit of knowledge into three or four other countries, but her knowledge was good, I guess, but she was -- in that case where she says that, I don't know that I would agree with that. Completely. But I think there were some customers that did get articulated from Seegene or genes necessary, if you want to see more genes, I guess. But I don't think it was a good argument. I always thought that was a poor argument. There are other ways to address the risk of a false negative. I don't think that's very substantial, but it could have been for some.

Q. Do you have any reason to doubt that that's what she was hearing from the distributors that she was dealing with?

A. I think that she -- no. From her just that she was hearing working closely with I think she got that message. I think she was

Page 131

GUNDRY

generalizing.

Q. And if you look at the second point that she lists, "Another thing that I have proposed to Cameron, and we are working on is to create 'fight cards' that show the benefits of Logix Smart compared to our main competitors. This will help our distributors have the right arguments when visiting clients and be more successful. Ideally, we can then have a short virtual training with our distributors."

Do you see that?

A. Yes.

Q. So was she proposing this because distributors were having difficulties selling clients on the Logix COVID test?

MS. PEIRSOL: Objection. Form.

A. I don't know. I don't know. She was primarily -- her job was primarily to get new distributors. That was late in the game to get new distributors. So her job was difficult because there had been much consolidation, you know, that -- I mean, that was late in the pandemic. So she was tasked with getting new distributors in countries where we had no sales

Page 132

GUNDRY

previously. So her perspective could have been, yeah, talking about how can we get more sales in the countries where we haven't been. In that part of Europe that she managed. We hadn't been successful. So it was kind of like in that wasn't necessarily explaining. It was just explaining, I guess -- I don't know exactly, but I said her job was to get new distributors in territories that we hadn't had previously, which wouldn't have had any sales in the past.

Q. So it -- so was it your understanding that she was proposing this because she was having a difficult time or, rather, her distributors -- strike that.

Do you know why she's referring to "our distributors" if she was only talking about distributors that were not yet on board?

A. No. Often people do refer to our distributors before there's a contract and there's just a -- you know, a football captain may refer to some girl as his girlfriend where that really or it never happens.

Q. So was it your understanding that she was proposing this because potential distributors

Page 133

GUNDRY

that she was dealing with were having difficulties selling their clients on the Logix COVID test?

A. I interpret this now that she was generalizing across those that had formal contracts and what we had sold in the past. And even more proportionately those countries in Europe that she managed where we hadn't achieved any success, and so attributable factors towards that, in countries in which, by the way, I didn't expect to get much sales.

Q. And if you look at the third point, she writes, "A recurring theme in talks with new and existing distributors is the need for faster kits. The Russian and Croatian lead said that governments are looking for tests in under one hour. All our distributors are also asking for significantly lower prices. Europe has seen really lowering prices. In Greece kits are sold for one and a half euro per test. If we can remove the cost of extraction completely, then we would be so much more competitive in these regions."

A. Yes, I see that.

Q. How long did the -- did

34 (Pages 130 - 133)

Page 134

GUNDRY

Co-Diagnostics -- did the Logix COVID test take?

A. It's variable.

Q. Was it over one hour?

A. Depends on how you define it. Because there's the extraction that takes place previously, which is necessary. That could take from five minutes to over an hour. You could do from one sample at a time to like 384, depending on the lab, so it's highly variable.

Then after that, the setup could take, I don't know, under 10, 20, 30 minutes, depending on how slow and complicated.

And then the actual PCR run in the instrument that we sold, the CoDx box, which is OEM for us, it's manufactured for us by EMS in Australia. That device, I think was rough -- very close to an hour, I think, the protocol. Maybe an hour and 10 minutes. I don't know exactly. I think it was possibly slightly more than an hour that particular test. And a little bit, yeah, there were faster tests for sure. I don't know that I did -- I don't know that I saw that as a blockade to sales.

Q. So Seegene's test was under an hour?

Page 135

GUNDRY

MS. PEIRSOL: Objection. Form.

A. Good question. And I doubt it, because they used the Bio-Rad CFX96 or 384 system. I do have -- I have used that in the past. That's the basis of their instrument that's OEM to them, that's with an extraction that comes from another company. Anyway, the whole process for sure takes over an hour, probably two hours.

Q. If you look in that same point 3, if you go down a little bit further towards the bottom of the page where Laura writes, "Furthermore, we could look at potentially shortening our reverse transcription stage. Once again Seegene our main competitor has launched tests in under an hour."

So do you disagree that their tests work in under an hour?

MS. PEIRSOL: Objection. Form.

A. I don't know. I don't think it's relevant. I wouldn't have focused on that. I think that was not a main factor. But if it was true, there are tests that are faster. And if Seegene does have and did have, that could have affected the ability. They would have possibly been ingenuously advertising because the

Page 136

GUNDRY

extraction takes a lot of time. I feel that the total time would have still been about two hours for Seegene, about two hours for ours, if you compare the same workflow. There are very few differences in.

Seegene's test was not a care -- wasn't a point of care test grossly, good enough, not like in a doctor's office. It was a lab-based. They're referring to lab-based tests. Very much similar form and function. Okay. There's no differences, I don't think, with timing. That's not where I would have focused.

Q. Did you ever put together a report like this for the distributors that you were handling?

A. A report being?

Q. Similar to this monthly report that Laura had put together, did you ever put together a similar type of report for the distributors you were dealing with?

A. I think I -- I think I may have.

Q. Did you ever share it with anyone at Co-Diagnostics?

A. If I did, then I would have.

Q. Who would you have shared it with?

Page 137

GUNDRY

A. With Seth.

Q. To the extent you put together any of these reports, do you know if they were produced in this case?

MS. PEIRSOL: Objection. Form.

A. "This case," what do you mean "this case"?

Q. In this litigation.

MS. PEIRSOL: Same objection.

A. Prima facie or something. It's Latin terminology. I don't know. It's not obvious to me, I don't know.

Q. Okay.

MR. URIS: Okay. I'll introduce another exhibit.

I guess one more thing on that exhibit.

Q. In that same paragraph she mentions that "all our distributors are also asking for significantly lower prices." Do you know why she wrote that?

A. I can't say what she was thinking. I can speculate.

Q. Do you have a sense whether your prices

35 (Pages 134 - 137)

Page 138

GUNDRY

were competitive in Europe?

MS. PEIRSOL: Objection. Form.

A. That's a really good question. We were at that point average to slightly lower on the price still is my gestalt that I feel right now. Now I would say, it's hard to say looking back.

She brought up something about 1.5 euros. That's, I think, Roche, the multibillion-dollar company. It might be surprising that they would offer it at such low prices when their costs could be something like 50 cents. It's not a huge profit. But maybe it's a dollar they cost. For them to offer that is interesting.

I heard from some labs in Greece that Roche was offering at those prices because they had $1 million large integrated systems on rental, so it's kind of like Roche would get their money one way or the other. If they wanted to maintain the platform with multiple uses, they could temporarily lower prices for any particular analyte or need to be analyzed any test, you know, so they could do that strategically, and apparently they did.

Page 139

GUNDRY

Q. So your prices were higher than what Roche was charging?

MS. PEIRSOL: Objection. Form.

A. That's a good question. I don't really know that. I have a sense that in Greece at that time that this was written our prices were higher, and that's because Roche was the hegemony who had grown so fat and so they could do what they wanted. You know, they could selectively lower prices ad libitum -- ad libitum -- whereas we couldn't necessarily.

MR. URIS: I'm going to introduce as Exhibit 7 --

THE WITNESS: I'm going to use all my Latin for this because I took Latin. Almost took the whole year, and my professor said, "Are you really going to make a living spreading ancient languages?" I said, "Okay. I go known copious. Gee, I don't know." So I stopped taking Latin."

MR. URIS: I'd like to introduce as Exhibit 7 a document bearing Bates stamp CoDx_0035982.

Page 140

GUNDRY

(Email Exchange, Bates CoDx_00035982 to CoDx_00035983, marked as Exhibit 7, as of this date.)

THE WITNESS: 892, right, at the end?

982.

MR. URIS: 982.

THE WITNESS: I said it wrong.

BY MR. URIS:

Q. And this is an email chain where the top email is from Cameron Gundry dated February 24, 2022, to Jesse Montgomery, Seth Egan, Kenneth Bramwell, copying Laura Benzonana and Dwight Egan, with the subject line re: Product improvements for more sales in increasingly competitive market.

A. Yes, I see that. Somewhat brashly written by me.

Q. To your knowledge, was the email reflected in this document sent at the time indicated on this document?

A. Yes, I gave my 2 cents when no one asked.

Q. And if you look at the first email at the bottom of the chain, that is an email from you also on February 24, 2022, to Jesse Montgomery,

Page 141

GUNDRY

Seth Egan, Kenneth Bramwell, copying Laura Benzonana and Dwight Egan, with the same subject line.

And in the -- in the second sentence you say, "As you can see, Seegene has recently launched a 30-minute COVID test. One way to keep up with innovation could be to provide a DS sans PK, shortening the protocol, the cost, and the complexity."

A. In other words, that means direct saliva without from French, you're seeing the French. PK for protein, protein ASK. It's a chemical that helps to -- it's like in sample preparation before the test. In other words, to make aster run by abbreviating a sample preparation process. I guess Seegene did.

Q. Then in the last sentence you say, "Finally, shortening the RT step would also make us more competitive, but of course be lots of work to validate."

What is RT?

A. Reverse transcription, which is the first step before the PCR, but it's on the same PCR machine. Hence, reverse transcribes RNA to

36 (Pages 138 - 141)

Page 142

GUNDRY

DNA because DNA polymerase only accepts DNA. That's why you do PCR. So first you have to reverse transcribe from RNA to DNA. The virus SARS COVI2 is on. But we did have a product at the time for direct saliva. I was able to do that, and I was suggesting here that we do that for more than just that one particular COVID test and that would possibly increase the market share.

Q. Okay. So in this email you seem to be raising many of the same concerns that Laura did in her later March report, correct?

MS. PEIRSOL: Objection. Form.

A. Looks like I'm validating what she said, which I don't know if it's true. But -- I don't know if it was true, but right now I see that I was insinuating that some of those arguments were reasons to be worried. Ways that we can improve. Increase sales. Grab new market share.

Q. Would you have --

A. Especially in the context of countries in which we had never introduced it. Used it.

Q. Would you have written these things in an email if you didn't think they were true?

MS. PEIRSOL: Objection. Form.

Page 143

GUNDRY

A. I don't believe I would have knowingly deceived my management. The solution for that is called firing.

So no, I don't think I -- I don't recall anytime I was deliberately deceiving anyone.

Remember, my history was coming as an advisor to the company first. When supposedly they must have found value in me because that's how they -- that's why they took me, I think, as a full-time whatever. But, so I don't think I would have -- I don't believe that I would have deliberately deceived anybody. I'm just looking at it now and I don't think those are the factors necessarily, but they could have been partly. In summary.

Q. Is it fair to say that at the time you wrote this email you believed these things to be true?

A. Yeah, and especially like this Russian and potential Croatian.

By the way, the Russian fell off the map as soon as -- shortly after the invasion and then we didn't ever sell to them, but -- so, yeah, I think -- and, again, and those were sales in

Page 144

GUNDRY

regions we had never achieved success, so they really wouldn't -- that wasn't expected revenue, that was a source of new avenues, you know, undiscovered countries.

Q. Okay. So in this top email you say, you write, "FYI, Russian leads and the potential Croatian distributor are saying that less than one hours is needed to win gov sales these days. I think Seegene will, again, take our lunch with many gov sales with this new 30-minute PCR protocol. We will undoubtedly lose more sales to Seegene to this 30-minute dealio, barring a market response."

Do you see that?

A. Yes.

Q. So are you suggesting that Seegene is likely to win these new sales unless Co-Diagnostics develops a faster COVID test?

MS. PEIRSOL: Objection. Form.

A. In this particular email I think I was referring specifically to Russian and Croatian markets, which we never sold anything to before. I think we sold one, that was Ukraine ironically, before that. But anyway, very tiny order.

Page 145

GUNDRY

Q. So with respect --

A. That's -- sorry.

Q. Right. So with respect to those markets, is that what you were saying?

A. Yes. But when I say "undoubtedly lose more sales to Seegene," I could have been referring more generalized. I don't know. I really don't know how generalizable I thought that was. Other markets, how germane it is to predicting sales in general, it's dubious.

Q. Do you know in what markets Seegene sold its tests?

A. They were in many markets.

Q. Were they in the U.S. market?

A. Almost nothing in the U.S.

Q. Were they in the Latin America market?

A. Yes. We saw them as competition there.

Q. Were they in the Middle East market?

A. Possibly, I don't know.

They did sales in France. They did something big in France, or Australia, I remember that in the news early, way before this.

Q. So at this time were you concerned that Co-Diagnostics was not keeping up with innovation?

37 (Pages 142 - 145)

Page 146

GUNDRY

MS. PEIRSOL: Objection. Form.

A.   That's an intriguing question. I think that they're always pushing innovation here. I always am. I'm the one that brought the group in that's now doing the point-of-care system development. I was the person who brought them in. At least the first part of that. That's a big part of our future.

In the beginning I served as the -- as a consultant. That was talking about innovation and all that kind of stuff. I think I've always maintained that interest and hope that my input has been valued.

Q.   So you were expressing ways in which you thought the company could keep up with innovation?

MS. PEIRSOL: Objection. Form.

A.   In this case, yes, in this -- in this -- mainly I was doing what I often did being a technology PCR extreme nerd my whole life in this industry, and in hopes that I haven't thrown away my whole life, and so to make value out of my own existence I would hope to offer up anything that I can do to help, even when it's not relevant. There's a weakness even when it's not relevant.

Page 147

GUNDRY

MR. URIS:  I'm going to introduce another exhibit.

THE WITNESS:  I can say that my comment's management would have to look kind of with a grain of salt necessarily because of my tendency to bring up so many interesting creative things, most of which are not relevant. They know that, I think. Some of them are great. Some are the worst ideas ever. This could have been some of the dumb ideas.

So I would question the value of my own existence. I should question my own, and so do they, and so did they.

MR. URIS:  I'm going to introduce as Exhibit 8 a document bearing Bates stamp CoDx_00042670. It should be in the folder now.

(Email Exchange, Bates CoDx_00042670 to CoDx_00042674, marked as Exhibit 8, as of this date.)

THE WITNESS:  I see it. I'm opening it. The page is running. Opening. It says opened.

Page 148

GUNDRY

BY MR. URIS:

Q.   This is -- this is an email, email chain, with the top email from Cameron Gundry dated May 4, 2022, to Brandy Robinson, Seth Egan, Marlon Ramos, Kenneth Bramwell, and Chad Apuli, with the subject line:  Important update for product statuses.

To your knowledge, was the email in this document sent at the time indicated on the document?

A.   Yes.

Q.   Who is Chad Apuli?

A.   He is the man who works here currently as a scientist. In that time I think his title was lab manager, like R&D and other aspects of the development lab.

Q.   And what was his role?

A.   I think at that time it was lab manager. I don't know if the title was director specifically, but acting at the director level for the goings on of the making of or improving of new products.

Q.   If you scroll down to the email first in time on this chain, which is the email from Chad

Page 149

GUNDRY

Apuli dated April 7, 2022, to Sales Team, Kenneth Bramwell, Olivia Beasley, Brandy Robinson, Amanda Jenson, Kyle May, Kahu Ha'o -- I don't know how to pronounce that -- and Jesse Montgomery.

Do you see the first email is the salesteam@codiagnostics.com. Do you see that?

A.   Yes.

Q.   Do you know what that email is?

A.   I think so, yeah.

Q.   What is it?

A.   My own conclusion is, everyone's fine with that blah blah blah, but he says, "about removing these from the order form so there isn't any confusion about what we can and cannot sell," well, it looks like he is trying to stipulate what that said.

Q.   Sorry, I was just referring to the specific email address salesteam@codiagnostics.com.

A.   Oh.

Q.   Do you know -- do you know what the purpose of that, like is that, is that a -- do you know if that's a listserv?

A.   Yeah, it includes everybody from the

38 (Pages 146 - 149)

Page 150

GUNDRY

sales team, I think.

Q.   Okay.  Then in that email Chad Apuli writes, "In the sales meeting today, Seth asked about the malaria test and whether or not we should sell it.  I figured it would be good to go through all the products that we have."

And then he lists, he goes on to list the "products that we have tested, and I am confident that they work."

And then below that he writes, "We have done little to no testing with these products, and I am not confident that they work, so I would not recommend that we sell them."

Do you see that?

A.   Yes.

Q.   And then he lists -- is that -- that first one is an HPV test; is that correct?

A.   Yes.

Q.   And then the Logix Human Immunodeficiency Virus?

A.   Uh-hum.

Q.   Logix Smart Hepatitis B Virus, Logix Smart Malaria, and then Logix Human Immunodeficiency Virus 1.  Do you see that?

Page 151

GUNDRY

A.   Yes.

Q.   And then I believe below that on the next page there's another Logix Smart Hepatitis B test.

A.   You're at HPV-K-003?

Q.   004.

A.   Oh, yeah.

Q.   Yeah, yeah, there's the 003 and then 004 on the next page.

A.   Yeah.  Yeah, I see all those.

Q.   Okay.

A.   Five total.  Like four in the space, yeah.  Okay, yeah.

Q.   Then if you go to the next email in time from Kyle May to Chad Apuli and Seth Egan, who is Kyle May?

A.   He's now -- his role was and continues to be mostly manufacturing the Logix and other kits.  And continues now with sending to production issues related to our new -- well, our platform that is not currently for sale.

Q.   And in that email he writes, "I was wondering if Chad's message here should be regarded like the STI situation we've been

Page 152

GUNDRY

discussing recently.  We decided earlier that we would hold off on making the STI kits available until we have higher confidence in the test version, which seems like it might hold true for the tests listed in the second table that Chad provided here.  We recently received an order from Cameron for some HPV kits, but those are among the ones listed in that second table.  Do you guys have opinions on whether we should decide to hold off on providing HPV kits at this time?"

Did I read that correctly.

A.   Yes.

Q.   Do you recall that a decision was made to hold off on making STI kits available around this time?

A.   No.  All I remember is that the STI kit ultimately was not commercialized.  I don't know what regarded like the STI situation.  We weren't selling it.  In development still.  We had some tentative version for research news that we couldn't have sold.  I don't believe we did.  I didn't.  Never went through regulatory.  The work on it stopped.

Q.   Okay.  And then in -- if you look up to

Page 153

GUNDRY

the next email from Seth Egan on May 3, 2022, to Kyle May and Chad Apuli, he writes, "With Chad's assessment below, I would side with Chad and not offer these tests in the second category."

Do you see that?

A.   Yes.

Q.   Okay.  And we can go to the next email above that from Kyle May on May 3, 2022, to Seth Egan, Chad Apuli, Cameron Gundry.

Kyle writes, "Sounds good."  And then he tags you and says, "See Seth's response below regarding order number 2575.  We will continue to fill this order, just without the HPV test kits."

Do you see that?

A.   Yes.

Q.   And then in the email right above that on May 4 from Chad Apuli, he writes, "Hey Cameron, Just to be clear, we won't be selling the STI or HPV, HIV, HBV, or MAL tests.  You have an order number 2575 that we won't be including the HPV kits in, as they are no longer something that we will be selling until we approve them for sale."

Do you see that?

A.   Yes.

39 (Pages 150 - 153)

Page 154

GUNDRY

Q. Okay. And then if you go to the next email, which is from you to Chad Apuli on May 4, 2022, where you write, "Laura and Marlon, Looks like some of the products we were promoting, and getting modest sales with, are for now not available.

"We will lose five customers in Latin America from immediate HPV withdrawal, damaging all our customers there.

"It will damage our ability to continue with reagent rental for five instruments, three in Venezuela and two in Bolivia, and one HBV customer in Bolivia as well.

"In Europe we will have to explain why we were offering and now can't offer these tests to a few customers. We are somewhat lucky that we haven't sold any of these there, unless I am forgetting now.

"Not sure about Africa, but I know this isn't ideal. I know Palmer has much interest in those kits.

"Although this isn't a huge number of customers we will immediately lose, I know it is very disappointing to hear this. We in sales need

Page 155

GUNDRY

to reduce our conversations to only what is confirmed top products, which is a very small number of kits now."

Did I read that correctly?

A. Yes.

Q. When you say --

A. When I have to listen to it now, like, man, I am boring.

Q. When you say, "we will lose five customers in Latin America," do you recall which customers you were referring to?

A. HPV? I mean, besides -- well, I think in Venezuela there were two hospitals that had validated it themselves and were using it. I believe had their own validation. They understood that, to my knowledge. Very small volumes. So small it's totally intangible, like one or two kits a year.

And then there was -- in Bolivia there were a few customers. And when I said one HBV, I think I meant HPV, human papilloma. But some in Bolivia.

I think it's mostly just a couple in Venezuela, maybe three or four in Bolivia.

Page 156

GUNDRY

I think that's all, that's all I can remember right now.

Q. You do say it would damage all of your customers there, referring to Latin America. Do you see that?

A. Yes.

Q. What did you mean by when you said that it "would be damaging to all our customers there"?

A. Well, we were hoping -- also in Mexico, any of the distributors that were aware of the development -- hoping that that would eventually know -- well, that they would, that they would continue to -- be able to continue to purchase the RUO kit, and there was hope that it would go to get the CE mark, which is for Europe, it's their equivalent to the FDA. That's what I felt that that was the intention in the past.

Anyway, but it didn't go that way, and then we were in this case being told that some of those kits, which we had almost no experience with, hadn't gone through clinical valuation yet, and we weren't going to continue to sell them. We were being told that, not necessarily why, but...

Q. When you refer to "it will damage our

Page 157

GUNDRY

ability to continue with reagent rental for five instruments," what are you referring to by "reagent rental for five instruments"?

A. Reagent.

Q. Reagent.

A. It's sort of reagent is just like a chemical, you know, lingo.

But anyways, so reagent rental is a term in the industry meaning the instrument that is put on loan, typically could be free of charge or low cost so the customer doesn't have to come up with the capital for the instrument.

Like I said in the Roche case, can be like a million dollars in Greece, Roche, million dollars. So nobody wants to pay a million dollars, so they just pay a little bit more sometimes on reagent or they just have a certain agreement of a certain volume -- monthly, quarter, yearly, whatever. If you don't fulfill that, you lose the instrument. It's very much used in this industry. Billion-dollar companies they use that. We use that, too, we weren't reinventing the wheel.

So we have some number of our CoDx box

40 (Pages 154 - 157)

Page 158

GUNDRY

instruments real-time PCR we offered in that fashion, either freely or sometimes a nominal charge, and then to be as long as the customer/distributor, as long as the distributor ordered in certain volumes. For the reagent rental there were a few. Bolivia there were a few.

Q. Did your customers want to be able to purchase all of the tests that they were selling from one supplier?

MS. PEIRSOL: Objection. Form.

A. Asking me the question, I would opine that yes, some did want consolidation and therefore efficiency in their product lines. Others were scatterbrained and would sell anything to anyone at anytime and anything in between. It's hard to generalize. You can imagine the logic of meaning a company, a company -- a representation, a distribution agreement with a company that provides more, imagine that that would be more efficient.

Q. And if you look up at the next email on May 4, 2022, at 7:06 p.m., you write, "Brandy, Our Bolivian distributor is here with us and has

Page 159

GUNDRY

clinical data for HPV. We hinted that maybe it be able to sell HPV to his five customers anymore." Although I think in the email above that you say there was a typo, I think you meant to write, "we hinted that maybe it wouldn't be able to sell HPV to his five customers anymore."

A. Yes.

Q. Is that correct?

A. Yes.

Q. And then you go on to write, "He nearly had a heart attack." Do you see that?

A. Yes. Exaggeration, of course.

Q. Do you know which Bolivian distributor you were referring to?

A. Yeah, that's probably TodoLabs. Tito Vidaurre is the CEO.

Q. Is TodoLabs different than Biotech Bolivia?

A. Yeah, we do -- we had two -- yes, they're two separate companies. It's possible that I was referring to Biotech Bolivia but I think more likely to TodoLabs.

Q. Do you know whether Biotech Bolivia made any further purchases of the Logix COVID test

Page 160

GUNDRY

after this point?

A. I can't say for sure, but I would guess they didn't order much at all because other labs became the better distributor. Subsumed or assumed the sales for that region must. They were nonexclusive both, and they knew it. But I don't know.

Q. So is it fair to say that the Bolivian distributor that you're referring to in this email was not happy to hear this news?

A. He was not.

MS. PEIRSOL: Objection. Form.

A. He wasn't happy. The HPV component might go away. I think he mentioned that he might have to sell other kits or do some other -- do something to maintain.

Q. Is it fair to say that you were not happy to hear this news?

A. Yeah, I think I somewhat challenged it. Not inability but lack of authorization to sell the HPV RUO test. RUO for research.

Q. What efforts did you make to challenge it?

A. Well, I -- I just said something to the

Page 161

GUNDRY

effect of, can we continue to sell to those customers with whom we've already sold who have already validated clinically, validated that clinically within their countries to their law, to their legal requirements were very happy and haven't given us any complaints about the product, I think constitutes justification maintaining those kits. And the paucity of the markets that we did have, if I can just have a few thousand dollars of sales, that's intangible, but everything starts somewhere. Any number of these products could have been like that and could have gone to great heights. And HPV was one of the greatest requested link in Latin America creator of the normal analytes.

Q. So was that request rejected?

A. I think so, but I -- well, I think that the conclusion was fine, if Barry sold HPV to a customer who was already -- tells us that the appropriate, the credit sure and the laboratory and legal everything has been done, any type of clinical testing or for whatever use that it's fine, that it's legal and good for their territories, we don't need to prevent those orders

41 (Pages 158 - 161)

Page 162

GUNDRY

because it's most likely customers on the list with so little, so it immediately wouldn't be expected to make any difference.

Q. So were you permitted to continue selling to those customers or no?

MS. PEIRSOL: Objection. Form.

A. I think I was, but I can't -- I think I was. Only a couple of customers, like I described. That's my understanding of it.

MR. URIS: I think this might be a good point for a short break. Does that work for you, Marissa?

MS. PEIRSOL: Oh, yeah, that works for me. Do we have a lot more to do or are you getting near the end?

MR. URIS: I would say near.

MS. PEIRSOL: Okay.

MR. URIS: Yeah, I would say near.

THE VIDEOGRAPHER: Okay. Thank you. This is the videographer.

The time is 1:50. We're going off the record.

(Off the record.)

(Resumed.)

Page 163

GUNDRY

THE VIDEOGRAPHER: We are back on the record. The time is 2 p.m. This begins Media File 5.

MR. URIS: I'm going to introduce as Exhibit 9 a document bearing Bates stamp CoDx_0020554.

(Email Exchange, Bates CoDx_00020554 to CoDx_00020560, marked as Exhibit 9, as of this date.)

MR. URIS: It should be available now.

THE WITNESS: Yes.

For the record, I put some peppermint oil on my hands, but I got some in my eyes. If I'm winking, please don't constitute it as any form of harassment or communication.

It's peppermint oil. It's supposed to -- well, it smells great. Bringing Santa Claus in.

A. Yes, I see this document.

Q. That is a -- hold on.

That's an email chain. The top email is from Laura Benzonana dated May 4, 2022, to Cameron Gundry, Chad Apuli, and copying various people, including Seth Egan, Andrew Benson, and Denny

Page 164

GUNDRY

Crockett.

If you scroll down a bit, it appears to be the same email thread we were just going over, except the most recent email from Laura is the new email.

To your knowledge, was the email reflected in this document received at the time indicated on this document?

A. Yes.

Q. Okay. If we look at Laura's email, she writes, "Hi Cameron, Thank you for letting me know --" I guess, let me -- let me back up.

Let me go back to the most recent email before that where you're writing to Laura and Marlon, and that's where you're writing that it looks like some of the products you were promoting, getting modest sales with, are now not available. Do you see that?

A. Yes.

Q. Okay. And then Laura responds, "Hi Cameron, Thank you for letting me know. This affects Europe a lot as HPV, HCV, HIV, HBV, and STI are the number 1 tests that all distributors ask. With COVID being the way it current -- it is

Page 165

GUNDRY

currently -- with COVID being the way it is currently getting new distributors relies heavily on these kits being in our immediate pipeline."

Do you see that?

A. Yes.

Q. So is it your understanding that she's saying that these tests that are no longer available, or at least some of the tests that are no longer available, are the number one tests that the distributor she was dealing with were asking for?

A. I think she was trying to say -- especially for distributors she was still trying to bring on -- with the zero sales in the past and zero way to predict what they might contribute in the future really, with the expectation or hope that if we brought some of those on that they did focus on those particular analytes, viruses, tests for those viruses, yeah.

Q. Okay. And then she says, "With COVID being the way it is currently getting new distributors relies heavily on these kits being in our immediate pipeline."

Do you have an understanding of what she

42 (Pages 162 - 165)

Page 166

GUNDRY

means when she says "with COVID being the way it is currently"?

A. I can't say what she thought at the moment. Yes.

Q. Do you have any interpretation of what she meant by that?

A. We're talking May. This is in U.S. format, right? Yeah. Because you know Europe is opposite that. That's interpreted as May 4th? Well, April 5th?

Q. Yes.

A. So May 4th, I do see in Greek it says 4th of May down there, so.

Okay. So in May, I believe it was the summer. I think we typically had lower COVID sales anyway in the summer. But then at that point I didn't have the sales that I would like to have at that moment, and so I think she meant that, too, about that in May, you know.

MR. URIS: I'm going to introduce another exhibit. I'm going to introduce as -- oops.

So I -- so I introduced the document, I forgot to add the stamp.

Page 167

GUNDRY

Is the court reporter -- are you able to add a stamp to that document when the deposition is completed?

THE STENOGRAPHER: Yeah, the office will do that. We'll indicate.

MR. URIS: Okay. So this is -- sorry, which exhibit were we up to?

Do you know what exhibit we're up to?

THE WITNESS: I have 9, Exhibit 9 is the last exhibit. Exhibit 10.

MR. URIS: So this is Exhibit 10?

THE VIDEOGRAPHER: My notes say 10. This should be 10.

MR. URIS: Okay.

(Email Exchange with attached Document Produced in Native Format, Bates CoDx_00061509 to CoDx_00061513, marked as Exhibit 10, as of this date.)

THE WITNESS: I don't know if anybody ever said 10 of 10 before.

MR. URIS: So it's still numbered as 10, I guess it's just missing the stamp, so I guess that's easy.

Okay. So this is Exhibit 10. This is

Page 168

GUNDRY

a document bearing Bates stamp CoDx_0061509.

THE WITNESS: Yes, I see this. I have it loaded, the PDF.

BY MR. URIS:

Q. Okay. And this is an email from Cameron Gundry dated May 5, 2022, to Tom Williams, copying Marlon Ramos, with the subject line New Order Raver.

To your knowledge, was the email reflected in this document sent at the time indicated on this document?

A. Yes.

Q. Okay. And if you -- if you look at the email at the bottom of that first page from compras@raver.mx to Cameron Gundry and Marlon Ramos and copying J. Ramirez, was that Julieta Ramirez's email?

A. Yes.

Q. And Juan Carlos Verdin Reyes, do you know who that is?

A. Yes. He worked there also. He's like a technical sales type of person.

Q. Okay. And S. Arroyo, do you know who

Page 169

GUNDRY

that is?

A. Salvador, yeah. I think he was the guy in charge of orders, like an accounting maybe guy at the time. Salvador Arroyo, I think that was him, yeah.

Q. If we look at that email again -- and, again, I'm not fluid in Spanish -- but is my understanding correct that Raver is placing an order for tuberculosis, HPV, STI, and malaria kits?

A. Correct.

Q. Okay. And then if you look at the top email on May 5th from you to Tom Williams, you write, "Tom, Please enter this order. STI converted to 5 plex. It is okay with Raver."

And then you write, "Also we have to eliminate the HPV and malaria kits. They are very angry but nothing they can do."

Do you see that?

A. Yes.

Q. Do you recall why you wrote that "they are very angry"?

A. I mean, I think that not -- well, I assume, just because this HPV and malaria were

43 (Pages 166 - 169)

Page 170

GUNDRY

then on -- were at that point on this list of don't send to new customers. So the intent of this order was for samples and for some testing that could be used to possibly support clinical submission by data for registration that involves a lot of clinical testing. So I think that -- so this was Raver trying to get ahead of things, initiate new initiatives. And they looked at our catalog and was like, we like all this stuff. And then I had told them, well, you're going to have to take out a couple of these things, and they didn't like it because they wanted -- they wanted to sell all of those things.

Q. Why couldn't they buy those kinds of tests from someone else?

A. Well, they can. They could and they can.

Q. Then why would they be very angry that you couldn't provide them?

MS. PEIRSOL: Objection. Form.

A. Good question. That's hard to say. And I don't know how angry "very angry" is because probably slightly exaggerated to make my point. But, I mean, nobody was yelling at me, literally.

Page 171

GUNDRY

But it could be better to characterize it as they were disappointed.

Q. Well, do you think they wanted to purchase all of the test kits that they wanted to sell from one supplier?

MS. PEIRSOL: Objection. Form.

A. I think she did. Julieta is very loyal, and made so much money from our kits, and I think that she would -- I think she did indicate that she would prefer kits from us before trying to get them from a different supplier.

MR. URIS: I'm going to introduce another exhibit.

(Email Exchange, Bates CoDx_00039644 to CoDx_00039645, marked as Exhibit 11, as of this date.)

MR. URIS: I'm going to introduce as Exhibit 11 a document bearing Bates stamp CoDx_0039644, and that should be available.

BY MR. URIS:

Q. This is an email chain. The top email is from Cameron Gundry dated May 25, 2022, to Kenneth Bramwell, Brandy Robinson, Chad Apuli, copying Seth Egan, Adam Cook, and Olivia Beasley,

Page 172

GUNDRY

with the subject line "Well, now what?"

Q. Who is Kenneth Bramwell?

A. He's now -- he kind of just joined a while back. At that point I remember he was over regulatory to some extent, but Brandy Robinson was the actual director of regulatory.

Q. I'm sorry?

A. Kenneth, KC, he's basically -- he's a top scientific contributor and kind of overseer of such.

Q. And who was Adam Cook?

A. Technical support specialist.

Q. And who was Olivia Beasley?

A. She was director of quality, I think. Doesn't work here. Adam and Olivia don't work here anymore.

Q. Okay. And if you go down to the first email in the chain from Julieta Ramirez on May 24, 2022, to Seth Egan, copying Dwight Egan, Cameron Gundry, Adam Cook, and Marlon Ramos -- I guess, before I get to that.

To your knowledge, were the emails reflected in this document sent or received at the time indicated on the document?

Page 173

GUNDRY

A. Yes.

Q. Okay. And so on Julieta's email, it's a bit long, so I'll try to avoid reading the entire thing into the record, but I guess a few preliminary questions.

What is I-N-D-R-E or is that pronounced InDRE?

A. Yes.

Q. What is InDRE?

A. That's the Instituto de Diagnóstico y Referencia Epidemiológicos here, so it's the National Institute of Epidemiology.

(Request to repeat.)

A. Just it's their National Institute of Epidemiology, but it's considered equivalent to our CDC.

Q. So it's Mexico's equivalent of our CDC?

A. Yeah. It's the closest equivalent in my understanding.

Q. And what is an InDRE evaluation?

A. Mexico -- InDRE basically is a formal evaluation of essential IVD assays for in vitro diagnostic for human use. And they do testing like independent in this space and feel that it

44 (Pages 170 - 173)

Page 174

GUNDRY

gives good results. They can give a recommendation to the COFEPRIS, C-O-F-E-P-R-I-S, which is the equivalent of, just an abbreviation. This is an abbreviation, which is the same thing as essentially our FDA.

So it's like if it were here, it would be like the CDC as a pretty heavy hand in recommending in vitro diagnostics to the FDA, which doesn't actually exist here so much. They're pretty much separate institutions. In Mexico they work their FDA equivalent, their COFEPRIS, is more -- or is dependent or they appreciate or they want more feedback from InDRE or the I-N-D-R-E.

Q. And these emails refer to a ZDC kit. What is ZDC?

A. Zika, dengue, chikungunya. It tests all three viruses simultaneously in one set. One use in that case.

Q. And in Julieta's email she appears to be upset that the Co-Diagnostics ZDC kit failed its InDRE evaluation; is that correct?

A. Yes.

Q. Do you recall when that occurred?

Page 175

GUNDRY

A. Yes, I was there. When I was able to visit the InDRE, they did an independent -- they did one little test and asked us some questions, but they did a large evaluation of it.

Q. And when did that occur?

A. It was right about then. It was like in the summer of '22 or the -- like April, May or June. No, I mean, this is May.

It could have been the first of May-ish, middle of May-ish.

Q. Is that when the evaluation was completed?

A. Part of, kind of a little i dotting or t crossing event. Formally invite us. Ask us a few questions. They'd already done certain evaluations. They were still to do a few more.

Yes, they invited us and that's -- we saw the people that were -- the eyes of the people that were doing the evaluations. They allowed us to get some gestalt that they were doing things properly. InDRE is small funded. It's like our institutions here and it was the bias that they might not be doing things properly.

Q. And so when you visited did they

Page 176

GUNDRY

indicate to you that the ZDC kit had failed the evaluation?

A. Yes. I don't know that it was finalized yet. I saw as it happened and, as expected, and a few runs that they performed there that I was able to comment on.

Q. Okay. And so looking back at Julieta's email, she appears to be upset because she had set expectations for their customers and had told them that the Co-Diagnostics ZDC kit would be very good. Do you see that?

A. Yes.

Q. Was this the second time that Co-Diagnostics' ZDC kit had failed an InDRE evaluation?

A. Now, that is possible. I could be confusing the first and second. There were two times. I think the first -- maybe it was 2021 when I went there, and this could have been a second. I don't even know what took place. It's possible this was the second, yeah.

Q. Do you recall that there was a first InDRE evaluation in 2021?

A. That may be the one I'm remembering when

Page 177

GUNDRY

I actually flew out.

Q. Do you see towards the bottom of Julieta's email on the first page she appears to be complaining that Raver has workers on payroll, "even though they have nothing to sell, since COVID-19 sales fell to less than 10 percent, for which I have a lot of inventory and obviously hits me financially."

MS. PEIRSOL: Objection. Form.

Q. Do you see that?

MS. PEIRSOL: Objection. Same objections.

A. Yeah. I mean, it's -- sure, I can read this. I see it.

Q. Do you have an understanding of what she's referring to?

A. Yes.

Q. And what is she referring to?

A. Appears to be saying -- in that somewhat run-on sentence -- probably exaggerated -- that "nothing to sell," that's exaggerated, she had other product lines.

"COVID sales fell to less than 10 percent." Can't verify that. They had gone down.

45 (Pages 174 - 177)

Page 178

GUNDRY

"For which I have a lot of inventory," yeah, I think that's true.

"Obviously hits me financially." Of course it does, they already paid for most of that.

"If you want to participate with us -- if you want to participate again, they should -- they," it's probably -- that's a mistranslation. It means you. "You" plural and "they" plural have the same verb, that one means you plural should first make sure. We as Co-Diagnostics.

Q. Had you discussed with her prior to this time that Raver's COVID-19 sales had fell?

A. I discussed with her that they had fallen?

Q. Yeah.

A. Of the Logix only?

Q. Yeah, the Logix COVID tests.

MS. PEIRSOL: Objection. Form.

A. By May I'm sure I had said something or heard something. By May 24th.

Q. Had you heard something prior to May?

A. I don't know. But I heard these -- those types of things. But, I mean, here she's

Page 179

GUNDRY

telling me on May 24th. She could have told me a different way slightly prior to that, that's reasonable.

Q. What do you mean by "slightly prior"?

A. Like the day before with a phone call same day.

Q. Did she tell you anything similar in April of 2022?

A. I don't recall anything that early.

Q. But you had conversations with her earlier in the year about increased competition that they were facing, correct?

A. I think so.

Q. And they had not placed any orders for the Logix COVID test since January, correct?

A. Yeah.

Q. If you look at Julieta's email, the language that we were just discussing, a little bit further on, she says, "if we want to participate again, they should first make sure that the kit is good and stable, we are not willing to invest again without being sure that it can work well."

Do you have an understanding of what she

Page 180

GUNDRY

means by that?

A. Yes, I understand. In the first evaluation why, why they refused the register, the recommended, I understand that because I was there.

Q. Did you have any discussions with Julieta in February, March or April, or early May of 2022 about what Raver's inventory levels of the Logix COVID test looked like?

A. I don't know what discussions I might have had, but I do know that there's that email that you showed me previously where they canceled some of that order, taking a little bit of time to deliver, as they said, such a massive quantity. And -- oh, so to me that indicated some -- they felt they had over ordered at that point, whenever that was. Was that March? April?

Q. I believe that was in February.

A. February? I knew at that point that they had felt that they had ordered a little bit too much, like 10 percent. I don't...

Q. Had you heard anything -- had you heard anything different in March or April of 2022?

A. That I don't know. I mean, like I said,

Page 181

GUNDRY

I was expecting not to get sales for that product for some time because these orders were over a million reactions. I would have expected three, four, five months practically no orders from them. It's hard to predict when the orders come in. I did assume that if we got huge orders from a particular customer, that particular customer wouldn't need volumes for some time. Maybe almost a year.

Q. If we go back to Julieta's email, towards the bottom she writes, "In addition to my clients, they are demanding that we have new diagnoses, as I list below, and in order to continue using the equipment that we gave on loan for the consumption of the kits, what everyone needs," and then she includes a list, including HPV with several low and high risk serotypes, MTB, HIV, hepatitis A, B and C.

A. Cytomegalovirus.

Q. Various -- yes, cytomegalovirus. Respiratory virus panel. Panel of sexually transmitted diseases that can run on 4 channels so that they can be run on the Mic. Some cancer panels. Rickettsia. And ZDC that works.

46 (Pages 178 - 181)

Page 182

GUNDRY

Q. Do you see that?

A. Yeah.

Q. When she says "ZDC that works," is she referring to the Co-Diagnostics ZDC kit that failed its evaluations?

A. Yes.

MS. PEIRSOL: Objection. Form.

A. That I'm sure she is. That's what we call kit can be.

Q. And so this list includes various kits that, as we saw from Chad Apuli's previous email, would no longer be sold by Co-Diagnostics; is that correct?

A. Yes. But there's some things here that hadn't been mentioned previously, like some cancer panels, that's totally hypothetical and wonderful but we never indicated we would do it.

Q. But the HPV test you could no longer sell, correct?

A. Again, I think at that time I think that's true, at least not to new customers, to whom we previously sold, and that excluded her, yes.

Q. And the hepatitis B kit as well?

Page 183

GUNDRY

A. Correct.

Q. Do you know how many of the -- of these tests in this list Co-Diagnostics had available for sale at this time?

A. MTB we did obtain the C mark, so we sold the MTB, and continue to sell MTB.

All those hepatitis ones now, essentially that shifted to our Indian subsidiaries who got that type of good work.

CMV there, cytomegalovirus, forget it.

Respiratory virus panel, we ended up not developing that.

The same with the panel of STI, sexually transmitted.

Cancer, no. Rickettsia, no.

ZDC, we did fix the problem, so check. We don't have a ZDC kit that works very well.

Q. When was that kit approved?

A. Well, we changed -- we examined the formulation and found some, I don't know, some problem, and under KC/Kenneth Bramwell they did fix it, so.

Q. Do you recall when?

A. That's so far after that original

Page 184

GUNDRY

evaluation, which might have been '21 summer. Possibly fall of 2021. Well, May of 2022. I don't know.

Anyway, they're saying right there it's still -- ahh, because I think the second time they objected. It was some -- I think it was something frivolous. I think -- I wasn't there. They just -- I think they wanted more clinical data, which is fine. We said this is what we have, it was sufficient for the CE mark in Europe. I think that's enough for Europe but why I think it could be enough for Mexico.

Q. But you don't recall on what date the ZDC kit passed an InDRE evaluation?

A. Well, it never did.

Q. It would never pass an InDRE evaluation?

A. No. And that was sad, we could have had a lot of sales.

Q. Okay. If you go back and look at your email at the top of this document, you write, "How should we respond to this? The InDRE evaluation was a failure, as I mentioned yesterday. Raver is super disappointed. They told us before the evaluation that they were very worried since they

Page 185

GUNDRY

had wild inter and intra-runs Cq variation of their dengue PCs (old and new lot) with their own pre-InDRE evaluation runs (35 to 45)."

Do you see that?

A. Yes.

Q. What are you referring to when you say dengue PCs?

A. Also for each zika, dengue, chikungunya are three different analytes meaning viruses to be tested or analyzed. So these three analytes each have their own positive control internal already included. The user didn't have to do anything except put 5 microliters of that PC tube into the master mix, which is the rest of the material, and then run it.

And the dengue PC, there was one for zika, dengue, chikungunya, and internal controls, four different PCs. Synthetic DNA and RNA, that was included.

But dengue had more variation than we would like to see. In their hands especially.

For the particular lot, I think, which did pass but there is some lot-to-lot variability, and that's somewhat bad luck.

47 (Pages 182 - 185)

Page 186

GUNDRY

And that particular lot was okay, was good enough for the criterion, or criteria, but not the very best lot ever released. There was variation. So with those lots that they had tested internally before the evaluation based on variation between 35 and 45 Cq are crossing points, and that's when the signal goes over the threshold of detection.

The instructions for use said anything before 45 is fine. Technically. Although still passed in the pre-evaluation, but more variation than possibly what one would like to see. And I don't know what factors caused that event -- skill of experimenters, you know, anything. Like I said, that lot might have not -- might have been slightly more variable than what was average but still passed.

We went into that evaluation thinking, okay, we probably will pass, but there's a little risk involved, not based on that one criterion.

And we didn't quite, yes, because InDRE observed that same endgame PC, positive control, with a little bit more variable than what our own distributor had seen previously. It was just

Page 187

GUNDRY

tip-tip being answered, but were inspections for use recommended for acceptance.

Q. And why did you think that you would pass even though Raver had told you that they had had wild inter and intra-runs Cq variation of their dengue PCs for the old and new lots?

A. Well, you have to understand that when I speak, I put pressure on the organization. So I would tend to almost underrepresent the -- all the reproducibility of our kits to the technical people to put pressure on them.

You would do that if you had a legal intern, put a lot of pressure on that person to produce the best quality work and in turn all the space here she wants.

In this case I was putting pressure on the internal PC technical tab, also technical at the lab Brandy regulatory and rather have experienced for variation. I mean, other internal controls didn't exhibit that, so for dengue it was a little bit more than the other ones. The criteria were that if it's before 45, it's fine.

In the final English version, the IFU, there's a Spanish version that said something more

Page 188

GUNDRY

strict, subsequently deemed to be unnecessarily strict for the performance and the protection of the actual viruses in the samples.

So, therefore, the whole thing failed in Mexico because the unnecessarily strict criterion applied to the instructions were used only in Spanish. As I pointed out to them, look at the English version, it's the most current, because in that time they hadn't updated the Spanish yet. It takes time to go through paperwork.

And they said, well, Spanish is our language. I understand that, but actually it doesn't have to be. Whatever unnecessarily strict criterion was in the Spanish version originally, it was subsequently revised.

But in the evaluation anyway it was just barely not compliant with even the more expanded. Like in 1 or 2 out of 10 rounds, just slightly not complying, so it was quite on the edge but not quite. So it wasn't -- I said, well, you have to consider complete failure blah blah blah. It wasn't a complete failure. It was still, it was still a good product, even in its, quote/unquote, defective form that would have perused for

Page 189

GUNDRY

four years in a row the entire system no problems.

Q. Do you recall when Raver told you that they had had wild inter and intra-run Cq variation of their dengue PCs?

A. I don't know when that was, but I guess it was leading up to the evaluation. Before the evaluation it must have been. I don't know that they told me. I really don't know. If they did, they could have told me before.

Q. But would you have written that they told you before the evaluation if they had not?

A. They told us before the evaluation? Told us? I don't know. So I guess they may have, they might have told me before, yeah. Adam Cook there, maybe they told him. He was the technical support.

Q. Do you recall when the ZDC kits were sent to InDRE?

A. Not exactly when. It had to be before this date here. Maybe it's March or whatever. There's that order that you showed me before. I don't remember if it had ZDC on it. It probably would have been a zero order, zero cost order for the ZDC, I mean.

48 (Pages 186 - 189)

Page 190

GUNDRY

MR. URIS: I think this is a good place for a break, if that works for you, Marissa, and Mr. Gundry.

THE VIDEOGRAPHER: Thank you. This is the videographer.

The time is 2:44. We're going off the record.

(Off the record.)

(Resumed.)

THE VIDEOGRAPHER: We are back on the record. The time is 3:03.

BY MR. URIS:

Q. Mr. Gundry, earlier today you testified that you had taken some notes during your prep calls for today's deposition that you then discarded. Do you recall that?

A. Oh, yeah.

Q. How did you take those notes?

A. Just on paper and just threw them away.

Q. And what do you mean by when you say you threw them away, where did you throw them away?

A. I mean, I threw them away in my office.

Q. In the trashcan where it was you wrote them on, they were handwritten notes on paper?

Page 191

GUNDRY

A. Yes. Just a couple of sticky notes thrown away.

Q. Do you think it would be possible to recover those notes?

A. It may be.

MR. URIS: Plaintiffs request that, to the extent possible, defendants search for those notes and produce those notes.

MS. PEIRSOL: We will do what we can to search for the notes and we'll let you know what we find out. To the extent they're available, and to the extent they're relevant and responsive to your discovery and not privileged, we will produce them.

MR. URIS: Thank you.

I have no further questions at this time. However, I would like to note for the record and request that, to the extent defendants have not already done so, they conduct a search for and produce any sales or distribution reports that Mr. Gundry may have put together, as well as any documents or communications concerning any such sales

Page 192

GUNDRY

or distribution reports.

And I'd also like to note for the record that we are leaving this deposition open as we are in ongoing discussions with defendant's counsel concerning the sufficiency of their privilege log.

So to the extent any additional documents are produced that were previously withheld, it may be necessary to call the witness back to answer questions about those documents.

Nothing further.

THE VIDEOGRAPHER: Anything else, Counsel? Any other counsel?

MS. PEIRSOL: Nothing from us. Thank you.

THE VIDEOGRAPHER: Thank you. It sounds like there's nothing else.

The time is 3:06. We're going off the record. This ends Media File 5 and that concludes today's testimony.

(Off the stenographic and video-recorded deposition record at 3:06 p.m.)

Page 193

CERTIFICATE

I, Josephine H. Fassett, a Registered Professional Reporter, Certified Court Reporter, and Notary Public, do hereby certify that the witness, whose stenographically recorded deposition is hereinbefore set forth, was first duly sworn by me on the date indicated, and that the foregoing stenographically recorded deposition is a true and accurate record of the testimony given by such witness.

I FURTHER CERTIFY that I am not employed by nor related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have subscribed my hand this 15th day of November 2024.

_____
JOSEPHINE H. FASSETT, RPR, CCR
NCRA License No. 32148
CCR License No. 30XI00098400
New York Notary Public
New Jersey Notary Public

49 (Pages 190 - 193)

Page 194

CERTIFICATION OF WITNESS

I, CAMERON GUNDRY, hereby certify that I have read the transcript of my testimony taken under oath in my stenographically recorded remote virtual deposition on November 1, 2024, and that the transcript is a true, complete and accurate record of my testimony, and that the answers on the record as given by me are true and correct, subject to the changes and/or corrections, if any, shown on the attached page.

_____
CAMERON GUNDRY

Subscribed and sworn to before me this_____ day of_____, 2024.

_____
Notary Public State of

Page 195

ERRATA SHEET

CASE: STADIUM CAPITAL vs. CO-DIAGNOSTICS, et al.
DATE: NOVEMBER 1, 2024
NAME: CAMERON N. GUNDRY

| PAGE | LINE(s) | CHANGE | REASON |
|------|---------|--------|--------|
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |

_____
CAMERON N. GUNDRY

Subscribed and sworn to before me this_____ day of_____, 2024.

_____  _____
Notary Public        My Commission Expires

50 (Pages 194 - 195)

[& - 2021]                                                                                      Page 1

**&**

**&**  3:5,15

**0**

**0002**  76:22
**00020206**  76:7
**00020554**  5:25
  163:8
**00020560**  5:25
  163:9
**00035982**  5:21
  140:2
**00035983**  5:21
  140:3
**00039644**  6:9
  171:15
**00039645**  6:9
  171:16
**00042670**  5:23
  147:18,20
**00042674**  5:23
  147:21
**00061509**  6:6
  167:18
**00061513**  6:7
  167:18
**001102924**
  67:12
**001s**  109:10
  112:2,11,12
  114:24
**0020554**  163:7
**00244617**  5:14
  119:9,14
**00244629**  5:15
  119:10

**003**  151:6,9
**0035982**  139:25
**0039335**  96:4
**0039644**  171:20
**004**  151:7,9
**0043742**  5:12
  5:12 108:19,20
  108:24
**00476273**  5:18
  123:9,12
  124:14
**00476307**  5:19
  123:12
**00501485**  65:11
**0061509**  168:3

**1**

**1**  1:17 2:2,9 7:6
  7:8 65:10 77:7
  127:4 138:18
  150:25 164:24
  188:19 194:7
  195:4
**1-435-237-7...**
  44:25
**1.3**  100:8
**1.5**  138:8
**1.7**  100:6
**10**  6:4 29:18
  56:6 74:2,2
  92:6 110:3
  119:20 121:15
  134:12,19
  167:11,12,13
  167:14,19,21
  167:21,23,25

177:7,24
  180:22 188:19
**10,000**  35:7
  55:23
**100**  22:5
**10022**  3:7
**108**  5:11
**10:12**  48:19
**10:23**  48:24
**11**  6:8 25:7
  171:16,19
**110**  20:7
**119**  5:13
**11:34**  94:14
**11:45**  94:18
**120,000**  112:6
  116:20
**1200**  3:17
**123**  5:7,16
**12:32**  122:18
**12:48**  123:5
**12th**  15:2,17,19
  16:2
**13**  97:7
**132**  98:17
**135**  98:17,20
**13th**  101:20
**14**  123:18
**140**  5:20
**147**  5:22
**15**  97:2
**15th**  193:18
**16**  128:6
**163**  5:24

**167**  6:4
**17**  23:11 25:15
**171**  6:8
**18**  98:25
**19**  23:15 51:5
  51:17 127:23
  128:13 177:7
  178:14
**1990s**  63:12
**1:50**  162:22

**2**

**2**  48:25 70:25
  74:15,23 76:6
  77:7 86:3
  94:15 110:2
  140:21 163:3
  188:19
**20**  81:6 134:12
**20,000**  22:25
**200**  3:16 22:5
  30:13
**2002**  20:13,14
**2003**  20:21
**2017**  30:25
  34:23,24
**2020**  36:9 38:3
  51:7,22 59:14
  67:15 72:7,15
  73:23,24 77:13
  77:15 78:21
  79:8,9,9 96:10
  97:5,7
**2020a**  96:10
**2021**  13:3
  35:11 37:21

**[2021 - 614.228.1541]**                                   Page 2

38:3 43:17
54:2 59:15
61:16 68:19
72:22 73:25
80:14,15 95:9
97:7 124:7
176:19,24
184:3
**2021-2022**
37:20 41:6
52:9 70:15
72:7
**2022**  5:18 13:3
15:3 35:11
36:13 43:17,18
54:3 61:16
68:2,2,19
72:15 73:4,23
73:25 74:13,15
74:23 75:21
77:8,13,15
78:21 80:10,14
80:15 85:9
86:18,22 88:25
88:25 89:19
95:10,18,20,22
95:24 97:2,5,7
99:5,5,9,13
100:7,16,19
101:3,9 102:23
103:17 104:22
106:14 109:7
110:10 111:22
116:24 117:6
117:16 118:12

118:18 119:20
123:11,18,21
140:12,25
148:5 149:2
153:2,9 154:4
158:24 163:23
168:8 171:23
172:20 179:9
180:9,24 184:3
**2024**  1:17 2:2,9
7:6 193:18
194:7,18 195:4
195:22
**21**  23:15,18
36:9 43:5
184:2
**212.687.1980**
3:8
**22**  1:9 7:15
36:9 43:5
77:13,15 78:21
80:9 175:8
**24**  140:11,25
172:19
**240**  112:3
114:25
**2410**  109:10
112:6
**24th**  178:22
179:2
**25**  171:23
**250**  111:13
114:7 116:3
**2575**  153:13,21

**27**  99:11
**276**  124:11,13
124:16
**28**  99:10
**2:44**  190:7

**3**

**3**  5:18 86:3
94:20 96:3,11
98:8 122:19
123:11,21
135:10 153:2,9
**3,000**  35:9
**30**  24:2 26:19
27:11 42:25
134:12 141:7
144:11,13
**300**  90:23
**300,000**  74:19
75:3
**306**  126:20
**30xi00098400**
193:22
**31**  126:17
**315**  98:22
**32148**  193:22
**35**  185:4 186:7
**384**  134:9
135:4
**3:03**  190:12

**4**

**4**  5:11 73:5
108:20,23
123:6 148:5
153:18 154:3

158:24 163:23
181:23
**40**  24:22 28:21
**400**  100:20
101:22 102:4
**43215**  3:18
**45**  185:4 186:7
186:11 187:23
**473**  8:20
**48.485**  80:9
**4880**  193:20
**4th**  166:10,13
166:14

**5**

**5**  5:13 42:22
81:19 86:3,4
118:18 119:10
119:13 163:4
168:8 169:16
185:14 192:21
**50**  24:9,22
138:13
**500**  40:15
**51st**  40:22
**5th**  166:11
169:14

**6**

**6**  5:16 74:3
123:8,13
**60**  40:16 47:23
72:14,20,20
80:12
**614.228.1541**
3:19

**[6978 - affect]** Page 3

| | | | |
|---|---|---|---|
| **6978** 1:9 7:15 | **abbreviating** 141:16 | **accounted** 53:21 95:6 | 76:18 88:17 91:19 99:9,9 |
| **7** | **abbreviation** 174:4,5 | **accounting** 54:24 55:13 | 114:14 121:2,7 174:10 177:2 |
| **7** 5:20 73:5 81:12 139:14 139:24 140:3 149:2 | **abc** 85:18 86:4 86:10,15 101:22 102:7 115:14 | 57:3,11,14,17 57:24 58:6,8 58:10,19 63:11 63:14,17,19,24 | 188:13 **ad** 139:11,11 **adam** 171:25 172:12,16,21 |
| **7/15/2022** 96:22 | **abide** 39:22 | 69:13 70:25,25 99:24 169:4 | 189:16 **add** 83:24 |
| **70** 40:17 | **ability** 9:12 91:3,18 135:24 | **accounts** 97:5 **accurate** 73:6 | 166:25 167:3 **addition** 35:14 |
| **7:06** 158:24 | 154:11 157:2 | 193:11 194:8 | 181:12 |
| **8** | **able** 65:7 87:20 97:16 142:6 | **achieve** 40:4 **achieved** 133:8 | **additional** 100:8 192:8 |
| **8** 5:5,22 79:25 109:7 110:10 111:22 114:22 147:17,21 | 156:14 158:9 159:3,6 167:2 175:2 176:6 | 144:2 **acknowledges** 99:19 **acting** 148:21 | **address** 8:19 130:17 149:19 **adhd** 75:7 107:14,24 |
| **8/1/22** 77:6 | **above** 153:9,17 159:4 | **action** 1:6 193:14 | **adlm** 21:20 22:24 23:6 |
| **800** 3:6 **84093** 8:21 **892** 140:5 | **absolutely** 20:9 40:8 91:23 | **activities** 124:7 125:17 | **administer** 7:25 |
| **9** | **acceptable** 56:4 99:20 | **activity** 49:8 **actual** 17:21 | **admire** 85:2 **admitted** 29:25 |
| **9** 5:24 110:3 163:6,9 167:10 167:10 | **acceptance** 187:3 | 57:5 62:3 134:14 172:7 | 84:24 **advanced** 20:15 |
| **90** 54:6,10 | **accepts** 142:2 **access** 39:7 | 188:4 **actually** 10:13 | **advertising** 135:25 |
| **90s** 65:19 **929** 80:2 **982** 140:6,7 | 60:3 64:22 65:8 | 26:11,25 27:16 28:14 30:8 34:9 49:19 | **advisor** 143:8 **affairs** 4:4 |
| **a** | **account** 44:20 77:12,15 78:21 79:7 | 55:21 63:2 66:10 69:25 | **affect** 9:12 19:10 72:18 |
| **a.m.** 1:18 2:3 2:10 7:3,7 | **accountant** 58:13 | 72:11 76:3,17 | |
| **aacc** 21:18 22:24 | | | |
| **abbott** 45:11 | | | |

**[affected - appropriate]**                                        Page 4

| | | | |
|---|---|---|---|
| **affected** 121:6 135:24 | **amanda** 149:3 | **angry** 169:19 169:23 170:19 170:23,23 | 115:16 135:8 144:25 156:19 166:17 184:5 188:17 |
| **affects** 164:23 | **amazing** 93:7 | | |
| **africa** 32:10 90:9 154:20 | **ambiguous** 69:8 | **annual** 23:3 | **anyways** 28:6 31:8 63:14 105:14 157:9 |
| **afternoon** 5:7 | **ambika** 3:22 | **answer** 9:18,24 9:25 10:5,7 13:8 18:22,24 33:17,18,20,20 192:11 | |
| **age** 23:11,18 | **america** 31:20 31:22 38:19 40:17 42:20 43:22 73:15,20 80:24 90:7,10 90:12 97:4 98:9,16 145:17 154:9 155:11 156:5 161:15 | | **apologize** 108:6 |
| **agents** 30:14 | | | **apparently** 129:15 138:25 |
| **ago** 11:11 17:18,22 19:4 19:6 29:18 | | | |
| **agree** 7:21 88:21 130:12 | | **answered** 187:2 | **appear** 68:7 97:18,24 98:20 99:7 102:7 |
| **agreed** 81:13 | | **answering** 9:17 | |
| **agreement** 157:19 158:20 | **american** 21:18 22:10,14,17 | **answers** 41:10 194:9 | **appearance** 7:22 |
| **agreements** 19:9 | **amount** 29:21 36:19 43:13 71:10 72:13 74:11 80:7 | **anthrax** 25:16 | **appearances** 3:2 |
| **agricultural** 28:7 | | **anticipate** 18:16 | **appears** 78:25 79:17,18 80:6 80:7 98:17,24 99:5 100:19 115:7 124:19 164:3 174:21 176:9 177:4,20 |
| **ahead** 113:7 170:8 | **amounts** 72:2 105:18 | **anybody** 25:4 55:12 56:18 107:7 112:22 143:13 167:20 | |
| **ahh** 184:6 | **amplified** 128:9,19 | **anymore** 30:16 33:24 62:18 76:24 111:3 115:22 159:3,7 172:17 | |
| **air** 101:2 106:20 | **analysis** 77:12 | | **application** 40:9 |
| **airport** 85:11 | **analyte** 138:23 | | |
| **al** 7:11,12 195:3 | **analytes** 161:16 165:19 185:10 185:11 | **anytime** 143:6 158:17 | **applied** 26:16 188:7 |
| **alert** 88:2,2,2 89:10 | **analyzed** 138:23 185:11 | **anyway** 22:12 23:4 25:22 26:9,22,23 27:21 39:4 43:12,21 45:13 47:15 57:20 81:24 88:7 | **appointment** 34:7 |
| **allegation** 15:21 | | | **appreciate** 174:14 |
| **allow** 13:13 | **ancient** 139:19 | | **appropriate** 34:22 161:21 |
| **allowed** 24:10 29:6 175:20 | **andrew** 42:11 109:6,16 112:3 119:20 163:25 | | |

**[approval - awesome]**

**approval** 41:4
120:6
**approvals** 57:3
**approve** 153:23
**approved** 64:6
183:19
**approximately**
2:9 11:10
53:20 72:5
73:5 80:9 95:4
100:6
**april** 51:23
88:25 89:19
100:19 101:9
101:18,18,20
102:16,23
103:16,22
106:13 118:13
149:2 166:11
175:8 179:9
180:8,18,24
**apuli** 148:6,13
149:2 150:3
151:16 153:3
153:10,18
154:3 163:24
171:24
**apuli's** 182:12
**arabia** 97:23
**area** 32:8
**areas** 31:25
39:3 66:5
**argentina**
23:16

**argument**
130:16,17
**arguments**
131:8 142:17
**arroyo** 168:25
169:5
**articulated**
130:13
**asia** 32:9 40:18
97:4
**asian** 32:9
**asinghal** 3:23
**asked** 14:7,10
14:11 16:23
71:12 117:17
125:25 126:2
129:3 140:22
150:4 175:4
**asking** 17:13
103:19 118:7
133:17 137:20
158:13 165:11
**aspects** 148:16
**assays** 25:20
173:23
**assemble** 92:2
**assembled**
23:10
**assessment**
153:4
**assignment**
27:9
**associate** 25:14
**associated** 26:2
44:20 69:16

96:14
**association**
21:19,20 22:15
22:18
**associations**
21:25
**assume** 10:8
52:5 58:12
78:9 79:3,21
169:25 181:7
**assumed** 160:6
**aster** 141:16
**attach** 124:6
**attached** 5:13
6:4 79:2 119:8
167:16 194:12
**attachment**
5:16 76:19
77:14 79:7
96:5 97:6,15
97:18 123:10
123:20 124:8
124:20 125:10
**attachments**
126:18
**attack** 159:12
**attend** 19:22
21:4 49:25
**attention** 56:23
97:12
**attorney** 7:22
**attributable**
133:9
**attributed**
111:16 114:13

**audibly** 9:18
**audited** 88:11
**august** 15:2
36:13 68:19
77:7 118:11
**australia** 40:20
73:18 97:4
134:17 145:22
**authorization**
160:21
**authorized**
128:21
**available** 8:15
96:6 108:25
123:15 152:3
152:15 154:7
163:11 164:19
165:9,10
171:20 183:4
191:13
**avenue** 3:6
**avenues** 144:4
**average** 72:10
74:3 138:5
186:17
**avoid** 44:19
173:4
**aware** 9:8 11:6
50:15 70:22
71:8,10,17,25
156:11
**awesome** 25:10
82:24,25

**[b - big]** Page 6

| b | | | |
|---|---|---|---|
| **b** 3:22 86:5 150:23 151:4 181:19 182:25 | **barring** 144:13 **barry** 161:19 **base** 72:10 **based** 18:23 | 108:24 119:13 123:8 139:24 147:17 163:6 168:2 171:19 | 180:19 **believed** 34:22 143:18 **benefits** 29:4,5 |

**b**

**b** 3:22 86:5 150:23 151:4 181:19 182:25

**ba** 20:6

**bachelor** 20:6

**bachelor's** 20:13 24:19,25

**back** 9:4 25:12 29:2,19 30:12 48:23 55:20 58:7 72:7 77:23 85:11,15 94:19 99:4 102:5 113:11 123:4 138:7 163:2 164:13 164:14 172:5 176:8 181:11 184:20 190:11 192:11

**background** 19:21

**bad** 17:3 60:20 120:25 185:25

**baker** 3:15

**bakerhostetler** 12:9

**bakerlaw.com** 3:21,23

**bar** 61:12 67:22

**bare** 108:18

**barely** 188:18

**barring** 144:13

**barry** 161:19

**base** 72:10

**based** 18:23 26:12 33:7 51:10 58:17 59:8,9 62:4,5 85:14 91:7 136:9,10 186:6 186:21

**basic** 74:10

**basically** 22:3 22:14 31:15 45:17 58:8 65:13 73:14 88:8 113:23 114:9 127:20 172:9 173:22

**basis** 135:6

**bates** 5:11,14 5:18,20,22,24 6:6,8 65:11 76:7 96:4 108:19,24 119:9,13 123:8 123:12 124:10 126:18,20 139:24 140:2 147:17,20 163:6,8 167:17 168:2 171:15 171:19

**bcid** 27:10

**bearing** 65:10 76:6 96:4

108:24 119:13 123:8 139:24 147:17 163:6 168:2 171:19

**beasley** 149:3 171:25 172:14

**becoming** 115:12

**began** 23:18 29:17 64:3

**beginning** 73:3 75:20 95:9 146:10

**beginnings** 51:21

**begins** 48:24 94:19 123:5 124:8 163:3

**behalf** 1:5

**believe** 19:3 20:14,22 34:25 37:11 38:5,13 39:5 40:6 44:13 46:13 64:22 68:17,18 71:16,22 72:10 72:12 76:3,17 80:20,22 87:17 88:9,19 89:3 91:14 94:5 97:11 102:14 104:23 113:18 121:3 143:2,12 151:3 152:22 155:16 166:15

180:19

**believed** 34:22 143:18

**benefits** 29:4,5 35:7,14,17 131:6

**benson** 42:11 109:6,16 119:20 163:25

**benson's** 116:9

**benzonana** 43:14,22 119:22 123:17 124:2 140:13 141:3 163:23

**bermejo** 110:23

**best** 27:22 39:14 46:18,23 51:13 91:9 93:8 105:17 186:4 187:15

**better** 47:8 59:5 66:12 91:9,16 94:22 111:19 121:24 160:5 171:2

**beyond** 52:23 69:7 124:16

**bias** 175:23

**big** 14:25 33:7 48:2 54:21,21 65:24 66:2 75:2 77:5 79:10 80:16,18 80:21,25 81:11

**[big - busy]** Page 7

81:21 85:19 94:4 95:17 115:21,22 128:22 129:16 145:22 146:9
**biggest** 32:20 80:13,22,22 81:3,4,5 84:18 85:17,17 104:20 105:2 106:4,8
**biggie** 68:6
**billion** 92:6 157:22
**billionaire** 63:8
**billions** 93:2
**bio** 25:20,21 48:16 135:4
**biofire** 27:5,6 29:19 30:10,22
**biofired** 27:15
**biology** 20:6,14 24:11
**biotech** 159:18 159:22,24
**bit** 16:4 19:20 31:9,16 44:8 45:5 60:10 61:24 87:20 94:22 130:8 134:21 135:11 157:17 164:3 173:4 179:20 180:14,21 186:24 187:22

**blah** 18:2,2,2 67:16,16,16 77:6,6,6 110:13,13,13 149:13,13,13 188:22,22,22
**blockade** 134:24
**blood** 27:10 193:15
**blue** 125:5,5
**blur** 19:2
**board** 45:10 59:24 60:13 61:2,4,7 68:10 132:18
**boards** 59:18 59:21 60:8,9 60:23
**boilerplate** 39:18
**bolivia** 154:13 154:14 155:20 155:23,25 158:7 159:19 159:22,24
**bolivian** 158:25 159:14 160:9
**bonos** 28:2
**bonus** 35:19,21 35:22,25 36:2 36:4,6,14,18
**bonuses** 36:7 37:6,15 38:8

**booth** 22:6
**booths** 22:19
**bored** 27:17
**boring** 30:16 63:12,22 155:9
**boss** 16:12 17:10,15,15 26:13 32:18 78:4 125:25
**bottom** 41:5 68:12,13,14 77:17 79:3 80:6 98:2 110:12 124:9 126:19 135:11 140:24 168:16 177:3 181:12
**box** 116:4 134:15 157:25
**brad** 65:19
**bramwell** 119:23 140:13 141:2 148:6 149:3 171:24 172:3 183:22
**brand** 92:2
**brandy** 148:5 149:3 158:24 171:24 172:6 187:19
**brashly** 140:16
**break** 10:3,6 48:13,15,16 93:13,17 94:11 121:10,13,13

121:14,21 122:11 162:12 190:3
**breakfast** 122:3
**brian** 1:11
**brief** 12:8
**bring** 13:16 74:16 147:7 165:15
**bringing** 70:23 71:18 163:18
**brings** 101:24
**broken** 61:6,9
**brother** 16:13 16:15,17,18,21
**brought** 29:23 35:3 36:8,22 36:23 72:6 74:24 105:23 138:8 146:5,7 165:18
**brown** 1:11
**bucks** 23:24 25:15
**building** 50:13
**bunch** 86:11,16 120:6,13
**business** 32:15 47:2,13 80:5 84:23
**businesses** 43:8
**busy** 47:22 87:17 118:15

**[button - certainly]**                                                Page 8

**button**  64:7
**buy**  110:17
  170:15

**c**

**c**  2:5 71:20
  174:3 181:19
  183:6 193:2,2
**c's**  71:21
**c.gundry.**
  78:10
**calculated**
  35:21 38:16
**calibration**
  27:2 30:13
**california**  28:8
  85:14
**call**  11:22,23
  12:3,7,15,18
  14:6 32:6
  57:15 58:25
  83:22,24 84:3
  84:16 85:10
  87:13 102:19
  102:22 106:20
  127:17 128:17
  179:6 182:10
  192:10
**called**  20:20
  21:20 23:12
  25:21 42:18,19
  59:12 103:6
  124:10 143:4
**calling**  112:21
**calls**  11:24
  12:12,14 13:4

15:6 18:21
  54:22 83:14,16
  83:20 113:2,8
  190:16
**cameron**  1:16
  2:6 5:4 7:9 8:3
  8:18 13:7
  18:22 42:13
  64:24 77:10
  109:7 119:19
  121:19 122:12
  123:19 131:5
  140:11 148:4
  152:8 153:10
  153:18 163:23
  164:12,22
  168:7,17
  171:23 172:20
  194:4,15 195:5
  195:18
**canada**  31:2
  34:25 40:20
  41:3 73:18
**canadian**  41:4
**canadians**
  40:25
**cancel**  89:23
  111:8 112:2,5
  114:10,24
  116:20
**cancelaran**
  114:9
**canceled**  88:18
  88:23 95:19
  109:9 111:15

114:10,11
  116:11 180:13
**cancellation**
  112:7 116:18
**cancellations**
  112:4
**cancer**  181:24
  182:16 183:16
**cap**  36:18
**capacity**  93:5
**capital**  1:5 7:11
  157:13 195:3
**caps**  56:21
**captain**  132:21
**captured**  52:17
**capturing**
  129:10
**cards**  131:6
**care**  29:6 30:20
  46:23 105:9,10
  136:7,8 146:6
**caribbean**  39:2
**carl**  24:4 25:8,9
  26:13 29:3
**carlos**  168:21
**case**  1:8 7:14
  16:21 17:10
  18:6,19 19:2
  19:13 32:11
  113:22 126:12
  130:10 137:5,7
  137:8 146:18
  156:20 157:14
  174:20 187:17
  195:3

**cases**  82:18
**cat**  39:25
**catalog**  170:10
**categories**
  52:23 53:3,10
**category**  52:13
  99:13 100:10
  153:5
**cats**  39:23,24
**cause**  66:8
**caused**  186:14
**cc'd**  78:10
**ccr**  1:23 193:21
  193:22
**cdc**  129:3,3
  173:17,18
  174:8
**ce**  156:16
  184:11
**cell**  28:4 44:23
**center**  3:16
**cents**  138:13
  140:21
**ceo**  31:2 43:9
  45:9 82:21,24
  159:17
**certain**  36:16
  36:17,18,19
  43:16 59:7,9
  114:7 157:18
  157:19 158:6
  175:16
**certainly**  40:19
  72:23 81:5
  108:16 113:21

certification 194:2

certified 2:12 7:17 193:5

certify 193:6,13 194:4

cetera 36:20

cfx96 135:4

chad 148:6,13 148:25 150:3 151:16 152:6 153:3,4,10,18 154:3 163:24 171:24 182:12

chad's 151:24 153:3

chahn 3:12

chain 109:6 110:9 116:9 140:10,24 148:4,25 163:22 171:22 172:19

chairman 45:10

challenge 160:23

challenged 160:20

chance 34:10 105:21

chang 3:11

change 43:19 55:21 63:25 195:6

changed 82:17 83:5 92:12 183:20

changes 31:16 194:11

changing 90:20

channel 40:9

channels 181:23

characterizati... 59:6

characterize 171:2

charge 157:11 158:4 169:4

charges 44:19

charging 139:3

chase 108:14

chat 84:13

check 55:14 183:17

chemical 141:14 157:8

chemistry 21:19

chief 26:13

chikungunya 174:18 185:9 185:18

children 16:13 29:5

china 90:4

chinese 90:3,3 90:4,12,16,18 91:17

christopher 4:6 7:16

city 10:17 125:3

civic 3:16

civil 10:25

clarify 10:10

class 1:6 3:4 53:15 70:25 88:11 111:6

claus 163:19

clear 17:11 27:18 153:19

clearance 25:18

cleared 27:14

clent 81:22

click 66:17 77:3

clicked 66:16

client 29:9 72:2

clients 33:7 127:6 131:9,16 133:3 181:13

clinical 21:19 22:25 156:22 159:2 161:23 170:5,7 184:9

clinically 161:4 161:5

close 72:19 134:18

closely 130:24

closer 9:6

closest 173:19

cloud 58:17 59:8 62:4,5

cmv 183:11

cobblestone 8:20

code 17:7 44:25

codiagnostics... 149:7,20

codx 5:12,12,14 5:15,18,19,21 5:21,23,23,25 5:25 6:6,7,9,9 65:11 76:7 96:4 108:19,20 108:24 119:9 119:10,14 123:9,12,12 124:14 134:15 139:25 140:2,3 147:18,20,21 157:25 163:7,8 163:9 167:18 167:18 168:3 171:15,16,20

cofepris 174:3 174:13

collection 79:18

college 19:22 19:24

colleges 21:4

color 125:7

colors 125:5

columbia 81:10

columbus  3:18
column  68:24
  69:9,14
columns  58:21
  68:4,22
come  157:12
  181:6
comes  135:7
coming  59:3
  85:11 107:9
  120:20 143:7
commencing
  2:9
comment  176:7
comment's
  147:5
comments
  60:20 126:22
commercial
  27:11 37:4
  47:4
commercializ...
  31:6,17,18,22
  31:24 32:4
  38:19
commercializ...
  152:18
commission
  36:21,25
  195:24
commissions
  37:19,22
commit  106:14
  106:17,19

committee  49:7
  49:8
committees
  49:3,6
communicate
  10:21 44:16
  50:21 55:20
  94:6
communicated
  16:5 36:14
communicating
  17:2
communication
  22:10 163:16
communicati...
  109:18 191:25
companies
  24:17 28:2
  40:4 51:15
  91:11 129:8,8
  157:22 159:21
company  21:22
  26:3,11 28:4,8
  28:11 30:10,21
  31:3,13 34:13
  37:13 42:6
  51:25 53:16,18
  54:19 58:24
  62:10,21 64:2
  64:9 89:13,14
  91:20 92:4
  114:5 127:17
  135:8 138:10
  143:8 146:16
  158:19,19,21

company's
  52:3,10 60:6
  60:23
compare  136:5
compared
  131:7
compensation
  34:15 35:19
competition
  90:19,20 91:17
  91:22 93:21
  127:7 145:18
  179:12
competitive
  24:11 133:22
  138:2 140:15
  141:20
competitor
  127:19 135:15
competitors
  131:7
complaining
  177:5
complaint  25:3
  91:14
complaints
  161:7
complete  69:6
  188:22,23
  194:8
completed
  20:18 64:14
  167:4 175:13
completely
  93:6 130:12

133:21
completion
  20:22
complexities
  39:7
complexity
  141:10
compliance  4:5
compliant
  188:18
complicated
  71:22 134:13
complying
  188:20
component
  32:10 35:18
  160:14
compras
  110:11,15,16
  110:16,17,18
  168:17
compria
  110:17
computer  17:6
  65:3 66:13
concern  104:22
  104:23
concerned
  145:24
concerning
  191:25 192:6
concerns  93:21
  142:11
concludes
  192:22

**[conclusion - correctly]**                                      Page 11

conclusion 13:5
38:14 149:12
161:19
conduct 191:22
conference
22:10 43:16,19
85:14
confidence
152:4
confident
150:10,13
confirmed
155:3
conflate 107:12
confusing
107:16 176:18
confusion
149:15
conjecture 87:7
connection
14:8
consider 30:20
188:22
considered
49:17 51:11
173:16
considering
37:13
consistent
49:22 73:2
82:21 88:22
consolidation
131:22 158:14
constant
111:18

constitute
76:14 163:15
constitutes
35:16 161:8
constitution
42:3
consult 28:19
consultant
28:25 43:15
124:4 146:11
consulted
30:23
consulting
27:23,25 28:9
29:8,16,17,21
30:18 43:10
44:14
consumption
181:16
contact 82:16
82:22 84:2
contacted
28:12 29:14
contacts 82:16
82:20
contain 102:8
context 142:21
continue
111:12 114:6
153:13 154:11
156:14,14,23
157:2 161:2
162:5 181:15
183:7

continued
24:14 30:2
continues
151:18,20
contract 25:17
34:6 39:12,21
44:4 132:20
contracts 133:6
contribute
165:16
contribution
42:23
contributions
92:8
contributor
172:10
control 21:24
22:14,18 86:17
128:16 185:12
186:23
controls 185:18
187:21
convenient
58:18,23
conversation
104:19
conversations
18:23 155:2
179:11
converted
169:16
cook 171:25
172:12,21
189:16

cool 25:22
copious 139:20
copy 34:11,12
copying 77:10
109:7 119:21
123:18 140:13
141:2 163:24
168:8,18
171:25 172:20
corner 124:9
126:19
coronavirus
51:7
corporate 4:4
109:18
corporation
53:15
correct 69:4
78:2 80:10
82:4 98:18
100:14,17
101:4,5 102:14
111:7 115:4
142:12 150:18
159:9 169:9,12
174:23 179:13
179:16 182:14
182:20 183:2
194:10
corrections
194:11
correctly 79:23
82:12 112:8
116:15 152:12
155:5

**[cost - damaging]** Page 12

cost 133:21 138:14 141:9 157:12 189:24
costs 138:12
counsel 3:3,14 4:4 8:9 9:23,24 10:21 11:20 12:13,16 16:9 17:13 18:24 192:6,15,15
count 32:23
counting 128:16
countries 42:25 60:15 130:3,9 131:25 132:4 133:7,10 142:21 144:5 161:5
country 44:25
couple 12:17 23:7,23 26:24 28:2 49:19,20 59:21 77:21 93:15 155:24 162:9 170:12 191:2
course 40:23 57:3 58:14 106:7 127:16 141:20 159:13 178:5
court 1:2 2:12 7:13,17,24 9:18 113:9

167:2 193:5
cov1 116:10
cover 32:8 65:13 76:18,20
coverage 32:11
covered 33:8 35:15 127:13
covi2 128:5 142:5
covid 51:5,17 52:6 85:9 86:21 89:15 100:17 101:4 102:25 104:21 106:15 109:10 112:2,11,12 114:24 117:6 127:23 128:13 131:16 133:3 134:2 141:7 142:8 144:19 159:25 164:25 165:2,21 166:2 166:16 177:7 177:24 178:14 178:19 179:16 180:10
cow 85:22
cq 185:2 186:7 187:6 189:4
craziness 38:15
crazy 86:11
create 45:25 59:25 131:5

creating 40:8
creative 147:8
creator 161:15
credit 161:21
criteria 186:3 187:23
criterion 186:3 186:21 188:6 188:15
croatian 133:15 143:21 144:8,22
crockett 32:5,5 32:6 45:18 77:11 119:21 164:2
crossing 175:15 186:7
cruise 76:8
culture 27:10
current 8:19 31:21 63:11 164:25 188:9
currently 9:11 109:17 148:14 151:22 165:2,3 165:22 166:3
curve 53:24
customer 52:13 54:13 55:21 69:7,17 73:10 80:22,23 84:19 91:7 99:17 100:23,24 101:6,6 104:20

105:5 106:8 154:13 157:12 158:5 161:20 181:8,8
customers 32:20 41:17 46:14 52:4,10 68:24 69:2 71:5 72:3 73:9 74:12,24 80:13 80:16 92:23 95:5 104:14 117:4,8,15,18 120:23 129:21 130:13 154:8 154:10,17,24 155:11,12,21 156:5,9 158:9 159:3,7 161:3 162:2,6,9 170:3 176:10 182:22
cutting 53:7
cv 1:9 7:15
cytomegalovi... 181:20,21 183:11

**d**

d 173:7 174:15
dallas 3:22
damage 154:11 156:4,25
damaging 154:10 156:9

**[dark - detected]**

**dark** 125:5
**darn** 109:9
**data** 33:24,24
 34:2,3 37:5
 46:25 47:8,12
 47:16 68:18
 69:11 77:24
 159:2 170:6
 184:9
**date** 7:6 11:8
 15:2,17,19
 16:2 17:24
 55:19 70:6,7,9
 70:10 99:6,10
 100:2,9,13
 108:21 119:11
 123:13 140:4
 147:22 163:10
 167:19 171:17
 184:14 189:21
 193:9 195:4
**dated** 97:2
 119:20 140:11
 148:5 149:2
 163:23 168:8
 171:23
**dateline** 71:9
**day** 9:15 64:7
 100:4 110:7
 122:13 179:6,7
 193:18 194:17
 195:21
**days** 38:21
 45:18 47:13,22
 61:7 84:12

 94:3,4 144:9
**de** 173:11
**dealing** 27:2
 130:22 133:2
 136:20 165:11
**dealio** 144:13
**deals** 21:22
 22:4
**dealt** 82:16
**deceived** 143:3
 143:13
**deceiving** 143:6
**decent** 29:21
 50:3
**decide** 152:10
**decided** 152:2
**decision** 152:14
**deemed** 188:2
**defective**
 101:11 188:25
**defendant**
 10:24
**defendant's**
 192:6
**defendants**
 1:12 3:14
 191:8,21
**defense** 30:10
**define** 134:5
**degree** 20:3,5
 20:12,14,17
 24:20 47:2
**degrees** 20:15
 20:17

**delay** 92:20
**deliberate**
 41:23
**deliberately**
 143:6,13
**deliver** 180:15
**delivered** 86:23
 105:18
**demand** 87:14
 88:5,8 89:2
 106:5 111:25
 112:11,16
 113:14,25
 114:17,24
 115:25
**demanding**
 181:13
**dengue** 174:18
 185:3,8,9,17,18
 185:21 187:7
 187:21 189:5
**dennis** 32:5
**denny** 32:5,6,6
 32:16 37:7
 41:11 45:18
 47:6 54:15
 77:11 119:21
 163:25
**department**
 20:20 45:7
 47:19 48:4
 69:11 111:2
**dependent** 36:7
 174:13

**depending** 86:8
 86:16 134:9,12
**depends** 134:5
**deposition** 1:15
 2:6 7:9 9:22
 11:3,7,12
 12:13,23 13:17
 13:20 14:2
 16:23 17:21,23
 18:5 19:5,8,18
 167:4 190:16
 192:4,24 193:7
 193:10 194:7
**derivative**
 53:23
**descendants**
 121:7
**describe** 14:15
 14:19 23:8
 45:7 58:15
 125:12
**described**
 49:13 54:14
 162:10
**description**
 5:10 6:3
**designations**
 52:18
**desktop** 66:19
**despite** 42:22
**detail** 52:17
**details** 107:16
 107:25
**detected**
 128:20

**detection** 24:16 25:25 26:5,9 28:15 51:5 186:9

**detectors** 25:20

**develop** 43:13

**developed** 24:15 26:11 51:6 56:20 58:19

**developing** 183:13

**development** 23:22 24:15 32:15 101:7 146:7 148:17 152:20 156:12

**develops** 144:19

**device** 134:17

**diagnosed** 75:7

**diagnoses** 181:14

**diagnostic** 21:20 28:8 127:21,22 173:24

**diagnostics** 1:10 4:3 7:12 10:17 16:18 19:10 23:9 27:6 29:11,18 30:18,20,25 31:7,9 34:17 42:9,24 45:22

49:4 50:18,22 51:12,16 53:18 61:22 67:15 78:15 91:4 93:21 103:10 103:20 117:13 117:19 118:17 128:12 134:2 136:23 144:19 145:25 174:9 174:22 176:11 176:15 178:12 182:5,13 183:4 195:3

**diagnóstico** 173:11

**diapers** 91:24

**die** 68:16

**difference** 162:4

**differences** 136:6,12

**different** 27:12 30:13 39:17 45:15 53:5,5 57:25 60:14,15 71:19,20 81:8 83:9 101:15 115:9 159:18 171:12 179:3 180:24 185:10 185:19

**difficult** 39:23 42:25 84:15,17 131:21 132:14

**difficulties** 131:15 133:2

**direct** 44:15 46:7 113:17 141:11 142:6

**direction** 128:8

**directly** 38:23 39:6 84:3 127:5

**director** 31:22 38:18 148:20 148:21 172:7 172:15

**directors** 31:25 32:4

**disability** 75:8 107:15

**disadvantage** 76:14

**disagree** 135:16

**disappointed** 92:13 171:3 184:24

**disappointing** 89:17 154:25

**discarded** 13:24 190:17

**disclosed** 30:19

**discontinue** 28:13 30:6

**discontinued** 28:14

**discovery** 191:15

**discuss** 84:7,19

**discussed** 16:8 16:20 17:9,12 17:14 43:20 50:8 178:13,15

**discussing** 17:16 104:8,13 152:2 179:19

**discussions** 180:7,11 192:5

**diseases** 181:23

**distance** 44:19 44:19

**distracted** 107:15,25

**distribution** 5:17 38:22 123:11,21 125:11 126:15 158:20 191:23 192:2

**distributor** 39:21,24 80:23 81:11 120:9 130:6,7 144:8 158:5,5,25 159:14 160:5 160:10 165:11 186:25

**distributors** 39:10,14,17 40:10,11,15 41:14,14,16,21 46:14 52:11 53:4,11 60:19

**[distributors - educational]**                                    Page 15

90:17 125:16
125:18 126:7
127:2,5 129:21
130:21 131:8
131:11,15,20
131:21,25
132:9,14,17,18
132:20,25
133:14,17
136:15,19
137:20 156:11
164:24 165:3
165:14,23
**district**  1:2,3
7:13,14
**dive**  118:5
**divide**  72:16
**divided**  72:21
**division**  124:25
**dna**  34:25
38:21 45:18
128:18 142:2,2
142:2,4 185:19
**doctor's**  136:9
**document**  6:5
58:25 62:3,7
62:11 64:20
65:2,4,6,10
66:10,13 67:9
67:20,24 76:10
76:16 77:4,17
78:8,25 79:18
96:3,24 98:5
108:24 109:13
109:14 119:13

119:14,25
120:2 123:8,14
123:23,24
124:9,12,21
125:13,21
126:14 139:24
140:19,20
147:17 148:10
148:11 163:6
163:20 164:8,9
166:24 167:3
167:16 168:2
168:12,13
171:19 172:24
172:25 184:21
**documents**
12:22,25 13:16
14:7,10,11
67:2 122:2
191:24 192:9
192:12
**dod**  25:17
**doing**  23:22
24:6,14 26:6
30:13 37:8
42:5 47:16
55:8 83:4
146:6,19
175:20,21,24
**dollar**  40:4
51:14 71:4,11
71:25 74:11
91:10 138:10
138:14 157:22

**dollared**  92:5
**dollars**  22:9
28:21 30:4
39:11 72:24
116:12 157:15
157:16,17
161:11
**donated**  53:16
**door**  10:14
**dotting**  175:14
**doubt**  74:7
78:11 130:20
135:3
**download**
64:25 65:2
66:10,12,16
**downloaded**
66:21
**draw**  97:12
**drive**  3:16
**driving**  85:15
**drop**  64:21,23
**ds**  141:8
**dual**  27:20
**dubious**  145:11
**due**  38:25 39:6
84:16 111:25
114:23
**dull**  27:2
**duly**  8:4 193:8
**dumb**  147:12
**dust**  38:15
**dwight**  1:10
119:21 140:13
141:3 172:20

**e**

**e**  123:2,2 173:7
174:3,15 193:2
193:2
**earlier**  77:25
109:24 152:2
179:12 190:14
**early**  51:6 85:9
117:6,16
118:12 145:23
179:10 180:8
**earnings**  15:6
**easier**  39:7 66:3
66:9 77:21
91:11,16
**easily**  87:21
**east**  8:20 32:9
97:3,4,22 98:3
145:19
**eastern**  7:7
**easton**  34:2
46:17,21 54:25
**easy**  30:16 85:6
109:23 167:24
**eat**  121:16
122:3,6,6
**eccles**  20:19
**economic**  90:8
**ecuador**  5:13
119:8 120:7,12
**edge**  188:20
**edit**  62:7
**educational**
19:21

**[effect - equitable]**

| | | | |
|---|---|---|---|
| **effect** 161:2 | 44:17 45:2 | 177:4 179:18 | **enjoy** 63:4 |
| **effectively** | 54:18,18,24 | 180:12 181:11 | **enter** 56:17,19 |
| 36:21 | 76:18,20 77:8 | 182:12 184:21 | 56:24 57:23 |
| **efficiency** | 77:23 78:8 | **emailing** 62:3 | 169:15 |
| 158:15 | 79:2,6 82:24 | **emails** 78:14 | **entered** 57:22 |
| **efficient** 158:22 | 96:25 97:19 | 172:23 174:16 | 57:22 |
| **effort** 100:23 | 103:8 108:19 | **embarrassed** | **entering** 74:24 |
| **efforts** 126:15 | 109:5,5,6,12 | 129:6 | 99:23 |
| 160:23 | 110:9,9,10,23 | **emerging** | **entire** 125:9 |
| **egan** 1:11 | 111:7,21,21 | 129:11 | 173:4 189:2 |
| 16:12 17:15 | 114:21 116:9 | **employed** | **entities** 53:5 |
| 29:15 33:8 | 119:8,19,24 | 193:13 | **entitled** 77:14 |
| 34:2 45:9 | 120:4 123:10 | **employee** 24:2 | **entrenched** |
| 46:18 77:10 | 123:17,22 | 24:5 77:24 | 90:13 |
| 78:3 97:2 | 124:5 140:2,10 | **employees** | **entry** 33:24,24 |
| 109:8 119:20 | 140:11,18,23 | 46:23 73:11 | 34:2,3 37:5 |
| 119:21 123:18 | 140:24 142:10 | **employment** | 46:25 47:8,12 |
| 126:2 140:12 | 142:24 143:18 | 34:5,7,8 | 47:16 57:13 |
| 140:13 141:2,3 | 144:6,21 | **ems** 134:16 | 69:11 77:24 |
| 148:5 151:16 | 147:20 148:3,3 | **ended** 18:2 | 99:22 |
| 153:2,10 | 148:4,9,24,25 | 27:5 41:23 | **environment** |
| 163:25 171:25 | 149:6,9,19 | 74:24 87:19 | 45:25 |
| 172:20,20 | 150:3 151:15 | 108:14 129:7 | **environmental** |
| **egan's** 31:7 | 151:23 153:2,8 | 183:12 | 22:3 |
| **egene** 128:25 | 153:17 154:3 | **endgame** | **epidemiologist** |
| **eight** 23:24 | 158:23 159:4 | 186:23 | 88:11 |
| **either** 54:17 | 160:10 163:8 | **ends** 94:15 | **epidemiology** |
| 89:18 117:4 | 163:22,22 | 122:19 124:16 | 88:14 173:13 |
| 158:3 | 164:4,5,6,7,11 | 126:20 192:21 | 173:16 |
| **eliminate** | 164:14 167:16 | **english** 42:10 | **epidemiológi...** |
| 169:18 | 168:7,11,16,19 | 44:10,10 83:11 | 173:12 |
| **ellison** 63:8 | 169:7,14 | 110:19,20 | **equipment** |
| **email** 5:11,13 | 171:15,22,22 | 111:10 187:24 | 181:15 |
| 5:16,20,22,24 | 172:19 173:3 | 188:9 | **equitable** 92:23 |
| 6:4,8 18:8 19:4 | 174:21 176:9 | | |

**[equivalent - exhibits]**

**equivalent**
60:15 156:17
173:16,18,19
174:4,12
**errata** 195:2
**erroneously**
115:3
**espanola** 42:12
**especially**
31:20 32:25
36:10 51:12
116:25 118:10
142:21 143:20
165:14 185:22
**esq** 3:9,11,20
3:22 4:3
**essence** 15:10
**essential** 101:7
173:23
**essentially** 31:3
32:7 37:9
42:10 45:22
47:2 58:2
88:17 89:16
174:6 183:9
**established**
41:14
**estimate** 72:8
**et** 7:11,12
36:20 195:3
**ethically** 85:3
**eua** 128:20
**euro** 133:20
**europe** 31:20
31:23 38:19

40:19 43:13,23
43:24 73:16,20
98:9 125:18
129:15,21
130:2 132:5
133:8,18 138:2
154:15 156:16
164:23 166:9
184:11,12
**euros** 138:9
**evaluation**
86:10 173:21
173:23 174:23
175:5,12 176:3
176:16,24
180:4 184:2,15
184:17,22,25
185:4 186:6,12
186:19 188:17
189:7,8,12,13
**evaluations**
175:17,20
182:6
**event** 175:15
186:14
**events** 13:2,10
**eventually**
46:16 87:3
156:12
**everybody**
15:13 36:16
55:8 58:22
149:25
**everyone's**
149:12

**ex** 38:24
**exact** 11:8
45:23 55:9
67:22 104:18
115:11,11,11
115:20 116:3
116:25 117:11
**exactly** 17:25
18:25 35:12,22
37:17 46:3
59:22 63:23
100:2 106:7,12
106:18 120:17
120:18 125:22
128:3 132:8
134:19 189:20
**exaggerated**
170:24 177:21
177:22
**exaggeration**
159:13
**examination**
8:12
**examined** 8:4
183:20
**example** 102:6
**excel** 56:17
78:23
**excellent** 120:8
**except** 17:17
19:16 35:14
49:8 164:5
185:14
**exception** 37:5

**exchange** 5:11
5:20,22,24 6:4
6:8 108:19
140:2 147:20
163:8 167:16
171:15
**exciting** 27:3
**excluded**
182:23
**excuses** 88:20
**executives**
50:17
**exhibit** 5:10,11
5:13,16,20,22
5:24 6:3,4,8
64:17,17,22
65:10 76:5,6
76:10,22 77:3
77:7 96:3,6,7
96:11 98:8
107:19 108:20
108:23,25,25
119:7,10,13
123:8,13,15
137:16,18
139:14,24
140:3 147:3,17
147:21 163:6,9
166:22 167:8,9
167:10,11,11
167:12,19,25
171:14,16,19
187:21
**exhibits** 5:9 6:2

Page 18

exist 174:10
existence
  146:23 147:14
existing 133:14
expanded
  188:18
expect 106:12
  133:11
expectation
  16:6 165:17
expectations
  40:9 176:10
expected 88:9
  106:3,7 144:3
  162:4 176:5
  181:4
expecting
  181:2
experience 23:9
  33:2 38:25
  39:9,13,15
  42:7 47:13
  156:21
experienced
  92:11 117:21
  187:20
experimenters
  186:15
expiration
  55:19 60:17
  105:9
expire 28:23
expires 56:3
  195:24

explain 38:18
  54:12 154:15
explained
  112:13
explaining
  100:22 132:7,7
expletive 46:20
  85:23
expressing
  146:15
extemporane...
  107:16 108:2
extension 69:20
  69:21
extent 13:6
  18:20 90:6,9
  108:7,10 110:2
  137:3 172:6
  191:8,12,13,20
  192:8
extra 60:10
extraction
  133:21 134:6
  135:7 136:2
extreme 146:20
eyes 163:14
  175:19

**f**

f 123:2 174:3
  193:2
face 40:16
faces 40:16
facie 137:11
facing 179:13

fact 107:5
  111:16 120:22
factor 90:18
  91:22 94:4
  135:21
factors 84:16
  90:2 133:9
  143:14 186:14
facts 104:20
  120:19
failed 174:22
  176:2,15 182:6
  188:5
failure 184:23
  188:22,23
fair 143:17
  160:9,18
fall 43:19 75:20
  111:25 112:10
  112:16 113:14
  113:24 114:16
  114:23 115:25
  184:3
fallen 76:2
  178:16
falling 75:22
false 129:19
  130:18
familiarity
  42:12
family 46:22
  84:11
far 36:2 41:13
  60:14 105:24
  183:25

fashion 92:24
  158:3
fassett 1:23
  2:11 7:18,25
  193:4,21
fast 92:19
  105:17
faster 133:14
  134:22 135:22
  144:19
fastest 20:22
fat 37:21 139:9
favorite 29:9
fba 41:4
fda 60:15
  128:20 156:17
  174:6,9,12
featherstone
  32:13 46:6
  77:11
february 75:21
  86:21,23 95:20
  95:22 99:9,13
  100:10,13
  102:22 103:16
  103:21 106:13
  109:7 110:10
  111:21 114:22
  118:13 140:11
  140:25 180:8
  180:19,20
feedback
  126:22,25
  174:14

**[feel - form]** Page 19

**feel** 39:16 98:14
  121:23 136:2
  138:6 173:25
**feeling** 107:8
  129:9
**fell** 40:18 76:3
  143:22 177:7
  177:24 178:14
**fellow** 25:18
**felt** 31:11 47:24
  89:5 156:17
  180:17,21
**field** 127:3
**fifteen** 48:12
  93:14
**fifty** 90:23
**fight** 131:5
**figuratively**
  46:21
**figured** 150:6
**figures** 99:20
**file** 48:25 65:24
  66:2,20,22
  78:23 79:5
  94:15,20
  122:19 123:6
  163:4 192:21
**filed** 7:12
**fill** 58:21 87:7
  107:25 153:14
**filmarray** 27:8
  28:16
**final** 187:24
**finalized** 176:4

**finally** 81:13
  141:19
**financial** 31:11
**financially**
  177:9 178:4
**find** 22:8 124:6
  191:12
**fine** 75:24 82:2
  112:3 121:12
  121:20 149:12
  161:19,24
  184:10 186:11
  187:23
**finish** 9:16
  88:12
**finished** 24:19
**finishing** 24:23
**firing** 143:4
**firm** 12:9 19:19
  47:24
**firms** 47:25
  48:3
**first** 11:6 12:15
  14:6 18:18
  20:5 23:11
  41:20 53:23
  73:4 76:8
  89:22 110:9
  140:23 141:24
  142:3 143:8
  146:8 148:24
  149:6 150:18
  168:16 172:18
  175:10 176:18
  176:19,23

  177:4 178:12
  179:21 180:3
  193:8
**fisher's** 91:10
**five** 21:14 23:6
  24:24 81:3
  106:10 134:8
  151:13 154:8
  154:12 155:10
  157:2,4 159:3
  159:7 181:5
**fix** 183:17,23
**flat** 45:16
**flattened** 45:22
**flew** 177:2
**flexibility** 46:2
**flu** 86:5,5
**fluent** 20:8,10
**fluid** 169:8
**flurry** 87:12
  118:15
**flying** 100:25
**focus** 31:21
  46:12 66:5
  77:22 85:15
  108:3 165:19
**focused** 109:18
  135:20 136:13
**focuses** 36:12
**foibles** 57:13
**folder** 64:23,23
  65:8 76:11
  147:18
**folk** 44:9

**follow** 59:20
  98:15
**following** 98:14
  103:12 104:22
  127:8,13
**follows** 8:5
**football** 132:21
**footwork** 120:9
**forced** 58:4
**foregoing**
  193:9
**forget** 71:15
  183:11
**forgetting**
  32:21 154:19
**forgot** 166:25
**forgotten** 56:23
**form** 9:23
  13:13 33:16
  37:16 38:12
  39:18 41:8
  49:18 50:19,23
  55:5 56:19
  57:8 59:4 64:4
  73:8 75:23
  83:21 84:8
  87:10 89:20
  91:5 93:23
  95:7 101:12
  102:13,17
  103:4,13,18
  104:3,10,17
  106:16 112:17
  112:20 118:3
  120:21 123:20

**[form - gestalt]**

126:5 129:23 131:17 135:2 135:18 136:11 137:6 138:3 139:4 142:13 142:25 144:20 146:2,17 149:14 158:12 160:13 162:7 163:16 170:21 171:7 177:10 178:20 182:8 188:25

**formal** 44:13 49:7 54:23 106:21 133:5 173:22

**formalized** 126:2

**formally** 17:23 92:8 99:18 111:10,11 175:15

**formalmente** 110:13

**format** 6:6 67:10 68:9 77:18,18 166:9 167:17

**former** 26:13 28:11

**formulate** 108:10

**formulation** 183:21

**forth** 39:22 193:8

**forward** 55:3

**found** 26:25 130:6 143:9 183:21

**founder** 29:14 42:5,8 43:7

**four** 29:4 72:25 73:24,25,25 106:10 127:6 127:25 128:25 129:22 130:3,9 151:13 155:25 181:5 185:19 189:2

**fox** 3:5

**fraction** 88:19

**frame** 32:15 33:25 35:20 36:11,13 37:17 37:20 38:13,17 41:6 47:7 52:9 61:17 70:14,15 70:21 72:7,18 75:18 76:2 80:14 84:2 95:8 103:7,24 103:25 105:19 117:11 118:10

**france** 145:21 145:22

**free** 98:14 157:11

**freely** 158:3

**french** 90:4 141:12,12

**fresh** 105:8,8

**friday** 1:17 2:2 2:8 12:4

**friend** 84:9

**friends** 47:25

**frivolous** 184:8

**front** 17:8

**fulfill** 157:20

**full** 8:16 29:22 29:23 31:10,12 34:17 143:11

**fun** 28:6 61:7 82:8,14

**function** 32:7 47:6 136:11

**functions** 46:8 63:4

**funded** 31:3 175:22

**funny** 80:19

**further** 102:24 106:14,25 135:11 159:25 179:20 191:18 192:13 193:13

**furthermore** 135:12

**future** 15:13,15 16:7 30:7 84:21 114:9 146:9 165:17

**fyi** 144:7

**g**

**game** 131:20

**gap** 23:14

**gee** 139:21

**gene** 127:6,25 128:9,19 129:13,14,14 129:22

**general** 4:4 50:14 75:18 107:8 145:11

**generalizable** 145:9

**generalize** 158:18

**generalized** 145:8

**generalizing** 131:2 133:5

**generally** 11:9 23:8 50:7 70:18,22 71:17 71:25

**genes** 127:10 128:4,9,12 129:5,10,18 130:14,15

**gent** 27:19

**gentech's** 81:10

**germane** 84:14 98:10 145:10

**gestalt** 138:6 175:21

**getting** 22:16 27:17,20 42:22 48:9 82:19 84:3 99:16,18 107:5,9,10 129:7,15,17 131:24 154:6 162:16 164:18 165:3,22

**ginormous** 86:16

**girl** 132:22

**girlfriend** 132:22

**give** 9:12 14:24 22:4 64:18 76:13 92:23 110:2 174:2

**given** 109:21 161:7 193:11 194:10

**gives** 174:2

**giving** 15:23

**glad** 47:9 91:19 116:10

**glanced** 12:24 14:3

**go** 7:20 8:22 19:24 31:12 78:17 80:6 86:9 113:7 114:19 122:2 122:14 126:17 135:11 139:20 150:6 151:15

153:8 154:2 156:15,19 159:11 160:15 164:14 172:18 181:11 184:20 188:11

**goes** 36:19 68:17,18 127:12 150:8 186:8

**going** 7:5 21:22 23:25 28:5 31:19 42:7 48:11,19 52:16 64:16,19,21,23 72:7 76:5,15 77:23 86:6 92:21 93:13 94:14 96:2 97:11 101:8 106:20 119:12 121:12,17 122:18 123:7 125:17 139:13 139:15,18 147:2,16 156:23 162:22 163:5 164:4 166:21,22 170:11 171:13 171:18 190:7 192:20

**goings** 148:22

**gold** 51:11

**good** 7:4 15:23 24:7 28:17 34:2,10 39:20 44:18 47:9,10 47:12 48:13 50:14 56:16 60:18,20 62:9 65:5 75:8 80:4 80:4 82:19 94:11 113:7 118:2,4 120:5 120:16 126:6,6 127:8 129:4,6 130:10,16 135:3 136:8 138:4 139:5 150:6 153:11 161:24 162:12 170:22 174:2 176:12 179:22 183:10 186:3 188:24 190:2

**google** 111:19

**gosh** 57:14

**gov** 144:9,11

**government** 53:13,14 56:5 85:4 86:9

**governments** 133:16

**grab** 142:19

**grabbed** 39:19

**grade** 88:12

**graduate** 20:2 25:4 70:25

71:21

**graduated** 25:5

**grain** 147:6

**grammar** 20:7

**grant** 23:21

**graphics** 63:13

**graphs** 61:11 61:12

**great** 84:12,12 147:10 161:14 163:18

**greater** 32:10 40:8 81:9

**greatest** 161:15

**greece** 129:16 130:4 133:19 138:16 139:6 157:15

**greek** 43:14 166:13

**grew** 91:25

**gringos** 82:6

**grossly** 136:8

**ground** 8:23

**groundbreaki...** 26:7 27:13 59:23

**group** 31:5 34:3 37:4,7 39:2 43:7 146:5

**grown** 139:9

**guatemalan** 42:4

**[guess - happening]**

**guess** 14:16,23 15:16 17:6 20:4,7 29:8 41:16,18,18,19 52:4,5 54:2,22 63:25 67:5 69:22 71:7 73:10 78:4 79:11 82:3,4 99:6 105:22 115:3 130:10 130:15 132:8 137:17 141:17 160:3 164:13 167:23,24 172:21 173:5 189:6,14

**guidance** 15:24
**gun** 76:9
**gundry** 1:16 2:7 5:4 7:1,10 8:1,3,14,18 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1,10 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1,7 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1,19 120:1 121:1 122:1 123:1,19 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1,11 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1,4 149:1 150:1 151:1 152:1 153:1,10 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1,24 164:1 165:1 166:1 167:1 168:1,8 168:17 169:1 170:1 171:1,23 172:1,21 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1,4,14 191:1,23 192:1 194:4,15 195:5 195:18

**guy** 25:10 31:17 33:22 44:5,9 46:25 57:19 65:6 83:23 169:3,4
**guys** 44:6 83:3 152:9

**h**

**h** 1:11,23 2:10 193:4,21
**ha'o** 149:4
**hahn** 3:11
**hairs** 52:20
**half** 24:3,24 30:5,15 73:5 95:13 105:4 130:2 133:20
**halfs** 24:5
**hand** 124:9 126:19 174:8 193:17
**handled** 39:8
**handling** 136:15
**hands** 163:14 185:22
**handwritten** 190:25
**handy** 58:18
**hanlon** 4:6 7:16
**happen** 37:23 76:24
**happened** 27:23 88:16 90:22 121:4 176:5
**happening** 121:2

**[happens - huge]**                                          Page 23

**happens** 132:23

**happy** 42:24 76:12 160:11 160:14,19 161:6

**harassment** 163:16

**hard** 9:3 43:25 53:22 56:7 63:22 84:18 138:7 158:18 170:22 181:6

**harder** 89:24 107:5,10,11

**hate** 62:25

**hbv** 153:20 154:13 155:21 164:23

**hcv** 51:13 164:23

**head** 45:14 78:3,5

**headache** 80:3

**healthcare** 35:8 35:17

**hear** 9:4,19 42:13 129:24 154:25 160:11 160:19

**heard** 18:18,25 138:16 178:22 178:23,24 180:23,23

**hearing** 129:20 130:21,24

**heart** 159:12

**heavily** 38:21 165:3,23

**heavy** 174:8

**heed** 9:20

**hegemony** 139:8

**heights** 161:14

**held** 2:7

**help** 31:6,19 43:13 59:19 83:11 111:18 126:12 127:3 131:7 146:24

**helped** 24:8 27:6 44:11 92:6

**helpful** 9:17 76:21

**helping** 91:20 91:25

**helps** 141:14

**hepatitis** 150:23 151:4 181:19 182:25 183:8

**herded** 39:25

**herding** 39:23 39:24

**hereinbefore** 193:8

**hey** 24:4 25:8 54:20 129:17

153:18

**hi** 12:17 124:5 164:12,21

**hidden** 75:8

**hierarchy** 45:8

**high** 23:12 111:6 125:13 181:18

**higher** 24:12 36:20 139:2,7 152:4

**highly** 24:12 134:10

**hindsight** 94:9

**hint** 23:23

**hinted** 159:2,6

**hired** 34:14,16 45:20

**hiring** 39:12,12

**history** 143:7

**hits** 177:8 178:4

**hiv** 51:13 153:20 164:23 181:19

**hold** 152:3,5,10 152:15 163:21

**holy** 85:22

**home** 8:19

**homogeneity** 40:8

**hope** 146:13,23 156:15 165:17

**hopefully** 108:4 116:13

**hopes** 146:21

**hoping** 156:10 156:12

**hopkins** 88:12

**hospitals** 155:14

**hostetler** 3:15

**hour** 12:2 23:24 25:7,15 48:11 93:14 133:17 134:4,8 134:18,19,20 134:25 135:9 135:15,17

**hours** 24:2,22 47:23 48:2 122:12 135:9 136:3,4 144:9

**house** 41:11

**housekeeping** 50:11

**how's** 84:11

**hpv** 150:18 151:6 152:8,11 153:14,20,21 154:9 155:13 155:22 159:2,3 159:6 160:14 160:22 161:14 161:19 164:23 169:10,18,25 181:18 182:19

**huge** 22:24 30:22 85:16 86:15 90:18

91:22 92:21 105:19 138:13 154:23 181:7

**huh** 102:21 109:11 110:24

**hum** 69:15 150:22

**human** 57:12 127:21,22 150:20,24 155:22 173:24

**humans** 41:25

**humble** 46:25

**hundred** 22:9 22:23 39:10 48:2 90:23

**hypothetical** 182:17

**i**

**idaho** 23:12,12 23:19 25:12

**idea** 14:13,14 24:7 38:23 43:8 55:15 61:15 99:14,15 125:20

**ideal** 154:21

**ideally** 131:9

**ideas** 147:11,12

**identification** 27:10

**ifu** 187:24

**imagine** 35:16 88:4 158:18,21

**immediate** 154:9 165:4,24

**immediately** 23:18 24:19 154:24 162:3

**immunodefic...** 150:21,25

**impact** 91:3

**impassed** 91:6

**implied** 114:4

**important** 27:3 63:3 82:22,22 94:2,9 105:16 148:7

**importations** 39:6

**impossible** 37:22 40:3 84:20 87:22 92:10 95:13

**impressive** 21:2

**improve** 125:16 142:18

**improvements** 140:14

**improving** 148:22

**inability** 160:21

**include** 73:10

**included** 185:13,20

**includes** 149:25 181:17 182:11

**including** 25:24 30:14 57:3 153:21 163:25 181:17

**inclusion** 35:17

**incorporated** 7:12

**increase** 36:5 142:9,19

**increased** 179:12

**increasingly** 140:15

**incredible** 46:17,23 85:3 85:25 88:16 89:4

**independent** 37:12 45:19 173:25 175:3

**index** 5:2

**index.blahbla...** 66:22

**indian** 183:9

**indicate** 64:13 88:24 106:24 167:6 171:10 176:2

**indicated** 78:8 107:6,7 109:14 120:2 123:24 140:20 148:10 164:9 168:13 172:25 180:16 182:18 193:9

**indicates** 87:3

**indicating** 107:4

**individual** 13:12

**indre** 173:8,10 173:21,22 174:14,23 175:3,22 176:15,24 184:15,17,22 185:4 186:22 189:19

**industry** 90:21 90:24 91:25 146:21 157:10 157:22

**inexpensive** 58:22

**inflection** 53:24 119:4

**information** 18:21 60:6 61:3 68:8 70:13

**ingenuously** 135:25

**ingratiate** 90:6

**inherited** 41:25 42:3

**inheriting** 46:7

**initiate** 170:9

**initiated** 51:2

**initiating** 84:3

**initiatives** 170:9

**innovation** 141:8 145:25 146:4,11,16

**input** 57:7 146:13

**inquire** 102:23

**insane** 26:19 92:12

**insight** 126:14

**insinuating** 142:17

**insinuation** 106:20

**inspections** 187:2

**instance** 55:7 55:17 74:3

**instantaneous** 53:25 89:6

**institute** 173:13 173:15

**institutions** 174:11 175:23

**instituto** 173:11

**instruct** 18:22

**instructions** 186:10 188:7

**instructs** 9:24 33:19

**instrument** 134:15 135:6 157:10,13,21

**instruments** 28:22 92:2 154:12 157:3,4 158:2

**insurance** 35:8

**intangible** 155:18 161:11

**integrated** 138:18

**intelligent** 109:21

**intended** 102:24

**intent** 40:2 170:3

**intention** 54:17 54:19 99:17 106:24 156:18

**inter** 185:2 187:6 189:4

**interest** 146:13 154:21

**interested** 193:16

**interesting** 41:9 42:5 50:10 70:24 88:15 90:5 106:17 138:15 147:8

**intern** 187:14

**internal** 69:10 128:16 185:12 185:18 187:18 187:20

**internally** 41:20 186:6

**international** 83:11

**interpret** 97:12 115:17 133:4

**interpretation** 115:5,8,24 166:6

**interpreted** 166:10

**interpreting** 113:18

**intra** 185:2 187:6 189:4

**intrigued** 29:13

**intriguing** 146:3

**introduce** 64:16 76:5 96:2 107:18 119:6,12 123:7 137:15 139:13 139:23 147:2 147:16 163:5 166:21,22 171:13,18

**introduced** 119:15 142:22 166:24

**introducing** 65:9 108:23

**invasion** 121:3 143:23

**invented** 25:25 92:7

**invention** 92:3

**inventory** 28:22 55:14 57:4 177:8 178:2 180:9

**invest** 179:23

**investor** 50:25 51:3

**investors** 50:22

**invite** 175:15

**invited** 175:18

**involved** 43:7 109:20 186:21

**involves** 170:6

**ip** 92:7

**iq** 108:9

**irish** 43:6 44:9

**ironically** 144:24

**irrationality** 87:15

**irrelevant** 35:23,24

**ish** 175:10,11

**island** 63:9

**issues** 50:10 66:24 151:21

**items** 101:15 102:7

**ivd** 173:23

**j**

j 168:18
jan 85:12
january 43:16 68:19 85:12 86:18 87:14 95:18 99:4,5,7 99:10,10 100:7 100:9,14 102:6 103:12 104:22 120:20 179:16
jason 3:9 48:9 93:11 113:2 122:4,10
javier 80:21
jazzed 120:12
jenson 149:4
jersey 193:23
jesse 140:12,25 149:5
job 25:12 28:9 31:2,10 32:16 46:24 47:3,15 131:19,21 132:8
jobs 30:10 83:4
johns 88:12
joined 172:4
joining 23:9
joke 27:15
jokes 75:9
joseph 32:13 37:7 46:6 77:11

josephine 1:23 2:10 7:18 193:4,21
josé 110:23
jot 86:24
juan 168:21
judge's 13:12
julieta 82:21 83:2,22 84:7 87:25 88:24 89:3 91:2,6 93:22 102:20 102:22 103:6 105:15,20 106:23 107:9 168:18 171:8 172:19 180:8
julieta's 173:3 174:21 176:8 177:4 179:18 181:11
july 67:25 77:13,15 78:21 79:8,9,9 80:9 95:9 97:2,5,7
june 68:2 101:3 103:22 175:9
juris 3:10
justification 161:8

**k**

k 109:10 112:2 112:11,12 114:24 151:6

kahu 149:4
kaplan 3:5
kaplanfox.com 3:10,12
kc 172:9 183:22
keep 26:20 58:11,20 59:2 60:18 121:12 121:17 141:7 146:16
keeper 57:12
keeping 145:25
kenneth 119:23 140:12 141:2 148:6 149:2 171:24 172:3,9 183:22
kenny 119:22
kevin 4:3 12:16
kidding 65:20
kills 82:9
kilsheimer 3:5
kind 19:2 22:8 25:16 27:13 31:20 39:16,16 39:23 41:20 42:15 44:6 45:25 46:7 50:10,13 53:15 60:11,13 61:3 62:6 79:10 81:24 88:20 89:22 92:22,22 132:6 138:19 146:12 147:6

172:4,10 175:14
kinds 84:6 170:15
kit 51:6 69:22 86:4,10,12 152:17 156:15 174:16,22 176:2,11,15 179:22 182:5 182:10,25 183:18,19 184:15
kits 100:20 133:14,19 151:20 152:3,8 152:11,15 153:14,22 154:22 155:4 155:19 156:21 160:16 161:9 165:4,23 169:11,18 171:5,9,11 181:16 182:11 187:11 189:18
knew 28:5 30:18 160:7 180:20
know 10:4,10 11:8,9 12:11 13:9,14,22 14:12,24 15:4 15:7,22 17:17 17:22,25 18:8

**[know - late]** Page 27

18:23 19:12,15
23:4 24:22
31:19 32:3
33:3 34:9,10
35:22 36:11,15
36:24 37:2,2
37:10,17,19
38:2 41:11,21
42:2,13,16
43:10,24 44:3
44:19 45:14,19
46:3,8 47:4
49:20 50:4,4
50:12,24,24
53:14,17,19
54:6,7,20
55:10,19 56:22
56:23 57:15,20
58:6,12,21,24
59:7,8,14,22
60:22 61:5,11
61:14,19 62:5
62:15,16,21
63:6,21,25
66:11,15 67:21
68:13 72:5,11
74:11,14 78:5
80:15 83:8,25
86:8,8 87:2,2
89:5 94:3,3,6
95:21,25 97:21
98:7,13 99:12
100:2,21,24
102:3 103:2,5
103:14 104:4,6

104:12 105:24
106:6,18,21
107:2,6,7,11
108:8 109:22
110:14 112:15
112:22,24,25
113:13,19,20
115:3,16 116:6
117:2,2,10,10
117:11 118:14
118:14,16,17
118:19,19,22
118:23 119:2
120:17,24
124:12 125:2
125:12,19,19
125:22,23
126:4 127:21
128:3,4 129:19
130:11 131:18
131:18,23
132:8,16,21
134:12,19,22
134:23 135:19
137:4,12,13,21
138:23 139:6
139:10,21
142:15,16
144:4 145:8,9
145:12,20
147:9 148:20
149:4,9,22,22
149:24 152:18
154:20,21,24
156:13 157:8

159:14,24
160:8 164:13
164:22 166:9
166:20 167:9
167:20 168:22
168:25 170:23
176:4,21
178:24 180:11
180:12,25
183:3,21 184:4
186:14,15
189:6,8,9,14
191:12
**knowingly**
  143:2
**knowledge**
  78:7 109:12
  119:24 123:22
  130:8,9 140:18
  148:9 155:17
  164:7 168:11
  172:23
**known** 70:10
  139:20
**knows** 113:3,5
**korea** 127:17
**korean** 127:16
  127:17
**kyle** 149:4
  151:16,17
  153:3,9,11

| l |

**l** 1:11
**la** 42:12 82:6

**lab** 134:10
  136:9,10
  148:16,17,19
  187:19
**labeled** 99:9
**laboratories**
  33:12 38:24
**laboratory**
  20:19 21:21
  23:2 161:21
**labs** 52:11
  53:12 85:4
  89:16 91:7
  138:16 160:4
**lack** 160:21
**laid** 27:14
**lake** 10:17
  125:3
**language** 20:10
  179:19 188:13
**languages**
  139:19
**large** 24:17
  86:23 89:14
  103:12,22
  138:18 175:5
**largely** 40:10
  72:14
**larger** 90:8
**largest** 22:25
  23:2
**larry** 63:7,8
**late** 100:9,14
  131:20,23

**[latin - logix]** Page 28

latin 31:20,22
38:19 40:17
42:20 43:22
73:15,20 80:24
90:7,12 97:4
98:9,16 137:11
139:16,16,22
145:17 154:9
155:11 156:5
161:15
launched
135:15 141:7
laura 43:14,22
119:22 123:17
124:2 125:6,20
135:12 136:18
140:13 141:2
142:11 154:4
163:23 164:5
164:15,21
laura's 164:11
law 12:9 19:18
48:2 161:5
lawsuit 14:12
15:21 16:8
36:12
lb 5:16 123:10
123:20
lead 3:3,3
133:15
leading 189:7
leads 59:19
144:7
leaving 192:4

legal 4:4 7:17
12:16 13:5
30:19 69:6
161:6,22,24
187:13
legit 26:24
lengua 42:12
letter 39:18
letting 17:17
164:12,22
level 45:23 47:6
94:22 110:2,3
125:13 148:21
levels 180:9
libitum 139:11
139:11
license 20:25
193:22,22
licenses 21:8
lieta 82:23
life 81:22
146:20,22
light 125:6
lights 87:13
likely 92:15
144:18 159:23
162:2
limited 57:12
line 17:7 69:25
77:5,12 79:7
79:25 80:2
93:12 97:3
98:17,22 102:7
109:9 123:19
140:14 141:4

148:7 168:9
172:2 195:6
lines 65:25 70:4
77:22 101:15
158:15 177:23
lingo 157:8
linguistics
110:5
link 62:4,11
161:15
list 80:17,18
127:12 150:8
162:2 170:2
181:14,17
182:11 183:4
listed 68:24
79:14 152:6,9
listen 15:5
155:8
listing 19:17
lists 127:14
131:4 150:8,17
listserv 149:24
literally 46:22
88:3 91:15,25
170:25
litigation 10:25
14:8 137:9
little 9:3,5 16:4
19:20 22:9
31:16 44:8
47:22 53:24
60:9 61:24
64:7 87:19
94:22 116:10

120:5,16
128:18 130:8
134:21 135:11
150:12 157:17
162:3 175:4,14
179:19 180:14
180:21 186:20
186:24 187:22
lived 130:5
living 62:6
139:19
llc 1:5 7:11
llp 3:5,15
load 77:4
loaded 168:5
loading 66:6
loan 157:11
181:15
local 91:20
locally 66:14
locations 2:8
locust 130:4
log 192:7
logged 54:24
logic 129:13
158:19
logical 52:8
logix 34:25
38:21 45:18
51:4,17,17
52:4,5,10
53:19,21 54:5
55:25 75:14,14
86:12 91:13
100:17,20

**[logix - malaria]**

101:4 102:25 104:21 106:15 111:9,12 112:14 114:6,7 117:5 128:14 131:6,16 133:3 134:2 150:20 150:23,23,24 151:4,19 159:25 178:18 178:19 179:16 180:10

**long** 12:6 67:23 133:25 158:4,5 173:4

**longer** 122:10 153:22 165:8 165:10 182:13 182:19

**look** 25:3 58:3 58:4 61:14 62:12 63:12 79:6,24 98:2 98:20 102:6 114:18,21 116:8 120:4 131:3 133:12 135:10,13 140:23 147:5 152:25 158:23 164:11 168:15 169:7,13 179:18 184:20 188:8

**looked** 39:20 74:4 97:20 105:3 170:9 180:10

**looking** 75:18 96:24 101:14 104:7 125:15 133:16 138:7 143:13 176:8

**looks** 56:16 67:22 68:9 74:4 79:24 80:11 110:22 110:22 124:25 142:14 149:16 154:4 164:17

**lose** 144:12 145:6 154:8,24 155:10 157:21

**loss** 117:21,22

**lost** 89:16 93:9 127:5

**lot** 25:15 27:24 31:3 55:17 56:9 65:25 88:13 89:5 91:18 105:5 108:5 120:8 121:6 136:2 162:15 164:23 170:7 177:8 178:2 184:19 185:3,23,24,24 186:2,4,16 187:14

**lots** 80:16 141:20 186:5 187:7

**love** 25:8 63:2 77:18 90:3,3

**loved** 91:15,15

**low** 108:9 138:11 157:11 181:18

**lower** 90:10,11 90:11,15,15,16 133:18 137:21 138:5,22 139:10 166:16

**lowering** 133:19

**loyal** 91:7 171:8

**luck** 185:25

**lucky** 154:17

**lunch** 122:22 144:10

**m**

**ma'am** 56:15

**machine** 23:12 27:9 141:25

**machines** 23:10

**made** 14:4 27:4 27:24 59:18 81:13 84:20 85:10 95:19 129:4 152:14 159:24 171:9

**main** 10:16 46:9 57:20

83:12,25 87:23 90:18 127:7 131:7 135:14 135:21

**maintain** 138:20 160:17

**maintained** 30:17 146:13

**maintaining** 39:12 161:8

**maintains** 62:7

**major** 97:5

**majority** 54:4 72:19 117:8 127:5

**make** 14:5 25:11 40:2 55:15 56:9,25 76:15,16 77:21 83:12 107:20 108:12,17 139:19 141:16 141:19 146:22 160:23 162:4 170:24 178:12 179:21

**making** 8:14 23:24 25:6 38:25 127:19 148:22 152:3 152:15

**mal** 153:20

**malaria** 150:5 150:24 169:10 169:18,25

**[man - mean]**

| | | | |
|---|---|---|---|
| **man** 148:14 155:9 | **map** 110:18 143:22 | **marketing** 26:15,23 27:4 | **materials** 57:4 101:11 |
| **manage** 32:19 43:25 45:18 129:25 | **maps** 44:11 | 30:10 31:6,18 45:14 47:5 | **math** 74:10 |
| **managed** 40:12 40:13,14,14 | **march** 5:17 77:13 78:21 | 58:7 78:6 | **matter** 7:10 22:13 193:16 |

**man** 148:14
155:9
**manage** 32:19
43:25 45:18
129:25
**managed** 40:12
40:13,14,14
42:19 45:20
46:13 124:4
125:3 130:2
132:5 133:8
**management**
14:24 15:5,12
15:22 16:5,25
27:8 31:7
37:23 39:12,24
42:3 49:10,13
49:16,17,23
125:2 143:3
147:5
**management's**
125:4
**manager**
126:11 148:16
148:19
**managing**
28:14 39:10
41:21 42:11
57:4 126:7
**manifest** 75:19
**manufactured**
134:16
**manufacturing**
151:19

**map** 110:18
143:22
**maps** 44:11
**march** 5:17
77:13 78:21
88:25 89:19
95:23 100:16
102:23 103:16
103:21 106:13
118:13 119:20
123:11,18,21
142:12 180:8
180:18,24
189:21
**mario** 110:23
111:24 112:15
113:13 114:22
**marissa** 3:20
12:15,19
112:19 121:9
162:13 190:4
**mark** 156:16
183:6 184:11
**marked** 64:17
65:10 76:6
96:3 108:20
119:10 123:13
140:3 147:21
163:9 167:18
171:16
**market** 85:9
86:21 140:15
142:9,19
144:13 145:15
145:17,19

**marketing**
26:15,23 27:4
30:10 31:6,18
45:14 47:5
58:7 78:6
**markets** 144:23
145:5,10,12,14
161:9
**marlon** 42:4,15
43:2,22 109:8
148:6 154:4
164:16 168:9
168:17 172:21
**marriage**
193:15
**married** 105:14
**maskaf** 81:15
81:18 120:12
**maskoff** 81:16
**maskon** 81:16
81:17
**mass** 81:8
**massive** 26:18
42:23 180:15
**master** 20:18
185:15
**master's** 24:20
24:25 110:5
**masumbe**
119:22
**match** 129:7
**material** 51:8
55:20 105:8
112:5 185:15

**materials** 57:4
101:11
**math** 74:10
**matter** 7:10
22:13 193:16
**matters** 63:16
**matthew**
119:22
**mba** 71:2
**mean** 13:14
14:21 16:3
18:16 31:16,17
32:13 34:16
36:19 41:15,24
46:5,9 48:7
51:21 63:2
66:15 70:14
72:15 73:21
74:20 80:15
83:7 84:9 87:2
87:25 98:8
101:24 103:14
104:5,12,25
105:7,7,13,15
106:18,18,19
106:19,22
107:2,3 110:12
116:21 118:9
120:15 125:3,8
131:23 137:7
155:13 156:8
169:24 170:25
175:9 177:14
178:25 179:5
180:25 187:20

189:25 190:21 190:23

**meaning** 63:24 115:18 157:10 158:19 185:10

**means** 9:19 13:9 19:12,13 107:15 110:16 110:17 114:10 128:9 141:11 166:2 178:10 178:11 180:2

**meant** 112:15 113:14,19 115:6,19 120:18 121:7 125:13 155:22 159:5 166:7,19

**media** 7:8 48:25 94:15,20 122:19 123:6 163:4 192:21

**medical** 20:19 29:5

**medications** 9:11

**medicine** 20:19 21:21

**meet** 11:20 22:21

**meeting** 49:23 150:4

**meetings** 17:13 22:22 47:20 48:5 49:16,16

50:2,8,16,17

**member** 21:10 21:13,23 22:6 22:16,17 46:22 49:10

**memory** 86:14

**men** 83:4

**mention** 90:2 93:20

**mentioned** 33:6 33:14 45:6 93:22 95:17 160:15 182:16 184:23

**mentions** 137:19

**message** 77:5 130:25 151:24

**met** 29:14 43:18

**mexican** 91:18 91:19

**mexico** 80:23 82:24 84:16 85:5 89:15 98:18 115:22 156:10 173:22 174:12 184:13 188:6

**mexico's** 173:18

**mic** 9:5 181:24

**microliters** 185:14

**microsoft** 62:5

**mid** 54:2 97:5

**middle** 32:9 97:3,4,22 98:3 145:19 175:11

**mike** 29:15 45:9

**million** 28:21 30:4 72:14,20 72:20,24,24 73:5 74:3 80:9 81:6,12,19 85:21,24 86:3 86:3,4 98:25 100:6,8 105:4 116:12 118:18 138:18 157:15 157:15,16 181:4

**millions** 88:3,3 92:16 93:4,4,4 93:4

**mind** 11:18 35:23 48:12 87:4 93:24 94:8 107:13 110:18

**minds** 118:5

**mine** 97:22

**minor** 21:25

**minority** 115:12

**minute** 37:21 141:7 144:11 144:13

**minutes** 12:17 93:14 121:15 134:8,12,19

**miscommuni...** 14:23 15:4,8

**missing** 116:13 167:23

**missionary** 23:15

**mistranslation** 178:9

**misunderstood** 115:14

**mix** 185:15

**modest** 154:6 164:18

**mojo** 106:20

**molecules** 128:18

**moment** 53:25 67:3,8 76:13 87:21 89:6 108:18 113:18 115:8,18 116:5 116:6 166:5,19

**monday** 50:5 104:5

**monday.com** 57:10 58:15 59:2,17 60:5 64:9,11 68:8 70:13

**monday.com.** 68:18

**[mondays - new]**

**mondays** 50:6
**money** 26:4
27:24 31:4
138:19 171:9
**montgomery**
140:12,25
149:5
**month** 35:7
61:11,13 105:5
**monthly** 5:17
38:8 123:11,20
125:11 136:17
157:19
**months** 11:11
17:18 19:3
20:23 24:25
25:5 27:25
56:3,6 61:12
103:11,15,15
104:22 106:9,9
106:11 120:7
181:5
**morning** 7:4
**mosquito** 21:24
22:3,10,12,14
22:18 23:7
**mosquitoes**
22:22
**moved** 25:23
47:10
**mpeirsol** 3:21
**mtb** 181:18
183:6,7,7
**multibillion**
40:4 51:14

91:10 92:5
138:10
**multimillion**
39:10
**multiple** 2:8
84:10 87:18
92:16 127:10
128:4 129:5
138:21
**multiplex** 27:8
101:22 102:8
**mutation** 24:16
25:24 26:5,9
28:15 129:12
129:18

**n**

**n** 1:16 2:5,7 5:4
8:3 123:2,2,2
173:7 174:15
195:5,18
**name** 7:16 8:7
8:11,16 12:11
33:23 44:7
62:19 68:22,24
69:6 79:4,4,14
80:21,25 81:15
82:23 102:20
195:5
**named** 10:24
33:22 68:10
**names** 68:25
69:2 83:6
**nathan** 8:18
**national** 173:13
173:15

**native** 6:5
67:10 77:17,18
167:17
**natural** 106:2
**nature** 108:3
**ncra** 193:22
**near** 106:9,25
107:2 162:16
162:17,19
**nearly** 84:20
85:24 110:21
159:11
**necessarily**
42:16 50:25
55:8 92:14
108:9 132:7
139:12 143:15
147:6 156:24
**necessary**
55:12 127:10
128:10 129:10
130:14 134:7
192:10
**need** 9:18 10:3
25:10,18 33:18
50:12 55:23
56:6 65:4 79:4
85:21 87:6,9
89:23 129:17
133:14 138:23
154:25 161:25
181:9
**needed** 29:5
47:15 48:6
144:9

**needing** 14:9
87:5
**needs** 181:17
**negative** 51:10
129:19 130:18
**neglected** 90:2
**negotiate** 34:14
34:21
**neighborhood**
121:5
**nephew** 62:16
**nepotism** 46:19
**nerd** 146:20
**nerds** 26:8
**nerdy** 62:19
**netsuite** 63:6
63:10 64:3,8
**network**
125:17
**never** 19:14
40:21,22 41:4
50:25 88:9
90:21,21,22,22
90:24 91:11,23
92:10 93:5
132:23 142:22
144:2,23
152:23 182:18
184:16,17
**new** 1:3 3:7,7
7:14,19 56:10
56:13,21 84:23
88:5 92:3
100:25 109:22
131:19,21,24

**[new - official]** Page 33

132:9 133:13
142:19 144:4
144:11,18
148:22 151:21
164:5 165:3,22
168:9 170:3,9
181:13 182:22
185:3 187:7
193:23,23
**newer** 100:25
**news** 120:5,16
145:23 152:21
160:11,19
**nice** 40:25,25
**nick** 33:22,24
47:10
**nine** 20:23
24:25 25:5
**nodding** 9:19
**nomi** 33:9,10
**nominal** 158:3
**nonexclusive**
160:7
**nonprofit**
53:16
**normal** 80:20
161:16
**notary** 2:12
193:6,23,23
194:20 195:24
**note** 7:20
191:19 192:3
**noted** 7:23
**notes** 13:16,19
13:23,25

167:13 190:15
190:19,25
191:2,5,9,9,11
**notice** 2:7
**noticing** 117:22
117:24
**novel** 51:7
**november** 1:17
2:2,9 7:6 124:7
193:18 194:7
195:4
**number** 7:14
42:20 44:21,23
44:24 50:3
55:17 69:10,10
74:8,22 75:10
81:6 86:8
105:2 112:6
114:25 124:11
124:13 126:19
126:20 153:13
153:21 154:23
155:4 157:25
161:12 164:24
165:10
**numbered**
167:22
**numbers** 74:5
76:7 106:4

**o**

**o** 123:2,2,2
174:3
**oath** 8:2,5,24
194:5

**ob** 105:11
**object** 9:23
46:21
**objected** 184:7
**objection** 13:4
18:20 33:16
37:16 38:11,11
41:8 49:18
50:19,23 55:5
57:8 59:4 64:4
73:8,13 75:23
83:21 84:8
87:10 89:20
91:5 93:23
95:7 101:12
102:13,17
103:4,13,18
104:3,10,17
106:16 112:17
112:20 118:3
120:21 126:5
129:23 131:17
135:2,18 137:6
137:10 138:3
139:4 142:13
142:25 144:20
146:2,17
158:12 160:13
162:7 170:21
171:7 177:10
177:12 178:20
182:8
**objections**
13:13 177:13

**objective** 90:8
118:8
**observed**
186:23
**obstacles**
105:19
**obtain** 20:11,12
20:15 183:6
**obvious** 105:12
105:13 137:12
**obviously** 18:3
46:18 107:10
127:16 177:8
178:4
**occur** 175:6
**occurred** 13:2
72:14 174:25
**oem** 134:16
135:6
**offer** 138:11,14
146:23 153:5
154:16
**offered** 28:9
30:25 90:15
158:2
**offering** 138:17
154:16
**office** 3:22
10:13,16 125:3
125:4 136:9
167:5 190:23
**officer** 4:5
23:20 26:14
**official** 57:12
58:9

**officially** 70:10 86:25 99:25
**oh** 46:19 68:6 79:9 102:10 117:20 118:8 124:17,17 149:21 151:8 162:14 180:16 190:18
**ohio** 3:18
**oil** 163:14,17
**okay** 8:22 9:15 10:11,14 14:20 17:24 18:9,11 18:13,15 19:20 23:8 26:20 34:5 52:19,25 55:22 56:2,9 56:13,25 58:5 64:2,16 65:7 65:23 67:18 68:6,20 69:5 69:19 70:5 71:23 75:16 76:10 77:7 78:17 79:13 82:2,11 86:15 93:18 94:10 95:2 96:21,25 97:9 98:6,11 99:4,20 100:5 101:3,8 108:23 110:4,8,22 111:5,20 114:18 116:8

122:14 123:14 124:18 125:8 126:21 136:11 137:14,15 139:20 142:10 144:6 150:3 151:12,14 152:25 153:8 154:2 162:18 162:20 164:11 164:21 165:21 166:15 167:7 167:15,25 168:7,15,25 169:13,16 172:18 173:3 176:8 184:20 186:2,20
**old** 55:19 105:7 185:3 187:7
**olden** 47:13
**older** 56:11
**olivia** 149:3 171:25 172:14 172:16
**omicron** 88:5
**once** 11:21 37:25 53:18,18 64:24 93:5,11 135:14
**one's** 56:5
**ones** 22:22 33:13 39:14 59:22 80:16,18 81:2,20 85:19

152:9 183:8 187:22
**ongoing** 192:5
**ontiveros** 4:3 12:16
**onwards** 112:7
**oops** 166:23
**open** 41:23 65:17,21 66:13 66:19 77:2 78:24 96:16 108:14 192:5
**opened** 147:25
**opening** 119:16 147:23,24
**operations** 31:5
**opine** 158:13
**opinion** 46:10 46:11 87:11 128:10
**opinions** 89:5 152:10
**opposite** 166:10
**optimization** 25:16,19
**option** 66:16
**order** 54:13,17 54:21,23 55:2 55:11,22 56:22 57:7 58:4 64:6 68:8 69:9,10 69:21,25 70:4 70:6,8,11,12 77:12 81:17

85:17 86:10 89:24 95:17 99:7,10,12,18 99:22,25 100:9 100:20 101:9 101:10,19 102:15 104:21 105:2,16 106:21 109:10 111:8 112:3,6 114:25 116:14 116:18,24 117:9 144:25 149:14 152:7 153:13,14,20 160:4 168:9 169:10,15 170:4 180:14 181:14 189:22 189:24,24
**ordered** 69:22 86:13,25 87:16 87:18 88:17 103:21 158:6 180:17,21
**ordering** 37:13 83:3 87:19,19 87:24 107:5 115:13,14
**orders** 36:22 58:11 59:3,13 59:14 60:23 64:12,14 67:15 67:25 71:5 72:2 74:12,25

**[orders - pay]**

75:20,22 77:14
79:7,19,22
80:8 82:19
83:8,12,19
88:19,24 92:20
95:5,11 97:6
98:21,25 100:6
100:12,13,17
101:4 102:6,24
103:7,9 104:5
106:25 111:15
120:20,23
161:25 169:4
179:15 181:3,5
181:6,7
**organization**
84:5,24 187:9
**organizations**
21:11,14 23:5
**organized**
82:18
**origin** 110:6
**original** 183:25
**originally**
45:17 129:3,4
188:15
**outcome**
193:16
**outline** 126:12
**outlines** 13:25
**outside** 38:24
42:21
**overall** 72:11
**overestimated**
80:12

**overseer**
172:10
**own** 33:2 71:8
129:7 146:22
147:14,14
149:12 155:16
185:3,12
186:24

**p**

**p** 2:5 174:3
**p.a.** 25:9
**p.m.** 158:24
163:3 192:25
**page** 5:3,10 6:3
58:20 59:9,9
59:11,24 124:8
124:15 125:9
126:17,20,22
126:23 135:12
147:24 151:4
151:10 168:16
177:4 194:12
195:6
**pages** 124:16
125:10
**paid** 23:16
37:15 38:8
43:12 108:5
178:5
**painful** 55:15
56:10
**palmer** 119:21
154:21
**pandemic** 73:3
86:6 90:6,14

131:24
**panel** 181:22
181:22 183:12
183:14
**panels** 181:25
182:17
**paper** 26:7
29:12 127:14
190:20,25
**paperwork**
188:11
**papilloma**
155:22
**paragraph**
137:19
**pardon** 90:14
**part** 21:25 23:5
28:25 33:23
37:11 40:23
43:3 47:15
71:2 89:23
90:7 92:4
121:6 132:4
146:8,9 175:14
**participate**
178:7,8 179:21
**particular**
15:18 56:19
57:6 71:12
73:7,9 82:20
82:20 91:13
114:12,19
116:2 121:8
134:21 138:22
142:8 144:21

165:19 181:8,8
185:23 186:2
**particularly**
90:5
**parties** 7:21
193:14
**partly** 26:12
143:15
**partners** 40:10
**parts** 43:13
**pass** 184:17
185:24 186:20
187:5
**passed** 184:15
186:12,18
**passionate**
89:11
**past** 15:16,18
15:25 21:14
35:24 39:9
109:19 132:11
133:6 135:5
156:18 165:15
**patent** 20:25
**patented** 24:17
**pathogens**
25:17 27:12
30:14
**pathology**
20:21 23:20
**paucity** 161:9
**pause** 23:14
106:6
**pay** 28:5 29:22
35:8 157:16,17

**[paying - placed]** Page 36

**paying** 29:20
**payroll** 177:5
**pc** 185:14,17
  186:23 187:18
**pcr** 23:10,12,22
  24:15 25:15
  27:9 51:6,10
  51:10,13 89:15
  92:2,2 127:21
  134:14 141:24
  141:25 142:3
  144:11 146:20
  158:2
**pcs** 185:3,8,19
  187:7 189:5
**pdf** 65:12 67:4
  67:5,9 76:18
  76:25 77:2
  96:14,16,19
  98:8 109:3
  168:5
**peirsol** 3:20
  12:15 13:4,11
  18:20 33:16
  37:16 38:11
  41:8 48:9
  49:18 50:19,23
  55:5 57:8 59:4
  64:4,24 73:8
  73:13 75:23
  83:21 84:8
  87:10 89:20
  91:5 93:11,18
  93:23 95:7
  101:12 102:13

102:17 103:4
103:13,18
104:3,10,17
106:16 112:17
112:21,25
118:3 120:21
121:11,18
122:4,9 126:5
129:23 131:17
135:2,18 137:6
137:10 138:3
139:4 142:13
142:25 144:20
146:2,17
158:12 160:13
162:7,14,18
170:21 171:7
177:10,12
178:20 182:8
191:10 192:16
**penalty** 8:25
**pending** 10:4,5
**people** 22:23,25
  31:5 33:15
  41:12 44:14
  46:18 50:4,14
  57:2 58:20
  60:3 62:2,10
  83:4,9,24
  87:18 99:23
  105:25 132:19
  163:24 175:19
  175:19 187:12
**people's** 40:18

**peppermint**
  163:13,17
**perceive** 63:5
**percent** 20:7
  24:9 26:19
  42:22 54:6,10
  177:7,25
  180:22
**percentage**
  53:20 89:14
  90:13 95:5,11
  95:15
**perfect** 20:9
  57:19 84:25
**perfectly** 17:2
  100:3
**performance**
  91:15 188:3
**performed**
  176:6
**period** 15:3
  29:2 32:25
  36:9,10 37:9
  43:5 79:20
  92:24,25
  104:16 105:5
  106:8 117:9
**periods** 47:23
**perjury** 8:25
**permitted**
  162:5
**person** 40:12
  92:11 146:7
  168:24 187:14

**personal** 45:2
  106:3
**personally**
  98:10
**perspective**
  132:2
**pertained** 15:8
**pertains** 15:21
**peru** 60:16
  81:18
**perused** 188:25
**peter** 44:9
**ph.d.** 26:16,21
**pharma** 47:14
**phone** 11:21,23
  11:23 12:3,6
  12:12,14 44:21
  44:23,24 54:22
  86:24 106:19
  179:6
**pick** 33:13
**pile** 41:5
**pink** 125:6
**pipeline** 165:4
  165:24
**pitt** 65:19
**pk** 141:9,13
**place** 19:9 36:5
  54:13,21
  102:24 106:24
  134:6 176:21
  190:3
**placed** 57:5
  71:11 74:12
  86:24 95:18

**[placed - pretty]** Page 37

100:6 104:21
179:15
**places** 128:22
**placing** 71:5
72:3 83:19
169:9
**plague** 25:16
**plaintiff** 3:3
**plaintiffs** 1:8
191:7
**plan** 122:12
**planning** 27:7
122:4,9
**platform**
138:21 151:22
**play** 41:2
**played** 40:22
**player** 129:16
**please** 7:25
8:16 9:16 10:3
72:9 77:13
111:11 113:7
113:10 114:2,3
114:5 124:6
126:22 163:15
169:15
**plex** 169:16
**plural** 114:4,5
178:10,10,11
**plus** 28:16 29:8
43:2 47:23
59:13
**po** 114:11
**point** 18:14
28:17 34:19,19

38:2 53:24
64:2,5 81:23
85:11 94:11
119:4 127:4
131:3 133:12
135:10 136:8
138:5 146:6
160:2 162:12
166:18 170:2
170:24 172:5
180:17,20
**pointed** 188:8
**points** 127:13
127:14 186:8
**polymerase**
142:2
**pool** 40:14
**poor** 25:6
130:16
**populate** 59:10
**populated**
59:10
**portion** 71:7
86:24 88:23
95:18 111:8
113:11
**portuguese**
33:22
**positive** 51:9
185:12 186:23
**possess** 21:7
**possibilities**
39:2 84:15
**possibility**
17:19,20 85:18

**possible** 26:10
39:5,5 40:3
42:14 55:14
74:21 75:4
84:4 86:3 93:7
104:19 105:17
108:12,17
118:6 120:24
159:21 176:17
176:22 191:4,8
**possibly** 16:14
21:16 86:3
88:15 104:4
115:3 120:24
134:20 135:24
142:9 145:20
170:5 184:3
186:13
**potential** 60:19
132:25 143:21
144:7
**potentially**
135:13
**power** 90:5
122:7
**practically**
181:5
**practice** 78:15
**pre** 185:4
186:12
**precedent**
37:25
**precise** 108:17
**precision** 70:16
108:11

**predict** 17:4,7
37:23 84:15,17
84:20 87:22
165:16 181:6
**predicted**
88:15 117:21
**predicting**
145:11
**prefer** 171:11
**preferred**
129:22
**preliminary**
173:6
**premarketing**
27:7
**prep** 190:15
**preparation**
12:23 13:19
14:2 141:15,17
**prepare** 11:12
11:17 12:13
**prequel** 58:16
**presence** 51:8
**present** 4:2
12:14
**president** 45:11
45:12 82:25
**pressed** 105:19
**pressure** 187:9
187:12,14,17
**pretty** 12:8
26:15 27:21
32:19 37:5
50:3 81:11
174:8,11

**prevent** 161:25
**preview** 77:4
**previous** 42:6
  63:21 111:8
  182:12
**previously**
  64:17 65:9
  66:25 76:6
  96:3 100:22
  112:14 130:5
  132:2,10 134:7
  180:13 182:16
  182:23 186:25
  192:9
**price** 56:14
  69:19,23,24
  91:16 100:21
  101:10,22
  102:8 138:6
**prices** 81:8
  90:11,16
  102:12 133:18
  133:19 137:21
  137:25 138:12
  138:17,22
  139:2,7,11
**pride** 81:7
**prima** 137:11
**primaries**
  129:12
**primarily** 41:7
  41:10 131:19
  131:19
**primary** 52:3
  52:10

**primers** 128:17
  128:18
**prior** 23:9
  43:18 178:13
  178:23 179:3,5
**private** 53:14
  129:8
**privilege** 192:7
**privileged**
  18:21 191:15
**pro** 28:2
**probably** 12:17
  22:6 29:22
  33:25 37:4
  39:19 40:15,16
  41:15 62:8
  70:20 81:6,11
  81:19 83:10
  85:12 97:25
  98:3 118:9
  135:9 159:16
  170:24 177:21
  178:9 186:20
  189:23
**problem** 56:3
  80:4 183:17,22
**problems** 91:12
  127:10 189:2
**proceed** 8:2,8
**process** 51:15
  54:12 64:14
  109:20 135:8
  141:17
**produce** 93:3
  129:5 187:15

191:9,16,22
**produced** 6:5
  67:9 77:17
  92:19 137:4
  167:17 192:9
**product** 26:3
  26:11,11 27:7
  27:13 28:13,20
  28:24 30:3,7
  54:22 87:14
  92:6 111:17
  114:14,15,19
  115:11,12,20
  116:2,25 128:4
  140:14 142:5
  148:8 158:15
  161:7 177:23
  181:2 188:24
**production**
  57:5 151:21
**productivity**
  42:17
**products** 28:15
  63:3 148:23
  150:7,9,12
  154:5 155:3
  161:13 164:17
**professional**
  2:11 21:7,10
  21:14 193:5
**professor** 23:20
  24:4 139:18
**proficiency**
  20:7

**profit** 53:16
  138:13
**profits** 36:3
**program** 24:12
  63:7
**programmer**
  17:7
**progress** 60:12
**project** 25:21
  58:20
**promising**
  92:15
**promoting** 26:3
  154:5 164:18
**pronounce**
  82:7,11 149:5
**pronounced**
  173:7
**pronunciación**
  82:7
**pronunciation**
  82:5,9
**properly**
  175:22,24
**property** 42:2
**proportionately**
  133:7
**proposals**
  127:2
**propose** 28:18
**proposed** 3:3
  23:11 29:15
  43:9,11 131:4
**proposing**
  131:14 132:13

**[proposing - ramirez's]**                                    Page 39

132:25

**protection**
188:3

**protein**   141:13
141:13

**protocol**
134:18 141:9
144:12

**provide**   8:15
126:14 141:8
170:20

**provided**   60:5
129:9 152:7

**providers**
128:7

**provides**
158:21

**providing**
10:22 152:11

**public**   2:12
14:25 30:24
31:10 34:18
193:6,23,23
194:20 195:24

**publication**
22:15

**publications**
20:23

**published**   26:7

**pull**   76:20 96:9

**purchase**   55:2
57:7 70:8
103:12 110:17
156:14 158:10
171:5

**purchased**
95:22,23
103:11

**purchases**
95:20 104:16
106:14 110:16
117:5,16
159:25

**purchasing**
91:4 104:15
110:18,25
117:4,15

**purpose**   126:14
149:23

**purposes**   62:25
122:5,10

**pursuant**   2:7

**purview**   53:17
73:11

**push**   38:20
39:17

**pushed**   39:15
39:20

**pushing**   146:4

**put**   40:6 41:5
46:10,11,12
60:20 64:7
69:12 125:20
136:14,18,18
137:3 157:10
163:13 185:14
187:9,12,14
191:24

**putting**   187:17

**q**

**qrt**   51:10

**qt9**   62:15,20

**quality**   62:18
62:19,24,25
63:2,2,3,4
172:15 187:15

**quantity**   69:19
69:22,24
180:15

**quarter**   38:15
61:10 72:6,15
72:16 73:4,6
74:13,15,23
116:12,14,19
116:24 118:18
157:19

**quarterly**
14:24 38:9,14
38:16

**quarters**   72:21
73:2,24 74:2
80:3

**question**   10:4,5
10:7,8,9 14:10
38:6 41:9 53:2
71:16,22 75:6
108:8 113:6,7
113:8,10,13
118:2,4 126:6
135:3 138:4
139:5 146:3
147:13,14
158:13 170:22

**questioning**
93:12

**questions**   9:16
93:16 108:11
108:17 173:6
175:4,16
191:18 192:11

**queue**   63:9

**quick**   48:13

**quickly**   122:7

**quit**   25:10
27:21

**quite**   67:23
80:24 186:22
188:20,21

**quote**   47:24
91:9 113:17
188:24

**r**

**r**   2:5,5 123:2
173:7 174:3,15
193:2

**r&d**   148:16

**r2d2's**   62:16

**rad**   135:4

**raise**   26:18
35:16

**raised**   103:25

**raising**   142:11

**ramirez**   80:20
82:23 168:18
172:19

**ramirez's**
168:19

**[ramos - recommending]**

**ramos** 42:4,16 109:8 148:6 168:9,18 172:21

**ran** 93:5

**range** 73:4

**ranked** 24:13

**rare** 62:13

**rate** 90:20

**rather** 121:21 132:14 187:19

**raver** 80:19 81:5 82:3,4,8 82:15 83:2,15 83:19,20 95:5 95:17,19 98:21 98:22,24 100:5 102:24 103:11 103:21 106:14 106:23 110:15 111:2 117:3 168:10 169:9 169:16 170:8 177:5 184:23 187:5 189:3

**raver's** 91:3 178:14 180:9

**raver.com** 83:12

**raver.mx** 110:11 168:17

**ray** 43:9 44:2

**rdrp** 128:25

**reaction** 116:3

**reactions** 55:23 85:21,24 86:4 92:16 93:2 102:4 105:3,4 106:5 111:14 112:6 116:21 181:4

**read** 38:21 39:19 77:13 105:20 112:8 113:11 116:15 152:12 155:5 177:14 194:5

**reading** 173:4

**ready** 48:10

**reagent** 154:12 157:2,4,5,6,7,9 157:18 158:6

**real** 25:11 30:21 51:10 158:2

**realize** 43:23 124:17

**realized** 23:25 29:20

**really** 20:24 31:18 32:14,15 34:9 35:7 37:8 40:23 43:2 46:9 47:8 56:7 56:12,22 63:22 67:21 75:2 76:4 78:6 91:20 92:14 94:4,7 105:9

113:20 121:22 128:10 130:3 132:22 133:19 138:4 139:5,18 144:3 145:9 165:17 189:9

**realm** 30:13

**reals** 30:6

**reason** 9:9 74:7 78:11 130:20 195:6

**reasonable** 74:9 179:4

**reasons** 142:18

**recall** 12:6 14:9 14:11 16:20 17:9,14,16 18:18 21:17 22:7 33:6,8,15 35:4,10 37:14 45:4 47:21 49:15,25 50:7 51:16 59:11 60:5 61:3,25 74:18 75:20 80:13 83:6 85:7,10 86:20 93:24 95:4,19 95:23 101:8 103:3 104:8,13 116:17,23 117:3 143:5 152:14 155:11 169:22 174:25 176:23 179:10

183:24 184:14 189:3,18 190:17

**recalling** 62:23

**receive** 37:6 55:11 78:7

**received** 25:6 70:6,8,11 99:7 99:10 100:9,14 109:13 116:17 116:23 123:23 126:25 152:7 164:8 172:24

**receives** 99:19

**receiving** 78:14

**recent** 15:16,18 15:25 164:5,14

**recently** 19:6 141:6 152:2,7

**recess** 122:22

**recognize** 67:19 124:20

**recognized** 72:13

**recollection** 13:2,7,10

**recommend** 150:14

**recommendat...** 174:3

**recommended** 180:5 187:3

**recommending** 174:9

**[record - remember]** Page 41

| | | | |
|---|---|---|---|
| **record** 7:2,5,21 7:23 8:17 10:22 20:22 24:23 25:2 48:20,21,24 57:12 60:18 62:8 94:15,16 94:19 122:15 122:19,21 123:5 162:23 162:24 163:3 163:13 173:5 190:8,9,12 191:20 192:4 192:21,24 193:11 194:8,9 **recorded** 1:14 1:22 2:6,10 7:9 58:14 74:25 192:24 193:7 193:10 194:6 **recover** 191:5 **recurring** 133:13 **red** 88:2,2,2 89:10 97:10 **reduce** 117:9 155:2 **reduced** 104:15 117:5,15 **redundancy** 103:8 **refer** 52:5 70:20 112:10 125:8 126:18 | 132:19,21 156:25 174:16 **reference** 57:11 **referenced** 77:25 97:19 **references** 127:9 **referencia** 173:12 **referred** 22:19 54:5 78:23 128:15 **referring** 52:6 63:18 65:15 71:4 120:19,22 121:2 124:15 128:2 132:16 136:10 144:22 145:8 149:18 155:12 156:5 157:3 159:15 159:22 160:10 177:17,19 182:5 185:7 **reflect** 89:7 **reflected** 109:13 119:25 123:23 140:19 164:8 168:12 172:24 **refresh** 12:25 13:7,9 65:7 76:11 96:7,12 96:13 108:25 115:23 | **refused** 180:4 **regarded** 151:25 152:19 **regarding** 153:13 **region** 42:21 97:3,6 98:3,4 160:6 **regions** 133:23 144:2 **register** 180:4 **registered** 2:11 60:16 193:4 **registration** 170:6 **registrations** 60:14 **regular** 47:20 47:21 49:15 50:16 78:14 83:14,16 **regularly** 50:17 **regulatory** 58:6 60:13 120:8 152:23 172:6,7 187:19 **rehired** 29:19 29:24 **reinventing** 157:23 **rejected** 161:17 **related** 26:4 111:15 114:11 151:21 193:14 | **relates** 106:5 115:17 **relaunch** 28:20 30:2 **relaunched** 28:24 **released** 186:4 **relegated** 115:10,20 **relevant** 50:11 55:18 108:15 135:20 146:24 146:25 147:9 191:14 **relies** 165:3,23 **remaining** 112:5 116:20 **remember** 16:16 18:25 30:3 33:2 34:4 36:11 43:17 44:7 49:7,21 63:23 74:16 75:25,25 78:9 81:4,7 84:2,6 86:13 87:4 95:21,25 104:11,18 105:23 107:3,4 107:9,10 118:20,20 143:7 145:22 152:17 156:3 172:5 189:23 |

**[remembering - right]**                                              Page 42

**remembering**
  176:25
**remind**  13:12
  120:6
**remote**  1:15 2:6
  3:2 194:6
**remotely**  4:2
**remove**  133:21
**removing**
  149:14
**renamed**  27:5
**reneged**  88:18
**rental**  138:18
  154:12 157:2,4
  157:9 158:7
**repeat**  22:11
  38:6 75:13
  113:10 173:14
**replacement**
  101:10,25
  102:16 116:14
  116:18,24
**report**  124:6
  126:2 136:14
  136:16,17,19
  142:12
**reported**
  117:20
**reporter**  2:11
  2:12 7:18,25
  9:18 113:9,12
  167:2 193:5,5
**reporting**
  123:19 126:9

**reports**  14:25
  137:4 191:23
  192:2
**repository**
  58:25 59:5,5
  62:6
**represent**
  12:10
**representation**
  158:20
**representative**
  69:7 85:5
**representing**
  90:17
**reproducibility**
  187:11
**request**  22:11
  161:17 173:14
  191:7,20
**requested**  19:7
  113:11 161:15
**requesting**
  111:7
**requirement**
  56:7
**requirements**
  161:6
**rescinded**
  86:25
**rescue**  129:8
**research**  25:14
  127:21 152:21
  160:22
**respect**  60:6
  83:18 85:8

  145:2,4
**respiratory**
  181:22 183:12
**respond**  184:22
**responds**
  164:21
**response**  18:9
  51:7 144:14
  153:12
**responsibilities**
  125:2
**responsibility**
  40:19 45:23
  54:16 71:12
  73:15 125:5
**responsible**
  33:10 79:19,22
  80:8 98:25
**responsive**
  191:14
**rest**  109:9
  112:2 114:25
  116:11 122:8
  185:15
**restate**  113:6
**result**  106:3,12
**resulted**  74:25
**results**  5:14
  119:9 174:2
**resumed**  48:22
  94:17 123:3
  162:25 190:10
**retesting**
  100:24

**revenue**  53:20
  70:23,24 71:3
  71:6,11,17,19
  71:21,23 72:6
  72:13,17 73:24
  74:25 75:2,2
  118:17 144:3
**reverse**  135:13
  141:23,25
  142:4
**review**  12:22
  13:25 70:12,18
  127:9
**reviewed**  70:17
**revised**  188:16
**reyes**  168:21
**rich**  45:11
**rickettsia**
  181:25 183:16
**right**  9:8 14:18
  15:23 27:13
  36:4 41:16
  56:14 58:3
  63:3 66:17,23
  68:11 70:2
  71:13 74:14
  78:19 79:14,24
  86:4 87:7 88:5
  98:12 101:18
  101:19,23
  103:5 104:11
  104:12 111:14
  114:21 121:4
  124:9 126:19
  131:8 138:6

**[right - samples]**                                                   Page 43

140:5 142:16
145:4 153:17
156:3 166:9
175:7 184:5
**rise** 111:25
112:10,16
113:14 114:23
**risk** 130:18
181:18 186:21
**rna** 51:8
141:25 142:4
185:19
**road** 85:16
**robert** 80:21
**robinson**
119:23 148:5
149:3 171:24
172:6
**roche** 40:5
138:9,17,19
139:3,8 157:14
157:15
**roches** 91:9
**rodríguez**
110:23
**role** 22:2 31:14
38:18,20 40:7
41:20 109:19
148:18 151:18
**room** 10:18
**rose** 46:24
**rough** 134:17
**roughly** 17:25
19:3 29:18
72:12,14

**round** 103:22
**rounds** 188:19
**row** 101:21
189:2
**rpr** 1:23 193:21
**rt** 141:19,22
**rules** 8:23
13:13
**run** 20:20
134:14 141:16
177:21 181:23
181:24 185:16
189:4
**running** 147:24
**runs** 176:6
185:2,4 187:6
**ruo** 156:15
160:22,22
**russia** 121:3
**russian** 133:15
143:20,22
144:7,22

**s**

**s** 2:5 123:2,2,2
168:25 174:3
195:6
**sad** 112:6
184:18
**sadly** 40:21
73:16
**salary** 25:11
34:22 35:2,4
35:10,13 37:11
**sale** 54:17
151:22 153:23

183:5
**sales** 15:13,14
15:15,16,19,25
16:3,7 17:2,4,6
22:2 26:23
31:17 33:15
36:3,5,8,18
37:8,13 38:25
39:11 40:22
41:3,13 42:7
42:23 45:7,14
46:7 47:4,19
48:4 54:4,14
57:4 58:7
59:13,14 60:7
61:6,8 67:25
68:7 72:17
74:24 75:15
78:3,5,20 81:7
81:12 84:12,14
84:21 92:6
93:9 97:3
98:18 106:4
117:21,23
119:2,3 129:15
129:17,17
131:25 132:3
132:11 133:11
134:24 140:15
142:19 143:25
144:9,11,12,18
145:7,11,21
149:2 150:2,4
154:6,25 160:6
161:11 164:18

165:15 166:17
166:18 168:24
177:7,24
178:14 181:2
184:19 191:22
191:25
**salesforce**
57:20
**salesman** 69:14
69:16 77:12,14
78:20 79:7
**salespeople**
36:22 37:9,10
45:6 104:14
117:14,19
**salesperson**
89:4 99:19
**salespersons**
124:3
**salesteam**
149:7,20
**saleswoman**
84:22
**salient** 80:25
**saliva** 141:11
142:6
**salt** 10:17
125:3 147:6
**salvador** 169:3
169:5
**sample** 134:9
141:14,16
**samples** 170:4
188:4

**[sandy - seen]** Page 44

sandy  8:20
sans  141:8
santa  163:19
sars  128:5
  142:5
saudi  97:23
save  22:9 26:4
  66:17,18,19
saw  134:23
  145:18 175:19
  176:5 182:12
saying  19:4
  53:8 88:2
  92:14,15
  104:11 106:10
  113:24 114:15
  114:16 129:4
  129:17,24
  144:8 145:5
  165:8 177:20
  184:5
says  67:9 77:16
  78:20 97:22
  99:25 105:12
  105:15,16
  111:10,25
  114:2,23
  116:10 124:5
  124:14 126:21
  126:24 130:11
  147:25 149:13
  153:12 165:21
  166:2,13
  179:20 182:4

scatterbrained
  158:16
scheduled
  50:17
schmo  27:18
scholarship
  25:5
school  23:25
  71:21 111:6
science  20:18
  20:19 81:22
sciences  81:22
scientific  23:20
  26:14 29:14
  30:12 172:10
scientist  25:24
  26:24,25 30:8
  30:9,24 148:15
scope  47:6
screen  66:3,7
  66:24 67:3,6
  67:13 76:13
  77:20 78:18
  96:17 97:14,16
  98:14 101:16
scribbles  14:3,5
scroll  65:3
  67:22 68:12
  80:2 98:17,21
  98:22 99:4
  110:8 111:20
  148:24 164:3
se  114:9
search  14:7,9
  14:11 191:8,11

191:22
second  12:18
  23:11 64:18
  74:12 116:24
  118:18 131:3
  141:5 152:6,9
  153:5 176:14
  176:18,21,22
  184:6
section  79:17
  99:8
security  25:18
see  32:21 42:15
  52:16 56:14
  58:22 63:9
  64:25 65:12
  66:11,15 67:14
  68:4,21 71:14
  76:16,17,22,24
  77:5,15,16,16
  78:10,19,20,21
  79:4,15 92:10
  96:20 97:16,21
  97:23 98:5
  99:2 100:10,15
  100:18 102:5
  104:4,6 105:6
  109:3 112:7
  116:13 119:16
  120:10 124:5,8
  124:13,24
  130:14 131:12
  133:24 140:16
  141:6 142:16
  144:15 147:23

149:6,7 150:15
  150:25 151:11
  153:6,12,15,24
  156:6 159:12
  163:20 164:19
  165:5 166:13
  168:4 169:20
  176:12 177:3
  177:11,15
  182:2 185:5,22
  186:13
seegene  127:6
  127:15 128:25
  129:14 130:14
  135:14,23
  136:4 141:6,17
  144:10,13,17
  145:7,12
seegene's  127:6
  129:22 134:25
  136:7
seeing  85:8
  88:25 94:8
  141:12
seem  66:2 73:6
  142:10
seemed  67:8
  115:17
seems  67:4
  116:4 125:10
  152:5
seen  46:24
  67:22,23 90:21
  90:24 92:9,10
  133:18 186:25

**[select - significant]**                                                    Page 45

**select** 30:14 63:25
**selected** 40:14 40:16
**selecting** 39:11
**selection** 25:19
**selectively** 139:10
**sell** 28:20,23 30:3 38:23 39:6 51:24,25 53:4,11 85:6 87:21 88:3,4 89:24 91:3 105:21,22 120:13 129:7 143:24 149:15 150:6,14 156:23 158:16 159:3,6 160:16 160:21 161:2 170:14 171:6 177:6,22 182:20 183:7
**selling** 42:6 51:17 53:19 130:3 131:15 133:3 152:20 153:19,23 158:10 162:6
**send** 22:15 56:10,16,20 62:11 111:11 170:3

**sending** 99:22 103:8 111:12 114:6 151:20
**sense** 137:25 139:6
**sent** 119:25 123:18 140:19 148:10 168:12 172:24 189:19
**sentence** 141:5 141:18 177:21
**separate** 159:21 174:11
**sequencing** 26:4
**serotypes** 181:18
**served** 146:10
**session** 5:7
**set** 37:24 45:7 174:19 176:9 193:8
**seth** 16:12 17:15 31:7 32:18 33:8 41:11 45:13 48:7 50:5 54:15 77:10 78:3 97:2 109:8 119:20 123:18 124:6 125:25,25 137:2 140:12 141:2 148:5 150:4 151:16

153:2,9 163:25 171:25 172:20
**seth's** 153:12
**settled** 38:15
**setup** 134:11
**seven** 56:3 101:15
**several** 58:5 70:4 72:24 84:16 106:8 181:18
**sexually** 181:22 183:14
**shaking** 9:19
**share** 64:22 66:3,6,23 67:3 67:6 76:13 77:4,20 78:18 96:7,17 97:14 101:16 109:2 123:15 136:22 142:9,19
**shared** 36:17 37:3 109:19 136:25
**sharepoint** 61:19,20 62:11
**sharing** 67:13 98:13,14
**shaved** 24:9
**shaves** 22:5
**sheet** 65:13 195:2
**shield** 25:21

**shifted** 183:9
**shipped** 112:4 116:10
**shipping** 109:22
**short** 121:14 131:10 162:12
**shortcut** 57:16
**shortening** 135:13 141:9 141:19
**shortly** 143:23
**show** 21:22 59:19 64:19 80:7 98:24 115:22 131:6
**showed** 180:13 189:22
**showing** 124:24 125:4
**shown** 99:12 194:11
**shows** 22:20 99:6,9 100:5
**shut** 10:14
**side** 29:7 153:4
**sign** 19:14
**signal** 186:8
**signature** 193:20
**signed** 19:14 34:13
**significant** 41:17 117:8

**[significantly - speed]**                                    Page 46

**significantly**
  133:18 137:21
**similar** 32:16
  47:5 50:9
  136:11,17,19
  179:8
**similarly** 1:7
  68:10
**simultaneously**
  27:12 174:19
**singhal** 3:22
**sinnott** 43:9
  44:2
**sir** 56:15 94:24
**sitting** 9:4
**situated** 1:7
**situation**
  151:25 152:19
**six** 101:15
**size** 26:5 66:2
  111:14 114:6,8
  115:11 116:3,4
**skill** 186:14
**skills** 74:10
**slice** 53:23
**slightly** 134:20
  138:5 170:24
  179:3,5 186:17
  188:19
**slovak** 121:6
**slow** 24:10
  134:13
**small** 14:13
  22:21,21,22
  31:5,5 33:12

33:13 43:13
  45:24 100:20
  101:9 102:15
  127:9 155:3,17
  155:18 175:22
**smaller** 81:20
  81:24 101:13
**smart** 51:4
  75:15 86:12
  88:14 114:7
  131:6 150:23
  150:24 151:4
**smattering**
  33:12
**smells** 163:18
**smidgen** 40:17
**software** 58:17
  62:19 63:23
**sold** 37:12
  41:15 51:22
  53:5,9,9 81:8
  85:3 89:14
  92:16,25
  102:12 105:9
  127:23 133:6
  133:19 134:15
  144:23,24
  145:12 152:22
  154:18 161:3
  161:19 182:13
  182:23 183:6
**solicit** 111:11
**solicitamos**
  110:13

**solution** 127:8
  127:22 143:3
**somebody** 44:6
  113:2,4,5
**somewhat**
  11:13,15,16
  24:10 38:14,23
  49:21 55:14
  87:7 92:23
  140:16 154:17
  160:20 177:20
  185:25
**soon** 26:16
  27:21 45:21
  143:23
**sorry** 8:10
  11:14 16:15
  20:11 33:3
  38:6 53:7 75:5
  75:7,13 96:13
  102:19 105:7
  109:17 117:17
  118:20 145:3
  149:18 167:7
  172:8
**sort** 71:7 157:7
**sorting** 52:16
**sorts** 47:13
  93:10
**sounds** 82:8
  153:11 192:19
**source** 144:4
**south** 90:9
  127:16,17

**southern** 1:3
  7:13
**space** 151:13
  173:25 187:16
**spanish** 20:6,8
  42:9,14 109:25
  110:20 111:5
  169:8 187:25
  188:8,10,12,15
**speak** 42:14
  55:7,10 187:9
**speaking** 94:8
  113:16
**speaks** 109:24
**special** 54:18
**specialist**
  172:13
**specific** 14:20
  17:17 27:9
  32:8 51:2
  56:21 66:5
  71:8 82:15,16
  83:18 149:19
**specifically**
  17:12 52:6
  58:19 61:2
  104:7,18 125:9
  144:22 148:21
**specifics** 74:17
**speculate** 54:8
  137:24
**speculation**
  112:22 113:3,8
**speed** 23:12
  121:22

**[spinning - sufficient]**

spinning 65:21 65:22

spinoff 30:11

splitting 52:20

spoke 42:9 111:24 114:22

spoken 84:4

spreading 139:19

spreadsheet 65:14,16 76:12 76:19 77:19 78:18 79:25 96:8,17

spreadsheets 66:4,25 67:6

squirrel 108:15

stability 31:12

stable 83:10 179:22

stadium 1:5 7:11 195:3

staff 32:22,24 33:14

stage 135:14

stakeholders 58:6

stamp 65:11 96:4 108:24 119:14 123:8 124:10 139:24 147:17 163:6 166:25 167:3 167:23 168:2 171:19

stand 30:16

standard 51:12 55:9 63:15

start 28:3 37:22

started 8:23 51:17 53:19

starting 23:18 43:23

starts 79:25 124:10,20 161:12

state 8:6,11,16 40:22 89:16 194:20

stated 39:22

states 1:2 32:11 32:19 40:24

statuses 148:8

stay 9:5

stem 28:4

stenographer 167:5

stenographic 1:14 2:5 7:2,23 192:23

stenographic... 1:22 2:10 193:7,10 194:6

step 141:19,24

steps 41:19

sti 151:25 152:3,15,17,19 153:19 164:24 169:10,15

183:14

stickler 82:9

sticky 191:2

stipulate 149:16

stopped 104:15 117:4,15 139:21 152:24

stored 68:8 70:13

story 60:9

strategically 138:24

strategy 31:6

stress 24:11

strict 188:2,3,6 188:14

strike 132:15

structure 36:2 36:14 37:24 38:3,4

stuff 15:13 32:16 47:14 48:11 50:14 56:10 58:21 60:10,11 62:9 146:12 170:10

subject 77:12 97:3 109:9 123:19 140:14 141:3 148:7 168:9 172:2 194:10

subjective 76:24

submission 170:6

subscribed 193:17 194:17 195:21

subsequent 26:22

subsequently 129:6 188:2,16

subset 68:17

subsidiaries 183:10

substantial 95:15 130:19

substantiated 91:14

substantive 48:10

subsumed 160:5

success 133:9 144:2

successful 89:14 127:3 131:9 132:6

successively 90:11

succinct 128:6

sudden 87:13

suddenly 107:4

sufficiency 192:7

sufficient 111:17 114:2 184:11

**[suggest - techniques]**                                    Page 48

| | | | |
|---|---|---|---|
| suggest 48:7 | supported | synchronized | 107:23 111:5 |
| suggested 74:6 | 41:22 | 100:3 | 190:15 194:5 |
| suggesting | suppose 69:3 | syntec 43:6 | takes 134:6 |
| 142:7 144:17 | supposed 70:9 | 44:3,4 125:6 | 135:8 136:2 |
| suggestion | 163:17 | synthetic | 188:11 |
| 107:20 | supposedly | 185:19 | talk 55:12 |
| suite 3:17 | 143:8 | system 27:2 | 94:21 103:10 |
| summarized | sure 10:15,15 | 54:24 55:13 | talking 86:7 |
| 60:23 98:9 | 37:6 42:18 | 57:6,11,14,17 | 118:12 121:7 |
| 125:14 | 43:3 51:23 | 57:24 58:8,9 | 132:3,17 |
| summary 60:25 | 53:2 55:15 | 58:10 63:11,15 | 146:11 166:8 |
| 61:2,14 79:11 | 56:25 76:16 | 63:18,19 99:24 | talks 133:13 |
| 79:21 98:18 | 83:13 107:22 | 135:4 146:6 | target 128:19 |
| 143:16 | 117:7 120:18 | 189:2 | targets 128:9 |
| summer 166:16 | 130:5 134:22 | systems 51:14 | task 109:21 |
| 166:17 175:8 | 135:8 154:20 | 57:9 127:22 | tasked 131:24 |
| 184:2 | 160:3 161:21 | 138:18 | team 33:15 |
| summers 23:13 | 177:14 178:12 | **t** | 41:22 44:13 |
| super 14:20 | 178:21 179:21 | | 47:20 48:4 |
| 27:3 63:12 | 179:23 182:9 | t 2:5,5 123:2 | 49:11,13,16 |
| 82:17,20 | surge 88:8 | 175:14 193:2,2 | 124:3 149:2 |
| 118:15 184:24 | surprise 54:9 | tab 98:16 | 150:2 |
| supervision | 74:22 75:5,10 | 187:18 | technical |
| 72:12 | 117:12 118:23 | table 152:6,9 | 168:24 172:13 |
| supplier 158:11 | 118:25 | tabs 98:2 | 187:11,18,18 |
| 171:6,12 | surprised | tags 153:12 | 189:17 |
| suppliers 90:17 | 105:25 | taiwanese 90:4 | technically |
| 90:23 | surprising | take 13:19 | 40:20 44:3 |
| supply 90:12 | 138:11 | 41:19 48:12,14 | 45:17 47:5 |
| 91:21 | surprising 86:5 | 56:11 93:13,16 | 51:11 93:5 |
| support 27:6 | switch 24:4 | 121:10,12,13 | 107:14 186:11 |
| 32:22,24 33:14 | 27:4 | 121:21 134:2,7 | technique 26:8 |
| 120:8 170:5 | sworn 8:4 | 134:11 144:10 | techniques |
| 172:13 189:17 | 193:8 194:17 | 170:12 190:19 | 24:16 |
| | 195:21 | taken 2:7 7:10 | |
| | | 11:3 18:5 | |

| | | | |
|---|---|---|---|
| **technologies** 25:13 | **test** 5:13 27:10 51:5,24 52:2,4 52:5,6,10 53:19,21 54:5 55:25 60:16 85:18,19 91:8 91:13 100:17 100:20,25,25 101:4 102:25 106:15 111:9 114:7 117:6 119:8 127:6,10 127:21,23,25 128:14,21 129:6,7,22 131:16 133:3 133:20 134:2 134:21,25 136:7,8 138:23 141:7,15 142:8 144:19 150:5 150:18 151:5 152:4 153:14 159:25 160:22 171:5 175:4 179:16 180:10 182:19 | 19:11 192:22 193:11 194:5,9 | **thanks** 8:14 9:6 122:17 |
| **technology** 23:13,19 25:25 29:13 146:20 | | **testing** 22:2,3 28:8 89:15 100:24 101:7 150:12 161:23 170:4,7 173:24 | **theme** 133:13 |
| **tedious** 59:20 | | | **theoretically** 93:8 120:24 |
| **teenager** 23:10 | | **testings** 100:23 | **thermo** 91:10 |
| **tell** 8:25 51:4 89:18 103:9 105:25 110:6 117:14 179:8 | | **tests** 42:8 51:8 51:18 85:9 86:21 89:2 91:3 100:7,8 104:21 111:12 112:14,16 113:15 114:6 114:12 120:7 128:13 129:9 133:16 134:22 135:15,16,22 136:10 145:13 152:6 153:5,20 154:16 158:10 164:24 165:8,9 165:10,19 170:16 174:18 178:19 183:4 | **thesis** 20:23 24:23 |
| **tellez** 33:22 | | | **thing** 27:19,22 36:11 39:17 46:4,9 50:13 65:22 75:2 80:4 87:23 93:7,9 99:16 99:17,18,21 127:20 131:4 137:17 173:5 174:5 188:5 |
| **telling** 179:2 | | | |
| **tells** 161:20 | | | |
| **template** 39:18 | | | |
| **temporarily** 29:3 138:22 | | | |
| **tend** 187:10 | | | |
| **tendency** 147:7 | | | |
| **tentative** 152:21 | | | |
| **term** 71:24 106:25 107:2 157:9 | | | **things** 23:7 25:23 26:6 31:19 39:6 42:6 44:8 47:11,14,22 50:10,11,11 60:14 63:22 74:16 84:11,20 85:3 86:9,17 88:7 89:9 93:10 100:3 108:2,12 120:25 121:22 129:4 142:23 143:18 147:8 170:8,12,14 175:21,24 |
| **terminology** 137:12 | | **texted** 42:18 | |
| **terms** 45:8 86:16 89:2 105:2 106:4,9 | **tested** 102:11 150:9 185:11 186:6 | **thank** 48:17 94:12,24 111:17 122:20 162:20 164:12 164:22 190:5 191:17 192:16 192:18 | |
| **territories** 126:11 132:9 161:25 | **testified** 8:5 190:14 | | |
| **territory** 42:25 85:6 126:11 | **testify** 9:9 | | |
| | **testimony** 8:15 9:13 10:22 | | |

**[things - time]**                                        Page 50

178:25 182:15
**thingy**  62:5
**think**  11:10,21
12:4,11 14:13
14:21 15:9,9
15:20,20 16:6
16:13 18:4,7
19:3,13,18
20:13,20 21:12
21:18 22:7,15
22:19 23:2
25:21 27:11,21
31:15 32:6,24
33:9,25 34:3
34:24,25 35:2
35:2,6,6,12,13
35:15 36:12
37:5 38:2,4
39:13 42:20
43:5,9,16,18
44:12 45:5,10
46:10 48:6
49:12 50:3,5,9
50:9 51:21,23
52:14,15,15
53:7 55:11
57:10,18,25
58:7,18 60:9
60:12,19,25
61:5,10,13,20
61:23,23 62:4
62:16,17,17,18
62:23,23,23
63:7,15,15
65:19,25 66:25

69:13 70:3,21
71:3,20 72:20
74:9 76:20
81:5 83:7,10
83:12,22,23
85:13,20 86:2
86:12,13 87:2
87:8,9,19,25
88:22 89:7,21
89:22 93:25
94:10 97:25
98:7 99:16
102:3,15 106:4
109:17 111:3
113:3,20,23
115:12,21
116:21 117:2
117:10 119:4
121:2,7 122:11
125:22,23,23
125:24,25
126:8,10 128:5
128:8 129:5,13
129:16 130:12
130:15,18,23
130:24,25
134:17,18,20
135:19,21
136:12,21,21
138:9 142:24
143:5,10,11,14
143:25 144:10
144:21,24
146:3,12 147:9
148:15,19

149:10 150:2
155:13,22,24
156:2 159:4,5
159:23 160:15
160:20 161:8
161:18,18
162:8,8,11
165:13 166:16
166:19 169:3,5
169:24 170:7
171:4,8,9,10
172:15 176:19
178:3 179:14
182:21,21
184:6,7,8,9,11
184:12 185:23
187:4 190:2
191:4
**thinking**  52:21
93:25 107:11
113:5 115:2
137:23 186:19
**thinks**  112:23
113:2,4
**third**  3:6
133:12
**thought**  8:10
11:18 27:24
89:25 91:2,6
101:14 110:18
113:23 115:9
116:5,7 120:5
130:16 145:9
146:16 166:4

**thousand**
161:10
**thread**  110:9
164:4
**threat**  25:20
**three**  72:25
81:3 106:10
124:16 130:3,9
154:12 155:25
174:19 181:4
185:10,11
**threshold**
186:9
**threw**  190:20
190:22,23
**throw**  190:22
**thrown**  40:15
146:21 191:3
**time**  7:7,7,24
10:21 24:21,23
26:4 27:16
28:25 29:19,22
29:23 30:22
31:10,14 32:15
32:25 33:23,25
34:17,23 35:5
35:20 36:10,13
37:17,20 38:5
38:13,16 41:6
43:15,24 45:15
46:11,12 47:7
47:15 48:13,19
48:24 49:14
51:10 52:9
53:23 57:24

**[time - trashcan]** Page 51

| | | | |
|---|---|---|---|
| 59:13 61:16 63:20 70:14,15 70:21 72:7,18 75:18 76:2,16 78:8 79:20 80:14 84:2 87:21 88:14 90:18 94:14,18 95:8 103:6,24 103:25 104:16 105:6,10,19 108:5 109:14 111:4 115:15 117:9,11,25 118:10,15 119:25 121:24 122:18 123:5 123:23 132:14 134:9 136:2,3 139:7 140:19 142:6 143:11 143:17 145:24 148:10,15,19 148:25 151:15 152:11,16 158:2 162:22 163:3 164:8 168:12 169:5 172:25 176:14 178:14 180:14 181:3,9 182:21 183:5 184:6 188:10,11 190:7,12 191:19 192:20 | **timely** 92:18 108:13 **times** 69:23,24 84:10 89:9 120:5,16 176:19 **timing** 136:12 **tiny** 40:17 92:17 144:25 **tip** 187:2,2 **tisdall** 44:7 119:22 **title** 26:25 31:21 32:7,14 32:23 45:15,24 46:2,3 56:21 78:5 148:15,20 **titled** 5:16 97:6 123:10,20 **titles** 46:3 **tito** 159:16 **today** 7:6,18 8:15,25 9:9 10:12 11:4 13:17 18:3 19:11 31:15 57:25 150:4 190:14 **today's** 9:22 11:7,12 12:13 12:23 94:8 190:16 192:22 **todolabs** 159:16,18,23 | **together** 125:20 136:14 136:18,18 137:3 191:24 **told** 16:22 17:19 37:2 85:7 86:20 89:7,9,21 103:19 118:7 156:20,24 170:11 176:10 179:2 184:24 187:5 189:3,9 189:10,12,13 189:14,15,16 **tom** 33:21,21 33:24 47:12,17 54:24 55:3 56:20 57:6 59:10 69:3,11 76:8 77:5,8,23 96:22,25 99:22 99:23 109:8 168:8 169:14 169:15 **took** 8:24 37:21 70:25 91:17 120:7 139:16 139:17 143:10 176:21 **top** 30:19 76:8 97:21,22 109:6 116:9 140:10 144:6 148:4 155:3 163:22 | 169:13 171:22 172:10 184:21 **topics** 84:6 **total** 37:13 61:6 69:21,25,25 72:13 80:7 81:6,19 95:5 136:3 151:13 **totally** 88:21 106:2 155:18 182:17 **totals** 97:10,13 **touched** 45:5 **towards** 118:10 133:9 135:11 177:3 181:12 **track** 58:11 59:2 64:11 **trade** 22:20 **training** 131:10 **transcribe** 142:4 **transcribes** 141:25 **transcript** 194:5,8 **transcription** 135:14 141:23 **translate** 111:19 **transmitted** 181:23 183:15 **trashcan** 190:24 |

**treated** 37:8
**trialing** 101:6
**trick** 52:25
**tried** 39:21
  88:13
**trivial** 22:8
**true** 64:5
  135:22 142:15
  142:16,24
  143:19 152:5
  178:3 182:22
  193:10 194:8
  194:10
**truth** 8:25
**truthful** 9:12
**truthfully** 9:9
  9:25
**try** 9:5 10:10
  14:16 41:2
  55:15 66:13
  82:11 83:13
  108:16 122:7
  173:4
**trying** 31:19
  38:7 42:7 44:8
  85:15 125:16
  149:16 165:13
  165:14 170:8
  171:11
**tube** 185:14
**tuberculosis**
  169:10
**tuesday.net.**
  58:16

**tuition** 24:3,9
**turn** 187:15
**turned** 31:9,10
  87:13
**twenty** 90:24
**twice** 11:21
  29:23
**two** 11:10
  12:12 14:3
  16:13 17:18,22
  19:3 21:24
  28:15 31:4
  44:6 52:17,23
  53:6,9 88:7
  105:5 107:12
  128:25 129:14
  135:9 136:3,4
  154:13 155:14
  155:18 159:20
  159:21 176:18
**type** 14:22 15:3
  18:7 37:24
  47:2 64:19
  84:21 129:11
  136:19 161:22
  168:24 183:10
**types** 42:8
  84:19 178:25
**typically** 37:10
  42:22 157:11
  166:16
**typo** 159:5

**u**

**u.k.** 81:21
**u.s.** 7:13 33:7
  33:13 38:24,24
  40:11 42:21
  46:13 73:19
  97:5 145:15,16
  166:8
**ugly** 60:20
**uh** 69:15
  102:21 109:11
  110:24 150:22
**ukraine** 121:3
  144:24
**ukrainian**
  121:5
**ultimately**
  34:17 75:11,15
  89:7,16 90:12
  92:20 152:18
**unani** 40:2
**unclear** 10:9
**uncompensated**
  23:16
**under** 8:5,25
  23:21 25:17,20
  31:7 45:16
  72:22 73:11
  75:3 125:2
  127:4 129:12
  133:16 134:12
  134:25 135:15
  135:17 183:22
  194:5

**underrepresent**
  187:10
**understand**
  8:24 9:7,21,25
  10:9,20,23
  13:6 14:21,22
  15:9 36:3 38:7
  111:13 180:3,5
  187:8 188:13
**understanding**
  14:15,19 68:23
  69:20 70:7
  111:6 126:13
  130:4 132:12
  132:24 162:10
  165:7,25 169:9
  173:20 177:16
  179:25
**understood**
  10:8 70:5
  73:12 94:7
  155:16
**undiscovered**
  144:5
**undoubtedly**
  144:12 145:6
**unexpected**
  76:2 90:13
**uniform** 40:3
**unilogix** 31:2
**unimaginable**
  87:14
**unimportant**
  108:2

| | | | |
|---|---|---|---|
| **unique** 39:25 81:15 | 93:15,19 94:10 95:3 107:18,22 108:16,22 112:19,24 113:9 119:6,12 119:18 121:9 121:14,25 122:6,16 123:7 123:14,16 137:15 139:13 139:23 140:7,9 147:2,16 148:2 162:11,17,19 163:5,11 166:21 167:7 167:12,15,22 168:6 171:13 171:18,21 190:2,13 191:7 191:17 | 62:21 81:16 128:21 135:4,5 142:22 157:21 170:5 188:7 | **variable** 37:10 134:3,10 186:17,24 |
| **unit** 7:8 | | **useful** 74:17 | **variant** 88:6 129:11 |
| **united** 1:2 32:10,19 40:24 | | **user** 185:13 | **variation** 185:2 185:21 186:5,7 186:12 187:6 187:20 189:4 |
| **universities** 21:5 | | **uses** 138:21 | |
| **university** 19:25 20:21 21:3 23:17,21 24:2,5 25:11 26:2 29:3,8 | | **using** 45:4 59:22 64:3 155:15 181:15 | **varies** 128:14 |
| | | **ustedes** 114:4 | **various** 45:6 68:21 98:2 127:14 163:24 181:21 182:11 |
| **unnecessarily** 188:2,6,14 | | **usually** 50:6 62:2 | |
| **unprecedented** 85:25 87:12 88:3,8 90:25 105:18 | | **utah** 8:20 19:25 20:21 21:3 23:18,21 26:2 29:3 30:5 | **vast** 71:8 |
| | | | **vector** 22:2 |
| | **url** 59:7 | **v** | **venezuela** 154:13 155:14 155:25 |
| **unpredictable** 91:23 | | **validate** 141:21 | |
| **unquote** 188:24 | **use** 45:2 59:20 61:21,21 62:18 63:15 64:9,11 71:23 76:23 91:11,16 126:22 127:21 139:15 157:22 157:23 161:23 173:24 174:19 186:10 187:3 | **validated** 155:15 161:4,4 | **verb** 178:11 |
| **update** 5:17 123:11,21 125:11 148:7 | | **validating** 142:14 | **verdin** 168:21 |
| | | **validation** 155:16 | **verified** 112:14 |
| **updated** 188:10 | | **valuation** 156:22 | **verify** 37:2 177:25 |
| **upgraded** 57:18 | | **value** 29:25 71:4,11 81:9 143:9 146:22 147:13 | **veritext** 7:19 |
| **upper** 14:23 15:4,22 16:4 | | | **vernacular** 30:6 |
| **upset** 174:22 176:9 | | | **version** 98:15 152:5,21 187:24,25 188:9,15 |
| | **used** 22:24 24:16 25:20 57:24 58:10 59:2,16 61:25 | **valued** 146:14 | |
| **upwards** 112:7 | | **variability** 185:24 | **versus** 7:11 |
| **uris** 3:9 5:5 8:13 13:11 48:14 49:2 | | | **vibes** 106:21 |
| | | | **vidaurre** 159:17 |

**video** 1:14 2:6 7:2,9,21 122:15 192:24
**videographer** 4:6 7:4,17 8:8 9:3 48:17,18 48:23 94:12,13 94:18,24 122:14,17 123:4 162:20 162:21 163:2 167:13 190:5,6 190:11 192:14 192:18
**vindicated** 28:11 29:24
**viral** 51:8
**virtual** 1:15 2:6 131:10 194:6
**virtually** 2:7
**virus** 51:9 128:5 142:4 150:21,23,25 181:22 183:12
**viruses** 51:12 165:19,20 174:19 185:10 188:4
**visit** 175:3
**visited** 84:10 91:8 175:25
**visiting** 131:9
**vitro** 173:23 174:9

**volume** 104:15 117:5,9,16 157:19
**volumes** 155:17 158:6 181:9
**vp** 4:4
**vs** 1:9 195:3

**w**

**wall** 38:22
**want** 8:22 14:16 26:17 28:23 31:12 39:14,25 40:24 43:17 54:8,20 76:14,20 77:22 80:25 81:25 82:13 107:24 108:4 112:2 113:6 114:24 121:9,12,21 126:7,18 130:14 158:9 158:14 174:14 178:7,8 179:20
**wanted** 43:19 45:24 48:8 62:12 66:5 105:22 126:4,8 138:20 139:10 170:13,13 171:4,5 184:9
**wants** 157:16 187:16
**war** 121:8

**warn** 15:12
**waste** 76:15 108:4
**wasted** 121:23
**watching** 91:25
**way** 8:20 11:19 19:11 26:10 39:8,14 40:21 59:20 60:24 65:3 67:2 80:23 82:6,10 82:13 86:5 104:5 110:12 113:4 133:10 138:20 141:7 143:22 145:23 156:19 164:25 165:2,16,22 166:2 179:3 193:15
**ways** 130:17 142:18 146:15
**we've** 48:11 67:7,7 85:16 91:11 93:13 151:25 161:3
**weakness** 146:25
**web** 59:9
**week** 19:6 24:3 47:24 48:2
**weekly** 49:23 70:19,20
**weeks** 17:22 92:24,25 93:6

**welcome** 88:20
**went** 19:23 23:17 26:15,23 30:8,12,24 31:10 34:18 44:2 57:2 75:11 90:16 92:3 152:23 176:20 186:19
**whatnot** 46:15
**whatsapp** 44:18,20 54:20
**wheel** 157:24
**whereof** 193:17
**wife** 16:12 105:12
**wild** 185:2 187:6 189:4
**williams** 47:17 77:6,8,24 96:22 97:2 109:8 168:8 169:14
**willing** 179:23
**win** 144:9,18
**window** 92:17
**winking** 163:15
**withdrawal** 154:9
**withheld** 192:10
**witness** 5:3 8:4 8:6,10 48:16 65:5 94:21 95:2 107:20,23

**[witness - yeah]**

119:16 121:20
139:15 140:5,8
147:4,23
163:12 167:10
167:20 168:4
192:11 193:6
193:12,17
194:2
**wittwer** 24:4
25:9 26:13
29:4
**woman** 84:23
**women** 83:4
**wonderful** 85:4
182:17
**wondering**
127:7 151:24
**word** 15:23
57:19 70:24
80:19 106:17
**words** 110:6
141:11,15
**work** 9:20
10:16 16:17,18
17:5,5 23:9,15
23:22 24:14
25:4 26:12,25
28:5 33:2,23
41:7 45:3 52:7
66:12 67:2,4,5
67:8 69:9,10
77:3 78:15
121:19 135:16
141:20 150:10
150:13 152:23

162:13 172:16
172:16 174:12
179:24 183:10
187:15
**worked** 23:13
23:21 24:14
25:13 30:9,23
41:10,22 43:12
44:8 47:25,25
130:5 168:23
**worker** 46:18
**workers** 25:19
177:5
**workflow**
136:5
**working** 23:19
24:2,21 25:10
26:20 29:2,7
42:5 47:23
130:7,24 131:5
**works** 121:18
148:14 162:14
181:25 182:4
183:18 190:3
**world** 23:3
25:17 37:25
42:21 51:14
93:9
**world's** 23:11
**worried** 142:18
184:25
**worry** 33:4,4
**worst** 147:10
**worth** 27:25
100:6,8

**wow** 26:19
65:20,24
**write** 111:24
120:4 144:7
154:4 158:24
159:5,11
169:15,17
184:21
**writes** 127:4
133:13 135:12
150:4,11
151:23 153:3
153:11,18
164:12 181:12
**writing** 36:15
127:8 164:15
164:16
**written** 18:7
29:12 69:3
139:7 140:17
142:23 189:11
**wrong** 96:19
115:19 140:8
**wrote** 113:17
113:22 115:8
137:22 143:18
169:22 190:24

**y**

**y** 173:11
**y'all** 108:5
**yeah** 14:18
16:3,22 17:4
18:10 22:21,21
32:2 33:21
35:2 37:4 38:7

41:18,24,24
43:6 44:2,3
48:6,14,14
49:24 50:9
51:6 52:22,25
55:6 57:10
59:14,18,21
60:2,4,18,25
61:11 62:13,14
63:8,10,11,14
64:15 65:18
66:6 67:5,11
67:25 68:6,6
68:10,20 70:9
70:10 71:7
73:21 74:4
76:4 77:19
78:4 79:10,12
81:3 82:2,7
83:2,23 85:12
86:19 87:4
89:23 91:17
93:15 95:16
97:8,25 98:19
98:23 100:15
101:16,19
102:2 106:11
116:4,4 118:4
121:14 122:16
124:18 125:15
132:3 134:21
143:20,24
149:10,25
151:8,9,9,11,11
151:14,14

**[yeah - zoom]**                                                    Page 56

| | **z** |
|---|---|
| 159:16,20 160:20 162:14 162:19 165:20 166:9 167:5 169:3,6 173:19 176:22 177:14 178:3,17,19 179:17 182:3 189:15 190:18 | **zdc**  174:16,17 174:22 176:2 176:11,15 181:25 182:4,5 183:17,18 184:15 189:18 189:23,25 |
| **year**  30:4,15 31:4 59:13 61:13 92:5 105:7,8,11 139:17 155:19 179:12 181:10 | **zero**  42:10 90:22 100:21 101:10,22 165:15,16 189:24,24 |
| **yearly**  38:9 157:20 | **zika**  174:18 185:9,18 |
| **years**  21:14 23:6,23 24:24 25:23 26:24 29:18 103:15 189:2 | **zone**  81:21 **zoom**  2:8 68:5 |
| **yelling**  170:25 | |
| **yellow**  97:10 | |
| **yep**  69:18 112:9,18 | |
| **yesterday** 11:25 16:22 112:4 116:11 184:23 | |
| **york**  1:3 3:7,7 7:14,19 193:23 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Page 195

PAGE 1 OF 2

ERRATA SHEET

CASE:   STADIUM CAPITAL vs. CO-DIAGNOSTICS, et al.

DATE:   NOVEMBER 1, 2024

NAME:   CAMERON N. GUNDRY

| PAGE | LINE(s) | CHANGE | REASON |
|------|---------|--------|--------|
| 8 | 20 | "473" to "2473" | Transcribed incorrectly |
| 23 | 12 | "proposed" to "assembled" | Transcribed incorrectly |
| 24 | 4 | "halfs" to "hats" | Transcribed incorrectly |
| 25 | 9 | "PA" to "PI" | Transcribed incorrectly |
| 27 | 20 | "dual" to "dull" | Transcribed incorrectly |
| 28 | 11 | "Then my former company was vindicated" to "I was vindicated by being hired by my former company who had laid me off" | Transcribed incorrectly |
| 29 | 15 | "Mike" to "Ike" | Transcribed incorrectly |
| 31 | 2 | "Unilogix" to DNA Logix Canada" | Transcribed ~~incorrect~~ly |
| 41 | 4 | "Canadian FBA" to "FDA" | Transcribed incorrectly |

_____

CAMERON N. GUNDRY

Subscribed and sworn to before me this __12TH__ day

of __DECEMBER__, 2024.

Dennis N. Emery
Notary Public, State of Utah
Commission # 719295
My Commission Expires
September 22, 2025

_____        __SEP 22, 2025__

Notary Public                   My Commission Expires

PAGE 2 OF 2

ERRATA SHEET

CASE:   STADIUM CAPITAL vs. CO-DIAGNOSTICS, et al.

DATE:   NOVEMBER 1, 2024

NAME:   CAMERON N. GUNDRY

| PAGE | LINE(s) | CHANGE | REASON |
|---|---|---|---|
| 42 | 6 | "selling a previous company" to "selling in a previous company" | Transcribed incorrectly |
| 45 | 9 | "Mike" to "Ike" | Transcribed incorrectly |
| 50 | 20 | ** See below | Forgot to mention this meeting in response to question. |
| 91 | 6-8 | "impassed in such a based loyal customer" to "in the past our customers were so loyal" | Transcribed incorrectly |
| 92 | 6 | "$10 billion" to $1 billion" | Transcribed incorrectly |
| 93 | 2 | "billions" to "millions" | Transcribed incorrectly |
| 121 | 5 | "my neighborhood is Ukranian" to "my neighbor is Ukranian" | Transcribed incorrectly |
| 129 | 5-7 | "We didn't produce a good test. We're embarrassed." to "The CDC didn't produce a good test. They were embarrassed." | Transcribed inccorrectly |

_____

CAMERON N. GUNDRY

** "No. Still Don't" to "Yes, we have what's called our General's tent or get-things-done meeting, which is held semi-regularly and sometimes Ike attends."

Subscribed and sworn to before me this _12TH_ day of _DECEMBER_, 2024.

_____
Notary Public

SEP 22, 2025
_____
My Commission Expires

Dennis N. Emery
Notary Public, State of Utah
Commission # 719295
My Commission Expires
September 22, 2025