# **<u>Exhibit 29</u>**

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

STADIUM CAPITAL LLC, on    )

behalf of itself and       )

all others similarly       )

situated,                  )

                Plaintiff,  )Case No.

                           )22-cv-6978-AS

            vs.             )

                           )

CO-DIAGNOSTICS, INC.,       )

DWIGHT H. EGAN, and         )

BRIAN L. BROWN,             )

                Defendants.  )

_____

REMOTE VIDEOTAPED DEPOSITION OF

THOMAS C. TSAI, MD MPH

Boston, Massachusetts

Thursday, February 6, 2025

Reported By:

CATHI IRISH, RPR, CRR, CLVS

Page 2

February 6, 2025

9:07 a.m.

Remote videotaped deposition of THOMAS C. TSAI, MD MPH, with all participants appearing via videoconference, before Cathi Irish, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public of the State of New York.

Page 3

A P P E A R A N C E S:

KAPLAN FOX & KILSHEIMER LLP
Attorneys for Plaintiff
   800 Third Avenue
   38th Floor
   New York, New York 10022
BY:  JASON A. URIS, ESQ.

BAKER & HOSTETLER LLP
Attorneys for Defendants
   200 Civic Center Drive
   Suite 1200
   Columbus, Ohio 43215
BY:  MARISSA A. PEIRSOL, ESQ.
   GENEVIEVE G. YORK-ERWIN, ESQ.

ALSO PRESENT:
   LEE BOWRY, videographer

Page 4

THE VIDEOGRAPHER:  Good morning. We are going on the record at 9:07 a.m. on February 6, 2025.

Please note that this deposition is being conducted remotely using virtual technology.  Quality of recording depends on the quality of camera and Internet connection of participants.  What is seen from the witness and heard on screen is what will be recorded.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit 1 of the video recorded deposition of Thomas C. Tsai, MD MPH taken by counsel for plaintiff in the matter of Stadium Capital LLC on behalf of itself and all others similarly situated versus Co-Diagnostics, Inc., et al., filed in the United States District Court, Southern District of New York, case number 22-cv-6978-AS.

Page 5

My name is Lee Bowry representing Veritext New York and I am the videographer.  The court reporter is Cathi Irish, also with Veritext.

I am not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.  Counsel attending remotely will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MR. URIS:  Jason Uris from Kaplan Fox & Kilsheimer on behalf of the plaintiff and the class.

MS. PEIRSOL:  Marissa Peirsol with Baker Hostetler here on behalf of defendants.  I'm also joined by my colleague, Genevieve York-Erwin.  She is also with Baker Hostetler appearing on behalf of defendants.

THE VIDEOGRAPHER:  Will the court

2 (Pages 2 - 5)

Page 6

reporter please swear in the witness and then counsel may proceed.

T H O M A S  C.  T S A I,  MD MPH, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION

BY MR. URIS:

Q. Dr. Tsai, thank you for making yourself available to provide testimony today. Can you please state your full name for the record?

A. Yes, my full name is Thomas Chen-Chia Tsai.

Q. I just want to go over a few ground rules before we get started. Do you understand that you took an oath under penalty of perjury to tell the truth today?

A. I do.

Q. Are you aware of any reason why you cannot testify truthfully today?

A. No.

Q. So that we have a clean record,

Page 7

TSAI

it's important that you let me finish my questions before answering and you need to answer audibly so that the court reporter can hear you so that means no nodding or shaking your head. Does that work for you?

A. It does.

Q. And throughout today's deposition, defendants' counsel may object to the form of some of my questions but even when counsel does so, you must still answer truthfully. Do you understand?

A. I do.

Q. Okay. If you need a break at any time today, please just let me know. If a question is pending, I'd like for you to finish answering that question before we take a break. Does that work for you?

A. It does.

Q. If I ask a question and you answer it, I'll assume you understood the question, but if you don't understand the question or if it's unclear, please let me know and I'll try to clarify it, okay?

Page 8

TSAI

A. Yes, thank you.

Q. Where are you today?

A. I'm in Boston, Massachusetts.

Q. Are you in your office?

A. Yes, this is my clinical office.

Q. And where is that office located?

A. This is at Brigham and Women's Faulkner Hospital in Boston, Massachusetts.

Q. Is there anyone in the room with you?

A. There is not.

Q. Do you expect that to change over the course of the day?

A. I do not.

Q. Do you understand that you cannot communicate with defendants' counsel during the time you're providing testimony on the record?

A. I do.

Q. Do you have any materials with you that you're looking at?

A. I have a copy of my report, my expert witness report.

Page 9

TSAI

Q. Any other documents?

A. No.

Q. Are there any notes or markings on the copy of your expert witness report that you have?

A. No.

Q. Have you ever been a party to a lawsuit before?

A. I have not.

Q. Have you been deposed before?

A. I have once previously.

Q. In what matter were you deposed previously?

A. I was a lay witness, fact witness for a medical/legal case involving one of my colleagues.

MR. URIS: I'm going to introduce an exhibit. Just bear with me one moment.

(Exhibit 1, expert report of Thomas C. Tsai, MD, MPH, marked for identification.)

BY MR. URIS:

Q. I've introduced Exhibit 1 so that

3 (Pages 6 - 9)

Page 10

TSAI

should be in the marked exhibit folder if you refresh the folder.

A. Yes.

Q. What's been marked as Exhibit 1 for today's deposition is a document titled Expert Report of Thomas C. Tsai MD MPH dated November 20, 2024. Do you recognize this document?

A. Let me just take one second to scroll through it. Yes, I do.

Q. What is it?

A. This is my expert report that was submitted on November 20, 2024.

Q. If you turn to page 27 of the report, is that your signature on page 27?

A. Yes, it is.

Q. And are the contents of this report true to the best of your knowledge?

A. Yes, they are.

Q. Are there any changes to your report?

A. There is -- not to the report itself, just to the appendix. I was recently promoted to associate professor

Page 11

TSAI

of surgery at Harvard Medical School and associate professor in health policy and management at the Harvard Chan School of Public Health.

Q. Does this report express all your opinions in this case?

A. It expresses the opinions I had with the information available when the report was submitted.

Q. Have any of your opinions changed since the report has been submitted?

A. Not the specifics of it.

Q. Have you performed any work in this case subsequent to the submission of this report?

A. I have prepared for the deposition.

Q. Other than preparing for this deposition?

A. No.

Q. Did you bring any materials with you today that you might review during this deposition or during any breaks in the deposition?

Page 12

TSAI

A. The only materials I have in front of me are, as I mentioned previously, the printed out clean copy of the report which is the same as I'm seeing on Exhibit Share.

Q. How did you prepare for today's deposition?

A. I had reviewed my expert report as well as the materials I had used in preparation of it, including which are listed in Appendix B, including the depositions of Mr. Brown, Mr. Egan, as well as some of the additional documents that have been produced since the report, and also I met with counsel as well.

Q. When you say additional documents that have been produced since the report, what are you referring to?

A. The -- there was only a draft deposition that was available when I prepared my report so the finalized transcripts and exhibits, and then additionally the Coffman rebuttal report.

Q. Okay. And the final version of

Page 13

TSAI

the transcripts in Exhibit Share you're referring to Mr. Brown and Mr. Egan's, Mr. Dwight Egan's --

A. That's correct.

Q. You mentioned you met with counsel. When did you meet with counsel to prepare for today's deposition?

A. I don't recall the exact dates but we met in the preceding weeks leading up to today.

Q. Do you recall how many times you met?

A. It was about three times, if I remember correctly.

Q. Do you recall approximately how long each of those meetings were?

A. They were a few hours each.

Q. Did you meet remotely?

A. Yes.

Q. Do you recall who was present during each of those meetings?

A. I do.

Q. Who was present?

A. Marissa Peirsol was present for

4 (Pages 10 - 13)

Page 14

TSAI

those meetings and Gen York-Erwin was present for some of them but not all of them, and then additionally some of the research team from Analysis Group was present as well.

Q. Anyone else?

A. That's it.

Q. When were you retained in this matter?

A. I don't remember the exact date but it would have been around early November of last year.

Q. And who retained you?

A. Baker & Hostetler.

Mr. Uris, I notice my screen is frozen. I want to make sure you guys can still hear and see me.

Q. I can. It's a little choppy but I can hear you.

MR. URIS: Lee, does the video look fine to you?

THE VIDEOGRAPHER: I agree it's choppy, but we're still getting movement and we're hearing him great,

Page 15

TSAI

so we can stay with this or we can work on it and go off the record, whatever you prefer.

MR. URIS: Why don't we go off the record and try to fix it at least once.

THE VIDEOGRAPHER: Going off the record. The time is 9:24 a.m.

(Discussion off the record.)

THE VIDEOGRAPHER: We're back on the record. The time is 9:31 a.m.

BY MR. URIS:

Q. For what purpose were you retained in this case?

A. I was retained as an expert witness.

Q. Do you recall specifically for what purpose?

A. Yes, to provide my opinion on the state of COVID testing during 2022 as well as the -- the understanding of COVID cases and the unpredictable nature of COVID cases in that time period, as well as assessing whether the misstatements were

Page 16

TSAI

overall consistent with the broader public health understanding of COVID-19 cases and testing during that time period.

Q. Okay, if you could turn to paragraph 9 of your report.

A. Yes.

Q. I believe you basically just paraphrased that but what is listed in paragraph 9, is that an accurate description of the purpose for which you were retained in this case?

A. It is.

Q. Do you recall approximately how many hours you've personally spent on this matter?

A. I don't remember the exact details but it was around 20 hours.

Q. Have you billed those 20 hours at a rate of $900 per hour?

A. I have.

Q. If you look at paragraph 10 of your report, the second sentence states, "I also receive compensation based on the professional fees of Analysis Group, Inc."

Page 17

TSAI

Can you explain what that means?

A. I have an affiliation agreement as an academic affiliate with Analysis Group and that's what that's in reference to.

Q. So you receive some percentage of the amount billed by Analysis Group on this matter?

A. I do, that's correct.

Q. Do you recall what that percentage is?

A. That information I believe is confidential between Analysis Group and myself.

Q. How did you come to be an affiliate of Analysis Group?

A. Let me think back on this, Mr. Uris.

I was -- I actually don't recall the exact details but I was either referred to them by a colleague or had a meeting with them several years ago. It would have been about two, three years ago. I don't remember the exact details

5 (Pages 14 - 17)

Page 18

TSAI

of how the introduction was made.

Q. Have you worked on any other matters aside from this one at Analysis Group?

A. I have.

Q. Do you recall how many matters?

A. I do.

Q. How many?

A. Just one other matter.

Q. And what matter was that?

A. It was a hospital antitrust case.

Q. Do you recall what the title of that case was, or who the parties were?

A. I don't recall the exact titles or -- of the case but I do recall the parties.

Q. Who were the parties?

A. I don't know if -- I don't think there's any reason why I can't share that. It was St. Francis Hospital and Hartford Hospital.

Q. Did you submit an expert report in that case?

A. I did not.

Page 19

TSAI

Q. What was the nature of the work you did in that case?

A. It was analyses on hospital quality related to the alleged actions of the defendant hospital.

Q. So you were basically in a consulting role?

MS. PEIRSOL: Objection, form, misstates testimony.

THE WITNESS: I was retained as an expert witness for that matter and as I mentioned, my role was to opine on the consequences of hospital quality related to the health care practices of that hospital.

BY MR. URIS:

Q. Were you deposed in that matter?

A. I was not.

Q. Did you provide testimony in that matter?

A. I did not.

Q. Were you retained in that matter prior to being retained in this matter?

A. Yes.

Page 20

TSAI

Q. Have you ever been previously retained by any of the defendants in this case?

A. No.

Q. Do you know whether Analysis Group has ever been previously retained by any of the defendants in this case?

A. I don't know the answer to that.

Q. Do you know how many hours Analysis Group staff has billed on this matter?

A. I don't know the exact hours they have billed.

Q. Did you draft your expert report yourself?

A. The report expresses my opinions and I did draft and work on the report.

Q. Did Analysis Group staff assist you in drafting the report?

A. They did. Under my guidance, they helped gather information and some of the references I directed them to.

Q. Does Appendix B to your report show all the materials you considered in

Page 21

TSAI

connection with your report?

A. Yes, it lists the materials that I considered and also as part of the report also relied on my broader experience serving as the COVID White House Response Team testing coordinator and my several years as a public health and health policy researcher.

Q. And how were the materials in Appendix B selected?

A. They were selected as part of the -- under my direction in terms of, as you would do for any sort of research projects, finding the appropriate references for my opinions, the public references for the data that were cited in some of the figures and tables and as well as in the text of the report itself.

Q. In forming your opinions set forth in the report, did you rely on any information from defendants' counsel?

A. Not specifically. The opinions expressed in the report reflect my several years of public health experience and also

6 (Pages 18 - 21)

Page 22

TSAI

my policy experience as a testing coordinator on the White House COVID Response Team.

Q. In Appendix B you list the deposition of Brian Brown dated November 5, 2024 and exhibits thereto. Did you review every page of Mr. Brown's deposition transcript?

A. I reviewed the transcript in its entirety.

Q. Did you review every exhibit that was marked during Mr. Brown's deposition?

A. I would have to recall each specific exhibit but I recall reading through all of the transcript and the exhibits that were part of it.

Q. Did you review every page of Dwight Egan's deposition transcript?

A. I did read the entirety of the transcript.

Q. Did you review every exhibit that was marked during Dwight Egan's deposition?

A. I did similarly also review the

Page 23

TSAI

exhibits that were part of that transcript as well.

Q. Have you talked to any Co-Diagnostics employee or former employee about this case?

A. I have not.

Q. Do you know whether any Analysis Group staff has talked to any Co-Diagnostics employee or former employee about this case?

A. I don't know the specifics of it but to my knowledge, they have not.

Q. Other than defendants' counsel and Analysis Group staff, have you talked to anyone else about this case?

A. My wife is aware that I was retained for this case. That's the extent of it.

Q. If you could turn to the first page of your report.

A. Yes.

Q. In the first paragraph the first sentence states that you're currently employed as an assistant professor in the

Page 24

TSAI

Department of Health Policy and Management at the Harvard T.H. Chan School of Public Health and as an assistant professor of surgery at Harvard Medical School. Second sentence, "I am board-certified in general surgery and practice gastrointestinal and bariatric surgery at Brigham and Women's Hospital."

Can you generally describe what gastrointestinal and bariatric surgery is?

A. Yes.

Q. Can you please do so?

A. Yes. The -- as a gastrointestinal or GI and bariatric surgeon, I provide surgical care, diagnosis, treatment, evaluation and operative, postoperative management for conditions that generally involve the gastrointestinal tract, as well as specifically for bariatric surgery, it also includes management of obesity and its related disorders, diabetes, cardiovascular disease as well.

Q. Can you generally describe your

Page 25

TSAI

role at the Harvard T.H. Chan School of Public Health and Harvard Medical School?

A. Yes, so at Harvard T.H. Chan School of Public Health I am an associate professor, as I mentioned earlier from the report, and there I codirect the health care quality and outcomes lab and that is a health policy research team, multidisciplinary, involving methods of epidemiology, health services research, health economics, to understand the cost quality of care in the United States. We have a specific focus as well on the public health impacts of a health care delivery in the United States and so we focus our work on health care quality, health equity, policy evaluation and health system resilience and public health. Those are our sort of four main portfolios of work.

As an associate professor of surgery at Harvard Medical School, that's the academic title that's part of my clinical role as a practicing surgeon at

7 (Pages 22 - 25)

Page 26

TSAI

Brigham and Women's Hospital, so it reflects the teaching I do to Harvard medical students and research trainees, as well as the academic research I do that's related to that.

Q. Are you an expert in economics?

A. I'm an expert in health policy research and as I mentioned, as part of that research we bring in methodologies from various disciplines of which economics is one of them.

Q. Would you consider yourself an expert in economics?

A. I would consider myself an expert in health policy research.

Q. Fair enough but would you consider yourself an expert in economics?

MS. PEIRSOL: Objection, asked and answered.

THE WITNESS: I'm an expert in health policy research and in, as I mentioned, in clinical surgery, GI/bariatric surgery in particular, and public health related to COVID-19

Page 27

TSAI

from the prior work that we did as part of the Harvard Global Health Institute where I led our public health policy research around testing guidance, the effect of COVID-19 on hospitalizations, mortality in the United States, and then currently now in my role as a health policy researcher, the nature of the work understanding the effect of health care delivery pulls in all the disciplines of health policy research.

BY MR. URIS:

Q. I understand that and I appreciate the answer. I don't think it quite answered my question which was just whether you consider yourself an expert specifically in economics.

MS. PEIRSOL: Objection, form.

THE WITNESS: I'm an expert in public health and health policy research which draws on methodologies of which economics is one of several.

///

Page 28

TSAI

BY MR. URIS:

Q. Are you an expert in statistics?

A. I'm an expert in health policy research which brings in fiscal analyses as part of the research that the field does and that I use as well in producing research manuscripts.

Q. Are you an expert in econometrics?

A. I do use econometric techniques in my research methodology so I have experience in using again those research methods as part of my broader health policy in public health research.

Q. Have you met with or communicated with any other testifying expert retained on behalf of defendants in this case?

A. I have not.

Q. Do you know whether any Analysis Group staff has met with or communicated with any other testifying expert retained on behalf of defendants in this case?

A. I'm not aware of that information.

Page 29

TSAI

Q. Have you taken any steps to determine whether any of your opinions are inconsistent with any of the opinions of any other expert retained by defendants in this case?

A. I only, as I mentioned, considered the materials that were provided to me that are listed in Appendix B and some of the subsequent materials, so aware of only the other opinions as is relevant mentioned in the Coffman rebuttal report from January of this year.

Q. Is it correct that you have not read the expert report of Dr. Vinita Juneja served in this case on or about November 20, 2024?

A. That is correct.

Q. And is it correct that you have not read the expert reply report of Dr. Vinita Juneja served in this case on January 10, 2025?

A. That is correct.

Q. Do you know whether any Analysis Group staff reviewed those reports or

8 (Pages 26 - 29)

Page 30

TSAI

drafts of those reports?

A. I'm not aware of the particulars of that.

Q. Prior to this case, have you ever filed an expert report on behalf of a party to litigation?

A. I have not.

Q. Prior to this case, have you ever testified in any litigation?

A. I have once, as I mentioned, as part of -- as a fact witness for a medical/legal case.

MR. URIS: I know we haven't been on the record too long but do you want to take a five-minute break before I switch gears a bit, if that works for everyone?

MS. PEIRSOL: Works for us.

THE VIDEOGRAPHER: Going off the record. The time is 10 a.m. This is the end of media unit 1.

(Recess taken from 10:00 a.m. to 10:06 a.m.)

THE VIDEOGRAPHER: We're back on

Page 31

TSAI

the record. The time is 10:06 a.m. This is the beginning of media unit 2.

BY MR. URIS:

Q. If you could turn to paragraph 7 of your report.

A. Yes, I'm there.

Q. And here you list what purport to be the false and misleading statements alleged in the complaint; is that correct?

A. Here I reference some of the representative false or misleading statements.

Q. When you say -- what do you mean by representative?

A. A selection of them.

Q. And why did you only include a selection of them here?

A. Largely for matter of space and we relied on the -- I relied on the footnotes to reference the alleged misstatements from the February memorandum to the court opinion.

MR. URIS: I'm going to introduce an exhibit. Just bear with me. It's

Page 32

TSAI

going very slow for me.

(Exhibit 2, memorandum opinion and order, marked for identification.)

BY MR. URIS:

Q. Exhibit 2 should be introduced now.

A. I have it pulled up on Exhibit Share.

Q. Exhibit 2 is the court's memorandum opinion and order dated February 5, 2024. Do you recognize this document?

A. Let me take one second just to review this just to make sure I'm accurate, but yes, I do.

Q. What is this document?

A. This is the memorandum opinion and order from February 5th of 2024.

Q. Do you have any further understanding of what this document is?

A. I do generally.

MS. PEIRSOL: Objection. Objection, form.

///

Page 33

TSAI

BY MR. URIS:

Q. What's your general understanding?

A. I'm not a legal expert so I don't have any expertise on all of the legal ramifications of this document but I did -- this was considered and listed as part of my Exhibit B and the references that I reviewed in preparation of the report and includes several of the alleged misstatements.

Q. If you could look at -- going back to your report, the misstatement that you list in paragraph 7 b., that appears to be the first statement listed in the court's February 5, 2024 order in that chart that starts on page 1 of the order and goes through page 3.

MS. PEIRSOL: Objection. Objection.

THE WITNESS: So Mr. Uris, give me one second. I'm flipping back to my report.

///

9 (Pages 30 - 33)

Page 34

TSAI

BY MR. URIS:

Q. Sure.

A. So I see the first part of your question, if I see 7 b., I do see the statement that's listed in my report.

Q. Thank you. And I guess the second part of my question, that appears to line up with the statement, the first statement listed in the chart on page 1 of the February 5, 2024 order; correct?

MS. PEIRSOL: Objection.

THE WITNESS: I'll need to take some time just to pull up the second document and switch exhibits so bear with me while I take a look at the second exhibit.

BY MR. URIS:

Q. Sure.

A. Mr. Uris, if you could repeat that last question for me, please.

Q. The statement that you have listed in 7 b. of your report appears to line up with the first statement listed in the chart on page 1 of the February 5,

Page 35

TSAI

2024 order; correct?

MS. PEIRSOL: Objection, form.

THE WITNESS: Just let me compare the two so I can just refresh my memory of both of them.

(Witness perusing document.)

I do see both statements in those two exhibits.

BY MR. URIS:

Q. And they appear to be the same; correct?

A. On a quick look, they appear to be generally the same statements.

Q. If you could look at the second statement in the chart in the order which starts, "Turning now to our visibility" and then goes on to the second page and the last paragraph and "future financial results."

Do you see that statement?

A. Yes, I see the second row of that table.

Q. Yes, yes. If you go back to your report on paragraph 7 a. and 7 c., 7 a.

Page 36

TSAI

and 7 c. appear to be portions of the statement in the second row of the table in the order; is that correct?

MS. PEIRSOL: Objection, form.

THE WITNESS: 7 a. appears to be a sentence that is part the of the broader statement that is listed in that second row of Exhibit 2.

BY MR. URIS:

Q. And then 7 c. is the last paragraph of the statement listed in the second row of that Exhibit 2; is that correct?

A. Let me take again just one second just to verify, please. Yes, 7 c. is part of the last paragraph that is quoted in the table from Exhibit 2.

Q. So why were the alleged statements parsed in the way that you did in your report in paragraph 7?

MS. PEIRSOL: Objection, form, mischaracterizes evidence.

BY MR. URIS:

Q. Let me restate.

Page 37

TSAI

You testified earlier that 7 a., b., and c. were portions of the alleged statements and that at least one of the reasons was to save space. Are there any other reasons why you parsed the statements in the way you did in the report rather than just listing the entirety of the statements?

MS. PEIRSOL: Objection, form.

THE WITNESS: As I recall, it was largely due to space. I don't recall all the details of why specific parts were quoted but again that table is very, very long and even the table itself represents statements from the press release from the transcript call. As mentioned, we considered all of those documents in the preparation of the report that were listed in our Appendix B. I don't recall the details of the specific lines that were excerpted but as I mentioned in my expert report, I wanted to -- these were statements that were included but

10 (Pages 34 - 37)

Page 38

TSAI

were not necessarily exclusive. And then we -- I wanted to reference the broader list of statements that are part of the February 5th memorandum court opinion.

BY MR. URIS:

Q. Are you aware that the court's February 5, 2024 order upheld an additional statement that is not referenced anywhere in your report?

MS. PEIRSOL: Objection, form, misstates the evidence.

THE WITNESS: I'm a public health and health policy expert, I'm not a legal expert on the specifics of the court opinions.

BY MR. URIS:

Q. Turn to Exhibit 2. On the second page, the third row of the table.

A. Yes, I see that.

Q. This row lists a statement on May 12, 2022 by Brown on earnings call and it reads, "[Analyst]: So with the Logix Smart detection test, are you already

Page 39

TSAI

seeing a decline in customer orders? Or are you refraining from providing a guidance mainly because it's tough to like predict the environment moving forward?"

And below that, "Brown: It's more about the timing and being able to forecast the timing of orders is the bigger issue. It's not necessarily a demand issue that we're seeing. It's more of just timing of being able to accurately forecast what's coming in."

And it references paragraph 46 of the complaint. Do you see that?

A. I do, I see that.

Q. Did you consider this alleged misstatement in connection with your report?

A. I did. I considered this statement and all the statements that were listed as part of this memorandum in the preparation of my report.

Q. In paragraph 7 of your report, you don't reference the misstatement alleged in paragraph 46 of the complaint;

Page 40

TSAI

correct?

MS. PEIRSOL: Objection, misstates the evidence and the document.

THE WITNESS: As I mentioned earlier, the paragraph 7 was a selection of some of the alleged misstatements and I referenced the broader document that those misstatements came from. And as I stated, I considered and reviewed both the memorandum as well as the documents that some of those statements were excerpted from.

BY MR. URIS:

Q. Okay, but if you look at paragraph 7 following subparagraphs a., b., and c., you write, "Hereinafter, I refer to these statements collectively as CO-DX's 'alleged misstatements.'"

Do you see that?

A. I do see that in my report, yes.

Q. When you're defining that term alleged misstatements, which statements

Page 41

TSAI

are you referring to?

A. The ones that reference 12 is pointing to, the ones that are listed in the memorandum.

Q. So in footnote 12, you list the memorandum opinion and order from pages 1 to 2 and then if you go to the end of that you cite the amended complaint paragraphs 44 and 45. So by not including paragraph 46, are you intending to exclude that statement from the definition of alleged misstatements in your report?

MS. PEIRSOL: Objection, form.

THE WITNESS: No, as I mentioned earlier in paragraph 7, that there were, I said collectively, false and misleading statements that were alleged. And then I said including, meaning that some of the ones are part of those but did not specifically say they were exclusive examples.

BY MR. URIS:

Q. Okay, so in the defined term alleged misstatements in your report, is

11 (Pages 38 - 41)

Page 42

TSAI

that intended to include the alleged misstatement in paragraph 46 of the amended complaint?

A.   Do you mind just repeating that question one more time, please?

Q.   In the defined term alleged misstatements in your report, is that defined term intended to include the alleged misstatement in paragraph 46 of the amended complaint?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I would have to refer to paragraph 46 of the amended complaint.  If you wouldn't mind pulling that up specifically to refresh my memory.

BY MR. URIS:

Q.   Sure.

A.   But overall, I again considered all the alleged misstatements and all the materials that were available to me, including the ones that were excerpted from as in the preparation of the report.

(Exhibit 3, consolidated amended

Page 43

TSAI

complaint, marked for identification.)

BY MR. URIS:

Q.   I've introduced Exhibit 3.

A.   Yes, I see that in the Exhibit Share.

Q.   Do you recognize this document?

A.   Yes, I do.

Q.   What is this document?

A.   This is the consolidated amended class action complaint that was filed as part of this case.

Q.   If you could turn to paragraph 46 of the complaint which starts on page 11.

A.   Yes, I see it.

Q.   So my question is:  The defined term alleged misstatements that you define in paragraph 7 of your report, is that definition intended to include the statement alleged in paragraph 46 of the amended complaint?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  Maybe I'm not understanding the question, Mr. Uris, but as I -- again, looking at this

Page 44

TSAI

document and the February order, this appears to be a similar or if not the same statement that was listed in the February memorandum order, so as I previously stated, I considered the misstatements that were part of the complaint, part of the February memorandum to the order as well as documents they were excerpted from. So as part of the expert opinion and the alleged misstatements, I did consider the -- all of the alleged misstatements.

BY MR. URIS:

Q.   So I understand that you considered them all but that's not my question.  I'm asking specifically in paragraph 7, you have a defined term which states that you refer to these statements collectively as Co-Diagnostics' alleged misstatements and so I'm trying to understand specifically exactly which misstatements you are referring to when you use that term.

Page 45

TSAI

MS. PEIRSOL:  Objection.

BY MR. URIS:

Q.   Which is a different question of whether or not you considered certain statements but I'm just asking when you use that term, specifically which statements are you referring to?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  In the report, as I previously mentioned, the three that were referenced were not exclusive. They are representative of the alleged misstatements that were part of the case.

MR. URIS:  Is that a yes?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  Do you mind just asking the question again?

BY MR. URIS:

Q.   When you use the term "alleged misstatements" in your report, does that collection of statements include the statement alleged in paragraph 46 of the amended complaint?

12 (Pages 42 - 45)

Page 46

TSAI

MS. PEIRSOL: Objection, form.

THE WITNESS: The alleged misstatements again refers to all of the ones that were listed in the February memorandum to the court opinion which is what the reference is to which in this case also includes -- appears to me the same exact statement in both documents. Again, I'm not a legal expert in terms of the specifics of this but again, I was asked to opine on whether these alleged misstatements was consistent with the broader public health understanding of COVID-19 cases and the variability of cases and difficulty in predicting demand, so I considered all of the ones that were referenced into the document.

BY MR. URIS:

Q. Do you have an understanding of what this case is about?

A. I do generally, yes.

Q. What is that understanding?

Page 47

TSAI

A. There were alleged misstatements made by the company as part of their quarterly reports to investors and plaintiffs are seeking economic damages as part of that.

Q. Do you have an understanding of why defendant's statements were alleged to be misleading?

MS. PEIRSOL: Objection, form.

THE WITNESS: I understand the reasons that were cited in the complaint. I haven't read and reviewed the complaints and the filings. But it may be worth adding, Mr. Uris, I'm not a legal expert or a financial expert. And again, I was asked to opine on whether they were consistent with the general understanding from public health and health policy, individuals on the variability and difficulty in predicting COVID cases during 2022.

BY MR. URIS:

Q. Understood. If you could turn to

Page 48

TSAI

page 5 of Exhibit 2 which is the memorandum opinion and order.

A. Yes, I see this.

Q. Do you see the paragraph in the middle of the page that starts, "But Stadium plausibly alleges that by May 12, it was clear that something was up (or down, rather) with demand"?

A. I see that statement, yes.

Q. If you could go to the last sentence of that paragraph, do you see where it reads, "So it was misleading to describe the situation as 'fluctuations' or to disclose the company's difficulty in forecasting near-term demand without disclosing that demand was already declining rapidly," do you see that?

A. I see that statement, yes.

Q. So here the court appears to be stating that the alleged misstatements were misleading because they failed to disclose that demand was already declining rapidly; is that correct?

MS. PEIRSOL: Objection, form.

Page 49

TSAI

THE WITNESS: I would not want to speculate on a judge's opinion of the alleged misstatements.

BY MR. URIS:

Q. If you could go back up to page 2 of the -- on Exhibit 2.

A. Yes, I'm on page 2 of Exhibit 2.

Q. Yes, and if you look at the second paragraph in the second row of that table which starts on page 1 and continues on to page 2. The paragraph that starts, "To be clear," do you see that?

A. I do, yes.

Q. This paragraph reads, "To be clear, we remain very confident about the long-term potential of our business and the demand for our products. Our ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants, and persistently low vaccination rates in many parts of the world."

13 (Pages 46 - 49)

Page 50

TSAI

Do you see that?

A. I do, yes.

Q. Are the factors listed here as the factors impacting the company's ability to accurately forecast Logix Smart test sales, are those factors that suggest an increased COVID infection going forward?

MS. PEIRSOL: Objection, form.

THE WITNESS: As I see in the report, it became increasingly difficult in 2022 to accurately forecast the timing and severity of the COVID cases due to emerging variants of concern, as well as multiple factors including the behavior of individuals, variations in state and local jurisdictions, public health guidance, as well as variations in the uptake of vaccinations. There was a lot of uncertainty as well. In 2022, if there was even going to be an approval for a bivalent fall vaccine or vaccine campaign later in the year.

Page 51

TSAI

So these are several factors of many factors that made forecasting COVID a very difficult task in spring, summer and throughout all of 2022.

BY MR. URIS:

Q. I don't think that quite answered my question but I'll try to ask it in a different way.

In May of 2022, were decreased mask mandates in the United States, the continued emergence and spread of new variants and persistently low vaccination rates factors that you would have understood to suggest increased COVID infection going forward?

A. I think again it varies on the specific circumstances and they have to be viewed in context of the other factors as well. For example, I mentioned in my report in Figure 5, even in states where COVID rates were relatively similar at the same time period, the testing was markedly different. Vaccine uptake was markedly different between the two states I

Page 52

TSAI

analyzed, which was Connecticut and Georgia. So again I would instead characterize that the changing mask mandates, the changing emergence and spread of new variants and the uncertainty around vaccine rate uptake and future vaccination campaigns all together added to uncertainty about COVID-19 cases, again because as a background of uncertainty on when a new variant of concern would emerge.

Q. Are decreased mask mandates something you would associate with increased COVID infection?

MS. PEIRSOL: Objection, form.

THE WITNESS: It would depend on the context of one of the broader public health guidance that a certain state or local jurisdiction was giving at the time, the specific setting, masking out in the outdoors is different than masking in health care facilities and depends on the underlying prevalence of COVID at the

Page 53

TSAI

time, if it was very, you know, again hypothetically, if there was no disease, then masking may not make a difference. But if there were COVID cases and active transmission, then it could have an impact, again in the context of all of the other factors I mentioned in my report.

BY MR. URIS:

Q. Generally speaking, are decreased mask mandates something you would associate with increased COVID infection?

MS. PEIRSOL: Objection, asked and answered.

THE WITNESS: It ultimately depends on the context of a potential transmission, the transmissibility of a given variant, the underlying prevalence of COVID cases at a given time. So all of those are factors that would weigh in on the effect of any potential masking guidance at a given point. And it also depends on whether individuals are following the

14 (Pages 50 - 53)

Page 54

TSAI

masking guidance in the context of were they already vaccinated, had they been previously exposed to COVID-19, did they already have immunity, so a lot of complex factors that are both biological, epidemiological, public health policy that made it very challenging to tease out the specific influence of any individual factor. I'll say that it was very, very difficult to forecast COVID-19 during that time period for all the reasons I mentioned.

BY MR. URIS:

Q.  In May of 2022, did public health experts generally associate wearing masks as a measure to be used to decrease COVID infection going forward?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  Mask wearing was part of a suite of behavioral guidance as part of the broader what public health has called a mitigation strategy to the spread of COVID-19.

Page 55

TSAI

It ultimately depends on the -- for the effect of that in any given point depends on the transmissibility of the cases, the specific transmissibility of a variant, the context that the mask wearing is happening, whether an individual is vaccinated or not, and again among a variety of other factors.

BY MR. URIS:

Q.  So mask wearing was generally understood as a mitigation strategy; correct?

MS. PEIRSOL:  Objection, misstates his testimony.

THE WITNESS:  It was part of a suite of public health guidance that was used throughout the pandemic as part of the mitigation strategy. Again, the mitigation strategy importantly varied over the course of the pandemic.  So because the background, evolution of COVID-19 was changing, the availability of other

Page 56

TSAI

more effective strategies like vaccination, therapeutics for treating COVID, all emerged so there was not a -- necessarily a fixed set of mitigation strategies.

BY MR. URIS:

Q.  Is the continued emergence and spread of new variants something you would associate with increased COVID infection going forward?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  Depends on the particulars of those variants.  You can have variants that fizzle away or variants that then become variants of concern.

BY MR. URIS:

Q.  Generally speaking, is the continued emergence and spread of new variants something you would associate with increased COVID infection going forward?

MS. PEIRSOL:  Objection, asked and answered.

Page 57

TSAI

THE WITNESS:  Depends on the specific nature of the variants, the binding of the SARS-CoV-2 virus to the specific receptors, the context that variant is emerging in, the background vaccination rates, whether people are testing and diagnosing COVID cases, whether treatments and therapeutics were available to minimize the severity of COVID illness.  So again, prior infection of individuals in the community or a broader immunity to COVID, so a lot of factors that could come into play.  From a public health standpoint, the guidance was to be prepared for a future variant of concern but each individual variant, as we saw throughout the pandemic and I mentioned in my report, came in waves.  Some variants came and disappeared.  Some variants came and had very severe impact on hospitalizations and death and it was very difficult to predict specific

15 (Pages 54 - 57)

Page 58

TSAI

health care impact, public health impact at any given variant at a moment in time.

BY MR. URIS:

Q. Generally speaking, do new variants pose a greater risk of spreading than existing variants?

MS. PEIRSOL: Objection.

THE WITNESS: It again depends on all those factors, you know, that are -- that provide the context of how a variant is emerging. So it depends on if there's vaccination, you know, targeted to that variant, how individuals respond to the spread of that variant, the amount of appropriate diagnosis happening of that variant, the treatments of that variant, public health guidance which varies significantly on state and local jurisdiction levels. So again, we saw throughout the pandemic the emergence both coming and going of various variants so the variants are

Page 59

TSAI

just variants. They represent mutations of the virus. Whether they become of consequence ultimately is in retrospect.

BY MR. URIS:

Q. In May of 2022, is persistently low vaccination rates in many parts of the world something you would have associated with increased COVID infection going forward?

MS. PEIRSOL: Objection, form.

THE WITNESS: Unknowable in May of 2022 because it depends on what the future variant in the future would be. There was an imprecise ability to forecast that.

BY MR. URIS:

Q. I'm not asking about forecasting, I'm just asking generally all other things being equal, are persistently low vaccination rates in many parts of the world something you would have associated with increased COVID infection going forward?

Page 60

TSAI

MS. PEIRSOL: Objection, form.

THE WITNESS: But all things can't be held equal because it depends what the future variants might be.

BY MR. URIS:

Q. Let's suppose in May of 2022 there were high vaccination rates in many parts of the world. In that scenario would you expect more COVID infection going forward as compared to a scenario where there's low vaccination rates in many parts of the world?

MS. PEIRSOL: Objection, incomplete hypothetical.

THE WITNESS: Depends on what the future variant would be and again, I think as evidence of that, vaccinations aside there was constant monitoring of new variants, public health decisions about what not to approve, a new vaccine targeted to the emergence of new variants, so that truly does depend on what the future variants would be in addition to all

Page 61

TSAI

the other things I mentioned, including the availability of testing to be able to accurately diagnose whether or not there are more cases, the availability of therapeutics that may be able to treat COVID cases and shorten the duration of symptoms, and then the transmission, behavior of people staying home, are they going to work sick, again, all of these factors come into play. We're thinking about the transmission which is a combination of the biology of the virus, the epidemiology of how it spreads, the policies, regulations, guidance that may be shaping that and then also the available therapeutics that are available to medically -- what we call medical countermeasures.

BY MR. URIS:

Q. In 2022, did you generally associate increased COVID infection with increased demand for COVID tests?

A. Well, we saw throughout the

16 (Pages 58 - 61)

Page 62

TSAI

course of the pandemic was that COVID testing utilization or demand generally followed the patterns of COVID cases. So in periods where COVID cases were higher, there was more testing, where there were periods of COVID cases were lower, there may have been low testing, but the timing and peaks of when those happened were very, very variable over the course of the pandemics.

Q.  Going back to Exhibit 2, that same column that -- sorry, same row we were looking at, the second row, the last paragraph in that second row which reads, "Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic regions we serve," do you see that?

A.  Yes, I do.

Q.  Do you know what sizable fluctuations and order patterns from our

Page 63

TSAI

customers refers to?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  That's a statement from Mr. Brown so I think you would have to -- I don't want to speculate on what he was thinking specifically.

BY MR. URIS:

Q.  Do you have any understanding of what he was referring to?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I know what he says in the statement which is there are fluctuations in the order patterns from his customers.

MR. URIS:  I think this is a good spot for a five-minute break, if that works for everyone else.

MS. PEIRSOL:  Works for us.

THE VIDEOGRAPHER:  Going off the record.  The time is 10:57 a.m.  This is the end of media unit 2.

(Recess taken from 10:57 a.m. to 11:05 a.m.)

THE VIDEOGRAPHER:  We're back on

Page 64

TSAI

the record.  The time is 11:06 a.m.  This is the beginning of media unit 3.

BY MR. URIS:

Q.  Dr. Tsai, if you could turn to paragraph 13 of your report.

A.  Yes, I'm there.

Q.  Could you please read that paragraph out loud?

A.  Yes, I can.

"On the basis of my review of the information identified herein, my opinion is that Co-Diagnostics' statements on May 12, 2022 about its decision not to provide guidance for its Q2 2022 results and the reasons why were consistent with my own understanding of the COVID testing market and demand at that time, as well as how public health officials and industry participants publicly spoke about COVID testing and demand in spring 2022."

Q.  So when you say "consistent with my own understanding of the COVID testing market and demand at that time, as well as how public health officials and industry

Page 65

TSAI

participants publicly spoke about COVID testing and demand in spring 2022," you're referring to COVID testing and demand for COVID testing generally; correct?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I'm referring to COVID testing sort of as a broad industry so across all the various COVID testing use cases.

BY MR. URIS:

Q.  In reaching this opinion, did you do an assessment of the company's orders for its Logix Smart Test in the second quarter of 2022 as of May 12, 2022?

A.  I did review and had available information as part of the exhibits, the company's orders, but I'm not a financial analyst or an accountant so did not -- I did not have inside knowledge of their specific pipeline commercialization plans but did consider their sales information as part of the expert opinion.

Q.  In reaching this opinion, did you do an assessment of the company's

17 (Pages 62 - 65)

Page 66

TSAI

historical sales of its Logix Smart Test?

MS. PEIRSOL: Objection, form.

THE WITNESS: I was aware of the information.

BY MR. URIS:

Q. You're not providing an opinion as to whether as of May 12, 2022, demand for the Logix Smart Test had significantly declined; correct?

A. Can you restate that, please?

Q. You're not providing an opinion as to whether as of May 12, 2022, demand for the Logix Smart Test had significantly declined; correct?

A. I am providing an opinion on what demand for COVID testing products, including Co-Diagnostics Logix Smart tests could be in the future due to the uncertainty around future COVID cases and variants.

Q. I don't think that quite answered my question. Are you providing an opinion as to whether as of May 12, 2022, demand for the Logix Smart tests specifically had

Page 67

TSAI

significantly declined?

A. I'm providing an opinion on the alleged misstatements that demand was hard to predict for the Logix Smart test in the future. That's consistent with the broader understanding of the testing history at that time.

Q. How did you determine that demand was hard to predict for the Logix Smart tests going forward?

A. We assessed the broader industry trends for COVID-19 products across clinical laboratory supplies, as well as the available data in May which pointed to the uncertainty of COVID variants and then the likely need for ongoing availability of COVID testing products across diagnostic settings. And the broader trend has been that COVID testing utilization for the industry more broadly followed COVID cases.

Q. Are you providing an opinion as to whether as of May 12, 2022, sales of the Logix Smart tests had significantly

Page 68

TSAI

declined?

MS. PEIRSOL: Objection, form.

THE WITNESS: I have seen the sales numbers for Co-Diagnostics.

BY MR. URIS:

Q. I don't think that answered my question. Are you providing an opinion as to whether as of May 12, 2022, sales of the Logix Smart tests had significantly declined?

MS. PEIRSOL: Objection.

THE WITNESS: I am providing an opinion as a health policy expert and public health researcher who is aware, an expert in COVID industry patterns during that time period, and I can -- have seen and given my opinion on the sales numbers of COVID-19 inasmuch as I've sort of seen those numbers and can comment on the broader industry trends during that time.

BY MR. URIS:

Q. Is that a no?

(Reporter clarification.)

Page 69

TSAI

(Discussion off the record.)

BY MR. URIS:

Q. With respect to sales of the Logix Smart Test specifically, are you providing an opinion as to whether those sales had significantly declined as of May 12, 2022?

MS. PEIRSOL: Objection, form.

THE WITNESS: Mr. Uris, I'm happy to provide an opinion on specific information that's provided to me but I'm not a -- I do not run a COVID diagnostics company so I don't know all of the internal details that may have contributed to variations in their sales patterns, but I am prepared to offer an opinion on any data that is shown to me.

BY MR. URIS:

Q. I fully understand that. I'm not trying to -- I'm just trying to confirm, is it correct that you're not offering an opinion in this case as to whether as of May 12, 2022, sales of the Logix Smart

Page 70

TSAI

Test had significantly declined?

A.  So my expertise is whether those patterns are consistent with the broader industry trends, so I'm not an expert in the specifics of the sales of Co-Diagnostics specifically.  So I want to make sure I'm answering your question, Mr. Uris.  I'm happy to --

Q.  I think that answers it.

A.  Okay.

Q.  You're not providing an opinion as to whether as of May 12, 2022, defendants were aware that sales of the Logix Smart Test had significantly declined; correct?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I'm not -- I'm not testifying to the -- I'm not opining on what Mr. Brown or Mr. Egan knew at the time or the accuracy of their sales numbers but I am opining on, given what I have seen, whether that reflects the prevailing wisdom around COVID during that time period.

Page 71

TSAI

BY MR. URIS:

Q.  You're not providing an opinion as to whether as of May 12, 2022, defendants were aware that Co-Diagnostics sales to date for Q2 2022 were far less than what it had seen in prior quarters; correct?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I'm only aware of what the defendants know from their depositions so I don't have any additional insight.  I would only be speculating on what they knew at the time.

BY MR. URIS:

Q.  Looking back at paragraph 13 of your report, when you refer to spring 2022, are you referring to March, April and May of 2022?

A.  I'm referring to spring so typically that's March, April, May but I'm referring to kind of more of the broader season following the winter Omicron wave.

Q.  Could you read paragraph 14 of

Page 72

TSAI

your report out loud?

A.  Yes.

"It was widely understood by myself and stated by others in the COVID testing industry in April and May 2022 that the historical volatility in COVID testing demand, exacerbated by the factors discussed herein, made it increasingly difficult to accurately predict demand for COVID PCR tests over the summer and for the rest of the year.  This uncertainty was widely discussed in the press and in statements by public health experts, including those with whom I worked.  At the same time, statements by industry and public health and government officials in spring 2022 show that they reasonably expected long-term demand for COVID tests to remain strong since future variants and waves inevitably would emerge and bring increased demand again, it was just unknown as to when this would happen."

Q.  Again, here you're referring to COVID testing and demand for COVID testing

Page 73

TSAI

generally; correct?

MS. PEIRSOL:  Objection.

THE WITNESS:  Depends on which part of the paragraph.  In the first part of paragraph 14 I specifically discuss the difficulty in predicting PCR tests and later on I talk about COVID testing in all of its use cases, whether it's in clinical laboratories, point of care, at home, molecular, antigen.

BY MR. URIS:

Q.  Understood.  But so, for example, with respect to COVID PCR tests, you're referring to the industry for COVID PCR tests generally; correct?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I'm referring to both the industry for COVID PCR tests as well as a COVID diagnostics industry more broadly throughout the paragraph.

BY MR. URIS:

Q.  So here you're not providing an

19 (Pages 70 - 73)

Page 74

TSAI

opinion as to whether as of May 12, 2022, sales of the Logix Smart Test had significantly declined; correct?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  If by here you're referencing paragraph 14, paragraph 14 I am referencing about the -- the broader industry volatility around COVID-19 testing.

BY MR. URIS:

Q.  With respect to paragraph 14 again, you're not providing an opinion as to whether as of May 12, 2022, defendants were aware that sales of the Logix Smart tests had significantly declined; correct?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  That's correct because I don't have specific knowledge of what the defendants knew or didn't know at that time beyond the documents that were available to me.

BY MR. URIS:

Q.  And with respect to paragraph 14, you're not providing an opinion as to

Page 75

TSAI

whether as of May 12, 2022, defendants were aware that the company's sales to date for the second quarter of 2022 were far less than what it had seen in prior quarters; correct?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  Yes, I'm not opining on what -- the awareness of the defendants of their own sales data.

BY MR. URIS:

Q.  If we could turn to Figure 3 in your report which is on page 13.

A.  Yes, I'm there.

Q.  And this chart represents COVID cases in North and South America from March 1, 2020 through December 31, 2022; is that correct?

A.  That's correct.

Q.  Why did you choose North and South America for this chart?

A.  I chose this because we -- I wanted to reference publicly available data sources and this came from a publicly

Page 76

TSAI

available dataset that referenced underlying data called Our World and Data and was also presented as part of The Centers For Disease Control and Prevention.

Q.  Why did you choose to use data for North and South America as opposed to the entire world, for example?

A.  There are seasonal variations and geographic variations over time and I felt that the Americas was a bit more relevant for the expert report.

Q.  And why did you feel that the Americas was more relevant for your expert report?

A.  For a few reasons.  This was a U.S. based company.  As part of my public health expertise and health policy experience had direct industry expertise on the COVID industry in the United States, had broader expertise on public health trends for COVID globally but had more expertise on the U.S. COVID-19 diagnostics industry.

Page 77

TSAI

Q.  Do you have any understanding of who Co-Diagnostics' customers were in 2022?

A.  Yes, I have a broad understanding of their customers from the documents that were made available to me.

Q.  Do you have an understanding of where Co-Diagnostics' customers were located in 2022?

A.  Not all of the details but generally.

Q.  Do you know approximately what percentage of the company's customers were located in the U.S. as opposed to outside the U.S.?

A.  I'll have to refer to the specific documents but I recall it was about 50 percent but again, I would need to refer to the specific documents.

Q.  Do you know approximately what percentage of the company's customers were located in North and South America?

A.  I don't know the exact breakdown but again, as I recall, it was about 50

20 (Pages 74 - 77)

Page 78

TSAI

percent. I think this came up in one of the interrogatories but I would need to refer to that for a specific breakdown.

Q. If a substantial percentage of the company's customers were located outside of North and South America, do you think it would have been helpful to look at the COVID case data for either the world or for areas other than just North and South America?

A. I was aware of the global patterns for COVID-19 throughout the pandemic, but given my expertise on the U.S. diagnostics industry for COVID-19, focused the report on that.

Q. Okay, if you could look at paragraph 26 of your report.

A. Yes, I'm there.

Q. Actually turn to page 14.

A. I'm there.

Q. Do you see the first full sentence at the top of that page that starts, "The AdvaMed"?

A. Yes, I do.

Page 79

TSAI

Q. Could you read from that sentence to the end of the paragraph out loud?

A. Yes.

"The AdvaMed COVID-19 diagnostics supply registry reports weekly testing data compiled from 13 leading diagnostic companies who comprise together roughly 80 percent of total molecular testing in the U.S. The data from these reports demonstrate the cyclical and unpredictable nature of COVID testing demand with shipments rising as a response to increasing demand for tests at the onset of the Delta and Omicron variants and falling as cases decreased. Variability in demand was further compounded by varying inventory held by testing distributors and diagnostic labs."

Q. You didn't look at Co-Diagnostics' specific data here; correct?

MS. PEIRSOL: Objection, misstates the evidence.

THE WITNESS: I was aware of

Page 80

TSAI

Co-Diagnostics data that were provided to me but this paragraph is referencing a report, a publicly available report from AdvaMed about the COVID-19 diagnostics supply registry.

BY MR. URIS:

Q. So why did you refer to that data here as opposed to Co-Diagnostics data?

A. That was a publicly available report and data that represented the broader industry trends at that time. I mentioned about 80 percent of the total molecular testing in the U.S., so referenced that as part of my opinion on the broader COVID-19 industry trends, how they followed COVID-19 cases.

Q. And in the last sentence of that paragraph you write, "Variability in demand was further compounded by varying inventory held by testing distributors and diagnostic labs."

A. That's correct.

Q. Did you look at inventories of

Page 81

TSAI

Co-Diagnostics' customers?

A. No, that data were -- those data were not available to me.

Q. If you could turn to paragraph 29 of your report.

A. Yes, I'm there.

Q. Could you read from the beginning of that paragraph up until footnote 54 out loud?

A. Yes.

"One set of policies impacting demand for COVID tests were public and private funding for test manufacturing and purchasing. The U.S. federal government made various investments at different times to 'stabilize test production rates and related supplies and to reduce vulnerabilities associated with import delays, increased costs, and offshore sourcing.' Additionally, various state and federal public policies prior to the class period ensured coverage for testing among Medicare and Medicaid patients as well as the privately insured and

21 (Pages 78 - 81)

Page 82

TSAI

uninsured."

Q. Can you read the following sentence?

A. "For example, by March 2022, the Health Resources and Services Administration (HRSA) spent $11.4 billion on reimbursement of tests for the uninsured."

Q. The Health Resources and Services Administration COVID-19 uninsured program was established to reimburse health care providers directly for the cost of delivering COVID-19 testing; correct?

A. No, I wouldn't characterize it as simply that. The HRSA, Health Resources and Services Administration uninsured program was meant to reimburse health care providers, hospitals, clinics, physicians for providing COVID care around diagnostics, so testing, but also for treatments and vaccinations for the uninsured patients who otherwise may not have had health care coverage.

Q. And for COVID testing through

Page 83

TSAI

that program would have also included lab-based PCR tests such as the Logix Smart COVID-19 test; correct?

A. Yes, if they were the ones ordered by the health care providers.

Q. Do you know when this funding expired?

A. I do.

Q. When was that?

A. It was around March of 2022.

MR. URIS: I think this is a good spot for another short break, if that works for everyone. I don't think I'll have too much more.

MS. PEIRSOL: Too much more for the day, Jason, or --

MR. URIS: Yes, for the day. If we could take a five-minute break now and I should hopefully be able to fit the rest into one more session.

MS. PEIRSOL: So we should not break for lunch then?

MR. URIS: Yeah, I'm going to try to get everything through before lunch

Page 84

TSAI

but I just need a couple minutes to gather my notes.

THE VIDEOGRAPHER: Going off the record. The time is 11:43 a.m.

(Lunch recess taken at 11:43 a.m.)

Page 85

TSAI

A F T E R N O O N   S E S S I O N

(Time noted: 12:32 p.m.)

T H O M A S   C.   T S A I, MD MPH, resumed and testified as follows:

THE VIDEOGRAPHER: We're back on the record. The time is 12:32 p.m.

CONTINUED EXAMINATION BY MR. URIS:

Q. If you could turn to paragraph 36 of your report.

A. Yes, I'm there.

Q. Could you read out loud the first two sentences of that paragraph?

A. Yes.

"Many factors in spring 2022 made it especially difficult to predict testing demand through the end of 2022 after the peak of the initial Omicron lineage. During this time, I served as testing and treatment coordinator on the White House COVID-19 Response Team and co-led the development of public health policy research and guidance during the COVID-19 pandemic at Harvard Global Health

22 (Pages 82 - 85)

Page 86

TSAI

Institute."

Q. So in that second sentence when you say during this time, what are you referring to?

A. I'm referring to the time after the peak of the Omicron lineage through the end of 2022.

Q. With respect to your role as testing and treatment coordinator on the White House COVID-19 Response Team, you began in that role in June of 2022; correct?

A. That is correct.

Q. If you could turn to paragraph 37 of your report.

A. Yes, I'm there.

Q. The last two sentences of that paragraph read, "As reflected in numerous press releases and news articles, multiple public health agencies and experts in spring 2022 anticipated an increase in COVID cases in the near future. Examples of these statements are presented in Table 1."

Page 87

TSAI

Did I read that correctly?

A. Yes, you did.

Q. Turning to the following table.

A. I'm there.

Q. The first source in this table is CBS News dated March 17, 2022, and the quote is, "'What models are saying, like all the experts are saying right now, is that we should be prepared to see growth in COVID over the next few months,' a COVID forecaster said."

Do you see that?

A. I do.

Q. As of the date of this article, do you know whether Co-Diagnostics saw an increase in sales of its Logix Smart Test over the next few months?

A. I would have to refer to their specific sales figures.

Q. So you don't recall whether Co-Diagnostics saw an increase or a decrease in its Logix Smart tests over the next few months?

MS. PEIRSOL: Objection, form.

Page 88

TSAI

THE WITNESS: If you could rephrase, I want to clarify the next few months. What I do recall is that Co-Diagnostics like every -- like most of the testing industry after unprecedented surge in cases in January 2022 and testing demand utilization did see lower testing sales after an all-time high, but I would need to reference the specific documents to answer the second part of your question which is about the next few months.

BY MR. URIS:

Q. The next source is NBC News dated April 10, 2022 and the quote is, "'I do think we are in the middle of a surge, the magnitude of which I can't tell you,' vice provost of global initiatives at the University of Pennsylvania said."

Do you see that?

A. I do.

Q. Do you know whether Co-Diagnostics saw a surge in sales of its

Page 89

TSAI

Logix Smart Test around this time?

A. Again, I would need to refer to the specific sales data for Co-Diagnostics. This quote is actually referencing a surge in cases and as I pointed out in Figure 3 of my report, starting around the spring in the black line there, there was an increase in cases after a trough coming from the all-time high in January. So starting in March, April, May, June, July, there were increasing cases related to the BA.2 variant and the BA.5 variant in that summer. So that statement is consistent with the data on increasing COVID cases during that time period.

Q. And the next source is NPR, date of May 6, 2022, and the quote is, "For a few months, it looked like COVID-19 was retreating in the United States. But cases are arising across the country again. Still, public health leaders are signaling that the U.S. is turning another corner in this pandemic and that continued

23 (Pages 86 - 89)

Page 90

TSAI

COVID surges might just be part of the new normal."

Do you see that?

A. I do.

Q. Do you have an understanding of what turning another corner in this pandemic means?

A. That is the phrasing from the NPR story itself but I can -- I don't want to speculate on the author's own terminology but I could interpret it sort of more broadly from a public health context.

Q. Sure, yeah. What would be your interpretation of that language?

A. It goes on to say that there may be continued COVID surges going forward. It was uncertain around that time period if COVID was going to be eradicated completely or become endemic and there were signs, especially after the Omicron wave, that there would likely be ongoing waves of COVID-19 for the foreseeable future. And for that reason, the public health emergency continued until May of

Page 91

TSAI

2023 and to this day we're still seeing variations in COVID cases and variants. So the turning the corner, again my interpretation, those are not my words, is referring to both coming off of a peak in cases, but also a realization that COVID-19 was likely going to be here to stay.

Q. Turning to paragraph 38 of your report.

A. Yes, I'm there.

Q. Could you read the third sentence in that paragraph out loud that starts with "However"?

A. "However, after HRSA was terminated, the Families First Coronavirus Response Act and the Coronavirus Aid, Relief, and Economic Security Act both still required coverage and reimbursement for lab-based COVID testing, including the cost of the test itself and other services related to testing without cost-sharing for individuals covered by most private health plans, Medicare and Medicaid."

Page 92

TSAI

Q. If you look at footnote 81 to that sentence, it cites two articles.

A. I see the footnote, yes.

Q. And it appears that the first article was last updated in April of 2021; is that correct?

A. That's correct although that's what I put in the footnote in terms of the date of that. I guess, Mr. Uris, it would be helpful to kind of see in being a website, I don't know actually for a fact when it was last updated. That was the date that we -- or I reference in the footnote but I don't know the website or I don't recall when the website itself was last updated.

Q. Okay, but the April 28, 2021 date is the date that is listed in the footnote; correct?

A. Yes. As I recall, that may be the date it was written. I would have to go back to the original website itself to be sure of when it was last updated.

Q. Understood. And I'll represent

Page 93

TSAI

for the record that I took a look at that and I saw it. It appeared to have been last updated on the date that is reflected in the footnote, but understood that you haven't looked at it recently. But my question is: For this footnote, why don't you cite an article from 2022?

A. The reason was those -- the funding and those bills were enacted during that time period and tied to the end of the COVID-19 public health emergency. So as long as the COVID public health emergency which continued until May 13 of 2023 was in effect, those policies would remain in effect, which they did. So the coverage for COVID diagnostic testing under those bills continued, not just in April 28 of 2021, throughout 2022 and until the end of the COVID-19 public health emergency.

Q. Do you know whether private health plans were consistent or consistently covering the costs of PCR tests by May of 2022?

24 (Pages 90 - 93)

Page 94

TSAI

MS. PEIRSOL:  Objection, form.

THE WITNESS:  I don't know the details of every specific health plan and every product.  They were required to by law within the specific constraints that the law and also the interpretation of the law by the federal agencies which did change and did evolve over time.

BY MR. URIS:

Q.  Do you recall how those interpretations changed over time?

A.  Not the specifics.  The -- the coverage for the tests remained.  During that time period, there was a regulatory decision, as I recall, to change the amount of reimbursement for the test as the cost of producing the test decreased with the improvement in the supply chain for manufacturers.  That is one of multiple regulatory decisions that the federal agencies had made in implementing the law over the time period throughout the COVID-19 public health emergency.

Page 95

TSAI

Q.  Do you know whether Medicare was consistently covering the costs of PCR tests by May of 2022?

A.  Again, I would have to refer to the specific coverage decisions from CMS, The Centers for Medicare and Medicaid Services.  There were changes during that time period.  Again, there were interpretations and including expansion of coverage for imagen tests during that time period.  So there was a change in administration, a change in federal regulatory guidance and implementation of those two laws.

Q.  Do you know whether Medicaid was consistently covering the costs of PCR tests by May of 2022?

A.  I don't know the specifics.  Medicaid being a state and federal partnership is subject to different regulations than Medicare in itself and different coverage decisions within Medicaid for specific states.

Q.  In order to fall under the

Page 96

TSAI

purview of these Acts, did the tests need to be ordered and administered by a health care professional?

MS. PEIRSOL:  Objection, form.

THE WITNESS:  Which of the specific Acts?

BY MR. URIS:

Q.  The Families First Coronavirus Response Act and Coronavirus Act and Coronavirus Aid, Relief, and Economic Securities Act -- sorry, let me strike that.

The Families First Coronavirus Response Act and the Coronavirus Aid, Relief and Economic Security Act.

MS. PEIRSOL:  Objection, form.

THE WITNESS:  If you could just repeat the question, please.

BY MR. URIS:

Q.  In order to fall under the purview of these Acts, did the tests need to be ordered and administered by a health care professional?

MS. PEIRSOL:  Objection, form.

Page 97

TSAI

THE WITNESS:  I would have to refer to the specifics of those two Acts, but as I recall, for part of the regulatory implementation, it also depended if the tests were being -- which testing products as well as the setting that they were being performed in, if they were CLIA certified, for example, in diagnostic lab settings.  But for a lot of the reimbursement for a diagnostic reimbursement, in order to fall under coverage, as I recall there were regulatory guidance around the testing ordered by a medical provider and in a medical setting in order to qualify for reimbursement which is a medical encounter.

BY MR. URIS:

Q.  Going back to paragraph 38 of your report, could you read out loud the following sentence that starts with "The CDC"?

A.  Yes.

"The CDC Increasing Community

25 (Pages 94 - 97)

Page 98

TSAI

Access to Testing program provided no-cost testing, including PCR tests, to individuals at over 17,000 pharmacies and community-sites across the U.S. from early 2021 through 2024. Additionally, Operation Expanded Testing continued to fund no-cost PCR testing hubs to K-12 schools, colleges, and underresourced communities among other qualified sites through December 31, 2022, bolstering demand for molecular testing" --

Q. I'm sorry, I don't mean to cut you off. I asked just for that next sentence but I think that's fine you read the two sentences. I was going to ask about that second sentence next.

A. Sorry.

Q. Do you know to what extent the Logix Smart Test was purchased through the CFC -- strike that.

Do you know to what extent the Logix Smart test was purchased through the CDC Increasing Community Access to Testing program?

Page 99

TSAI

A. Not the specifics of the individual tests.

Q. Do you know to what extent the Logix Smart Test was purchased through Operation Expanded Testing?

A. I don't have information on the specific testing products that the vendors and contractors of those programs may have used.

Q. Turn to paragraph 41 of your report.

A. Yes, I'm there.

Q. Can you read out loud the first sentence of paragraph 41?

A. Yes.

"Finally, clinical guidelines requiring molecular testing at hospitals and other medical institutions remained in place in spring 2022, providing some continued demand for molecular testing, but there was uncertainty in the industry as to how long those guidelines would remain in place."

Q. Do you know what percentage of

Page 100

TSAI

Logix Smart tests that were sold were ultimately used at hospitals or other medical institutions?

A. I don't know the breakdown of that.

Q. If you could turn to paragraph 42 of your report.

A. Yes, I'm there.

Q. Could you read out loud the first sentence of paragraph 42.

A. Yes.

"Lastly, individual behavior appeared to be changing in the wake of multiple COVID waves, but these changes had not yet settled into a new 'endemic' pattern."

Q. When you say had not yet settled, what do you mean by that?

A. What I meant is there was significant variability in how individuals and communities reacted to the various waves of COVID.

Q. It was apparent that public perceptions of COVID-related risk

Page 101

TSAI

generally declined over the course of the pandemic; correct?

MS. PEIRSOL: Objection, form.

THE WITNESS: There was literature and research trying to understand what has been called pandemic fatigue, but in terms of how the individual response to COVID-19, that was still very much learning in process during the spring of 2022 and summer as we were coming off of an all-time high of cases with an unknown timing of a next wave of cases. As an example of that, I cite in the report Figure 5 which looked at two states, Connecticut and Georgia, where the cases were relatively similar at that time period in May of 2022, but the behavior, both public health, clinical, individual behavior varied quite significantly with different degree of testing and vaccinations among the populations of those two states. Again, it became very

26 (Pages 98 - 101)

Page 102

TSAI

challenging to ascertain how individuals would react to being infected with COVID, new waves of COVID going forward.

BY MR. URIS:

Q. When analyzing patterns and trends in a large dataset, isn't it generally the case that there will be variation at the individual level?

MS. PEIRSOL: Objection, form.

THE WITNESS: Mr. Uris, can you be a little bit more specific?

BY MR. URIS:

Q. You testified earlier that there was literature and research trying to understand what has been called pandemic fatigue but that in terms of how individuals responded to COVID-19, it was still very much a learning process. And so my question is just when looking at trends in a large dataset, isn't it generally the case that there will be variation at the individual level separate from any trends that might be evident?

Page 103

TSAI

MS. PEIRSOL: Objection, form.

THE WITNESS: There's variation -- depends on the level of analysis. I'm not sure that's -- I'm answering your question or answering the exact question but again, the example I gave is in Connecticut and Georgia where the COVID cases are pretty similar and the states behaved very differently. Higher testing, higher vaccination rates in Connecticut, lower of both in Georgia. So yes, there are an average across the nation, across the country, but very significant variability that can happen on a state-to-state basis for a variety of factors which I mentioned in the report.

MR. URIS: Can we go off the record for about five minutes? I may be just about done. I just want to confirm that I have no other questions.

MS. PEIRSOL: Sure, that's not a

Page 104

TSAI

problem, and then I have just a few quick questions, Jason.

MR. URIS: Okay.

THE VIDEOGRAPHER: Going off the record. The time is 1:01 p.m.

(Recess taken from 1:01 p.m. to 1:04 p.m.)

THE VIDEOGRAPHER: We're back on the record. The time is 1:04 p.m.

MR. URIS: I have no further questions at this time but reserve the right to ask questions on redirect within the scope of whatever questions Ms. Peirsol may have.

MS. PEIRSOL: And Jason, I think it will only take a minute.

EXAMINATION

BY MS. PEIRSOL:

Q. Dr. Tsai, if you could, could you please turn to page 3 of your report. This is the document that Mr. Uris marked earlier today as Exhibit Number 1 to your deposition.

A. Yes, I'm there.

Page 105

TSAI

Q. Okay. And on page 3, it's paragraph 7; is that correct?

A. Yes.

Q. If you can follow along with me, I believe it's the second sentence from the bottom of that page. It starts with "Hereinafter." Do you see that?

A. Yes.

Q. In that sentence you refer to Co-Diagnostics' "Alleged Misstatements"; is that right?

A. Yes.

Q. And that alleged misstatements, you capitalized that term?

A. Yes.

Q. And is that because it's intended to be a defined term?

A. Yes.

Q. Can you go to exhibit -- what Mr. Uris marked earlier today as Exhibit 2 to your deposition?

A. Give me one moment.

Q. Take your time.

A. Yes, I have it pulled up.

27 (Pages 102 - 105)

Page 106

TSAI

Q. And this is the memorandum opinion and order dated February 5, 2024. Is that the document that you're looking at, Dr. Tsai?

A. Yes.

Q. And you looked at this document earlier today?

A. Yes, I did.

Q. Okay. And on this document, there is a table that sets forth various statements and then also the speaker and the setting for each of those statements. Do you see that?

A. I do.

Q. And there, in what I'll refer to as the first row, although technically I believe it's the second row of the table, underneath the headings it says "May 12, 2022, Co-Diagnostics, press release." Are you with me?

A. Yes.

Q. And the statement begins, "While we remain very confident" and ends with "this position in the future," and then it

Page 107

TSAI

cites to paragraph 44. Do you see that statement, Dr. Tsai?

A. I do.

Q. Okay. And is this statement included in your definition of the alleged misstatements?

A. It is.

Q. And if you look at the next statement underneath that one, the speaker and setting column reads "May 12, 2022, Brown, earnings call." Do you see that?

A. I do.

Q. And the statement there, it starts with "Turning now to our visibility" and then at the end of that said "other factors on our future financial results." Are you with me?

A. I am.

Q. And it refers to looks like paragraph 45 of the complaint?

A. Yes.

Page 108

TSAI

Q. Okay. And is this statement also included in your defined term alleged misstatements?

A. It is.

Q. Okay. And then if you'll go to the following statement there, we'll call this row 3, the speaker setting column reads, "May 12, 2022, Brown, earnings call" again, and then it starts with a question from an analyst that begins, "So with the Logix Smart detection test" and then what is quoted here ends with "forecast what's coming in" and cites to paragraph 46 of the complaint. Do you see that, Dr. Tsai?

A. I do.

Q. Was this statement also included in the alleged misstatements as you define them?

A. It is.

Q. And in reviewing the materials for your opinion, did you review this earnings call transcript from May 12, 2022?

Page 109

TSAI

A. I did.

Q. Okay. And you also in doing that, did you review the full question here by this analyst? The question in its entirety, did you review the entire question?

A. Yes.

Q. Okay. And then you also reviewed Mr. Brown's entire response to the question?

A. Yes.

Q. Are there any other statements on this table that you have included within the defined term alleged misstatements?

A. No.

Q. And so your opinion is with respect to the three statements that we talked about here, the one in row 1, row 2 and row 3; is that correct?

A. Yes, it is.

MS. PEIRSOL: Nothing more from me.

MR. URIS: Nothing here either.

THE VIDEOGRAPHER: All right. We

28 (Pages 106 - 109)

Page 110

TSAI

are off the record at 1:10 p.m. and this concludes today's testimony given by Thomas C. Tsai, MD MPH.  The total number of media used was 3 and will be retained by Veritext.

MS. PEIRSOL:  And Cathi, we would like to read and sign.

(Discussion off the record.)

MS. YORK-ERWIN:  I'm sorry, we do want a rough.

MS. PEIRSOL:  We do want a rough.

(Time noted:  1:11 p.m.)

_____

THOMAS C. TSAI, MD MPH

Subscribed and sworn to before me this ___ day of _____, 2025.

_____

Page 111

TSAI

C E R T I F I C A T E

STATE OF NEW YORK    )
        : ss.
COUNTY OF NASSAU    )

I, CATHI IRISH, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within and for the State of New York, do hereby certify:

That THOMAS C. TSAI, MD MPH, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of February, 2025.

CATHI IRISH, RPR, CRR, CLVS

Page 112

TSAI

---------------- I N D E X ---------------

WITNESS     EXAMINATION BY    PAGE
THOMAS TSAI    MR. URIS    6
      MS. PEIRSOL   104

----------------- EXHIBITS ---------------

EXHIBIT NUMBER   DESCRIPTION    PAGE

Exhibit 1 , expert report of Thomas   9
C. Tsai, MD, MPH

Exhibit 2 , memorandum opinion and   32
order

Exhibit 3 , consolidated amended   42
complaint

Page 113

MARISSA A. PEIRSOL, ESQ.

mpeirsol@bakerlaw.com

      February 19, 2025

RE:  Stadium Capital Llc v. Co-Diagnostics, Inc, Et Al
2/6/2025, Thomas C. Tsai , M.D. (#7130193)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at CS-NY@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

     Yours,
     Veritext Legal Solutions

29 (Pages 110 - 113)

Page 114

Stadium Capital Llc v. Co-Diagnostics, Inc, Et Al

Thomas C. Tsai , M.D. (#7130193)

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____   _____

Thomas C. Tsai , M.D.               Date

Page 115

Stadium Capital Llc v. Co-Diagnostics, Inc, Et Al

Thomas C. Tsai , M.D. (#7130193)

ACKNOWLEDGEMENT OF DEPONENT

I, Thomas C. Tsai , M.D., do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____   _____

Thomas C. Tsai , M.D.               Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20___.

_____

NOTARY PUBLIC

30 (Pages 114 - 115)

**[& - 36]**                                                          Page 1

**&**

**&** 3:4,12 5:17 14:15

**1**

**1** 4:16 9:21,25 10:5 30:22 33:18 34:10,25 41:7 49:11 75:18 86:25 104:23 109:19 112:10
**10** 16:22 29:22 30:21 88:17
**10022** 3:8
**104** 112:5
**10:00** 30:23
**10:06** 30:24 31:2
**10:57** 63:21,23
**11** 43:14
**11.4** 82:7
**11:05** 63:24
**11:06** 64:2
**11:43** 84:5,7
**12** 38:23 41:3,6 48:7 64:14 65:15 66:8,13 66:24 67:24 68:9 69:8,25 70:13 71:4 74:2,14 75:2 98:8 106:19 107:12 108:9

108:24
**1200** 3:15
**12:32** 85:3,7
**13** 64:6 71:17 75:14 79:7 93:15
**14** 71:25 73:6 74:7,7,12,24 78:20
**17** 87:7
**17,000** 98:4
**19** 16:3 26:25 27:6 46:16 49:20 52:9 54:4,12,25 55:24 67:13 68:19 74:10 76:24 78:13,15 79:5 80:6,17 80:18 82:11,14 83:4 85:22,24 86:11 89:20 90:23 91:8 93:12,20 94:25 101:9 102:19 113:3
**1:01** 104:6,7
**1:04** 104:8,10
**1:10** 110:2
**1:11** 110:13

**2**

**2** 31:3 32:3,6 32:10 36:9,13

36:18 38:19 41:8 48:2 49:6 49:7,8,8,12 57:4 62:12 63:22 105:21 109:19 112:12
**2/6/2025** 113:5
**20** 10:8,14 16:18,19 29:17 115:15
**200** 3:14
**2020** 75:18
**2021** 92:6,18 93:19 98:6
**2022** 15:21 38:23 47:23 50:13,23 51:5 51:10 54:16 59:7,14 60:7 61:22 64:14,15 64:21 65:3,15 65:15 66:8,13 66:24 67:24 68:9 69:8,25 70:13 71:4,6 71:19,20 72:6 72:18 74:2,14 75:2,4,18 77:4 77:10 82:5 83:11 85:16,18 86:8,12,22 87:7 88:8,17 89:19 93:8,19 93:25 95:4,18

98:11 99:20 101:11,19 106:20 107:12 108:9,25
**2023** 91:2 93:15
**2024** 10:8,14 22:7 29:17 32:12,19 33:17 34:11 35:2 38:9 98:6 106:3
**2025** 1:16 2:7 4:4 29:22 110:19 111:23 113:3
**22** 1:7 4:25
**26** 78:18
**27** 10:15,16
**28** 92:18 93:19
**29** 81:5

**3**

**3** 33:19 42:25 43:4 64:3 75:13 89:7 104:21 105:2 108:8 109:20 110:5 112:14
**30** 113:16
**31** 75:18 98:11
**32** 112:12
**36** 85:10

**[37 - alleged]**                                                                    Page 2

| | | | |
|---|---|---|---|
| **37** 86:15 | **7** | **able** 39:7,11 | **added** 52:8 |
| **38** 91:10 97:20 | **7** 31:5 33:15 | 61:4,7 83:20 | **adding** 47:15 |
| **38th** 3:7 | 34:5,23 35:25 | **above** 113:6 | **addition** 60:25 |
| **4** | 35:25,25 36:2 | 115:7 | **additional** |
| **41** 99:11,15 | 36:6,11,16,21 | **academic** 17:4 | 12:14,17 38:10 |
| **42** 100:7,11 | 37:2 39:23 | 25:24 26:5 | 71:13 |
| 112:14 | 40:7,18 41:16 | **access** 98:2,24 | **additionally** |
| **43215** 3:16 | 43:18 44:19 | **accountant** | 12:24 14:4 |
| **44** 41:10 107:2 | 105:3 | 65:19 | 81:21 98:6 |
| **45** 41:10 | **7130193** 113:5 | **accuracy** 70:21 | **additions** 115:6 |
| 107:24 | 114:2 115:2 | 113:9 | **administered** |
| **46** 39:13,25 | **8** | **accurate** 16:10 | 96:3,23 |
| 41:11 42:3,10 | **80** 79:8 80:14 | 32:16 | **administration** |
| 42:14 43:13,20 | **800** 3:6 | **accurately** | 82:7,11,17 |
| 45:24 108:15 | **81** 92:2 | 39:11 49:19 | 95:13 |
| **5** | **9** | 50:6,13 61:4 | **advamed** 78:24 |
| **5** 22:7 32:12 | **9** 16:6,10 | 72:10 | 79:5 80:5 |
| 33:17 34:11,25 | 112:10 | **acknowledge...** | **affiliate** 17:4 |
| 38:9 48:2 | **900** 16:20 | 115:3 | 17:17 |
| 51:21 101:16 | **9:07** 2:8 4:4 | **acknowledg...** | **affiliation** 17:3 |
| 106:3 | **9:24** 15:9 | 113:12 | **affiliations** |
| **50** 77:19,25 | **9:31** 15:12 | **act** 91:18,19 | 5:13 |
| **5027** 111:24 | **9th** 111:22 | 96:10,10,12,15 | **agencies** 86:21 |
| **54** 81:9 | **a** | 96:16 | 94:9,23 |
| **5th** 32:19 38:5 | **a.m.** 2:8 4:4 | **action** 5:7 | **ago** 17:23,25 |
| **6** | 15:9,12 30:21 | 43:11 111:18 | **agree** 4:14 |
| **6** 1:16 2:7 4:4 | 30:23,24 31:2 | **actions** 19:5 | 14:23 |
| 89:19 112:4 | 63:21,23,24 | **active** 53:6 | **agreement** 17:3 |
| **6978** 1:7 4:25 | 64:2 84:5,7 | **acts** 96:2,7,22 | **aid** 91:18 96:11 |
| | **ability** 49:18 | 97:4 | 96:15 |
| | 50:6 59:16 | **actually** 17:20 | **al** 4:22 113:4 |
| | | 78:20 89:5 | 114:1 115:1 |
| | | 92:12 | **alleged** 19:5 |
| | | | 31:10,21 33:11 |

**[alleged - availability]** Page 3

36:19 37:3 39:16,25 40:8 40:21,25 41:12 41:19,25 42:2 42:7,10,21 43:17,20 44:12 44:13,21 45:13 45:21,24 46:3 46:13 47:2,8 48:21 49:4 67:4 105:11,14 107:7 108:3,19 109:15

**alleges** 48:7

**allotted** 113:19

**amended** 41:9 42:4,11,14,25 43:10,21 45:25 112:14

**america** 75:17 75:22 76:8 77:23 78:7,11

**americas** 76:12 76:15

**amount** 17:8 58:17 94:18

**analyses** 19:4 28:5

**analysis** 14:5 16:25 17:4,8 17:14,17 18:4 20:6,11,19 23:8,15 28:20 29:24 103:5

**analyst** 38:24 65:19 108:11 109:5

**analyzed** 52:2

**analyzing** 102:7

**answer** 7:4,13 7:22 20:9 27:16 88:12

**answered** 26:20 27:17 51:7 53:15 56:25 66:22 68:7

**answering** 7:3 7:18 70:8 103:6,6

**answers** 70:10

**anticipated** 86:22

**antigen** 73:12

**antitrust** 18:12

**apparent** 100:24

**appear** 35:11 35:13 36:2

**appearance** 5:11

**appearances** 5:13

**appeared** 93:3 100:14

**appearing** 2:12 5:23

**appears** 33:15 34:8,23 36:6 44:3 46:9 48:20 92:5

**appended** 115:7

**appendix** 10:24 12:12 20:24 21:11 22:5 29:9 37:21

**applicable** 113:8

**appreciate** 27:16

**appropriate** 21:15 58:18

**approval** 50:24

**approve** 60:22

**approximately** 13:16 16:14 77:13,21

**april** 71:19,22 72:6 88:17 89:12 92:6,18 93:19

**areas** 78:10

**arising** 89:22

**article** 87:15 92:6 93:8

**articles** 86:20 92:3

**ascertain** 102:2

**aside** 18:4 60:19

**asked** 26:19 46:12 47:18 53:14 56:24 98:14

**asking** 44:18 45:6,19 59:19 59:20

**assessed** 67:12

**assessing** 15:25

**assessment** 65:13,25

**assist** 20:19

**assistant** 23:25 24:4

**associate** 10:25 11:3 25:5,22 52:14 53:13 54:17 56:10,21 61:23

**associated** 59:9 59:23 81:19

**assume** 7:22

**attached** 113:11

**attending** 5:12

**attorney** 5:15 113:13

**attorneys** 3:5 3:13

**audibly** 7:4

**audio** 4:12

**author's** 90:11

**availability** 55:25 61:3,6

**[availability - c]**                                    Page 4

67:17
**available** 6:11
  11:9 12:21
  42:22 57:10
  61:18,19 65:16
  67:15 74:22
  75:24 76:2
  77:7 80:5,11
  81:4 113:6
**avenue** 3:6
**average** 103:14
**aware** 6:22
  23:17 28:24
  29:11 30:3
  38:8 66:4
  68:15 70:14
  71:5,10 74:15
  75:3 78:12
  79:25
**awareness** 75:9

**b**

**b** 12:12 20:24
  21:11 22:5
  29:10 33:9,15
  34:5,23 37:3
  37:21 40:19
**ba.2** 89:13
**ba.5** 89:14
**back** 15:11
  17:18 30:25
  33:14,23 35:24
  49:6 62:12
  63:25 71:17

85:6 92:23
  97:20 104:9
**background**
  52:10 55:24
  57:6
**baker** 3:12 5:20
  5:23 14:15
**bakerlaw.com**
  113:2
**balance** 49:20
**bariatric** 24:8
  24:11,15,21
  26:24
**based** 16:24
  76:18 83:3
  91:21
**basically** 16:8
  19:7
**basis** 64:11
  103:17
**bear** 9:19 31:25
  34:15
**began** 86:12
**beginning** 5:14
  31:3 64:3 81:8
**begins** 106:23
  108:11
**behalf** 1:5 4:20
  5:17,20,24
  28:18,23 30:6
**behaved**
  103:10
**behavior** 50:18
  61:9 100:13

101:20,21
**behavioral**
  54:22
**believe** 16:8
  17:13 105:6
  106:18
**best** 10:19
**beyond** 74:21
**bigger** 39:9
**billed** 16:19
  17:8 20:11,14
**billion** 82:7
**bills** 93:10,18
**binding** 57:4
**biological** 54:7
**biology** 61:14
**bit** 30:17 76:12
  102:13
**bivalent** 50:24
**black** 89:8
**blood** 111:18
**board** 24:6
**bolstering**
  98:11
**boston** 1:15 8:4
  8:9
**bottom** 105:7
**bowry** 3:21 5:2
**break** 7:15,19
  30:16 63:17
  83:13,19,23
**breakdown**
  77:24 78:4
  100:5

**breaks** 11:24
**brian** 1:10 22:6
**brigham** 8:8
  24:8 26:2
**bring** 11:22
  26:10 72:21
**brings** 28:5
**broad** 65:8
  77:5
**broader** 16:2
  21:5 28:14
  36:8 38:4
  40:10 46:15
  52:18 54:23
  57:13 67:7,12
  67:19 68:21
  70:4 71:23
  74:9 76:22
  80:13,17
**broadly** 67:21
  73:22 90:13
**brown** 1:10
  12:13 13:3
  22:6 38:23
  39:6 63:5
  70:20 107:13
  108:9
**brown's** 22:8
  22:13 109:10
**business** 49:17

**c**

**c** 1:14 2:11 3:2
  4:17 6:4 9:22

**[c - clvs]**                                                                    Page 5

| | | | |
|---|---|---|---|
| 10:7 35:25 36:2,11,16 37:3 40:19 85:4 110:4,16 111:2,2,11 112:11 113:5 114:2,24 115:2 115:4,12 | 96:4,24 | **center** 3:14 | **chen** 6:15 |
| **call** 37:18 38:23 61:20 107:13 108:7 108:10,24 | **case** 1:7 4:24 9:16 11:7,15 15:15 16:12 18:12,14,16,24 19:3 20:4,8 23:6,11,16,18 28:18,23 29:6 29:16,21 30:5 30:9,13 43:12 45:15 46:8,23 69:24 78:9 102:9,23 | **centers** 76:5 95:7 | **chia** 6:15 |
| **called** 6:5 54:24 76:3 101:7 102:17 | | **certain** 45:5 52:19 | **choose** 75:21 76:7 |
| **camera** 4:9 | | **certified** 2:15 24:6 97:9 111:8 | **choppy** 14:19 14:24 |
| **campaign** 50:25 | | **certify** 111:10 111:16 | **chose** 75:23 |
| **campaigns** 52:8 | | **cfc** 98:21 | **circumstances** 51:18 |
| **capital** 1:5 4:19 113:4 114:1 115:1 | **cases** 15:22,24 16:3 46:16,17 47:23 50:15 52:9 53:6,20 55:5 57:8 61:5 61:7 62:4,5,7 65:10 66:20 67:22 73:9 75:17 79:16 80:18 86:23 88:7 89:6,9,13 89:16,22 91:3 91:7 101:13,14 101:18 103:9 | **chain** 94:20 | **cite** 41:9 93:8 101:15 |
| **capitalized** 105:15 | | **challenging** 54:9 102:2 | **cited** 21:17 47:12 |
| **captured** 62:18 | | **chan** 11:4 24:3 25:2,4 | **cites** 92:3 107:2 108:14 |
| **cardiovascular** 24:24 | | **change** 8:14 94:9,17 95:12 95:13 114:4,7 114:10,13,16 114:19 | **civic** 3:14 |
| **care** 19:15 24:16 25:8,13 25:15,17 27:12 52:23 58:2 73:11 82:12,18 82:20,24 83:6 | **cathi** 1:21 2:13 5:5 110:7 111:7,25 | **changed** 11:11 94:13 | **clarification** 68:25 |
| | **cbs** 87:7 | **changes** 10:21 95:8 100:15 113:10 115:6 | **clarify** 7:25 88:3 |
| | **cdc** 97:23,25 98:24 | **changing** 52:4 52:5 55:25 100:14 | **class** 5:18 43:11 81:23 |
| | | **characterize** 52:4 82:15 | **clean** 6:25 12:4 |
| | | **chart** 33:18 34:10,25 35:16 75:16,22 | **cleanly** 62:18 |
| | | | **clear** 48:8 49:13,16 |
| | | | **clia** 97:9 |
| | | | **clinical** 8:6 25:25 26:23 67:14 73:10 99:17 101:21 |
| | | | **clinics** 82:19 |
| | | | **clvs** 1:21 111:25 |

**[cms - contractors]**

**cms** 95:6
**codirect** 25:7
**coffman** 12:24
  29:12
**colleague** 5:22
  17:22
**colleagues** 9:17
**collection**
  45:23
**collectively**
  40:20 41:17
  44:21
**colleges** 98:9
**columbus** 3:16
**column** 62:13
  107:12 108:8
**combination**
  61:14
**come** 17:16
  57:15 61:12
**coming** 39:12
  58:24 89:10
  91:6 101:12
  108:14
**comment** 68:21
**commercializ...**
  65:21
**communicate**
  8:18
**communicated**
  28:16,21
**communities**
  98:10 100:22

**community**
  57:13 97:25
  98:5,24
**companies** 79:8
**company** 47:3
  69:14 76:18
**company's**
  48:15 50:5
  65:13,18,25
  75:3 77:14,22
  78:6
**compare** 35:4
**compared**
  60:11
**compensation**
  16:24
**compiled** 79:7
**complaint**
  31:10 39:14,25
  41:9 42:4,11
  42:15 43:2,11
  43:14,21 44:8
  45:25 47:13
  107:24 108:15
  112:15
**complaints**
  47:14
**complete** 115:8
**completed**
  113:16
**completely**
  90:20
**complex** 54:6

**compounded**
  79:17 80:21
**comprise** 79:8
**concern** 50:16
  52:11 56:17
  57:18
**concludes**
  110:3
**conditions**
  24:19
**conducted** 4:6
**confident** 49:16
  106:24
**confidential**
  17:14
**confirm** 69:22
  103:23
**connecticut**
  52:2 101:17
  103:8,13
**connection** 4:9
  21:2 39:17
**consequence**
  59:4
**consequences**
  19:14
**consider** 26:13
  26:15,18 27:18
  39:16 44:13
  65:22
**considered**
  20:25 21:4
  29:8 33:8
  37:18 39:19

  40:12 42:20
  44:6,17 45:5
  46:18
**consistent** 16:2
  46:14 47:19
  64:16,22 67:6
  70:4 89:15
  93:23
**consistently**
  93:24 95:3,17
**consolidated**
  42:25 43:10
  112:14
**constant** 60:19
**constraints**
  94:7
**consulting** 19:8
**contents** 10:18
**context** 51:19
  52:18 53:8,17
  54:2 55:6 57:5
  58:12 90:13
**continue** 4:13
  62:20
**continued**
  49:23 51:12
  56:8,20 85:8
  89:25 90:17,25
  93:14,18 98:7
  99:21
**continues**
  49:11
**contractors**
  99:9

**[contributed - data]**                                    Page 7

**contributed**
  69:16
**control**  76:5
**coordinator**
  21:7 22:3
  85:21 86:10
**copies**  113:14
**copy**  8:24 9:5
  12:4
**corner**  89:25
  90:7 91:4
**coronavirus**
  91:17,18 96:9
  96:10,11,14,15
**correct**  13:5
  17:10 29:14,18
  29:19,23 31:10
  34:11 35:2,12
  36:4,14 40:2
  48:24 55:14
  65:5 66:10,15
  69:23 70:16
  71:8 73:2,17
  74:4,16,18
  75:6,19,20
  79:22 80:24
  82:14 83:4
  86:13,14 92:7
  92:8,20 101:3
  105:3 109:20
  115:8
**corrections**
  115:6

**correctly**  13:15
  87:2
**cost**  25:12
  82:13 91:22,23
  94:19 98:2,8
**costs**  81:20
  93:24 95:3,17
**counsel**  4:18
  5:11 6:3 7:10
  7:12 8:18
  12:16 13:7,7
  21:22 23:14
  113:14
**countermeas...**
  61:20
**country**  89:22
  103:15
**county**  111:5
**couple**  84:2
**course**  8:15
  55:22 62:2,10
  101:2
**court**  1:2 4:23
  5:4,25 7:4
  31:23 38:6,17
  46:6 48:20
**court's**  32:10
  33:17 38:8
**cov**  57:4
**coverage**  81:23
  82:24 91:20
  93:17 94:15
  95:6,11,23
  97:13

**covered**  91:24
**covering**  93:24
  95:3,17
**covid**  15:21,22
  15:23 16:3
  21:6 22:3
  26:25 27:6
  46:16 47:23
  49:20 50:8,15
  51:3,15,22
  52:9,15,25
  53:5,13,20
  54:4,12,18,25
  55:24 56:4,10
  56:22 57:8,11
  57:14 59:10,24
  60:10 61:7,23
  61:24 62:2,4,5
  62:7 64:17,20
  64:23 65:2,4,5
  65:8,10 66:17
  66:20 67:13,16
  67:18,20,22
  68:16,19 69:13
  70:25 72:5,7
  72:11,19,25,25
  73:9,15,16,20
  73:21 74:10
  75:16 76:21,23
  76:24 78:9,13
  78:15 79:5,12
  80:6,17,18
  81:13 82:11,14
  82:20,25 83:4

  85:22,24 86:11
  86:23 87:11,12
  89:16,20 90:2
  90:17,19,23
  91:3,8,21
  93:12,13,17,20
  94:25 100:15
  100:23,25
  101:9 102:4,5
  102:19 103:9
**crr**  1:21 111:25
**cs**  113:15
**currently**  23:24
  27:8
**customer**  39:2
**customers**
  62:18 63:2,15
  77:3,6,9,14,22
  78:6 81:2
**cut**  98:13
**cv**  1:7 4:25
**cyclical**  79:11

**d**

**d**  112:2
**damages**  47:5
**data**  21:17
  67:15 69:19
  75:11,25 76:3
  76:3,7 78:9
  79:7,10,21
  80:2,9,10,12
  81:3,3 89:4,16

**[dataset - diagnostic]** Page 8

**dataset** 76:2 102:8,22

**date** 14:11 71:6 75:4 87:15 89:18 92:10,14 92:18,19,22 93:4 114:24 115:12

**dated** 10:8 22:6 32:11 87:7 88:16 106:3

**dates** 13:9

**day** 8:15 83:17 83:18 91:2 110:19 111:22 115:15

**days** 113:16

**death** 57:24

**december** 75:18 98:11

**decision** 64:14 94:17

**decisions** 60:21 94:22 95:6,23

**declare** 115:4

**decline** 39:2

**declined** 66:10 66:15 67:2 68:2,11 69:7 70:2,16 74:4 74:16 101:2

**declining** 48:18 48:23

**decrease** 54:18 87:23

**decreased** 49:21 51:10 52:13 53:11 79:16 94:19

**deemed** 115:6

**defendant** 19:6

**defendant's** 47:8

**defendants** 1:10 3:13 5:21 5:24 7:10 8:18 20:3,8 21:22 23:14 28:18,23 29:5 70:14 71:5,11 74:14 74:20 75:2,10

**define** 43:17 108:19

**defined** 41:24 42:7,9 43:16 44:19 105:18 108:3 109:15

**defining** 40:24

**definition** 41:12 43:19 107:7

**degree** 101:23

**delays** 81:20

**delivering** 82:14

**delivery** 25:16 27:12

**delta** 79:15

**demand** 39:10 46:18 48:9,16 48:17,23 49:18 61:24 62:3 64:18,21,24 65:3,4 66:8,13 66:17,24 67:4 67:9 72:8,10 72:19,22,25 79:12,14,17 80:21 81:13 85:18 88:8 98:12 99:21

**demonstrate** 79:11

**department** 24:2

**depend** 52:17 60:24

**depended** 97:6

**depends** 4:8 52:24 53:17,24 55:2,4 56:13 57:2 58:10,13 59:14 60:4,16 73:4 103:4

**deponent** 113:13 115:3

**deposed** 9:11 9:13 19:18

**deposing** 113:13

**deposition** 1:13 2:10 4:5,17 7:10 10:6 11:18,20,24,25 12:8,21 13:8 22:6,9,13,19,24 104:24 105:22 111:12,14

**depositions** 12:13 71:12

**describe** 24:10 24:25 48:14

**description** 16:11 112:9

**details** 16:18 17:21,25 37:13 37:22 69:15 77:11 94:4

**detection** 38:25 108:12

**determine** 29:3 67:9

**development** 85:23

**diabetes** 24:23

**diagnose** 61:4

**diagnosing** 57:8

**diagnosis** 24:17 58:18

**diagnostic** 67:19 79:7,19 80:23 93:17 97:10,12

**[diagnostics - emergency]**                    Page 9

| | | | |
|---|---|---|---|
| **diagnostics** 1:9 4:22 23:5,10 44:21 64:13 66:18 68:5 69:14 70:7 71:5 73:21 76:25 77:3,9 78:15 79:5,21 80:2,6,10 81:2 82:21 87:16,22 88:5,25 89:5 105:11 106:20 113:4 114:1 115:1 | **direction** 21:13 **directly** 82:13 **disappeared** 57:22 **disciplines** 26:11 27:13 **disclose** 48:15 48:23 **disclosing** 48:17 **discuss** 73:7 **discussed** 72:9 72:13 **discussion** 15:10 69:2 | 46:10 74:22 77:6,18,20 88:12 **doing** 109:3 **dr** 6:10 29:15 29:21 64:5 104:20 106:5 107:4 108:16 **draft** 12:20 20:15,18 **drafting** 20:20 **drafts** 30:2 | **earnings** 38:23 107:13 108:9 108:24 **econometric** 28:11 **econometrics** 28:10 **economic** 47:5 91:19 96:11,16 **economics** 25:12 26:7,12 26:14,18 27:19 27:24 |
| **difference** 53:5 **different** 45:4 51:9,24,25 52:23 81:16 95:21,23 101:22 | 110:9 **disease** 24:24 53:4 76:5 **disorders** 24:23 **distributors** | **draws** 27:23 **drive** 3:14 **due** 37:12 49:21 50:15 66:19 | **effect** 27:6,11 53:22 55:3 93:15,16 **effective** 56:2 **egan** 1:9 12:13 |
| **differently** 103:11 **difficult** 50:13 51:4 54:12 57:25 72:10 85:17 | 79:19 80:22 **district** 1:2,3 4:23,24 **document** 10:6 10:9 32:13,17 32:21 33:7 | **duly** 6:5 111:13 **duration** 61:8 **dwight** 1:9 13:4 22:19,23 **dx's** 40:21 | 70:20 **egan's** 13:3,4 22:19,23 **either** 17:21 78:9 109:24 |
| **difficulty** 46:17 47:22 48:15 73:7 | 34:15 35:7 40:5,10 43:7,9 44:2 46:20 | **e** | **emerge** 52:12 72:21 **emerged** 56:4 **emergence** |
| **diminished** 49:21 **direct** 76:20 **directed** 20:23 | 104:22 106:4,7 106:10 **documents** 9:2 12:14,17 37:19 40:14 44:10 | **e** 3:2,2 85:2,2 111:2,2 112:2 114:3,3,3 **earlier** 25:6 37:2 40:7 41:16 102:15 104:23 105:21 106:8 **early** 14:12 98:5 | 49:23 51:12 52:5 56:8,20 58:24 60:23 **emergency** 90:25 93:13,14 93:21 94:25 |

emerging 50:15 57:6 58:13
employed 23:25
employee 23:5 23:5,10,10
enacted 93:10
encounter 97:18
endemic 90:20 100:16
ends 106:24 108:13
ensured 81:23
entire 76:9 109:6,10
entirety 22:11 22:20 37:9 109:6
environment 39:5
epidemiologi... 54:7
epidemiology 25:11 61:15
equal 59:21 60:4
equity 25:18
eradicated 90:19
errata 113:11 113:13,16
erwin 3:18 5:22 14:2 110:10

especially 85:17 90:21
esq 3:9,17,18 113:1
established 82:12
et 4:22 113:4 114:1 115:1
evaluation 24:17 25:18
evidence 36:23 38:13 40:4 60:18 79:24
evident 102:25
evolution 55:24
evolve 94:10
exacerbated 72:8
exact 13:9 14:11 16:17 17:21,25 18:15 20:13 46:9 77:24 103:7
exactly 44:23
examination 6:8 85:8 104:18 112:3
examined 6:6
example 51:20 73:14 76:9 82:5 97:10 101:15 103:8
examples 41:22 86:23

excerpted 37:23 40:15 42:23 44:10
exclude 41:11
exclusive 38:2 41:22 45:12
exhibit 9:19,21 9:25 10:2,5 12:6 13:2 22:12,15,22 31:25 32:3,6,8 32:10 33:9 34:17 36:9,13 36:18 38:19 42:25 43:4,5 48:2 49:7,8 62:12 104:23 105:20,21 112:9,10,12,14
exhibits 12:23 22:7,17 23:2 34:15 35:9 65:17 112:8
existing 58:8
expanded 98:7 99:6
expansion 95:10
expect 8:14 60:10
expected 72:19
experience 21:6 21:25 22:2 28:13 76:20

experiencing 62:16
expert 8:25 9:5 9:21 10:7,13 12:9 15:16 18:23 19:12 20:15 26:7,8 26:14,15,18,21 27:18,21 28:3 28:4,9,17,22 29:5,15,20 30:6 33:5 37:24 38:15,16 44:11 46:11 47:16,17 65:23 68:14,16 70:5 76:13,15 112:10
expertise 33:6 70:3 76:19,20 76:22,24 78:14
experts 54:17 72:14 86:21 87:9
expired 83:8
explain 17:2
exposed 54:4
express 11:6
expressed 21:24
expresses 11:8 20:17
extent 23:18 98:19,22 99:4

**[f - forth]**                                                                    Page 11

| f | | | |
|---|---|---|---|
| **f** 85:2 111:2 | 46:6 106:3 | 99:14 100:10 | 50:6,14 54:12 |
| **facilities** 52:24 | 111:22 113:3 | 106:17 | 59:17 108:14 |
| **fact** 9:15 30:12 | **federal** 81:15 | **fiscal** 28:5 | **forecaster** |
| 92:12 | 81:22 94:9,23 | **fit** 83:20 | 87:12 |
| **factor** 54:10 | 95:13,20 | **five** 30:16 | **forecasting** |
| **factors** 50:4,5,7 | **feel** 76:14 | 63:17 83:19 | 48:16 51:3 |
| 50:17 51:2,3 | **fees** 16:25 | 103:21 | 59:19 |
| 51:14,19 53:8 | **felt** 76:11 | **fix** 15:6 | **foregoing** |
| 53:21 54:6 | **field** 28:6 | **fixed** 56:5 | 115:5 |
| 55:10 57:14 | **figure** 51:21 | **fizzle** 56:15 | **foreseeable** |
| 58:11 61:11 | 75:13 89:7 | **flipping** 33:23 | 90:23 |
| 72:8 85:16 | 101:16 | **floor** 3:7 | **form** 7:11 19:9 |
| 103:18 107:19 | **figures** 21:18 | **fluctuations** | 27:20 32:24 |
| **failed** 48:22 | 87:20 | 48:14 62:17,25 | 35:3 36:5,22 |
| **fails** 113:18 | **filed** 4:22 30:6 | 63:14 | 37:10 38:12 |
| **fair** 26:17 | 43:11 | **focus** 25:14,17 | 41:14 42:12 |
| **fall** 50:24 95:25 | **filings** 47:15 | **focused** 78:16 | 43:22 45:9,17 |
| 96:21 97:13 | **final** 12:25 | **folder** 10:2,3 | 46:2 47:10 |
| **falling** 79:16 | **finalized** 12:22 | **follow** 105:5 | 48:25 50:10 |
| **false** 31:9,12 | **finally** 99:17 | **followed** 62:4 | 52:16 54:20 |
| 41:17 | **financial** 35:19 | 67:22 80:18 | 56:12 59:12 |
| **families** 91:17 | 47:17 65:18 | **following** 40:18 | 60:2 63:3,11 |
| 96:9,14 | 107:20 | 53:25 71:24 | 65:6 66:3 68:3 |
| **far** 71:6 75:5 | **financially** 5:7 | 82:3 87:4 | 69:9 70:17 |
| **fatigue** 101:8 | **finding** 21:15 | 97:22 108:7 | 71:9 73:18 |
| 102:18 | **fine** 14:22 | **follows** 6:7 | 74:5,17 75:7 |
| **faulkner** 8:9 | 98:15 | 85:5 | 87:25 94:2 |
| **february** 1:16 | **finish** 7:2,18 | **footnote** 41:6 | 96:5,17,25 |
| 2:7 4:4 31:22 | **first** 23:20,23 | 81:9 92:2,4,9 | 101:4 102:11 |
| 32:12,19 33:17 | 23:23 33:16 | 92:15,20 93:5 | 103:2 |
| 34:11,25 38:5 | 34:4,9,24 73:5 | 93:7 | **former** 23:5,10 |
| 38:9 44:2,5,8 | 78:22 85:13 | **footnotes** 31:21 | **forming** 21:20 |
| | 87:6 91:17 | **forecast** 39:8 | **forth** 21:21 |
| | 92:5 96:9,14 | 39:12 49:19 | 106:11 111:13 |

| | | | |
|---|---|---|---|
| **forward** 39:5 50:9 51:16 54:19 56:11,23 59:11,25 60:11 67:11 90:17 102:5 | **gastrointestinal** 24:7,11,15,20 | 115:9 | **ground** 6:17 |
| **four** 25:20 | **gather** 20:22 84:3 | **giving** 52:20 | **group** 14:5 16:25 17:5,8 17:14,17 18:5 20:7,11,19 23:9,15 28:21 29:25 |
| **fox** 3:4 5:17 | **gears** 30:17 | **global** 27:3 78:12 85:25 88:20 | |
| **francis** 18:21 | **gen** 14:2 | **globally** 76:23 | |
| **front** 12:3 | **general** 24:6 33:3 47:19 | **go** 4:14 6:16 15:3,5 35:24 41:8 48:11 49:6 92:23 103:20 105:20 108:6 | **growth** 87:10 |
| **frozen** 14:17 | **generally** 24:10 24:19,25 32:22 35:14 46:24 53:11 54:17 55:12 56:19 58:6 59:20 61:22 62:3 65:5 73:2,17 77:12 101:2 102:9,23 | | **guess** 34:7 92:10 |
| **full** 6:12,14 78:22 109:4 | | | **guidance** 20:21 27:6 39:4 50:20 52:19 53:23 54:2,22 55:18 57:16 58:20 61:17 64:15 85:24 95:14 97:14 |
| **fully** 69:21 | | | |
| **fund** 98:8 | | **goes** 33:19 35:18 90:16 | |
| **funding** 81:14 83:7 93:10 | | **going** 4:3 9:18 15:8 30:20 31:24 32:2 33:13 50:8,23 51:16 54:19 56:11,22 58:24 59:10,24 60:11 61:10 62:12 63:20 67:11 83:24 84:4 90:17,19 91:8 97:20 98:16 102:5 104:5 | |
| **further** 32:20 79:17 80:21 104:11 111:16 | **genevieve** 3:18 5:22 | | |
| | **geographic** 62:21 76:11 | | **guidelines** 99:17,23 |
| **furthermore** 62:16 | **georgia** 52:3 101:17 103:9 103:13 | | **guys** 14:17 |
| **future** 35:19 52:7 57:17 59:15,15 60:5 60:17,24 66:19 66:20 67:6 72:20 86:23 90:24 106:25 107:19 | | | **h** |
| | **getting** 14:24 | | **h** 1:9 6:4 85:4 114:3 |
| | **gi** 24:15 26:24 | **good** 4:2 63:16 83:12 | **hand** 111:22 |
| | **give** 33:22 105:23 | | **happen** 72:23 103:17 |
| | | **government** 72:17 81:15 | **happened** 62:9 |
| **g** | **given** 53:19,20 53:24 55:3 58:3 68:18 70:23 78:14 110:3 111:15 | | **happening** 55:7 58:18 |
| **g** 3:18 | | **great** 14:25 | |
| | | **greater** 58:7 | **happy** 69:10 70:9 |

hard 67:4,10
hartford 18:21
harvard 11:2,4
  24:3,5 25:2,3,4
  25:23 26:3
  27:3 85:25
head 7:6
headings
  106:19
health 11:3,5
  16:3 19:15
  21:8,9,25 24:2
  24:4 25:3,5,7,9
  25:11,12,15,15
  25:17,18,19,20
  26:8,16,22,25
  27:3,5,9,11,13
  27:22,22 28:4
  28:14,15 38:14
  38:15 46:15
  47:20,21 50:20
  52:19,23 54:8
  54:16,24 55:18
  57:15 58:2,2
  58:20 60:21
  64:19,25 68:14
  68:15 72:14,17
  76:19,19,23
  82:6,10,12,16
  82:18,24 83:6
  85:23,25 86:21
  89:23 90:13,25
  91:25 93:12,14
  93:21,23 94:4

94:25 96:3,23
  101:20
hear 7:5 14:18
  14:20
heard 4:11
hearing 14:25
held 60:4 79:18
  80:22
helped 20:22
helpful 78:8
  92:11
hereinafter
  40:19 105:8
hereinbefore
  111:12
hereto 115:7
hereunto
  111:21
high 60:8 88:10
  89:11 101:13
higher 62:5
  103:11,12
historical 66:2
  72:7
history 67:8
home 61:10
  73:11
hopefully 83:20
hospital 8:9
  18:12,21,22
  19:4,6,14,16
  24:9 26:2
hospitalizatio...
  27:7 57:24

hospitals 82:19
  99:18 100:3
hostetler 3:12
  5:20,23 14:15
hour 16:20
hours 13:18
  16:15,18,19
  20:10,13
house 21:7 22:3
  85:21 86:11
hrsa 82:7,16
  91:16
hubs 98:8
hypothetical
  60:15
hypothetically
  53:3

**i**

identification
  9:23 32:4 43:2
identified
  64:12
illness 57:11
imagen 95:11
immunity 54:5
  57:13
impact 53:7
  57:23 58:2,3
impacting 50:5
  81:12
impacts 25:15
implementati...
  95:14 97:5

implementing
  94:23
import 81:19
important 7:2
importantly
  55:22
imprecise
  59:16
improvement
  94:20
inasmuch
  68:19
include 31:17
  42:2,9 43:19
  45:23
included 37:25
  83:2 107:7
  108:3,18
  109:14
includes 24:22
  33:11 46:8
including 12:11
  12:12 41:10,19
  42:23 50:17
  61:3 66:18
  72:15 91:21
  95:10 98:3
incomplete
  60:15
inconsistent
  29:4
increase 86:22
  87:17,22 89:9

**increased** 50:8 51:15 52:15 53:13 56:10,22 59:10,24 61:23 61:24 72:22 81:20

**increasing** 79:14 89:13,16 97:25 98:24

**increasingly** 50:12 72:9

**individual** 54:10 55:8 57:18 99:3 100:13 101:9 101:21 102:10 102:24

**individuals** 47:21 50:18 53:25 57:12 58:16 91:24 98:4 100:21 102:3,19

**industry** 64:19 64:25 65:9 67:12,21 68:16 68:21 70:5 72:6,16 73:16 73:20,22 74:9 76:20,21,25 78:15 80:13,17 88:6 99:22

**inevitably** 72:21

**infected** 102:4

**infection** 50:8 51:16 52:15 53:13 54:19 56:10,22 57:12 59:10,24 60:10 61:23

**influence** 54:10

**information** 11:9 17:13 20:22 21:22 28:25 64:12 65:17,22 66:5 69:12 99:7

**initial** 85:19

**initiatives** 88:20

**inside** 65:20

**insight** 71:13

**institute** 27:4 86:2

**institutions** 99:19 100:4

**insured** 81:25

**intended** 42:2,9 43:19 105:17

**intending** 41:11

**interested** 5:8 111:19

**internal** 69:15

**internet** 4:9

**interpret** 90:12

**interpretation** 90:15 91:5 94:8

**interpretations** 94:13 95:10

**interrogatories** 78:3

**introduce** 9:18 31:24

**introduced** 9:25 32:6 43:4

**introduction** 18:2

**inventories** 80:25

**inventory** 79:18 80:22

**investments** 81:16

**investors** 47:4

**involve** 24:19

**involving** 9:16 25:10

**irish** 1:21 2:13 5:5 111:7,25

**issue** 39:9,10

**j**

**january** 29:13 29:22 88:8 89:11

**jason** 3:9 5:16 83:17 104:3,16

**joined** 5:21

**judge's** 49:3

**july** 89:12

**june** 86:12 89:12

**juneja** 29:16,21

**jurisdiction** 52:20 58:22

**jurisdictions** 50:19

**k**

**k** 98:8

**kaplan** 3:4 5:16

**kilsheimer** 3:4 5:17

**kind** 71:23 92:11

**knew** 70:20 71:14 74:20

**know** 7:16,25 18:19 20:6,9 20:10,13 23:8 23:12 28:20 29:24 30:14 53:2 58:11,14 62:24 63:12 69:14 71:11 74:21 77:13,21 77:24 83:7 87:16 88:24 92:12,15 93:22 94:3 95:2,16 95:19 98:19,22

**[know - main]**                                                    Page 15

99:4,25 100:5
**knowledge**
10:19 23:13
65:20 74:20

**l**

**l** 1:10
**lab** 25:8 83:3
91:21 97:10
**laboratories**
73:10
**laboratory**
67:14
**labs** 79:19
80:23
**language** 90:15
**large** 102:8,22
**largely** 31:19
37:12
**lastly** 100:13
**law** 94:6,7,8,24
**laws** 95:15
**lawsuit** 9:9
**lay** 9:15
**leaders** 89:23
**leading** 13:10
79:7
**learning**
101:10 102:20
**led** 27:4 85:22
**lee** 3:21 5:2
14:21
**legal** 9:16
30:13 33:5,6

38:16 46:11
47:16 113:23
**level** 102:10,24
103:4
**levels** 58:22
**likely** 67:17
90:22 91:8
**line** 34:9,24
89:9 114:4,7
114:10,13,16
114:19
**lineage** 85:19
86:7
**lines** 37:22
**list** 22:5 31:8
33:15 38:4
41:6
**listed** 12:12
16:9 29:9 33:8
33:16 34:6,10
34:23,24 36:8
36:12 37:20
39:21 41:4
44:4 46:5 50:4
92:19
**listing** 37:8
**lists** 21:3 38:22
**literature**
101:6 102:16
**litigation** 30:7
30:10
**little** 14:19
102:13

**llc** 1:5 4:19
113:4 114:1
115:1
**llp** 3:4,12
**local** 50:19
52:20 58:22
**located** 8:7
77:10,15,23
78:6
**logix** 38:24
49:19 50:6
65:14 66:2,9
66:14,18,25
67:5,10,25
68:10 69:5,25
70:15 74:3,15
83:3 87:17,23
89:2 98:20,23
99:5 100:2
108:12
**long** 13:17
30:15 37:15
49:17 72:19
93:13 99:23
**look** 14:22
16:22 33:13
34:16 35:13,15
40:17 49:9
78:8,17 79:20
80:25 92:2
93:2 107:10
**looked** 89:20
93:6 101:16
106:7

**looking** 8:23
43:25 62:14
71:17 102:21
106:4
**looks** 107:23
**lot** 50:22 54:6
57:14 97:11
**loud** 64:9 72:2
79:3 81:10
85:13 91:14
97:21 99:14
100:10
**low** 49:24
51:13 59:8,21
60:12 62:8
**lower** 62:7 88:9
103:13
**lunch** 83:23,25
84:6

**m**

**m** 6:4 85:4
**m.d.** 113:5
114:2,24 115:2
115:4,12
**made** 18:2 47:3
51:3 54:8 72:9
77:7 81:16
85:16 94:23
115:5
**magnitude**
88:19
**main** 25:20

make 14:17 32:15 53:4 70:8
making 6:10
management 11:4 24:2,18 24:22
mandates 49:22 51:11 52:5,13 53:12
manufacturers 94:21
manufacturing 81:14
manuscripts 28:8
march 71:19,22 75:18 82:5 83:11 87:7 89:11
marissa 3:17 5:19 13:25 113:1
marked 9:22 10:2,5 22:13 22:23 32:4 43:2 104:22 105:21
markedly 51:23,24
market 64:17 64:24
markings 9:4

marriage 111:18
mask 49:22 51:11 52:4,13 53:12 54:21 55:7,12
masking 52:22 52:23 53:4,23 54:2
masks 54:17
massachusetts 1:15 8:4,10
materials 8:22 11:22 12:2,10 20:25 21:3,10 29:8,10 42:22 108:22
matter 4:19 9:13 14:10 16:16 17:9 18:10,11 19:12 19:18,21,23,24 20:12 31:19 111:20
matters 18:4,7
md 1:14 2:11 4:18 6:4 9:22 10:7 85:4 110:4,16 111:11 112:11
mean 31:14 98:13 100:19
meaning 41:20

means 7:5 17:2 90:8
meant 82:18 100:20
measure 54:18
media 4:16 30:22 31:3 63:22 64:3 110:5
medicaid 81:24 91:25 95:7,16 95:20,24
medical 9:16 11:2 24:5 25:3 25:23 26:4 30:13 61:20 97:15,16,18 99:19 100:4
medically 61:19
medicare 81:24 91:25 95:2,7 95:22
meet 13:7,19
meeting 17:23
meetings 13:17 13:22 14:2
memorandum 31:22 32:3,11 32:18 38:5 39:21 40:13 41:5,7 44:5,9 46:6 48:3 106:2 112:12

memory 35:6 42:17
mentioned 12:3 13:6 19:13 25:6 26:9,23 29:7,12 30:11 37:18,23 40:6 41:15 45:11 51:20 53:9 54:14 57:20 61:2 80:14 103:18
met 12:16 13:6 13:10,13 28:16 28:21
methodologies 26:10 27:23
methodology 28:12
methods 25:10 28:14
middle 48:6 88:18
mind 42:5,15 45:18
minimize 57:10
minute 30:16 63:17 83:19 104:17
minutes 84:2 103:21
mischaracteri... 36:23

**[misleading - objection]**

**misleading** 31:9,12 41:18 47:9 48:13,22

**misstatement** 33:14 39:17,24 42:3,10

**misstatements** 15:25 31:22 33:12 40:9,11 40:21,25 41:13 41:25 42:8,21 43:17 44:7,12 44:14,22,24 45:14,22 46:4 46:14 47:2 48:21 49:4 67:4 105:11,14 107:8 108:4,19 109:15

**misstates** 19:10 38:13 40:4 55:16 79:24

**mitigation** 54:24 55:13,20 55:21 56:6

**models** 87:8

**molecular** 73:11 79:9 80:15 98:12 99:18,21

**moment** 9:20 58:4 105:23

**monitoring** 60:20

**months** 87:11 87:18,24 88:4 88:14 89:20

**morning** 4:2

**mortality** 27:7

**movement** 14:25

**moving** 39:5

**mpeirsol** 113:2

**mph** 1:14 2:11 4:18 6:4 9:22 10:8 85:4 110:4,16 111:11 112:11

**multidiscipli...** 25:10

**multiple** 50:17 86:20 94:22 100:15

**mutations** 59:3

**n**

**n** 3:2 85:2,2,2 112:2

**name** 5:2 6:13 6:14

**nassau** 111:5

**nation** 103:15

**nature** 15:23 19:2 27:10 57:3 79:12

**nbc** 88:16

**near** 48:16 86:23

**necessarily** 38:2 39:9 56:5

**necessary** 115:6

**need** 7:3,15 34:13 67:17 77:19 78:3 84:2 88:11 89:3 96:2,22

**new** 1:3 2:17 3:8,8 4:24 5:3 49:23 51:12 52:6,11 56:9 56:20 58:6 60:20,22,23 90:2 100:16 102:4 111:3,10

**news** 86:20 87:7 88:16

**nodding** 7:5

**normal** 90:3

**north** 75:17,21 76:8 77:23 78:7,10

**notary** 2:16 6:6 111:9 115:13 115:19

**note** 4:5 113:10

**noted** 85:3 110:13 115:7

**notes** 9:4 84:3

**notice** 14:16

**noticing** 5:15

**november** 10:8 10:14 14:13 22:6 29:17

**npr** 89:18 90:9

**number** 4:25 104:23 110:5 112:9

**numbers** 68:5 68:19,20 70:22

**numerous** 86:19

**ny** 113:15

**o**

**o** 6:4 85:2,2,2,4

**oath** 6:18

**obesity** 24:22

**object** 7:10

**objection** 19:9 26:19 27:20 32:23,24 33:20 33:21 34:12 35:3 36:5,22 37:10 38:12 40:3 41:14 42:12 43:22 45:2,9,17 46:2 47:10 48:25 50:10 52:16 53:14 54:20 55:15 56:12,24 58:9 59:12 60:2,14 63:3 63:11 65:6

**[objection - paragraph]**

66:3 68:3,12 69:9 70:17 71:9 73:3,18 74:5,17 75:7 79:23 87:25 94:2 96:5,17 96:25 101:4 102:11 103:2
**objections** 5:9
**offer** 69:18
**offering** 69:23
**office** 8:5,6,7
**officials** 64:19 64:25 72:17
**offshore** 81:20
**ohio** 3:16
**okay** 7:15,25 12:25 16:5 40:17 41:24 70:11 78:17 92:18 104:4 105:2 106:10 107:6 108:2,6 109:3,9
**omicron** 71:24 79:15 85:19 86:7 90:21
**once** 9:12 15:7 30:11
**ones** 41:3,4,20 42:23 46:5,19 83:5
**ongoing** 67:17 90:22

**onset** 79:14
**operation** 98:7 99:6
**operative** 24:18
**opine** 19:13 46:13 47:18
**opining** 70:19 70:22 75:9
**opinion** 15:20 31:23 32:3,11 32:18 38:6 41:7 44:11 46:7 48:3 49:3 64:12 65:12,23 65:24 66:7,12 66:16,23 67:3 67:23 68:8,14 68:18 69:6,11 69:18,24 70:12 71:3 74:2,13 74:25 80:16 106:3 108:23 109:17 112:12
**opinions** 11:7,8 11:11 20:17 21:16,20,23 29:3,4,11 38:17
**opposed** 76:8 77:15 80:10
**order** 32:4,11 32:19 33:17,18 34:11 35:2,16 36:4 38:9 41:7

44:2,5,9 48:3 62:17,25 63:14 95:25 96:21 97:12,17 106:3 112:13
**ordered** 83:6 96:3,23 97:15
**orders** 39:2,8 65:13,18
**original** 92:23
**outcome** 5:8 111:19
**outcomes** 25:8
**outdoors** 52:22
**outside** 77:15 78:7
**overall** 16:2 42:20
**own** 64:16,23 75:10 90:11

**p**

**p** 3:2,2
**p.m.** 85:3,7 104:6,7,8,10 110:2,13
**page** 10:15,16 22:8,18 23:21 33:18,19 34:10 34:25 35:18 38:20 43:14 48:2,6 49:6,8 49:11,12 75:14 78:20,23

104:21 105:2,7 112:3,9 114:4 114:7,10,13,16 114:19
**pages** 41:7
**pandemic** 55:19,23 57:19 58:23 62:2 78:14 85:25 89:25 90:8 101:3,8 102:17
**pandemics** 62:11
**paragraph** 16:6,10,22 23:23 31:5 33:15 35:19,25 36:12,17,21 39:13,23,25 40:7,18 41:10 41:16 42:3,10 42:14 43:13,18 43:20 44:19 45:24 48:5,12 49:10,12,15 62:15 64:6,9 71:17,25 73:5 73:6,23 74:7,7 74:12,24 78:18 79:3 80:3,20 81:5,9 85:10 85:14 86:15,19 91:10,14 97:20 99:11,15 100:7

**[paragraph - play]**

100:11 105:3
107:2,24
108:15
**paragraphs**
41:9
**paraphrased**
16:9
**parsed** 36:20
37:6
**part** 21:4,12
22:17 23:2
25:24 26:9
27:3 28:6,14
30:12 33:9
34:4,8 36:7,16
38:5 39:21
41:20 43:12
44:7,8,11
45:14 47:3,6
54:22,23 55:17
55:20 65:17,23
73:5,6 76:4,18
80:16 88:12
90:2 97:4
**participants**
2:12 4:10
64:20 65:2
**particular**
26:24 62:19
**particulars**
30:3 56:14
**parties** 4:14
18:14,17,18
111:17

**partnership**
95:21
**parts** 37:13
49:25 59:8,22
60:9,13
**party** 5:6 9:8
30:7
**patients** 81:24
82:23
**pattern** 100:17
**patterns** 62:4
62:17,25 63:14
68:16 69:17
70:4 78:13
102:7
**pcr** 72:11 73:8
73:15,16,20
83:3 93:24
95:3,17 98:3,8
**peak** 85:19
86:7 91:6
**peaks** 62:9
**peirsol** 3:17
5:19,19 13:25
19:9 26:19
27:20 30:19
32:23 33:20
34:12 35:3
36:5,22 37:10
38:12 40:3
41:14 42:12
43:22 45:2,9
45:17 46:2
47:10 48:25

50:10 52:16
53:14 54:20
55:15 56:12,24
58:9 59:12
60:2,14 63:3
63:11,19 65:6
66:3 68:3,12
69:9 70:17
71:9 73:3,18
74:5,17 75:7
79:23 83:16,22
87:25 94:2
96:5,17,25
101:4 102:11
103:2,25
104:15,16,19
109:22 110:7
110:12 112:5
113:1
**penalty** 6:19
**pending** 7:17
**pennsylvania**
88:21
**people** 57:7
61:10
**percent** 77:19
78:2 79:9
80:14
**percentage**
17:7,12 77:14
77:22 78:5
99:25
**perceptions**
100:25

**performed**
11:14 97:8
**period** 15:24
16:4 51:23
54:13 68:17
70:25 81:23
89:17 90:18
93:11 94:16,24
95:9,12 101:19
**periods** 62:5,7
**perjury** 6:19
**persistently**
49:24 51:13
59:7,21
**personally**
16:15
**perusing** 35:7
**pharmacies**
98:4
**phrasing** 90:9
**physicians**
82:19
**pipeline** 65:21
**place** 4:13
99:20,24
**plaintiff** 1:7 3:5
4:18 5:18
**plaintiffs** 47:5
**plan** 94:4
**plans** 65:21
91:25 93:23
**plausibly** 48:7
**play** 57:15
61:12

**[please - public]** Page 20

please 4:5 5:10
6:2,12 7:16,24
24:13 34:21
36:16 42:6
64:8 66:11
96:19 104:21
point 53:24
55:3 73:11
pointed 67:15
89:7
pointing 41:4
policies 61:16
81:12,22 93:15
policy 11:3
21:9 22:2 24:2
25:9,18 26:8
26:16,22 27:5
27:9,13,22
28:4,15 38:15
47:21 54:8
68:14 76:19
85:23
populations
101:24
portfolios
25:21
portions 36:2
37:3
pose 58:7
position 106:25
postoperative
24:18
potential 49:17
53:17,23

practice 24:7
practices 19:16
practicing
25:25
preceding
13:10
predict 39:5
57:25 67:5,10
72:10 85:17
predicting
46:17 47:23
73:7
prefer 15:4
preparation
12:11 33:10
37:19 39:22
42:24
prepare 12:7
13:8
prepared 11:17
12:22 57:17
69:18 87:10
preparing
11:19
present 3:20
13:21,24,25
14:3,6
presented 76:4
86:24
press 37:17
72:13 86:20
106:20
pretty 103:10

prevailing
70:24
prevalence
52:25 53:20
prevention
76:6
previously 9:12
9:14 12:4 20:2
20:7 44:6
45:11 54:4
printed 12:4
prior 19:24
27:2 30:5,9
57:12 71:7
75:5 81:22
private 81:14
91:24 93:22
privately 81:25
problem 104:2
proceed 6:3
proceeding
5:10
process 101:11
102:20
produced
12:15,18
producing 28:7
94:19
product 94:5
production
81:17
products 49:18
66:17 67:13,18
97:7 99:8

professional
2:14 16:25
96:4,24 111:8
professor 10:25
11:3 23:25
24:4 25:6,22
program 82:11
82:18 83:2
98:2,25
programs 99:9
projects 21:15
promoted
10:25
provide 6:11
15:20 19:20
24:16 58:12
64:14 69:11
provided 29:9
69:12 80:2
98:2
provider 97:16
providers
82:13,19 83:6
providing 8:19
39:3 66:7,12
66:16,23 67:3
67:23 68:8,13
69:6 70:12
71:3 73:25
74:13,25 82:20
99:20
provost 88:20
public 2:16 6:6
11:5 16:2 21:8

**[public - recall]** Page 21

21:16,25 24:3 25:3,5,15,19 26:25 27:4,22 28:15 38:14 46:15 47:20 50:19 52:19 54:7,16,23 55:18 57:15 58:2,20 60:20 64:19,25 68:15 72:14,17 76:18 76:22 81:13,22 85:23 86:21 89:23 90:13,24 93:12,13,20 94:25 100:24 101:20 111:9 115:19

**publicly** 64:20 65:2 75:24,25 80:4,11

**pull** 34:14

**pulled** 32:8 105:25

**pulling** 42:16

**pulls** 27:12

**purchased** 98:20,23 99:5

**purchasing** 81:15

**purport** 31:8

**purpose** 15:14 15:19 16:11

**purview** 96:2 96:22

**put** 92:9

**q**

**q2** 64:15 71:6

**qualified** 98:10

**qualify** 97:17

**quality** 4:7,8 19:5,15 25:8 25:13,17

**quarter** 62:19 65:15 75:4

**quarterly** 47:4

**quarters** 71:7 75:6

**question** 7:17 7:18,21,23,24 27:17 34:5,8 34:21 42:6 43:16,24 44:18 45:4,19 51:8 66:23 68:8 70:8 88:13 93:7 96:19 102:21 103:6,7 108:11 109:4,5 109:7,11

**questions** 7:3 7:11 103:24 104:3,12,13,14

**quick** 35:13 104:3

**quite** 27:17 51:7 66:22 101:22

**quote** 87:8 88:17 89:5,19

**quoted** 36:17 37:14 108:13

**r**

**r** 3:2 85:2 111:2 114:3,3

**ramifications** 33:7

**rapidly** 48:18 48:24

**rate** 16:20 52:7

**rates** 49:25 51:14,22 57:7 59:8,22 60:8 60:12 81:17 103:12

**rather** 37:8 48:9

**reaching** 65:12 65:24

**react** 102:3

**reacted** 100:22

**read** 22:20 29:15,20 47:13 64:8 71:25 79:2 81:8 82:3 85:13 86:19 87:2 91:13 97:21 98:15

99:14 100:10 110:8 113:9 115:5

**reading** 22:15

**reads** 38:24 48:13 49:15 62:15 107:12 108:9

**realization** 91:7

**realtime** 2:15 111:8

**reason** 6:22 18:20 90:24 93:9 113:11 114:6,9,12,15 114:18,21

**reasonably** 72:18

**reasons** 37:5,6 47:12 54:13 64:16 76:17

**rebuttal** 12:24 29:12

**recall** 13:9,12 13:16,21 15:18 16:14 17:11,20 18:7,13,15,16 22:14,15 37:11 37:12,21 77:18 77:25 87:21 88:4 92:16,21 94:12,17 97:4 97:13

receipt 113:17

receive 16:24 17:7

recently 10:25 93:6

receptors 57:5

recess 30:23 63:23 84:6 104:7

recognize 10:9 32:12 43:7

record 4:3,15 5:14 6:13,25 8:20 15:3,6,9 15:10,12 30:15 30:21 31:2 63:21 64:2 69:2 84:5 85:7 93:2 103:21 104:6,10 110:2 110:9 111:14

recorded 4:12 4:17

recording 4:8 4:13

redirect 104:13

reduce 81:18

refer 40:20 42:14 44:20 71:18 77:17,20 78:4 80:9 87:19 89:3 95:5 97:3 105:10 106:16

reference 17:5 31:11,21 38:3 39:24 41:3 46:7 75:24 88:11 92:14

referenced 38:11 40:9 45:12 46:19 76:2 80:16 113:6

references 20:23 21:16,17 33:9 39:13

referencing 74:7,8 80:4 89:6

referred 17:22

referring 12:19 13:3 41:2 44:24 45:8 63:10 65:4,7 71:19,21,23 72:24 73:16,19 86:5,6 91:6

refers 46:4 63:2 107:23

reflect 21:24

reflected 86:19 93:4

reflects 26:3 70:24

refraining 39:3

refresh 10:3 35:5 42:17

regions 62:21

registered 2:14 111:7

registry 79:6 80:7

regulations 61:16 95:22

regulatory 94:16,22 95:14 97:5,14

reimburse 82:12,18

reimbursement 82:8 91:20 94:18 97:11,12 97:17

related 5:6 19:5 19:15 24:23 26:6,25 81:18 89:13 91:23 100:25 111:17

relatively 51:22 101:18

release 37:17 106:20

releases 86:20

relevant 29:12 76:12,15

relied 21:5 31:20,20

relief 91:19 96:11,16

rely 21:21

remain 49:16 72:20 93:16 99:24 106:24

remained 94:15 99:19

remember 13:15 14:11 16:17 17:25

remote 1:13 2:10

remotely 4:6 5:12 13:19

repeat 34:20 96:19

repeating 42:5

rephrase 88:3

reply 29:20

report 8:24,25 9:5,21 10:7,13 10:16,19,22,23 11:6,10,12,16 12:5,9,15,18,22 12:24 16:6,23 18:23 20:15,17 20:18,20,24 21:2,5,19,21,24 23:21 25:7 29:13,15,20 30:6 31:6 33:11,14,24 34:6,23 35:25 36:21 37:8,20 37:24 38:11 39:18,22,23

40:23 41:13,25 42:8,24 43:18 45:10,22 50:12 51:21 53:9 57:20 64:6 71:18 72:2 75:14 76:13,16 78:16,18 80:4 80:5,12 81:6 85:11 86:16 89:7 91:11 97:21 99:12 100:8 101:15 103:19 104:21 112:10

**reported** 1:20

**reporter** 2:14 2:15 5:4 6:2 7:4 68:25 111:8,9

**reports** 29:25 30:2 47:4 79:6 79:10

**represent** 59:2 92:25

**representative** 31:12,15 45:13

**represented** 80:12

**representing** 5:2

**represents** 37:16 75:16

**required** 91:20 94:5 115:13

**requirements** 62:20

**requiring** 99:18

**research** 14:5 21:14 25:9,11 26:4,5,9,10,16 26:22 27:5,13 27:23 28:5,6,8 28:12,13,15 85:24 101:6 102:16

**researcher** 21:9 27:10 68:15

**reserve** 104:12

**resilience** 25:19

**resources** 82:6 82:10,16

**respect** 69:4 73:15 74:12,24 86:9 109:18

**respond** 58:16

**responded** 102:19

**response** 21:7 22:4 79:13 85:22 86:11 91:18 96:10,15 101:9 109:10

**rest** 72:12 83:21

**restate** 36:25 66:11

**results** 35:20 64:15 107:20

**resumed** 85:5

**retained** 14:9 14:14 15:15,16 16:12 19:11,23 19:24 20:3,7 23:18 28:17,22 29:5 110:6

**retreating** 89:21

**retrospect** 59:5

**return** 113:13 113:16

**review** 11:23 22:8,12,18,22 22:25 32:15 64:11 65:16 108:23 109:4,6 113:7

**reviewed** 12:9 22:10 29:25 33:10 40:12 47:14 109:9

**reviewing** 108:22

**right** 87:9 104:13 105:12 109:25

**rising** 79:13

**risk** 58:7 100:25

**role** 19:8,13 25:2,25 27:9 86:9,12

**room** 8:11

**rough** 110:11 110:12

**roughly** 79:8

**row** 35:22 36:3 36:9,13 38:20 38:22 49:10 62:13,14,15 106:17,18 108:8 109:19 109:19,20

**rpr** 1:21 111:25

**rules** 6:17

**run** 69:13

**s**

**s** 3:2 6:4,4 85:2 85:2,2,4,4 114:3

**sales** 49:20 50:7 65:22 66:2 67:24 68:5,9,19 69:4 69:7,17,25 70:6,14,22 71:6 74:3,15 75:3,10 87:17 87:20 88:10,25 89:4

**sars** 57:4

**[save - situated]**                                           Page 24

save 37:5
saw 57:19
  58:23 61:25
  87:16,22 88:25
  93:3
saying 87:8,9
says 63:12
  106:19
scenario 60:9
  60:11
school 11:2,4
  24:3,5 25:2,3,5
  25:23
schools 98:9
scope 104:14
screen 4:11
  14:16
scroll 10:11
season 71:24
seasonal 76:10
second 10:10
  16:23 24:5
  32:14 33:23
  34:8,14,17
  35:15,18,22
  36:3,9,13,15
  38:19 49:10,10
  62:14,15 65:14
  75:4 86:3
  88:12 98:17
  105:6 106:18
securities 96:12
security 91:19
  96:16

see 14:18 34:4
  34:5,5 35:8,21
  35:22 38:21
  39:14,15 40:22
  40:23 43:5,15
  48:4,5,10,12,18
  48:19 49:13
  50:2,11 62:22
  78:22 87:10,13
  88:9,22 90:4
  92:4,11 105:8
  106:14 107:3
  107:14 108:16
seeing 12:5
  39:2,10 91:2
seeking 47:5
seen 4:10 68:4
  68:18,20 70:23
  71:7 75:5
selected 21:11
  21:12
selection 31:16
  31:18 40:8
sent 113:14
sentence 16:23
  23:24 24:6
  36:7 48:12
  78:23 79:2
  80:19 82:4
  86:3 91:13
  92:3 97:22
  98:15,17 99:15
  100:11 105:6
  105:10

sentences 85:14
  86:18 98:16
separate
  102:24
serve 62:21
served 29:16,21
  85:20
services 25:11
  82:6,10,17
  91:22 95:8
serving 21:6
session 83:21
set 21:20 56:5
  81:12 111:13
  111:22
sets 106:11
setting 52:21
  97:8,16 106:13
  107:12 108:8
settings 67:19
  97:10
settled 100:16
  100:18
several 17:23
  21:8,24 27:24
  33:11 51:2
severe 57:23
severity 50:14
  57:11
shaking 7:6
shaping 61:17
share 12:6 13:2
  18:20 32:9
  43:6

sharing 91:23
sheet 113:11
shipments
  79:13
short 83:13
shorten 61:8
show 20:25
  72:18
shown 69:19
sick 61:11
sign 110:8
  113:12
signaling 89:24
signature 10:16
  111:24
signed 113:19
significant
  100:21 103:16
significantly
  58:21 66:9,14
  67:2,25 68:10
  69:7 70:2,15
  74:4,16 101:22
signs 90:21
similar 44:3
  51:22 101:18
  103:10
similarly 1:6
  4:21 22:25
simply 82:16
sites 98:5,10
situated 1:6
  4:21

**[situation - statements]**

| | | | |
|---|---|---|---|
| **situation** 48:14 | **space** 31:19 | **spent** 16:15 | **starts** 33:18 |
| **sizable** 62:16 | 37:5,12 | 82:7 | 35:17 43:14 |
| 62:24 | **speaker** 106:12 | **spoke** 64:20 | 48:6 49:11,12 |
| **slow** 32:2 | 107:11 108:8 | 65:2 | 78:24 91:14 |
| **smart** 38:25 | **speaking** 53:11 | **spot** 63:17 | 97:22 105:7 |
| 49:19 50:6 | 56:19 58:6 | 83:13 | 107:17 108:10 |
| 65:14 66:2,9 | **specific** 22:15 | **spread** 49:23 | **state** 2:16 5:10 |
| 66:14,18,25 | 25:14 37:13,22 | 51:12 52:6 | 5:12 6:12 |
| 67:5,10,25 | 51:18 52:21 | 54:25 56:9,20 | 15:21 50:19 |
| 68:10 69:5,25 | 54:9 55:5 57:3 | 58:16 | 52:20 58:21 |
| 70:15 74:3,15 | 57:5,25 65:21 | **spreading** 58:7 | 81:21 95:20 |
| 83:4 87:17,23 | 69:11 74:19 | **spreads** 61:16 | 103:17,17 |
| 89:2 98:20,23 | 77:18,20 78:4 | **spring** 51:4 | 111:3,10 |
| 99:5 100:2 | 79:21 87:20 | 64:21 65:3 | **stated** 40:12 |
| 108:12 | 88:11 89:4 | 71:18,21 72:18 | 44:6 72:5 |
| **sold** 100:2 | 94:4,6 95:6,24 | 85:16 86:22 | **statement** |
| **solutions** | 96:7 99:8 | 89:8 99:20 | 33:16 34:6,9 |
| 113:23 | 102:13 | 101:11 | 34:10,22,24 |
| **sorry** 62:13 | **specifically** | **ss** 111:4 | 35:16,21 36:3 |
| 96:12 98:13,18 | 15:18 21:23 | **st** 18:21 | 36:8,12 38:10 |
| 110:10 | 24:21 27:19 | **stabilize** 81:17 | 38:22 39:20 |
| **sort** 21:14 | 41:21 42:16 | **stadium** 1:5 | 41:12 43:20 |
| 25:20 65:8 | 44:18,23 45:7 | 4:19 48:7 | 44:4 45:24 |
| 68:20 90:12 | 63:7 66:25 | 113:4 114:1 | 46:9 48:10,19 |
| **source** 87:6 | 69:5 70:7 73:6 | 115:1 | 63:4,13 89:15 |
| 88:16 89:18 | **specifics** 11:13 | **staff** 20:11,19 | 106:23 107:3,6 |
| **sources** 75:25 | 23:12 38:16 | 23:9,15 28:21 | 107:11,16 |
| **sourcing** 81:21 | 46:11 70:6 | 29:25 | 108:2,7,18 |
| **south** 75:17,22 | 94:14 95:19 | **standpoint** | **statements** |
| 76:8 77:23 | 97:3 99:2 | 57:16 | 31:9,13 35:8 |
| 78:7,11 | **speculate** 49:3 | **started** 6:17 | 35:14 36:20 |
| **southern** 1:3 | 63:6 90:11 | **starting** 89:8 | 37:4,7,9,16,25 |
| 4:24 | **speculating** | 89:11 | 38:4 39:20 |
| | 71:14 | | 40:15,20,25 |

41:18 44:20 45:6,8,23 47:8 64:13 72:14,16 86:24 106:12 106:13 109:13 109:18

**states** 1:2 4:23 16:23 23:24 25:13,16 27:8 44:20 49:22 51:11,21,25 76:22 89:21 95:24 101:16 101:25 103:10

**stating** 48:21

**statistics** 28:3

**stay** 15:2 91:9

**staying** 61:10

**steps** 29:2

**story** 90:10

**strategies** 56:2 56:6

**strategy** 54:25 55:13,20,21

**strike** 96:12 98:21

**strong** 72:20

**students** 26:4

**subject** 95:21

**submission** 11:15

**submit** 18:23

**submitted** 10:14 11:10,12

**subparagraphs** 40:18

**subscribed** 110:18 115:14

**subsequent** 11:15 29:10

**substantial** 78:5

**suggest** 50:7 51:15

**suite** 3:15 54:22 55:18

**summer** 51:4 72:11 89:15 101:12

**supplies** 67:14 81:18

**supply** 79:6 80:6 94:20

**suppose** 60:7

**sure** 14:17 32:15 34:3,19 42:19 70:8 90:14 92:24 103:5,25

**surge** 88:7,18 88:25 89:6

**surgeon** 24:16 25:25

**surgery** 11:2 24:5,7,8,11,21 25:23 26:23,24

**surges** 90:2,17

**surgical** 24:16

**swear** 6:2

**switch** 30:17 34:15

**sworn** 6:6 110:18 111:13 115:14

**symptoms** 61:8

**system** 25:19

**t**

**t** 6:4,4 85:2,4,4 111:2,2 114:3 114:3

**t.h.** 24:3 25:2,4

**table** 35:23 36:3,18 37:14 37:15 38:20 49:11 86:24 87:4,6 106:11 106:18 109:14

**tables** 21:18

**take** 4:13 7:19 10:10 30:16 32:14 34:13,16 36:15 83:19 104:17 105:24

**taken** 4:18 29:2 30:23 63:23 84:6 104:7

**talk** 73:8

**talked** 23:4,9 23:15 109:19

**targeted** 58:15 60:22

**task** 51:4

**teaching** 26:3

**team** 14:5 21:7 22:4 25:9 85:22 86:11

**tease** 54:9

**technically** 106:17

**techniques** 28:11

**technology** 4:7

**tell** 6:19 88:19

**term** 40:24 41:24 42:7,9 43:17 44:19,25 45:7,21 48:16 49:17 72:19 105:15,18 108:3 109:15

**terminated** 91:17

**terminology** 90:11

**terms** 21:13 46:11 92:9 101:8 102:18

**test** 38:25 49:20 50:7 65:14 66:2,9 66:14 67:5 69:5 70:2,15 74:3 81:14,17

83:4 87:17 89:2 91:22 94:18,19 98:20 98:23 99:5 108:12

**testified** 6:7 30:10 37:2 85:5 102:15

**testify** 6:23

**testifying** 28:17 28:22 70:19

**testimony** 6:11 8:19 19:10,20 55:16 110:3 111:15 113:9 113:17 115:8

**testing** 15:21 16:4 21:7 22:2 27:5 51:23 57:8 61:3 62:3 62:6,8,19 64:17,21,23 65:3,4,5,8,10 66:17 67:7,18 67:20 72:6,8 72:25,25 73:9 74:10 79:6,9 79:12,18 80:15 80:22 81:23 82:14,21,25 85:17,20 86:10 88:6,8,9 91:21 91:23 93:18 97:7,15 98:2,3

98:7,8,12,24 99:6,8,18,21 101:23 103:11

**tests** 61:24 66:18,25 67:11 67:25 68:10 72:11,19 73:8 73:15,17,20 74:16 79:14 81:13 82:8 83:3 87:23 93:25 94:15 95:4,11,18 96:2,22 97:6 98:3 99:3 100:2

**text** 21:19

**thank** 6:10 8:2 34:7

**therapeutics** 56:3 57:9 61:6 61:18

**thereto** 22:7

**things** 59:20 60:3 61:2

**think** 17:18 18:19 27:16 51:7,17 60:18 63:5,16 66:22 68:7 70:10 78:2,8 83:12 83:14 88:18 98:15 104:16

**thinking** 61:12 63:7

**third** 3:6 38:20 91:13

**thomas** 1:14 2:11 4:17 6:14 9:22 10:7 110:4,16 111:11 112:4 112:10 113:5 114:2,24 115:2 115:4,12

**three** 13:14 17:24 45:11 109:18

**thursday** 1:16

**tied** 93:11

**time** 5:11 7:16 8:19 15:9,12 15:24 16:4 30:21 31:2 34:14 42:6 51:23 52:21 53:2,21 54:13 58:4 63:21 64:2,18,24 67:8 68:17,22 70:21,25 71:15 72:16 74:21 76:11 80:13 84:5 85:3,7,20 86:4,6 88:10 89:2,10,17 90:18 93:11

94:10,13,16,24 95:9,11 101:13 101:19 104:6 104:10,12 105:24 110:13 113:18

**timeframe** 113:8

**times** 13:12,14 81:17

**timing** 39:7,8 39:11 50:14 62:8 101:14

**title** 18:13 25:24

**titled** 10:7

**titles** 18:15

**today** 6:12,20 6:23 7:16 8:3 11:23 13:11 104:23 105:21 106:8

**today's** 7:9 10:6 12:7 13:8 110:3

**together** 52:8 79:8

**took** 6:18 93:2

**top** 78:23

**total** 79:9 80:14 110:4

**tough** 39:4

**tract** 24:20

**[trainees - understand]**

**trainees** 26:4

**transcript** 22:9
22:10,16,19,21
23:2 37:17
108:24 113:6
113:19 115:5,8

**transcripts**
12:23 13:2

**transmissibility**
53:18 55:4,5

**transmission**
53:6,18 61:9
61:13

**treat** 61:7

**treating** 56:3

**treatment**
24:17 85:21
86:10

**treatments**
57:9 58:19
82:22

**trend** 67:20

**trends** 67:13
68:22 70:5
76:23 80:13,17
102:8,22,25

**trough** 89:10

**true** 10:19
111:14 115:8

**truly** 60:24

**truth** 6:19

**truthfully** 6:23
7:13

**try** 7:25 15:6
51:8 83:24

**trying** 44:22
69:22,22 101:6
102:16

**tsai** 1:14 2:11
4:17 6:10,15
7:1 8:1 9:1,22
10:1,7 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1,5
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1

86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1,20 105:1
106:1,5 107:1
107:4 108:1,16
109:1 110:1,4
110:16 111:1
111:11 112:1,4
112:11 113:5
114:2,24 115:2
115:4,12

**turn** 10:15 16:5
23:20 31:5
38:19 43:13
47:25 64:5
75:13 78:20
81:5 85:10
86:15 99:11
100:7 104:21

**turning** 35:17
87:4 89:24
90:7 91:4,10
107:17

**two** 17:24 35:5
35:9 51:25
85:14 86:18
92:3 95:15
97:3 98:16
101:16,24

**typically** 71:22

**u**

**u.s.** 76:18,24
77:15,16 78:15
79:10 80:15
81:15 89:24
98:5

**ultimately**
53:16 55:2
59:4 100:3

**uncertain**
90:18

**uncertainty**
50:22 52:6,9
52:10 66:20
67:16 72:12
99:22

**unclear** 7:24

**under** 6:18
20:21 21:13
93:18 95:25
96:21 97:13

**underlying**
52:25 53:19
76:3

**underneath**
106:19 107:11

**underresourced**
98:9

**understand**
6:18 7:13,23
8:17 25:12
27:15 44:16,23

47:11 69:21
101:7 102:17
**understanding**
15:22 16:3
27:11 32:21
33:4 43:24
46:15,22,25
47:7,20 63:9
64:17,23 67:7
77:2,5,8 90:6
**understood**
7:22 47:25
51:15 55:13
72:4 73:14
92:25 93:5
**uninsured** 82:2
82:9,11,17,23
**unit** 4:16 30:22
31:3 63:22
64:3
**united** 1:2 4:23
25:13,16 27:8
49:22 51:11
76:21 89:21
**university**
88:21
**unknowable**
59:13
**unknown** 72:23
101:13
**unprecedented**
88:7
**unpredictable**
15:23 79:11

**updated** 92:6
92:13,17,24
93:4
**upheld** 38:9
**uptake** 50:21
51:24 52:7
**uris** 3:9 5:16,16
6:9 9:18,24
14:16,21 15:5
15:13 17:19
19:17 27:14
28:2 30:14
31:4,24 32:5
33:2,22 34:2
34:18,20 35:10
36:10,24 38:7
38:18 40:16
41:23 42:18
43:3,24 44:15
45:3,16,20
46:21 47:16,24
49:5 51:6
53:10 54:15
55:11 56:7,18
58:5 59:6,18
60:6 61:21
63:8,16 64:4
65:11 66:6
68:6,23 69:3
69:10,20 70:9
71:2,16 73:13
73:24 74:11,23
75:12 80:8
83:12,18,24

85:9 88:15
92:10 94:11
96:8,20 97:19
102:6,12,14
103:20 104:4
104:11,22
105:21 109:24
112:4
**use** 28:7,11
44:25 45:7,21
65:10 73:9
76:7
**used** 12:10
54:18 55:19
99:10 100:3
110:5 113:19
**using** 4:6 28:13
**utilization** 62:3
67:21 88:9

**v**

**v** 113:4 114:1
115:1
**vaccinated**
54:3 55:8
**vaccination**
49:24 51:13
52:8 56:3 57:7
58:14 59:8,22
60:8,12 103:12
**vaccinations**
50:21 60:19
82:22 101:23

**vaccine** 50:24
50:25 51:24
52:7 60:22
**variability**
46:16 47:22
79:16 80:20
100:21 103:16
**variable** 62:10
**variant** 52:11
53:19 55:6
57:6,17,18
58:3,13,15,17
58:19,20 59:15
60:17 89:14,14
**variants** 49:24
50:16 51:13
52:6 56:9,14
56:15,16,16,21
57:3,21,22
58:7,8,25,25
59:2 60:5,20
60:23,25 66:21
67:16 72:20
79:15 91:3
**variation**
102:10,24
103:4
**variations**
50:18,20 69:16
76:10,11 91:3
**varied** 55:22
101:21
**varies** 51:17
58:21

**[variety - yeah]**

variety 55:9 103:18

various 26:11 58:25 65:9 81:16,21 100:22 106:11

vary 62:20

varying 79:18 80:21

vendors 99:8

verify 36:16 113:9

veritext 5:3,5 110:6 113:14 113:23

veritext.com 113:15

version 12:25

versus 4:21

vice 88:19

video 4:12,16 14:21

videoconfere... 2:13

videographer 3:21 4:2 5:4,25 14:23 15:8,11 30:20,25 63:20 63:25 84:4 85:6 104:5,9 109:25

videotaped 1:13 2:10

viewed 51:19

vinita 29:15,21

virtual 4:7

virus 57:4 59:3 61:15

visibility 35:17 107:18

volatility 72:7 74:9

vs 1:8

vulnerabilities 81:19

**w**

wake 100:14

want 6:16 14:17 30:15 49:2 63:6 70:7 88:3 90:10 103:22 110:11 110:12

wanted 37:24 38:3 75:24

wave 71:24 90:22 101:14

waves 57:21 72:21 90:23 100:15,23 102:4

way 36:20 37:7 51:9 111:19

wearing 54:17 54:21 55:7,12

website 92:12 92:15,16,23

weekly 79:6

weeks 13:10

weigh 53:22

whereof 111:21

white 21:6 22:3 85:21 86:11

widely 72:4,13

wife 23:17

winter 71:24

wisdom 70:24

witness 4:11 6:2,5 8:25 9:5 9:15,15 15:17 19:11,12 26:21 27:21 30:12 33:22 34:13 35:4,7 36:6 37:11 38:14 40:6 41:15 42:13 43:23 45:10,18 46:3 47:11 49:2 50:11 52:17 53:16 54:21 55:17 56:13 57:2 58:10 59:13 60:3,16 63:4,12 65:7 66:4 68:4,13 69:10 70:18 71:10 73:4,19 74:6,18 75:8

79:25 88:2 94:3 96:6,18 97:2 101:5 102:12 103:3 111:12,15,21 112:3 113:8,10 113:12,18

women's 8:8 24:8 26:2

words 91:5

work 7:6,19 11:14 15:3 19:2 20:18 25:17,21 27:2 27:10 61:11

worked 18:3 72:15

works 30:17,19 63:18,19 83:14

world 49:25 59:9,23 60:9 60:13 76:3,9 78:10

worth 47:15

write 40:19 80:20

written 92:22

**x**

x 112:2

**y**

yeah 83:24 90:14

**[year - york]**                                        Page 31

**year**   14:13
  29:13 49:21
  50:25 72:12
**years**   17:23,24
  21:8,25
**york**   1:3 2:17
  3:8,8,18 4:24
  5:3,22 14:2
  110:10 111:3
  111:10

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Page 113

MARISSA A. PEIRSOL, ESQ.

mpeirsol@bakerlaw.com

February 19, 2025

RE:    Stadium Capital Llc v. Co-Diagnostics, Inc, Et Al
2/6/2025, Thomas C. Tsai , M.D. (#7130193)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at CS-NY@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

Stadium Capital Llc v. Co-Diagnostics, Inc, Et Al

Thomas C. Tsai , M.D. (#7130193)

E R R A T A   S H E E T

PAGE 28     LINE 5     CHANGE "fiscal" to "statistical"

_____

REASON Clarification

PAGE 47     LINE 13     CHANGE "haven't" to "have"

_____

REASON Correction

PAGE 50     LINE 11     CHANGE "see" to "say"

_____

REASON Clarification

PAGE 76     LINE 3     CHANGE "and" to "in"

_____

REASON Correction

PAGE 95     LINE 11     CHANGE "imagen" to "antigen"

_____

REASON Clarification

PAGE 97     LINE 18     CHANGE "which is" to "as part of"

_____

REASON Clarification


_____     _____

Thomas C. Tsai , M.D.                                    Date

**Page 115**

Stadium Capital Llc v. Co-Diagnostics, Inc, Et Al

Thomas C. Tsai , M.D. (#7130193)

ACKNOWLEDGEMENT OF DEPONENT

I, Thomas C. Tsai , M.D., do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_Thomas Tsai_

_____            03/03/2025
                                        _____

Thomas C. Tsai , M.D.                          Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____3rd___ DAY OF _____March_____, 20_25__.


           TASNIEF HAQUE
_____

NOTARY PUBLIC
        8075605
     Fairfax  Virginia

TASNIEF HAQUE

REGISTRATION NUMBER
8075605
COMMISSION EXPIRES
January 31, 2027

Notarized remotely online using communication technology via Proof.