# Exhibit 34

Labs Limit Covid-19 Test Access as Demand Soars - WSJ

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/labs-limit-covid-19-test-access-as-demand-soars-11641724202

HEALTH

# Labs Limit Covid-19 Test Access as Demand Soars

With Omicron variant spreading, some labs give priority to people with symptoms to speed turnaround times

*By Brianna Abbott | Photographs by Cornell Watson for The Wall Street Journal*

Updated Jan. 10, 2022 8:54 am ET

Escalating demand for Covid-19 tests is prompting some laboratories to ration access, giving priority to people with symptoms or other health concerns as the Omicron variant quickly spreads.

Triaging who is eligible for Covid-19 tests can help ensure that patients who need a test the most get results fast enough to isolate or get treatment, pathologists and public-health experts say. The strategy, however, risks perpetuating the virus's spread if some people get turned away from testing altogether.

"What we don't want is for people to not be able to get tested in the community and then show up at the ER to get testing," said Melissa Miller, director of the University of North Carolina's microbiology lab. "But there is a maximum amount that you can collect in a day."



Melissa Miller, director of the University of North Carolina's microbiology lab.

UNC is restricting tests to people with Covid-19 symptoms, employees and patients who need a test before surgeries. Dr. Miller said UNC is running about 1,200 tests a day and returning

results to patients within 24 hours. About a third of the tests are coming back positive, she said.

The University of Washington temporarily closed some of its testing sites on Tuesday and is giving appointment priority to people with Covid-19 symptoms or a known exposure. The turnaround time for test results had stretched past two days, beyond the university's 24-hour goal, said Geoffrey Baird, UW Medicine's acting chair of Laboratory Medicine and Pathology, at a Dec. 30 media briefing.

"A Covid test that is not back for several days, it just isn't terribly meaningful because someone could go on and spread the virus," Dr. Baird said.

Dr. Baird also said the proportion of test results coming back positive is too high to take advantage of a common resource-saving technique. UW Medicine often uses a single test on multiple patient samples at once, a process called pooling, which saves time and resources when most samples are negative. But pooling doesn't work if too many samples are positive because lab workers often have to retest the batches to find the positive results.

For pooling to be effective, the positivity rate needs to be as low as 10% to 15%, Dr. Baird said. At UW Medicine, the overall positivity rate was about 25%, with some sites exceeding 40%, around Dec. 30 and continues to increase. "We can't do pooling anymore, and what it does is it really decreases our capacity," Dr. Baird said.



UNC is running about 1,200 tests a day and about a third of the tests are coming back positive.



Results are returned to patients within 24 hours.

The Carle Foundation Hospital Laboratory in Illinois ran about 13,000 Covid-19 PCR tests within the week ending Jan. 1, up from about 6,700 at the beginning of November. The lab could run around 18,000 tests a week if it had enough staff and supplies, said Bruce Wellman, a pathologist. The lab recognizes it could need a triage strategy for its drive-through sites if demand outpaces capacity, Dr. Wellman said.

"We've got the choice of delayed results, which have no value, versus timely, immediate results, which do have value," he said.

Even before the Omicron wave put many people out sick or into quarantine, laboratories were chronically understaffed and heading into their third year of pandemic operations.

"There are a finite number of people who do laboratory testing. It's not an endless resource," said Emily Volk, president of the College of American Pathologists.

Dr. Volk said that staff at Baptist Health Floyd in Indiana, where she is chief medical officer, worked over the holidays to process tests and that processing time for samples remained low. Many hospital and commercial labs are running around the clock, with staff there to process samples at all hours.



UNC is restricting tests to people with Covid-19 symptoms, employees and patients who need a test before surgeries.

Testing materials including reagents and swabs are more readily available than earlier in the pandemic, Dr. Volk and other diagnostic experts said. But some labs have started to report challenges in getting materials in recent days because of increased demand.

Laboratories in the U.S. were processing about 1.7 million Covid-19 tests a day as of Jan. 3, according to federal data, comparable to the number processed during last winter's surge.

Many mass-testing sites were closed or converted into vaccination sites within the past year. Fewer locations and staff for collecting samples have contributed to hourslong lines and limited testing appointments across the country.



Laboratories are heading into their third year of pandemic operations.

Some states and cities have established new sites in recent weeks and federal officials said last week that they would add locations in several states and Washington, D.C. The Centers for

Disease Control and Prevention said laboratories that can help collect samples or conduct drive-through testing should contact local health officials.

Some laboratories say they are still processing PCR tests in one to two days, including [Laboratory Corp. of America Holdings](). [Quest Diagnostics]() Inc. on Tuesday said it expected turnaround times of two to three days, up from a day. The company is using its own air fleet and logistics network to balance sample volume across two dozen Covid-19 testing labs and is sending some excess samples to external laboratories.

CityMD, which operates urgent-care centers throughout New York and New Jersey, said it is averaging five to seven days to deliver PCR test results and has temporarily closed more than 30 of its 150 locations because of staffing concerns. CityMD said it plans to reopen 12 sites on Monday and then more on Jan. 17, contingent on availability of workers.

Over-the-counter, at-home tests have helped ease pressure on laboratories, but they have been in short supply. The Indiana Department of Health said Tuesday that rapid tests at state and local sites would only be available to people under age 18 or symptomatic adults 50 and older as a result of high demand and a national shortage. PCR tests are still available at all sites, the department said, with results expected in two to three days.

**Write to** Brianna Abbott at [brianna.abbott@wsj.com]()

*Appeared in the January 10, 2022, print edition as 'Test Demand Spurs Labs To Ration'.*

## Buy Side from WSJ

Buy Side is independent of The Wall Street Journal newsroom.



**DEALS & SALES**

**Shop Sleep Week Deals and Top Product Picks, All Recommended by Buy Side and the Pros**



**BEDROOM**

**The 11 Best Bed Frames, According to Interior Design Pros**



**BEDROOM**

**The Organic Cotton Sheets So Soft I Put Them Right Back on My Bed**



**BEDROOM**

## The Best Mattress Topper for You, Based on Your Sleep Situation



**BANKING**

## Here Are Today's Best CD Rates



**BANKING**

## How to Choose the Best High-Yield Savings Account

Content provided by realtor.com

## Real Estate Insights



**Inside the Secretive World of Celebrity Real Estate—and How Stars Hide Lucrative Deals From Prying Eyes**



**Hunter Biden Says He's Homeless After Wildfires Made $4M Home 'Unlivable'**



**Cheryl Hines 'Orders RFK Jr.' To Move Her to DC After Sexting Scandal**



**Gwyneth Paltrow Admits She 'Drank Every Night' During L.A. Wildfires**



**Meghan Markle Disgusts Netflix Viewers With Major Kitchen Faux Pas**



**Alec and Hilaria Baldwin Complain Over 'Small' 4,000-Square-Foot Penthouse**