# Exhibit 38

Case 1:22-cv-06978-AS    Document 102-38    Filed 03/21/25    Page 2 of 4

Main Campus Construction: View Details Before You Arrive     Learn More



| Search Here | 🔍 |

Find a Physician     About Us     Services ⌄     Our Locations ⌄     Patients & Visitors ⌄     Events Calendar

# SGMC Adjusts Testing and Vaccinations for COVID-19

*Posted on:* February 11th, 2022



South Georgia Medical Center has recently seen a dramatic drop in demand for COVID-19 testing and vaccination requests and is adjusting its operations accordingly.

Because of this decline and the availability of home tests, SGMC will no longer operate the Drive-Thru Testing Site. Patients with a physician-ordered test can still be tested at one of SGMC's walk-in labs located at the Professional Building and Smith Northview Campus Monday thru Friday from 7am to 5pm. Nearly 200,000 tests have been performed by the system since the start of the pandemic. To order free at-home COVID-19 tests, visit covidtests.gov.

The health system has also seen a decline in the positivity rate, reporting 11.61 percent on Feb. 10, 2022, a low that hasn't been seen since Dec. 20, 2021.

Additionally, SGMC will stop providing COVID-19 vaccines to the public on Feb. 21, 2022. This is also a result of the decline in demand, most likely due to the availability of vaccines at private physician offices and community pharmacies. Nearly 52,000 doses of the COVID-19 vaccine have been administered by SGMC's team since it became available.

"The sheer volume of tests and vaccinations provided by our team is remarkable. We cannot thank them enough for their servant leadership during these difficult times," said Randy Smith, Chief Operating Officer and Chief Nursing Officer at SGMC.

SGMC will continue to monitor the spread of COVID-19 and remains ready to make adjustments as needed. For the most current information regarding testing, vaccinations, and hospitalizations, visit sgmc.org.

## Latest

 [SGMC Health Welcomes Back Its Popular Volunteer Summer Program for High School Students](#)

March 5, 2025

 [SGMC Health Welcomes Early as Director of Supply Chain](#)

March 4, 2025

 [SGMC Health Hosts First-Ever Touch-a-Truck Event](#)

March 3, 2025

## Post Categories

- [Building](#) (8)
- [Community Outreach](#) (55)
- [DAISY](#) (59)
- [Family Medicine](#) (7)
- [Foundation](#) (40)
- [Graduate Medical Education](#) (24)
- [Heart and Vascular](#) (30)
- [Leadership Announcements](#) (52)
- [News](#) (1,061)
- [Patient Story](#) (11)
- [Volunteer Auxiliary](#) (33)

Vendors

Medical Staff

EpicCare Link

Employees

Remote Access

MyChart

SGMC Health Gift Shop

Hospital Authority

Privacy Policy

Terms of Use

Disclaimer

Hospital Transparency Information

Price Transparency

Sitemap

*Connect with us*

## Campuses

SGMC Health Main – 229.433.1000
2501 North Patterson Street, Valdosta, GA 31602

SGMC Health Smith Northview – 229.433.8000
4280 North Valdosta Road, Valdosta, GA 31602

SGMC Health Berrien– 229.433.8600
1221 McPherson Avenue, Nashville, GA 31639

SGMC Health Lanier – 229.433.8440
116 West Thigpen Avenue, Lakeland, GA 31635

Contact Us

SGMC HEALTH MAIN LINE
229.433.1000

PATIENT INFORMATION
229.333.1111

PATIENT FINANCIAL SERVICES
229.333.1040

HUMAN RESOURCES
229.333.1738

MEDICAL RECORDS
229.433.8055

**NON DISCRIMINATION NOTICE**

©2025 SGMC Health