# Exhibit 42

CORONAVIRUS

# TSA to extend mask mandate for planes, public transportation until April 18

The mandate had been set expire on March 18.

TSA to extend transportation mask mandate through April 18

03:18

This ad will end in 11

Get more news **LIVE** on **NBC NEWS NOW** ❯

March 10, 2022, 11:07 AM EST

**By Heidi Przybyla, Jay Blackman and Teaganne Finn**

WASHINGTON – The Transportation Security Administration is extending the mask mandate on public transportation until April 18, according to a White House official and a TSA official.

The Centers for Disease Control and Prevention will work with government agencies to help inform a revised policy framework for when the mask rules can be lifted during this time, said

3/17/25, 8:22 PM
TSA to extend mask mandate for planes, public transportation until April 18
Case 1:22-cv-06978-AS   Document 102-42   Filed 03/21/25   Page 3 of 4

the White House official.

The requirement was set to expire on March 18 after having been extended twice before.



CDC announces masks no longer needed indoors for most Americans
01:34

On Wednesday, the agency put out a release ahead of a busy spring break travel period offering ten tips for getting through TSA efficiently, with the first tip being "continue to wear a face mask."

ADVERTISING

TSA Administrator David Pekoske said in a statement the agency's collaboration with industry and federal partners has been instrumental through the pandemic, "and now we are seeing a light at the end of the tunnel as demonstrated by the rapid recovery of the travel industry."

The mask requirement has stayed in place even after the CDC announced a shift in Covid-19 guidance in February, saying most Americans are safe without a mask in indoor settings.

The change to the mask guidance leans less heavily on the number of Covid-19 cases as a key measure, instead giving more weight to hospitalizations and local hospital capacity.



Heidi Przybyla

Heidi Przybyla is an NBC News correspondent.

Jay Blackman

Jay Blackman is an NBC News producer covering such areas as transportation, space, medical and consumer issues.



Teaganne Finn

Teaganne Finn is a political reporter for NBC News.

Kelly O'Donnell contributed.