# Exhibit 51



Watch 24/7

TRENDING     🍀St. Patrick's Day Deals     🦅Big Bear Eagles     💵Tariffs     Resources for Fire Vic...

# City Council Lifts LA's Proof of COVID-19 Vaccination Mandate

A proof-of-vaccine mandate that went into effect late last year largely relied on business owner to conduct verifications.

Published March 30, 2022 • Updated on March 30, 2022 at 12:01 pm

Log in or create a free profile to save articles



A city of Los Angeles mandate requiring people to show proof of COVID-19 vaccination to enter many indoor businesses and large outdoor events is being eliminated.

Case 1:22-cv-06978-AS   Document 102-51   Filed 03/21/25   Page 3 of 7

The Los Angeles City Council gave final approval Wednesday to an ordinance scrapping the requirement. The council voted 13-1, with Councilman Mike Bonin dissenting, to lift the vaccination mandate.

📺 **Los Angeles news 24/7: Watch NBC4 free wherever you are**

The measure passed with an urgency clause, meaning it will take effect as soon as the mayor signs it and it is formally published by the City Clerk's Office. Without the urgency clause, the measure would have remained in effect for another 30 days.



**Get top local stories in Southern California delivered to you every morning.** **Sign up for NBC LA's News Headlines newsletter.**

The motion proposed by council President Nury Martinez would make vaccination verifications voluntary at such establishments as restaurants, bars, gyms and personal care businesses.

Enforcement of the requirement, which took effect late last year, has been inconsistent, since it largely relied on business owners to conduct the verifications.

The council last week voted 13-1 to approve the measure, but it needed a unanimous vote that time, meaning a second vote was required. Councilman Mike Bonin said at the time that he voted against lifting the requirement because of concerns about the spread of new virus variants.



**MAR 30, 2022**

Why Delta Air Lines' Health Chief Thinks the Airplane Mask Mandate Will Soon Be Lifted



**MAR 30, 2022**

WHO: COVID Deaths Jump by 40%, But Cases Falling Globally

"I know it feels like we're out of the woods. It feels like we're all going back to normal. But there's new variants and new strains all the time," Bonin said, adding that he hoped he was wrong.

While COVID-19 metrics have been declining in Los Angeles County, public health officials have reported an increasing number of cases of the more-infectious BA.2 subvariant.

Meanwhile, Los Angeles County will align with the state on Friday and lift the requirement that attendees of indoor mega-events with 1,000 or more people -- such as sporting events or concerts -- show proof of COVID vaccination or a negative test. The county has already dropped its requirement that people show proof of vaccination to patronize indoor portions of bars, nightclubs and lounges or to attend outdoor mega-events.

Vaccine verification or a negative test is still required for workers at healthcare facilities and congregate-care facilities.

The easing of vaccine-verification requirements follows the lifting of other COVID restrictions -- such as indoor mask-wearing mandates -- in response to dwindling infection and hospitalization numbers.

Health officials continue to urge people to take precautionary measures -- including masks -- in crowded situations, even though they are no longer mandated.

Case 1:22-cv-06978-AS    Document 102-51    Filed 03/21/25    Page 5 of 7

**BLINKIST: ANDREW NG'S READING LIST** | SPONSORED

## Google Brain Co-Founder Andrew Ng, Recommends: Read These 5 Books And Turn Your Life Around

**ONLINE SHOPPING TOOLS** | SPONSORED

## Flight Attendant Reveals How To Fly Business Class For The Price of Economy

**THE ECONOMIST** | SPONSORED                                    Learn More

## The economics of thinness

**SKINSIDER** | SPONSORED                                        Click Here

## The Weird Lip Trend That's Making Lipstick Obsolete

**METRO VEIN CENTERS** | SPONSORED                               Learn More

## Healthy legs never felt so good! Non-invasive vein treatment. Covered by insurance.



## Weather Forecast

**LOS ANGELES, CA**

# 60°

Fair
0.04% Precip

**TONIGHT**

# 47°

**TOMORROW**

# 77°

3/18/25, 2:08 PM

Case 1:22-cv-06978-AS     LA City Council Approves Proof of COVID Vaccine Mandate – NBC Los Angeles     Filed 03/21/25     Page 6 of 7



**NEWSLETTERS**

**SUBMIT TIPS FOR**

**INVESTIGATIONS**

**CONTACT US AND MEET THE**

**NEWS TEAM**

**OUR NEWS STANDARDS**

**INTERNSHIPS WITH NBC4 AND**

**TELEMUNDO 52 LOS ANGELES**

**XFINITY: INTERNET, TV,**

**STREAMING, MORE**

KNBC Public Inspection File

KNBC Accessibility

KNBC Employment Information

FCC Applications

Send Feedback

Advertise With Us

Privacy Policy

Terms of Service

Your Privacy Choices

CA Notice

Ad Choices

Copyright © 2025 NBCUniversal Media, LLC. All rights reserved

LA Council Proof of COVID Vaccine Mandate – NBC Los Angeles