# Exhibit 54

Case 1:22-cv-06978-AS    Document 102-54    Filed 03/21/25    Page 2 of 8

SPRING SALE! 25¢ for 3 Months        Sign in

**Trending:**   S.F. Pride   |   Financial tips   |   Private school tuition   |   National monuments   |   Stolen license plates   |

**BAY AREA**

# This Bay Area school is reinstating its mask mandate after a COVID-19 spike

By **Annie Vainshtein** ,  Reporter

Updated April 1, 2022 6:25 p.m.

  

This file photo shows students at Coleman Elementary School in San Rafael, which is reinstating an indoor mask mandate after a spike in coronavirus cases.

Deanne Fitzmaurice/Special to The Chronicle 2021

A Bay Area elementary school has restored its mask mandate after reporting a sudden increase in COVID-19 cases.

Since March 22, Coleman Elementary School in San Rafael has confirmed 23 total cases of the coronavirus across the school — 17 in students and six in employees — the district said. In response, the school informed families that it would be reinstating an indoor mask mandate through April 15.

Marin County schools aligned with state guidelines that allowed lifting indoor mask mandates on March 12, though face coverings were still strongly recommended.

ADVERTISEMENT

Article continues below this ad

3/17/25, 8:06 PM
This Bay Area school is reinstating its mask mandate after a COVID-19 spike
Case 1:22-cv-06978-AS Document 102-54 Filed 03/24/25 Page 4 of 8

"This has not been a time for alarm, but for us to implement the recommended public health strategies to respond to an uptick in cases and decrease risk of transmission," Christina Perrino, a spokesperson for San Rafael City Schools, said Friday. "Our community has displayed patience and support as we continue to make decisions in the best interests … of our entire Coleman community."

In the past few days, the number of new cases has also decreased significantly, said Perrino. At this point, Coleman Elementary appears to be the only school in the county to reinstate a mask mandate, but Bay Area infectious disease experts say that going forward, similar backtracks may occur across other schools, in other districts.

"This is to be expected," said UC Berkeley infectious disease expert Dr. John Swartzberg, referring to the spike. "We still have circulating virus in our community, albeit at a much lower level than we've had since last year … but it's not like there's no virus here."

Swartzberg and other infectious disease experts said that it's more likely that individual schools could make choices to reinstate mask mandates versus districts, which would probably only make that decision if COVID-19 case counts started to increase rapidly both across the district and within their counties at large.

Nearly three weeks have passed since school districts in the Bay Area dropped their indoor mask mandates, and case counts are quite low. Still, it's unclear how the arrival of the new BA.2 subvariant of omicron — which experts say is anywhere from 30% to 80% more transmissible — will play out in the Bay Area.

ADVERTISEMENT
Article continues below this ad

BA.2 now makes up roughly half of cases nationally and 60% of COVID cases in the Western region, according to the U.S. Centers for Disease Control and Prevention.

"This is definitely a dress rehearsal for what's going to happen once BA.2 becomes more prominent and spring break continues to fuel cases," said UCSF infectious disease expert Dr. Peter Chin-Hong. "Again, most people are not worried about our hospital capacity, but we're worried about disruptions in the community."

Bay Area experts noted that while the school is returning to using one of the most powerful risk mitigation tools in our disposal — masking — it might not make much of a difference if the rest of the community isn't masking.

"Having individual mask mandates in the schools when the rest of the community isn't (masking) doesn't necessarily make sense," said Chin-Hong. "It's porous."

Nevertheless, this particular spike should still be looked at for what it is: one particular spike, said Swartzberg.

Perrino said that the district isn't aware of other Marin County schools restoring the indoor masking requirement, and that the district overall has seen a very minimal, if any, number of cases.

"The county has not given us any guidance about reinstating the mask requirement for all San Rafael City Schools, nor do we anticipate doing so in the near future, given our low numbers of cases at all our other schools," Perrino added.

Mike Grant, director of the Marin County Office of Education, said that across all of the county's schools, things seem to be going well.

"There hasn't been an alarming increase in cases, and some students and staff are continuing to wear masks," said Grant, adding that with spring break a day away, students and staff have also been issued optional rapid tests to take upon their return.

Annie Vainshtein (she/her) is a San Francisco Chronicle staff writer. Email: avainshtein@sfchronicle.com

April 1, 2022 | Updated April 1, 2022 6:25 p.m.

 **Annie Vainshtein**

REPORTER

Annie is a reporter for The San Francisco Chronicle. She previously was a digital producer for The Chronicle's Datebook section. She graduated from Cal Poly, San Luis Obispo in 2017 with a degree in journalism. During her time there, she spearheaded a culture column, produced radio pieces for NPR-affiliate station KCBX, and was a DJ and writer for KCPR, the campus radio station. Before joining the Chronicle, she was an associate producer at SFGATE and interned at VICE and Flood Magazine. She's particularly interested in communities and scenes that are often misunderstood.

**Top Of The News**

This Bay Area school is reinstating its mask mandate after a COVID-19 spike



**REAL ESTATE**

# Homeowners in this Bay Area metro stay longer than nearly anywhere else in the U.S.

In three major California metro areas, homeowners kept their properties for a median of nearly two decades.

**SAN FRANCISCO**

# Are the S.F. Giants turning into a real estate empire — at the expense of the baseball team?

**WEATHER FORECASTS**

# Bay Area braces for one more storm before spring breaks through. Here's what to expect

**WINE, BEER & SPIRITS**

# A French wine giant bought one of Napa's most revered vineyards. Have the wines stayed classic?

This Bay Area school is reinstating its mask mandate after COVID-19 spike

**BAY AREA**

# Could Bay Area's traffic nightmares bring back casual carpool?

## Let's Play

 Cross|word      Flipart      Really Bad Chess      SpellTower

Top

About

Contact

Services

Account

HEARST *newspapers*   © 2025 Hearst Communications, Inc.   Terms of Use  |  Privacy Notice  |  CA Notice at Collection  |

Your CA Privacy Rights (Shine the Light)  |  DAA Industry Opt Out  |    Your Privacy Choices (Opt Out of Sale/Targeted Ads)