# **<u>Exhibit 64</u>**

Case 1:22-cv-06978-AS    Document 103-4    Filed 03/21/25    Page 2 of 6



**Play Live Radio**

HOURLY NEWS

LISTEN LIVE

MY PLAYLIST

**n p r**

DONATE



ANALYSIS    CONSIDER THIS FROM NPR

LISTEN & FOLLOW ▾

# As COVID-19 Cases Surge Again, Public Health Leaders See A Turning Point

MAY 6, 2022 · 5:00 PM ET

**11-Minute Listen**                    PLAYLIST        TRANSCRIPT



A Covid-19 testing van stands in Times Square on May 03, 2022 in New York City. Health officials announced on Monday that New York City will raise its COVID alert level to medium.

*Spencer Platt/Getty Images*

For a few months, it looked like COVID-19 was retreating in the United States. But cases are rising across the country again. Still, public health leaders are signaling

Case 1:22-cv-06978-AS    Document 103-4    Filed 03/21/25    Page 3 of 6

that the U.S. is turning another corner in this pandemic, and that continued COVID surges might just be part of the new normal.

NPR Science correspondent Michaeleen Doucleff reports on what the new Omicron variant could have in store for the U.S. in coming weeks and months, and what scientists know about Americans' COVID immunity.

Andy Slavitt, former senior advisor to President Joe Biden on COVID, explains what the "endemic phase" could look like.

In participating regions, you'll also hear a local news segment to help you make sense of what's going on in your community.

Email us at considerthis@npr.org.

*This episode was produced by Mallory Yu, Jason Fuller and Elena Burnett. It was edited by Ashley Brown, Vikki Valentine, Patrick Jarenwattananon and Courtney Dorning. Our executive producer is Cara Tallo.*

## More Stories From NPR

Case 1:22-cv-06978-AS   Document 103-4   Filed 03/21/25   Page 4 of 6



CONSIDER THIS FROM NPR
## Never give up - one Gaza boy's story trying to survive in Gaza

CONSIDER THIS FROM NPR
## Trump says the economy is in 'transition.' What comes after?

CONSIDER THIS FROM NPR
## Over a dozen lawsuits to stop DOGE data access are betting on a 1974 law

CONSIDER THIS FROM NPR
## The Trump administration's attacks on oversight of executive power

CONSIDER THIS FROM NPR
## Fentanyl deaths are plunging, but it's just the first step

CONSIDER THIS FROM NPR
## Republicans say Medicaid is safe. But budget math says otherwise

# Popular on NPR.org

TECHNOLOGY
## A Tesla protester targeted by Elon Musk speaks out: 'I have to protect myself'

THE AMERICAS
## What to know about CECOT, El Salvador's mega-prison for gang members

Case 1:22-cv-06978-AS   Document 103-4   Filed 03/21/25   Page 5 of 6

NATIONAL
## 2 separate cases place the immigration lens on Boston

CLIMATE
## Heat can age you as much as smoking, a new study finds

COVID 5 YEARS LATER
## How Alabama students went from last place to rising stars in math

SHOTS - HEALTH NEWS
## Measles remains a danger to health even years after an infection

## NPR Editors' Picks

LIFE, AFTER DIAGNOSIS
## Her cancer diagnosis made motherhood both harder and more sweet

THE AMERICAS
## Peruvian farmer goes head to head with German energy giant in climate test case

SCIENCE
## Researchers are rushing to build AI-powered robots. But will they work?

LIVING BETTER
## Here are 4 ways parents can help their teens be smart with screen time

BUSINESS
## Wholesale egg prices are going down. How soon will it affect your grocery bill?

MIDDLE EAST CRISIS — EXPLAINED
## Why are the Israel-Hamas ceasefire talks stuck? An explainer on the latest

| READ & LISTEN | CONNECT |
| --- | --- |
| **Home** | **Newsletters** |
| **News** | **Facebook** |
| **Culture** | **Instagram** |
| **Music** | **Press** |
| **Podcasts & Shows** | **Public Editor** |
| | **Corrections** |

Case 1:22-cv-06978-AS    Document 103-4    Filed 03/21/25    Page 6 of 6

# Contact & Help

ABOUT NPR

**Overview**

**Diversity**

**NPR Network**

**Accessibility**

**Ethics**

**Finances**

GET INVOLVED

**Support Public Radio**

**Sponsor NPR**

**NPR Careers**

**NPR Shop**

**NPR Events**

**NPR Extra**

terms of use

privacy

your privacy choices

text only

© 2025 npr