# Exhibit 69

Subscribe          Sign in

**DEVELOPING**                                                        8m ago

# Deluge of Sierra snowfall nearly broke a 1-day record

**Trending:**  Storm forecast  |  S.F. Tesla showroom  |  School district scandal  |  S.F. population decline  |  CSU ac

**BAY AREA // HEALTH**

# COVID cases in California are leveling off, but here's how BA.2 variant might change that

By **Erin Allday**,  Staff writer

Updated May 16, 2022 12:39 p.m.

  

Mask rules have eased in San Francisco. Health officials said they don't yet know how the BA.2 subvariant will affect cases.
Jessica Christian/The Chronicle



COVID cases in California are leveling off, but here's ho…

0:00                 1x     5:32   Everlit

After more than two months of dramatic decline, COVID cases are leveling off in the Bay Area and most of California while the BA.2 coronavirus subvariant supplants omicron as the dominant strain circulating in the western United States.

BA.2 now makes up roughly half of cases nationally and 60% of COVID cases in the western region, according to the U.S. Centers for Disease Control and Prevention, which released its latest variant analysis on Tuesday. Health officials said they don't yet know what impact the highly transmissible BA.2 will have on cases — or

3/13/25, 1:43 PM
Case 1:22-cv-06978-AS   Document 103-9   Filed 03/21/25   Page 4 of 10
COVID cases in California are leveling off, but here's how BA.2 variant might change that

subsequent hospitalization and death rates — in the weeks to come, especially in well-vaccinated places like the Bay Area. California officials hoped to see cases continue dropping, perhaps to levels reported last spring and early summer, but they may stabilize or climb again as BA.2 gains traction.

For now, the Bay Area is reporting between 550 and 700 new cases a day across all nine counties, about the same as during the brief lull between last fall's delta surge and when omicron took over in mid-December. That's still more than two or three times higher than last spring, when cases dropped below 200 a day.

ADVERTISEMENT

Article continues below this ad

## COVID News

Here's how to get COVID vaccines in the Bay Area as U.S. approves 2nd round of boosters for some



There's one big COVID rule still in place. Will we soon see isolation guidance change?



"We are looking across the whole pandemic at one of the calmest moments we've seen," Dr. Nicholas Moss, the Alameda County health officer, said in a briefing to the Board of Supervisors on Tuesday. "It's not clear yet when we will see increases due to BA.2, if at all. A spring wave due to BA.2 is still possible, and the timing and size are not yet clear."

Moss said he believes cases could drop a bit lower in Alameda County, but "we are no longer seeing substantial decreases."

In neighboring Contra Costa County, health officials are seeing similar trends, Anna Roth, director of county health, said in a Tuesday briefing to her Board of Supervisors. "While we're seeing more cases of what everyone's hearing about, BA.2, in our county, we don't see any signs of surge at this point."

Hospitalizations are continuing their steady decline across California, including in the Bay Area, though numbers are still double the pandemic low point last spring. There are fewer than 300 people hospitalized with COVID in the region, the lowest number since early December. Encouragingly, the number of COVID patients in intensive care is very close to the pandemic low: 45 people were in Bay Area ICUs as of Monday, just seven more than last spring. Several counties, including Alameda and San Francisco, have been at or below their COVID low points for ICU patients in recent days.

ADVERTISEMENT
Article continues below this ad

The intensive care numbers reflect the evolving shape of the pandemic, as the virus bumps against an increasingly immune population. Community immunity due to vaccination and previous infection may never reach levels high enough to completely wipe out the virus, but they're already blunting the severity of disease for most people. Health experts say they expect that trend to continue through whatever happens with BA.2 and subsequent variants.

Last year, community transmission of 8 to 10 or more cases per 100,000 residents seemed too unsafe to drop protective health measures like masks, said Stephen Shortell, former dean of the UC Berkeley School of Public Health. Now, 10 cases per 100,000 seems more palatable, given how few of those cases are winding up in the hospital or intensive care. The Bay Area is currently reporting about 7 to 9 cases per 100,000 a day.

"As a public health person, I would wish it to be a little lower," Shortell said. "But what it is now, and the fact that it isn't going up — people are getting used to that as the new normal. We've established a new marker of what people are comfortable with."

Health officials say they're keeping a close eye on what BA.2 is doing in other parts of the world, and especially places in Europe with vaccination rates similar to the U.S. But the scene there is patchwork, with some countries experiencing large spikes in new cases while others seem barely fazed by BA.2, said Dr. George Rutherford, a UCSF infectious disease expert. That makes it especially challenging to predict what may happen in the Bay Area.

3/13/25, 1:43 PM
Case 1:22-cv-06978-AS   Document 103-9   Filed 03/21/25   Page 7 of 10
COVID cases in California are leveling off, but here's how BA.2 variant might change that

"If you look at the Western European countries, half have been going up and half have been going down," said Rutherford, adding that the situation in Ukraine may further complicate efforts to contain the virus across Europe. "There is the great super-spreader event going on right now: the evacuation of Ukraine. Vaccination rates are very low in the neighboring countries and weren't great in Ukraine, either."

What happens in the Bay Area this spring and summer will depend on a wide variety of factors, experts said, including new variants emerging, the durability of immunity from vaccines and previous infection, people's behavior, and the will of health officials to enact more mitigation measures — such as putting mask mandates back in place.

Indeed, Moss told the county supervisors that local health officials are thinking about the conditions in which masks may be required again, though he didn't anticipate that happening soon. He suggested Bay Area counties may want to bring back mask mandates earlier than the CDC would advise under its recently updated guidance. But one area of uncertainty is how many people will abide by such mandates now, Moss said.

"We need to prepare for potentially lower local buy-in than we've seen in prior waves, just given pandemic fatigue and more of a patchwork of masking around the state," he said.

Erin Allday is a San Francisco Chronicle staff writer. Email: eallday@sfchronicle.com Twitter: @erinallday

March 29, 2022 | Updated May 16, 2022 12:39 p.m.

Case 1:22-cv-06978-AS   Document 103-9   Filed 03/21/25   Page 8 of 10



## Erin Allday
**STAFF WRITER**

Erin Allday covers gender and sexuality for the Chronicle. Previously, she was a longtime health writer with a focus on covering infectious diseases, including HIV/AIDS and the COVID pandemic. A Southern California native, Erin has lived in the Bay Area since graduating UC Berkeley. She joined the Chronicle in 2006.

---

### Top Of The News

**POLITICS**

# A principal's conviction shook this California town. Now it could bankrupt the school district

Carpinteria Unified argues it can't defend itself against the claims in four sexual abuse lawsuits, because everyone involved in the alleged crimes has died.

---

**COLLEGE ADMISSIONS**

Case 1:22-cv-06978-AS    Document 103-9    Filed 03/21/25    Page 9 of 10

# Charts show Cal State admissions rates for every California high school

**WEATHER FORECASTS**

# San Francisco to get downpours — and possibly hail. Here's a timeline

**SAN FRANCISCO**

# S.F. plans to open a new sober living project. Is more drug-free housing on the way?

**RESTAURANTS**

# This Bay Area chef is officially a power player, and his latest restaurant is a must-visit

**Let's Play**

 Cross|word     Flipart     Really Bad Chess     SpellTower

Top

About

Contact

Services

Account

HEARST *newspapers*    © 2025 Hearst Communications, Inc.    Terms of Use    |    Privacy Notice    |    CA Notice at Collection    |

Your CA Privacy Rights (Shine the Light) | DAA Industry Opt Out | ☑☒ Your Privacy Choices (Opt Out of Sale/Targeted Ads)

Your CA Privacy Rights (Shine the Light) | DAA Industry Opt Out | ☑☒ Your Privacy Choices (Opt Out of Sale/Targeted Ads)

Case 1:22-cv-06978-AS   Document 106-9   Filed 03/21/25   Page 10 of 10