# **Exhibit 72**

# CDC Rescinds Order Requiring Negative Pre-Departure COVID-19 Test Prior to Flight to the US

## Media Statement

For Immediate Release: Friday, June 10, 2022
**Contact:** Media Relations
(404) 639-3286

Today, CDC is announcing that the Order requiring persons to show a negative COVID-19 test result or documentation of recovery from COVID-19 before boarding a flight to the United States, will be rescinded, effective on June 12, 2022 at 12:01AM ET.

This means that starting at 12:01AM ET on June 12, 2022, air passengers will not need to get tested and show the COVID-19 test result or documentation of recovery from COVID-19 prior to boarding a flight to the U.S.

The COVID-19 pandemic has now shifted to a new phase, due to the widespread uptake of highly effective COVID-19 vaccines, the availability of effective therapeutics, and the accrual of high rates of vaccine- and infection-induced immunity at the population level in the United States. Each of these measures has contributed to lower risk of severe disease and death across the United States. As a result, this requirement which was needed at an earlier stage in the pandemic may be withdrawn.  CDC continues to recommend that those travelers boarding a flight to the U.S. get tested for current infection with a viral test as close to the time of departure as possible (no more than 3 days) and not travel if they are sick.

CDC continues to evaluate the latest science and state of the pandemic and will reassess the need for a testing requirement if the situation changes. CDC will communicate any updates publicly if and/or when they change.

###

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ↗

*CDC works 24/7 protecting America's health, safety and security. Whether disease start at home or abroad, are curable or preventable, chronic or acute, or from human activity or deliberate attack, CDC responds to America's most pressing health threats. CDC is headquartered in Atlanta and has experts located throughout the United States and the world.*

Last Reviewed: June 10, 2022