# Exhibit 84



**LITCHFIELD HILLS**
RESEARCH

Co-Diagnostics, Inc.                                    CODX: Rating Buy -$25.00 PT

---

**Action Summary – 15 August 2022**

Analyst Theodore R. O'Neill – Lowering estimates and price target post 2Q22 results - **Reiterate Buy rating and $25 PT, down from $29**

- **On August 11, after the close, the Company reported a down Y/Y quarter and the stock closed down 31% the next day.  While the market for its products may be down, it sure isn't out.** CODX reported 2Q22 EPS loss of $0.08 on $5MM of revenue.  Consensus was for an EPS gain of $0.10 on $19MM of revenue.  The $0.18 unfavorable EPS variance was due to lower sales and profit margin contribution, partially offset by lower expenses.
- **The rise in at home or point-of-care testing is on its way and we believe CODX is going to play a major role.**  With the need to manage multiple viruses now becoming a way of life for us all, it is only a matter of time before we go from spending for eight, at-home antigen tests/month, that your doctor doesn't accept as the standard of practice, to a home-based PCR system from CODX.
- **Enormous growth opportunity**.  The company is advancing the development of its low-cost, highly accurate, multiplexable Point-of-Care (POC) and at-home diagnostic PCR cartridge-based platform for a variety of diseases and COVID.  We expect it to enter clinical trials soon and we believe it will represent a major new growth vehicle for the company.
- We are lowering our 2022 and 2023 estimates but we still want to stress that CODX has extraordinary margins and a tiger-by-the-tail business.  Our 2022 revenue and EPS estimate decline to $41.2MM and $0.17, from $89.7MM and $0.86.  Our 2023 revenue and EPS estimates decline to $74MM and $0.55, respectively from $122MM and $1.19, respectively.
- **Shares appear to be undervalued selling for nearly book value of $4.32 and (0.7x EV/Sales) and** on discounted future earnings.

| 8/12 Closing price: $4.48 | Market cap: $151 million | 2023 PE: 8 | 2023 EV / Sales: 0.7 |
|---|---|---|---|
| Shares outstanding: 33.8 million | Insider ownership: 0.3% | Avg. 3-month trading volume: 600,000 | Dividend/Yield: NA/NA |

**GAAP estimates (EPS in dollars – Revenue in $ millions)**

| Period | EPS | Revenue | Op Margin |
|---|---|---|---|
| 1Q21A | $0.26 | $20.0 | 52% |
| 2Q21A | $0.33 | $27.4 | 43% |
| 3Q21A | $0.38 | $30.1 | 45% |
| 1Q21A | $0.25 | $20.4 | 51% |
| FY21A | $1.23 | $97.9 | 47% |
| | | | |
| 1Q22A | $0.34 | $22.7 | 43% |
| 2Q22A | ($0.08) | $5.0 | (83%) |
| 3Q22E | ($0.07) | $5.5 | (55%) |
| 4Q22E | ($0.03) | $8.0 | (15%) |
| FY22E | $0.17 | $41.2 | 3% |
| | | | |
| 1Q23E | $0.03 | $12.0 | 10% |
| 2Q23E | $0.14 | $18.0 | 32% |
| 3Q23E | $0.16 | $20.0 | 34% |
| 4Q23E | $0.22 | $24.0 | 39% |
| FY23E | $0.55 | $74.0 | 31% |

Note: Numbers may not add due to rounding.  See our full model at the back of this report.

**Cash balance (in millions)**

| | |
|---|---|
| 2020A | $47.3 |
| 2021A | $89.9 |
| 2022E | $95.5 |
| 2023E | $114.7 |

**Debt (in millions)**

| | |
|---|---|
| 2020A | $0.0 |
| 2021A | $0.0 |
| 2022E | $0.0 |
| 2023E | $0.0 |

**Adjusted EBITDA (in millions)**

| | |
|---|---|
| 2020A | $45.3 |
| 2021A | $52.1 |
| 2022E | $5.7 |
| 2023E | $23.5 |

Risks/Valuation

- Risks include: Regulatory approval, managing rapid growth
- Our $25.00 target is derived using a discounted future earnings model

**Company description**:  Co-Diagnostics, Inc. is developing robust and innovative molecular tools for the detection of infectious diseases, liquid biopsy for cancer screening, and agricultural applications.



Co-Diagnostics, Inc.                              CODX: Rating Buy -$25.00 PT

*Figure 1 – Co-Diagnostics, Inc. – 1-Year Trading snapshot*



*Source: FactSet*

## VALUATION METHODOLOGY

We believe CODX is undervalued and we support that belief with two valuation techniques, below. For the purposes of determining our price target we use a discounted future earnings model. The following valuation techniques are being used:

- The discounted value of all future earnings was used for our price target (see Figure 2)
- Valuation relative to peers (see Figure 3)

## Discounted Future Earnings – Basis for Price Target

Our 12-month price target of $25.00 is based on a discounted earnings model (see Figure 2)

Our valuation model sums up all earnings per share, discounted at 7.5% to arrive at a per share value. Note, this model understates future acquisitions, products or markets, probably understates the tax benefits, but offsetting that, the earnings never have a down year.

The implied share price in Figure 2 is $24.93 which we round up to $25.00.



Co-Diagnostics, Inc.                                        CODX: Rating Buy -$25.00 PT

*Figure 2 – Co-Diagnostics, Inc. – Discounted Future Earnings*

| | Discounted future earnings | $24.93 |
|---|---|---|
| Year | EPS | Discounted EPS |
| 2022 | $0.17 | $0.17 |
| 2023 | $0.55 | $0.51 |
| 2024 | $0.85 | $0.74 |
| 2025 | $1.15 | $0.93 |
| 2026 | $1.25 | $0.94 |
| 2027 | 1.40 | $0.98 |
| | Terminal Value: | $20.68 |

*Source: Litchfield Hills Research LLC*

## Valuation Relative to Peers

If we compare CODX to a simple average of its peers (Figure 3), the shares sell at a discount to all metrics. For full details, see our comparable table, Figure 5.

*Figure 3 – Co-Diagnostics, Inc. – Summary Discount to Peers*

| Consensus 2023 Metrics | EV / Sales | Sales Multiple | EV / EBITDA | PE |
|---|---|---|---|---|
| Peers | 6.26 | 7.90 | 18.27 | 25.11 |
| CODX | 0.68 | 2.05 | 2.13 | 8.15 |
| **Discount to Peers** | **89%** | **74%** | **88%** | **68%** |

*Source: Litchfield Hills Research LLC and FactSet*

## Quarterly Results

CODX reported 2Q22 EPS loss of $0.08 on $5MM of revenue. Consensus was for an EPS gain of $0.10 on $19MM of revenue. The $0.18 unfavorable EPS variance was due to lower sales and profit margin contribution, partially offset by lower expenses (see Figure 4.). The figure 4 variance analysis is a comparison to our estimates alone but the variance is close to the same as consensus.

© 2022 Litchfield Hills Research LLC, 79 Belgo Road, Lakeville, CT 06039, www.HillsResearch.com | analyst: theodore@HillsResearch.com 860-435-0150 *
Important disclosures can be found at the back of this report



Co-Diagnostics, Inc.                                    CODX: Rating Buy -$25.00 PT

*Figure 4 – Co-Diagnostics, Inc. – Quarterly Variance Analysis ($000)*

|  | 2022 Q2E | 2022 Q2A | Better/(worse) than forecast |
|---|---|---|---|
| **Income Statement** |  |  |  |
| Total Revenue | $21,000 | $5,023 | ($15,977) |
| Total cost of revenue | 4,200 | 915 | 3,285 |
| Total Gross Profit | 16,800 | 4,108 | (12,692) |
| Operating expenses: |  |  |  |
| Selling and marketing | 3,500 | 1,472 | 2,028 |
| Administrative and general | 3,400 | 2,468 | 932 |
| R&D | 3,300 | 3,890 | (590) |
| Depreciation and amortization | 50 | 424 | (374) |
| Total Expenses | 10,250 | 8,255 | 1,995 |
| Earnings (loss) from Operations | 6,550 | (4,147) | (10,697) |
| Total Other income/(expense) | 100 | 719 | 619 |
| Earnings before taxes | 6,650 | (3,428) | (10,078) |
| Tax expense/(benefit) | 1,397 | (742) | 2,138 |
| Net income | $5,254 | ($2,686) | ($7,940) |
| EPS | $ 0.15 | $ (0.08) | ($0.23) |
| Diluted common shares | 35,000 | 33,472 | (1,528) |

*Source: Company filings and Litchfield Hills Research LLC*

## Guidance and Financial Forecasts

The company provided no guidance.



Co-Diagnostics, Inc.                              CODX: Rating Buy -$25.00 PT

*Figure 5 – Co-Diagnostics, Inc. – Comp Table*

| FactSet Ticker | Company Name | Closing Price | Market Cap $MM | EV $MM | EV /Sales | Market Cap / Sales | EV / EBITDA | PE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2023 Consensus Multiples | | |
| RO-CH | Roche Holding Ltd (Ordinary) | $408.15 | 277,920 | 296,014 | 5.32 | 3.98 | 13.24 | 17.94 |
| DHR-US | Danaher | $297.75 | 216,597 | 236,897 | 7.50 | 6.87 | 21.51 | 27.57 |
| ABT-US | Abbott Laboratories (US Listing) | $111.48 | 195,226 | 204,510 | 5.09 | 4.82 | 18.38 | 23.80 |
| SIE-DE | Siemens AG (DE Listing) | $114.57 | 97,388 | 140,970 | 1.91 | 1.32 | 11.20 | 13.07 |
| IDXX-US | Idexx Laboratories Inc | $396.43 | 33,004 | 35,023 | 9.70 | 9.05 | 29.24 | 41.10 |
| ILMN-US | Illumina | $208.33 | 32,728 | 33,970 | 6.11 | 5.90 | 31.34 | 48.58 |
| HOLX-US | Hologic Inc | $72.99 | 18,222 | 18,942 | 4.98 | 4.75 | 15.05 | 20.93 |
| QGEN-US | Qiagen N.V. (Foreign) | $49.92 | 11,336 | 12,103 | 5.73 | 5.34 | 15.75 | 22.84 |
| GH-US | Guardant Health Inc. | $54.18 | 5,538 | 6,052 | 9.81 | 9.00 | | |
| FLGT-US | Fulgent Genetics Inc | $52.41 | 1,586 | 1,166 | 3.21 | 4.37 | 22.01 | NMF |
| 096530-KF | Seegene Inc. | $27.95 | 1,460 | 986 | 2.03 | 2.91 | 4.99 | 10.15 |
| BNGO-US | BioNano Genomics, Inc. | $3.60 | 1,045 | 851 | 17.90 | 22.19 | | |
| HLTH-US | Cue Health Inc. | $4.54 | 669 | 364 | 0.94 | 1.71 | | |
| AXDX-US | Accelerate Diagnostics Inc. | $2.12 | 168 | 212 | 13.23 | 10.94 | | |
| ENZ-US | Enzo Biochem Inc | $2.67 | 130 | 119 | | | | |
| BMRA-US | Biomerica Inc | $3.09 | 40 | 31 | | | | |
| CEMI-US | Chembio Diagnostics Inc. | $0.86 | 26 | 29 | | | | |
| TLIS-US | Talis Biomedical Corp. | $0.80 | 21 | (111) | | 12.22 | | |
| GBS-US | GBS Inc. | $0.71 | 11 | (0) | | 28.58 | | |
| THMO-US | ThermoGenesis Holdings, Inc. | $0.24 | 8 | 9 | 0.48 | 0.42 | | |
| | **AVERAGE** | | | | 6.26 | 7.90 | 18.27 | 25.11 |
| | | | | | | | | |
| CODX-US | Co-Diagnostics, Inc. | $4.48 | 151 | 50 | 0.68 | 2.05 | 2.13 | 8.15 |
| | | | | | | | | |
| | **CODX Discount to peers:** | | | | **-89%** | **-74%** | **-88%** | **-68%** |

*Source: Litchfield Hills Research LLC and FactSet*

© 2022 Litchfield Hills Research LLC, 79 Belgo Road, Lakeville, CT 06039, www.HillsResearch.com | analyst: theodore@HillsResearch.com 860-435-0150 * Important disclosures can be found at the back of this report



Co-Diagnostics, Inc.                                    CODX: Rating Buy -$25.00 PT

*Figure 6 – Co-Diagnostics, Inc. – Income Statement ($000)*

| December ending year | 2019 Year | 2020A Year | 2021A Year | Q1A | Q2A | Q3E | Q4E | 2022E Year | Q1E | Q2E | Q3E | Q4E | 2023E Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenue | $215 | $74,553 | $97,886 | $22,699 | $5,023 | $5,500 | $8,000 | $41,222 | $12,000 | $18,000 | $20,000 | $24,000 | $74,000 |
| *Y/Y growth* | | | *31%* | *13%* | *-82%* | *-82%* | *-61%* | *-58%* | *-47%* | *258%* | *264%* | *200%* | *80%* |
| | | | | | | | | | | | | | |
| Cost of Goods | 112 | 16,591 | 11,575 | 3,282 | 915 | 1,100 | 1,600 | 6,897 | 2,400 | 3,600 | 4,000 | 4,800 | 14,800 |
| Gross Profit | 103 | 57,961 | 86,311 | 19,417 | 4,108 | 4,400 | 6,400 | 34,325 | 9,600 | 14,400 | 16,000 | 19,200 | 59,200 |
| | | | | | | | | | | | | | |
| Selling and marketing | 1,062 | 4,665 | 13,398 | 2,652 | 1,472 | 1,500 | 1,750 | 7,374 | 2,000 | 2,500 | 3,000 | 3,500 | 11,000 |
| Administrative and general | 3,497 | 8,279 | 11,551 | 2,922 | 2,468 | 2,400 | 2,500 | 10,291 | 3,000 | 2,700 | 2,800 | 2,900 | 11,400 |
| R&D | 1,371 | 3,185 | 14,962 | 3,771 | 3,890 | 3,500 | 3,300 | 14,461 | 3,400 | 3,400 | 3,400 | 3,400 | 13,600 |
| Depreciation and amortizat | 66 | 139 | 335 | 247 | 424 | 50 | 50 | 772 | 50 | 50 | 50 | 50 | 200 |
| Total Operating Expenses | 5,996 | 16,268 | 40,246 | 9,593 | 8,255 | 7,450 | 7,600 | 32,898 | 8,450 | 8,650 | 9,250 | 9,850 | 36,200 |
| | | | | | | | | | | | | | |
| Operating Income | (5,894) | 41,694 | 46,065 | 9,824 | (4,147) | (3,050) | (1,200) | 1,427 | 1,150 | 5,750 | 6,750 | 9,350 | 23,000 |
| Operating Margin | NMF | 56% | 47% | 43% | -83% | -55% | -15% | 3% | 10% | 32% | 34% | 39% | 31% |
| Total Other Items | (302) | 875 | (429) | 3,277 | 719 | 100 | 100 | 4,196 | 100 | 100 | 100 | 100 | 400 |
| Pre-Tax Income | (6,196) | 42,569 | 45,636 | 13,101 | (3,428) | (2,950) | (1,100) | 5,623 | 1,250 | 5,850 | 6,850 | 9,450 | 23,400 |
| Taxes (benefit) | 0 | 91 | 8,977 | 1,386 | (742) | (620) | (231) | (206) | 263 | 1,229 | 1,439 | 1,985 | 4,914 |
| Tax Rate | 0.0% | 0.2% | 19.7% | 10.6% | 21.6% | 21.0% | 21.0% | -3.7% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| | | | | | | | | | | | | | |
| Net Income (loss) | ($6,196) | $42,479 | $36,659 | $11,715 | ($2,686) | ($2,331) | ($869) | $5,829 | $988 | $4,622 | $5,412 | $7,466 | $18,486 |
| | | | | | | | | | | | | | |
| EPS, as reported | ($0.37) | $1.52 | $1.23 | $0.34 | ($0.08) | ($0.07) | ($0.03) | $0.17 | $0.03 | $0.14 | $0.16 | $0.22 | $0.55 |
| | | | | | | | | | | | | | |
| Diluted Shares Outstanding | 16,757 | 28,000 | 29,904 | 34,711 | 33,472 | 33,482 | 33,492 | 33,790 | 33,502 | 33,512 | 33,522 | 33,532 | 33,517 |

*Source: Company reports and Litchfield Hills Research LLC*

© 2022 Litchfield Hills Research LLC, 79 Belgo Road, Lakeville, CT 06039, www.HillsResearch.com | analyst: theodore@HillsResearch.com 860-435-0150 * Important disclosures can be found at the back of this report



Co-Diagnostics, Inc.          CODX: Rating Buy -$25.00 PT

*Figure 7 – Co-Diagnostics, Inc. – Balance Sheet ($000)*

| December ending year | FY2023E | FY2022E | FY2021A | FY2020A |
|---|---|---|---|---|
| | | | | |
| | | | | |
| **Balance sheet** | | | | |
| Current Assets | | | | |
| Cash and S.T.I. | $114,719 | $95,533 | $89,863 | $47,312 |
| Accounts receivable | 24,000 | 15,000 | 20,839 | 12,137 |
| Inventories | 5,000 | 4,000 | 2,004 | 7,995 |
| Other assets | 4,000 | 3,000 | 2,413 | 369 |
| **Total Current Assets** | **147,719** | **117,533** | **115,119** | **67,813** |
| | | | | |
| Net PP&E | 2,800 | 2,500 | 1,933 | 950 |
| Other non-current assets | 44,000 | 44,000 | 42,982 | 2,474 |
| **Total Assets** | **$194,519** | **$164,033** | **$160,034** | **$71,237** |
| | | | | |
| Current Liabilities | | | | |
| Accounts payable | $2,000 | $1,000 | $608 | $598 |
| Accrued expenses | 7,000 | 2,000 | 3,860 | 2,970 |
| Other current liabilities | 10,000 | 8,000 | 8,130 | 495 |
| **Total current liabilities** | **19,000** | **11,000** | **12,598** | **4,063** |
| | | | | |
| Conv. and Long Term Debt | 0 | 0 | 0 | 0 |
| Other non-current | 12,000 | 9,000 | 12,962 | 478 |
| **Total Liabilities** | **31,000** | **20,000** | **25,559** | **4,541** |
| | | | | |
| Stockholders' Equity | | | | |
| Preferred stock | 0 | 0 | 0 | 0 |
| Common stock | 35 | 35 | 34 | 29 |
| Additional paid-in-capital | 85,000 | 84,000 | 80,272 | 49,157 |
| Retained earnings | 78,484 | 59,998 | 54,169 | 17,511 |
| Cum. trans. adj. and treasury stock | 0 | 0 | 0 | 0 |
| Total stockholders' equity | 163,519 | 144,033 | 134,475 | 66,697 |
| **Total Liabilities and equity** | **$194,519** | **$164,033** | **$160,034** | **$71,237** |

*Source: Company reports and Litchfield Hills Research LLC*

Co-Diagnostics, Inc.         CODX: Rating Buy -$25.00 PT

*Figure 8 – Co-Diagnostics, Inc. – Cash Flow ($000)*

| | 2023E | 2022E | 2021E | 2020A | 2019A |
|---|---|---|---|---|---|
| Net Income | $18,486 | $5,829 | $36,659 | $42,479 | ($6,196) |
| Accounts receivable | (9,000) | 5,839 | (8,702) | (12,005) | (118) |
| Inventories | (1,000) | (1,996) | 5,991 | (7,798) | (179) |
| Other assets | (1,000) | (587) | (2,044) | (6) | (292) |
| PP&E | (300) | (567) | (984) | (753) | (41) |
| Other non-current | 0 | (1,018) | (40,507) | (2,040) | (89) |
| | | | | | |
| Accounts payable | 1,000 | 392 | 9 | 592 | (143) |
| Accrued expenses | 5,000 | (1,860) | 890 | 2,649 | 26 |
| | | | | | |
| Other current liabilities | 2,000 | (130) | 7,635 | 494 | (1,907) |
| Conv. and Long Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other non-current | 3,000 | (3,962) | 12,484 | 328 | (110) |
| | | | | | |
| Preferred stock | 0 | 0 | 0 | 0 | 0 |
| Common stock | 0 | 1 | 5 | 11 | 4 |
| Additional paid-in-capital | 1,000 | 3,728 | 31,115 | 22,470 | 9,065 |
| Stock subscription receivable | 0 | 0 | 0 | 0 | 0 |
| Other | | | | | (78) |
| Total Cash Flow | $19,186 | $5,671 | $42,550 | $46,419 | ($57) |

*Source: Litchfield Hills Research LLC*

**Disclosures:**

**Analyst Certification**
We, the Litchfield Hills Research Department, hereby certify that the views expressed in this research report accurately reflect our personal views about the subject company and the underlying securities.

**FINRA Compliant Research Report**
We, the Litchfield Hills Research Department, hereby certify that this report is compliant with FINRA research rules 2241, 3110, the analyst is registered with FINRA and the report has been reviewed by a Supervisory Analyst.

**MiFID II Compliant Research Report**
Our research is classified as minor non-monetary benefit under MiFID II. This applies to all forms of transmission, including email, website and financial platforms such as Bloomberg, FactSet, S&P Global, Refinitiv and 13 others. We do not seek payment from the asset management community and do not have any execution function. Investors can continue to receive our research under the MiFID II regime without the need for a contract for services to be put in place. This applies to all forms of transmission, including email, website and financial platforms.

**Litchfield Hills Research LLC Rating System**

**BUY:** We expect the stock to provide a total return of 15% or more within a 12-month period.
**HOLD:** We expect the stock to provide a total return of negative 15% to positive 15% within a 12-month period.
**SELL:** We expect the stock to have a negative total return of more than 15% within a 12-month period.
Total return is defined as price appreciation plus dividend yield.

**Other Disclosures**
Litchfield Hills Research, LLC ("LHR") is not a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission nor a member of Financial Industry Regulatory Authority. The principal of LHR and publisher of this report, Theodore R. O'Neill, is a registered representative of Ascendant Capital Markets, LLC ("Ascendant"), a registered broker-dealer and FINRA member firm. Ascendant considers Mr. O'Neill's association with LHR to be an "outside business activity" and is disclosed as such with FINRA. This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject LHR or any divisions, subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction.



Co-Diagnostics, Inc.                    CODX: Rating Buy -$25.00 PT

All material presented in this report, unless specifically indicated otherwise, is under copyright to LHR and the subject company. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of LHR or the subject company. All trademarks, service marks and logos used in this report are trademarks, service marks, registered trademarks, or service marks of LHR or its affiliates. The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. LHR may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable, appropriate to your individual circumstances, or otherwise constitutes a personal recommendation to you. LHR does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. LHR believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in this report were obtained or derived from sources LHR believes are reliable, but LHR makes no representations as to their accuracy or completeness.

**Ownership and Material Conflicts of Interest**
The analyst owns no shares of the subject company.  The analyst and his family have no known material conflicts of interest in authoring this report.  No employees of Ascendiant Capital Markets, LLC own any material amount of CODX stock or have any influence on the CODX Board of Directors.

**Investment Banking and Fees for Services**
Litchfield Hills Research has not received compensation for advisory or investment banking services from the Company in the past 12 months.  Ascendiant Capital Markets, LLC has not received compensation for advisory or investment banking services from the Company in the past 12 months.  Litchfield Hills Research LLC has received compensation from the company for distribution and investor targeting services.  Ascendiant Capital Markets, LLC has not received compensation for non-investment banking services from the Company in the past 12 months.

**Market Making**
Neither Litchfield Hills Research, LLC nor Ascendiant Capital Markets, LLC makes a market in the subject company's securities.

Additional information is available upon request. LHR accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to LHR. This report is not to be relied upon in substitution for the exercise of independent judgment.