# **Exhibit 87**

March 25, 2022 | Morning Meeting Note
Earnings Release

**Sidoti & Company, LLC**
Member FINRA & SIPC

# Co-Diagnostics, Inc.  (CODX)

### 4Q:21 EPS Doubles Our Estimate; Clinical Trial For YourTest Point-Of-Care System Delayed A Few Months; Still Expect EPS Rebound In 2023; Maintain $14 Price Target, BUY Rating

| | 2020 | 2021 OLD | 2021 NEW | 2022E OLD | 2022E NEW | 2023E OLD | 2023E NEW |
|---|---|---|---|---|---|---|---|
| Mar. | ($0.05) | $0.26A | | $0.07 | $0.17 | $0.06 | |
| June | 0.51 | 0.33A | | (0.00) | | 0.08 | |
| Sep. | 0.53 | 0.38A | | 0.02 | | 0.14 | |
| Dec. | 0.43 | 0.12 | 0.25A | 0.08 | | 0.18 | |
| | | | | | | | |
| EPS | $1.52 | $1.10 | $1.22A | $0.16 | $0.26 | $0.45 | |
| | | | | | | | |
| P/E | | | | 25.0x | 14.5x | | |

Note: 2020-2023E include $0.05 of annual stock-based compensation expense. Sum of quarterly data may not equal full-year total due to rounding and/or changes in share count. NC=Not covered by Sidoti & Company, LLC

| Year | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|
| Rev.(Mil.) | N/A | N/A | N/A | N/A | $0.0 | $0.2 | $74.6 | $97.9 | $75.0 | $83.0 |
| GAAP EPS | N/A | N/A | N/A | N/A | ($0.50) | ($0.37) | $1.52 | $1.22 | $0.26 | $0.45 |

**Description:** Co-Diagnostics, Inc. (www.codiagnostics.com) was founded in 2013 and has developed innovative molecular tools for detection of infectious diseases and for cancer screening. Its diagnostic systems can complete rapid low-cost molecular testing for organism and genetic diseases by automating historically complex procedures. The company has also develped a point-of-care system that can provide test results in a non-laboratory setting in less than 30 minutes. Headquarters are in Salt Lake City, Utah.

- As expected, December-quarter sales declined 25% to $20.4 million from an unusually strong 4Q:20 when demand for COVID-19 tests was peaking.

- As a result of the lower revenue and a higher tax rate, EPS declined to $0.25 from $0.43 in 4Q:20 but was more than double our $0.12 estimate due to better-than-expected operating margin.

- The start of the trial for the YourTest™ PCR point-of-care systems has been delayed a few months as the company adapts the product to work with nasal swabs; we still expect approval by the end of 2022.

- Success of the COVID-19 test likely opens opportunities for Co-Diagnostic's other diagnostic products with the major distributors that service large screening centers and diagnostic labs.

- For 1Q:22 the company expects revenue of $21-$22 million and EPS of $0.17-$0.20, prompting estimate revisions to $27 million (from $21 million) and EPS to $17 (from $0.07) for the quarter and a higher 2022 EPS target of $0.26 (from $0.16).

- We continue to forecast EPS will rebound to $0.45 in 2023 as YourTest systems gain traction and regulatory and launch costs decline.

- At the end of 2021, CODX had $90 million in cash and no debt.  Earlier this month, a $30 million share repurchase program was authorized.

- We maintain a BUY rating and $14 price target, based on 30x our 2023 EPS estimate of $0.45

**4Q:21 EPS declined to $0.25 from $0.43 in 4Q:20 but were double our estimate.** As expected, December-quarter revenue declined 25% to $20.4 million from 4Q:20, when cases of the Delta variant were peaking.  Despite lower revenue, gross margin widened to 87.8% from 84.1% due to a shift in sales mix toward higher-profit reagents.  With an increased tax rate of 27% (from 19% in 4Q:20), EPS declined to $0.25 from $0.43. We think the need for some screening will continue in the next few years as new COVID-19 variants emerge. After being one of the first to win approval for a COVID-19 test, the company has developed a

## BUY
Price Target: $14
Price: $6.51

**James Sidoti**
(212) 453-7056
(jsidoti@sidoti.com)

### Key Statistics

| | |
|---|---|
| Analysts Covering | 4 |
| Market Cap (Mil) | $190 |
| Enterprise Value | $111 |
| 52-Week Range (NASDAQ) | 13-5 |
| 5-Year EPS CAGR | 25% |
| Avg. Daily Trading Volume | 625,000 |
| Shares Out (Mil) | 28.895 |
| Float Shares (Mil) | 28.784 |
| Insider Ownership | 6% |
| Institutional Holdings | 30% |
| Annualized Dividend | Nil |
| Dividend Yield | N/A |
| FCF Per Share (2023E) | $0.51 |
| FCF Yield (2023E) | 7.8% |
| Net Cash Per Share (2023E) | $3.39 |
| Price to Book Value | 1.8x |
| Return on Equity (2023E) | 9.7% |
| Total Debt to Capital | Nil |
| Interest Coverage Ratio | N/A |
| Short Interest % | 5.3% |
| Short Interest Days To Cover | 3.3 |
| Russell 2000 | 2,075 |
| Russell 2000 – Last 12 Months | -6.1% |
| CODX – Last 12 Months | -53.9% |



22-Mar-2019 to 23-Mar-2022 (Daily)

— Co-Diagnostics, Inc.

Source: FactSet Prices

Required disclosures appear on page 6
Analyst certification appears on page 7

1177 Avenue of the Americas · 5th Floor
New York, NY 10036

Phone: 212-297-0001
www.sidoti.com

reputation for being a quality supplier of reagents, along with relationships with several major distributors of diagnostic supplies. Co-Diagnostics is now approved to supply reagents in more than 50 countries. We expect the company to introduce its tests for malaria, hepatitis B, hepatitis C, human papillomavirus (HPV), Chikungunya and Dengue fever through these channels and estimate that sales of these reagents will partially offset the decline in demand for COVID-19 test kits. Based on the 4Q:21 performance and 1Q:22 guidance, we raise our 2022 EPS estimate to $0.26 (from $0.16).

**The company is in the final stages of developing a unique point-of-care PCR test system for multiple diseases.** Co-Diagnostics' current test must be completed in a clinical lab using standard diagnostic equipment designed to run samples in large batches. The company is developing YourTest PCR, a portable system that can complete a large menu of tests, including the presence of genetic material for COVID-19, on a single patient sample taken in the home or an office. The systems are expected to be more accurate than current point-of-care antigen tests. Using YourTest PCR, the patient places a saliva sample into a receptable tube and places the tube into the device. The system provides results to a smartphone app in about 30 minutes. The company is now adapting the device to work with nasal swabs in addition to saliva samples so that it can be used to diagnose a wider variety of infectious diseases.  The changes have delayed the start of the clinical trial a few months, but we still expect approval before year-end. We assume that the company introduces YourTest PCR in 4Q:22, with sales ramping over the ensuing quarters. By 2023, we estimate total revenue will advance 11% to $83 million as YourTest PCR gains traction and company's non-COVID-19 tests gains share. On these assumptions, we forecast 2023 EPS of $0.45.

**Operating cash flow will fund expansion through at least 2023, as we see it.** At the end of 2021, the company had $89 million ($2.80 per share) in cash and equivalents and no long-term debt. We expect the operating margin to narrow in 2022 as COVID-19 testing levels off and the company introduces YourTest PCR, before a rebound in 2023 as R&D costs subside. We model capital spending of about $1 million annually. On these assumptions, we project free cash flow of $11 million ($0.31 per share) in 2022 and $18 million ($0.51 per share) in 2023. Earlier this month, a $30 million share repurchase program was announced.

**Exhibit 1. Co-Diagnostics 4Q:21 Results and Variance**

|  | 4Q:21 Actual | 4Q:21 Estimate | Variance | % change | 4Q:20 pro forma | Variance | % change |
|---|---|---|---|---|---|---|---|
| Revenue (thousands) | $20,401 | $21,000 | ($599) | -2.9% | $27,145 | ($6,744) | -24.8% |
| Gross Profit | $17,915 | $17,640 | $275 | 1.6% | $22,832 | ($4,917) | -21.5% |
| Gross Margin | 87.8% | 84.0% |  |  | 84.1% |  |  |
| Operating Income | $10,309 | $4,546 | $5,763 | 126.8% | $16,029 | ($5,720) | -35.7% |
| Operating Margin | 50.5% | 21.6% |  |  | 59.0% |  |  |
| Pretax Income | $10,244 | $4,557 | $5,687 | 124.8% | $15,812 | ($5,568) | -35.2% |
| Net Income | $7,498 | $3,645 | $3,853 | 105.7% | $12,807 | ($5,309) | -41.5% |
| Diluted EPS | $0.25 | $0.12 | $0.13 | 108.3% | $0.43 | ($0.18) | -41.9% |

Sources: Sidoti & Co., LLC and company reports

| Valuation | **We maintain our $14 price target and BUY rating.** Though net income should slow in 2022 as COVID-19 testing levels off, we expect sales and earnings to rebound in 2023 with the launch of the new point-of-care system. To value the stock, we apply a 30x multiple to our 2023 EPS estimate of $0.45 to yield a $14 price target. This multiple is consistent with other equities in our medical device universe and represents a 20% premium to our five-year EPS CAGR forecast of 25%. Such a premium is warranted due to the company's dependable revenue stream, full new-product pipeline and expertise in identifying new markets for diagnostic tests and equipment. Citing the more than 100% upside this target implies, we maintain a BUY rating on Co-Diagnostics, Inc. stock. |
|---|---|
| Key Risks | Delays in new product approvals |

CO-DIAGNOSTICS, INC.

**Table 1.  Co-Diagnostics Inc. Income Statement**

| | 2019A | MarchA | JuneA | SeptA | DecA | 2020A | MarchA | JuneA | SeptA | DecA | 2021A | March | June | Sept | Dec | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 214,974 | 1,548,528 | 24,040,274 | 21,818,753 | 27,145,203 | 74,552,758 | 20,024,769 | 27,358,140 | 30,101,353 | 20,401,341 | 97,885,603 | 21,000,000 | 16,000,000 | 18,000,000 | 20,000,000 | 75,000,000 | 83,000,000 |
| Year-over-year | NM | NM | NM | NM | NM | NM | NM | 13.8% | 38.0% | -24.8% | 31.3% | 4.9% | -41.5% | -40.2% | -2.0% | -23.4% | 10.7% |
| Cost of revenue | 112,431 | 481,740 | 5,975,305 | 5,821,281 | 4,313,020 | 16,591,346 | 3,272,565 | 2,504,355 | 3,311,255 | 2,486,769 | 11,574,944 | 3,150,000 | 3,520,000 | 4,140,000 | 4,400,000 | 15,210,000 | 14,880,000 |
| Gross profit | 102,543 | 1,066,788 | 18,064,969 | 15,997,472 | 22,832,183 | 57,961,412 | 16,752,204 | 24,853,785 | 26,790,098 | 17,914,572 | 86,310,659 | 17,850,000 | 12,480,000 | 13,860,000 | 15,600,000 | 59,790,000 | 68,120,000 |
| Gross margin | 47.7% | 68.9% | 75.1% | 73.3% | 84.1% | 77.7% | 83.7% | 90.8% | 89.0% | 87.8% | 88.2% | 85.0% | 78.0% | 77.0% | 78.0% | 79.7% | 82.1% |
| Sales and marketing | 1,061,676 | 268,483 | 390,191 | 798,474 | 3,207,965 | 4,665,113 | 1,197,546 | 5,853,313 | 4,253,091 | 2,093,863 | 13,397,813 | 2,800,000 | 4,000,000 | 4,500,000 | 4,500,000 | 15,800,000 | 20,000,000 |
| % of sales | 493.9% | 17.3% | 1.6% | 3.7% | 11.8% | 6.3% | 6.0% | 21.4% | 14.1% | 10.3% | 13.7% | 13.3% | 25.0% | 25.0% | 22.5% | 21.1% | 24.1% |
| General and administration | 3,497,273 | 1,459,484 | 2,191,034 | 2,203,417 | 2,424,799 | 8,278,734 | 2,935,689 | 2,468,433 | 2,919,498 | 3,226,995 | 11,550,615 | 4,000,000 | 4,000,000 | 4,500,000 | 4,500,000 | 17,000,000 | 16,000,000 |
| % of sales | 1626.8% | 94.2% | 9.1% | 10.1% | 8.9% | 11.1% | 14.7% | 9.0% | 9.7% | 15.8% | 11.8% | 19.0% | 25.0% | 25.0% | 22.5% | 22.7% | 19.3% |
| Research and development | 1,371,433 | 400,022 | 750,249 | 921,889 | 1,113,130 | 3,185,290 | 2,217,063 | 4,669,160 | 5,893,350 | 2,182,343 | 14,961,916 | 4,000,000 | 4,500,000 | 4,000,000 | 3,000,000 | 15,500,000 | 12,000,000 |
| % of sales | 638.0% | 25.8% | 3.1% | 4.2% | 4.1% | 4.3% | 11.1% | 17.1% | 19.6% | 10.7% | 15.3% | 19.0% | 28.1% | 22.2% | 15.0% | 20.7% | 14.5% |
| Depreciation and amortization | 65,902 | 20,748 | 25,218 | 35,490 | 57,179 | 138,635 | 67,005 | 71,714 | 94,038 | 102,606 | 335,363 | 94,038 | 94,038 | 94,038 | 94,038 | 376,152 | 376,152 |
| Total operating expenses | 5,996,284 | 2,148,737 | 3,356,692 | 3,959,270 | 6,803,073 | 16,267,772 | 6,417,303 | 13,062,620 | 13,159,977 | 7,605,807 | 40,245,707 | 10,894,038 | 12,594,038 | 13,094,038 | 12,094,038 | 48,676,152 | 48,376,152 |
| Income from operations | (5,893,741) | (1,081,949) | 14,708,277 | 12,038,202 | 16,029,110 | 41,693,640 | 10,334,901 | 11,791,165 | 13,630,121 | 10,308,765 | 46,064,952 | 6,955,962 | (114,038) | 765,962 | 3,505,962 | 11,113,848 | 19,743,848 |
| Operating margin | -2741.6% | -69.9% | 61.2% | 55.2% | 59.0% | 55.9% | 51.6% | 43.1% | 45.3% | 50.5% | 47.1% | 33.1% | -0.7% | 4.3% | 17.5% | 14.8% | 23.8% |
| Interest income | 36,652 | 7,575 | 38,173 | 29,992 | 21,475 | 97,215 | 14,657 | 10,529 | 11,379 | 9,066 | 45,631 | 11,000 | 11,000 | 11,000 | 11,000 | 44,000 | 44,000 |
| Interest expenses | (106,437) | 0 | 0 | 0 | | | | | | | | | | | | | |
| Gain (loss) on disposition of assets | 850 | 0 | 0 | 0 | | (175) | 0 | 0 | 0 | (44,355) | (44,355) | 0 | 0 | 0 | 0 | 0 | 0 |
| Gain (loss) on equity method investment in joint venture | (232,881) | 9,181 | 258,559 | 748,557 | (237,912) | 778,385 | (464,943) | 128,595 | (64,940) | (29,145) | (430,433) | 0 | 0 | 0 | 0 | 0 | 0 |
| Total other income | (301,816) | 16,756 | 296,732 | 778,549 | (216,612) | 875,425 | (450,286) | 139,124 | (53,561) | (64,434) | (429,157) | 11,000 | 11,000 | 11,000 | 11,000 | 44,000 | 44,000 |
| Income (loss) before taxes | (6,195,557) | (1,065,193) | 15,005,009 | 12,816,751 | 15,812,498 | 42,569,065 | 9,884,615 | 11,930,289 | 13,576,560 | 10,244,331 | 45,635,795 | 6,966,962 | (103,038) | 776,962 | 3,516,962 | 11,157,848 | 19,787,848 |
| Income tax | | 0 | 0 | (2,914,781) | 3,005,317 | 90,536 | 1,985,640 | 2,145,076 | 2,100,594 | 2,745,921 | 8,977,231 | 1,393,392 | (20,608) | 155,392 | 703,392 | 2,231,570 | 3,957,570 |
| Tax rate | 0.0% | 0.0% | 0.0% | NM | 19.0% | 0.2% | 20.1% | 18.0% | 15.5% | 26.8% | 19.7% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Net income | (6,195,557) | (1,065,193) | 15,005,009 | 15,731,532 | 12,807,181 | 42,478,529 | 7,898,975 | 9,785,213 | 11,475,966 | 7,498,410 | 36,658,564 | 5,573,570 | (82,430) | 621,570 | 2,813,570 | 8,926,278 | 15,830,278 |
| Earnings per share | ($0.37) | ($0.05) | $0.51 | $0.53 | $0.43 | $1.52 | $0.26 | $0.33 | $0.38 | $0.25 | $1.22 | $0.17 | ($0.00) | $0.02 | $0.08 | $0.26 | $0.45 |
| Weighted average shares outstanding | 16,756,912 | 22,820,450 | 29,152,222 | 29,591,792 | 29,591,792 | 28,000,341 | 30,002,729 | 29,741,265 | 29,952,690 | 29,952,690 | 29,952,690 | 33,000,000 | 33,000,000 | 35,000,000 | 35,000,000 | 35,000,000 | 35,000,000 |

Sources:  Company reports and Sidoti & Company, LLC  estimates

CO-DIAGNOSTICS, INC.

**Table 2.  Co-Diagnostics Inc. Corporation Cash Flow**

| | 2020A | MarchA | JuneA | 9 month | SeptA | DecA | 2021A | March | June | Sept | Dec | 2022E | March | June | Sept | Dec | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flow from operating activities** | | | | | | | | | | | | | | | | | |
| Net income | 42,478,529 | 7,898,975 | 9,785,213 | 29,160,154 | 11,475,966 | 7,498,410 | 36,658,564 | 5,573,570 | (82,430) | 621,570 | 2,813,570 | 8,926,278 | 1,997,570 | 2,797,570 | 4,765,570 | 6,269,570 | 15,830,278 |
| Depreciation and amortization | 138,635 | 67,005 | 71,714 | 232,757 | 94,038 | 102,606 | 335,363 | 200,000 | 200,000 | 200,000 | 200,000 | 800,000 | 200,000 | 200,000 | 200,000 | 200,000 | 800,000 |
| Stock-based compensation | 2,738,041 | 1,513,012 | 927,335 | 3,851,293 | 1,410,946 | 1,658,111 | 5,509,404 | 500,000 | 500,000 | 500,000 | 500,000 | 2,000,000 | 500,000 | 500,000 | 500,000 | 500,000 | 2,000,000 |
| Accretion of notes payable discount | | | | | | | | | | | | | | | | | |
| Loss on dispostion of assets | 175 | | | | | 44,355 | 44,355 | | | | | | | | | | |
| Loss from equity method investment | (778,385) | 464,943 | (128,595) | 401,288 | 64,940 | 29,145 | 430,433 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bad debt expense | 954,804 | 79,700 | 68,075 | 156,011 | 8,236 | 774,070 | 930,081 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred income tax | (547,224) | 302,399 | 224,382 | 34,672 | (492,109) | 35,000 | 69,672 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts receivable | (12,960,255) | (59,994) | (706,900) | (2,608,777) | (1,841,883) | (6,132,074) | (8,740,851) | 889,182 | 4,750,000 | (1,900,000) | (1,900,000) | 1,839,182 | 1,900,000 | (950,000) | (650,000) | (500,000) | (200,000) |
| Prepaid and other assets | (6,462) | (114,473) | (556,005) | (116,068) | 554,410 | (1,933,027) | (2,049,095) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | (7,915,241) | 1,797,581 | 2,076,904 | 4,432,048 | 557,563 | 1,273,313 | 5,705,361 | (830,831) | (333,000) | (558,000) | (234,000) | (1,955,831) | 882,000 | 0 | (486,000) | (108,000) | 288,000 |
| Deferred revenue | 303,984 | (146,516) | 4,343 | (115,751) | 26,422 | (39,556) | (155,307) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income taxes payable | | 1,128,438 | (1,718,818) | 692,823 | 1,283,203 | 1,950,558 | 2,643,381 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts payable and accrued expenses | 3,758,634 | (661,115) | 2,376,498 | 82,495 | (1,632,888) | (382,432) | (299,937) | 18,225 | 18,772 | 19,335 | 19,915 | 76,247 | 20,513 | 21,128 | 21,762 | 22,415 | 85,817 |
| Net cash provided by operating activities | 28,165,235 | 12,269,955 | 12,424,146 | 36,202,945 | 11,508,844 | 4,878,479 | 41,081,424 | 6,350,146 | 5,053,342 | (1,117,095) | 1,399,485 | 11,685,877 | 5,500,082 | 2,568,698 | 4,351,331 | 6,383,984 | 18,804,095 |
| **Cash from investing activities** | | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | (774,397) | (139,558) | (242,423) | (547,708) | (165,727) | (121,755) | (669,463) | (200,000) | (200,000) | (200,000) | (200,000) | (800,000) | (200,000) | (200,000) | (200,000) | (200,000) | (800,000) |
| Purchases of marketable securities | (9,310,000) | | | | | | | | | | | 0 | | | | | 0 |
| Proceeds from maturities of marketable investment securities | 4,974,554 | 2,032,802 | 192,969 | 3,084,161 | 858,390 | (3,981) | 3,080,180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investment in joint venture | (714,500) | 500,000 | (185,425) | 491,739 | 177,164 | 0 | 491,739 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Business combination | | | | | | 1,196,243 | 1,196,243 | | | | | | | | | | |
| Net cash in investment activities | (5,824,343) | 2,393,244 | (234,879) | 3,028,192 | 869,827 | 1,070,507 | 4,098,699 | (200,000) | (200,000) | (200,000) | (200,000) | (800,000) | (200,000) | (200,000) | (200,000) | (200,000) | (800,000) |
| **Cash flow from finacing activities** | | | | | | | | | | | | | | | | | |
| Proceeds from sale of common stock | 19,470,005 | | | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from sale of preferred stock | | | | | | | | | | | | | | | | | |
| Proceeds from the exercise of options and warrents | 1,730,599 | 148,981 | 295,918 | 450,398 | 5,499 | 0 | 450,398 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment of offering costs | (1,457,921) | | | | | | | | | | | | | | | | |
| Net cash provided by finacing activities | 19,742,683 | 148,981 | 295,918 | 450,398 | 5,499 | 0 | 450,398 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net increase in cash | 42,083,575 | 14,812,180 | 12,485,185 | 39,681,535 | 12,384,170 | 5,948,986 | 45,630,521 | 6,150,146 | 4,853,342 | (1,317,095) | 1,199,485 | 10,885,877 | 5,300,082 | 2,368,698 | 4,151,331 | 6,183,984 | 18,004,095 |
| Cash at beginning of period | 893,138 | 42,976,713 | 57,788,893 | 42,976,713 | 70,274,078 | 82,658,248 | 42,976,713 | 88,607,234 | 94,757,380 | 99,610,721 | 98,293,626 | 88,607,234 | 99,493,111 | 104,793,193 | 107,161,891 | 111,313,222 | 99,493,111 |
| Cash at end of period | 42,976,713 | 57,788,893 | 70,274,078 | 82,658,248 | 82,658,248 | 88,607,234 | 88,607,234 | 94,757,380 | 99,610,721 | 98,293,626 | 99,493,111 | 99,493,111 | 104,793,193 | 107,161,891 | 111,313,222 | 117,497,206 | 117,497,206 |
| Free cash flow | 27,390,838 | 12,130,397 | 12,181,723 | 35,655,237 | 11,343,117 | 4,756,724 | 40,411,961 | 6,150,146 | 4,853,342 | (1,317,095) | 1,199,485 | 10,885,877 | 5,300,082 | 2,368,698 | 4,151,331 | 6,183,984 | 18,004,095 |
| Free cash flow/share | $0.98 | $0.40 | $0.41 | $1.19 | $0.38 | $0.14 | $1.35 | $0.19 | $0.15 | ($0.04) | $0.03 | $0.31 | $0.15 | $0.07 | $0.12 | $0.18 | $0.51 |

**Sources:  Company reports and Sidoti & Company, LLC  estimates**

CO-DIAGNOSTICS, INC.

**Table 3.  Co-Diagnostics Inc.  Balance Sheet**

| | 2020A | MarchA | JuneA | SeptA | 2021A | March | June | Sept | 2022E | March | June | Sept | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assets | | | | | | | | | | | | | |
| Cash and cash equivalents | 42,976,713 | 57,788,893 | 70,274,078 | 82,658,248 | 88,607,234 | 94,757,380 | 99,610,721 | 98,293,626 | 99,493,111 | 104,793,193 | 107,161,891 | 111,313,222 | 117,497,206 |
| Marketable investment securities | 4,335,446 | 2,302,644 | 2,109,675 | 1,251,285 | 1,255,266 | 1,255,266 | 1,255,266 | 1,255,266 | 1,255,266 | 1,255,266 | 1,255,266 | 1,255,266 | 1,255,266 |
| Accounts receivable | 12,136,833 | 12,117,127 | 12,755,952 | 14,589,599 | 20,839,182 | 19,950,000 | 15,200,000 | 17,100,000 | 19,000,000 | 17,100,000 | 18,050,000 | 18,700,000 | 19,200,000 |
| Inventory | 7,995,189 | 6,197,608 | 4,120,704 | 3,302,925 | 2,004,169 | 2,835,000 | 3,168,000 | 3,726,000 | 3,960,000 | 3,078,000 | 3,078,000 | 3,564,000 | 3,672,000 |
| Prepaid expenses | 369,028 | 483,501 | 1,039,506 | 485,095 | 2,338,444 | 2,338,444 | 2,338,444 | 2,338,444 | 2,338,444 | 2,338,444 | 2,338,444 | 2,338,444 | 2,338,444 |
| Deferred tax assets | 547,224 | 244,824 | 20,443 | | | | | | | | | | |
| Note receivable | | | | | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Total current assets | 68,360,433 | 79,134,597 | 90,320,358 | 102,287,152 | 115,119,295 | 121,211,090 | 121,647,431 | 122,788,336 | 126,121,821 | 128,639,903 | 131,958,601 | 137,245,932 | 144,037,916 |
| | | | | | | | | | | | | | |
| Property and equipment | 949,639 | 1,022,192 | 1,192,901 | 1,524,806 | 1,933,216 | 1,933,216 | 1,933,216 | 1,933,216 | 1,933,216 | 1,933,216 | 1,933,216 | 1,933,216 | 1,933,216 |
| Goodwill | | | | | 14,706,818 | 14,706,818 | 14,706,818 | 14,706,818 | 14,706,818 | 14,706,818 | 14,706,818 | 14,706,818 | 14,706,818 |
| Intangible asset | | | | | 27,195,000 | 27,195,000 | 27,195,000 | 27,195,000 | 27,195,000 | 27,195,000 | 27,195,000 | 27,195,000 | 27,195,000 |
| Investment in joint venture | 1,927,125 | 962,182 | 1,276,202 | 1,034,098 | 1,004,953 | 1,004,953 | 1,004,953 | 1,004,953 | 1,004,953 | 1,004,953 | 1,004,953 | 1,004,953 | 1,004,953 |
| Note receivable | | | | | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Deferred tax assets | | | | 512,552 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | |
| Total assets | 71,237,197 | 81,118,971 | 92,789,461 | 105,358,608 | 160,034,282 | 166,126,077 | 166,562,418 | 167,703,323 | 171,036,808 | 173,554,890 | 176,873,588 | 182,160,919 | 188,952,903 |
| | | | | | | | | | | | | | |
| Liabilities and stockholders'equity | | | | | | | | | | | | | |
| Accounts payable | 598,318 | 667,592 | 427,144 | 800,003 | 607,506 | 625,731 | 644,503 | 663,838 | 683,753 | 704,266 | 725,394 | 747,156 | 769,570 |
| Accrued expenses | 3,487,063 | 1,594,312 | 4,001,445 | 2,055,698 | 3,859,652 | 3,859,652 | 3,859,652 | 3,859,652 | 3,859,652 | 3,859,652 | 3,859,652 | 3,859,652 | 3,859,652 |
| Accrued expenses related party | 120,000 | 120,000 | 90,000 | 30,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contingent cosideration | | | | | 5,767,304 | 5,767,304 | 5,767,304 | 5,767,304 | 5,767,304 | 5,767,304 | 5,767,304 | 5,767,304 | 5,767,304 |
| Income taxes payable | | 1,765,998 | 47,180 | 1,044,640 | 2,213,088 | 2,213,088 | 2,213,088 | 2,213,088 | 2,213,088 | 2,213,088 | 2,213,088 | 2,213,088 | 2,213,088 |
| Deferred revenue | 305,307 | 158,791 | 163,134 | 189,556 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| Total current liabilities | 4,510,688 | 4,306,693 | 4,728,903 | 4,119,897 | 12,597,550 | 12,615,775 | 12,634,547 | 12,653,882 | 12,673,797 | 12,694,310 | 12,715,438 | 12,737,200 | 12,759,614 |
| | | | | | | | | | | | | | |
| Income taxes payable | | | | | 1,067,853 | 1,067,853 | 1,067,853 | 1,067,853 | 1,067,853 | 1,067,853 | 1,067,853 | 1,067,853 | 1,067,853 |
| Deferred tax liability | | | | | 7,228,444 | 7,228,444 | 7,228,444 | 7,228,444 | 7,228,444 | 7,228,444 | 7,228,444 | 7,228,444 | 7,228,444 |
| Contingent consideration liabilities | | | | | 4,665,337 | 4,665,337 | 4,665,337 | 4,665,337 | 4,665,337 | 4,665,337 | 4,665,337 | 4,665,337 | 4,665,337 |
| Accrued expenses- long term | 30,000 | 554,802 | 794,615 | 1,080,358 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total liabilities | 4,540,688 | 4,861,495 | 5,523,518 | 5,200,255 | 25,559,184 | 25,577,409 | 25,596,181 | 25,615,516 | 25,635,431 | 25,655,944 | 25,677,072 | 25,698,834 | 25,721,248 |
| | | | | | | | | | | | | | |
| Stockholders' equity | | | | | | | | | | | | | |
| Preferred stock | | | | | | | | | | | | | |
| Common stock | 28,558 | 28,666 | 28,890 | 28,895 | 33,820 | 33,820 | 33,820 | 33,820 | 33,820 | 33,820 | 33,820 | 33,820 | 33,820 |
| Additional paid-in capital | 49,157,236 | 50,819,120 | 52,042,150 | 53,458,589 | 80,271,999 | 80,771,999 | 81,271,999 | 81,771,999 | 82,271,999 | 82,771,999 | 83,271,999 | 83,771,999 | 84,271,999 |
| Accumulated earnings | 17,510,715 | 25,409,690 | 35,194,903 | 46,670,869 | 54,169,279 | 59,742,849 | 59,660,418 | 60,281,988 | 63,095,557 | 65,093,127 | 67,890,697 | 72,656,266 | 78,925,836 |
| Total stockholders equity | 66,696,509 | 76,257,476 | 87,265,943 | 100,158,353 | 134,475,098 | 140,548,668 | 140,966,237 | 142,087,807 | 145,401,376 | 147,898,946 | 151,196,516 | 156,462,085 | 163,231,655 |
| | | | | | | | | | | | | | |
| Total liabilities and stockholders' equity | 71,237,197 | 81,118,971 | 92,789,461 | 105,358,608 | 160,034,282 | 166,126,077 | 166,562,418 | 167,703,323 | 171,036,808 | 173,554,890 | 176,873,588 | 182,160,919 | 188,952,903 |
| | | | | | | | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Working capital | 63,849,745 | 74,827,904 | 85,591,455 | 98,167,255 | 102,521,745 | 108,595,315 | 109,012,884 | 110,134,454 | 113,448,023 | 115,945,593 | 119,243,163 | 124,508,732 | 131,278,302 |
| Current ratio | 15.2 | 18.4 | 19.1 | 24.8 | 9.1 | 9.6 | 9.6 | 9.7 | 10.0 | 10.1 | 10.4 | 10.8 | 11.3 |
| Inventory turns | 2.1 | 2.1 | 2.4 | 4.0 | 5.8 | 4.4 | 4.4 | 4.4 | 3.8 | 4.4 | 4.4 | 4.4 | 4.1 |
| DSOs | 59 | 54 | 42 | 44 | 77 | 86 | 86 | 86 | 91 | 86 | 86 | 77 | 83 |
| Annualized return on equity | 63.7% | 41.4% | 44.9% | 45.8% | 27.3% | 15.9% | -0.2% | 1.7% | 6.1% | 5.4% | 7.4% | 12.2% | 9.7% |
| Annualized return on assets | 59.6% | 39.0% | 42.2% | 43.6% | 22.9% | 13.4% | -0.2% | 1.5% | 5.2% | 4.6% | 6.3% | 10.5% | 8.4% |
| Total debt/total capitalization | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil |
| Net cash (debt)/share | $1.69 | $2.00 | $2.43 | $2.80 | $3.00 | $3.21 | $3.06 | $3.02 | $2.88 | $3.03 | $3.10 | $3.22 | $3.39 |

**Sources:  Company reports and Sidoti & Company, LLC  estimates**

**Appendix**
Required Disclosures

## Required Disclosures

## Co-Diagnostics, Inc.  (CODX-$6.51)    BUY    Price Target: $14    March 25, 2022

Rating and Price Target History Table

| Action | Date | Px | Rating | PT |
|---|---|---|---|---|
| ACHG | 12/29/21 | 9.3 | Buy | 14 |



Co-Diagnostics, Inc. (CODX)

Source: FactSet Prices

| Valuation | We maintain our $14 price target and BUY rating. Though net income should slow in 2022 as COVID-19 testing levels off, we expect sales and earnings to rebound in 2023 with the launch of the new point-of-care system. To value the stock, we apply a 30x multiple to our 2023 EPS estimate of $0.45 to yield a $14 price target. This multiple is consistent with other equities in our medical device universe and represents a 20% premium to our five-year EPS CAGR forecast of 25%. Such a premium is warranted due to the company's dependable revenue stream, full new-product pipeline and expertise in identifying new markets for diagnostic tests and equipment. Citing the more than 100% upside this target implies, we maintain a BUY rating on Co-Diagnostics, Inc. stock. |
|---|---|
| **Key Risks** | Delays in new product approvals |

**Required Disclosures**

The Sidoti & Company, LLC (Sidoti) Equity Research rating system consists of BUY and NEUTRAL recommendations. For most stocks under coverage, BUY suggests capital appreciation of at least 25% from initiation of coverage over the next 12 months.   A BUY rating for a utility company suggests total return of at least 15% with at least 75% of operations derived from regulated state and federal businesses. NEUTRAL denotes that a stock is not likely to provide similar gains over a 12-month period. As of 03/25/22 and immediately prior to the publication of this report, Sidoti provides research on 1 96 companies, of which 143 (73.0%) are rated BUY, 23 (11.7%) rated NEUTRAL and 29 (14.8%) are Not Rated as they are covered under Company Sponsored Research (CSR) agreements. Of the BUYS, Sidoti has received investment banking income from 5 companies (3.5%). Of the NEUTRALS, Sidoti has received investment banking income from 1 company (4.3%). Of the NEUTRALS, 3 trade above our price targets. Investment banking compensation information refers to compensation received in the past 12 months. A risk to our price target is that the analyst's estimates or forecasts may not be met. This report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from such forward-looking statements. Factors that may cause such a difference include, but are not limited to, those discussed in the "Risk Factors" section in the SEC filings available in electronic format through SEC Edgar filings at www.sec.gov. Sidoti research analysts seek to have management of their covered companies meet with investors during non-deal road shows. Analysts' compensation may be related to their success in scheduling non-deal road shows. At any point in time a Sidoti covered Company may make a commitment to pay for corporate access, including attendance at a Sidoti conference or for the provision of Non-Deal Roadshows days with institutional or other

investors. The Firm may occasionally be paid, usually on a non-binding basis, for providing Non-Deal Roadshow services. Sidoti research analysts generally do not cover (or continue to cover) those companies that limit access to their senior executives by not participating in Sidoti-sponsored conferences and non-deal roadshows. A possible effect of this view may be that continued coverage decisions are made, in part, based on the willingness of management of covered companies to participate in such meetings. This approach could be viewed as presenting potential conflicts of interest. Sidoti does NOT own securities of the issues described herein. Sidoti policy does not allow an analyst or a member of their household to own shares in any company that he/she covers. Sidoti policy does not allow employees or household members to serve as an officer or director of a covered company. Sidoti does not make a market in any securities. Sidoti has non-research employees that will seek compensation for investment banking services from this company and commission sharing agreement compensation from institutional investors in connection with providing securities-related services. Investment banking services, as defined under FINRA Rule 2241, includes, among other things, acting as an underwriter in or as a member of the selling group in a securities underwriting. Sidoti's role in any investment banking transaction can be viewed on this company's filings at www.sec.gov. Sidoti employees, including research analysts, receive compensation that is based in part upon the overall performance of the firm, including revenues generated by Sidoti's investment banking and brokerage activities, but compensation is not directly related to investment banking or brokerage revenues. Sidoti also provides an additional research product called Company Sponsored Research. The analysts providing Company Sponsored Research will be the same Sidoti analysts covering the relevant sector and some or all analysts will work on both products. Sidoti holds multiple conferences a year and charges a fee up to $6,000 per conference to presenting companies depending on the event. As of the date hereof, the Company may expect to receive or may intend to seek investment banking compensation from any of its covered companies, including the subject company covered herein, within the next 3 months.   CODX has paid a fee to Sidoti & Company, LLC to participate at the September 2021 Small Cap Conference.

## Analyst Certification

James Sidoti certifies that this report accurately reflects his/her personal views about the subject securities and issuers and that none of the research analyst's compensation was, is or will be directly or indirectly related to the analyst's specific recommendations or views contained in this research report.

## Other Disclosures

This report is for information purposes only and is not intended as an offer to sell or a solicitation to buy securities. Sid oti does not maintain a predetermined schedule for publication of research and will not necessarily update this report. The stock rating on this report reflects the analyst's recommendation based on a 12 month period. Information contained herein is based on sources we believe to be reliable but we do not guarantee their accuracy. Prices and opinions concerning the composition of market sectors included in this report reflect the judgments as of this date and are subject to change without notice. It should be presumed that the analyst who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication. This report was prepared for market professionals and institutional investor customers. Market professionals and institutional investors should consider this report as only a single factor in making their investment decisions. This research report is not a substitute for the exercise of your independent judgment. At times, Sidoti may be in possession of material non-public information, none of which is used in the preparation of our research. Sidoti maintains and enforces written policies and procedures reasonably designed to prevent any controlling persons, officers (or persons performing similar functions), or employees of Sidoti from influencing the activities of research analysts and the content of research reports prepared by the research analyst. Reprints of Sidoti & Company, LLC reports are prohibited without permission. Additional information is avai lable upon request.

## Source

Key Statistics data is sourced from FactSet Research Systems