# **Exhibit 90**

NasdaqCM - Nasdaq Real Time Price • USD

## Co-Diagnostics, Inc. (CODX)   ☆ Follow    ⌁ Compare

**0.4890** +0.0146 +(3.08%)   **0.4500** -0.04 (-7.98%)
At close: 4:00:00 PM EDT          After hours: 4:06:05 PM EDT ☾

| May 12, 2022 – Aug 13, 2022 ⌄ | | Historical Prices ⌄ | Daily ⌄ |

Currency in USD | 🔒 Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|------|------|------|-----|---------|-------------|--------|
| Aug 12, 2022 | 4.3300 | 4.9600 | 4.3200 | 4.4800 | 4.4800 | 4,079,000 |
| Aug 11, 2022 | 6.6400 | 6.6800 | 6.4300 | 6.4600 | 6.4600 | 1,005,100 |
| Aug 10, 2022 | 6.4700 | 6.6800 | 6.3500 | 6.6200 | 6.6200 | 311,300 |
| Aug 9, 2022 | 6.9500 | 6.9500 | 6.2690 | 6.3300 | 6.3300 | 464,900 |
| Aug 8, 2022 | 6.8200 | 7.1300 | 6.7780 | 7.0100 | 7.0100 | 511,200 |
| Aug 5, 2022 | 6.7600 | 7.0800 | 6.6600 | 6.8000 | 6.8000 | 532,300 |
| Aug 4, 2022 | 6.6400 | 6.8400 | 6.4200 | 6.8100 | 6.8100 | 852,300 |
| Aug 3, 2022 | 6.6700 | 6.9000 | 6.5000 | 6.5600 | 6.5600 | 615,800 |
| Aug 2, 2022 | 6.5400 | 6.6740 | 6.3700 | 6.5900 | 6.5900 | 577,800 |
| Aug 1, 2022 | 6.6800 | 6.8240 | 6.4100 | 6.6100 | 6.6100 | 628,900 |
| Jul 29, 2022 | 6.3600 | 6.8700 | 6.3400 | 6.5600 | 6.5600 | 1,679,000 |
| Jul 28, 2022 | 5.9700 | 6.3800 | 5.8900 | 6.3600 | 6.3600 | 1,021,600 |
| Jul 27, 2022 | 6.1400 | 6.1500 | 5.8500 | 5.9900 | 5.9900 | 539,600 |
| Jul 26, 2022 | 6.1000 | 6.4500 | 5.6800 | 6.0600 | 6.0600 | 2,124,300 |
| Jul 25, 2022 | 6.1800 | 6.4300 | 5.9100 | 6.0600 | 6.0600 | 3,352,800 |
| Jul 22, 2022 | 6.1000 | 6.1000 | 5.6700 | 5.7300 | 5.7300 | 211,800 |
| Jul 21, 2022 | 6.1000 | 6.1800 | 5.9650 | 6.0700 | 6.0700 | 225,600 |
| Jul 20, 2022 | 5.9500 | 6.1800 | 5.8520 | 6.1100 | 6.1100 | 376,900 |
| Jul 19, 2022 | 5.8300 | 5.9800 | 5.7900 | 5.9100 | 5.9100 | 255,800 |
| Jul 18, 2022 | 5.8600 | 5.9460 | 5.6800 | 5.7600 | 5.7600 | 202,000 |
| Jul 15, 2022 | 5.9100 | 5.9400 | 5.7300 | 5.7800 | 5.7800 | 246,400 |
| Jul 14, 2022 | 5.8200 | 5.9700 | 5.7900 | 5.8300 | 5.8300 | 181,400 |
| Jul 13, 2022 | 5.6610 | 6.0900 | 5.6400 | 5.9300 | 5.9300 | 351,000 |
| Jul 12, 2022 | 6.1200 | 6.2400 | 5.7800 | 5.8300 | 5.8300 | 316,900 |
| Jul 11, 2022 | 5.9200 | 6.5800 | 5.9000 | 6.1300 | 6.1300 | 1,062,800 |
| Jul 8, 2022 | 6.1300 | 6.1440 | 5.8700 | 5.9800 | 5.9800 | 231,800 |
| Jul 7, 2022 | 5.9500 | 6.2900 | 5.9500 | 6.1500 | 6.1500 | 367,700 |
| Jul 6, 2022 | 6.1200 | 6.2300 | 5.8300 | 5.9300 | 5.9300 | 353,000 |
| Jul 5, 2022 | 5.8400 | 6.1650 | 5.8100 | 6.1200 | 6.1200 | 432,100 |
| Jul 1, 2022 | 5.5800 | 5.9400 | 5.4810 | 5.8400 | 5.8400 | 455,300 |
| Jun 30, 2022 | 5.2400 | 5.6800 | 5.1500 | 5.6100 | 5.6100 | 523,800 |
| Jun 29, 2022 | 5.0700 | 5.4200 | 5.0100 | 5.3700 | 5.3700 | 887,900 |
| Jun 28, 2022 | 5.3600 | 5.4000 | 5.0600 | 5.0900 | 5.0900 | 517,000 |

https://finance.yahoo.com/quote/CODX/history/?period1=1652313600&period2=1660348800

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| Jun 27, 2022 | 5.3800 | 5.4500 | 5.1500 | 5.3300 | 5.3300 | 236,100 |
| Jun 24, 2022 | 5.5500 | 5.6100 | 5.3600 | 5.4000 | 5.4000 | 228,400 |
| Jun 23, 2022 | 5.3700 | 5.7000 | 5.3200 | 5.4900 | 5.4900 | 781,100 |
| Jun 22, 2022 | 5.0300 | 5.2600 | 5.0200 | 5.2000 | 5.2000 | 493,900 |
| Jun 21, 2022 | 5.2500 | 5.3500 | 5.1000 | 5.1200 | 5.1200 | 142,900 |
| Jun 17, 2022 | 5.4500 | 5.4900 | 5.1500 | 5.1500 | 5.1500 | 420,500 |
| Jun 16, 2022 | 5.1700 | 5.3300 | 5.0200 | 5.1700 | 5.1700 | 240,000 |
| Jun 15, 2022 | 5.1900 | 5.3600 | 5.1500 | 5.3600 | 5.3600 | 472,600 |
| Jun 14, 2022 | 5.0700 | 5.2000 | 4.9710 | 5.1600 | 5.1600 | 183,900 |
| Jun 13, 2022 | 4.9900 | 5.1700 | 4.9000 | 5.0400 | 5.0400 | 399,400 |
| Jun 10, 2022 | 5.2500 | 5.3800 | 5.0550 | 5.0800 | 5.0800 | 313,000 |
| Jun 9, 2022 | 5.5300 | 5.5800 | 5.3600 | 5.3800 | 5.3800 | 175,200 |
| Jun 8, 2022 | 5.6200 | 5.6600 | 5.4000 | 5.5300 | 5.5300 | 239,000 |
| Jun 7, 2022 | 5.2200 | 5.7200 | 5.2200 | 5.7100 | 5.7100 | 428,700 |
| Jun 6, 2022 | 5.2400 | 5.3100 | 5.1400 | 5.2900 | 5.2900 | 200,000 |
| Jun 3, 2022 | 5.1800 | 5.3600 | 5.1200 | 5.2600 | 5.2600 | 284,700 |
| Jun 2, 2022 | 4.9800 | 5.6700 | 4.9200 | 5.2800 | 5.2800 | 770,900 |
| Jun 1, 2022 | 5.0400 | 5.1000 | 4.8400 | 4.9500 | 4.9500 | 533,100 |
| May 31, 2022 | 4.8800 | 5.4000 | 4.8100 | 5.0500 | 5.0500 | 741,600 |
| May 27, 2022 | 4.9900 | 5.8900 | 4.9500 | 5.5000 | 5.5000 | 2,774,700 |
| May 26, 2022 | 4.6500 | 5.1800 | 4.6500 | 4.9700 | 4.9700 | 580,600 |
| May 25, 2022 | 4.5200 | 4.8100 | 4.5200 | 4.6300 | 4.6300 | 249,700 |
| May 24, 2022 | 4.9000 | 4.9100 | 4.5000 | 4.5400 | 4.5400 | 315,100 |
| May 23, 2022 | 5.0800 | 5.0800 | 4.9000 | 4.9900 | 4.9900 | 213,500 |
| May 20, 2022 | 5.0600 | 5.2000 | 4.9000 | 4.9900 | 4.9900 | 211,000 |
| May 19, 2022 | 4.8600 | 5.1400 | 4.7800 | 4.9700 | 4.9700 | 233,300 |
| May 18, 2022 | 5.0100 | 5.0850 | 4.8900 | 4.9100 | 4.9100 | 211,400 |
| May 17, 2022 | 4.7700 | 5.0900 | 4.6800 | 5.0300 | 5.0300 | 250,800 |
| May 16, 2022 | 4.5100 | 4.7500 | 4.3200 | 4.7000 | 4.7000 | 335,900 |
| May 13, 2022 | 4.1300 | 4.6450 | 4.1200 | 4.5500 | 4.5500 | 414,800 |
| May 12, 2022 | 3.6600 | 4.0300 | 3.6600 | 3.9600 | 3.9600 | 324,100 |

https://finance.yahoo.com/quote/CODX/history/?period1=1652313600&period2=1660348800