# **Exhibit 95**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>       Defendants. | Case No. 22-cv-6978 (AS) |

<u>**EXPERT REPORT OF CHAD COFFMAN, CFA**</u>

**January 10, 2025**

# Table of Contents

**Page**

I.    INTRODUCTION ............................................................................................................1

II.   RESPONSE TO THE JUNEJA REPORT.....................................................................2

III.  RESPONSE TO THE TSAI REPORT............................................................................5

## I.   INTRODUCTION

1.     My name is Chad Coffman.  I am the President of Peregrine Economics, a Chicago-based firm that specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including, as here, litigation.

2.     I have previously filed expert reports in this matter (collectively, my "Prior Reports") and incorporate them here by reference.  On July 26, 2024, I submitted an expert report (the "Coffman Efficiency Report" or "Efficiency Report") in this matter in which I concluded that the market for Co-Diagnostics Common Stock was efficient throughout the Class Period, and that damages in this matter are subject to a common approach and methodology that can be applied class-wide.[1]  On November 20, 2024, I submitted another expert report (the "Coffman Merits Report" or "Merits Report") in this matter, in which I opined on (1) whether the alleged misstatements and/or omissions concerned information that was important to investors; (2) whether investor losses were proximately caused by Defendants' alleged misrepresentations and/or omissions (*i.e.*, loss causation); (3) the quantification of the amount of loss attributable to the revelation of the allegedly misrepresented and/or omitted facts; (4) the quantification of any artificial inflation per share for Co-Diagnostics Securities for each day of the Class Period attributable to the alleged misrepresentations and/or omissions; and (5) the proper method to quantify Rule 10b-5 damages for each Class Period purchase of Co-Diagnostics Securities.

3.     Following the submission of my Merits Report, counsel for Plaintiff provided me with copies of the November 20, 2024 Expert Report of Dr. Vinita Juneja (the "Juneja Report")

---

[1] Unless otherwise noted, capitalized terms in this report have the same meaning as in my Prior Reports, all emphasis in this report is added, and all times cited in this report are in Eastern Time unless otherwise noted.

and the November 20, 2024 Expert Report of Dr. Thomas C. Tsai (the "Tsai Report"). I have been asked by counsel for Plaintiff to review and respond to the Juneja Report and Tsai Report. My responses are set forth in this document (my "Reply Report"). In sum, neither the Juneja Report nor the Tsai Report disturbs the opinions expressed in my Merits Report.

4.    In formulating my opinions set forth in this Reply Report, I have relied upon the analyses already described in my Prior Reports, as well as my knowledge, experience, and formal training in economics, finance, and statistics, and my understanding of the allegations and facts set forth in this lawsuit. All of the materials I considered in forming my opinions are identified in **Appendix A** to this report in addition to Appendix A to the Coffman Merits Report.

5.    My qualifications and hourly rate of compensation for work in this matter were identified in my Efficiency Report and I do not repeat them here. I have attached the latest version of my curriculum vitae as **Appendix B**.

6.    I reserve the right to amend this report to reflect new information that becomes available to me in light of further proceedings in this matter, including additional discovery and/or future rulings from the Court.

## II.    RESPONSE TO THE JUNEJA REPORT

7.    Nothing in the Juneja Report is inconsistent with Plaintiff's claim that Co-Diagnostics Common Stock was artificially inflated during the Class Period. In particular, Dr. Juneja does not present any economic evidence inconsistent with Plaintiff's claim that Defendants were aware of, and failed to disclose, a precipitous decline in demand for the Logix Smart Test at the time of the alleged misstatements. Furthermore, Dr. Juneja does not dispute that Co-Diagnostics disclosed information that revealed the relevant truth when they issued their Q2 2022 earnings after market close on August 11, 2022. Nor does she analyze whether the

2

market price fell by a statistically significant amount on August 12, 2022 or whether it is causally connected to the alleged misrepresentations and/or omissions.

8.    At most, Dr. Juneja asserts that Defendants dampened market expectations to some degree by no longer providing revenue guidance as a result of uncertainty in demand for the Company's COVID-19 test, and that this was perceived negatively by the market and analysts at the time.  Dr. Juneja states that "ceasing to provide quarterly guidance was interpreted by the market as a generic disclosure of bad news indicating a likely decrease in future earnings performance."[2]  That is true, and such information was fully embedded in the market price of Co-Diagnostics from the beginning of the Class Period.  But nothing in Dr. Juneja's commentary suggests that was the full truth that the Plaintiff allege Defendants failed to disclose, or that the market price already reflected the full truth.

9.    Dr. Juneja additionally asserts that it was public information that "by late February and March 2022, the number of PCR tests performed had fallen substantially" when compared to the preceding months, and that therefore at the time of the false and misleading statements, the market was aware that demand for the tests was far fewer than it had been in recent quarters.[3] Dr. Juneja argues that this might affect the Company's ability to sustain a high level of revenue, but does not analyze or make any claim about what information Defendants possessed and failed to disclose at the time of the alleged misstatements.  Even if her assertion is true, market-wide data on the use of PCR tests and what it "might" imply for the demand seen by Co-Diagnostics are in no way equivalent.  Indeed, the Tsai Report's entire thesis is that demand for Co-Diagnostics products is difficult to predict and subject to numerous factors – therefore Dr. Juneja

---

[2] Juneja Report ¶ 29.

[3] Juneja Report ¶ 25.

cannot be somehow suggesting that simply looking at the trend in PCR tests is somehow a sufficient substitute for knowing the *actual* demand and sales that Defendants had already experienced halfway through Q2 2022 and allegedly misrepresented. This attempt to rely on the trend in PCR tests as a substitute for the relevant truth is further flawed in light of Defendants' affirmatively downplaying any concerns analysts had regarding falling overall COVID-19 testing trends affecting demand for the Logix Smart Test.[4]

10. Finally, Dr. Juneja's assertion that the earlier disclosures were a substitute for the full truth are belied by analyst reactions and the price reaction on August 12, 2022. The same analysts that she cites were surprised by the magnitude of the loss, despite revising their estimates down at the start of the Class Period as she mentions:

> *Sidoti & Company*: June-quarter sales declined to $5 million from $27 million in 2Q:21, ***$11 million below our estimate, as demand for COVID-19 tests declined much faster than expected*** due to the easing of mandates for travel and lower government funding…***June-quarter results were well below expectations***.[5]

> *H.C. Wainwright*: Last week, Co-Diagnostics reported its 2Q22 financial results. Total revenue was $5.0M, representing 82% YoY decline and ***missing our projection of $20.0M***. Net loss was $2.7M, or ($0.08) per share, ***missing our estimated income of $4.9M***. We note that revenue primarily comprised sales of the Logix Smart COVID-19 Test.[6]

> *Litchfield Hills*: CODX reported 2Q22 EPS loss of $0.08 on $5MM of revenue. ***Consensus was for an EPS gain of $0.10 on $19MM of revenue***. The $0.18 unfavorable EPS variance was due to lower sales and profit margin contribution, partially offset by lower expenses.[7]

---

[4] *See* Complaint ¶ 46 ("It's more about the timing and being able to forecast the timing of orders is the bigger issue. It's not necessarily a demand issue that we're seeing. It's more of just timing of being able to accurately forecast what's coming in.").

[5] "2Q:22 Results Well Below Expectations As Demand For COVID-19 Testing Falls Faster-Than-Expected; Lower Price Target To $5 (From $14); Downgrade Rating To NEUTRAL (From BUY)," *Sidoti & Company*, August 12, 2022; Coffman Merits Report ¶ 70.

[6] "2Q22 Financial Results Reported; Reiterate Buy; Lowering PT to $9," *H.C. Wainwright*, August 15, 2022; Coffman Merits Report ¶ 71.

[7] "Lowering estimates and price target post 2Q22 results - Reiterate Buy rating and $25 PT, down from $29," *Litchfield Hills Research,* August 15, 2022; Coffman Merits Report ¶ 72.

11. As discussed in my Merits Report, on August 12, 2022, Co-Diagnostics Common Stock experienced a statistically significant decline of 32.21%, or $2.08 per share, after controlling for market and industry effects, as a result of the announcement of worse than expected earnings results due to declining demand for the Company's flagship product.[8] The company directly attributed the revenue decline to lower demand for the Logix Smart Test.[9] As I concluded in my Merits Report, the stock price decline on August 12, 2022 was causally tied to the disclosure of reduced demand for the Company's primary product, as evidenced by the far lower than expected revenue. I understand that Plaintiff alleges and expects to prove that as of the start of the Class Period, Defendants were aware of the sales trends for Q2 2022 up to that time (nearly halfway through the quarter), and that sales were on track to be substantially lower than preceding quarters and market expectations. Therefore, nothing in the Juneja Report disturbs my opinions discussed in my Merits Report.

## III.    RESPONSE TO THE TSAI REPORT

12. Similarly, nothing in the Tsai Report is inconsistent with Plaintiff's claim that Co-Diagnostics Common Stock was artificially inflated during the Class Period. Dr. Tsai does not analyze whether Co-Diagnostics disclosed information that revealed the relevant truth when they issued their Q2 2022 earnings after market close on August 11, 2022, or if the price of Co-Diagnostics Common Stock declined by a statistically significant amount in the wake of that disclosure. Dr. Tsai also does not discuss whether the corrective information, namely the decreased demand for the Logix Smart Test, was causally connected to Defendants alleged

---

[8] Coffman Merits Report ¶ 75.

[9] "Co-Diagnostics, Inc. Reports Second Quarter 2022 Financial Results," *PR Newswire,* August 11, 2022, 4:01 PM.

misrepresentations and/or omissions.  Therefore, Dr. Tsai's opinions are not relevant to the conclusions described in my Merits Report regarding loss causation and damages.

13.  Nothing in the Tsai Report discusses the information Defendants *already had* at the time of the misstatements about Q2 2022 sales and demand for the Company's COVID test. Indeed, Dr. Tsai does not even include the following false and misleading statement from Defendants that directly concerns COVID-19 testing demand in the list of false and misleading statements that he considered as "Alleged Misstatements":[10]

> It's more about the timing and being able to forecast the timing of orders is the bigger issue. It's not necessarily a demand issue that we're seeing. It's more of just timing of being able to accurately forecast what's coming in.[11]

14.  Instead, the Tsai Report focuses on statements made by public officials and public discourse, not Company-specific details about future demand for the Logix Smart Test.  Dr. Tsai relies on public, industry-wide data, including in his analysis figures from "weekly testing data compiled from thirteen leading diagnostic companies," yet does not include Co-Diagnostics-specific data.[12]  At the time of the misstatements, the Company was already halfway through the Q2 2022, and I understand that Plaintiff expects to prove that Defendants were aware that sales for Q2 2022 were on track to be substantially lower than preceding quarters.  Even if everything Dr. Tsai says is true, it does nothing to prove (1) whether or not Defendants' statements were false and misleading, or (2) the economic impact of those alleged misstatements.

15.  Dr. Tsai opines that historical volatility in COVID-19 "made it increasingly difficult to accurately predict demand for COVID-19 PCR tests over the summer and for the rest of the year" and that "statements by industry and public health and government officials in Spring 2022

---

[10] Tsai Report ¶ 7.

[11] Complaint ¶ 46.

[12] Tsai Report ¶ 26.

show that they reasonably expected long-term demand for COVID-19 tests to remain strong since future variants and waves inevitably would emerge and bring increased demand again, it was just unknown as to when this would happen."[13]  Dr. Tsai details how demand for COVID-19 tests had been highly volatile and dependent on the new waves of COVID-19 that were emerging and changes in the public health response to the disease, with some localities engaging in much more testing than others.[14]  Despite this high volatility, Dr. Tsai claims that "multiple public health agencies and experts in Spring 2022 anticipated an increase in COVID cases in the near future."[15]  He also discusses how the U.S. had been a leader initially in rolling out vaccines, but that by Spring 2022, the U.S. was lagging behind other countries, which was "further complicating the outlook for immunization and testing demand."[16]  Dr. Tsai notes that "pandemic fatigue" behaviors lead to lower perceived risk by the public as to the dangers of subsequent variants which could lead to fewer tests taken, however those same behaviors also may lead to higher rates or disease, and therefore higher demand for testing.[17]

16.    Dr. Tsai's opinion that demand for COVID-19 tests was expected to remain strong despite the uncertain environment[18] is also inconsistent with Dr. Juneja's claim that the simple withdrawal of guidance and the trend in PCR tests alone would be enough to inform the market about the decline in demand for the Company's COVID-19 test.  Regardless, neither Dr. Tsai nor Dr. Juneja present any relevant economic evidence to suggest that the market was aware of what Plaintiff alleges was concealed: that Defendants already had information reflecting that there had

---

[13] Tsai Report ¶ 14.

[14] Tsai Report Section IV.

[15] Tsai Report ¶ 37 and Table 1.

[16] Tsai Report ¶ 39.

[17] Tsai Report ¶ 43.

[18] Tsai Report ¶ 14.

been a substantial reduction in demand and sales of the Company's Logix Smart Test for the first half of Q2 2022.

17. Therefore, neither the Juneja Report nor the Tsai Report disturbs the opinions or conclusions expressed in my Merits Report.

Chad Coffman

Executed on January 10, 2025.

# Appendix A
# Documents Considered

**Prior Reports in this Matter**

- Expert Report of Chad Coffman, CFA, dated July 26, 2024, including all data, documents, analyses and back-up materials provided in connection with that report.
- Expert Report of Chad Coffman, CFA, dated November 20, 2024, including all data, documents, analyses and back-up materials provided in connection with that report.
- Expert Report of Vinita Juneja, Ph.D., dated November 20, 2024.
- Expert Report of Thomas C. Tsai, MD, MPH, dated November 20, 2024, including all data, documents, analyses and back-up materials provided in connection with that report.

**Court Documents**

- Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws filed September 21, 2023, in *Stadium Capital LLC, on behalf of itself and all others similarly situated, v. Co-Diagnostics, Inc, et al*, No. 1:22-cv-06978-AS.
- Memorandum Opinion and Order filed February 5, 2024 in *Stadium Capital LLC, on behalf of itself and all others similarly situated, v. Co-Diagnostics, Inc, et al*, No. 1:22-cv-06978-AS.
- Order Granting Lead Plaintiff's Motion the Certify the Class, Appoint Class Representative, and Appoint Class Counsel filed November 12, 2024 in *Stadium Capital LLC, on behalf of itself and all others similarly situated, v. Co-Diagnostics, Inc, et al*, No. 1:22-cv-06978-AS.

**Analyst Reports**

- "2Q:22 Results Well Below Expectations As Demand For COVID-19 Testing Falls Faster-Than-Expected; Lower Price Target To $5 (From $14); Downgrade Rating To NEUTRAL (From BUY)," *Sidoti & Company*, August 12, 2022.
- "2Q22 Financial Results Reported; Reiterate Buy; Lowering PT to $9," *H.C. Wainwright*, August 15, 2022.
- "Lowering estimates and price target post 2Q22 results - Reiterate Buy rating and $25 PT, down from $29," *Litchfield Hills Research,* August 15, 2022.

**Press Releases**

- "Co-Diagnostics, Inc. Reports Second Quarter 2022 Financial Results," *PR Newswire,* August 11, 2022, 4:01 PM.

# Appendix B

## CHAD W. COFFMAN, MPP, CFA

Peregrine Economics
125 South Wacker Drive
Suite 2610
Chicago, Illinois 60606
Mobile:          (815) 382-0092
Email:            ccoffman@peregrine-econ.com

**EMPLOYMENT:**

**Peregrine Economics**
President (2024 - Current)

Peregrine Economics provides independent economic and financial analysis. Peregrine applies big picture thinking and proven economic tools to build a clear narrative around complex problems. Practice areas include: Data Science, General Damages, Labor & Employment, Regulatory Economics, and Securities Valuation.

**Global Economics Group, LLC**
President (2008 - 2023)

**Market Platform Dynamics, LLC**
Chief Financial Officer & Chief Operating Officer (2010 – 2023)

**Chicago Partners, LLC**
Principal (2007 – 2008)
Vice President (2003 – 2007)
Director (2000 – 2003)
Senior Associate (1999 – 2000)
Associate (1997 – 1999)
Research Analyst (1995 – 1997)

**EDUCATION:**

**CFA**      Chartered Financial Analyst, 2003

**M.P.P.**   University of Chicago, 1997
Masters of Public Policy, with a focus in economics including coursework in Finance, Labor Economics, Econometrics, and Regulation

**B.A.**      Knox College, 1995
Economics, Magna Cum Laude
Graduated with College Honors for Paper entitled "Increasing Efficiency in Water Supply Pricing:  Using Galesburg, Illinois as a Case Study"
Dean's List Every Term
Phi Beta Kappa

Case 1:22-cv-06978-AS    Document 103-35    Filed 03/21/25    Page 14 of 23

Chad Coffman
Page 2 of 11

**PROFESSIONAL EXPERIENCE:**

Securities, Valuation, and Market Manipulation Cases:

- Testifying Expert in numerous high-profile class action securities matters.

- Expert Consultant for the American Stock Exchange (AMEX) where I evaluated issues related to multiple listing of options.  Performed econometric analysis of various measures of option spread using tens of millions of trades.

**Testimony in the last four years:**

- Testifying Expert in Kevin L. Dougherty, Individually and on Behalf of All Others Similarly Situated, v. Esperion Therapeutics, Inc., et al., Defendants, No. 2:16-cv-10089-AJT-RSW, United States District Court for the Eastern Michigan of Michigan. Filed expert report June 6, 2019. Deposition July 26, 2019. Filed rebuttal reply report October 7, 2019. Filed expert report May 15, 2020. Deposition July 31, 2020.

- Testifying Expert in Eric Weiner, Individually and on Behalf of All Others Similarly Situated, vs. Tivity Health, Inc., Donato Tramuto, Glenn Hargreaves and, Adam Holland, Defendants, Case No.: 3:17-cv-01469 United States District Court for the Middle District of Tennessee. Filed expert report July 1, 2019. Deposition September 4, 2019. Filed rebuttal reply report December 20, 2019. Filed expert report July 30, 2020. Filed rebuttal reply report September 30, 2020. Deposition October 22, 2020.

- Testifying Expert in Peace Officers' Annuity and Benefit Fund of Georgia, Individually and On Behalf of All Others Similarly Situated, and Jacksonville Police and Fire Pension Fund, Individually and On Behalf of All Others Similarly Situated vs. DaVita, Inc. et al., No. 1:17-cv-00304-WJM-NRN, United States District Court for the District of Colorado. Filed expert report January 31, 2020. Deposition May 27, 2020.

- Testifying Expert in In Re Avon Securities Litigation, No. 19 Civ. 01420- CM, United States District Court for the Southern District of New York. Filed expert report February 13, 2020.

- Testifying Expert in In Re Allergan Generic Drug Pricing Securities Litigation, Civil Action No. 2:16-9449 (KSH) (CLW), United States District Court for the District of New Jersey. Filed expert report March 20, 2020. Deposition July 16, 2020. Filed expert reply report November 25, 2020.

- Expert Declaration in Martin Cohen, Individually and On Behalf of All Others Similarly Situated, v. Luckin Coffee Inc., Jenny Zhiya Qian, and Reinout Hendrik Schakel, Case no. 1:20-cv-01293-LJL, United States District Court for the Southern District of New York. Filed declaration May 13, 2020.

- Testifying Expert in <u>In RE Navient Corporation Securities Litigation, No. 1:17-cv-08373-RBK-AMD, United States District Court of New Jersey.</u> Filed expert report May 15, 2020. Deposition July 23, 2020. Filed declaration August 21, 2020. Filed expert report April 16, 2021. Deposition June 3, 2021.

- Testifying Expert in <u>Yellowdog Partners, LP, Individually and on Behalf of All Others Similarly Situated, vs. CURO Group Holdings Corp., *et al*., Civil Action No. 2:18-cv-02662-JWL-KGG, United States District Court for the District of Kansas, Kansas City.</u> Filed expert report May 18, 2020.

- Testifying Expert in <u>Julian Keippel, Individually and On Behalf of All Others Similarly Situated, vs. Health Insurance Innovations, Inc., Gavin Southwell, and Michael D. Hershberger, No. 8:19-CV-00421-WFJ-CPT, United States District Court Middle District of Florida Tampa Division.</u> Filed expert report May 21, 2020. Deposition June 15, 2020.

- Testifying Expert in <u>In Re Perrigo Company plc Securities Litigation, No: 1:19-cv-00070-DLC, United States District Court for the Southern District of New York.</u> Filed expert report July 10, 2020. Deposition August 4, 2020. Filed expert report October 6, 2020. Filed expert rebuttal reply report December 4, 2020. Deposition March 4, 2021.

- Testifying Expert in <u>Plymouth County Retirement System, Individually and On Behalf of All Others Similarly Situated, vs. GTT Communications, Inc., Richard D. Calder, Jr., Chris Mckee, Michael Sicoli, And Gina Nomellini, Case No. 1:19-cv-00982-CMH-MSN, United States District Court for the Eastern District of Virginia Alexandria Division.</u> Filed expert report August 7, 2020. Filed expert report September 25, 2020.

- Testifying Expert in <u>Thomas W. Luczak, Individually and On Behalf of All Others Similarly Situated, vs. National Beverage Corp., Nick A. Caporella, and George R. Bracken, Case No. 0:18-cv-61631-KMM, United States District Court for the Southern District of Florida.</u> Filed expert report September 25, 2020. Deposition November 5, 2020.

- Expert Declaration in <u>In re: PG&E Corporation – and – Pacific Gas and Electric Company Debtors, Case No. 19-30088 (DM), United States Bankruptcy Court for the Northern District of California, San Francisco Division.</u> Filed declaration September 28, 2020.

- Testifying Expert in <u>Oklahoma Police Pension Fund and Retirement System, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Teligent, Inc. and Jason Grenfell-Gardner, Defendants, Case No. 1:19-cv-03354-VM, United States District Court for the Southern District of New York</u>. Filed expert report September 30, 2020. Deposition March 11, 2021.

- Testifying Expert in <u>John Utesch, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Lannett Company, Inc., Arthur P. Bedrosian, and Martin P. Galvan, Defendants, Civil Action No. 2:16-cv-05932-WB, United States District Court for the Eastern District of Pennsylvania</u>. Filed expert report October 1, 2020. Deposition December 10, 2020. Filed expert rebuttal report on May 13, 2021. Hearing testimony July 27, 2021. Filed expert report May 8, 2024. Deposition August 6, 2024.

- Testifying Expert in <u>City of Warren Police and Fire Retirement System, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. World Wrestling Entertainment, Inc., Vincent K. McMahon, George A. Barrios and Michelle D. Wilson, Defendants, Civil Action No. 1:20-cv-02031-JSR, United States District Court for the Southern District of New York.</u> Filed expert report on October 6, 2020. Deposition October 14, 2020.

- Testifying Expert in <u>Employees' Retirement System of the Puerto Rico Electric Power Authority, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Conduent Inc., Ashok Vemuri, and Brian Webb-Walsh, Defendants, Case No. 2:19-cv-08237-SDW, United States District Court for the District of New Jersey.</u> Filed expert report on December 7, 2020. Deposition December 22, 2020.

- Testifying Expert in <u>The Police Retirement System of St. Louis, Individually and On Behalf of All Others Similarly Situated, Plaintiff, v. Granite Construction Incorporated, James H. Roberts, Jigisha Desai, and Laurel J. Krzeminski, Defendants, Case No. 3:19-cv-04744-WHA, United States District Court for the Northern District of California.</u> Filed expert report on November 25, 2020. Filed declaration re: Plan of Allocation May 25, 2021.

- Testifying Expert in <u>Plumbers & Pipefitters National Pension Fund and Juan Francisco Nieves, as Trustee of the Gonzalez Coronado Trust, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v. Kevin Davis and Amir Rosenthal (Performance Sports Group Ltd.), Defendants, Case No.: 1:16-CV-3591-GHW, United States District Court for the Southern District of New York.</u> Filed expert report on December 18, 2020. Deposition February 5, 2021. Filed expert rebuttal report on April 6, 2021. Filed declaration re: Plan of Allocation January 21, 2022.

- Testifying Expert in <u>Mayuko Holwill, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. AbbVie Inc., Richard A. Gonzalez, and William J. Chase, Defendants, Case No. 1:18-cv-6790, United States District Court for the Northern District of Illinois.</u> Filed expert report on February 1, 2021. Filed expert rebuttal report on September 20, 2021. Filed expert report on July 6, 2023. Filed expert rebuttal report on February 6, 2024.

- Testifying Expert in <u>Oklahoma Firefighters Pension and Retirement System, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Newell Brands Inc., Michael B. Polk, John K. Stipancich, Scott H. Garber, Bradford R. Turner, Michael T. Cowhig, Thomas E. Clarke, Kevin C. Conroy, Scott S. Cowen, Domenico De Sole, Cynthia A. Montgomery, Christopher D. O'Leary, Jose Ignacio Perez-Lizaur, Steven J. Strobel, Michael A. Todman, and Raymond G. Viault, Defendants, Case No: HUD-L-3492-18, Superior Court of New Jersey Law Division (Hudson County).</u> Filed expert report on May 3, 2021. Filed expert rebuttal report on June 15, 2021. Deposition July 21, 2021. Filed expert supplemental reply report on February 4, 2022. Deposition March 15, 2022.

- Testifying Expert in <u>Carmignac Gestion, S.A., Mason Capital L.P., et al., Pentwater Equity Opportunities Master Fund LTD., et al., First Manhattan Co., Nationwide Mutual Funds, on behalf of its series Nationwide S&P 500 Index Fund, et. al., WCM Alternatives: Event-Driven Fund, et al., Hudson Bay Master Fund LTD., et al., Schwab Capital Trust on behalf of its series Schwab</u>

S&P 500 Index Fund, et al., Sculptor Master Fund, LTD. f/k/a OZ Master Fund, Ltd., et al., Aberdeen Canada Funds – Global Equity Fund, a series of Aberdeen Canada Funds, et al., Discovery Global Citizens Master Fund, LTD., et al., York Capital Management, L.P., et al., Burlington Loan Management DAC, Universities Superannuation Scheme LTD., Principal Funds, Inc., et al., Kuwait Investment Authority et al., BlackRock Global Allocation Fund Inc., et al., Plaintiffs, vs. Perrigo Company PLC, et al, Defendants, Civil Action No(s): 17-10467 (MCA) (LDW), 18-1119 (MCA) (LDW), 18-1121 (MCA) (LDW), 18-2291 (MCA) (LDW), 18-15382 (MCA) (LDW), 18-16204 (MCA) (LDW), 18-16206 (MCA) (LDW), 19-3973 (MCA) (LDW), 19-4900 (MCA) (LDW), 19-6560 (MCA) (LDW), 19-21502 (MCA) (LDW), 19-21732 (MCA) (LDW), 20-1484 (MCA) (LDW), 20-2262 (MCA) (LDW), 20-2410 (MCA) (LDW), 20-3431 (MCA) (LDW), 20-4748 (MCA) (LDW), United States District Court for the District of New Jersey. Filed expert report on June 23, 2021. Filed expert report on September 29, 2021. Deposition October 26, 2021.

- Testifying Expert in In Re Nielsen Holdings PLC Securities Litigation, Case No. 18-CV-07143-JMF, United States District Court Southern District of New York. Filed expert report on July 14, 2021. Deposition September 30, 2021. Filed expert report December 17, 2021.

- Testifying Expert in Allegheny County Employees Retirement System et al. v. Energy Transfer LP et al., Case No. 2:20-cv-00200-GAM, United States District Court for the Eastern District of Pennsylvania. Filed expert report on September 17, 2021. Deposition November 18, 2021. Filed expert rebuttal report on April 22, 2022. Filed expert report on September 15, 2023. Deposition December 13, 2023.

- Testifying Expert in Julia Junge and Richard Junge et al. v. Geron Corporation et al., Case No. 3:20-cv-00547-WHA, United States District Court for the Northern District of California, San Francisco Division. Filed expert report on September 30, 2021. Deposition October 15, 2021. Filed expert rebuttal report on November 4, 2021.

- Testifying Expert in In Re MINDBODY, Inc. Securities Litigation, Civil Action No. 1:19-cv-08331-VEC, United States District Court Southern District of New York. Filed expert report on October 15, 2021.

- Testifying Expert in Plymouth County Retirement System and Oklahoma Police Pension and Retirement System, Individually and On Behalf of All Others Similarly Situated, v. Evolent Health, Inc., Frank Williams, Nicholas McGrane, Seth Blackley, Christie Spencer, and Steven Wigginton, Case No. 1:19-cv-01031, United States District Court Eastern District of Virginia, Alexandria Division. Filed expert report on October 19, 2021. Filed expert report on April 8, 2022. Deposition May 9, 2022. Filed expert report on May 27, 2022. Deposition June 22, 2022.

- Testifying Expert in In re Uniti Group Inc. Securities Litigation, Case No. 4:19-cv-00756-BSM, United States District Court Eastern District of Arkansas, Central Division. Filed expert report on October 25, 2021. Deposition December 6, 2021. Filed declaration re: expert report on January 24, 2022. Filed expert rebuttal report on February 22, 2022.

- Testifying Expert in <u>David Kanefsky, Individually and On Behalf of All Others Similarly Situated, v. Honeywell International Inc., Darius Adamczyk, and Thomas A. Szlosek, Civ. No. 2:18-15536-WJM, United States District Court for the District of New Jersey</u>. Filed expert report on November 1, 2021.

- Testifying Expert in <u>In Re Pareteum Securities Litigation, No. 1:19-cv-09767-AKH-GWG, United States District Court for the Southern District of New York</u>. Filed expert report December 1, 2021.

- Expert Declaration in <u>Arkansas Teacher Retirement System and John A. Prokop, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, vs. OSI Systems, Inc., Deepak Chopra, Alan Edrick, and Ajay Mehra, Defendants, Case No. 17-cv-08841-VAP-SKx, United States District Court for the Central District of California, Western Division</u>. Filed declaration re: Plan of Allocation and aggregate damages December 10, 2021.

- Testifying Expert in <u>Boston Retirement System, Individually and On Behalf of All Others Similarly Situated v. Alexion Pharmaceuticals, Inc., Leonard Bell, David L. Hallal, Vikas Sinha, David Brennan, David J. Anderson, Ludwig Hantson, and Carsten Thiel, Defendants, Civ. No. 3:16-cv-2127(AWT), United States District Court for the District of Connecticut</u>. Filed expert report December 15, 2021. Deposition March 8, 2022. Filed expert rebuttal report June 17, 2022.

- Testifying Expert <u>In Re Aphria, Inc. Securities Litigation, No. 1:18-cv-11376-GBD, United States District Court Southern District of New York.</u> Filed declaration January 28, 2022 re: class certification. Filed expert report January 28, 2022. Deposition May 19, 2022.

- Testifying Expert in <u>Discovery Global Citizens Master Fund, Ltd., et al., MSD Torchlight Partners, L.P., et al., Incline Global Master LP., et al., Valic Company I, et al., Okumus Opportunistic Value Fund, Ltd., The Boeing Company Employee Retirement Plans Master Trust, et al., Första Ap-Fonden, et al., GMO Trust, et al., Hound Partners Offshore Fund, LP, et al., Colonial First State Investments Limited As Responsible Entity For Commonwealth Global Shares Fund 1, et al., Bharat Ahuja, et al., Brahman Partners II, L.P., et al., The Prudential Insurance Company Of America, et al., 2012 Dynasty UC LLC, et al., BlackRock Global Allocation Fund, Inc., et al., Northwestern Mutual Life Insurance Co., et al., Bahaa Aly, et al., James M. Templeton, et al., GIC Private LTD., et al., USAA MUTUAL FUNDS TRUST On Behalf Of Its Series USAA Aggressive Growth Fund, et al., Maverick Select Fund, Ltd., et al., Plaintiffs, vs. Valeant Pharmaceuticals International, Inc. et al., Defendants, Civil Action No(s): 3:16-cv-07321-MAS-LHG, 3:16-cv-07324-MAS-LHG, 3:16-cv-07494, 3:16-cv-07496, 3:17-cv-06513-MAS-LHG, 3:17-cv-07636-MAS-LHG, 3:17-cv-12088-MAS-LHG, 3:18-cv-00089, 3:18-cv-08705-MAS-LHG, 3:18-cv-00383-MAS-LHG, 3:18-cv-00846-MAS-LHG, 3:18-00893, 3:18-cv-01223-MAS-LHG, 3:18-cv-08595-MAS-LHG, 3:18-cv-00343-MAS-LHG, 3:18-cv-15286-MAS-LHG, 3:18-cv-17393, 3:20-cv-05478, 3:20-cv-07460-MAS-LHG, 3:20-cv-07462-MAS-LHG, 3:20-02190-MAS-LHG, United States District Court for the District of New Jersey.</u> Filed expert report February 2, 2022. Filed expert rebuttal report on May 9, 2022. Deposition June 3, 2022. Filed declaration September 28, 2022 (related only to 3:20-cv-02190-MAS-LHG). Filed declaration November 10, 2022.

- Testifying Expert in <u>Roei Azar, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Grubhub Inc., et al., Defendants, Case No. 1:19-cv-07665, United States District</u>

Court Northern District of Illinois Eastern Division. Filed expert report June 1, 2022. Deposition July 14, 2022.

- Testifying Expert in In Re Peabody Energy Corp. Securities Litigation, Civil Action No. 1:20-cv-08024-PKC, United States District Court Southern District of New York. Filed expert report July 15, 2022.

- Testifying Expert in BlackRock Asset Management Canada Limited, et al., Plaintiffs, v. Valeant Pharmaceuticals International, Inc. (n/k/a Bausch Health Companies Inc.),  et al. Defendants, Nos.: 500-11-054155-185, 500-17-103749-183, and California State Teachers' Retirement System, Plaintiff, v. Bausch Health Companies Inc. (f/k/a Valeant Pharmaceuticals International, Inc.), et al., Defendants, Nos.: 500-11-055722-181, 500-11-055722-181, Canada Superior Court, Province of Québec, District of Montreal. Filed expert report September 30, 2022. Filed expert rebuttal report on July 10, 2023.

- Testifying Expert in Sheet Metal Workers National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, individually and as Lead Plaintiffs on behalf of all others similarly situated, and International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware, individually and as Named Plaintiff, on behalf of all others similarly situated, Plaintiffs v. Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl, Defendants, No. 3:20-cv-04737-RS, Northern District of California, San Francisco Division. Filed expert report October 28, 2022. Deposition December 21, 2022. Filed expert rebuttal report on March 21, 2023. Filed expert report June 11, 2024. Filed expert reply report on November 8, 2024. Deposition December 3, 2024.

- Testifying Expert in In Re: Maxar Technologies, Inc. Shareholder Litigation, Lead Case No.:19CV357070, Superior Court of the State of California, County of Santa Clara. Filed expert report December 12, 2022.

- Testifying Expert in In Re FibroGen Inc., Securities Litigation, Case No. 3:21-cv-02623-EMC, United States District Court Northern District of California. Filed expert report January 27, 2023. Deposition April 4, 2023.

- Testifying Expert in Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago, individually and on behalf of all others similarly situated, Plaintiffs, v. Pluralsight, Inc.; Aaron Skonnard; and James Budge, Defendants, Case No. 1:19-cv-00128, United States District Court for the District of Utah. Filed expert report March 3, 2023.

- Testifying Expert in Sothinathan Sinnathurai, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Novavax, Inc., Stanley C. Erck, Gregory F. Covino, John J. Trizzino, and Gregory M. Glenn, Defendants, Case 8:21-cv-02910-TDC, United States District Court for the District of Maryland. Filed expert report March 16, 2023. Deposition September 14, 2023. Filed expert rebuttal report November 13, 2023.

- Testifying Expert in Meysam Moradpour, Individually and On Behalf of All Others Similarly Situated, v. Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer, James A. Graf, Michael Dee,

and Joseph B. Culkin, Case No. 3:21-CV-01486-SI, United States District Court Northern District of California San Francisco Division. Filed expert report March 20, 2023.

- Testifying Expert in In Re Boston Scientific Corporation Securities Litigation, Case No. 1:20-cv-12225-DPW, United States District Court District of Massachusetts. Filed expert report April 21, 2023. Filed declaration June 22, 2023.

- Testifying Expert in In Re Okta, Inc. Securities Litigation, Case 3:22-cv-02990-SI, United States District Court Northern District of California. Filed expert report August 18, 2023.

- Testifying Expert in Carl Shupe and Matthew Pearlman, Individually and on Behalf of All Others Similarly Situated, vs. Rocket Companies, Inc., Jay D. Farner, Julie R. Booth, Robert Dean Walters, Daniel Gilbert, and Rock Holdings Inc., Civ. No. 1:21-cv-11528, United States District Court Eastern District of Michigan, Southern Division. Filed expert report August 30, 2023. Deposition November 8, 2023. Filed expert rebuttal report on January 26, 2024. Filed expert report February 12, 2024. Deposition February 22, 2024. Filed expert rebuttal report on March 8, 2024. Filed expert report April 5, 2024. Deposition June 18, 2024.

- Testifying Expert in Richard R. Weston, Individually and on Behalf of All Others Similarly Situated, Plaintiff v. DocuSign, Inc., Daniel D. Springer, Michael J. Sheridan, Cynthia Gaylor, and Loren Alhadeff, Defendants, Case No. 3:22-cv-0084-WHO, United States District Court, Northern District of California, San Francisco Division. Filed expert report September 15, 2023. Deposition January 4, 2024. Filed expert rebuttal report on April 17, 2024.

- Testifying Expert in John Brazinsky, Individually and on behalf of all other similarly situated, Plaintiff, vs. AT&T Inc., Randall L. Stephenson, John T. Stankey, Pascal Desroches, and John Stephens, Defendants, Case No. 2:23-cv-04064-KM-JBC, United States District Court for the District of New Jersey. Filed declaration October 23, 2023.

- Testifying Expert in In Re Concho Resources Inc. Securities Litigation, No. 4:21-cv-02473, United States District Court Southern District of Texas, Houston Division. Filed expert report December 7, 2023. Filed expert rebuttal report on May 8, 2024.

- Testifying Expert in Reginald T Allison, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Oak Street Health, Inc., et al., Defendants, Case No. 1:22-cv-00149, United States District Court, Northern District of Illinois. Filed expert report December 15, 2023. Deposition January 23, 2024. Filed expert rebuttal report April 22, 2024.

- Testifying Expert in Boston Retirement System, et al., Plaintiff, v. Uber Technologies, Inc., et al., Defendants, Case No. 3:19-cv-06361, United States District Court, Northern District of California. Filed expert report February 1, 2024. Filed expert rebuttal report March 12, 2024. Deposition April 12, 2024.

- Testifying Expert in In Re Plantronics, Inc. Securities Litigation, Case No. 4:19-cv-07481-JST, United States District Court Northern District of California Oakland Division. Filed expert report February 8, 2024.

- Testifying Expert in <u>Robert Ciarciello, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Bioventus Inc., Kenneth M. Reali, Mark L. Singleton, Gergory O. Anglum, and Susan M. Stalnecker, Defendants, Case No. 1:23-cv-00032-CCE-JEP, United States District Court Middle District of North Carolina.</u> Filed expert report March 7, 2024. Filed expert report March 27, 2024. Deposition April 8, 2024. Filed expert rebuttal report May 10, 2024. Filed declaration re: Plan of Allocation August 5, 2024.

- Testifying Expert in <u>Michael Pardi, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Tricida, Inc. and Gerritt Klaerner, Defendants. Case No. 4:21-cv-00076-HSG, United States District Court, Northern District of California.</u> Filed expert report April 30, 2024. Filed expert rebuttal report August 15, 2024.

- Testifying Expert in <u>Miriam Edwards, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. McDermott International, Inc., David Dickson, and Stuart Spence, Defendants. Case No. 4:18-cv-04330, United States Southern District Court, Southern District of Texas, Houston Division.</u> Filed expert report April 30, 2024. Filed expert reply report September 30, 2024. Deposition October 4, 2024.

- Testifying Expert in <u>Humberto Lozada and Oklahoma Firefighters Pension and Retirement System, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v. Taskus Inc., Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, Jacqueline D. Reses, and BCP FC Aggregator L.P., Defendants, United States District Court, Southern District of New York.</u> Filed expert report May 10, 2024. Deposition June 20, 2024. Filed expert reply report August 23, 2024. Deposition September 13, 2024.

- Testifying Expert in <u>John Harvey Schneider, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Natera, Inc., Steve Chapman, Michael Brophy, Matthew Rabinowitz, and Ramesh Hariharan, Defendants, Case No. 1:22-cv-00398-DAE, United States District Court, Western District of Texas.</u> Filed expert report June 4, 2024. Deposition July 19, 2024. Filed expert reply report October 4, 2024.

- Testifying Expert in <u>Stadium Capital LLC, on Behalf of All Others Similarly Situated, Plaintiff, v. Co-Diagnostics, Inc., Dwight H. Egan, and Brian L. Brown, Defendants, Case No.: 22-cv-6978 (AS), United States District Court, Southern District of New York.</u> Filed expert report July 26, 2024. Filed expert report November 20, 2024.

- Testifying Expert <u>In Re Barclays PLC Securities Litigation, Case No 1:22-cv-08172-KPF, United States District Court Southern District of New York.</u> Filed expert report August 12, 2024.

- Testifying Expert <u>In Re PG&E Corporation Securities Litigation, Civil Action No. 3:18-cv-03509-EJD, United States District Court Northern District of California San Francisco Division.</u> Filed expert report November 6, 2024. Filed expert report December 13, 2024. Filed expert report December 23, 2024.

- Testifying Expert In Re The Honest Company, Inc. Securities Litigation, No. 2:21-CV-07405-MCS-AS, United States District Court Central District of California. Filed expert report November 18, 2024. Filed expert rebuttal report December 15, 2024.

- Testifying Expert in Albert Chow, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Enochian Biosciences Inc., Mark Dybul, Rene Sindlev, and Carl Sandler, Defendants, Case No. 8:22-cv-01374-JWH-JDE, United States District Court Central District of California. Filed declaration re: Plan of Allocation December 9, 2024.

- Testifying Expert In Re The Boeing Company Securities Litigation, Civil Action No. 1:24-cv-00151-LMB-LRV, United States District Court Eastern District of Virginia Alexandria Division. Filed expert report December 13, 2024.

Experience in Labor Economics and Discrimination-Related Cases:

- Expert Consultant in various class action matters regarding race, age, or gender discrimination.


Selected Experience in Antitrust, General Damages, and Other Matters:

- Expert Consultant in high-profile antitrust matters in the computer and credit card industries.

- Served as neutral expert for mediator (Judge Daniel Weinstein) in allocating a settlement in an antitrust matter.


**PUBLICATIONS:**

Coffman, Chad and Mary Gregson, "Railroad Construction and Land Value." *Journal of Real Estate and Finance*, 16:2, pp. 191-204 (1998).

Coffman, Chad, Tara O'Neil, and Brian Starr, Ed. Richard D. Kahlenberg, "An Empirical Analysis of the Impact of Legacy Preferences on Alumni Giving at Top Universities," *Affirmative Action for the Rich: Legacy Preferences in College Admissions*; pp. 101-121 (2010).


**PROFESSIONAL AFFILIATIONS:**

Associate Member CFA Society of Chicago
Associate Member CFA Institute
Phi Beta Kappa

**PERSONAL ACTIVITIES:**

- Pro bono consulting for Cook County State's Attorney's Office.
- Pro bono consulting for Cook County Health & Hospitals System – Developed method for hospital to assess real-time patient level costs to assist in improving care for Cook County residents and prepare for implementation of Affordable Care Act.
- Pro bono consulting for Chicago Park District to analyze economic impact of park district assets and assist in developing strategic framework for decision-making.
- Volunteer for Chicago Food Depository.
- Volunteer for Habitat for Humanity ReStore.