# **Exhibit 96**



Confidential

CoDx_00501488