# **Exhibit 97**

Message
---

**From:** Andrew Benson [a.benson@codiagnostics.com]
**Sent:** 2/8/2022 4:37:26 PM
**To:** Cameron Gundry [c.gundry@codiagnostics.com]
**CC:** Tom Williams [t.williams@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com]; Marlon Ramos [m.ramos@codiagnostics.com]
**Subject:** Re: Darn, they canceled the rest of the COVID-K-001s from order #2410

Glad we shipped them a little more COV1 yesterday then, before they canceled the rest. But that's still over a quarter million dollars we're missing out on. Hopefully we'll see a replacement order for it later this quarter.

Best regards,



**Andrew Benson**

Head of Corporate Communications

a.benson@co-dx.com

801-438-1036  x9153 **O**


Co-Diagnostics, Inc.

2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX

**co-dx.com**


On Tue, Feb 8, 2022 at 4:20 PM Cameron Gundry <c.gundry@codiagnostics.com> wrote:

I spoke with Mario here. He says due to the rise and (now) fall in demand for the COVID-K-001s, they want to cancel the rest of order #240. They are fine with what Andrew shipped yesterday, no cancellations on that material.

So, we should cancel the remaining 120,000 reactions from order #2410. Sad to see a cancellation, but onwards and upwards!

They do still need the rest of the ABCs from order #2441.

Thanks,

Cameron Gundry, M.Sci.
Director of Commercialization LATAM / EUR



C.Gundry@co-dx.com
435-237-7434 **M**
Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX_
co-dx.com

**Exhibit
0004**

11/1/2024
Gundry

Confidential

**From:** compras@raver.mx <compras@raver.mx>
**Sent:** Tuesday, February 8, 2022 3:57 PM
**To:** Cameron Gundry <c.gundry@codiagnostics.com>
**Subject:** Solicitud de cancelacion de pruebas logix de 250

Hola Cameron, Solicitamos formalmente que porfavor no sigan enviando pruebas de Logix de 250 reacciones por ahora, se cancelaran las PO que están relacionadas a ellas.

Esto se debe a que tenemos suficiente producto por ahora.

Muchas gracias por su apoyo constante.



Confidential