# **Exhibit 100**

Message
───────────────────────────────────────────────────────────

**From:**      Sutton Aronson [sutton@globalsourceadvisors.com]
**Sent:**       4/28/2022 12:50:36 PM
**To:**          Dwight Egan [d.egan@codiagnostics.com]
**Subject:**   Rapid Antigen Solutions For Next COVID Variant Surge

Hi Dwight,

With many mask mandates being lifted, Covid-19 cases are up 55% across the U.S. I'm reaching out because my company is a direct supplier of protective and preventative products such as rapid antigen test kits, PCR tests, nitrile gloves, as well as on-site testing services for businesses.

Are you currently procuring or planning to acquire test kits for employee safety in the future? We have extensive inventories of the most popular products at wholesale pricing.

If interested, I can make myself available to discuss it at your convenience.

Best,
Sutton

Confidential                                                                      CoDx_00035082