# Exhibit 101



Co-Dx

**Co-Diagnostics**
**Board Presentation**
May, 2022

Confidential

CoDx_00239088



Confidential

CoDx_00239089



Confidential



CoDx_00239091



CoDx_00239092



# radius

## Evaluating Co-Dx's At-Home Testing Concept Among Consumers and Physicians

Final Report

April 2022 | Prepared for:

Co-Dx

Confidential

CoDx_00239093

**The main objectives of this research are two-fold:**

**1.** Assist Co-Dx in gauging consumer and physician attitudes towards and engagement with at-home diagnostic testing

**2.** Measure reactions to Co-Dx's device concept and willingness of these audiences to purchase or recommend

Building on the qualitative research conducted earlier this year, we addressed these two main objectives through two **quantitative surveys** – one with **consumers** and another with **physicians** – which also:

✓ **Assessed current usage** of at-home diagnostic testing

✓ **Explored attitudes** of at-home diagnostic testing

✓ **Identified drivers** of purchase intent among consumers and recommendation intent among physicians

radius

7

Confidential

CoDx_00239094



**Research Methodology**

### Who?

**n= 321 Consumers**

**Qualifications:**

- Between the ages of 24 and 54
- Is the parent or guardian of at least one child under the age of 18 in household

n= 102 Physicians

- n=51 PCPs
- n=51 Pediatricians

**Qualifications:**

- 2-30 years post fellowship
- Specialty is pediatrics, internal medicine, or general medicine (PCP)
- Works in medical practice that uses diagnostic tests

### What?

**20-minute online survey**

Driver Analysis

### Where?

**United States**

Nationnally Representative

### When?

**March 2022**

Co-Dx

Confidential

CoDx_00239095



As COVID has ebbed and flowed over the past two years, the **awareness of, usage of and interest in** at-home non-COVID diagnostic testing is high among consumers.

**At-home Diagnostic Testing Engagement (Non-COVID)**
*(among total consumers)*

**Overall Awareness of At-home Testing**: 87%

**Ever Used at At-home Test (non-COVID)**: 61%

**Interest in Future Use of At-home Testing**: 87%

Base Size: Total Consumers (n=321)

**Consumer Questionnaire:** B0. Aside from COVID testing, which of the following best describes your experience with over the counter at-home diagnostic testing? When thinking about these tests please do not include COVID tests, daily glucose monitoring tests, or pregnancy tests. | B1. How interested would you be in being able to perform testing for certain conditions by using at-home diagnostic testing kits? Displaying % somewhat/very/extremely interested. Displaying somewhat/very/extremely interested.

CoDx_00239096

Consumers perceive **many positive aspects of at-home testing** – for instance convenience, expediency and privacy – but they **also have concerns** around result acceptance, accuracy and administration.

**Consumer Attitudes Towards At-home Diagnostic Testing**
*(among total consumers – displaying % strongly/somewhat agree with statement)*

| Benefits | | Concerns | |
|---|---|---|---|
| **85%** | At-home diagnostic tests provide a **quick** way for me and my family to receive test results | **68%** | I worry that the results from at-home diagnostic tests **might not be accepted** by the institutions that require me to test |
| **83%** | At-home diagnostic tests are **convenient** | **65%** | I worry that the at-home diagnostic tests are **not as accurate** as what my physician would use |
| **82%** | At-home diagnostic tests can help me and my family **know when to isolate** or quarantine so that we can contain disease spread | **59%** | I worry that the results from at-home diagnostic tests **might not be accepted** by my physician |
| **81%** | At-home diagnostic testing gives me and my family a **feeling of privacy** | **57%** | I worry that I would **not be able to perform** at-home diagnostic tests correctly |



Co-Dx Base Size: Total Consumers (n=321)
**Consumer Questionnaire:** B2. Thinking about at-home diagnostic testing in general, please indicate whether you agree or disagree with the following statements about this type of testing.

Confidential



CoDx_00239098

# E-Commerce





**Key Items:**

- New Look Home Page to highlight CO-DX PCR home device products and tell depict usage

- Shop Now links to e-commerce page

Confidential

CoDx_00239099

# E-Commerce

**Key Items**:

- New Look Home Page to highlight YourTest products and tell depict usage

- Shop Now links to e-commerce page

Confidential

CoDx_00239100

# E-Commerce



**Key Items**:

- E-commerce will provide product detail and path to purchase

- Work in progress to align "Look & Feel" to home page

Confidential

# Shipping



mendtronix
technical & logistical solutions

- Progress
  - Vetted multiple 3PL's and narrowed down to Mendtronix
  - Have begun creation of SOP's and are reviewing SLA's

- Next Steps
  - Complete Mendtronix onboarding requirements and agreements

- Point of Contact:
  - Contact for YourTest Device Shipping Questions?
    - Is the Co-Dx device covered by ISO9001 or ISO13485?
    - FDA Class of products? Class #?
    - Will there be Rx labeling on the packaging?
    - When do the products expire and when should they be pulled?
    - Warehouse climate requirements
    - Are products shipped under DOT, IATA or IMO regulations?
    - What will be our cadence and volumes for warehouse delivery
    - Finalized Production Costs

- Quality Management System – ISO 13485:2016
- Documentation – Source doc controls, travelers
- Traceability/data retention – NetSuite ERP
- Data security – All cloud, backed up, 128 bit
- HIPAA/PHI segregation – via MS Dynamics
- SOPs, EE training, internal & external audits

Co-Dx

Confidential

# Customer Support



- Progress
  - Engaged with Concentrix
  - Provided Customer Journey and developed strategic roadmap

- Next Steps
  - Review Agreements
  - Build out trainings and SOP's
  - Set up internal Level 2 support for escalations

- Point of Contact
  - Point of contact from development side to partner on issues & trouble shooting SOP's

- Global consistency, local intimacy
- Robust, redundant infrastructure
- 95% of world population
- 70+ languages spoken
- 48 of our top 50 clients use us in more than one country

 Co-Dx

Confidential

CoDx_00239103



CO-DX PCR Home Test Smartphone App Instructions

CoDx_00239104



Confidential

CoDx_00239105



CoDx_00239106



CoDx_00239107



Confidential



# Real-Time Global Surveillance System



CoDx_00239110



Confidential



CoDx_00239112



CoDx_00239113



Confidential

CoDx_00239114