# **Exhibit 102**



Co-Diagnostics
Company Presentation

May 2022

Confidential
CoDx_00034152



Confidential

CoDx_00034153



From laboratory tests around the world...

Confidential

CoDx_00034154



CoDx_00034155



Confidential



CoDx_00034157



The Co-Dx PCR Home Testing Platform has not been reviewed by the FDA and is not available for sale.

Confidential

CoDx_00034158



Confidential



CoDx_00034160



Confidential

CoDx_00034161



Confidential

CoDx_00034162



CoDx_00034163



CoDx_00034164



CoDx_00034165



Confidential

CoDx_00034166



CoDx_00034167



CoDx_00034168



# radius

## Evaluating Co-Dx's At-Home Testing Concept Among Consumers and Physicians

Final Report

April 2022 | Prepared for:

Co-Dx

Confidential

CoDx_00034169

Consumers perceive **many positive aspects of at-home testing** – for instance convenience, expediency and privacy – but they **also have concerns** around result acceptance, accuracy and administration. (Radius Global Market Research, April 2022)

**Consumer Attitudes Towards At-home Diagnostic Testing**
*(among total consumers – displaying % strongly/somewhat agree with statement)*

**Benefits**

**85%** At-home diagnostic tests provide a **quick** way for me and my family to receive test results

**83%** At-home diagnostic tests are **convenient**

**82%** At-home diagnostic tests can help me and my family **know when to isolate** or quarantine so that we can contain disease spread

**81%** At-home diagnostic testing gives me and my family a **feeling of privacy**

**Concerns**

**68%** I worry that the results from at-home diagnostic tests **might not be accepted** by the institutions that require me to test

**65%** I worry that the at-home diagnostic tests are **not as accurate** as what my physician would use

**59%** I worry that the results from at-home diagnostic tests **might not be accepted** by my physician

**57%** I worry that I would **not be able to perform** at-home diagnostic tests correctly

Co-Dx

Base Size: Total Consumers (n=321)
**Consumer Questionnaire:** B2. Thinking about at-home diagnostic testing in general, please indicate whether you agree or disagree with the following statements about this type of testing.

CoDx_00034170



When presented with the Co-Dx at-home testing device concept (without a price attached), **consumers have strong, positive reactions towards the offering**. (Radius Research, April 2022)

**Consumers' Initial Reaction to Co-Dx Device Concept**
*(among total consumers – price not included in description)*

| | |
|---|---|
| **Overall Appeal** | 75% |
| **Uniqueness** | 81% |
| **Purchase Intent** | 77%* |

***When a price point is attached to the device ($300 device + $20/cartridge), overall purchase intent remains at 66%***

**Most Helpful Tests This Device Could Offer Me and My Family**
*(among total consumers – displaying % rated in top 3)*

**COVID-19** (53%)

**Flu** (38%)

**Bronchitis / Pneumonia** (37%)

**Strep Throat** (17%)

Base Size: Total Consumers (n=321)
**Consumer Questionnaire:** C1. How appealing to you is the at-home testing device concept that you just saw? | C4. Based on what you have just read about this device, how unique do you feel that it is compared to other testing kits that you may have seen on the market? | C5. And, taking everything into consideration, how likely would you be to buy this at-home diagnostic testing device assuming it was available to you? | C3b. You mentioned that it would be helpful if the device concept were able to test for the following illnesses. If this device could only be available for three (3) illnesses, which three would you choose?

Confidential

CoDx_00034171



Confidential

CoDx_00034172



Confidential



CoDx_00034174



Confidential

CoDx_00034175



- Cash, Cash Equivalents & Marketable Securities (in millions)

| 3/31/22 | 3/31/21 | $ Change | % Change |
|---------|---------|----------|----------|
| $97.4 | $60.1 | $37.3 | 62.1% |

- Revenue (in millions)

Three Months ended

| 3/31/22 | 3/31/21 | $ Change | % Change |
|---------|---------|----------|----------|
| $22.7 | $20.0 | $2.7 | 13.5% |

- GM%

Three Months ended

| 3/31/22 | 3/31/21 | BPS |
|---------|---------|-----|
| 85.54% | 83.66% | 188.6 |

- Adjusted EBITDA (in millions)

Three Months ended

| 3/31/22 | 3/31/21 | Change | % Change |
|---------|---------|--------|----------|
| $11.4 | $11.4 | - | 0.0% |

### Financial Status Q1 2022

**Other items:**

- No debt
- Positive cash flow from operations (seven straight quarters)

Co-Dx

Confidential

CoDx_00034176



Thank you

Confidential

CoDx_00034177