# Exhibit 103

Message

| | |
|---|---|
| **From:** | Laura Benzonana [l.benzonana@codiagnostics.com] |
| **Sent:** | 5/4/2022 5:18:46 AM |
| **To:** | Cameron Gundry [c.gundry@codiagnostics.com]; Seth Egan [s.egan@codiagnostics.com] |
| **Subject:** | FW: Newer, fitter descendants of Omicron variant begin to drive their own coronavirus waves + 3 MAY DEADLINE: Covid Omicron Variant BA.2.12.1 Spreading Quickly Across United States; Related Cases Up Nearly 100% In Past Two Weeks |

Hello both,

It looks like a new wave may be upon us.

Kind regards,
Laura



Laura Benzonana, Ph.D.
S&E European Business Development Manager
l.benzonana@co-dx.com
+30 6981172635
Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
co-dx.com

---

**From:** ari patrinos <aripatrinos@gmail.com>
**Sent:** Τετάρτη, 4 Μαΐου 2022 11:52 πμ
**To:** undisclosed-recipients:
**Subject:** Newer, fitter descendants of Omicron variant begin to drive their own coronavirus waves + 3 MAY DEADLINE: Covid Omicron Variant BA.2.12.1 Spreading Quickly Across United States; Related Cases Up Nearly 100% In Past Two Weeks

# Newer, fitter descendants of Omicron variant begin to drive their own coronavirus waves

**By Brenda Goodman, CNN**
Updated 2126 GMT (0526 HKT) May 3, 2022

**(CNN)**There's no denying the numbers: Even with spotty reporting, Covid-19 cases and hospitalizations are rising again in the United States.

Cases are trending up in most states and have increased by more than 50% compared with the previous week in Washington, Mississippi, Georgia, Maine, Hawaii, South Dakota, Nevada and Montana. In New York, more than a quarter of the state's population is in a county with a "high" Covid-19 community level, where the US Centers for Disease Control and Prevention recommends indoor masking.

Confidential                                                                                    CoDx_00042651



The US should prepare for a predictable Southern summer surge of Covid-19, Birx says

Average daily hospitalizations are up about 10% since last week, according to data collected by the US Department of Health and Human Services.

The culprit this time appears to be a spinoff of Omicron's BA.2 subvariant called BA.2.12.1, which was first flagged by New York state health officials in April.

BA.2.12.1, which is growing about 25% faster than its parent virus, BA.2, accounts for nearly 37% all Covid-19 cases across the US, according to new estimates from the CDC.

BA.2 caused an estimated 62% of all Covid-19 cases last week, down from 70% the week before.

## US, South Africa contend with faster new variants

BA.2.12.1 isn't the only Omicron offshoot that scientists are watching.



Is herd immunity for Covid-19 still possible?

After weeks of declines, South Africa saw its Covid-19 cases rise steeply in the past two weeks. Test positivity and hospitalizations have also popped up as scientists have watched two relatively new subvariants, BA.4 and BA.5, dominate transmission in that country. Taken together, they accounted for almost 60% of all new Covid-19 cases by the end of April, according to South Africa's National Institute of Communicable Diseases.

These new Omicron subvariants are spreading around the globe. BA.4 sequences have been reported in 15 countries and 10 US states, while BA.5 has been picked up in 13 countries and five US states, according to the website Outbreak.info, which maintained by a coalition of academic research centers and is supported by funding from the National Institutes of Health.

CoDx_00042652

Like BA.2.12.1, BA.4 and BA.5 have a growth advantage over BA.2.

## Omicron subvariants escape immunity

A new preprint study, published ahead of peer review, is pointing to why BA.4 and BA.5 are gaining ground: They can escape antibodies generated by previous infections caused by the first Omicron virus, BA.1, the variant responsible for the huge wave of infections that hit many countries in December and January. They can also escape antibodies in people who've been vaccinated and had breakthrough BA.1 infections, though this happened to a lesser degree than seen in people who've only been infected.



How well is our immunity holding up against Covid-19?

Researchers in South Africa tested the ability of antibodies in blood to disable BA.4 and BA.5 viruses in a lab. In people who were unvaccinated but recently recovered from a BA.1 infection, they saw a more than seven-fold drop in the ability of their antibodies to neutralize BA.4 and BA.5 viruses. In people who'd been vaccinated but recently had a breakthrough infection caused by BA.1, the drops were smaller, about three-fold lower.

By way of comparison, the World Health Organization uses an eight-fold drop in neutralization as the threshold for the loss of protection that requires an update to seasonal influenza vaccines.

The study results led the researchers to write that "BA.4 and BA.5 have potential to result in a new infection wave," making Covid-19 vaccinations and booster shots crucial to stopping the next wave.

"Our conclusions from this are, first, that Omicron by itself is not a great vaccine, right?" said Alex Sigal, a virologist at the Africa Health Research Institute who led the study. "Just because you were infected does not mean you have a lot of protection from what's coming next."

Dr. Eric Topol, a cardiologist who is the founder and director of the Scripps Research Translational Institute, praised the research, pointing out that this lab was also the first to characterize the first Omicron variant: "They've been first-rate all the way through the pandemic."

He said that overall, the finding was not good news. Even people who recovered from a Covid-19 infection as recently as December or January can be reinfected by these new subvariants.

"That dropoff of immune escape or immune evasion was pronounced in people who were unvaccinated," Topol said, pointing out that only about 1 in 3 people in South Africa have been vaccinated against Covid-19.

Confidential                                                                                    CoDx_00042653



With the BA.2 subvariant on the rise, what's safe and what's not? A medical expert explains

For those who are vaccinated, "those people are also not as bad, but they also have to face BA.4 and BA.5 with less solid neutralizing antibody response," he said. "The mutations in BA.4 and BA.5 are playing out to be a challenge to our immune response."

Only a few dozen sequences of these viruses have been reported in the US and Canada. Researchers say it's just too early to know whether BA.4 or BA.5 will take off in the United States.

It wouldn't be surprising if they do, said Andy Pekosz, a virologist and professor of molecular microbiology and immunology at Johns Hopkins University.

"We've seen this over and over again. As a variant becomes dominant in another country eventually ends up here in the US and spreading globally," Pekosz said.

In the meantime, Topol said, we have our own sublineage to deal with: BA.2.12.1.

"It may simulate the problems of BA.4 and BA.5," Topol said. "We don't know yet because there's no study like this one from the Sigal lab."

## Shared mutation

The BA.4 and BA.5 viruses and BA.2.12.1 have mutations at location 452 of their genomes. This region codes for a part of the viruses receptor binding domain -- the part of the virus that docks onto a door on the outside of our cells. The Delta variant and some others have picked up mutations in this location. Researchers believe that changes there help the virus bind more tightly to our cells and hide from frontline immune defenders called antibodies that try to block the virus from invading our cells.

"That may make it transmit better perhaps between our cells as well," Sigal said.

BA.4 and BA.5 also have changes at location 486, which is a bit of a head-scratcher because previous viruses that changed in this location didn't do well. They fizzled out.

Get CNN Health's weekly newsletter

Sign up here to get **The Results Are In with Dr. Sanjay Gupta** every Tuesday from the CNN Health team.

"Suddenly, this guy manages it. So we don't know what that does," Sigal said. "My suspicion is that's a heavy escape mutation," meaning it helps the virus hide from our immune system.

Scientists have begun work to try to better understand BA.2.12.1, which has been detected in 22 countries, though most of the sequences have come from the United States.

Confidential

Pekosz said he has been growing copies of BA.2.12.1 in his lab and has recently shipped samples of the virus to other research groups for study. He said scientists have just started talking about experiments they want to do to try to answer two key questions: How quickly is it copying itself, and how well does it escape our immunity?

Before the SARS-CoV-2 virus, scientists thought coronaviruses didn't change much. Pekosz said that, looking back, we didn't know what we didn't know.

As long as the virus continues to find hosts to infect, it will continue to evolve.

"This virus has shown that it mutated slowly, but when it started to pick up good mutations, they just kept coming and coming and coming," he said.

++++++++++++++++++++++++++++++++++++++++++++

DEADLINE

- HOME
- BUSINESS
- BREAKING NEWS

# Covid Omicron Variant BA.2.12.1 Spreading Quickly Across United States; Related Cases Up Nearly 100% In Past Two Weeks

By Tom Tapp

## Tom Tapp
*Deputy Managing Editor*

**More Stories By Tom**

- CDC Reissues Mask Recommendation On Planes And Public Transportation Across America As Much Of The Northeast Moves Into "High Transmission" Category

- Covid Omicron Variant BA.2.12.1 Spreading Quickly Across United States; Related Cases Up Nearly 100% In Past Two Weeks

- How To Watch The Johnny Depp-Amber Heard Trial; Case Resumes Wednesday

**VIEW ALL**

May 3, 2022 10:52am

Confidential



**Covid molecule**NIAID

In February, the first few cases of two new, more infectious variants were identified in the Northeastern United States. Dubbed BA.2.12.1 and BA.2.12.2, these sublineages of the BA.2 variant made up only 1.5% of newly-sequenced positive tests before March 19.

But, warned New York State Public Health officials, the new variants are thought to have a 23%–27% growth advantage over BA.2, which itself had an estimated 30% growth advantage over the original Omicron. About 6 weeks later, the numbers support that theory.

For the week ending April 16, BA.2.12.1, which seems to be the more dominant of the two, made up 19% of all newly-sequenced positive Covid tests in the country. Centers For Disease Control data released today show that BA.2.12.1, now makes up 36.5% of all newly-sequenced positive Covid tests. That's a jump of close to 100% in the past two weeks.

RELATED STORY
**New South African Covid Variants, Omicron BA.4 And BA.5, Found In U.S. For First Time; May Be More Transmissible Than BA.2**

Confidential

CoDx_00042656



CDC

The share of cases related to BA.2.12.1 is even higher in some parts of the U.S.

In the Northeast region defined by New York, New Jersey and Connecticut, where the variant first took hold, it now accounts for 61% of all new cases. Nearby, in the region made up of Delaware, D.C., Maryland, Pennsylvania, Virginia and West Virginia, the share is 40%.

In the Southwest, which seems to be about 2-3 weeks behind the Northeast in the spread of many recent variants, numbers are much lower. CDC figures indicate that in California, Nevada and Arizona, BA.2.12.1 now accounts for 20% of new cases. Across Arkansas, Louisiana, New Mexico, Oklahoma and Texas it is 13.9%. The region defined by Alaska, Oregon, Washington and Idaho has identified the variant in only 12% of its most recent cases.

Confidential



**The share of BA.2.12.1 regionally the U.S. (in red) vs. BA.2 (in pink).**CDC

See the map to the left for a graphical representation of the share of BA.2.12.1 vs. BA.2, which became dominant across the country only <u>four weeks ago</u>.

And the freight train hasn't stopped with BA.2.12.1. Just last week, the first cases of two even newer variants, also thought to be more infectious than BA.2, <u>were discovered</u> in the U.S.

As the variants have spread, cases and hospitalizations have begun to rise, as well. The 7-day average number of cases in the country has risen from about 25,000 in late March to more than 56,000 today, a 100+% rise. The 7-day average number of patients hospitalized with Covid in the U.S., which generally trails a rise in cases by about two weeks, has risen from a recent low of about 25,000 on April 4 to over 56,000 cases in late April, also a more than 100% rise, despite the standard lag of two weeks between a rise in cases and hospitalizations.

CoDx_00042658