# Exhibit 104

Message
_____

**From:**       Andrew Benson [a.benson@codiagnostics.com]
**Sent:**       5/4/2022 11:06:05 AM
**To:**         Brian Brown [b.brown@codiagnostics.com]
**Subject:**    Fwd: Q1 CFO Script
**Attachments:** 1Q22 Earnings Call Script - CFO + Guidance 050322.docx

See attached.

Best regards,



Andrew Benson

Head of Corporate Communications

a.benson@co-dx.com

801-438-1036  x9153 O

Co-Diagnostics, Inc.

2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX

co-dx.com

---------- Forwarded message ---------
From: **William Stack** <wstack@lambert.com>
Date: Tue, May 3, 2022 at 6:15 AM
Subject: Q1 CFO Script
To: Andrew Benson <a.benson@codiagnostics.com>

Andrew,

Attached is v1 of the CFO script. Shout with questions.

Best,

**William Stack**

Manager, Investor Relations

Mobile: 224.567.9296

**www.lambert.com**

 **LAMBERT**

NYC · DET · PHX · HOU · STL
PROI Worldwide Partner

**Exhibit
00013**
11/5/2024
Brown

Confidential                                                      CoDx_00004432

**I stand with you.**
**Ally** [al-ly] A person who *supports* individuals or groups who are *different* from them

Confidential

**Brian Brown**

Thanks, Dwight.

And thank you everyone for joining today's call.

As Dwight mentioned, our record performance during the first quarter was stronger than anticipated. In addition to the encouraging results this quarter, we also made significant progress on the commercialization strategy for the Your Test™ device. I am encouraged with the progress we made during the year both from an operational and financial standpoint, and remain excited for the future.

Now to review our performance during the first quarter of 2022.

For Q1, revenue increased 13.5% to $22.7 million, as compared to $20.0 million during the prior year period. The increase in revenue on a year-over-year basis was primarily driven by increased global sales of our Logix Smart COVID-19 Tests. Gross profit for the year increased 15.5% to $19.4 million, compared to

1

CoDx_00004434

$16.8 million in Q1 of 2021. Our gross margin percentage of 85.5% for the quarter increased from 83.7% in the prior year period. The 180 basis points increase in gross margin from last year reflects continued improvement in our manufacturing processes and a favorable shift in our product mix. Record revenue and gross profit performance driven by increased sales of our Logix Smart COVID-19 Tests enabled us to achieve significant year-over-year growth.

Total operating expenses for the three months ended March 31, 2022, were $9.6 million, an increase of $3.1 million compared to $6.4 million in the first quarter of 2021. The year-over-year change was driven primarily by an $1.5 million increase in our research and development expenses over the prior year period, most of which can be attributed to further investment in the development of the CODX YourTest PCR Device.

Sales and marketing expenses for the quarter also increased from the prior year same period to $2.6 million. The year-over-year change was primarily driven by higher

 third-party commissions on higher international sales. Additionally, we continue to invest in our people and processes, including our sales and marketing team, as well as marketing mediums.

2

CoDx_00004435

For the first quarter of 2022, income before taxes increased 33.7 percent to $13.1 million as compared to $9.8 million achieved in the prior year same period.

Income tax expense for the quarter was $2.9 million, representing an effective tax rate of 22%. Our effective tax rate will generally differ from the U.S. Federal statutory rate of 21.0% due to state taxes, permanent items, and discrete items.

First quarter net income for 2022 was $10.2 million, or $0.29 per fully diluted share, compared to net income of $7.9 million, or $0.26 per fully diluted share, in the prior year. The increase year-over-year was primarily the result of a $3.4 million contingent consideration remeasurement gain.

**Commented [MH1]:** What does this mean? We will want to say it/explain it in a way that is easier to understand.

Adjusted EBITDA for the quarter was nearly flat on a year-over-year basis, at $11.4 million. Expenses incurred related to the acquisitions of Idaho Molecular and Advanced Conceptions completed during the fourth quarter of fiscal 2021, more than offset a year-over-year increase in net income.

3

CoDx_00004436

We remain committed to improving the health and flexibility of our balance sheet. Our diligent approach during fiscal 2021 allowed us to opportunistically close on two acquisitions during the fourth quarter, both of which were key to the continued development and future manufacturing of the CODX YourTest PCR Device.

Cash, cash equivalents and marketable securities increased to $97.4 million at March 31, 2022 up from $88.6 million at December 31, 2021, representing an increase of $8.8 million. Our highly liquid, no debt balance sheet, enables us to execute on our strategic growth plan. We continue to invest in our people, processes, and research and development as we look to scale and expand to new verticals to solidify our future.

In March, we announced the authorization of a $30 million share repurchase program. We believe this element of our capital allocation strategy is aligned with our commitment to return value to our shareholders. This authorization also reflects confidence in our balance sheet and strong cash flow generation capabilities. Additionally, we believe that this authorization provides us with an opportunity to strategically allocate capital in a way that demonstrates our positive outlook for the future of Co-Diagnostics.

4

Confidential
CoDx_00004437

The dedication from our team to deliver solid performance remains on full display. Our record performance during the first quarter would not have been possible without their many contributions. As we look to the balance of fiscal 2022, we remain encouraged by the operational and scientific teams we have established to support our future growth.

Turning now to guidance.

While we experienced strong demand for our products during the first quarter of 2022, challenges in our operating environment have restricted our near-term visibility.  We will continue to navigate the near-term environment with caution but as a result will be taking a more prudent approach to guidance for the second quarter of fiscal 2022. Outlook for the fiscal second quarter ended June 30, 2022 assumes the following.

**Commented [WS2]:** Discuss

Our second quarter guidance assumes the following:

- First quarter revenue in the range of $XX million to $XX million, a X.X% increase at the midpoint compared to first quarter 2021 results;

- Diluted EPS in the range of $X.XX to $X.XX;

- Diluted shares outstanding of XX.X million; and

5

CoDx_00004438

- Adjusted EBITDA in the range of $<mark>X.X</mark> million to $<mark>X.X</mark> million.

I'll now turn the presentation back over to Dwight.

6

Confidential                                                                                                    CoDx_00004439