# Exhibit 105

Message
_____

**From:** Zachary Mizener [zmizener@lambert.com]
**Sent:** 5/4/2022 2:02:14 PM
**To:** Brian Brown [b.brown@codiagnostics.com]; Andrew Benson [a.benson@codiagnostics.com]
**CC:** Mike Houston [mhouston@lambert.com]; William Stack [wstack@lambert.com]
**Subject:** RE: Q1 CFO Script
**Attachments:** CODX 1Q22 Earnings Release v1 (5-4-22).docx


Hey Brian,

Please find our first draft attached. We can review/discuss on the call in 30.

Thanks,

Zach


**Zachary Mizener,** Senior Analyst
**Lambert**
**O:** 315.529.2348   **M:** 315.529.2348


**From:** William Stack <wstack@lambert.com>
**Sent:** Wednesday, May 4, 2022 3:54 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** Mike Houston <mhouston@lambert.com>; Zachary Mizener <zmizener@lambert.com>; Andrew Benson <a.benson@codiagnostics.com>
**Subject:** Re: Q1 CFO Script

Hi Brian,

We will circulate a draft for review this evening.

Thanks,

**William Stack, Lambert & Co.**

Manager, Investor Relations


**M:** 224.567.9296


**From:** Brian Brown <b.brown@codiagnostics.com>
**Sent:** Wednesday, May 4, 2022 1:20:01 PM
**To:** William Stack <wstack@lambert.com>
**Cc:** Mike Houston <mhouston@lambert.com>; Zachary Mizener <zmizener@lambert.com>; Andrew Benson <a.benson@codiagnostics.com>
**Subject:** FW: Q1 CFO Script

Will –

Confidential

> **Exhibit**
> **00014**
> 11/5/2024
> Brown

When can we expect to see the first draft of the earnings release?

Thanks,



Brian Brown   Chief Financial Officer
b.brown@co-dx.com
801-403-8408 **M** | 801-438-1036 x9152 **O**
Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
**co-dx.com**

---

**From:** Andrew Benson <a.benson@codiagnostics.com>
**Sent:** Wednesday, May 4, 2022 11:06 AM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Subject:** Fwd: Q1 CFO Script

See attached.

Best regards,



Andrew Benson
Head of Corporate Communications
a.benson@co-dx.com
801-438-1036  x9153 **O**

Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
**co-dx.com**

---------- Forwarded message ---------
From: **William Stack** <wstack@lambert.com>
Date: Tue, May 3, 2022 at 6:15 AM
Subject: Q1 CFO Script
To: Andrew Benson <a.benson@codiagnostics.com>

Andrew,

Attached is v1 of the CFO script. Shout with questions.

Best,

**William Stack**
Manager, Investor Relations



Mobile: 224.567.9296

**www.lambert.com**

NYC · DET · PHX · HOU · STL
PROI Worldwide Partner

**I stand with you.**
**Ally** [al-ly] A person who *supports* individuals or groups who are *different* from them

Confidential                                                                        CoDx_00075096

# Co-Diagnostics Reports Solid First Quarter 2022 Financial Results

*Strong quarterly results highlighted by record revenue of $22.7 million and diluted EPS of $0.29*

**SALT LAKE CITY, May 12, 2021—** Co-Diagnostics, Inc. (NASDAQ: CODX), a molecular diagnostics company with a unique, patented platform for the development of molecular diagnostic tests, announced today financial results for the first quarter ended March 31, 2022.

**First-Quarter 2022 Financial Results:**
- Revenue of $22.7 million, primarily due to sales of the Logix Smart™ COVID-19 Test
- Gross profit increased to $19.4 million, representing 85.5% of consolidated revenue due to strong product mix as compared to the prior-year period
- Operating income of $9.8 million compared to $10.3 million a year ago, due to an increase in Research and Development.
- Income before taxes of $13.1 million
- Net income of $10.2 million, compared to a net income of $7.9 million in the prior-year first quarter, representing $0.29 per fully diluted share
- Cash, cash equivalents, and marketable securities totaled $97.4 million as of March 31, 2022, an increase of $7.5 million from December 31, 2021

"We are incredibly proud to deliver another solid quarter of growth following our record results in 2021," said Dwight Egan, Co-Diagnostics' Chief Executive Officer. "We've made substantial progress in the development of our new YourTest™ rapid PCR diagnostic testing device and look forward to submitting for FDA approval later this year.

"Looking forward, we have a singular focus on completing development and FDA submission of the YourTest™ rapid PCR testing device and continue to forecast strong demand for our broad product portfolio across all end markets," continued Egan. "Our strong balance sheet and liquidity continue to position us well for additional investments in research and development that will fund our future growth initiatives. We believe we are at a critical point in our growth trajectory that will enable us to expand into new verticals, new markets, and innovative molecular diagnostic solutions."

**First Quarter 2022 Business Highlights:**
- Received clearance from Indian regulators for the Hepatitis B viral load and high-risk HPV multiplex tests.
- Announced strategic additions to the Scientific Advisory board with the appointments of Carl Wittwer, M.D., Ph.D. as Chairman, and Karen C. Carroll, M.D, Noriko Kusukawa, Ph.D., and Anne Wyllie, Ph.D. who join Company co-founder Brent Satterfield, Ph.D.

**Second-Quarter 2022 Outlook:**
Co-Diagnostics is offering the following guidance for its second quarter of 2022:
- Revenue to be in the range of $20.0 million to $22.0 million
- Adjusted EBITDA to be in the range of $XX.X to $XX.X
- Diluted earnings per share forecasted to be in the $0.19 to $0.23 range, with shares outstanding expected to be approximately 30 million
- Corporate effective tax rate of approximately 21.0%

CoDx_00075097

### Conference Call and Webcast

Co-Diagnostics will host a conference call and webcast at 4:30 p.m. EDT today to discuss its financial results with analysts and institutional investors. The conference call and webcast will be available via:

Webcast: [ HYPERLINK "https://ir.codiagnostics.com" ] on the Events & Webcasts page

Conference Call: 877-317-6789 (domestic) or 412-317-6789 (international)

The call will be recorded and later made available on the Company's website: [ HYPERLINK "https://codiagnostics.com" ].

### About Co-Diagnostics, Inc.:

Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a new, state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

### Forward-Looking Statements:

*This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions. Forward-looking statements in this release include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in liquid biopsy and SNP detection, (iv) use of the Company's liquid biopsy tests by laboratories, (v) capital resources and runway needed to advance the Company's products and markets, (vi) increased sales in the near-term, (vii) flexibility in managing the Company's balance sheet, (viii) anticipation of business expansion, (ix) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages, and (x) the impact that known and unknown COVID-19 variants may have on us and our products, our customers and suppliers, including disruptions and inefficiencies in the supply chain. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances. Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to place undue reliance on any forward-looking statements. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.*

**Company Contact:**
Andrew Benson
Head of Investor Relations
+1 801-438-1036

**Investor Relations Contact:**
Zachary Mizener
Lambert & Co.
+1 616-233-0500

Confidential

[ HYPERLINK "mailto:investors@codiagnostics.com?subject=Investor%20Inquiry" ]
[ HYPERLINK "mailto:zmizener@lambert.com" ]

Confidential                                                                                                                CoDx_00075099