# Exhibit 107

Message
_____

**From:** mhouston@lambert.com [mhouston@lambert.com]
**Sent:** 5/6/2022 8:52:28 PM
**To:** Brian Brown [b.brown@codiagnostics.com]
**CC:** Andrew Benson [a.benson@codiagnostics.com]; William Stack [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0aae74682315480897fd3fcd77c2dde0-William Sta]; Zachary Mizener [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dace114f5f70496882fddd1a9099699e-Zachary Miz]
**Subject:** Re: Guidance Considerations

Sounds good. Let me give that some thought and get back to you over the weekend. I'll do some research on what others have been saying.

On May 6, 2022, at 2:08 PM, Brian Brown <b.brown@codiagnostics.com> wrote:

I think I would lean to the highlighted below.  What are you thoughts for the reasoning that would be presented best?



**Brian Brown**   Chief Financial Officer

b.brown@co-dx.com
801-403-8408 **M**  |  801-438-1036 x9152 **O**

Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
**co-dx.com**

_____

**From:** Mike Houston <mhouston@lambert.com>
**Sent:** Thursday, May 5, 2022 6:50 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** Andrew Benson <a.benson@codiagnostics.com>; William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>
**Subject:** Guidance Considerations

Hi Brian,
Following up on our call yesterday, I wanted to outline a few considerations as you prepare to discuss guidance with the Board. Happy to chat through any of these ahead of the Board meeting on Monday.

Alternatives to providing Q2 guidance in the earnings call and release:
- Pull guidance completely, citing uncertainty in the market causing the company to not accurately predict results
  - This path will raise the most questions, but could be viewed as more positive than guiding to a figure and coming up very short
  - Would want to communicate the key reasons that caused market uncertainty and directionally indicate what areas would need to improve in order for the company to resume quarterly guidance
  - Maintains some level of credibility if delivered well, but will also negatively impact the share price despite any offsetting good news
  - Please note, this approach will make it difficult to attract new analysts to pick up coverage
- Convert quarterly guidance to annual guidance, citing similar uncertainty to the above scenario
  - Guiding to an annual figure would tip your hand to investors that you'll likely have a soft quarter, or two, and provide some air cover during the soft quarters
  - Will also encourage investors to measure the company results for the balance of the year and not based on a specific quarter

**Exhibit 00016**
11/5/2024
Brown

- o  This will also allow you to directionally provide guidance on Q2, stating that Q2 is off to a slow start without having to provide a specific number
  - o  Would want to cite the inclusion of the CoDx YourTest as an additional reason why you're converting guidance to annual instead of quarterly
- Keep quarterly guidance but lower your estimates to a range that you believe is 95% achievable
  - o  While it will have a negative impact on the share price, it's better to take your lumps up front and maintain your credibility
  - o  If the forecast calls for CODX to make up for the soft quarter throughout the balance of the year, it might be beneficial to offer an annual topline guidance range as well
- Guide to $17-$19 million in topline with the hope that you come close because you've done so before
  - o  The further actual results end up from the guidance you provide next week, the longer CODX will be in the penalty box with investors and analysts
  - o  Need to ask yourself if a reasonable person (SEC official or class action lawyer scenario) could reasonably understand your rationale and logic for guiding to such a high number despite the weak start to the quarter
  - o  Should the Q2 softness persist after Memorial Day, we would recommend considering a pre-announcement to earnings in early June so that investors are not surprised the day of earnings

**Mike Houston**
Managing Director

 **LAMBERT**

Office: 646.475.2998
Mobile: 480.270.4812

**www.lambert.com**

450 Seventh Ave Suite 2002
New York, NY 10123

NYC · DET · PHX · HOU · STL
PROI Worldwide Partner

**I stand with you.**
**Ally** [al-ly] A person who *supports* individuals or groups who are *different* from them

LAMBERT0002147