# Exhibit 109

Message

**From:**       Tom Williams [tomwil110548@yahoo.com]
**Sent:**       5/9/2022 4:57:12 PM
**To:**         Seth Egan [s.egan@codiagnostics.com]; Dwight Egan [d.egan@codiagnostics.com]
**Subject:**    NY Times: Coronavirus: Expecting a fall surge

----- Forwarded Message -----
**From:** The New York Times <nytdirect@nytimes.com>
**To:** "tomwil110548@yahoo.com" <tomwil110548@yahoo.com>
**Sent:** Monday, May 9, 2022, 04:30:46 PM MDT
**Subject:** Coronavirus: Expecting a fall surge

View in browser|nytimes.com

# The New York Times

# Coronavirus Briefing

May 9, 2022

An informed guide to the pandemic, with the latest developments and expert advice about prevention and treatment.

*(Was this email forwarded to you? Sign up here.)*

Confidential

CoDx_00034506

## New reported U.S. cases by day



The New York Times

 **By [Amelia Nierenberg](#)**
Writer, Briefings

- **A group of former heads of state called on the U.S. to [commit $5 billion](#) to global pandemic aid.**

- **Covid treatments are plentiful in the U.S., [but scarce in poorer nations](#).**

- **Gov. Kathy Hochul of New York [tested positive](#).**

- **Find the [latest updates here](#), as well as [maps](#) and a [vaccine tracker](#).**

## Expecting a fall surge

The Biden administration is preparing for the possibility that [100 million Americans](#) will be infected with the coronavirus this fall and winter, according to an administration official.

CoDx_00034507

That's lower than the number of Americans who were infected during the Omicron wave in December and January, but still amounts to roughly 30 percent of the U.S. population.

Should that scenario play out, my colleague Sheryl Gay Stolberg reports, the administration's goal is to prevent a spike in hospitalizations and deaths. One way that might be accomplished would be to revive mask mandates, said the official, who spoke on the condition of anonymity.

The projection is based on a range of outside models and assumes that a rapidly evolving virus in the Omicron family — not a new variant — will spread through a population with waning immunity against infection. Many vaccinated and previously infected people would contract the virus.

The official predicted that the wave would begin this summer in the South as people move indoors to escape the heat. In the fall, it would begin to spread across the rest of the country as the weather turned cold.

With prospects for a fresh round of emergency coronavirus aid appearing shaky on Capitol Hill, administration officials met this week with key senators — including two leading Republicans — to press their case. The Biden administration has requested $22.5 billion in emergency pandemic aid, but Republicans have insisted on a much lower number.

The White House is now making contingency plans for how it will provide more Covid vaccines if Congress does not allocate more money for tests, therapeutics and vaccines.

**Details:** Stat News, citing budget documents sent to Congress, reported that the U.S. might run out of Covid-19 vaccines by September if the U.S. encouraged all adults to get a second vaccine booster shot.

# Taiwan moves past Covid zero

As China doubles down on its efforts to stamp out the coronavirus, Taiwan's government is shifting its strategy.

Confidential

"We are now moving from zero Covid to the path of coexisting with the virus," Chen Shih-chung, Taiwan's health minister, said at a news briefing, adding that he expected Covid to become more "flulike" in nature.

Despite soaring case counts, Taiwan is now allowing people with mild and asymptomatic infections to isolate at home instead of in hospitals. The government slashed the number of days in quarantine required of incoming travelers and people deemed close contacts.

The authorities are also putting more emphasis on vaccinations instead of quarantines and contact tracing, while warning that daily infections may surpass 100,000 this week. Officials have emphasized that more than 99.7 percent of the new infections so far have been mild or asymptomatic.

With those numbers in mind, Taiwanese health officials say they are shifting their focus from looking at total infections to "reducing disasters" by redirecting resources to the most vulnerable populations. Older adults who are not fully vaccinated are at high risk: They make up more than half of the 78 deaths reported in the recent outbreak.

In part, the policy shift is an economic consideration: A strict Covid strategy once made Taiwan a rare safe haven for international concerts and conferences. But as the rest of the world relaxes pandemic restrictions, Taiwan risks losing out on tourism and investment by continuing to stay closed.

It's also political. Unlike China, Taiwan's leaders say, Taiwan can balance the needs of public health with the rights of the individual and the healthy functioning of society.

# What else we're following

- The leader of Britain's Labour Party has promised to resign if the police determine that he violated Britain's lockdown restrictions.

Confidential

CoDx_00034509

- Shanghai, once a symbol of China's glamour, is now a casualty of authoritarian excess, our New New World columnist writes.

- Meanwhile, Shanghai tightened lockdowns, even though cases are falling, The Associated Press reports.

- South Africa's test positivity rate is nearing a record as new variants circulate, Bloomberg reports.

- Most Broadway theaters have ended vaccination checks, even as cases rise in New York City.

- Marie Kondo is here to help you tidy up your pandemic clutter.

- Ibiza's club scene is back.

- **From Opinion:** What are we losing as masks disappear?

---

# What you're doing

I live in a rural part of town, was widowed in my mid-50s 16 years ago and like to think that I do "alone" pretty well. But now that things are easing up, and I have been receiving and accepting invitations, and even attending meetings, masked, I realize just how isolated I actually had become. It wasn't until I started volunteering at the local elementary school last week that I truly understood the toll a lack of social interactions had taken. I'm starting to feel more like my pre-pandemic self. — *Melissa Stephenson, Peterborough, N.H.*

Let us know how you're dealing with the pandemic. Send us a response here, and we may feature it in an upcoming newsletter.

---

Email your thoughts to briefing@nytimes.com. Did a friend forward you the briefing? Sign up here.

Confidential                                                                                                CoDx_00034510

Need help? Review our newsletter help page or contact us for assistance.

You received this email because you signed up for Coronavirus Briefing from The New York Times.

To stop receiving these emails, unsubscribe or manage your email preferences.

Subscribe to The TimesGet The New York Times app

Connect with us on:      

Change Your EmailPrivacy PolicyContact UsCalifornia Notices

The New York Times Company. 620 Eighth Avenue New York, NY 10018

Confidential

CoDx_00034511