# Exhibit 110

# Co-Dx (Nasdaq: CODX)
# Investor Presentation

November 2022



the Power to Know

Confidential

CoDx_00500647

*Co-Dx PCR Home is
subject to FDA review and
is not currently for sale.*

## DISCLAIMER

THESE MATERIALS CONTAIN "FORWARD-LOOKING STATEMENTS." THESE FORWARD-LOOKING STATEMENTS INVOLVE SIGNIFICANT RISKS AND UNCERTAINTIES THAT COULD CAUSE ACTUAL RESULTS TO DIFFER MATERIALLY FROM THOSE EXPECTED. THERE CAN BE NO ASSURANCE THAT ANY OF THE ANTICIPATED RESULTS WILL OCCUR ON A TIMELY BASIS OR AT ALL DUE TO CERTAIN RISKS AND UNCERTAINTIES, A DISCUSSION OF WHICH CAN BE FOUND IN OUR RISK FACTORS DISCLOSURE IN OUR ANNUAL REPORT ON FORM 10-K, FILED WITH THE SECURITIES AND EXCHANGE COMMISSION (SEC) ON MARCH 24, 2022, AND IN OUR OTHER FILINGS WITH THE SEC.

CO-DIAGNOSTICS INC. UNDERTAKES NO OBLIGATION TO UPDATE OR REVISE ANY FORWARD-LOOKING STATEMENTS, WHETHER AS A RESULT OF NEW INFORMATION, FUTURE EVENTS OR OTHERWISE.

CO-DIAGNOSTICS INC. MAKES NO REPRESENTATION OR WARRANTY AS TO THE ACCURACY OR COMPLETENESS OF THE INFORMATION CONTAINED IN THIS PRESENTATION. THIS PRESENTATION IS NOT INTENDED TO BE ALL-INCLUSIVE OR TO CONTAIN ALL THE INFORMATION THAT A PERSON MAY DESIRE IN CONSIDERING AN INVESTMENT AND IS NOT INTENDED TO FORM THE BASIS OF ANY INVESTMENT DECISION.

 Co-Dx

Confidential

CoDx_00500648

# History and Future Focus



**2013 — 2016**

- Co-Diagnostics was founded in 2013 by Dr. Brent Satterfield, PhD, and Dwight Egan
- Dr. Satterfield invented the Company's suite of intellectual properties
- Aimed to bring high-quality molecular diagnostics to overlooked and underserved populations
- Used proprietary technology to position Co-Diagnostics as worldwide low-cost leader of molecular diagnostic services

**2017 — 2019**

- Co-Diagnostics priced its IPO on July 12th, 2017, listing on NASDAQ under the ticker symbol CODX
- Developed several tests including: tuberculosis, malaria, hepatitis B and C, HIV, Zika / dengue / chikungunya, and vector control products
- Continued international expansion into Africa, with additional targets of Central and South America
- Received patent for flagship CoPrimer technology
- Inaugurated joint venture manufacturing facility in Ranoli, India

**2020 — 2021**

- Became first U.S.-based Company to obtain CE marking for a COVID-19 test
- Also added ABC (Flu A / Flu B / COVID), COVID 2-gene multiplex, and extraction-free COVID saliva tests to the menu
- Grew revenues to $70M+ in 2020 and $95M+ in 2021
- Announced development of innovative, gold-standard PCR at-home / point-of-care testing platform
- Acquired Idaho Molecular and Advanced Conceptions for continued at-home/POC platform development and commercialization

**2022+**

- Continued test development and expansion including monkeypox, STI panel, P. Gingivalis, respiratory panel, and more, including FDA authorization for new platform
- Continue to develop and commercialize a low-cost, at-home and point-of-care diagnostic devices
- Expansion into adjacent fields such as liquid biopsy, dental, agricultural applications, and veterinary
- Additional investments into talent and R&D to position the company best for future state-of-the-art molecular diagnostics

 Co-Dx

03

# Credentialed Leadership with Vast Industry Expertise

## Management Team & Scientific Leadership



**Dwight H. Egan**
Chief Executive Officer & Director

- Mr. Egan has been an officer and director of Co-Dx since 2013
- Prior to Co-Dx, he was a senior executive at Data Broadcasting Corp. and served as CEO and Chairman of Broadcast Intl.
- Mr. Egan is a co-founder of Co-Dx



**Brian L. Brown**
Chief Financial Officer

- Mr. Brown was appointed CFO of Co-Dx in February 2021
- Prior to joining Co-Dx, Mr. Brown served as CFO of A-Core Concrete Cutting and held multiple roles at Sportsman's Warehouse Holdings
- Mr. Brown became a CPA in 2007



**Mark Poritz, PhD**
Chief Scientific Officer

- Dr. Poritz was appointed CSO of Co-Dx in November 2022
- 25 years experience in infectious disease therapeutics and diagnostics, including a key role on the FilmArray platform
- Formerly CSO of Co-Dx subsidiary, supervising reagent development for Co-Dx PCR platform



**Brent Satterfield, PhD**
Co-Founder and Member of Scientific Advisory Board

- Dr. Satterfield transitioned to Head of the Scientific Advisory Board in February 2021
- Dr. Satterfield founded Co-Dx in April 2013 and is the first in the field to use engineering mathematics to design DNA testing technology



**Carl Wittwer, MD, PhD**
Chairman of Scientific Advisory Board

- In 1990, Dr. Wittwer co-founded BioFire Diagnostics with Mr. Ririe (acquired by bioMérieux in 2014)
- He is the primary inventor of the LightCycler© system, with over 10,000 units placed worldwide
- Dr. Wittwer holds 37 U.S. patents



**Kirk Ririe**
President of Idaho Molecular & Advanced Conceptions

- In 1990, Mr. Ririe co-founded BioFire Diagnostics with Dr. Wittwer (acquired by bioMérieux in 2014)
- Kirk's latest invention, the FilmArray® PCR System for the point-of-care diagnostic market, received FDA clearance in 2011

 Co-Dx

Confidential

CoDx_00500650

# Immediately Addressing Large and Expanding Markets

**The global infectious disease testing market represents a $36B[1] opportunity**

**Within it, global infectious disease POC testing represents a roughly ~$2B market growing at a 17.4% CAGR[2]**



Global Infectious Disease Testing Market: ~$36B

Global Infectious Disease POC Testing Market: ~$2B

**Various Tailwinds for Broad and POC Infectious Disease Testing Will Serve to Underpin Growth**

 Increased prevalence of infectious diseases in the developed and developing world

 Acute focus on early detection and disease prevention

 Improving healthcare infrastructure in much of the developing world

 Patients taking control of their health and bringing testing into the home

 Lower costs associated with testing

 Desire to improve health outcomes for patients globally

 Co-Dx

1) Industry Reports and Wall Street Research
2) BlueWeave Consulting Market Report

05

Confidential

CoDx_00500651

# Superior Test Design Process

● ● ●

We employ advanced mathematics and algorithms in the CoPrimer Design Software to take the guesswork out of test design

## Test Design Process

Use proprietary Co-Dx Design software to identify optimal locations on target genes for amplification

↓

Pair the locations with optimized CoPrimers to achieve outputs

↓

Follow ISO 13485 procedures and best-practices standards for test development

↓

Use proprietary AI and data from tests to confirm test meets design parameters

↓

Series of verifications concludes the product is ready to proceed to validation

↓

Evaluate either in our lab or an independent lab using initial production tests to confirm that the product meets users needs

## COVID-19 Assay Development Timeline

**January 23, 2020**
- Announced completion of principal design work for a COVID-19 PCR test
- Test featured CoPrimer™ technology and was designed using proprietary software system

**February / March 2020**
- Commenced sales to international customers through our distributor network

**February 24, 2020**
- Obtained regulatory clearance to sell test as an IVD for the diagnosis of COVID-19 in markets that accept CE-marking and through Company facility
- First US-based company to obtain marking for COVID-19 test

**April 6, 2020**
- Received Emergency Use Authorization from FDA
- Commenced sales of our Logix SmartTM COVID-19 test to CLIA-certified laboratories throughout the United States

**Logix Smart™ COVID-19 test moved from concept to CE Mark in just over 30 days**

 Co-Dx

Confidential

CoDx_00500652

# CoPrimers™: A Novel, Patented PCR Technology





**Proprietary Technology**

Patents cover the physical structure, applications, and method for synthesizing a nucleic acid molecule in the structure first developed by Dr. Satterfield in 2012 – Co-Dx owns all the IP on which CoPrimers were built



**Advanced Detection**

Reactions are far more specific than competing PCR technologies, enabling better identification of and distinguishment between viruses, pathogens, or cancer – CoPrimers are 2.5 million times more effective in reducing amplification errors

**Accurate Diagnostics**

Virtually eliminates "primer-dimers", which are the primary source of false positives in diagnostic testing – these errors dramatically minimize the accuracy of tests and lead to false results and inaccurate diagnoses



**Performance & Multiplexing**

In addition to facilitating superior performance of PCR molecular tests, CoPrimers' specificity allows for enhanced Multiplexing, creating both cost and time savings in molecular testing



**Cost Efficiency & Affordability**

Increased specificity, sharper sensitivity, and multiplexing create a substantial reduction in research, design, and development costs

 
Confidential

CoDx_00500653

# Diagnostic Menu & Development Pipeline



| | Diagnostic Test | Stage | | | CE Mark | FDA | Specifications |
|---|---|---|---|---|---|---|---|
| | | Feasibility | Development | Commercial | | | |
| **POC Platform** | Co-Dx PCR COVID-19 | | | | ✘ | ✘ | |
| | Co-Dx PCR ABC+RSV | | | | ✘ | ✘ | |
| | Co-Dx PCR STI | | | | ✘ | ✘ | |
| | Co-Dx PCR Tuberculosis | | | | ✘ | ✘ | |
| | Co-Dx PCR P. Gingivalis | | | | ✘ | ✘ | |
| **Centralized Laboratory Testing Products** | Logix Smart COVID-19 | | | | ✓ Feb '20 | EUA Apr '20 | • Sensitivity: 99.5%; Specificity: 100.0% • 63-90 minutes to detection |
| | Additional Logix Smart COVID-19 Tests | | | | ✓ Nov '20 | ✘ | |
| | Logix Smart MTB | | | | ✓ Jul '18 | ✘ | • Sensitivity: 100.0%; Specificity: 99.6% • 45-66 minutes to detection |
| | Logix Smart ZDC | | | | ✓ Mar '19 | ✘ | • Sensitivity: ~98%; Specificity: 100.0% • 60-90 minutes to detection |
| | Vector Smart Products | | | | N/A | N/A | |
| | Logix Smart Monkeypox | Currently Available as RUO Only | | | ✘ | ✘ | |
| | Logix Smart MPX 2-gene | | | | ✘ | ✘ | |
| | STI-Panel | | | | ✘ | ✘ | |
| | ABC+RSV (RESP) | | | | ✘ | ✘ | |
| | HPV-High Risk | | | | ✘ | ✘ | |
| | MTB-Drug Resistance | | | | ✘ | ✘ | |

Co-Dx

08

Confidential                                                                                                     CoDx_00500654

# Breaking the Mold in Molecular Diagnostics

## Current Paradigm:



- × **Expensive**
- × **Inconvenient**
- × **Disconnected**
- × **Inefficient**

6 Healthcare Professional receives results in 1-14 days

7 Results are communicated to patient

3 Sample is transported to a lab for analysis

4 Sample is tested and analyzed

5 Results

1 Patient visits and healthcare professional orders a test

2 Sample is collected from patient at a clinic

Courier

Lab

## Co-Dx PCR Point-of-Care Solution



- ✓ **Affordable**
- ✓ **Convenient**
- ✓ **Efficient**
- ✓ **Connected**

1 Patient falls ill and visits a healthcare professional or has Co-Dx PCR Home

2 Test is taken at the point of care

2 Test is taken in the home

3 Results within 30 minutes enabling diagnosis and treatment during the same visit

4 Results transmitted via the cloud to healthcare providers or professionals as directed by patient

 Co-Dx

Confidential

CoDx_00500655

# Co-Dx PCR Home & Pro



Gold standard PCR designed for at-home and point-of-care settings

Multiplex capabilities

Real-time testing using disposable cartridges

Smartphone connectivity to instrument

Designed for universal deployment and affordability

Currently working on tests for:

- Mpox
- Sexually Transmitted Infections (Multiplex)
- Upper Respiratory Infections (ABC+RSV Multiplex)
- Tuberculosis
- P. Gingivalis



10

# Product Features Comparison

| | Co-Dx* | Comp A | Comp B | Comp C | Comp D | Comp E | Comp F | Commercial Antigen |
|---|---|---|---|---|---|---|---|---|
| PCR | X | | | | X | X | | |
| Price per test <$20 | X | | | | | | | X |
| Time to result < 30 min | X | X | X | | X | X | X | X |
| Reportabilty | X | X | ~ | ~ | | | X | |
| Non-COVID diseases | X | X | X | X | X | X | X | |
| Minimal waste | X | | | | X | ~ | X | X |

*All Co-Dx PCR Home specifications are projections based on reasonable assumptions and best estimates*

 Co-Dx

11

Confidential

CoDx_00500657

# Co-Dx PCR Target Markets



## Co-Dx PCR Pro (B2B)

Pediatricians

Urgent Care

Dental Offices

Pharmacies

Travel Points

Large and Medium Businesses

## Co-Dx PCR Home (D2C)

Online Sales

Distributors

Sale Partnerships

Brick-and-Mortar / Retail



12

CoDx_00500658

# Co-Dx Box™



qPCR cycler powered by cutting-edge magnetic induction technology

Manufactured for Co-Diagnostics by Bio Molecular Systems

Portable, with a fixed optical path and no moving parts

Requires no optical alignment or calibration

Fast, flexible, and affordable qPCR solution suitable for any high-throughput lab, mosquito abatement district, or institution anywhere in the world

Software is tailored specifically to simplify and enhance the user experience of Co-Dx designed tests



**Samples per Instrument: 48Reaction Volume Range: 10 – 25 µL**

Confidential                                                                 CoDx_00500659

# Vector Control Solutions



Our vector control program uses our diagnostic tests and lab equipment solutions  to test mosquito populations for mosquito-borne illnesses

Contains a simple and streamlined workflow

Includes internal control to verify sample quality

Includes positive control

Produces results that are easy to interpret

Compatible with multiple platforms & sample extraction techniques

✓ **Vector Smart™ North American Mosquito West (NAM-w) Tests**

✓ **Vector Smart™ North American Mosquito East (NAM-e) Test**

✓ **Vector Smart™ ZDC Test**

**Real-time PCR multiplex tests intended to detect West Nile Virus (WNV), St. Louis Encephalitis Virus (SLEV), Eastern and Western Equine Encephalitis Virus (EEEV / WEEV), Zika, dengue, and chikungunya through extracted RNA in mosquito samples**



 Co-Dx

14

CoDx_00500660

# Broad Operational Footprint & Global Distributor Network

● ● ●

Our operations in the United States and India are augmented by our distributor relationships worldwide

## Headquarters – Salt Lake City, UT

- 14,000 sq. ft. lab and office for R&D, sales, and operations departments, with 101 employees
- Houses main R&D, regulatory, quality, and sales operations and departments
- Conducts Design, verification, and validation activities for many of our assays
- Subsidiary operates out of a separate, 4-building campus for the development and manufacture of the Co-Dx PCR platform

## CoSara Diagnostics – Ranoli, India

- Agreement with CoSara Diagnostics provided for the construction of a manufacturing plant and diagnostic tests for seven infectious diseases
- Installed a lab within the Ambalal Sarabhai Foundation to expand R&D and RUO/IUO manufacturing activities
- Future plans to offer clinical services
- We have a license for the plant to manufacture approved tests
- Also used for testing and manufacturing of our products for the Indian market





| COVID Tests | Co-Dx Boxes | CoSara Venture | Influenza A/B/C Tests | Vector Control Solutions |

*Network of 50+ distributors across 80 nations globally, allowing us to export products around the world*

 Co-Dx

15

Confidential

CoDx_00500661

# Financial Overview



- Revenue growth has been driven by sales of our Logix Smart COVID-19 test globally, which was developed early on in response to the pandemic
- In 2021, 53% of revenues were derived from the U.S. while 47% were from the rest of the world
- We have been able to decrease costs and improve efficiencies to command a strong gross margin on our tests
- Sales and marketing costs, as well as research and development costs, have continued to increase as we prepare for our next phase of growth



**Revenue ($M)**



**Gross Profit ($M)**



**Net Income ($M)**

1) Represents financials as of 09/30/2022; Q3 financial results were reported on 11/10/2022



Confidential

CoDx_00500662

# Well-Capitalized Business Primed for Future Growth



- Windfall from the COVID-19 pandemic has significantly bolstered our balance sheet
- Capital efficient model substantially reduces the need for dilutive financing in the next 12-24 months
- Current cash balance is set to underpin our growth through organic and potentially inorganic avenues
- The Company believes it has adequate resources to complete development, regulatory approval, and go-to-market strategy for its new Co-Dx PCR platform, for which several tests are planned or already in active development
- Operating expenses through 2022 YTD totaled ~$27.7M:







Confidential

CoDx_00500663

# Co-Dx Highlights



the Power to Know

 Seasoned leadership team with extensive expertise in the diagnostics space

 Large end markets experiencing meaningful growth, with room to expand into new markets

 Innovative test design process driven by proprietary software and algorithms

Cutting edge, patented CoPrimer™ PCR technology delivering superior test results

 Positioned to drive revenue growth through menu expansion and new point-of-care offerings

 Efficient operational structure with a broad footprint and global network of distributors

 Strong balance sheet to support future growth initiatives

 Co-Dx

18

Confidential

CoDx_00500664

# To learn more,
# visit Co-Dx.com

Contact us with any
questions at info@Co-Dx.com



the Power to Know

Confidential

CoDx_00500665