# Exhibit 112

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>        Defendants. | Case No.: 1:22-cv-06978-AS |

### DECLARATION OF EASTON EGAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, **Easton Egan,** submit this Declaration of Easton Egan in Support of Defendants' Motion for Summary Judgment, and state as follows:

1. I am the Marketing Manager at Co-Diagnostics, Inc. ("Co-Diagnostics") and in this role am familiar with the data and other information stored in Monday.com, a software program used by Co-Diagnostics to track the sales of its products.

2. On or about December 30, 2024, I created a compilation of Co-Diagnostics' weekly sales data (the "Monday.com Compilation Data"), using data from Monday.com produced in the above-captioned case. Attached hereto is a true and accurate copy of the Monday.com Compilation Data.

3. I have personal knowledge of the facts stated in this Declaration and Monday.com data used to create the Monday.com Compilation Data. If called as a witness at trial, I could and would competently testify to those facts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed on March 19, 2025, at Salt Lake City, Utah.

_____
Easton Egan

# January 2021 - August 2022, Sales By Week

December 30, 2024 | 14:56:53



Powered by **monday.com**