**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated, | Case No.: 22-cv-6978-AS |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN, | |
| Defendants. | |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR**
**EXCLUSION OF EXPERT TESTIMONY**

PLEASE TAKE NOTICE that Lead Plaintiff Stadium Capital LLC ("Plaintiff") hereby moves this Court for an Order excluding certain expert testimony as further described in the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Exclusion of Expert Testimony. Also submitted in support of Plaintiff's motion is the Declaration of Jason A. Uris in Support of Lead Plaintiff's Motion for Exclusion of Expert Testimony, with exhibits.

Dated:  March 21, 2025

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jason A. Uris*
Frederic S. Fox
Donald R. Hall
Jason A. Uris
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com
juris@kaplanfox.com

*Lead Counsel for Lead Plaintiff and the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Jason A. Uris, hereby certify that, on March 21, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jason A. Uris*
Jason A. Uris

2