**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated, | Case No.: 22-cv-6978-AS |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN, | |
| Defendants. | |

**DECLARATION OF JASON A. URIS IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR EXCLUSION OF EXPERT TESTIMONY**

I, JASON A. URIS, declare under penalty of perjury the following:

1.     I am a member in good standing of the bar of the State of New York. I am a partner of the law firm Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of Lead Plaintiff's Motion for Exclusion of Expert Testimony.

2.     Attached are true and correct copies of the following documents:

**Exhibit A**:   Expert Report of Thomas C. Tsai, MD, MPH, dated November 20, 2024;

**Exhibit B**:   Expert Report of Vinita Juneja, Ph.D., dated November 20, 2024;

**Exhibit C**:   Reply Report of Vinita Juneja, Ph.D., dated January 10, 2025;

**Exhibit D**:   Expert Report of Chad Coffman, CFA, dated November 20, 2024;

**Exhibit E**:   Transcript of the Remote Videotaped Deposition of Thomas C. Tsai, MD MPH, dated February 6, 2025; and

**Exhibit F**:   Transcript of the Remote Videotaped Deposition Via Zoom of Chad Coffman, dated January 28, 2025.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of March, 2025  **KAPLAN FOX & KILSHEIMER LLP**

         */s/ Jason A. Uris*
         Jason A. Uris
         800 Third Avenue, 38th Floor
         New York, NY 10022
         Tel: (212) 687-1980
         Fax: (212) 687-7714
         juris@kaplanfox.com

         *Lead Counsel for Lead Plaintiff and the Class*