# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>    Defendants. | Case No. 22-cv-6978 (AS) |

**EXPERT REPORT OF THOMAS C. TSAI, MD, MPH**

**November 20, 2024**

**TABLE OF CONTENTS**

I.    INTRODUCTION AND QUALIFICATIONS ........................................................................1

    A.    Qualifications ..........................................................................................................1

    B.    Allegations and Case Background ...........................................................................2

    C.    Assignment .............................................................................................................4

    D.    Facts and Data Considered ......................................................................................4

II.   SUMMARY OF OPINIONS .............................................................................................5

III.  BACKGROUND ON COVID MUTATION, TESTING AND MARKET
     FOR PCR TESTS .............................................................................................................6

    A.    COVID Evolves in Waves with High Variation in Transmissibility and
        Severity ....................................................................................................................6

    B.    History of COVID Test Development .......................................................................9

IV.   DEMAND FOR COVID TESTING FROM 2020 THROUGH 2022 WAS
     HIGHLY VOLATILE AND TRACKED THE UNPREDICTABLE
     EMERGENCE OF NEW COVID VARIANTS ...............................................................11

    A.    Demand for COVID Tests Varied with Changes in COVID
        Transmission and Severity ......................................................................................13

    B.    Demand for COVID Tests Varied with Changes in Public Health
        Responses to the Pandemic .....................................................................................15

    C.    Demand for COVID Tests Varied with Changes in Public Perception
        of Risk of Infection and Adherence to Public Guidance ............................................18

V.    NUMEROUS FACTORS MADE PREDICTING TESTING DEMAND
     EVEN MORE CHALLENGING IN SPRING 2022 .........................................................19

    A.    Public Health Officials and Policymakers Recognized Significant
        Uncertainty About Testing Demand at the Time .......................................................19
        1.    Omicron Raised Concerns About Potential New and Severe
            Waves but the Timing and Impact Were Increasingly
            Difficult to Accurately Predict .................................................................. 19
        2.    Public Health Responses Supported Continued Molecular
            Testing Demand but Were Subject to Change as the
            Pandemic Progressed .................................................................................. 20
        3.    Public Behavior and Perception of Risk Appeared to Be
            Changing but Still Varied Greatly .............................................................. 24

    B.    Public Discourse Reflected the Challenges in Accurately Forecasting
        COVID Cases Leading Up to the Class Period ..........................................................26

VI.   Conclusion .....................................................................................................................26

**I.      INTRODUCTION AND QUALIFICATIONS**

**A.      Qualifications**

1.      I am currently employed as an Assistant Professor in the Department of Health Policy and Management at the Harvard T.H. Chan School of Public Health and an Assistant Professor of Surgery at Harvard Medical School. I am board-certified in general surgery and practice gastrointestinal and bariatric surgery at Brigham and Women's Hospital ("BWH"). I serve as the co-director of the Healthcare Quality and Outcomes Lab at Harvard T.H. Chan School of Public Health, where I lead a multidisciplinary research team that focuses on healthcare quality and equity, health policy evaluation, and health systems resilience.

2.      In addition, I currently serve as a consultant to the Centers for Disease Control and Prevention ("CDC") for the Increasing Community Access to Testing program and as an advisory committee expert consultant to the U.S. Food and Drug Administration ("FDA") Digital Health Advisory Committee. I recently served as Senior Policy Advisor for the COVID-19 Response team in the Biden Administration from June 2022 through 2023, and as the Testing and Treatment Coordinator on the White House COVID-19 Response team from June 2022 to May 2023. As White House Testing and Treatment Coordinator, I served on the federal interagency Testing Coordination Group and Testing and Diagnostics Working Groups which were established to "increase testing capacity through interagency coordination and partnerships with industry and state, tribal, local, and territorial public health agencies."[1] I also served as Senior Advisor to the Assistant Secretary for Planning and Evaluation in the U.S. Department of Health and Human Services ("HHS") from 2014 through 2015.

3.      I graduated from Havard College in 2005 with a Bachelor of Arts in History and Science. I received a Master of Public Health from the Harvard T.H. Chan School of Public Health in 2009. I then received a Doctor of Medicine from Stanford University School of Medicine in 2010. I completed a general surgery residency training at BWH and an advanced minimally invasive gastrointestinal and bariatric surgery fellowship Massachusetts General Hospital. I became a board-certified surgeon in 2019.

---

[1] O'Connell, Dawn, Testimony of Dawn O'Connell Before the Senate Committee on Health, Education, Labor, and Pensions on "Addressing New Variants: A Federal Perspective on the COVID-19 Response," January 11, 2022.

1

4.      I have published multiple papers assessing the strategies used to address SARS-CoV-2 ("COVID") as well as evaluating models for predicting COVID cases and the resources needed to address the pandemic. These papers include, "Evaluation of Individual and Ensemble Probabilistic Forecasts of COVID-19 Mortality in the United States,"[2] and "Assessment of Strategies Used in US Hospitals to Address Social Needs During the COVID-19 Pandemic."[3] From 2020 through 2022, I served as a Senior Fellow of the Harvard Global Health Institute and co-led the development of public health policy research and guidance during the COVID pandemic, including the development of a national COVID risk level dashboard, state testing targets, and key metrics for COVID suppression.[4]

5.      My curriculum vitae is attached as **Appendix A**. I have not testified as an expert witness in the last four years.

### B.      Allegations and Case Background

6.      Co-Diagnostics, Inc. ("Co-Dx") is a developer, manufacturer, and seller of medical diagnostic equipment, including polymerase chain reaction ("PCR") tests.[5] PCR tests analyze nucleic acid molecules to detect viruses.[6] Co-Dx announced the design of its "Logix Smart" PCR screening test for the COVID virus on January 23, 2020.[7] On February 24, 2020,

---

[2] Cramer, Estee Y., *et al.*, "Evaluation of Individual and Ensemble Probabilistic Forecasts of COVID-19 Mortality in the United States," *Proceedings of the National Academy of Sciences*, Vol. 119, No. 15, April 8, 2022.
[3] Figueroa, Jose F., *et al.*, "Assessment of Strategies Used in US Hospitals to Address Social Needs During the COVID-19 Pandemic," *JAMA Health Forum*, Vol. 3, No. 10, October 21, 2022.
Additional publications pertaining to the COVID-19 pandemic include, Arık, Sercan Ö., *et al.*, "A Prospective Evaluation of AI-Augmented Epidemiology to Forecast COVID-19 in the USA and Japan," *NPJ Digital Medicine*, Vol. 4, October 8, 2021; Tsai, Thomas C., *et al.*, "Variation in Use of Surgical Care During the COVID-19 Pandemic by Surgical Urgency and Race and Ethnicity," *JAMA Health Forum*, Vol. 2, No. 12, December 23, 2021; Tsai, Thomas C., *et al.*, "Algorithmic Fairness in Pandemic Forecasting: Lessons from COVID-19," *NPJ Digital Medicine*, Vol. 5, No. 59, May 10, 2022; Tsai, Thomas C., *et al.*, "Association of Community-Level Social Vulnerability with US Acute Care Hospital Intensive Care Unit Capacity During COVID-19," *Healthcare: The Journal of Delivery Science and Innovation*, Vol. 10, No. 1, March 1, 2022; Tsai, Thomas C., *et al.*, "National Estimates of Increase in US Mechanical Ventilator Supply During the COVID-19 Pandemic," *JAMA Network Open*, Vol. 5, No. 8, August 2, 2022; Wellenius, Gregory A., *et al.*, "Impacts of Social Distancing Policies on Mobility and COVID-19 Case Growth in the US," *Nature Communications*, Vol. 12, No. 3118, May 25, 2021; and, Woskie, Liana R., *et al.*, "Early Social Distancing Policies in Europe, Changes in Mobility & COVID-19 Case Trajectories: Insights from Spring 2020," *PLOS ONE*, Vol. 16, No. 6, June 30, 2021.
[4] Much of this research was disseminated through Global Epidemics and available at https://globalepidemics.org/testing-targets/.
[5] See Co-Diagnostics, Inc., Form 10-K 2019, p. 4.
[6] "COVID-19 Testing: What You Need to Know," Centers for Disease Control and Prevention, May 11, 2023. The CDC states, "PCR tests are the 'gold standard' for COVID-19 tests. They are a type of nucleic acid amplification test (NAAT), which are more likely to detect the virus than antigen tests."
[7] Co-Diagnostics, Inc., Form 10-K 2020, p. 5.

Logix Smart received regulatory approval as an *in vitro* diagnostic ("IVD") by the European Union with sales beginning shortly thereafter.[8] U.S. regulatory approval was received on April 6, 2020 through an Emergency Use Authorization ("EUA") from the FDA.[9] After beginning sales of Logix Smart in late February and March 2020, it quickly became Co-Dx's primary revenue source.[10]

7.    I understand that named Plaintiff Stadium Capital LLC, on behalf of itself and "a class of all person and entities who purchased the publicly traded securities of Co-Dx" ("Class Members"),[11] alleges that on May 12, 2022, Co-Dx and its corporate officers (collectively, "Defendants") made "false or misleading statements" that artificially inflated the Company's stock price between May 12, 2022 and August 11, 2022 (the "Class Period"), including:

a. "While we experienced strong demand for our products during the first quarter of 2022, changes in our operating environment and markets have restricted our near term visibility."

b. "While we remain very confident about the long-term potential of our business, our ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants and persistently low vaccination rates in many parts of the world. As a result, it has become difficult to predict with any level of precision the cumulative impact of these and other factors on our future financial results. For these reasons, we are not providing quarterly guidance at this time and will reassess this position in the future."

c. "Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic regions we serve. As a result, it has become difficult to predict with an expected level of precision the cumulative impact of these and other factors on our future financial results."

Hereinafter, I refer to these statements collectively as Co-Dx's "Alleged Misstatements."[12]

Contemporaneously, Defendants announced that they would not be providing quarterly revenue

---

[8] Co-Diagnostics, Inc., Form 10-K 2020, p. 5.
[9] Co-Diagnostics, Inc., Form 10-K 2020, p. 5.
[10] Co-Diagnostics, Inc., From 10-K 2020, p. 20.
[11] Stadium Capital LLC v. Co-Diagnostics, Inc., *et al.*, Consolidated Amended Class Action Complaint for Violations of Federal Securities Law, Case No. 22-cv-6978 (AS), September 21, 2023 ("Amended Complaint"), ¶ 1.
[12] Stadium Capital LLC v. Co-Diagnostics, Inc., *et al.*, Memorandum Opinion and Order, Case No. 22-cv-6978 (AS), February 5, 2024, pp. 1-2; Memorandum Endorsement re: Letter from Douglas W. Greene, et al., to honorable Arun Subramanian, Stadium Capital LLC v. Co-Diagnostics, Inc., et al., Case No. 1:22-cv-06978-AS, April 19, 2024; Amended Complaint, ¶¶ 44-45.

guidance moving forward (a practice it purportedly began on May 13, 2021 when announcing financial results for the first quarter of 2021).[13]

8.      I understand Plaintiff claims that these statements were false and misleading because Defendants allegedly "failed to disclose that (1) demand for its Logix Smart™ COVID-19 Test had plummeted throughout the quarter ended June 30, 2022, and (2) as a result, Defendants' positive statements about the demand for its Logix Smart™ COVID-19 Test lacked a reasonable basis."[14] According to Plaintiff, investors were first notified of the financial implications attributed to decreased demand for the Logix Smart COVID test on August 11, 2022 when Co-Dx issued a press release and held an earnings call announcing its Q2 2022 results.[15]

### C.      Assignment

9.      I have been asked by Co-Dx's counsel, Baker & Hostetler LLP, to: 1) explain historical patterns with respect to COVID testing demand and, in particular explain the landscape relevant to the COVID testing market in the Spring and Summer 2022; 2) assess what factors, if any, impacted the ability to accurately predict COVID testing demand in the Spring and Summer 2022, and (3) offer an opinion as to whether the Alleged Misstatements were consistent with my understanding of the COVID testing market and demand at the time, and with the views publicly expressed by COVID testing experts and public health officials regarding COVID testing demand in Spring 2022.

10.      I am being compensated in this matter at a rate of $900 per hour. I also receive compensation based on the professional fees of Analysis Group, Inc. My compensation in this matter is not contingent in any way on the opinions expressed in this report or on the outcome of this case. Some of the analyses underlying my opinion were performed by staff at Analysis Group, Inc., all under my direction.

### D.      Facts and Data Considered

11.      This report is based on my diverse experience in my current role, my prior experience, my formal education and training, in addition to the facts and data available to me as

---

[13] Amended Complaint, ¶ 37.
[14] Amended Complaint, ¶ 6.
[15] Amended Complaint, ¶ 56.

of the date of this report. In forming my opinions, I reviewed documents and other materials provided to me by counsel for Defendants or obtained from public sources. These materials include, materials produced during discovery including deposition transcripts, financial reports and earnings call transcripts, academic articles, news articles, datasets on COVID-related metrics, and my own research, among others. The sources I considered are identified in this report and the accompanying exhibits or listed in the attached **Appendix B**.

12.    I understand that fact discovery has closed and expert discovery is ongoing. Should additional relevant facts and data be made available to me, I reserve the right to adjust or supplement my opinions as appropriate.

## II.    SUMMARY OF OPINIONS

13.    On the basis of my review of the information identified herein, my opinion is that Co-Diagnostics' statements on May 12, 2022 about its decision not to provide guidance for its Q2 2022 results and the reasons why were consistent with my own understanding of the COVID testing market and demand at that time, as well as how public health officials and industry participants publicly spoke about COVID testing and demand in Spring 2022.

14.    It was widely understood by myself and stated by others in the COVID testing industry in April and May 2022 that the historical volatility in COVID testing demand, exacerbated by the factors discussed herein, made it increasingly difficult to accurately predict demand for COVID PCR tests over the summer and for the rest of the year. This uncertainty was widely discussed in the press and in statements by public health experts, including those with whom I worked. At the same time, statements by industry and public health and government officials in Spring 2022 show that they reasonably expected long-term demand for COVID tests to remain strong since future variants and waves inevitably would emerge and bring increased demand again, it was just unknown as to when this would happen.

5

### III.  BACKGROUND ON COVID MUTATION, TESTING AND MARKET FOR PCR TESTS

#### A.  COVID Evolves in Waves with High Variation in Transmissibility and Severity

15.     Over 40 known COVID mutations ("variants" and "lineages") have emerged since the disease was first observed in December 2019.[16] The World Health Organization ("WHO"), the SARS-CoV-2 Interagency Group, and the CDC designed a system to identify variants under different classifications based on their properties. These classifications include "variants under monitoring," "variants of interest," and "variants of concern."[17] Among other characteristics, a variant of concern ("VOC") is described as a "variant that exhibits indications of heightened transmissibility, exacerbated illness…, a significant reduction in neutralization by antibodies produced during prior infection or vaccination, lowered efficacy of treatments or vaccines, or failures in diagnostic detection…"[18] Within a given variant, epidemiologists track lineages. A lineage is a "group of viruses defined by a founding variant and its descendants."[19] As detailed below, the existence of numerous COVID variants and lineages, and the continued evolution of COVID leading to future variants, complicates the task of predicting the virus's behavior and disease spread.

16.     By early 2022, five VOCs had emerged, each with subvariants and varying rates of transmission and severity. The first variants designated as VOCs on December 18, 2020 were the Alpha variant in the United Kingdom and the Beta variant in South Africa.[20] A third variant,

---

[16] See, "Overview of Variants/Mutations," CoVariants, October 8, 2024.

[17] "Updated Working Definitions and Primary Actions for SARS-CoV-2 Variants," World Health Organization, October 4, 2023; "SARS-CoV-2 Interagency Group," Centers for Disease Control and Prevention, September 10, 2024.

[18] Bostanghadiri, Narjess, *et al*., "COVID-19: An Overview of SARS-CoV-2 Variants – The Current Vaccines and Drug Development," *Biomed Research International*, August 29, 2023 ("Bostanghadiri, *et al*. 2023").

[19] "Variant Proportions," Centers for Disease Control and Prevention, June 29, 2021.

[20] Bostanghadiri, *et al*. 2023.
The Alpha variant featured several mutations that scientists linked to increased transmissibility, infectivity, and severity. Zhao, Shi, *et al*., "Quantifying the Transmission Advantage Associated with N501Y Substitution of SARS-CoV-2 in the UK: an Early Data-Driven Analysis," *Journal of Travel Medicine*, Vol. 28, No. 2, January 28, 2021.
The Beta variant fueled public health concern due to its increased transmission risk and relative resistance to treatments such as monoclonal antibody therapy, convalescent serums, and postvaccination sera. Wang, Pengfei, *et al*., "Increased Resistance of SARS-CoV-2 Variant P. 1 to Antibody Neutralization," *Cell Host & Microbe*, Vol. 29, No. 5, May 12, 2021.

6

Gamma, emerged in Brazil and was first designated a VOC on January 11, 2021.[21] The Delta variant of COVID was found in India and was designated a VOC on May 11, 2021, and newfound spike protein mutations in Delta contributed to a significant increase in transmissibility and severity – estimated to be up to 60% more transmissible than the Alpha variant.[22] The latest observed VOC is Omicron, and was designated a VOC on November 26, 2021.[23] At the beginning of the Class Period, Omicron was "the dominant variant circulating globally" and its lineages demonstrated a "growth advantage and increased transmissibility compared to Delta...,"[24] including an Omicron subvariant, BA.2 and its descendant BA.2.12.1, which began to surge in the U.S. in Spring 2022.[25] The Omicron variant exhibited "significant resistance to the neutralizing activity of vaccines, convalescent serum, and most antibody therapies."[26] Today, there are 20 sub-variants or "lineages" of Omicron.[27]

17. As shown in **Figure 1**, the natural history of COVID demonstrates a pattern of rising and falling waves. Multiple variants and lineages exist and circulate at any point in time, with one lineage often becoming dominant until a new mutation emerges. Additionally, some variants of interest or variants under monitoring never rise to the severity of a VOC and are not reflected in this figure.

---

[21] Bostanghadiri, *et al.* 2023. Gamma distinguished itself from other variants with a series of spike protein mutations and reduced susceptibility to certain monoclonal antibody therapies. Chen, Rita E., *et al.*, "Resistance of SARS-CoV-2 Variants to Neutralization by Monoclonal and Serum-Derived Polyclonal Antibodies," *Nature Medicine*, Vol. 27, March 4, 2021.

[22] Bostanghadiri, *et al.* 2023; Twohig, Katherine A., *et al.*, "Hospital Admission and Emergency Care Attendance Risk for SARS-CoV-2 Delta (B.1.617.2) Compared With Alpha (B.1.1.7) Variants of Concern: A Cohort Study," *The Lancet Infectious Diseases*, Vol. 22, No. 1, August 27, 2021.

[23] Bostanghadiri, *et al.* 2023.

[24] "COVID-19 Weekly Epidemiological Update," World Health Organization, Ed. 93, May 25, 2022, pp. 5 and 7.

[25] "Statement on Omicron Sublineage BA.2," World Health Organization, February 22, 2022. See also, variant "21L" and "22C" in "Overview of Variants in Countries," CoVariants, October 8, 2024.

[26] Fan, Yao, *et al.,* "SARS-CoV-2 Omicron Variant: Recent Progress and Future Perspectives," *Signal Transduction and Targeted Therapy*, Vol. 7, No. 141, April 28, 2022.

[27] "Overview of Variants/Mutations," CoVariants, October 8, 2024.

**Figure 1**
**COVID Variant Sequences in the U.S.[28]**



---

[28] Each color represents a different COVID lineage. The y-axis reflects the proportion of total number of sequences that fall into each variant group. "Overview of Variants in Countries," CoVariants, October 8, 2024.

18.    The different properties (*i.e.*, transmissibility, severity, *etc.*) of each variant and lineage mean that each wave has differential impacts on public health. As shown in **Figure 2**, the number of new weekly cases and deaths were highly variable in the WHO region of the Americas prior to the Class Period in 2022. I discuss the implications of this variability as it relates to public health responses and demand for COVID tests in **Section IV**.

**Figure 2**
**COVID Cases and Deaths Prior to the Class Period in North and South America**
**March 1, 2020 through May 8, 2022[29]**



### B.    History of COVID Test Development

19.    In late January 2020, WHO declared the COVID outbreak a "Public Health Emergency of International Concern."[30] Around this time, the assembled reference genome of COVID was published, and within two weeks, the first diagnostic tests to detect the virus were

---

[29] Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Cases," Our World in Data, 2024; Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Deaths," Our World in Data, 2024. See also "COVID-19 Weekly Epidemiological Update," World Health Organization, Ed. 93, May 25, 2022, pp. 11-12.
[30] "CDC Museum COVID-19 Timeline," Centers for Disease Control and Prevention, March 15, 2023.

issued.[31] In February 2020, the CDC submitted an EUA to the FDA in order to expedite approval for a CDC-developed COVID diagnostic test. Then the FDA announced a new policy allowing laboratories to create tests to tackle the testing shortages in the U.S. prior to their final review of EUA requests.[32]

20.    In the U.S., multiple diagnostics technologies were developed and used to monitor COVID, including molecular tests, antigen tests, and serological tests. Reverse transcription quantitative polymerase chain reaction ("RT-qPCR") and PCR tests are types of molecular diagnostics that are "more sensitive and specific" than antigen tests at directly identifying COVID by testing swabs of specimen typically taken from a patient's nose.[33, 34] These tests are administered in various settings, including healthcare and lab environments, point-of-care ("POC") locations like clinics, and at the home.[35] PCR tests require specialized equipment and are typically processed in larger scales in medical and laboratory settings.

21.    Beginning in late 2020, at-home antigen tests began to be used more widely for diagnostics with the advantage of providing results faster and at lower cost with less accuracy.[36] In March 2021, the CDC and National Institutes of Health ("NIH") initiated the "Say Yes! COVID Test" program, offering free at-home antigen tests to 160,000 residents to help reduce the spread of the virus.[37] In January 2022, the federal government launched covidtests.gov to distribute at-home antigen tests to U.S. households.  However, PCR tests remained relevant due to their accuracy and role in clinical diagnosis in healthcare settings. Even as the federal government announced the launch of covidtests.gov, the White House still iterated the importance of lab-based molecular tests by emphasizing federal efforts to "increase capacity for

[31] Mercer, Tim R., and Marc Salit, "Testing at Scale During the COVID-19 Pandemic," *Nature Reviews*, Vol. 22, May 4, 2021, p. 415 ("Mercer & Salit 2021").

[32] "CDC Museum COVID-19 Timeline," Centers for Disease Control and Prevention, March 15, 2023.

[33] "Understanding the Different Types of COVID-19 Tests," Cleveland Clinic, September 15, 2021. See also, Mercer & Salit 2021, p. 418.

[34] According to the FDA, a PCR test can "sense even low levels of viral genetic material in a patient's sample, so these tests tend to be highly sensitive." See "A Closer Look at COVID-19 Diagnostic Testing," U.S. Food & Drug Administration, March 18, 2021. Since only minimal sequencing is needed to identify amplified viral complementary DNA in PCR tests, "thousands of patient samples can be tested in a single sequencing run," facilitating testing at large scale. See also, Mercer & Salit 2021, p. 418.

[35] CDC stated, "[a]ntigen tests are available for at-home testing (self-testing), at the point of care, or in a laboratory," and "[m]ost NAATs need to be performed in a laboratory, although some are performed at the point-of-care." See "Overview of Testing for SARS-CoV-2," Centers for Disease Control and Prevention, August 29, 2024.

[36] Mercer & Salit 2021, p. 418; "Overview of Testing for SARS-CoV-2," Centers for Disease Control and Prevention, August 29, 2024.

[37] "CDC Museum COVID-19 Timeline," Centers for Disease Control and Prevention, March 15, 2023.

lab-based COVID-19 testing; the U.S. is now conducting more lab-based tests per capita than many peer countries, including Germany, Canada, and Japan."[38] Additionally, before November 2022, there was not a robust mechanism to report at home antigen tests, meaning PCR tests performed in labs remained an important source of pandemic monitoring for public health agencies.[39]

22.    By Spring 2022, governments and public health experts recognized that collective efforts at pandemic surveillance pressured supply chains and infrastructure.[40] Although the federal government's investments in manufacturing and large-scale orders helped to stabilize COVID test supply by 2022, testing demand was still uncertain due to numerous factors, including the unpredictable nature of when new variants would emerge and how contagious and severe they would be, a changing landscape of public policy and medical guidance, as well as variation and change in the public perception of risk. As discussed below, these uncertainties were particularly acute in Spring 2022.

## IV.    DEMAND FOR COVID TESTING FROM 2020 THROUGH 2022 WAS HIGHLY VOLATILE AND TRACKED THE UNPREDICTABLE EMERGENCE OF NEW COVID VARIANTS

23.    One of the primary drivers of demand for COVID tests is the change in cases of infection. Often, but not always, demand for tests increases as COVID cases increase. Contributing to this trend are a multitude of factors that interact with each other and influence the demand for tests, including: 1) disease susceptibility and severity (*i.e.*, how contagious and serious the symptoms associated with infection are), 2) the response of public health experts and policymakers, and 3) the perception of risk (*i.e.*, the public's views on the risks associated with infection or not following professional guidance).[41] By Spring of 2022, it was widely discussed among experts that that these factors were highly variable and difficult to accurately predict given COVID's continued evolution.

---

[38] "Fact Sheet: The Biden Administration to Begin Distributing At-Home, Rapid COVID-19 Tests to Americans for Free," The White House, January 14, 2022.

[39] "NIH Establishes Website for Self-Reporting COVID-19 Test Results," National Institutes of Health, November 22, 2022.

[40] Mercer & Salit 2021, p. 421.

[41] See, for example, Kim, Younjung, *et al*., "Drivers of SARS-CoV-2 Testing Behaviour: A Modelling Study Using Nationwide Testing Data in England," *Nature Communications*, Vol. 14, No. 2148, April 14, 2023 ("Kim, *et al*. 2023"); Vandrevala, Tushna, *et al*., "Willingness of the UK Public to Volunteer for Testing in Relation to the COVID-19 Pandemic," *BMC Public Health*, Vol. 22, No. 565, March 22, 2022.

24.    While COVID demonstrates a certain degree of seasonality, with winter and summer peaks, the CDC observes "[t]here is no distinct COVID-19 season."[42] Indeed, irregular surges in COVID have frequently emerged due to waning immunity (*i.e.*, previously infected or vaccinated individuals become more susceptible to infection) and the impact of new COVID variants.[43] Importantly, public health experts, including the CDC, recognize that "the evolution of new variants remains unpredictable," even today.[44] The irregular nature of COVID surges and the close association with the emergence of new variants is demonstrated in **Figure 3**. While peaks in cases tend to occur in winter and summer months, surges have also occurred outside of these seasons. Indeed, an off-season wave of Omicron lineages BA.2 and BA.2.12.1 as well as an unanticipated surge of BA.5 were emerging before and during the Class Period, while another surge was expected in the Fall 2022.[45] As discussed below, testing demand was responsive to the emergence of variants and these waves, as well as other factors.

---

[42] National Center for Immunization and Respiratory Disease, "COVID-19 Can Surge throughout the Year," U.S. Centers for Disease Control and Prevention, July 3, 2024.

[43] See Maragakis, Lisa, "Coronavirus Second Wave, Third Wave and Beyond: What Causes a COVID Surge," Johns Hopkins Medicine, October 21, 2021. See also, Christensen, Jen, "Here's What Could Lie Ahead for the US in the Third Year of the Pandemic," *CNN*, March 14, 2022. ("'This virus has thrown us some real curveballs,' [a virologist at Duke University] said. Some experts say the coronavirus could eventually become seasonal like flu, but he doesn't think it's there yet. 'Thinking of this as a seasonal virus like flu, that hasn't been the case so far. The variants seem to be periodic....' The concern, of course, is that a variant emerges that escapes the vaccines.")

[44] National Center for Immunization and Respiratory Disease, "COVID-19 Can Surge throughout the Year," U.S. Centers for Disease Control and Prevention, July 3, 2024.

[45] See Thomas, Naomi, "US Likely to See a Surge of Covid-19 in the Fall, Fauci Says," *CNN*, April 7, 2022. A similar surge was observed in the Spring of 2021. See Money, Luke, and Rong-Gong Lin II, "How Much Longer Can California Buck Spring COVID-19 Surge? There Are Concerns," *Los Angeles Times*, April 6, 2021. Cao, Yunglong, *et al.*, "BA.2.12.1, BA.4 and BA.5 Escape Antibodies Elicited by Omicron Infection," *Nature*, Vol. 608, June 17, 2022.

**Figure 3**
**COVID Cases in North and South America**
**March 1, 2020 through December 31, 2022[46]**



25.    The multitude of COVID variants had highly variable effects in terms of health outcomes and public reactions. By Spring 2022, experts recognized that predicting the precise timing and severity of future waves was increasingly difficult. However, there was widespread consensus among scientists, public health officials, and epidemiologists that COVID would continue to evolve, producing new variants with fluctuating impacts on public health.[47]

### A.    Demand for COVID Tests Varied with Changes in COVID Transmission and Severity

26.    Demand for tests generally tracked the patterns of these COVID waves, rising when cases of COVID rose, as shown in **Figure 4**. Given the strong correlation between the use of COVID tests and surges in cases, demand for tests fluctuated with the relative transmissibility of each COVID variant. This variability is further reflected in the shipment patterns for COVID

---

[46] Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Cases," Our World in Data, 2024; National Center for Immunization and Respiratory Disease, "COVID-19 Can Surge Throughout the Year," Centers for Disease Control and Prevention, July 3, 2024.

[47] See, for example, Markov, Peter V., *et al*., "Antigenic Evolution Will Lead to New SARS-CoV-2 Variants with Unpredictable Severity," *Nature Reviews Microbiology*, Vol. 20, March 14, 2022; Bush, Evan, "Covid Is Here for Good, Scientists Say. The Rest Remains Unpredictable.," *NBC News*, December 23, 2021.

13

tests where COVID molecular test manufacturers experienced cyclical demand for their products because of new-emerging variants. The AdvaMed Covid-19 Diagnostics Supply Registry reports weekly testing data compiled from thirteen leading diagnostic companies who comprise together roughly "80% of total molecular testing in the US."[48] The data from these reports demonstrate the cyclical and unpredictable nature of COVID testing demand with shipments rising as a response to increasing demand for tests at the onset of the Delta and Omicron variants and falling as cases decreased. Variability in demand was further compounded by varying inventory held by testing distributors and diagnostics labs.[49]

**Figure 4**
**U.S. COVID Lab Testing Tracked Cases of COVID Pre-Class Period**
**March 1, 2020 through May 8, 2022[50]**



27.     The severity of a COVID wave also informed demand for COVID tests. Kim, *et al.* (2023) observed evidence that increases in the intensity of symptoms were associated with an

---

[48] "Diagnostics Industry Mobilization," *AdvaMed,* May 2022.
[49] See, for example, Bohmer, Richard M.J., *et al*., "How Hospitals Can Manage Supply Shortages as Demand Surges," *American Association for Physician Leadership,* May 3, 2021.
[50] Hasell, Joe, *et al*., "A Cross-Country Database of COVID-19 Testing," *Scientific Data*, Vol. 7, No. 345, October 8, 2020; Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Testing," Our World in Data, 2024. Data "exclude serology tests where possible."

"increasing testing propensity."[51] One metric used to gauge disease severity is hospital admissions. Data indicate demand for tests fluctuated closely with the degree of hospitalizations attributed to each COVID variant.[52] Due to the irregularity of patterns in COVID transmissibility and severity from variant to variant and wave to wave, it was difficult to predict demand for tests in 2022.

> **B.   Demand for COVID Tests Varied with Changes in Public Health Responses to the Pandemic**

28.   The evolution of COVID variants and differential impacts on public health also led to varying responses by public health professionals and policymakers. Some public health policies directly impacted demand for COVID tests (*e.g.*, requiring negative PCR tests to travel), while others had indirect impacts (*e.g.*, repealing mask mandates). The decisions of policymakers, messaging of public health experts, and impact of particular policies in different jurisdictions all changed over time as new variants came and went, making it very difficult to predict infections and testing demand in coming months.

29.   One set of policies impacting demand for COVID tests were public and private funding for test manufacturing and purchasing. The U.S. federal government made various investments at different times to "stabilize test production rates and related supplies and to reduce vulnerabilities associated with import delays, increased costs, and offshore sourcing."[53] Additionally, various state and federal public policies prior to the Class Period ensured coverage for testing among Medicare and Medicaid patients as well as the privately insured and uninsured.[54] For example, by March 2022, the Health Resources & Services Administration ("HRSA") spent $11.4 billion on reimbursement of tests for the uninsured.[55] Furthermore, the

---

[51] Kim, *et al.* 2023, pp. 2-3.

[52] Mathieu, Edouard, *et al.*, "Coronavirus (COVID-19) Hospitalizations," Our World in Data, 2024.

[53] "Public Health Supply Chain and Industrial Base One-Year Report," Administration for Strategic Preparedness & Response, February 2022, p. 24.

[54] The Families First Coronavirus Response Act of March 2020 mandated coverage for COVID-19 diagnostics tests for those insured by private health plans and Medicare. Similar coverage was extended to Medicaid full-benefit enrollees under the American Rescue Plan Act. Kates, Jennifer, *et al.*, "Commercialization of COVID-19 Vaccines, Treatments, and Tests: Implications for Access and Coverage," *KFF*, February 6, 2024; "Biden Administration Strengthens Requirements that Plans and Issuers Cover COVID-19 Diagnostic Testing Without Cost Sharing and Ensures Providers are Reimbursed for Administering COVID-19 Vaccines to Uninsured," Centers for Medicare and Medicaid Services, February 26, 2021.

[55] Tracking Accountability in Government Grants System, "Testing, Treatment, and Vaccine Administration for the Uninsured," Department of Health and Human Services.

American Rescue Plan Act of 2021 ("ARP") specifically allocated $47.8 billion to HHS "to detect, diagnose, trace, and monitor SARS–CoV–2 and COVID–19 infections,"[56] and appropriated an additional $1.75 billion "to strengthen and expand activities and workforce related to genomic sequencing, analytics, and disease surveillance."[57] Because genomic sequencing can only occur through molecular tests performed at diagnostic labs, federal efforts to expand genomic sequencing was expected to support molecular testing at public health laboratories, clinical diagnostic laboratories, and healthcare facilities.

30.     Additionally, the mass rollout of vaccines throughout 2021 complicated the dynamics of COVID transmission and testing in the U.S. As vaccines became more available, public policies shifted away from testing in favor of vaccination criteria—a change that was widely discussed at the time.[58] But when Omicron emerged late in 2021, it proved to be highly contagious despite vaccination, leading some institutions and governments to reinstitute some of the testing mandates and restrictions they had recently rolled back.[59] Thus, in Spring 2022, as the initial Omicron wave receded, there remained significant uncertainty as to whether and how vaccination rates and policies would continue to impact demand for COVID tests. As experts recognized, the potential for future variants to evade immunity, coupled with increased risk of

---

The American Rescue Plan Act of 2021, Families First Coronavirus Response Act, and Paycheck Protection Program and Health Care Enhancement Act allocated $6.8 billion in combined reimbursements for testing the uninsured administered through the HRSA. Including funding from the Coronavirus Aid, Relief, and Economic Security Act and Coronavirus Response and Relief Supplemental Appropriations Act, this figure expanded to $11.4 billion. See "Claims Reimbursement to Health Care Providers and Facilities for Testing, Treatment, and Vaccine Administration of the Uninsured," Centers for Disease Control and Prevention, March 3, 2022; "What is the COVID-19 Claims Reimbursement to Health Care Providers and Facilities for Testing, Treatment, and Vaccine Administration for the Uninsured Program?" Health Resource & Human Services Administration, June, 2021.

[56] American Rescue Plan Act of 2021, Public Law 117-2, March 11, 2021, § 2401.

[57] American Rescue Plan Act of 2021, Public Law 117-2, March 11, 2021, § 2402.

[58] For example, states including California, Pennsylvania, and New Jersey allowed certain state employees opt out of regular testing if they provided proof of vaccination. California's policy took effect October 15, 2021, while Pennsylvania and New Jersey issued correspondent mandates for healthcare workers with compliance deadlines of September 7, 2021. See "Order of the State Public Health Officer Vaccine Verification for Workers in Schools," California Department of Public Health, September 13, 2022; Southwick, Ron, and David Wenner, "Pa. State Workers in Health Care and 'High Risk' Settings Must be Vaccinated or Tested," *Pennlive*, August 10, 2021; "Governor Murphy Announces Vaccine Requirement for Workers in Health Care Facilities and High-Risk Congregate Settings," Office of the Governor of New Jersey, August 2, 2021.

[59] "President Biden Announces New Actions to Protect Americans Against the Delta and Omicron Variants as We Battle COVID-19 this Winter," The White House, December 2, 2021.

transmission as employees returned to workplaces, could generate demand for tests, despite the shift to vaccine mandates.[60]

31.     Government travel restrictions and travel-related testing mandates also impacted demand for tests. Changes in these policies impacted demand both directly (through testing mandates)[61] and indirectly (through increased/decreased transmission), driving demand for tests higher or lower at different times.

32.     Moreover, state and local health policies varied significantly and meaningfully impacting testing demand.[62] By 2022, state-specific testing and vaccination mandates, mask requirements, and school closures were regularly being adjusted based on evolving health data, public opinion, and economic factors that differed by state.[63] This continual change in regulations resulted in erratic increases and decreases in testing demand both within states and nationwide, as people reacted to the newest guidelines issued by their states and their sense of risk fluctuated.[64]

33.     Guidelines from professional health societies further informed demand for tests. In many cases, patients seeking care in healthcare facilities in early 2022 were encouraged or required to take routine pre-procedural COVID tests.[65] Hospitals needed a consistent supply of COVID tests to adhere to these recommendations.

---

[60] Fragala, Maren S., *et al.*, "Return to Work: Managing Employee Population Health During the COVID-19 Pandemic," *Population Health Management*, Vol. 24, No. S1, February 5, 2021. See also, Mykytyn, Anna Z., *et al.*, "Antigenic Mapping of Emerging SARS-CoV-2 Omicron Variants BM. 1.1. 1, BQ. 1.1, and XBB. 1," *The Lancet Microbe*, Vol. 4, February 7, 2023 ("Mykytyn *et al.,* 2023").

[61] Schuchat, Anne, "Public Health Response to the Initiation and Spread of Pandemic COVID-19 in the United States, February 24–April 21, 2020," *Morbidity and Mortality Weekly Report,* Vol. 69, No. 18, May 8, 2020; de León, Concepción, "What to Know About Testing and Vaccine Requirements for Travel," *The New York Times*, June 18, 2021.

[62] Haffajee, Rebecca L., and Michelle M. Mello. "Thinking Globally, Acting Locally — The U.S. Response to Covid-19," *New England Journal of Medicine*, Vol. 382, No. 22, April 2, 2020.

[63] Most states ended their Public Health Emergency mandates throughout 2022, with some states doing so as late as 2023. See "States' COVID-19 Public Health Emergency Declarations," National Academy for State Health Policy, June 13, 2023. Also see Zviedrite, Nicole, *et al.,* "COVID-19–Related School Closures, United States, July 27, 2020–June 30, 2022," *Emerging Infectious Diseases*, Vol. 30, No. 1, January 2024.

[64] For example, Massachusetts changed its masking policies frequently, tightening and then relaxing them based on case numbers. See, for example, "Baker Lifting Outdoor Mask Mandate in Mass., Says When Business Restrictions May End," *NBC Boston*, April 27, 2021; DiGiammerino, Thea, "Mass. Department of Public Health Updates Face Mask Guidance," *NBC Boston*, February 15, 2022.

[65] Liu, Jessica K., *et al.*, "Routine Pre-Operative Covid Testing in Elective Surgeries: Is it Worth it?" *The American Journal of Surgery*, Vol. 224, No. 6, December, 2022; "ASA and APSF Statement on Perioperative Testing for the COVID-19 Virus," American Society of Anesthesiologists, June 15, 2022.

**C.      Demand for COVID Tests Varied with Changes in Public Perception of Risk of Infection and Adherence to Public Guidance**

34.      Demand for tests also depended on ever-changing public perceptions of the risk of contracting or transmitting COVID. Studies have consistently found that when individuals perceived higher risks associated with COVID, they were more likely to report adopting protective behaviors such as social distancing, wearing masks, and limiting travel,[66] as well as getting tested.[67] Importantly, perceptions of risk have varied significantly over time and across individuals and geographies, leading to differential adoption of protective behaviors.[68]

35.      Research also shows that the perceived risk associated with COVID declined as the pandemic continued.[69] Yet, even this trend in risk perception varied by "sociodemographic, health, psychosocial and [prior] COVID-19 experience."[70] Variation in public perceptions of risk and adherence to public health guidelines exacerbated the difficulty in predicting demand for COVID tests. For example, despite vaccine mandates in the U.S. and abroad, hesitancy toward the COVID vaccine remained significant in many different geographies.[71] In the U.S., some research showed increased hesitancy in getting COVID vaccines between 2021 and 2022, with up to 44.6% of the surveyed population expressing concerns.[72] With such high rates of vaccine hesitancy, lack of policy adherence, and waning vaccine efficacy over time, there was still significant risk in Spring 2022 that COVID cases (and testing demand) would expand with the next COVID wave.

---

[66] Garfin, Dana Rose, *et al*., "Risk Perceptions and Health Behaviors as COVID-19 Emerged in the United States: Results from a Probability-based Nationally Representative Sample," *Journal of Experimental Psychology: Applied*, Vol. 27, No. 4, December, 2021, p. 586.  See also, Czeisler, Mark E., *et al*., "Perception of Local COVID-19 Transmission and Use of Preventive Behaviors Among Adults with Recent SARS-CoV-2 Infection — Illinois and Michigan, June 1–July 31, 2022," *Morbidity and Mortality Weekly Report*, Vol. 71, November 18, 2022.

[67] Li, Siyue, *et al*., "Internet Use, Risk Awareness, and Demographic Characteristics Associated with Engagement in Preventive Behaviors and Testing: Cross-Sectional Survey on COVID-19 in the United States," *Journal of Medical Internet Research*, Vol. 22, No. 6, June 2020, p. 8 ("Li, *et al.* 2020").

[68] Li, *et al.* 2020, p. 8.

[69] Sepucha, Karen, *et al*., "Perceptions of COVID-19 Risk: How Did People Adapt to the Novel Risk?" *Medical Decision Making*, Vol. 44, No. 2, January 2024, p. 172 ("Sepucha, *et al.* 2024").

[70] Sepucha, *et al*. 2024, p. 171. These variables include age, gender, employment status, political party, income, and exposure to media coverage.

[71] Lazarus, Jeffrey V., *et al*., "A Survey of COVID-19 Vaccine Acceptance across 23 Countries in 2022," *Nature Medicine*, Vol. 29, January 9, 2023.

[72] Nguyen, Kimberly H., *et al*., "Changes in General And COVID-19 Vaccine Hesitancy Among U.S. Adults from 2021 to 2022," *Annals of Medicine*, Vol. 56, No. 1, May 30, 2024.

## V.    NUMEROUS FACTORS MADE PREDICTING TESTING DEMAND EVEN MORE CHALLENGING IN SPRING 2022

36.    Many factors in Spring 2022 made it especially difficult to predict testing demand through the end of 2022 after the peak of the initial Omicron lineage. During this time, I served as Testing and Treatment Coordinator on the White House COVID-19 Response team and co-led the development of public health policy research and guidance during the COVID pandemic at Harvard Global Health Institute. In these roles, I observed concern for and difficulties in predicting the health impacts of new Omicron variants, changes to the public health response to the pandemic, and shifting public perception of risk. All of these factors complicated the outlook for testing demand throughout 2022, including the Class Period.

### A.    Public Health Officials and Policymakers Recognized Significant Uncertainty About Testing Demand at the Time

*1.    Omicron Raised Concerns About Potential New and Severe Waves but the Timing and Impact Were Increasingly Difficult to Accurately Predict*

37.    By Spring 2022, the newly emergent Omicron variants demonstrated a high degree of antigenic divergence compared with earlier VOCs.[73] This heterogeneity across Omicron strains threatened the efficacy of vaccines and treatments based on any single variant, further limiting forecasters' ability to project public health developments.[74] The Biden Administration's National COVID-19 Preparedness Plan released on March 2022 highlighted this risk, listing "[p]repare for new variants" as one of four top goals.[75] Likewise, at the time of the Alleged Misstatements, public health experts and policymakers were expressing concerns that the Omicron lineages BA.2 and BA.5, which had recently emerged, were expected to increase cases and thus demand for testing by Summer 2022 (see **Figure 3**). As reflected in numerous press releases and news articles, multiple public health agencies and experts in Spring 2022 anticipated an increase in COVID cases in the near future. Examples of these statements are presented in **Table 1**.

---

[73] Wilks, Samuel H., *et al*., "Mapping SARS-CoV-2 Antigenic Relationships and Serological Responses," *Science*, Vol. 382, No. 6666, October 6, 2023 ("Sublineages arising within the Omicron lineage show considerable antigenic diversity, often being as antigenically different from the early Omicron variant…").

[74] Mykytyn, *et al*., 2023 ("In addition, these newly emerging variants do not cluster close to each other, therefore a vaccine based on any of these variants might poorly cross-neutralise new, emerging variants, which could be equally antigenically distant.").

[75] "National COVID-19 Preparedness Plan," Office of the President of the United States, March 2, 2022.

**Table 1**
**Spring 2022 Press Coverage on Potential Increase in COVID Cases**

| Source | Date | Quote |
|---|---|---|
| CBS News | 3/17/2022 | "'What the models are saying, like all the experts are saying right now, is that we should be prepared to see growth in COVID over the next few months,' [a COVID forecaster] said."[76] |
| NBC News | 4/10/2022 | "'I do think we are in the middle of a surge, the magnitude of which I can't tell you,' [vice provost of global initiatives at the University of Pennsylvania], said."[77] |
| NPR | 5/6/2022 | "For a few months, it looked like COVID-19 was retreating in the United States. But cases are rising across the country again. Still, public health leaders are signaling that the U.S. is turning another corner in this pandemic, and that continued COVID surges might just be part of the new normal."[78] |
| CNN | 5/9/2022 | "The Biden administration is issuing a new warning that the US could potentially see 100 million Covid-19 infections this fall and winter, as officials publicly stress the need for more funding from Congress to prepare the nation."[79] |

> 2.  *Public Health Responses Supported Continued Molecular Testing Demand but Were Subject to Change as the Pandemic Progressed*

38.    The public health response to the pandemic continued to change prior to and during the Class Period with an uncertain impact on demand for tests. For instance, Plaintiff points to the cessation of the uninsured program from HRSA in March 2022 as a factor that Co-Dx should have told investors would reduce demand for Logix Smart moving forward.[80] However, after HRSA was terminated, the Families First Coronavirus Response Act and the Coronavirus Aid, Relief, and Economic Security Act both still required coverage and reimbursement for lab-based COVID testing, including the cost of the test itself and other services related to testing without cost-sharing for individuals covered by most private health plans, Medicare, and Medicaid.[81]  The CDC Increasing Community Access to Testing program provided no-cost testing, including PCR tests, to individuals at over 17 thousand pharmacies and community-sites across the U.S. from early 2021 through 2024.[82] Additionally, Operation Expanded Testing continued to fund no-cost PCR testing hubs to K-12 schools, colleges, and

---

[76] "What's in the COVID-19 Forecast? New Variants Moving into Massachusetts," *CBS Boston*, March 17, 2022.

[77] Bendix, Aria, and Denise Chow, "Incomplete Data Likely Masks a Rise in U.S. Covid Cases as Focus on Infection Counts Fades," *NBC News*, April 10, 2022.

[78] "As COVID-19 Cases Surge Again, Public Health Leaders See a Turning Point," *NPR*, May 6, 2022.

[79] LeBlanc, Paul, "Here's What the White House's Grim Coronavirus Warning Mean for You," *CNN*, May 9, 2022.

[80] Amended Complaint, ¶¶ 41, 72-74; Barry, Ellen, "Concerns Rise as a U.S. Reimbursement Fund for Uninsured COVID Patients Stops Taking Claims," *The New York Times*, March 27, 2022.

[81] Kurani, Nisha, *et al.*, "COVID-19 Test Prices and Payment Policy," Peterson-KFF Health System Tracker, April 28, 2021; Farmer, Blake, "Insurers May Only Pay for Coronavirus Tests When They're 'Medically Necessary'," *NPR*, June 19, 2020.

[82] "About the ICATT Program," Centers for Disease Control and Prevention, September 20, 2024. Miller, Mark F., *et al.*, "Community-Based Testing Sites for SARS-CoV-2 — United States, March 2020–November 2021," *Morbidity and Mortality Weekly Report,* Vol. 70, No. 49, December 10, 2021.

under-resourced communities, among other qualified sites through December 31, 2022, bolstering demand for molecular testing beyond the Class Period with $650 million in allocated funds.[83] Furthermore, as discussed in **Section IV.B**, the ARP directed over $48 billion in funding for purposes that included testing and surveillance. Overall, by April 2022, billions of the total budget of all COVID-related funds was not yet obligated for spending, some of which was potentially available to support COVID testing in various forms.[84] Thus, despite public discussion of Congress's decision not to renew funding for HRSA's reimbursement for testing among the uninsured after March 2022, the cessation of that funding itself was not expected to have a clear impact on molecular testing demand due to the existence of other programs to bolster testing and existing funds from other sources in 2022.

39.     Meanwhile, complications in the roll-out of vaccines continued to add uncertainty regarding demand for tests, as described above in **Section IV.B**. The Biden Administration's vaccine mandates became mired in legal challenges that stretched into the Class Period and cast doubt on the scope, scale, and enforceability of vaccine mandates in the U.S. These legal battles included litigation over the vaccine mandate for federal employees, which a federal court of appeals upheld in April 2022, reversing an injunction from a lower court.[85] And while the Supreme Court upheld vaccine mandates for healthcare workers in January 2022, further legal challenges and uncertainty came as sixteen states renewed a lawsuit in February.[86] Additionally, while the U.S. emerged as an early leader globally in terms of its initial rollout of booster vaccines, the U.S. proved to be a laggard by Spring of 2022, further complicating the outlook for immunization and testing demand.[87]

40.     Regional variation in testing utilization and vaccination rates (both internationally and within the U.S.) emerged as another source of uncertainty. Immunization levels varied widely by geography heading into Spring 2022, with some states registering "first-jab"

---

[83] "Operation Expanded Testing," Centers for Disease Control and Prevention, July 27, 2022.

[84] "COVID-19 Relief: Funding and Spending as of Jan. 31, 2023," Government Accountability Office, February 2023. See also, "Account Breakdown by Program Activity & Object Class," USA Spending, 2020-2024.

[85] Shepardson, David and Mike Scarcella, "U.S. Court Reinstates Biden Federal Employee COVID Vaccine Mandate," *Reuters*, April 8, 2022.

[86] "Louisiana One of 16 States in New Lawsuit Against Federal Vaccine Mandate," *New Orleans City Business*, February 5, 2022.

[87] Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Vaccinations," Our World in Data, 2024. Observation is based on a comparison of "World" and "United States" in the "daily COVID-19 vaccine doses administered per million people" dashboard.

vaccination rates north of 90% and others between 50% and 60% vaccinated as of January 31, 2022.[88] These disparities laid the foundation for divergent conditions on a state-by-state basis and added public health crosscurrents nationally. States also showed a wide range of testing utilization even after adjusting for public health conditions. States on the low-end administered just five COVID tests per confirmed infection from the start of the pandemic until August 2022, while states on the high-end administered as many as thirty.[89] For instance, as shown in **Figure 5**, even though Connecticut and Georgia registered a similar number of COVID cases per capita on the week ending May 12, 2022, providers in Connecticut administered more than twice as many molecular tests per capita – and over twice as many molecular tests per COVID case (20.3 compared to 9.2) – and about 1.5 times as many vaccine doses per capita compared to Georgia. As states adapted their own individual COVID responses based on data and changing virus dynamics, the cumulative impact was a continually shifting public health landscape that was particularly uncertain in Spring 2022. As seen in this example, lower vaccine rates do not necessarily result in more COVID infections or more COVID testing.

---

[88] Saelee, Ryan, *et al*., "Disparities in COVID-19 Vaccination Coverage Between Urban and Rural Counties — United States, December 14, 2020–January 31, 2022," *Morbidity and Mortality Weekly Report*, Vol. 71, No. 9, March 4, 2022.

[89] "All State Comparison of Testing Efforts," Johns Hopkins Coronavirus Resource Center, September 14, 2022. Barriers to testing include testing criteria, site accessibility, supply limitations, and testing hesitancy—all of which vary by state. Additionally, certain states and localities required testing for travelers and sensitive groups, contributing to variation in regional testing activity. Embrett, Mark, *et al*., "Barriers to and Strategies to Address COVID-19 Testing Hesitancy: A Rapid Scoping Review," *BMC Public Health,* Vol. 22, No. 750, April 14, 2022.

**Figure 5**
**COVID Molecular Testing and Vaccination Differed Regionally**
**Connecticut and Georgia[90]**



41.    Finally, clinical guidelines requiring molecular testing at hospitals and other medical institutions remained in place in Spring 2022, providing some continued demand for molecular testing, but there was uncertainty in the industry as to how long those guidelines would remain in place.  The recommendation for universal COVID testing upon admission at hospitals was eventually lifted on December 21, 2022 by the Society for Healthcare Epidemiology of America ("SHEA") and the American Society of Anesthesiologists ("ASA").[91] Then, in January 2023, the American College of Surgeons recognized recommendations by the ASA and the SHEA to withdraw the recommendation for routine preprocedural COVID testing.

---

[90] "COVID-19" GitHub Repository, Johns Hopkins University Centers for Civic Impact, https://github.com/govex/COVID-19/tree/master/data_tables, Seven-day averages ending May 12, 2022. See also, "All State Comparison of Testing Efforts," Johns Hopkins Coronavirus Resource Center, September 14, 2022.
[91] Talbot, Thomas R., *et al*., "Asymptomatic Screening for Severe Acute Respiratory Coronavirus Virus 2 (SARS-CoV-2) as an Infection Prevention Measure in Healthcare Facilities: Challenges and Considerations," *Infection Control & Hospital Epidemiology*, Vol. 44, No. 1, December 21, 2022; "ASA and APSF Updated Statement on Perioperative Testing for SARSCoV-2 in the Asymptomatic Patient," Anesthesia Patient Safety Foundation, December 21, 2022.

On the other hand, U.S. nursing homes were guided to perform screening testing for COVID among staff and admitted patients until the end of the public health emergency in May 2023.[92]

### 3.   *Public Behavior and Perception of Risk Appeared to Be Changing but Still Varied Greatly*

42.    Lastly, individual behavior appeared to be changing in the wake of multiple COVID waves, but these changes had not yet settled into a new "endemic" pattern. As shown in **Table 2**, numerous journals and news articles at the time discussed how, "[o]ver time, some people get tired/frustrated by the restrictions and stop following them (exhaustion), especially if the number of new cases drops down."[93] Moreover, while public perceptions of COVID-related risk generally declined over the course of the pandemic, individual behaviors diverged widely. As discussed in **Section IV.C**, this variation was observed along several socioeconomic and demographic lines as well as geographically.

---

[92] "Infection Control Guidance: SARS-CoV-2," Centers for Disease Control and Prevention, June 24, 2024.
[93] Kastalskiy, Innokentiy A., *et al*., "Social Stress Drives the Multi-Wave Dynamics of COVID-19 Outbreaks," *Scientific Reports*, Vol. 11, No. 22497, November 18, 2021.

**Table 2**
**Public Discussion of Changes in Individual Behaviors Later in the Pandemic**

| Source | Date | Quote |
|---|---|---|
| San Francisco Chronicle | 3/29/2022 | "Health officials say they're keeping a close eye on what BA.2 is doing in other parts of the world…. But one area of uncertainty is how many people will abide by such mandates now, [a county health officer] said. 'We need to prepare for potentially lower local buy-in than we've seen in prior waves, just given pandemic fatigue and more of a patchwork of masking around the state…'"[94] |
| The New York Times | 3/30/2022 | "[O]ther variables could turn the BA.2 wave into a more damaging surge…. there's the question of whether pandemic fatigue will prevent some people from taking reasonable precautions, like wearing masks and social distancing, when Covid numbers start to rise in their area. 'We know how to manage it,' said [a professor and the chair of a medicine department]. 'But the big caveat will be that there are lots of parts of the country that will not go back into careful mode. It's wishful thinking to believe we're going to stay in a situation as good as we are in now.'"[95] |
| The Philadelphia Inquirer | 4/12/2022 | "'People will be more depressed than before,' [a resident] said, contending that the decision is best left up to the individual. 'We have choices.' [A senior resident], on the other hand, said he had no problem with the return of masks. Fully vaccinated and boosted, the Tacony resident has continued to wear a mask indoors even when not required. Yet he shares pandemic fatigue with us all…. 'I get tired of it after a while,' he said."[96] |
| Associated Press | 5/3/2022 | "In New York City, cases are again rising and this week crossed the city's threshold for 'medium risk,' indicating the widening spread of the subvariant knowns as BA.2…. But there appears to be little appetite from Mayor Eric Adams to do an about face just a few months after allowing residents to shed masks and put away vaccination cards that were once required to enter restaurants and concert halls."[97] |

43. These variations in perceived risk as well as "pandemic fatigue" behaviors complicated any attempt to predict testing demand in Spring 2022. On the one hand, given the continued high risk of infection from Omicron, lower perceived risk by the public might lead to fewer preventive measures taken, including tests taken. On the other hand, a reduction in preventive measures might contribute to an increase in COVID cases and, in turn, demand for tests. These countervailing drivers in Spring 2022 made the net effect of changing risk perception on demand ambiguous and highly unpredictable.

---

[94] Allday, Erin, "COVID Cases in California Are Leveling Off, but Here's How BA.2 Variant Might Change That," *San Francisco Chronicle*, March 29, 2022, updated May 16, 2022.

[95] Parker-Pope, Tara, and Knvul Sheikh, "A New Wave of Covid-19 Is Coming. Here's How to Prepare," T*he New York Times*, March 30, 2022, updated May 4, 2022.

[96] Avril, Tom, and Jason Laughlin, "Philly's Return of Masks Gets Both Eyerolls and Support from Residents. Can Health Officials Bridge This Divide?" *The Philadelphia Inquirer*, April 12, 2022.

[97] Calvan, Bobby Caina, and Steve LeBlanc, "Even as COVID Cases Rise, Mask Mandates Stay Shelved," T*he Associated Press*, May 3, 2022.

**B.    Public Discourse Reflected the Challenges in Accurately Forecasting COVID Cases Leading Up to the Class Period**

44.    By May 2022, there was widespread public discussion of the significant difficulty in accurately predicting COVID cases during new waves. These views were reflected in numerous press releases and news articles as shown in **Table 3**. Experts acknowledged that the factors discussed above "compound[ed] the uncertainty" around predicting the transmissibility and severity of the next COVID wave in Spring 2022 and beyond.[98]

**Table 3**
**Spring 2022 Press Coverage on COVID Forecasts**

| Source | Date | Quote |
|---|---|---|
| Minnesota Star Tribune | 1/26/2022 | "'What comes next is so up in the air in terms of how transmissible a new variant is, how severe it is. There are so many unknowns.'"[99] [Quoting the director of COVID-19 ForecastHub and biostatistician at University of Massachusetts at Amherst]. |
| Virginia Mercury | 2/15/2022 | "[I]t's still unclear how protective a previous omicron infection will be against future cases. [An epidemiologist] said it's been difficult to study natural immunity in general because it can be hugely variable based on the length and intensity of an infection…. Omicron also has the ability to evade both infection and vaccine-induced immunity, complicating the future of the pandemic."[100] |
| Boston Globe | 4/12/2022 | "All the models, including the ensemble model, were less consistent and accurate in predicting deaths during pandemic waves, generally underpredicting deaths as trends were rising and overpredicting as they were falling…"[101] |
| CNN | 4/18/2022 | "State health departments in Pennsylvania, Ohio and New York say…. the ubiquitous availability of home tests has led to an underreporting of cases… and they say it's difficult to quantify the impact of this missing data. [A University of Texas' COVID-19 Modeling Consortium] says [case counts were] the 'gold standard' of estimation early on, but it's 'becoming increasingly complex because the landscape of immunity in the country is changing.'"[102] |

**VI.    CONCLUSION**

45.    In my opinion, Co-Dx's Alleged Misstatements regarding the uncertainty in forecasting demand for COVID tests were consistent with statements made by health policy experts as well as my own understanding of COVID molecular testing at the time. As discussed above, variation in the transmissibility and severity of COVID waves, changes in public health

---

[98] Roberts, Siobhan, "All Together Now: The Most Trustworthy Covid-19 Model Is an Ensemble," *MIT Technology Review*, May 28, 2021.

[99] Olson, Jeremy, "Mayo Warns Omicron Peak Means Minnesota Only Halfway through Surge," *Minnesota Star Tribune*, January 26, 2022.

[100] Masters, Kate, "Virginia's COVID-19 Case Rates Are Plummeting. But Experts Still Can't Predict What's Next," *Virgina Mercury*, February 15, 2022.

[101] Finucane, Martin, "UMass Model Was Most Accurate at Predicting COVID-19 Deaths, Study Finds," *Boston Globe*, April 12, 2022.

[102] Christensen, Jen, *et al*., "Rise in At-Home Testing Means We Could Be Undercounting Covid-19 Cases Even More Than Before," *CNN*, April 18, 2022.

responses, and changes in public perception and behavior with regards to COVID made it increasingly difficult to accurately predict demand for COVID PCR tests in the Spring of 2022. This uncertainty was widely discussed in the press and in statements by public health experts, including those with whom I worked.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 20th day of November 2024,

_____
Thomas C. Tsai, MD, MPH

27

**APPENDIX A**
**CURRICULUM VITAE**

**Date Prepared:**     November 13, 2024

**Name:**               Thomas C. Tsai

**Office Address:**    Brigham and Women's Faulkner Hospital

                        1153 Centre Street

                        Boston, MA 02130

**Home Address:**     296 Russett Rd

                        Brookline, MA 02467

**Work Phone:**        617-983-7258

**Work Email:**        ttsai@bwh.harvard.edu

**Work FAX:**          617-983-4530

**Place of Birth:**    Taipei, Taiwan (Republic of China)

**Education:**

| | | | |
|---|---|---|---|
| 08/2001-06/2005 | AB, cum laude | History and Science Health Policy (Certificate) | Harvard College |
| 09/2005-06/2010 | MD | Molecular Basis of Medicine (Scholarly Concentration) | Stanford University School of Medicine |
| 09/2008-06/2009 | MPH | Health Policy and Management | Harvard T.H. Chan School of Public Health |

**Postdoctoral Training:**

| | | | |
|---|---|---|---|
| 06/2010-06/2018 | Resident | General Surgery | Brigham and Women's Hospital |
| 06/2012-05/2014 | Administrative Chief Resident for Research | Department of Surgery | Brigham and Women's Hospital |
| 06/2012-06/2014 | Research Fellow | Health Policy and Surgical Outcomes Research (PI: Ashish Jha and Atul Gawande) | Harvard T.H. Chan School of Public Health |
| 08/2014-06/2015 | Health Policy Fellow | Health and Aging Policy | Health and Aging Policy Fellowship, Washington, DC |

A-1

| | | | |
|---|---|---|---|
| 08/2018-07/2019 | Advanced Laparoscopic Fellow | Minimally Invasive Foregut and Bariatric Surgery | Massachusetts General Hospital |

**Faculty Academic Appointments:**

| | | | |
|---|---|---|---|
| 08/2019-09/2020 | Member of the Faculty | Department of Surgery | Brigham and Women's Hospital/Harvard Medical School |
| 08/2019-Present | Assistant Professor | Department of Health Policy and Management | Harvard T.H. Chan School of Public Health |
| 01/2020-Present | Assistant Professor | Department of Surgery | Brigham and Women's Hospital/Harvard Medical School |

**Appointments at Hospitals/Affiliated Institutions:**

| | | | |
|---|---|---|---|
| 08/2018-07/2019 | Assistant in Surgery | Department of Surgery | Massachusetts General Hospital |
| 08/2019-Present | Associate Surgeon | Department of Surgery | Brigham and Women's Hospital |
| 08/2019-Present | Associate Surgeon | Department of Surgery | Brigham and Women's Faulkner Hospital |

**<u>Faculty Membership in Harvard Initiatives, Programs, Centers, and Institutes</u>**

| | | | |
|---|---|---|---|
| 2019-2022 | Senior Fellow | Harvard Global Health Institute | Harvard University |
| 2019-Present | Associate Faculty | Ariadne Labs | Brigham and Women's Hospital/Harvard T.H. Chan School of Public Health, Boston MA |
| 2019-Present | Associate Faculty | Center for Surgery and Public Health | Brigham and Women's Hospital |
| 2021-Present | Affiliate Faculty | Edmond and Lily Safra Center for Ethics | Harvard University |

**Other Professional Positions:**

| | | | |
|---|---|---|---|
| 2023-Present | Academic Affiliate | Analysis Group | 1 hour/week |
| 2023-Present | Chief Medical Advisor | Ginkgo Bioworks (Ginkgo Biosecurity) | 1 hour/week |
| 2024-present | Consultant | Centers for Disease Control and Prevention Increasing Community Access to Testing program | 4 hours/week |

A-2

**Major Administrative Leadership Positions:**

**Local**

| | | |
|---|---|---|
| 2021-2022 | Director of Clinical Care Redesign | Brigham and Women's Hospital (Department of Surgery) |

**National**

| | | |
|---|---|---|
| 2014-2015 | Senior Advisor in Health Policy | Office of the Assistant Secretary for Planning and Evaluation, US Department of Health and Human Services |
| 2022-2023 | Testing and Treatment Coordinator | White House COVID-19 Response Team |
| 2022-2023 | Senior Policy Advisor for the COVID-19 Response | Executive Office of the President |
| 2023-Present | Steering Advisory Council | Common Health Coalition |

**Committee Service:**

**Local**

| | | |
|---|---|---|
| 2009-2010 | Quality Improvement Committee 2009-2010 | Stanford University Hospital, Department of Surgery Member |
| 2012 | Residency Internal Review Committee 2012 | Brigham and Women's Hospital, Department of Surgery Member |
| 2012 | Residency External Review Committee 2012 | Partners, Office of Graduate Medical Education Member |
| 2012-Present | Quality Improvement Committee 2012-Present | Brigham and Women's Hospital, Department of Surgery Member |
| 2021-2023 | Clinical Care Redesign and Contracts Committee | Brigham and Women's Physician Organization |
| 2024-2027 | HMS Faculty Council | Harvard Medical School Elected Faculty Representative |

**Regional**

| | | |
|---|---|---|
| 2020-2021 | Massachusetts COVID-19 Test, Trace, Supported Isolation (TTSI) Task Force | Commonwealth of Massachusetts |

A-3

Member (Advised and Supported State and Regional Contact Tracing Policy, leading to Interstate Compacts)

**National**

| | | |
|---|---|---|
| 2014-2016 | Quality and Patient Safety | Global Health Delivery Project Online |
| | 2014-2016 | Faculty Moderator |
| 2015-2017 | Technical Expert Panel | Centers for Medicare and Medicaid |
| | 2015-2017 | Member, TEP for Hospitalization Rate following Ambulatory Surgery |
| 2017-2024 | Council on Graduate Medical Education (COGME) | Health Resources and Services Administration, US Department of Health and Human Services |
| | 2017-2022 | Member |
| | 2019-2022 | Vice-Chair |
| | 2023-2024 | Member |
| 2024-2028 | Digital Health Advisory Committee | US Food and Drug Administration, Center for Devices and Radiological Health |
| | 2024-2028 | Advisory Committee Expert (Consultant) |

**International**

| | | |
|---|---|---|
| 2014-2015 | Global Shaper | World Economic Forum |
| | 2014-2015 | Member, Boston and Washington, DC Hubs |

**Professional Societies:**

| | | |
|---|---|---|
| 2010-Present | American College of Surgeons | |
| | 2013-2016 | Member, Resident and Associate Society Membership Committee |
| | 2014-2016 | Member, Commission on Cancer (Quality Integration Committee/Measurement Subcommittee) |
| | 2022-Present | Fellow |
| 2010-Present | Association of Academic Surgeons | |
| | 2010-Present | Candidate Member |
| 2010 | Massachusetts Medical Society | |
| | 2010-Present | Resident Member |

A-4

| 2012-Present | Academy Health |  |
|---|---|---|
|  | 2012-Present | Member |
| 2014-Present | Massachusetts Chapter, American College of Surgeons |  |
|  | 2014-Present | Member |
| 2014-Present | Surgical Outcomes Club |  |
|  | 2014-Present | Member |
| 2017-Present | American Society for Metabolic and Bariatric Surgery (ASMBS) |  |
|  | 2017-Present | Member |
| 2017-Present | Society of American Gastrointestinal and Endoscopic Surgeons (SAGES) |  |
|  | 2017-Present | Member |
|  | 2019-2020 | Member, Quality and Outcomes Committee |
|  | 2019-Present | Member, Advocacy and Health Policy Committee |
| 2019-Present | Society for Surgery of the Alimentary Tract (SSAT) | Member |
|  | 2021-2022 | Member, Quality and Outcomes Committee |
|  | 2021-Present | Member, Stomach Program Committee |

**Grant Review Activities:**

| 2015-2018 | Health Policy and Systems Sciences Grant Review Committee | China Medical Board |
|---|---|---|
|  | 2015-2018 | Grant Review Committee Member |

**Editorial Activities:**

**Ad hoc Reviewer (selected)**

*Annals of Internal Medicine*
*Annals of Surgery*
*BMJ*
*Health Affairs*
*Health Services Research*
*JAMA*
*JAMA Health Forum*
*JAMA Network Open*
*JAMA Surgery*
*Journal of the American College of Surgeons*
*Journal of Gastrointestinal Surgery*
*Lancet*
*New England Journal of Medicine*
*Obesity Surgery*
*PLOS*
*Surgery for Obesity and Related Disorders*

A-5

**Other Editorial Roles**

| | | |
|---|---|---|
| 2008-2010 | National Editorial Advisory Board | *The New Physician* (American Medical Students Association) |
| 2023- | Editorial Board | *Annals of Surgery* |
| 2024-2027 | Editorial Board | *Health Services Research* |

**Honors and Prizes:**

| | | | |
|---|---|---|---|
| 2012 | Excellence in Teaching | Tufts University School of Medicine | |
| 2012 | Shukri Khuri Award | West Roxbury Veterans Affairs Hospital | Clinical care |
| 2012 | Looking to the Future | Society of Thoracic Surgeons | Resident award |
| 2012-2014 | Loan Repayment Program | NIH | |
| 2013 | Presidential Scholar | Academy Health Institute on Advocacy and Public Policy | |
| 2013 | President's Prize for Value-Based Healthcare Delivery | Partners Healthcare | Quality Improvement Project |
| 2013 | Resident Research Award | World Congress for the Advancement of Surgery | |
| 2013 | John A. Mannick Research Award | Brigham and Women's Hospital, Department of Surgery | |
| 2014 | Joseph E. Murray/Simon J. Simonian Prize for Research Excellence | Brigham and Women's Hospital, Department of Surgery | |
| 2015 | Secretary's Distinguished Service Award | U.S. Department of Health and Human Services | Contributions to Affordable Care Act Marketplace Enrollment Team |
| 2021 | Emerging Leaders Forum | National Academy of Medicine | Invited to Participate in the NAM Emerging Leaders in Health and Medicine Program |

A-6

## Report of Funded and Unfunded Projects

**Funding Information:**

**Past**

| | |
|---|---|
| 2019-2020 | Effect of Systems Expansion on Utilization and Outcomes<br>Ariadne Labs<br>PI ($25,000)<br>Project leveraged a novel dataset of hospital mergers and Medicare claims to assess the effect of hospital mergers on utilization and outcomes. |
| 2020-2021 | Update to the HGHI COVID-19 US Hospital Capacity Model: ICU Surge, Post-Acute Care Beds, and Survey of Mechanical Ventilator Supply<br>Massachusetts Consortium on Pathogen Readiness/Mass Life Sciences Center<br>PI ($337,219)<br> Updated and expanded the HGHI COVID-19 model to include estimates of ICU capacity; inpatient rehabilitation and skilled nursing facility capacity; and mechanical ventilator supply. |
| 2020-2021 | Use of Aggregated Mobility Data to Evaluate Effectiveness of State Social Distancing Orders During the COVID-19 Pandemic<br>Harvard Milton Fund<br>PI ($47,713)<br>Study used an aggregated and differentially privatized dataset of cellular mobility data to assess whether state shelter-in-place orders were effective in accomplishing the goals of social distancing. |
| 2021-2022 | Effect of the COVID-19 Pandemic on Utilization and Disparities of Acute Inpatient Care Across US Hospitals<br>The Commonwealth Fund<br>PI ($199,786)<br>Study assessed spillover effects of the COVID-19 pandemic on non-COVID-19 medical and surgical care and assess for changes in acute care utilization and hospital finances. |
| 2022-2023 | Analysis of Efforts to Address Social Determinants of Health by Acute Care Hospitals in Texas<br>Episcopal Health Foundation<br>PI ($99,804)<br>Project uses the AHA Annual Survey questions on "Addressing Patient Social Needs and Community Social Determinants of Health" to assess variations in hospital strategies to address social determinants of health. |
| 2021-2023<br><br>NCE<br>2023-24 | Evaluation of Waste & Episode-Based Spending in Medicare Advantage versus Fee-For-Service Medicare: An Opportunity For Savings?<br>Arnold Ventures<br>Co-PI  (Co-PI Jose Figueroa, $432,725)<br>Project assesses whether enrollment in Medicare Advantage is associated with less potentially wasteful health care spending and utilization overall and in 90-day episodes compared to Medicare fee-for-service. |

**Current**

2023-2024    The Emergence of Real Estate Investment Trusts in Health Care: Implication for Hospital Quality, Access, and Finances
Rx Foundation
PI ($99,640)
Project assesses the effect of real-state investment trust (REIT) acquisition of hospitals on hospital quality and financial performance

2023-2024    Factors Underlying Racial and Rural Disparities in Access to Outpatient Surgery Access
Harvard Catalyst KL2/Catalyst Medical Research Investigator Training
PI ($315,600)
Project uses Medicare claims to assess the longitudinal trends in access to ambulatory surgical care; identify the community, physician, and patient-level factors associated with access to ambulatory surgical procedures; and assess the impact of CMS removal of procedures from the inpatient-only list on surgical access.

2022-2025    Health Policy and Program Evaluation to Improve Quality, Equity, and Efficiency of Veteran's Affairs Healthcare
Quality Enhancement Research Initiative (QUERI) PEC 16-001
Co-PI (Co-PI Jose Figueroa, $1,500,000)
Project uses VHA data to assess variations in utilization, quality, and outcomes of direct care delivered at VHA facilities compared to Community Care.

2024-2026    The Changing Market Dynamics of Medicare Advantage: The Next Generation of Challenges and Opportunities for Medicare Sustainability and Equity
PI ($978,275)
Arnold Ventures
Project assesses the consequences of specialized marketing of MA plans to affinity groups in disparities in access. This project will also develop a measure of network restrictiveness and accessibility to evaluate the adequacy and quality of inpatient providers and subspecialists in MA plan networks.

**Projects Submitted for Funding:**

Pending; submitted 06/2024    National Evaluation of the Medicare Acute Hospital Care at Home Program
National Institute of Aging R01
Co-Principal Investigator (Co-PI David Levine)
Policy evaluation of the CMS Acute Hospital Care at Home Program (Hospital at Home) on cost and outcomes.

A-8

**Unfunded Current Projects:**

2023-2025    Longitudinal Trends in Utilization and Outcomes at Physician Owned Hospitals
PI/Mentor
I am supervising a General Internal Medicine fellow evaluating the utilization and outcomes at physician-owned vs non-physician-owned hospitals.

2023-2025    Variation in Management Practices and Quality of Care in US Acute Care Hospitals
Co-PI
I am collaborating with Dr. Rafaella Sadun from Harvard Business School evaluating the association of hospitals with more structured management practices and quality of care.

## Report of Local Teaching and Training

**Teaching of Students in Courses:**

HMS/HSDM/DMS Courses

| | | |
|---|---|---|
| 2013 | Introduction to Clinical Medicine<br>2nd year medical students | Harvard Medical School<br>2 hrs/week for 8 weeks |
| 2014 | PH555X: Improving Global Health:<br>Focusing on Quality and Safety<br>Graduate students and professionals | Harvard School of Public Health/EdX<br>6 hrs/wk for 8 weeks |

Other Harvard University Courses

| | | |
|---|---|---|
| 2022 | Quality of Health Care in America<br>MPH and Masters Students | Harvard School of Public Health<br>2-hr guest lecture |

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs):**

| | | |
|---|---|---|
| 2017-2018 | Fundamentals of Laparoscopic Surgery<br>Surgical residents | Brigham and Women's Hospital<br>6 hrs/year |
| 2011-2018 | Insertion of Arterial Lines<br>All incoming BWH Residents (Medicine, Surgery, Anesthesia, ED, Psychiatry) | Brigham and Women's Hospital<br>6 hrs/year |
| 2018-2019 | Surgical Skills Simulation (Basic and Advanced Laparoscopy)<br>Surgical residents PGY1-5 | Massachusetts General Hospital<br>12 hrs/year |
| 2018-2019 | Foregut Journal Club (weekly) and Foregut/GI Rounds (monthly)<br>MS2-4, PGY1-5, GI Fellows | Massachusetts General Hospital<br><br>52 hrs/year |
| 2019-2020 | General and Gastrointestinal Surgery Journal Club (weekly)<br>MS-2, PGY1-5 | Brigham and Women's Faulkner Hospital<br>25 hours/year |

A-9

| 2019-2020 | Partners GME Health Policy Course Lecture and ACO Activity (annual) Partners-affiliated GME Residents | Partners Healthcare 10 hours/year |
| --- | --- | --- |
| 2019-Present | Cutler (Minimally Invasive Surgery) Conference (weekly) MS2-4, PGY 1-5, MIS Surgery Fellow | Brigham and Women's Hospital 25 hours/year |
| 2020-Present | Center for Surgery and Public Health Summer Research Course All PGY Levels, Research Fellows | Center for Surgery and Public Health/HMS Program in Global Surgery and Social Change 5 hours/year |

**Clinical Supervisory and Training Responsibilities:**

| 2010-Present | Surgical Core Clerkship

HMS and visiting sub-intern medical students | BWH 10 hrs/week/month (480 hrs/year) |
| --- | --- | --- |

**<u>Laboratory and Other Research Supervisory and Training Responsibilities</u>**

| 2021-Present | Healthcare Quality and Outcomes (HQO)Laboratory Supervise research team of 7 full-time staff, 2-4 research fellows; and 4 associate faculty members in laboratory meetings. Supervise research assistants, project managers.. | HSPH 10 hrs/week/month (480 hrs/year) |
| --- | --- | --- |
| 2022-2023 | Surgical Care Redesign Laboratory Supervised HMS students and project managers on surgical home hospital program | BWH 1 hours/week/month |

**Formally Mentored Harvard Medical, Dental, and Graduate Students**

2020-2022    <u>Joseph Bruch</u> (Harvard School of Public Health, PhD Candidate Social Epidemiology) Mentored Joe on PhD dissertation paper examining effect of private equity acquisition of ambulatory surgical centers; paper published in *Health Affairs*.

2021-    <u>Tarun Ramesh</u> (HMS MD Candidate) Mentored Tarun on several projects on healthcare consolidation, rural healthcare disparities, and physician workforce. Resulted in first author publications for Tarun in *Journal of Rural Health* and co-authored publications in *JAMA Health Forum*.

2021-2022    <u>Kavya Pathak</u> (HMS MD, PGY-1, Brigham and Women's Hospital) Mentored Dr. Pathak during her MS3/MS4 on project evaluating role of digital health and remote patient monitoring for surgical home hospital. Resulted in *npj Digital Medicine* publication and book chapter.

2021-2022    <u>Jayson Marwaha, MD, MBI</u> (HMS Masters of Biomedical Informatics and HMS Biomedical Informatics Research Training Fellow)

A-10

2021-    Mentored HMS MBI student Dr. Marwaha on research project evaluating surgical remote patient monitoring. Resulted in co-first-author publication in *npj Digital Medicine*

Kushal Kadakia (HMS MD Candidate)
Mentored Kushal on health policy research projects evaluating role of GME financing on hospital revenues and variations in utilization and quality in Medicare Advantage. Resulted in first-author publication for Kushal in *JAMA*.

**Other Mentored Trainees and Faculty**

2018-2019    Karan Chhabra, MD / Interim Member of the Faculty, NYU Langone Health
Mentored Dr. Chhabra on research project evaluating quality of care for bariatric surgery under bundled payment programs. Resulted in first-author *Annals of Surgery* publication.

2020-2022    Ava Ferguson Bryan, MD / Chief Surgical Resident, University of Chicago
Mentored Dr. Bryan on several projects evaluating the quality of care in ambulatory surgical centers and consequences of COVID-19 on surgical care utilization. Resulted in multiple first and co-authored publications for Dr. Bryan in *Annals of Surgery*, *JAMA Surgery*, and *JAMA Health Forum*.

2022-    Sarah Brownlee, MD / PGY-4 Surgical Resident, Massachusetts General Hospital
Served as primary research mentor for Dr. Browlee during her HSPH Masters program and research fellowship at HSPH/MGH. Mentoring Dr. Brownlee on projects evaluating the consequences of Medicare's inpatient only list on utilization of outpatient and ambulatory surgery. Resulted in first-author publications in *Annals of Surgery*.

2023-    Suhas Gondi, MD, MBA / PGY-2 Internal Medicine Resident , Brigham and Women's Hospital
Mentored Dr. Gondi on research project evaluating impact of prior authorizations and claims denials for Medicare Advantage Patients

2023-    Afifah Khan, MD / General Internal Medicine Fellow and Hospitalist, Brigham and Women's Hospital
Mentored Dr. Khan on research project evaluating consequences of healthcare consolidation on quality of inpatient care.

2023-    Yanlei Ma, PhD / Research Associate, Harvard T.H. Chan School of Public Health
Mentored Yanlei Ma on VA-funded study evaluating quality of community care providers after VA MISSION Act

**Formal Teaching of Peers (e.g., CME and other continuing education courses):**

*No presentations below were sponsored by outside entities.*

| 2015 | Safety, Quality, and Informatics Leadership (SQIL), Harvard Medical School Office of External Education | 4 talks during a 2-day seminar |
| --- | --- | --- |
|  | • Quality in Healthcare: Measurement and Policy Interventions<br>• Quality Improvement: An Overview<br>• The Affordable Care Act at Five Years: Thinking About Quality<br>• Hospital Boards and Management: Aligning Incentives for Quality | Shenzen, China |
| 2019 | Harvard Medical School Neurogastroenterology and Motility Course | 1.5 hr lecture; faculty for day-long course for a national |

A-11

| | | |
|---|---|---|
| | • Esophageal Panel (Achalasia, GERD) | audience of gastroenterologists and GI surgeons<br>Boston, MA |
| 2021 | Harvard Medical School Updates in General and Gastrointestinal Surgery<br>• Acute Cholecystitis<br>• Management of benign biliary disease | 2 talks<br>Boston, MA |
| 2023 | Harvard Medical School Minimally Invasive and Novel Therapeutics (MINT) Course<br>• LINX After Bariatric Surgery<br>• Revisional Bariatric Surgery Panel | 1 lecture and 1 panel for national CME course<br>Boston, MA |

**Local Invited Presentations:**

*No presentations below were sponsored by outside entities*

| | |
|---|---|
| 2016 | Saving a Bundle: Bundled Payments and High-Risk Surgery / Invited Research Seminar<br>Department of Health Policy and Management, Harvard T.H. Chan School of Public Health |
| 2017 | Complications following Bariatric Surgery / Physician Assistant Speakers Series<br>Department of Emergency Medicine, Brigham and Women's Hospital, |
| 2017 | Access, Affordability, and Quality: The Affordable Care Act and the Delivery of Surgical Care / Grand Rounds<br>Department of Surgery, West Roxbury VA |
| 2017 | Coverage to Care: Defining Surgical Value in the Era of Health Reform / Grand Rounds<br>Department of Surgery, Brigham and Women's Hospital |
| 2019 | Surgical Treatment of GERD / MGH Neuromotility Conference<br>Division of Gastroenterology, Massachusetts General Hospital |
| 2019 | The Effect of Health Systems Expansion on Utilization and Outcomes / Invited Research Seminar<br>Ariadne Labs |
| 2022 | Hospital Without Walls: Surgical Site of Care Optimization in a Post-Pandemic Health Care System<br>Department of Health Policy and Management, Harvard T.H. Chan School of Public Health |
| 2022 | Leadership during COVID-19 / Keynote Presentation<br>Brigham and Women's Hospital Physical Organization Leadership Course |
| 2023 | Financialization of the US Healthcare System / PCE Talk<br>HSPH Program in Clinical Effectiveness |
| 2023 | Effective Governing: Lessons from the White House COVDI-19 Response for Healthcare<br>Brigham and Women's Physician Organization Annual Staff Meeting |

A-12

## Report of Regional, National and International Invited Teaching and Presentations

*No presentations below were sponsored by outside entities*

**Regional**

| | | |
|---|---|---|
| 2019 | Hospital Readmissions Reduction Program: Consequences Intended and Unintended / Invited Speaker | |
| | Partners GME Course on Health Policy | |
| 2020 | Achieving Health Care Value with Bundled Payments / Invited Speaker | |
| | Partners GME Course on Health Policy | |
| 2020 | COVID-19 Roadmap/Invited Webinar | |
| | Massachusetts Chapter of the American College of Surgeons, Boston, MA | |
| 2022 | Bariatric Surgery: Enhanced Recovery to Home Hospital; | |
| | Massachusetts Association of Perianesthesia Nurses, Boston, MA | |

**National**

| | |
|---|---|
| 2015 | Surgical Quality and Readmissions: Transitioning to High-Value Surgical Care / Grand Rounds |
| | Department of Surgery, MedStar Georgetown Hospital, Washington, DC. |
| 2016 | Saving a Bundle: Bundled Payments and Quality of Surgical Care / Research in Progress |
| | Center for Healthcare Outcomes and Policy (CHOP), University of Michigan, Ann Arbor, MI |
| 2016 | The Moral Test of Government: A Surgical Perspective on Health Policy / Fellows Seminar |
| | Center for Healthcare Outcomes and Policy (CHOP), University of Michigan, Ann Arbor, MI |
| 2016 | Saving a Bundle: Bundled Payments and Quality of Surgical Care |
| | Center for Health Incentives & Behavioral Economics (CHIBE), University of Pennsylvania, Philadelphia, PA |
| 2016 | Potentially Saving a Bundle: Bundled Payments and High Risk Surgery / Invited Plenary Panel |
| | Academic Surgical Congress, Jacksonville, FL |
| 2019 | Bariatric Surgery and Bundled Payments: Brave New World? / Conference Lecture |
| | Michigan Chapter, Association of Metabolic and Bariatric Surgery (ASMBS) Annual Meeting, Traverse City, MI |
| 2020 | The ACA at 10 Years: Past and Future of US Health Reform / Plenary Panel |
| | Academic Surgical Congress, Orlando, FL |
| 2021 | Supply Chain Management for Health Care Leaders: Implications of COVID-19 / Invited Interview |
| | Sound Practice Podcast, American Association of Physician Leaders (Podcast) |
| 2021 | Beyond Claims: Harnessing Digital Data to Address Disparities in the Health of Older Adults / Invited Presentation |
| | National Institute of Aging Behavioral and Social Science Workshop, Washington, DC |
| 2021 | Connecting the Dots: Public Health Policy and Communication during the COVID-19 Pandemic / Visiting Professor |
| | Harvard Surgical HSR Speaker Series, Boston, MA |
| 2022 | COVID-19 Update / Invited Presentation |
| | American Medical Association (Virtual) |
| 2022 | COVID-19 Test and Treatment Response for US Hospitals / Invited Presentation |
| | American Hospital Association Committee on Clinical Leadership Annual Meeting, Washington, DC. |

| 2022 | Telehealth Test to Treat / Grand Rounds<br>Virtual (Administration for Strategic Preparedness and Response Clinical Roundtable) |
| 2023 | COVID-19 Personal Action Plan / Invited Presentation<br>Council of Medical Specialty Societies, Washington, DC |
| 2023 | Pharmacies as Community-Focused Health Care Delivery Innovation / Invited Presentation<br>Joint Commission of Pharmacy Practitioners, Alexandria, VA |
| 2023 | Future of At Home Testing for Health Care Delivery Innovation / Invited Panelist<br>+DX Forum, Washington, DC |
| 2023 | Current State of COVID-19 Therapeutics / Grand Rounds<br>American Medical Directors Association – Society of Post-Acute and Long-Term Care Medicine (Virtual) |
| 2024 | Bridging Surgery and Policy / Invited Presentation<br>Society of Asian Academic Surgeons Annual Meeting, New Orleans, LA |

**International**

| 2014 | Patient Satisfaction and Quality of Surgical Care / Oral Abstract<br>World Congress for the Advancement of Surgery; Recipient of Resident Research Award, Tel Aviv, Israel |
| 2014 | Surgical Readmissions and Quality of Care / Oral Abstract<br>World Congress for the Advancement of Surgery, Tel Aviv, Israel |
| 2024 | Why the world needs a global immune system / Plenary Panel<br>World Antimicrobial Resistance Congress & Disease Prevention and Control Summit, Philadelphia, US |

## Report of Clinical Activities and Innovations

**Current Licensure and Certification:**

| 2012-Present | Medical License, Commonwealth of Massachusetts |
| 2019 | SAGES Advanced GI and Comprehensive Flexible Endoscopy Fellowship Certificate |
| 2019 | ASMBS Metabolic and Bariatric Surgery Fellowship Certificate |
| 2019-Present | Diplomate, American Board of Surgery |

**Practice Activities**

| 2019-Present | Inpatient Surgery and Outpatient Surgery Clinic | Brigham and Women's Faulkner Hospital, Boston MA | 30 hrs/week/month |
| 2019-Present | Inpatient Surgery | Brigham and Women's Hospital, Boston, MA | 5 hrs/week/month |
| 2021-Present | General Surgery Call Coverage | New England Baptist Hospital | 2 hrs/week/month |

A-14

**Clinical Innovations:**

| | |
|---|---|
| BWH Surgical Resident Handbook Mobile App (2012-2018) | Collaborated with AgileMD to create a mobile app for the BWH surgical resident handbook. The app has helped disseminate evidence-based clinical care pathways across all surgical services. The AgileMD app was scaled nationally to multiple surgical residencies. This effort was recognized by the Betsy Lehman Center for Patient Safety: https://www.betsylehmancenterma.gov/news/smartphone-app-helps-residents-navigate-high-risk-situations. |
| Apprentice (I-PASS Handoff and Electronic Progress Note) (2012-2014) | I spearheaded the collaboration with the I-PASS Research Team from BWH Internal Medicine to customize the Apprentice electronic progress notes and handoff system for BWH Surgery. I led the implementation of Apprentice across all general surgical services which replaced handwritten progress notes and was in use from 2013-2015 until implementation of Epic. |
| Near-Infrared Image Guided Surgery (2020-Present) | Dedveloped the clinical protocols and order sets for the use of near-infrared guided surgical procedures using indocyanine green. This has led to decreased patient exposure to radiation via fluoroscopic cholangiography and decreased rate of converting to open surgery. Near-infrared imaging has also been adopted at BWFH for emergency general surgery to assess bowel perfusion for incarcerated/strangulated hernias to minimize unnecessary bowel resection; assessment of anastomotic perfusion in revisional foregut and bariatric surgery; and lymph node mapping for omental free flaps. |
| BWH Bariatric Surgery and Renal Transplantation Collaborative (2020-2021) | Partnered with renal transplantation to develop a care pathway for preoperative metabolic surgery for renal transplant patients on the weight list. Streamlined access for next week bariatric surgical evaluation for renal transplant patients. |
| BWH/BWFH Bariatric Enhanced Recovery After Surgery (ERAS) Pathway (2020-2022) | Designed and led implementation of the bariatric ERAS pathway. Under my leadership as Director of Clinical Care Redesign, we reduced opioid prescriptions and improved our postoperative day 1 discharge rates from less than 50% to over 90% at BWH and BWFH. |
| Magnet Sphincter Augmentation for GERD with LINX Device (2022-Present) | Developed and led the magnet sphincter augmentation program for GERD. Only approved site within MGB and 1 of 3 surgeons in eastern MA. This program has resulted in high patient satisfaction and served as a model for collaboration across specialties to adopt new surgical innovations. I have served as a faculty for peer education CME courses on LINX after bariatric surgery (MINT 2023) with surgeon participants nationally and internationally. |
| Laparoscopic Common Bile Duct Exploration with Spyglass Choledochoscope (2022-Present) | Launched and led training of BWH surgeons in using the Spyglass choledochoscope for laparoscopic common bile duct exploration. This has introduced the option for real-time management of choledocholithiasis for post-gastric bypass patients without needing an additional ERCP procedure. |

A-15

| Surgical Home Hospital (2021-Present) | Developed and implemented home hospital protocol for surgical patients. This protocol and care model is being scaled across Mass General Brigham (2 AMCs and 3 community hospital) by MGB Healthcare at Home. We have proposed national quality metrics for surgical home hospital, disseminated our remote patient monitoring algorithm, and shared best practices as a surgical textbook chapter. Co-PI of the first randomized controlled trial of surgical home hospital in the US. |
|---|---|

## Report of Teaching and Education Innovations

| Resident QI Curriculum (2018) | Developed curriculum for quality improvement in the BWH Department of Surgery. Integrated resident QI education with Department of Surgery QI teams to facilitate quality improvement efforts across. |
|---|---|
| Management and Leadership Pathway (2020-2022) | Developed and Faculty Director of Management and Leadership Pathway for BWH general surgery residency. Collaborating with Department of Medicine MLP track with 2-year dedicated curriculum on health policy, health care leadership, quality improvement, and innovation. |

## Report of Education of Patients and Service to the Community

*No presentations below were sponsored by outside entities.*

**Activities (selected)**

| | |
|---|---|
| 2020 | National Testing Targets for COVID-19 / Invited Presentation National Governors Association (Virtual) |
| 2020 | COVID-19 Risk Levels/Invited Presentation US Conference of Mayors (Virtual) |
| 2021 | Bariatric Surgery for Patients with ESRD / Invited Presentation National Kidney Foundation Kidney Crossroads (Virtual) |
| 2021 | COVID-19 Infection Control for Schools / Invited Presentation National Association of Secondary School Nurses (Virtual) |
| 2021 | COVID-19 Variants / Invited Presentation (Policy Briefing) US House of Representatives Legislative Staff, Washington, DC (virtual) |
| 2022 | Chair, COVID-19 Pandemic Testing Board (Testing and Diagnostic Working Group/Testing Coordination Group) / Public Service |
| 2022 | Staying Healthy This Winter / Interview AARP (Virtual) |
| 2022 | Winter Preparedness Plan / Invited Presentation Series LeadingAge (Virtual) |
| 2022 | COVID-19 Testing for Seniors and Aging Services Providers / Invited Presentation CMS National Nursing Home Stakeholder Call (Virtual) |
| 2023 | Test to Treat Best Practices and COVID Therapeutics Update / Invited Presentation HRSA Federally Qualified Health Center National Call (Virtual) |
| 2023 | COVID-19 Testing and Treatment Policy Update / Invited Presentation Rockefeller Foundation State and Territorial Alliance for Testing (Virtual) |

*No presentations below were sponsored by outside entities*

**Educational Material for Patients and the Lay Community:**

| 2016 | How Consumers Choose Health Care | Panelist | Wharton Business Radio on Sirius XM (The Business of Healthcare): https://businessradio.wharton.upenn.edu/bestof/the-business-of-health-care/?h=2jPeW |
|---|---|---|---|
| 2017 | Changes in Health Care and Corporate Board Governance | Panelist | Wharton Business Radio on Sirius XM (The Business of Healthcare): https://businessradio.wharton.upenn.edu/bestof/the-business-of-health-care/?h=nzq1B |
| 2021 | Public Health Policy for COVID | Invited Speaker | Chilton Club of Boston |

## Report of Scholarship

**Peer-Reviewed Scholarship in print or other media:**

**\* co-authors**

**\*\* mentee**

**Research Investigations**

1. Riskin DJ, **Tsai TC**, Riskin L, Hernandez-Boussard T, Purtill M, Maggio PM, Spain DA, Brundage SI. Massive transfusion protocols: the role of aggressive resuscitation versus product ratio in mortality reduction. Journal of the American College of Surgeons. 2009 Aug;209(2):198-205.

2. Fan AP, **Tsai TC**, Su TP, Kosik RO, Morisky DE, Chen CH, Shih WJ, Lee CH. A longitudinal study of the impact of interviews on medical school admissions in Taiwan. Evaluation & the Health Professions. 2010 Jun;33(2):140-63.

3. **Tsai TC**, Rosing JH, Norton JA. Role of factor VII in correcting dilutional coagulopathy and reducing re-operations for bleeding following non-traumatic major gastrointestinal and abdominal surgery. Journal of Gastrointestinal Surgery: Official Journal of the Society for Surgery of the Alimentary Tract. 2010 Aug;14(8):1311-8.

4. Fan AP, Tran DT, Mandell GA, Su TP, Chiu AW, Kosik RO, **Tsai TC**, Morisky DE. The contribution of international medical students to Taiwanese medical school classes. Medical Teacher. 2013;35(1):78-9.

5. **Tsai TC**, Joynt KE, Orav EJ, Gawande AA, Jha AK. Variation in surgical-readmission rates and quality of hospital care. The New England Journal of Medicine. 2013 Sep 19;369(12):1134-42.
   Letter to the editor: **Tsai TC**, Jha AK. Surgical-readmission rates and quality of care. The New England Journal of Medicine. 2013 Dec 19;369(25):2460-

6. Chen Q, **Tsai TC**, Mull HJ, Rosen AK, Itani KM. Using a composite readmission measure to assess surgical quality in the Veterans Health Administration: how well does it correlate with established surgical measures? JAMA surgery. 2014 Nov;149(11):1206-7.

7.  Fan AP, Kosik RO, **Tsai TC**, Cai Q, Xu GT, Guo L, Su TP, Wang SJ, Chiu AW, Chen Q. A snapshot of the status of problem-based learning (PBL) in Chinese medical schools. Medical Teacher. 2014 Jul;36(7):615-20.

8.  **Tsai TC**, Orav EJ, Joynt KE. Disparities in surgical 30-day readmission rates for Medicare beneficiaries by race and site of care. Annals of Surgery. 2014 Jun;259(6):1086-90.

9.  Merkow RP, Ju MH, Chung JW, Hall BL, Cohen ME, Williams MV, **Tsai TC**, Ko CY, Bilimoria KY. Underlying reasons associated with hospital readmission following surgery in the United States. JAMA. 2015 Feb 3;313(5):483-95.

10. Offodile AC, 2nd, **Tsai TC**, Wenger JB, Guo L. Racial disparities in the type of postmastectomy reconstruction chosen. The Journal of Surgical Research. 2015 May 195(1): 368-76.

11. Scott JW, Sommers BD, **Tsai TC**, Scott KW, Schwartz AL, Song Z. Dependent coverage provision led to uneven insurance gains and unchanged mortality rates in young adult trauma patients. Health Affairs. 2015 Jan;34(1):125-33.

12. **Tsai TC**, Joynt KE, Wild RC, Orav EJ, Jha AK. Medicare's Bundled Payment Initiative: Most Hospitals Are Focused On A Few High-Volume Conditions. Health Affairs. 2015 Mar 1;34(3):371-80.

13. **Tsai TC**, Orav EJ, Jha AK. Care fragmentation in the postdischarge period: surgical readmissions, distance of travel, and postoperative mortality. JAMA Surgery. 2015 Jan 1;150(1):59-64.

14. **Tsai TC**, Orav EJ, Jha AK. Patient Satisfaction and Quality of Surgical Care in US Hospitals. Annals of Surgery. 2015 Jan;261(1):2-8.

15. Wakeam E, Hyder JA, **Tsai TC**, Lipsitz SR, Orgill DP, Finlayson SR. Complication timing and association with mortality in the American College of Surgeons' National Surgical Quality Improvement Program database. The Journal of Surgical Research. 2015 Jan;193(1):77-87.

16. **Tsai TC**, JhA AK, Gawande AA, Huckman RS, Bloom N, Sadun R. Hospital Board and Management Practices Are Strongly Related to Hospital Performance on Clinical Quality Metrics. Health Affairs. 2015 Aug; 34(8): 1304-1311.

17. Scott JW, Rose JA, **Tsai TC**, Zogg CK, Shrime MG, Sommers BD, Salim A, Haider AH. Impact of ACA Insurance Coverage Expansion on Perforated Appendix Rates Among Young Adults. Med Care. 2016 Sep;54(9):818-26.

18. **Tsai TC**, Greaves F, Zheng J, Orav EJ, Zinner MJ, Jha AK. Better Patient Care At High-Quality Hospitals May Save Medicare Money And Bolster Episode-Based Payment Models. Health Affairs. 2016 Sep 01;35(9):1681-9.

19. Zogg CK, Najjar P, Diaz AJ, Zogg DL, **Tsai TC**, Rose JA, Jr., Scott JW, Gani F, Alshaikh H, Canner JK, Schneider EB, Goldberg JE, Haider AH. Rethinking Priorities: Cost of Complications After Elective Colectomy. Annals of Surgery. 2016 Aug;264(2):312-22.

20. Zogg CK, Payro Chew F, Scott JW, Wolf LL, **Tsai TC**, Najjar P, Olufajo OA, Schneider EB, Haut ER, Haider AH, Canner JK. Implications of the Patient Protection and Affordable Care Act on Insurance Coverage and Rehabilitation Use Among Young Adult Trauma Patients. JAMA Surgery. 2016 Dec 21;151(12):e163609.

21. Burke LG, **Tsai TC**, Zheng J, Orav EJ, Jha AK. The effect of Massachusetts health reform on access to care for Medicaid beneficiaries. Am J Manag Care. 2017 Jan 01;23(1):e24-e30.

22. Havens JM, Olufajo OA, **Tsai TC**, Jiang W, Columbus AB, Nitzschke SL, Cooper Z, Salim A. Hospital Factors Associated With Care Discontinuity Following Emergency General Surgery. JAMA Surgery. 2017 Mar 01;152(3):242-9.

23. Scott JW, Neiman PU, Najjar PA, **Tsai TC**, Scott KW, Shrime MG, Cutler DM, Salim A, Haider AH. Potential impact of Affordable Care Act-related insurance expansion on trauma care reimbursement. J Trauma Acute Care Surg. 2017 May;82(5):887-95.

24. Zogg CK, Scott JW, Metcalfe D, Seshadri AJ, **Tsai TC**, Davis WA, Rose JA, Jr., Olufajo OA, Zafar SN, Salim A, Haider AH. The Association Between Medicare Eligibility and Gains in Access to Rehabilitative Care: A National Regression Discontinuity Assessment of Patients Ages 64 Versus 65 Years. Annals of Surgery. 2017 Apr;265(4):734-42.

25. Scott JW, Raykar NP, Rose JA, **Tsai TC**, Zogg CK, Haider AH, Salim A, Meara JG, Shrime MG. Cured into Destitution: Catastrophic Health Expenditure Risk Among Uninsured Trauma Patients in the United States. Annals of Surgery. 2018 Jun;267(6):1093-1099

26. Scott JW, **Tsai TC**, Neiman PU, Jurkovich GJ, Utter GJ, Haider AH, Salim A, Havens JM. Lower emergency general surgery (EGS) mortality among hospitals with higher-quality trauma care. Journal of Trauma and Acute Care Surgery. 2018 Mar; 84 (3):443-440.

27. Tsugawa Y, Mehtsun W, **Tsai TC**, Orav EJ, Blumenthal D, Jena AB, Jha AK. Age and Sex of Surgeons and Mortality of Elderly Surgical Patients: An Observational Study. British Medical Journal. 2018 Apr 24; 361:k1343

28. Ijsseldjik MA, Shoni M, Siegert C, Seegers J, van Engelenburg AKC, **Tsai TC**, Lebenthal A, Ten Broek RPG. Oncologic Outcomes of Lobar Resection, Segmentectomy, and Wedge Resection for T1a Non-Small-Cell Lung Carcinoma: A Systematic Review and Meta-Analysis. Semin Thorac Cardiovasc Surg. 2020;32(3):582-590.

29. Jolissaint JS, Dieffenbach BV, **Tsai TC**, Pernar LI, Shoji BT, Ashley SW, Tavakkoli A. "Surgical site occurences, bot body mass index, increase the long-term risk of ventral hernia recurrence. Surgery. 2020 Apr;167(4):765-771.

A-19

30. Miao H, Liu Y, **Tsai TC**, Schwartz J, Ji JS. Association Between Blood Lead Level and Uncontrolled Hypertension in the US Population (NHANES 1999–2016). Journal of the American Heart Association. 2020;9. 23 Jun 2020. https://doi.org/10.1161/JAHA.119.015533

31. Molina G, Clancy TE, **Tsai TC**, Lam M, Wang J. Racial Disparity in Pancreatoduodenectomy for Borderline Resectable Pancreatic Adenocarcinoma. Ann Surg Oncol. 2021 Feb; 28(2):1088-1096.

32. **Tsai TC**, Jacobson BH, Benjamin EM, Figueroa JF. Comparison of General Surgical Practice Size and Setting in 2017 vs 2013 in the US. JAMA Netw Open. 2021 Apr 1;4(4):e216848

33. Brown CS, Montgomery JR, Neiman PU, Wakam GK, **Tsai TC**, Dimick JB, Scott JW. Assessment of Potentially Preventable Hospital Readmissions After Major Surgery and Association with Public vs Private Health Insurance and Comorbidities. JAMA Netw Open. 2021 Apr 1;4(4):e215503

34. Adler JT, **Tsai TC**, Jin G, Cron DC, Ross-Driscoll KH, Malek SK, Tullius SG, Weissman JS. Association of Balanced Abdominal Organ Transplant Center Volumes with Patient Outcomes. Clin Transplant. 2021 Apr;35(4):e14217

35. Wellenius GA, Vispute S, Espinosa V, Fabrikant A, **Tsai TC**, Hennessy J, Dai A, Williams B, Gadepalli K, Boulanger A, Pearce A, Kamath C, Schlosberg A, Bendebury C, Mandayam C, Stanton C, Bavadekar S, Pluntke C, Desfontaines D, Jacobson BH, Armstrong Z, Gipson B, Wilson R, Widdowson A, Chou K, Oplinger A, Shekel T, Jha AK, Gabrilovich E. Impacts of US State-Level Social Distancing Policies on Population Mobility and COVID-19 Case Growth During the First Wave of the Pandemic. Nature Communications. 2021 May 25;12(1):3118

36. Woskie LR,* Hennessy J,* Espinosa V,* **Tsai TC**,* Vispute S, Jacobson BH, Cattuto C, Gauvin L, Tizzoni M, Fabrikant A, Gadepalli K, Boulanger A, Pearce A, Kamath C, Schlosberg A, Stanton C, Bavadekar S, Abueg M, Hogue M, Oplinger A, Chou K, Corrado G, Shekel T, Jha AK, Wellenius GA, Gabrilovich E Early Social Distancing Policies in Europe, Changes in Mobility, and COVID-19 Case Trajectories: Insights from Spring 2020. PLoS One. 2021 Jun 30; 16(6)e0253071

37. Adler JT, Xiang L, Weissman JS, Rodrigue JR, Patzer RE, Waikar SS, **Tsai TC.** Association of Public Reporting of Medicare Dialysis Facility Quality Ratings With Access to Kidney Transplantation. JAMA Netw Open. 2021 Sep 1;4(9):e2126719.

38. **Tsai TC**, Bryan AF**, Rosenthal N, Zheng J, Orav EJ, Frakt AB, Figuera JF. Variation in Use of Surgical Care During the COVID-19 Pandemic by Surgical Urgency and Race and Ethnicity. JAMA Health Forum. 2021 Dec 23; 2(12):e214214.

39. Arik AO, …, **Tsai TC** (26th of 31 authors), Pfister T. A Prospective Evaluation of AI-Augmented Epidemiology to Forecast COVID-19 in the USA and Japan. NPJ Digital Medicine. 2021; 4(1), 1-18.

40. **Tsai TC**, Jacobson BH, Orav EJ, Jha AK. Association of community-level social vulnerability with US acute care hospital intensive care unit capacity during COVID-19. Healthc (Amst). 2022 Mar;10(1):100611.

41. Wang Y, **Tsai TC**, Duncan D, Ji J. Association of city-level walkability, accessibility to biking and public transportation and socio-economic features with COVID-19 infection in Massachusetts, USA: An ecological study. Geospat Health. 2022 Jan 14;17(s1). doi: 10.4081/gh.2022.1017

42. **Tsai TC**, Jacobson BH, Griggs D, Jha AK, Orav EJ, Epstein AM. Marketplace Health Insurance Ratings: Most Potential Enrollees Have Access To Plans Of Medium Or High Quality. Health Aff (Millwood). 2022 Mar;41(3):390-397.doi: 10.1377/hlthaff.2021.00922.

43. Cramer EY, … **Tsai T** (146th of 172 authors**)**, … Reich NG. Evaluation of Individual and Ensemble Probabilistic Forecasts of COVID-19 Mortality in the United States. Proceedings of the National Academy of Sciences. 2022 Apr 12, 119(15). E2113561119

44. Bruch JD**, Katz T, Rames T, Appelbaum E, Batt R, **Tsai TC**. Trends in Real Estate Investment Trust Ownership of US Health Care Properties. JAMA Health Forum. 2022 May 6. 3(5): e221012-2221012

45. **Tsai TC**, Orav EJ, Jha AK, Figueroa JF. National Estimates of Increase in US Mechanical Ventilator Supply During the COVID-19 Pandemic. JAMA Network Open. 2022 Aug 1. 5(8): e22224853.

46. Molina RL, **Tsai TC**, Dai D, Soto M, Rosenthal N, Orav EJ, Figueroa JF. Comparison of Pregnancy and Birth Outcomes Before vs During the COVID-19 Pandemic. JAMA Network Open. 2022 Aug 1. 5(8): e2226531

47. Bruch JD**, Nair-Desai S, Orav EJ, **Tsai TC**. Private Equity Acquisitions of Ambulatory Surgical Centers were not Associated with Quality Cost or Volume Changes. Health Affairs. 2022 Sept 1. 41(9): 1291-1298.

48. Figueroa JF, Duggan C, Toledo-Cornelll C, Zheng J, Orav EJ, **Tsai TC**. Assessment of Strategies Used in US Hospitals to Address Social Needs during the COVID-19 Pandemic. JAMA Health Forum. 2022 Oct 7. 3(10): e223764.

49. Chhabra KR**, Ghaferi AA, Yang J, Thumma JR, Dimick JB, **Tsai TC**. Relationship Between Health Care Spending and Clinical Outcomes in Bariatric Surgery. Ann Surg. 2022 Feb 1:275(2):356-362

50. **Tsai TC**, Bryan AF**, Zheng J, Haas S, Orav EJ, Benjamin E. Longitudinal Trends in 30-day Mortality between Multi-Site and Single-Site Surgeons. Ann Surg. 2023 Feb 1;277(2):228-232. doi: 10.1097/SLA.0000000000005210. Epub 2023 Jan 10

51. Kadakia KT**, Zheng J, Bruch JD**, **Tsai TC**. Comparison of the Financial and Operational Characteristics of For-Profit and Nonprofit Hospitals Receiving Federal Graduate Medical Education payments, 2011-2020. JAMA. 2023 Jan 10. 3219(2): 173-175.

52. Beckman AL, Frakt AB, Duggan C, Zheng J, Orav EJ, **Tsai TC**, Figueroa JF. Evaluation of Potentially Avoidable Acute Care Utilization Among Patients Insured by Medicare Advantage vs Traditional Medicare. JAMA Health Forum. 2023 Feb 3:4(2):e225530.

53. Figueroa JF, Dai D, Feyman Y, Garrido MM, **Tsai TC**, Orav EJ, Frakt AB. Use of High Risk Medications Among Older Adults Enrolled in Medicare Advantage Plans vs Traditional Medicare. JAMA Netw Open. 2023 Jun 1:6(6):e2320583.

54. Angelo J, Soto M, Dai D, Spector D, Orav EJ, Tavakkoli A, **Tsai TC**. Impact of the COVID-19 Pandemic on Inpatient and Outpatient Utilization of Bariatric Surgery. Surgical Endoscopy. 2023 Jun;37(6):4917-4925. doi: 10.1007/s00464-022-09655-3. Epub 2022 Sep 27.

55. Cron DC, **Tsai TC**, Patzer RE, Husain SA, Xiang L, Adler JT. The Association of Dialysis Facility Payer Mix with Access to Kidney Transplantation. JAMA Net Open. 2023 Jul 3:6(7):e2322803

A-21

56. Nair-Desai S*, Chambers LC*, Soto MJ, Behr C, Lovgren L, Zandstra T, Rivkees SA, Rosenthal N, Beaudoin FL, **Tsai TC**. Characteristics Associated With High Hospital Spending Over One Year Among Patients Hospitalized for COVID-19 in the United States: A Cohort Study. *BMJ Pub Health* 2023; In press

57. Burke LG, Burke RC, Orav EJ, Bryan AF, Friend TH, Richardson DA, Jha AK, **Tsai TC**. Trends in Performance of hospital outpatient procedures and associated 30-day costs among Medicare beneficiaries from 2011-2018. Healthc (Amst). 2023 Dec; 11(4):100718

58. Levine DM, Souza J, Schnipper JL, **Tsai TC**, Leff B, Landon BE. Acute Hospital Care at Home in the United States: The Early National Experience. Ann Intern Med. 2024 Jan;177(1):109-110.

59. Bharani T, Tavakkoli A, **Tsai T**, Spector D, Tatarian T, Robinson M, Sheu EG. National trends in utilization and safety of gastric bypass, sleeve gastrectomy, and conversion surgery in patients with GERD. Surg Endosc. 2024 Mar;38(3):1249-1256.

60. **Tsai TC**, Brownlee SA**, Dai D, Soto M, Rosenthal N, Orav EJ, Frakt AB, Figueroa JF. Disparities in Access to Outpatient Surgery Related to Removal of Procedures from Medicare's Inpatient Only List. Ann Surg. 2024 Apr 25. Online ahead of print.

61. Bharani T, Tavakkoli AT, **Tsai TC**, Robinson MK, Sheu EG. Safety of Same-Day Discharge after Bariatric Surgery: Retrospective 6-Year North American Analysis. J Am Coll Surg. 2024 Jun 1: 238(6):1023-1034.

62. Lin K, Mehrotra A, **Tsai TC**. Metabolic Bariatric Surgery in the Era of GLP-1 Receptor Agonists for Obesity Management. NAMA Net Open. 2024 Oct 1;7(10):e2441380.

63. Duggan C, Beckman AL, Ganguli I, Soto M, Orav EJ, **Tsai TC**, Frakt A, Figueroa JF. Evaluation of Low-Value Services Across Major Medicare Advantage Insurers and Traditional Medicare. JAMA Netw Open. 2024 Nov 4;7(11):e2442633.

64. Ma Y, Phelan J, Jeong KY**, Tsai TC**, Frakt AB, Pizer SFD, Garrido MM, Dorneo A, Figueroa JF. Medicare Advantage Plans with High Numbers of Veterans: Enrollment, Utilization, and Potential Wasteful Spending. Health Aff (Millwood). 2024 Nov;43(11):1508-1517.

65. **Tsai TC**, Duggan CE, Zheng J, Orav EJ, Epstein AM. Clinical outcomes and profitability following rural hospital mergers and acquisitions. J Rural Health. 2024 Nov 7. doi: 10.1111/jrh.12894.

**Other peer-reviewed publications**

1. **Tsai TC**, Jha AK. Hospital consolidation, competition, and quality: is bigger necessarily better? JAMA. 2014 Jul 2;312(1):29-30.

2. Chatterjee P, **Tsai TC**, Jha AK. Delivering value by focusing on patient experience. Am J Manag Care. 2015 Oct;21(10):735-7.

3. **Tsai TC**, Miller DC. Bundling Payments for Episodes of Surgical Care. JAMA Surgery. 2015 Sep;150(9):905-6.

4. **Tsai TC**, Miller JO, Whang B, Fisichella PM. "Surgical Evaluation of Lymph Nodes in Esophageal Adenocarcinoma." European Journal of Surgical Oncology. 2018 Apr 19. pii:S0748-7983

5.  Loehrer AP, **Tsai TC**. Perpetuation of Inequity: Disproportionate Penalties to Minority-serving and Safety-net Hospitals Under Another Medicare Value-based Payment Model, Annals of Surgery: June 2020 - Volume 271 - Issue 6 - p 994-995 doi: 10.1097/SLA.0000000000003911

6.  Massarweh NN, Itani KMF, **Tsai TC**. Maximizing the US Department of Veterans Affairs' Reserve Role in National Health Care Emergency Preparedness—The Fourth Mission. *JAMA Surg.* Published online August 18, 2020. doi:10.1001/jamasurg.2020.4153

7.  Jarman MP, Bergmark RW, Chhabra K, Scott JW, Shrime M, Cooper Z, **Tsai TC.** The Surgical Health Services Research Agenda for the COVID-19 Pandemic, Annals of Surgery: September 2020 - Volume 272 - Issue 3 - p e226-e229 doi: 10.1097/SLA.0000000000004126

8.  Bryan AF**, **Tsai TC**. Health Insurance Profitability during the COVID-19 Pandemic. Ann Surg. 2020 Dec 23; Publish Ahead of Print. PMID: 33378301.

9.  Neiman PU, **Tsai TC**, Bergmark RW, Ibrahim A, Nathan H, Scott JW. The Affordable Care Act at 10 Years: Evaluating the Evidence and Navigating an Uncertain Future. J Surg Res. 2021 Jul:263:102-109.

10. Bryan AF**, Levine DM, **Tsai TC**. Home Hospital for Surgery. JAMA Surg. 2021 Jul 1; 156(7):679-680.

11. Karhade AV, Chen AF, Makhni MC, Schwab JH, Simpson AK, **Tsai TC.** Home Hospital for Orthopaedic Surgery: Opportunities and Challenges of a New Delivery Model. J Bone Joint Surg Am. 2021 Nov 18. doi: 10.2106/JBJS.21.00786

12. **Tsai TC**, Arik S, Jacobson BH etal. Algorithmic Fairness in Pandemic Forecasting: Lessons from COVID-19. NPJ Digital Medicine. 2022 May 10. 5(1):1-6.

13. Bryan AF**, Nair-Desai S, **Tsai TC**. The Need for a Better Quality-Reporting System for Ambulatory and Outpatient Surgery—Surgical Quality Without Walls. JAMA Surgery. 2022 Sept 1. 157(9): 753-754.

14. Pathak K**, Marwaha JS**, **Tsai TC**. The Role of Digital Technology in Surgical Home Hospital Programs. NPJ Digit Med. 2023 Feb 7:6(1):22.

15. Gondi S**, Kadakia KT**, **Tsai TC**. Coverage Denials in Medicare Advantage—Balancing Access and Efficiency. JAMA Health Forum. 2024;5(3):e240028. doi:10.1001/jamahealthforum.2024.0028

**Non-peer reviewed scientific or medical publications/materials in print or other media**
**Reviews, chapters, monographs and editorials**

1.  **Tsai, T**, Africa's Contradiction:  Nigeria on the Path to Democracy. Harvard International Review. 24, no. 3 (Fall 2002): 32-35.

2.  Ho, B and **Tsai T**, "The Chairman and the Coronavirus: Globalization and China's Healthcare System." Harvard International Review.  25, no. 4 (Winter 2003/2004): 32-25.

3.  **Tsai T** and Hantash B.  "Cosmeceuticals: A Comprehensive Review of the Literature."  Clinical Medicine Dermatology 2008:1, 1-20.

4.  **Tsai T** and Ji J. "Neoliberalism and Its Discontents: The Impact of Health Reforms in Chile." Harvard International Review. 31(2) Summer 2009.

5.  Stevens AC, Hafiz S, Bohnen J, Rose J, Gutnik K, Henderson D, **Tsai TC** Fesperman R. "Transforming the Culture of Surgical Safety." London Student Journal of Medicine. 2009 Nov 30; 1(1): 129-130.

6.  **Tsai TC**. Public health and peace building in Nepal. Lancet. 2009 Aug 15;374(9689):515-6.

7.  **Tsai TC**. Food crisis no longer taboo in Niger. Lancet. 2010 Apr 3;375(9721):1151-2.

8.  **Tsai TC**. Second chance for health reform in Colombia. Lancet. 2010 Jan 9;375(9709):109-10.

9.  **Tsai TC**, Bohnen JD, Hafiz S. Instruction in quality improvement and patient safety must be a priority in medical students' education. Academic Medicine : journal of the Association of American Medical Colleges. 2010 May;85(5):743-4.

10. **Tsai TC**. "First, Do Less Harm." The New Physician. March-April 2013, 62(2).

11. **Tsai TC**, Smink DS. Responding to the Boston Marathon bombing: the unheralded role of graduate medical education. Journal of Surgical Education. 2013 Sep-Oct;70(5):555-6.

12. "How Many Individuals Might Have Marketplace Coverage After the 2015 Open Enrollment Period?" US Department of Health and Human Services (ASPE). http://aspe.hhs.gov/pdf-report/how-many-individuals-might-have-marketplace-coverage-after-2015-open-enrollment-period

13. Health Insurance Marketplace 2015 Open Enrollment Period: January Enrollment Report. US Department of Health and Human Services (ASPE). http://aspe.hhs.gov/report/health-insurance-marketplace-2015-open-enrollment-period-january-enrollment-report

14. Misra A and **Tsai TC**. "Health Insurance Marketplace 2015: Average Premiums After Advance Premium Tax Credits Through January 30, 2015 in the 37 States Using the Healthcare.gov Platform. US Department of Health and Human Services (ASPE). http://aspe.hhs.gov/report/health-insurance-marketplace-2015-average-premiums-after-advance-premium-tax-credits-through-january-30-37-states-using-healthcaregov-platform

15. **Tsai TC** and Shikora S. Chapter: Rare Complications after Gastric Bypass, in Bariatric Endoscopy. 2nd Edition. New York. Springer-Verlag; 2018.

16. **Tsai TC** and Brooks D. Chapter: Evaluation of Peptic Ulcer Disease, in The SAGES Manual of Foregut Surgery. Springer Cham, 2019.

17. **Tsai TC**, Jacobson BH, Jha AK. "American Hospital Capacity and Projected Need for COVID-19 Patient Care." Health Affairs Blog. 2020 Mar 18. https://www.healthaffairs.org/do/10.1377/hblog20200317.457910/full/

18. Bohmer RM, Pisano GP, Sadun R, **Tsai TC**. "How Hospitals Can Manage Supply Shortages as Demand Surges." Harvard Business Review. 2020 Apr 03. https://hbr.org/2020/04/how-hospitals-can-manage-supply-shortages-as-demand-surges

19. Jha AK*, Friedhoff S*, **Tsai TC*** (co-1st author of 25), ..., Allen D."Key Metrics for COVID Suppression." 2020 July 1. https://globalepidemics.org/wp-content/uploads/2020/06/key_metrics_and_indicators_v4.pdf

A-24

20. Jha AK, **Tsai TC**, Jacobson BH. "Why we need at least 500,000 tests per day to open the economy-and stay open." 2020 Apr 18. https://globalepidemics.org/2020/04/18/why-we-need-500000-tests-per-day-to-open-the-economy-and-stay-open/

21. Jha AK, Jacobson BH, Friedhoff S, **Tsai TC**. "HGHI and NPR publish new state testing targets." 2020 May 7. https://globalepidemics.org/2020/05/07/hghi-projected-tests-needed-may15/

22. Siddarth D, Katz R, Fraeden E, Allen D, **Tsai TC**. "Evidence Roundup: Why positive test rates need to fall below 3%." 2020 May 29. https://globalepidemics.org/2020/05/29/evidence-roundup-why-positive-test-rates-need-to-fall-below-3/

23. Key Metrics for COVID Suppression: A Framework for Policymakers and the Public. July 1, 2020. Harvard Global Health Institute. https://globalepidemics.org/wp-content/uploads/2020/09/key_metrics_and_indicators_v5-1.pdf

24. Allen D, Allen J, Jenkins H, Levinson M, Jha AK, Friedhoff S, Oster E, Murphy M, Silva E, Fay J, Linville-Engler B, Hsieh N, Warikoo N, Rogers T, **Tsai TC**. Schools and the Path to Zero: Strategies for Pandemic Resilience in the Face of High Community Spread. Edmond J. Safra Center for Ethics. https://globalepidemics.org/wp-content/uploads/2021/01/SchoolsandthePathtoZero_wFAQ.pdf

25. Allen D, … **Tsai TC** (23rd author of 26th, alphabetical), Wilson L. Roadmap to Health Schools: Building Organization Capacity for Infection Prevention and Control. COVID Collaborative. 2021 April. https://www.covidcollaborative.us/assets/uploads/pdf/FINALROADMAP_4.27.pdf

26. **Tsai TC**, Morse CR, Rattner DW. Surgical Treatment of Esophageal Perforation. In: Zundel, N., Melvin, W.S., Patti, M.G., Camacho, D. (eds) Benign Esophageal Disease. Springer, Cham. 2021. https://doi.org/10.1007/978-3-030-51489-1_22

27. **Tsai TC**, Doherty GM. Site of Care Optimization through Home Hospital for Surgical Patients: The Next Frontier for Health Care Value and Population Health Management." Ann Surg. 2021 Aug 13. doi: 10.1097/SLA.0000000000005172.

28. Chhabra KR**, **Tsai TC**. Financial Toxicity in Surgery: The Phenomenon of Underinsurance. Annals of Surgery. 2022 July 1. 276(1):e59-e60.

29. Ramesh T**, **Tsai TC**. Hospital Closures in Rural Communities of Color: A Double Dose of Inequality. Journal of Rural Health. 2022 Aug 5. 39(1):88-90.

30. Brownlee SA**, **Tsai TC**. Maryland's Global Budget Revenue Model: Looking to the Future Beyond Inpatient Surgical Care. Ann Sur. 2023 Apr 1:277(4):549-550.

31. Yang AZ, Hyland CJ, **Tsai TC**, Broyles JM. Healthcare Value in Plastic Surgery Practice. Plast Reconstr Surg. 2023 May 15.

32. Marwaha J**, Pathak K, Robinson MR, **Tsai TC**. Chapter: Home Monitoring for Surgical Home Hospital, in Healthcare Delivery in Surgery: Scientific Principles and Practice, edited by Dimick, Justin B. et al, Lippincott Williams & Wilkins, 2023.

33. Brownlee SA**, Lam MB, **Tsai TC**. Do You Get What You Pay For? Lifting the Veil on Variations in Hospital Prices for Inpatient Surgical Cancer Care. Ann Surg. 2023 Dec 25.

34. Shin TH, Ashley SW, **Tsai TC**. Defining the Role of Machine Learning in Optimizing Surgical Outcomes. JAMA Surg. 2024 Oct 9;. doi: 10.1001/jamasurg.2024.4297.

## Case reports

1. **Tsai TC**, Barot N, Dalman R, Mihm F. Combined endovascular and open operative approach for mycotic carotid aneurysm. Journal of vascular surgery. 2010 Jun;51(6):1514-6.

## Letters to the Editor

1. Goldstein M and **Tsai TC**.  Patient Safety Education Should Start in the Preclinical Years. Academic Medicine. 2011 Jan; 86(1):4,

## Professional educational materials or reports, in print or other media:
1. Improving Global Health: Focusing on Quality and Safety
   - Syllabus for EdX PH555X
   - Contributed to development of syllabus and development of course videos for the launch of EdX course with national and international audience

## Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings (Selected):
1. **Tsai TC**, Jacobson B, Benjamin E, Figueroa J. Trends in Consolidation and Place of Service of US Surgical Practices. AcademyHealth Annual Research Meeting Surgical and Perioperative Care Interest Group. (virtual conference due to COVID-19). October 26, 2020.

2. **Tsai TC**, Orav EJ, Epstein AM. Clinical Outcomes and Financial Performance Following Rural Hospital Mergers. AcademyHealth Annual Research Meeting. June 5, 2022.

3. Sadun R, Katsnelson L, Zawacki A, Sathya S, Watkins E, **Tsai TC**. Variation in Management Practices and Quality of Care in US Acute Care Hospitals. AcademyHealth Annual Research Meeting. July 1, 2024.

**APPENDIX B**
**MATERIALS CONSIDERED**

### Court Documents and Case Materials

Stadium Capital LLC, on behalf of itself and all others similarly situated v. Co-Diagnostics, Inc., Dwight H. Egan, and Brian L. Brown, Consolidated Amended Class Action Complaint for Violations of Federal Securities Law, Case No. 22-cv-6978 (AS), September 21, 2023.

Stadium Capital LLC v. Co-Diagnostics, Inc., *et al.*, Memorandum Opinion and Order, Case No. 22-cv-6978 (AS), February 5, 2024.

Memorandum Endorsement re: Letter from Douglas W. Greene, *et al.*, to honorable Arun Subramanian, Stadium Capital LLC v. Co-Diagnostics, Inc., et al., Case No. 1:22-cv-06978-AS, April 19, 2024.

Defendants Co-Diagnostics, Inc., Dwight H. Egan, and Brian L. Brown's Answers and Objections to Lead Plaintiff's First Set of Interrogatories, May 15, 2024.

Deposition of Brian Brown, November 5, 2024 (rough transcript), and exhibits thereto.

Deposition of Dwight Egan, November 14, 2024 (rough transcript), and exhibits thereto.

### Federal Regulations:

American Rescue Plan Act of 2021, Public Law 117-2, March 11, 2021, available at https://www.congress.gov/117/plaws/publ2/PLAW-117publ2.pdf.

### SEC Filings

Co-Diagnostics, Inc., Form 10-K for fiscal year 2018, available at sec.gov/Archives/edgar/data/1692415/000149315219004300/form10-k.htm.

Co-Diagnostics, Inc., Form 10-K for fiscal year 2019, available at https://www.sec.gov/Archives/edgar/data/1692415/000149315220005305/form10-k.htm.

Co-Diagnostics, Inc., Form 10-K for fiscal year 2020, available at sec.gov/Archives/edgar/data/1692415/000149315221006810/form10k.htm.

Co-Diagnostics, Inc., Form 10-K for fiscal year 2021, available at https://www.sec.gov/Archives/edgar/data/1692415/000149315222007662/form10-k.htm.

Co-Diagnostics, Inc., Form 8-K and attached press release, May 12, 2022, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001692415/000149315222013017/form8-k.htm.

B - 1

## Publicly Available Data

"Account Breakdown by Program Activity & Object Class," USA Spending, 2020-2024, available at https://www.usaspending.gov/download_center/custom_account_data.

"All State Comparison of Testing Efforts," Johns Hopkins Coronavirus Resource Center, September 14, 2022, available at https://coronavirus.jhu.edu/testing/states-comparison/testing-state-totals-bypop.

"COVID-19" GitHub Repository, Johns Hopkins University Centers for Civic Impact, available at https://github.com/govex/COVID-19/tree/master/data_tables.

Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Cases," Our World in Data, 2024, available at https://ourworldindata.org/covid-cases.

Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Deaths," Our World in Data, 2024, available at https://ourworldindata.org/covid-deaths.

Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Hospitalizations," Our World in Data, 2024, available at https://ourworldindata.org/covid-hospitalizations.

Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Testing," Our World in Data, 2024, available at https://ourworldindata.org/coronavirus-testing.

Mathieu, Edouard, *et al*., "Coronavirus (COVID-19) Vaccinations," Our World in Data, 2024, available at https://ourworldindata.org/covid-vaccinations.

## Academic Publications and Print Sources

Arık, Sercan Ö., *et al*., "A Prospective Evaluation of AI-Augmented Epidemiology to Forecast COVID-19 in the USA and Japan," *NPJ Digital Medicine*, Vol. 4, October 8, 2021.

Bostanghadiri, Narjess, *et al*., "COVID-19: An Overview of SARS-CoV-2 Variants – The Current Vaccines and Drug Development," *Biomed Research International*, August 29, 2023.

Cao, Yunglong, *et al*., "BA.2.12.1, BA.4 and BA.5 Escape Antibodies Elicited by Omicron Infection," *Nature*, Vol. 608, June 17, 2022, pp. 593-602.

Chen, Rita E., *et al*., "Resistance of SARS-CoV-2 Variants to Neutralization by Monoclonal and Serum-derived Polyclonal Antibodies," *Nature Medicine*, Vol. 27, March 4, 2021, pp 717-726.

Cramer, Estee Y., *et al*., "Evaluation of Individual and Ensemble Probabilistic Forecasts of COVID-19 Mortality in the United States," *Proceedings of the National Academy of Sciences*, Vol. 119, No. 15, April 8, 2022.

Embrett, Mark, *et al*., "Barriers to and Strategies to Address COVID-19 Testing Hesitancy: A Rapid Scoping Review," *BMC Public Health*, Vol. 22, No. 750, April 14, 2022.

Fan, Yao, *et al*., "SARS-CoV-2 Omicron Variant: Recent Progress and Future Perspectives," *Signal Transduction and Targeted Therapy*, Vol. 7, No. 141, April 28, 2022.

Figueroa, Jose F., *et al*., "Assessment of Strategies Used in US Hospitals to Address Social Needs During the COVID-19 Pandemic," *JAMA Health Forum*, Vol. 3, No. 10, October 21, 2022.

Fragala, Maren S., *et al*., "Return to Work: Managing Employee Population Health During the COVID-19 Pandemic," *Population Health Management*, Vol. 24, No. S1, February 5, 2021.

Garfin, Dana Rose, *et al*., "Risk Perceptions and Health Behaviors as COVID-19 Emerged in the United States: Results from a Probability-based Nationally Representative Sample," *Journal of Experimental Psychology: Applied*, Vol. 27, No. 4, December, 2021, pp. 584-598.

Haffajee, Rebecca L., and Michelle M. Mello. "Thinking Globally, Acting Locally — The U.S. Response to Covid-19," *New England Journal of Medicine*, Vol. 382, No. 22, April 2, 2020.

Hasell, Joe, *et al*., "A Cross-Country Database of COVID-19 Testing," *Scientific Data*, Vol. 7, No. 345, October 8, 2020.

Kastalskiy, Innokentiy A., *et al*., "Social Stress Drives the Multi-Wave Dynamics of COVID-19 Outbreaks," *Scientific Reports*, Vol. 11, No. 22497, November 18, 2021.

Kim, Younjung, *et al*., "Drivers of SARS-CoV-2 Testing Behaviour: A Modelling Study Using Nationwide Testing Data in England," *Nature Communications*, Vol. 14, No. 2148, April 14, 2023.

Lazarus, Jeffrey V., *et al*., "A Survey of COVID-19 Vaccine Acceptance across 23 Countries in 2022," *Nature Medicine*, Vol. 29, January 9, 2023, pp. 366-375.

Li, Siyue, *et al*., "Internet Use, Risk Awareness, and Demographic Characteristics Associated with Engagement in Preventive Behaviors and Testing: Cross-Sectional Survey on COVID-19 in the United States," *Journal of Medical Internet Research*, Vol. 22, No. 6, June 2020.

Liu, Jessica K., *et al*., "Routine Pre-Operative Covid Testing in Elective Surgeries: Is it Worth it?" *The American Journal of Surgery*, Vol. 224, No. 6, December, 2022, pp. 1380-1384.

Markov, Peter V., *et al*., "Antigenic Evolution Will Lead to New SARS-CoV-2 Variants with Unpredictable Severity," *Nature Reviews Microbiology*, Vol. 20, March 14, 2022, pp. 251-252.

Mercer, Tim R., and Marc Salit, "Testing at Scale During the COVID-19 Pandemic," *Nature Reviews*, Vol. 22, May 4, 2021, pp. 415-426.

B - 3

Mykytyn, Anna Z., *et al.*, "Antigenic Mapping of Emerging SARS-CoV-2 Omicron Variants BM. 1.1. 1, BQ. 1.1, and XBB. 1," *The Lancet Microbe*, Vol. 4, February 7, 2023, pp. e294-e295.

Nguyen, Kimberly H., *et al.*, "Changes in General and COVID-19 Vaccine Hesitancy Among U.S. Adults from 2021 to 2022," *Annals of Medicine*, Vol. 56 No. 1, May 30, 2024.

Sepucha, Karen, *et al.*, "Perceptions of COVID-19 Risk: How Did People Adapt to the Novel Risk?" *Medical Decision Making*, Vol. 44, No. 2, January 2024, pp. 163-174.

Talbot, Thomas R., *et al.*, "Asymptomatic Screening for Severe Acute Respiratory Coronavirus Virus 2 (SARS-CoV-2) as an Infection Prevention Measure in Healthcare Facilities: Challenges and Considerations," *Infection Control & Hospital Epidemiology*, Vol. 44, No. 1, December 21, 2022, pp. 2-7.

Tsai, Thomas C., *et al.*, "Algorithmic Fairness in Pandemic Forecasting: Lessons from COVID-19," *NPJ Digital Medicine*, Vol. 5, No. 59, May 10, 2022.

Tsai, Thomas C., *et al.*, "Association of Community-Level Social Vulnerability with US Acute Care Hospital Intensive Care Unit Capacity During COVID-19," *Healthcare: The Journal of Delivery Science and Innovation*, Vol. 10, No. 1, March 1, 2022.

Tsai, Thomas C., *et al.*, "National Estimates of Increase in US Mechanical Ventilator Supply During the COVID-19 Pandemic," *JAMA Network Open*, Vol. 5, No. 8, August 2, 2022.

Tsai, Thomas C., *et al.*, "Variation in Use of Surgical Care During the COVID-19 Pandemic by Surgical Urgency and Race and Ethnicity," *JAMA Health Forum*, Vol. 2, No. 12, December 23, 2021.

Twohig, Katherine A., *et al.*, "Hospital Admission and Emergency Care Attendance Risk for SARS-CoV-2 Delta (B.1.617.2) Compared With Alpha (B.1.1.7) Variants of Concern: A Cohort Study," *The Lancet Infectious Diseases*, Vol. 22, No. 1, August 27, 2021, pp. 35-42.

Vandrevala, Tushna, *et al.*, "Willingness of the UK Public to Volunteer for Testing in Relation to the COVID-19 Pandemic," *BMC Public Health*, Vol. 22, No. 565, March 22, 2022.

Wang, Pengfei, *et al.*, "Increased Resistance of SARS-CoV-2 Variant P. 1 to Antibody Neutralization," *Cell Host & Microbe*, Vol. 29, No. 5, May 12, 2021, pp. 747-751.

Wellenius, Gregory A., *et al.*, "Impacts of Social Distancing Policies on Mobility and COVID-19 Case Growth in the US," *Nature Communications*, Vol. 12, No. 3118, May 25, 2021.

Wilks, Samuel H., *et al.*, "Mapping SARS-CoV-2 Antigenic Relationships and Serological Responses," *Science*, Vol. 382, No. 6666, October 6, 2023.

Woskie, Liana R., *et al.*, "Early Social Distancing Policies in Europe, Changes in Mobility & COVID-19 Case Trajectories: Insights from Spring 2020," *PLOS ONE*, Vol. 16, No. 6, June 30, 2021.

Zhao, Shi, *et al*., "Quantifying the Transmission Advantage Associated with N501Y Substitution of SARS-CoV-2 in the UK: an Early Data-Driven Analysis," *Journal of Travel Medicine*, Vol. 28, No. 2, January 28, 2021.

**Publicly Available Documents**

"About the ICATT Program," Centers for Disease Control and Prevention, September 20, 2024, available at https://www.cdc.gov/icatt/AboutICATT.html.

Administration for Strategic Preparedness and Response, "Test to Treat," Department of Health and Human Services, available at https://aspr.hhs.gov/TestToTreat/Pages/default.aspx.

"A Closer Look at COVID-19 Diagnostic Testing," U.S. Food & Drug Administration, March 18, 2021, available at https://www.fda.gov/health-professionals/closer-look-covid-19-diagnostic-testing.

Allday, Erin, "COVID Cases in California Are Leveling Off, but Here's How BA.2 Variant Might Change That," *San Francisco Chronicle*, March 29, 2022, updated May 16, 2022, available at https://www.sfchronicle.com/health/article/One-of-the-calmest-moments-so-far-but-Bay-17037530.php.

"As COVID-19 Cases Surge Again, Public Health Leaders See a Turning Point," *NPR*, May 6, 2022, available at https://www.npr.org/2022/05/04/1096757468/as-covid-19-cases-surge-again-public-health-leaders-see-a-turning-point.

"ASA and APSF Statement on Perioperative Testing for the COVID-19 Virus," American Society of Anesthesiologists, June 15, 2022, available at https://www.asahq.org/about-asa/newsroom/news-releases/2022/06/asa-apsf-statement-on-perioperative-testing-for-covid.

"ASA and APSF Updated Statement on Perioperative Testing for SARSCoV-2 in the Asymptomatic Patient," Anesthesia Patient Safety Foundation, December 21, 2022, available at https://www.apsf.org/wp-content/uploads/news-updates/2022/asa-apsf-updated-periop-testing-statement-2022-12-21.pdf.

Avril, Tom, and Jason Laughlin, "Philly's Return of Masks Gets Both Eyerolls and Support from Residents. Can Health Officials Bridge This Divide?" *The Philadelphia Inquirer*, April 12, 2022, available at https://www.inquirer.com/health/coronavirus/philadelphia-mask-mandate-reaction-20220412.html.

"Baker Lifting Outdoor Mask Mandate in Mass., Says When Business Restrictions May End," *NBC Boston*, April 27, 2021, available at https://www.nbcboston.com/news/local/baker-to-give-covid-reopening-update-amid-anticipated-changes-to-mask-guidance/2365234/?os=io..&ref=app#:~:text=Massachusetts%20Gov.%20Charlie%20Baker%20announced%20Tuesday%20his%20administration,the%20person%20can%20maintain%20social%20distancing%2C%20Baker%20announced.

Barry, Ellen, "Concerns Rise as a U.S. Reimbursement Fund for Uninsured COVID Patients Stops Taking Claims," *The New York Times*, March 27, 2022, available at https://www.nytimes.com/2022/03/28/health/concerns-rise-as-a-us-reimbursement-fund-for-testing-and-treating-the-uninsured-for-the-virus-stops-taking-claims.html.

Bendix, Aria, and Denise Chow, "Incomplete Data Likely Masks a Rise in U.S. Covid Cases as Focus on Infection Counts Fades," *NBC News*, April 10, 2022, available at https://www.nbcnews.com/health/health-news/incomplete-data-likely-masks-rise-us-covid-cases-rcna23652.

"Biden Administration Strengthens Requirements that Plans and Issuers Cover COVID-19 Diagnostic Testing Without Cost Sharing and Ensures Providers are Reimbursed for Administering COVID-19 Vaccines to Uninsured," Centers for Medicare and Medicaid Services, February 26, 2021, available at https://www.cms.gov/newsroom/press-releases/biden-administration-strengthens-requirements-plans-and-issuers-cover-covid-19-diagnostic-testing.

Bohmer, Richard M.J., et al., "How Hospitals Can Manage Supply Shortages as Demand Surges," *American Association for Physician Leadership*, May 3, 2021, available at https://www.physicianleaders.org/articles/how-hospitals-can-manage-supply-shortages-as-demand-surges.

Bush, Evan, "Covid Is Here for Good, Scientists Say. The Rest Remains Unpredictable.," *NBC News*, December 23, 2021, available at https://www.nbcnews.com/science/science-news/is-covid-here-to-stay-endemic-rcna9559.

Calvan, Bobby Caina, and Steve LeBlanc, "Even as COVID Cases Rise, Mask Mandates Stay Shelved," *The Associated Press*, May 3, 2022, available at https://apnews.com/article/covid-health-business-centers-for-disease-control-and-prevention-pandemics-2675d28cdc8ac57179da50ec6a4b3b9f.

"CDC Museum COVID-19 Timeline," Centers for Disease Control and Prevention, March 15, 2023, available at https://www.cdc.gov/museum/timeline/covid19.html.

Christensen, Jen, "Here's What Could Lie Ahead for the US in the Third Year of the Pandemic," *CNN*, March 14, 2022, available at https://www.cnn.com/2022/03/13/health/pandemic-year-three-predictions/index.html.

Christensen, Jen, *et al.*, "Rise in At-Home Testing Means We Could Be Undercounting Covid-19 Cases Even More Than Before," *CNN*, April 18, 2022, available at https://www.cnn.com/2022/04/18/health/covid-at-home-testing-data/index.html.

"Claims Reimbursement to Health Care Providers and Facilities for Testing, Treatment, and Vaccine Administration of the Uninsured," Centers for Disease Control and Prevention, March 3, 2022, available at https://data.cdc.gov/Administrative/Claims-Reimbursement-to-Health-Care-Providers-and-/rksx-33p3/about_data.

"COVID-19 Relief: Funding and Spending as of Jan. 31, 2023," Government Accountability Office, February, 2023, available at https://www.gao.gov/assets/gao-23-106647.pdf.

"COVID-19 Testing: What You Need to Know," Centers for Disease Control and Prevention, May 11, 2023, available at https://archive.cdc.gov/www_cdc_gov/coronavirus/2019-ncov/symptoms-testing/testing.html.

"COVID-19 Weekly Epidemiological Update," World Health Organization, Ed. 93, May 25, 2022, available at https://www.who.int/docs/default-source/coronaviruse/situation-reports/20220525_weekly_epi_update_93.pdf.

"Co-Diagnostics, Inc. NasdaqCM:CODX FQ1 2022 Earnings Call Transcripts," S&P Global, May 12, 2022.

"Co-Diagnostics, Inc. NasdaqCM:CODX FQ2 2022 Earnings Call Transcripts," S&P Global, August 11, 2022.

Czeisler, Mark E., *et al*., "Perception of Local COVID-19 Transmission and Use of Preventive Behaviors Among Adults with Recent SARS-CoV-2 Infection — Illinois and Michigan, June 1–July 31, 2022," *Morbidity and Mortality Weekly Report*, Vol. 71, November 18, 2022, pp. 1471-1478, available at https://www.cdc.gov/mmwr/volumes/71/wr/mm7146a2.htm.

Deerwester, Jayme, "COVID-19 Travel Restrictions by State: See Testing, Quarantine Requirements," *USA Today*, January 11, 2021, updated February 25, 2021, available at https://www.usatoday.com/story/travel/news/2021/01/11/covid-travel-restrictions-which-states-require-covid-test-quarantine/6566179002/.

de León, Concepción, "What to Know About Testing and Vaccine Requirements for Travel," *The New York Times*, June 18, 2021, available at https://www.nytimes.com/article/travel-testing-vaccine-requirements.html.

"Diagnostics Industry Mobilization," *AdvaMed,* May 2022, available at https://www.advamed.org/wp-content/uploads/2022/06/AdvaMedDx-COVID-Testing-Supply-Retrospective-Report.pdf.

DiGiammerino, Thea, "Mass. Department of Public Health Updates Face Mask Guidance," *NBC Boston*, February 15, 2022, available at https://www.nbcboston.com/news/local/mass-department-of-public-health-updates-face-mask-guidance/2645472/#:~:text=In%20a%20notice%20Tuesday%2C%20DPH%20said%20it%20is,increased%20risk%20for%20severe%20disease%2C%20or%20is%20unvaccinated.

"Fact Sheet: The Biden Administration to Begin Distributing At-Home, Rapid COVID-19 Tests to Americans for Free," The White House, January 14, 2022, available at https://www.whitehouse.gov/briefing-room/statements-releases/2022/01/14/fact-sheet-the-biden-administration-to-begin-distributing-at-home-rapid-covid-19-tests-to-americans-for-free/.

Farmer, Blake, "Insurers May Only Pay for Coronavirus Tests When They're 'Medically Necessary'," *NPR*, June 19, 2020, available at https://www.npr.org/sections/health-shots/2020/06/19/880543755/insurers-may-only-pay-for-coronavirus-tests-when-theyre-medically-necessary.

Finucane, Martin, "UMass Model Was Most Accurate at Predicting COVID-19 Deaths, Study Finds," *Boston Globe*, April 12, 2022, available at https://www.bostonglobe.com/2022/04/12/nation/umass-model-was-most-accurate-predicting-covid-19-deaths-study-finds/.

Fulgent Genetics, Inc. 2022 Q1 Earnings Call, May 3, 2022.

Global Epidemics, available at https://globalepidemics.org/testing-targets/.

"Governor Murphy Announces Vaccine Requirement for Workers in Health Care Facilities and High-Risk Congregate Settings," Office of the Governor of New Jersey, August 2, 2021, available at https://www.nj.gov/governor/news/news/562021/20210802a.shtml.

"Infection Control Guidance: SARS-CoV-2," Centers for Disease Control and Prevention, June 24, 2024, available at https://www.cdc.gov/covid/hcp/infection-control/index.html.

Kates, Jennifer, *et al.*, "Commercialization of COVID-19 Vaccines, Treatments, and Tests: Implications for Access and Coverage," *KFF*, February 6, 2024, available at https://www.kff.org/coronavirus-covid-19/issue-brief/commercialization-of-covid-19-vaccines-treatments-and-tests-implications-for-access-and-coverage/.

Kurani, Nisha, *et al.*, "COVID-19 Test Prices and Payment Policy," Peterson-KFF Health System Tracker, April 28, 2021, available at https://www.healthsystemtracker.org/brief/covid-19-test-prices-and-payment-policy/.

LeBlanc, Paul, "Here's What the White House's Grim Coronavirus Warning Mean for You," CNN, May 9, 2022, available at https://www.cnn.com/2022/05/09/politics/white-house-100-million-covid-infections-projection-what-matters/index.html.

Lee, MJ, and Deidre McPhillips, "New White House Covid Projection Puzzles Experts and Catches Some Biden Officials Off Guard," *CNN*, May 13, 2022, available at https://www.cnn.com/2022/05/12/politics/biden-administration-covid-warnings/index.html.

"Louisiana One of 16 States in New Lawsuit Against Federal Vaccine Mandate," *New Orleans City Business*, February 5, 2022, available at https://neworleanscitybusiness.com/blog/2022/02/05/louisiana-one-of-16-states-in-new-lawsuit-against-federal-vaccine-mandate/.

Maragakis, Lisa, "Coronavirus Second Wave, Third Wave and Beyond: What Causes a COVID Surge," Johns Hopkins Medicine, October 21, 2021, available at https://www.hopkinsmedicine.org/health/conditions-and-diseases/coronavirus/first-and-second-waves-of-coronavirus.

Masters, Kate, "Virginia's COVID-19 Case Rates Are Plummeting. But Experts Still Can't Predict What's Next," *Virgina Mercury*, February 15, 2022, available at https://virginiamercury.com/2022/02/15/virginias-covid-case-rates-are-plummeting-but-experts-still-cant-predict-whats-next/.

Miller, Mark F., *et al*., "Community-Based Testing Sites for SARS-CoV-2 — United States, March 2020–November 2021," *Morbidity and Mortality Weekly Report*, Vol. 70, No. 49, December 10, 2021, pp. 1706-1711, available at https://www.cdc.gov/mmwr/volumes/70/wr/mm7049a3.htm.

Money, Luke and Rong-Gong Lin II, "How Much Longer Can California Buck Spring COVID-19 Surge? There Are Concerns," *Los Angeles Times*, April 6, 2021, available at https://www.latimes.com/california/story/2021-04-06/covid-19-spring-surge-california.

National Center for Immunization and Respiratory Disease, "COVID-19 Can Surge Throughout the Year," U.S. Centers for Disease Control and Prevention, July 3, 2024, available at https://www.cdc.gov/ncird/whats-new/covid-19-can-surge-throughout-the-year.html.

"National COVID-19 Preparedness Plan," Office of the President of the United States, March 2, 2022, available at https://www.whitehouse.gov/wp-content/uploads/2022/03/NAT-COVID-19-PREPAREDNESS-PLAN.pdf.

"NIH Establishes Website for Self-Reporting COVID-19 Test Results," National Institutes of Health, November 22, 2022, available at https://www.nih.gov/news-events/news-releases/nih-establishes-website-self-reporting-covid-19-test-results.

O'Connell, Dawn, Testimony of Dawn O'Connell Before the Senate Committee on Health, Education, Labor, and Pensions on "Addressing New Variants: A Federal Perspective on the COVID-19 Response," January 11, 2022, available at https://www.help.senate.gov/imo/media/doc/O'Connell3.pdf.

Olson, Jeremy, "Mayo Warns Omicron Peak Means Minnesota only Halfway through Surge," *Minnesota Star Tribune*, January 26, 2022, available at https://www.startribune.com/mayo-warns-omicron-peak-means-minnesota-is-only-halfway-through-surge/600139827.

"Operation Expanded Testing," Centers for Disease Control and Prevention, July 27, 2022, available at https://stacks.cdc.gov/view/cdc/119671.

OPKO Health, Inc., 2022Q1 Earnings Call, May 9, 2022.

"Order of the State Public Health Officer Vaccine Verification for Workers in Schools," California Department of Public Health, September 13, 2022, available at https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/Order-of-the-State-Public-Health-Officer-Vaccine-Verification-for-Workers-in-Schools.aspx.

B - 9

"Overview of Testing for SARS-CoV-2," Centers for Disease Control and Prevention, August 29, 2024, available at https://www.cdc.gov/covid/hcp/clinical-care/overview-testing-sars-cov-2.html.

"Overview of Variants in Countries," CoVariants, October 8, 2024, available at https://covariants.org/per-country.

"Overview of Variants/Mutations," CoVariants, October 8, 2024, available at https://covariants.org/variants.

Parker-Pope, Tara, and Knvul Sheikh, "A New Wave of Covid-19 Is Coming. Here's How to Prepare.," *The New York Times*, March 30, 2022, updated May 4, 2022, available at https://www.nytimes.com/2022/03/30/well/live/ba2-omicron-covid.html.

"President Biden Announces New Actions to Protect Americans Against the Delta and Omicron Variants as We Battle COVID-19 this Winter," The White House, December 2, 2021, available at https://www.whitehouse.gov/briefing-room/statements-releases/2021/12/02/fact-sheet-president-biden-announces-new-actions-to-protect-americans-against-the-delta-and-omicron-variants-as-we-battle-covid-19-this-winter/.

"Public Health Supply Chain and Industrial Base One-Year Report," Department of Health and Human Services, February 2022, available at https://aspr.hhs.gov/MCM/IBx/2022Report/Documents/Public-Health-Supply-Chain-and-Industrial-Base%20One-Year-Report-Feb2022.pdf.

Roberts, Siobhan, "All Together Now: The Most Trustworthy Covid-19 Model is an Ensemble," *MIT Technology Review*, May 28, 2021, available at https://www.technologyreview.com/2021/05/28/1025478/covid-ensemble-model-forecast-trustworthy/.

Saelee, Ryan, et al., "Disparities in COVID-19 Vaccination Coverage Between Urban and Rural Counties — United States, December 14, 2020–January 31, 2022," *Morbidity and Mortality Weekly Report*, Vol. 71, No. 9, March 4, 2022, pp. 335-340, available at https://www.cdc.gov/mmwr/volumes/71/wr/mm7109a2.htm.

"SARS-CoV-2 Interagency Group," Centers for Disease Control and Prevention, September 10, 2024, available at https://www.cdc.gov/covid/php/interagency-group/index.html.

Schuchat, Anne, "Public Health Response to the Initiation and Spread of Pandemic COVID-19 in the United States, February 24–April 21, 2020," *Morbidity and Mortality Weekly Report*, Vol. 69, No. 18, May 8, 2020, pp. 551-556, available at https://www.cdc.gov/mmwr/volumes/69/wr/mm6918e2.htm.

Shepardson, David and Mike Scarcella, "U.S. Court Reinstates Biden Federal Employee COVID Vaccine Mandate," *Reuters*, April 8, 2022, available at https://www.reuters.com/world/us/us-court-reinstates-biden-federal-employee-covid-vaccine-mandate-2022-04-07/.

B - 10

Southwick, Ron, and David Wenner, "Pa. State Workers in Health Care and 'High Risk' Settings Must be Vaccinated or Tested," *Pennlive*, August 10, 2021, available at https://www.pennlive.com/coronavirus/2021/08/pa-state-workers-in-health-care-and-high-risk-settings-must-be-vaccinated-or-tested.html.

"Statement on Omicron Sublineage BA.2," World Health Organization, February 22, 2022, available at https://www.who.int/news/item/22-02-2022-statement-on-omicron-sublineage-ba.2.

"States' COVID-19 Public Health Emergency Declarations," National Academy for State Health Policy, June 13, 2023, available at https://nashp.org/state-tracker/states-covid-19-public-health-emergency-declarations/.

Thomas, Naomi, "US Likely to See a Surge of Covid-19 in the Fall, Fauci Says," *CNN*, April 7, 2022, available at https://www.cnn.com/2022/04/07/health/fauci-covid-fall-surge/index.html.

Tracking Accountability in Government Grants System, "Testing, Treatment, and Vaccine Administration for the Uninsured," Department of Health and Human Services, available at https://taggs.hhs.gov/Coronavirus/Uninsured.

"Understanding the Different Types of COVID-19 Tests," Cleveland Clinic, September 15, 2021, available at https://health.clevelandclinic.org/different-types-of-covid-19-tests.

"Updated Working Definitions and Primary Actions for SARS-CoV-2 Variants," World Health Organization, October 4, 2023, available at https://www.who.int/publications/m/item/updated-working-definitions-and-primary-actions-for--sars-cov-2-variants.

"Variant Proportions," Centers for Disease Control and Prevention, June 29, 2021, available at https://stacks.cdc.gov/view/cdc/107673.

"What is the COVID-19 Claims Reimbursement to Health Care Providers and Facilities for Testing, Treatment, and Vaccine Administration for the Uninsured Program?," Health Resource & Human Services Administration, June, 2021, available at https://www.hrsa.gov/about/faqs/what-covid-19-claims-reimbursement-health-care-providers-facilities-testing-treatment-vaccine.

"What's In The COVID-19 Forecast? New Variants Moving into Massachusetts," *CBS Boston*, March 17, 2022, available at https://www.cbsnews.com/boston/news/covid-variant-ba2-deltacron-massachusetts-forecast/.

Zviedrite, Nicole, *et al.*, "COVID-19–Related School Closures, United States, July 27, 2020–June 30, 2022," *Emerging Infectious Diseases*, Vol. 30, No. 1, January 2024, available at https://wwwnc.cdc.gov/eid/article/30/1/23-1215_article.