# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STADIUM CAPITAL LLC, on behalf of
itself and all others similarly situated,

                       Plaintiff,

vs.

CO-DIAGNOSTICS, INC., DWIGHT H.
EGAN, and BRIAN L. BROWN,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:     Case No.: 22-cv-6978 (AS)

# EXPERT REPORT OF VINITA JUNEJA, Ph.D.

**November 20, 2024**

**Table of Contents**

I.     Introduction.................................................................................................................1
       A.  Qualifications....................................................................................................2
       B.  Materials Relied Upon .....................................................................................3
       C.  Remuneration ...................................................................................................3

II.    Background.................................................................................................................4
       A.  Company Background .......................................................................................4
       B.  The Allegations and Alleged Misrepresentations ............................................4

III.   The Alleged Misrepresentations Signaled Potential Weakness in 2Q 2022 Revenue to
       the Market ..................................................................................................................6
       A.  Informed Market Participants Interpreted the Statements Made by the Defendants to
           Indicate Likely Weakness in Future Revenue .................................................7
       B.  Public Data Showed that COVID-19 PCR Tests Administered Had Declined in
           March and April 2022 and that There Was Substantial Variability in the Levels Week
           to Week. ..........................................................................................................11

IV.    Conclusion ................................................................................................................13

V.     Miscellaneous ...........................................................................................................14

## I.    INTRODUCTION

1.    Plaintiff Stadium Capital LLC (**"Plaintiff"**) brings this action on behalf of itself and a class of investors who acquired common stock of Co-Diagnostics, Inc. ("**Co-Diagnostics**," "**CODX**," or "the **Company**") during the period from May 12, 2022 through the close of market on August 11, 2022 ("the **Class Period**").[1]

2.    Defendants' motion to dismiss the Complaint was granted in part and denied in part by the Court.[2] The Court dismissed several of the challenged statements in the Complaint and allowed three remaining challenged statements to proceed (collectively the "**Alleged Misrepresentations**").[3] The three remaining challenged statements relate to the Company's statements, made after trading hours on May 12, 2022, regarding its decision not to provide quarterly guidance at that time. The Complaint also alleges that the Alleged Misrepresentations were corrected by the Company's announcement, made after trading hours on August 11, 2022, of its financial results for 2Q 2022, including revenue of $5 million and a net loss of $0.08 per share for the quarter (the "**Alleged Corrective Disclosure**").[4]

3.    I have been asked by counsel for Co-Diagnostics, and Dwight Egan and Brian Brown (the "**Individual Defendants**," collectively with Co-Diagnostics, the "**Defendants**") to review the Alleged Misrepresentations and evaluate the market's reaction to the Alleged Misrepresentations.

4.    As explained in further detail below, my primary opinions are as follows:

---

[1] Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws, *Stadium Capital LLC v. Co-Diagnostics, Inc., Dwight H. Egan and Brial L. Brown*, Southern District of New York District Court, Case No. 22-cv-6978 (AS), dated September 21, 2023 (the "**Complaint**"). The Complaint includes May 12, 2022 in the Class Period. However, the Alleged Misrepresentations occurred after trading hours on May 12, 2022, and, therefore, the Class Period effectively starts after trading hours on May 12, 2022.

[2] Memorandum Opinion and Order, *Stadium Capital LLC v. Co-Diagnostics, Inc., Dwight H. Egan and Brial L. Brown*, Southern District of New York District Court, Case No. 22-cv-6978 (AS), dated February 5, 2024 (the "**MTD Opinion and Order**").

[3] MTD Opinion and Order, p. 11. It is my understanding that an additional challenged statement in ¶¶49-50 regarding Item 303 is also no longer at issue, following SCOTUS decision in *Macquarie Infrastructure Corp. v. Moab Partners, L. P., 601 U. S. 257 (2024)*. Memorandum Endorsement, Docket Entry #53, *Stadium Capital LLC v. Co-Diagnostics, Inc., Dwight H. Egan and Brial L. Brown,* Southern District of New York District court, Case No. 22-cv-6978 (AS), dated April 19, 2024.

[4] Complaint, ¶¶56-60.

1

a) The Alleged Misrepresentations were perceived as negative news by the market;

b) Informed participants interpreted the suspension of quarterly guidance to be negative news, and adjusted their future outlook for the Company's performance accordingly;

c) Public data and news stories showed that the number of COVID-19 PCR tests administered had declined in March and April 2022 and that there was substantial variability in the number of COVID-19 PCR test levels week to week.

5.     My opinions are subject to revision based on any new information or evidence in this matter that may subsequently come to my attention.

## A. Qualifications

6.     I am a Senior Managing Director at NERA Economic Consulting ("**NERA**"). I have been the Chair of NERA's Global White Collar, Investigations & Enforcement Practice and the Chair of NERA's Global Securities and Finance Practice. NERA, a firm established over 60 years ago, employs over 500 people in over 20 offices worldwide. NERA employs a research staff of professionals with degrees in economics, finance, accounting and mathematics. Our clients include: regulators, risk managers, principals requiring valuation services, and parties involved in disputes resulting in litigation, mediation and arbitration.

7.     I have a B.A. (Honors) in economics from the University of Western Ontario, now known as Western University. I also have an M.A. and a Ph.D. in economics from Harvard University. I have taught courses in economics and business regulation, and have lectured at the graduate and undergraduate level at Western University. My publications include chapters in books on the topics of financial litigation, arbitration, and event studies. I have authored papers on the extent and nature of shareholder claims. I also have served as an arbitrator for the Financial Industry Regulatory Authority and its predecessor, the National Association of Securities Dealers ("**NASD**"). I have testified at trials and at depositions and have submitted expert affidavits in both state and federal courts in the United States. I have also appeared as an expert witness in Canadian courts and in arbitrations before the New York Stock Exchange,

2

NASD, the American Arbitration Association, the ICC International Court of Arbitration, the London Court of International Arbitration, and the Judicial Arbitration and Mediation Services, among others. I have also presented my findings to regulators, such as the SEC, in the course of enforcement related investigations.

8.      My testimony, affidavits, reports, analyses and depositions have covered numerous economic and statistical issues arising in many securities, financial economics and valuation-related lawsuits, and in regulatory investigations and disputes. Subjects covered in my testimony, affidavits and depositions include: the evaluation of market efficiency; the materiality of news to reasonable investors; the impact of news on company share prices; causation and damage analyses in securities class actions; and other issues related to financial valuation and securities litigation. I have spoken frequently on the topics of damages, valuation, event studies, shareholder litigation and derivative actions to audiences including risk managers, regulators, executives from publicly traded corporations, insurance industry participants and lawyers.

9.      My curriculum vitae listing publications from the past ten years and testifying experience from the past four years is attached as **Appendix 1**. Other professionals employed by NERA assisted me in preparing this declaration. Throughout this process, these professionals worked under my supervision and review.

## B.  Materials Relied Upon

10.      The materials relied upon in the preparation of this report are listed in **Appendix 2**.

## C.  Remuneration

11.      NERA is compensated through hourly billing rates for its employees. My hourly billing rate is currently $1,200. The hourly rates for other NERA professionals involved in this case range from $165 to $1,200. Payments to NERA are not contingent in any way on the opinions expressed in this declaration, or on the outcome of this matter.

## II.    BACKGROUND

### A.  Company Background

12.     Co-Diagnostics, Inc. develops molecular tools for the detection of infectious diseases, cancer screening, and agricultural applications. Prior to the COVID-19 pandemic, the Company had reported $40,000 in net sales in 2018 and $215,000 in net sales in 2019.[5] Following the emergence of COVID-19, in January 2020 Co-Diagnostics developed a PCR test for detection of the virus. The Company received regulatory clearance from the European Union on February 24, 2020, and on April 6, 2020 received Emergency Use Authorization to sell Co-Diagnostics' PCR tests to laboratories in the United States. In 2020, Co-Diagnostics had net sales of $75 million, a 34,500% increase over its 2019 net sales. In 2021, the Company reported net sales of $98 million.[6]

13.     On May 12, 2022, after market hours, Co-Diagnostics issued a press release and held an earnings call that disclosed its financial results for 1Q 2022. 1Q 2022 revenues were $22.7 million and earnings per share ("**EPS**") were $0.34, both above the analyst consensus estimates of $21.2 million and $0.17, respectively.[7] During the conference call, Co-Diagnostics also said that "changes in our operating environment and markets have restricted our near term visibility," and that it will "not be providing quarterly guidance at this time."[8]

### B.  The Allegations and Alleged Misrepresentations

14.     Plaintiff claims that the stock price of Co-Diagnostics was inflated during the Class Period as a result of the Alleged Misrepresentations on May 12, 2022.

15.     Plaintiff claims that Defendants misled investors on May 12, 2022, when after hours, Defendants filed a press release and held a conference call announcing their first quarter 2022 ("**1Q 2022**") results. At that time, Plaintiff alleges that Defendants misled investors when they announced that Defendants would not be providing quarterly guidance for the second

---

[5] Co-Diagnostics, Inc. Form 10-K for the fiscal year ended December 31, 2019, filed March 30, 2020.

[6] Co-Diagnostics, Inc. Form 10-K for the fiscal year ended December 31, 2021, filed March 24, 2022.

[7] Consensus data from FactSet Research Systems, Inc. and Litchfield Hills Research report dated May 16, 2022.

[8] Co-Diagnostics conference call for quarter ending March 31, 2022, dated May 12, 2022, 4:30 PM.

quarter of 2022. It is my understanding that there are three allegedly misleading statements still at issue in the case:

1. **Press Release**: "While we remain very confident about the long-term potential of our business, our ability to accurately forecast Logix Smart™ COVID-19 Test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants, and persistently low vaccination rates in many parts of the world. As a result, it has become difficult to predict with any level of precision the cumulative impact of these and other factors on our future financial results. For these reasons, we are not providing quarterly guidance at this time and will reassess this position in the future[.]"[9]

2. **Conference Call**:

   "Turning now to our visibility around the outlook for the balance of the year. While we experienced strong demand for our products during the first quarter of 2022, changes in our operating environment and markets have restricted our near term visibility. We will continue to navigate the near term environment with caution, but as a result, we'll not be providing quarterly guidance at this time.

   To be clear, we remain very confident about the long-term potential of our business and the demand for our products. Our ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants and persistently low vaccination rates in many parts of the world.

   Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic

---

[9] Complaint, ¶44.

5

regions we serve. As a result, it has become difficult to predict with an expected level of precision the cumulative impact of these and other factors on our future financial results."[10]

3. **Conference Call**:

"[Analyst]: 'So with the Logix Smart detection test, are you already seeing a decline in customer orders? Or are you refraining from providing a guidance mainly because it's tough to like predict the environment moving forward?'

Defendant Brown: 'It's more about the timing and being able to forecast the timing of orders is the bigger issue. It's not necessarily a demand issue that we're seeing. It's more of just timing of being able to accurately forecast what's coming in.'"[11]

16.    In the MTD Opinion and Order, the Court found that, at that stage of the litigation, Plaintiff had sufficiently alleged that "it was misleading to describe the situation as 'fluctuations' or to disclose the company's difficulty in forecasting near-term demand without disclosing that demand was already declining rapidly," and that "[d]espite warnings of uncertainty, [Defendants' statement '[o]ur ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants and persistently low vaccination rates in many parts of the world'] would have provided 'comfort to investors'."[12]

## III.    THE ALLEGED MISREPRESENTATIONS SIGNALED POTENTIAL WEAKNESS IN 2Q 2022 REVENUE TO THE MARKET

17.    While Plaintiff alleges that the above statements misled investors and caused the price of Co-Diagnostics stock to be inflated, a review of analyst commentary and news stories shows that the market perceived the Alleged Misrepresentations, in conjunction with the

---

[10] Complaint, ¶45.

[11] Complaint, ¶46.

[12] MTD Opinion and Order, pp. 4-5.

cessation of guidance by the Defendants, to be negative news and interpreted it as indicating a likely decline in future revenues and earnings related to COVID-19 products.

### A. Informed Market Participants Interpreted the Statements Made by the Defendants to Indicate Likely Weakness in Future Revenue

18.     I have reviewed equity analyst reports prior to and throughout the alleged class period by firms that covered Co-Diagnostics: H.C. Wainwright & Co. ("**H.C. Wainwright**"); Sidoti & Company, LLC. ("**Sidoti**"); Litchfield Hills Research ("**Litchfield**"); and Maxim Group ("**Maxim**").[13]

19.     To assess the market's reaction to the cessation of quarterly guidance and comments by the defendants, I first reviewed the analyst reports published immediately following the May 12, 2022 1Q 2022 earnings announcement. Each analyst commented on the suspension of guidance, with comments being overwhelmingly negative or at best neutral; no analyst considered the ending of guidance to indicate anything positive.

20.     Litchfield makes clear that they understood the announcement and commentary to be negative, stating, "The company ceased providing quarterly guidance due to Western changes that make testing, a matter of choice."[14] They also comment, "We believe the company made the right decision to cease its usual quarterly guidance. Our only option under the circumstances is to set our estimates at the lower end of expectations and hope for some upside."[15] Though the Defendants did not state that they anticipated lower COVID-19 related revenues in 2Q 2022, the commentary by analysts shows that they understood that to be the likely outcome. Below is a list

---

[13] See e.g., Sidoti & Company, LLC, "4Q:21 EPS Doubles Our Estimate; Clinical Trial For Your Test Point-Of-Care System Delayed A Few Months; Still Expect EPS Rebound In 2023; Maintain $14 Price Target, Buy Rating," March 25, 2022 (the "**Sidoti March Report**"); Sidoti & Company, LLC, "1Q:22 Results Exceed Expectations; Expect Earnings To Decline In 2022, As Covid Cases Level Off, Before Rebounding In 2023 With Release Of Point-Of-Care System; Maintain $14 Target, Buy Rating," May 13, 2022 (the "**Sidoti May Report**"); H.C. Wainwright & Co., "Hepatitis C Viral Load Test Receives Clearance in India; Reiterate Buy," April 20, 2022 (the "**H.C. Wainwright April Report**"); H.C. Wainwright & Co., "1Q22 Financial Results Reported; Reiterate Buy; Modulating PT to $12," May 16, 2022 (the "**H.C. Wainwright May Report**"); Litchfield Hills Research, "CODX beats 4Q21 Consensus and guidance for EPS – Reiterate Buy rating and $29 PT," March 28, 2022 (the "**Litchfield March Report**"); Litchfield Hills Research, "CODX beats 1Q22 Consensus but drops forward guidance – Reiterate Buy rating and $29 PT," May 16, 2022 (the "**Litchfield May Report**"); Maxim Group, "Delta Surge Drives a Record Quarter, but Developments in COVID Treatment are Likely to Change the Testing Landscape," November 12, 2021.

[14] Litchfield May Report.

[15] Litchfield May Report.

of quotes by the Co-Diagnostics analysts commenting on the ending of guidance and their outlook regarding the demand for COVID-19 testing products and its impact on CODX sales in 2022 and beyond:

a) H.C. Wainwright:

    i. "Of note, management did not provide quarterly sales guidance at this time due to uncertainties related to COVID-19 testing demand. We continue to project a gradually decreasing demand for COVID-19 testing in the coming quarters."[16]

b) Sidoti:

    i. "The company did not provide guidance for 2Q:22 due to uncertainties around order timing. We continue to expect some demand for Covid-19 test will continue throughout 2022 due to continued outbreaks of new variants."

    ii. "March-quarter revenue grew 13% year over year on increased demand for Covid-19 testing, due to the emergence of the Omicron variant…. We think the need for some screening will continue in the next several quarters as new COVID-19 variants emerge."

    iii. "Though net income should slow the remainder of 2022, as Covid-19 testing levels off and R&D spending increases, we expect sales and earnings to rebound in 2023 with the launch of the new point-of-care system."[17]

c) Litchfield:

    i. "CODX beats 1Q22 Consensus but drops forward guidance."

    ii. "The current Western strategy of 'living with COVID' and no national strategy of testing and monitoring means that, sales of tests are likely to rise and fall and become a lagging indicator of

---

[16] H.C. Wainwright May Report.

[17] Sidoti May Report.

the virus. This inserts enough variability to hamper precise forecasts. We believe the company made the right decision to cease its usual quarterly guidance. Our only option under the circumstances is to set our estimates at the lower end of expectations and hope for some upside."

iii. "… [we lower] our 2022 revenue and EPS estimate to $89.7MM and $0.86, respectively from $101.5MM and $0.99, respectively."

iv. "The company ceased providing quarterly guidance due to Western changes that make testing, a matter of choice."[18]

21.    In addition to a review of the commentary by equity analysts covering Co-Diagnostics, I also reviewed how the equity analysts changed their financial forecasts of Co-Diagnostics following the Alleged Misrepresentations. See **Table 1.**

---

[18] Litchfield May Report.

**Table 1**
**Co-Diagnostics**
**Change in Analyst Estimates Following May 12, 2022**
**Announcement of Suspension of Quarterly Guidance**

| | Earnings per Share (EPS) | | | | Sales (in $000s) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | H.C. Wainwright | Sidoti | Litchfield | Average | H.C. Wainwright | Sidoti | Litchfield | Average |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| **2Q 2022** | | | | | | | | |
| Pre | $ 0.15 | $ 0.00 | $ 0.22 | $ 0.12 | $ 20,000 | $ 16,000 | $ 24,000 | $ 20,000 |
| Post | $ 0.14 | $ 0.00 | $ 0.15 | $ 0.10 | $ 20,000 | $ 16,000 | $ 21,000 | $ 19,000 |
| **Change** | $ (0.01) | $ 0.00 | $ (0.07) | $ (0.03) | $ 0 | $ 0 | $ (3,000) | $ (1,000) |
| **3Q 2022 + 4Q 2022** | | | | | | | | |
| Pre | $ 0.22 | $ 0.10 | $ 0.58 | $ 0.30 | $ 37,000 | $ 38,000 | $ 56,000 | $ 43,667 |
| Post | $ 0.16 | $ 0.10 | $ 0.38 | $ 0.21 | $ 34,000 | $ 38,000 | $ 46,000 | $ 39,333 |
| **Change** | $ (0.06) | $ 0.00 | $ (0.20) | $ (0.09) | $ (3,000) | $ 0 | $ (10,000) | $ (4,333) |
| **FY2023** | | | | | | | | |
| Pre | N/A | $ 0.45 | $ 1.18 | $ 0.82 | N/A | $ 83,000 | $ 118,000 | $ 100,500 |
| Post | $ 0.22 | $ 0.45 | $ 1.19 | $ 0.62 | $ 60,000 | $ 83,000 | $ 122,000 | $ 88,333 |
| **Change** | N/A | $ 0.00 | $ 0.01 | $ 0.01 | N/A | $ 0 | $ 4,000 | $ 2,000 |

**Notes and Sources:** Data are from the H.C. Wainwright April Report, H.C. Wainwright May Report, Sidoti March Report, Sidoti May Report, Litchfield March Report, and Litchfield May Report. Maxim did not publish a report in May 2022 following the May 12, 2022 announcement.

22.    As shown in **Table 1** above, following the Alleged Misrepresentations no analyst revised their forecasts upward for the next fiscal quarter, 2Q 2022, or for the two remaining quarters of 2022, 3Q and 4Q 2022:

a)  H.C Wainwright decreased its EPS estimate for 2Q 2022 by $0.01, and decreased its estimates for 3Q and 4Q 2022 EPS by $0.06 and 3Q and 4Q 2022 sales by $3 million.

b)  Sidoti left its estimates for the rest of FY 2022 EPS and sales unchanged, estimating $0.00 EPS in 2Q 2022 and $0.10 for 3Q and 4Q 2022 together, and $16 million in 2Q 2022 sales and $38 million in sales for 3Q and 4Q 2022.

c)  Litchfield decreased its estimates for 2Q 2022 EPS and 3Q 2022 and 4Q 2022 EPS by $0.07 and $0.20, respectively, and decreased its estimates for 2Q 2022 sales and 3Q 2022 and 4Q 2022 sales by $3 million and $10 million, respectively.

23.    The equity analyst responses discussed above indicate that the information mix on May 12, 2022 was associated with a decline in expectations for Co-Diagnostics' sales and

10

profitability for the rest of 2022. As previously noted, on May 12, 2022, Co-Diagnostics reported 1Q 2022 revenues that were $1.5 million above analyst estimates and earnings that were $0.17 above analyst estimates. Those positive results should have, by themselves, increased analyst estimates for revenues and earnings for 2Q 2022 and for the final two quarters of 2022. The negative changes in analyst estimates we see for those two periods show that the negative effect from Co-Diagnostics' cessation of providing guidance was stronger than any positive effect of the 1Q 2022 results beating expectations.

**B. Public Data Showed that COVID-19 PCR Tests Administered Had Declined in March and April 2022 and that There Was Substantial Variability in the Levels Week to Week.**

24.    I also reviewed publicly available data from the Department of Health and Human Services, which reports the number of PCR tests administered in the US. **Figure 1** below shows weekly number of PCR tests administered and weekly new COVID cases.

11



**Figure 1**
**Weekly US PCR Tests Administered and Weekly New COVID Cases in the US**
**March 1, 2021 – September 30, 2022**



**Notes and Sources:** PCR tests data are from the Department of Health and Human Services and US COVID case data are from the World Health Organization. PCR data include the date that tests were performed or that results were reported to the patient. Weekly COVID case data is reported each Sunday and is assumed to include all cases for the previous week, i.e. the previous Sunday-Saturday.

25.    Data in Figure 1 above show that by late February and March 2022, the number of PCR tests performed had fallen substantially from the Omicron peak observed in late December and January 2022 when more than 10 million PCR tests were administered weekly. Data in Figure 1 also show that there is substantial variation in the number of PCR tests performed on a weekly basis in this period. For example, in the weeks in 2Q 2022 leading up to and including May 12, 2022, the weekly PCR tests administered ranged from 4.5 million in week of April 17, 2022 to 6.0 million in the week of May 8, 2022 (the week that includes May 12, 2022).

As of May 12, 2022 it was public knowledge that fewer PCR COVID-19 tests were being administered than had been in January and February of 2022.[19]

## IV.     CONCLUSION

26.     The analysis shows that Co-Diagnostics' withdrawal of guidance was interpreted by the market as bad news and as indicating a likely decrease in future earnings performance, and therefore provided the market with a generic version of the information that Plaintiff alleges was improperly withheld from the market. Two of the three analysts that published reports on Co-Diagnostics in May 2022 lowered their sales and earnings estimates for both 2Q 2022 and the final two quarters of 2022, while the third analyst simply repeated all of its financial estimates for these periods and for FY 2023. One of the analysts explicitly stated, "We believe the company made the right decision to cease its usual quarterly guidance. Our only option under the circumstances is to set our estimates at the lower end of expectations and hope for some upside."[20]

27.     Whether the Company's statements on May 12, 2022 effectively disclosed what Plaintiff claims was hidden can be viewed in light of what the Second Circuit has held: "[T]he district court should [ask] 'what would have happened if [the company] had spoken truthfully' ... at an equally generic level." (citation omitted).[21]

28.     Plaintiff implies that Co-Diagnostics should have announced its 2Q 2022 results to date to the market as early as May 12, 2022 and that the May 12, 2022 statements were

---

[19] See, e.g., Anushka Patel, "U.S. Colleges that Once Championed Surveillance Virus Testing are Backing Away," *New York Times*, April 4, 2022 (Available at: https://www.nytimes.com/2022/04/04/us/college-covid-testing-requirements.html); Carl Zimmer, "Cuts in Britain Could Cause a Covid Data Drought," *New York Times*, April 2, 2022 (Available at: https://www.nytimes.com/2022/04/02/health/covid-testing-uk-denmark.html); Laura Ungar, "Pandemic gets tougher to track as COVID testing plunges," *The Associated Press*, May 10, 2022 (Available at https://apnews.com/article/covid-us-testing-decline-14bf5b0901260b063e4fa444633f4d31).

[20] Litchfield May Report.

[21] See *Arkansas Tchr. Ret. Sys. v. Goldman Sachs Grp., Inc.*, 77 F.4th 74, 99 (2d Cir. 2023). It is also my understanding that counsel for Plaintiffs in this case has recently argued in another matter:

[The defense expert] argues that an expert must ask, "had you known the full set of information, all those things that were in the file drawers at [the defendant company], had the same analysts seen that, what would they and the technical experts they hire, have estimated the probability have been? So that's a calculation you're going to have to add." Hr'g Tr. at 77:5-9. [The defense expert's] model plainly violates Goldman by demanding a truthful disclosure with far greater detail than the alleged misrepresentations.

See Loss Causation Letter Brief *In re: Vale S.A. Securities Litigation*, Eastern District of New York District Court, Case No. 19-cv-526 (EK), dated August 23, 2024.

insufficient in terms of content. But, in this instance, a disclosure by Co-Diagnostics of its actual sales figures through approximately May 12, 2022 would have been a "disclosure with far greater detail than the alleged misrepresentations."[22]

29.     The discussion above shows that ceasing to provide quarterly guidance was interpreted by the market as a generic disclosure of bad news indicating a likely decrease in future earnings performance. A review of analyst commentary and revisions in analyst estimates demonstrate that analysts took the Company's statement removing guidance to heart and revised their outlook down accordingly. This is inconsistent with Plaintiff's claim that the Alleged Misrepresentations artificially inflated Co-Diagnostics' stock price.

## V.    MISCELLANEOUS

30.     My work in this matter is ongoing, and I reserve the right to supplement this analysis in response to any new information I receive.

31.     I declare under penalty of perjury under the laws of the United Stated of America that the foregoing is true and correct.

Executed on the 20th day of November 2024 at Greenwich, Connecticut.

_____
Vinita Juneja, Ph.D.

---

[22] *Arkansas Tchr. Ret. Sys. v. Goldman Sachs Grp., Inc.*, 77 F.4th 74, 99 (2d Cir. 2023).

14



NERA Economic Consulting
1166 Avenue of the Americas
New York, NY 10036
Tel: 212-345-3148
vinita.juneja@nera.com
www.nera.com

# Appendix 1
# Vinita Juneja, Ph.D.
## Senior Managing Director

## Education

**Harvard University**
Ph.D., Economics, 1988
Social Sciences and Humanities Research Council of Canada
    Doctoral Fellow, 1982-1985
A.M., Economics, 1983

**University of Western Ontario** (now known as **Western University**)
B.A., Honors, Economics, 1980
    U.W.O. Continuing Scholar, 1976-1980
    Dean's Honors List, 1976-1979

## Professional Experience

**NERA Economic Consulting**

| | |
|---|---|
| 2017 – 2024 | Chair, White Collar, Investigations & Enforcement Practice |
| 2013 – 2017 | Co-Chair, White Collar, Investigations & Enforcement Practice |
| 2006 – 2011 | Board of Directors |
| 2006 – 2009 | Chair, Securities and Finance Practice |
| 2000 – | Senior Managing Director (f/k/a/ Managing Director and Senior Vice President) |
| | Directs projects in the areas of securities economics, finance, and valuation. |
| 1995 – 2000 | Vice President |
| 1988 – 1995 | Senior Consultant |
| 1988 | Senior Economic Analyst |
| 1985 – 1987 | Economic Analyst |

**Harvard University**

| | |
|---|---|
| 1983 – 1985 | Assistant Head Tutor, Department of Economics |
| | Helped coordinate and administer the undergraduate program in economics at Harvard College; advised undergraduates on their course of study. |
| 1982 – 1985 | Teaching Fellow, Department of Economics |
| | Participated in teaching courses on microeconomics, economics of business regulation, and economics of bureaucracy. |
| 1981 – 1985 | Resident Tutor, Cabot House (1982-1985), Nonresident Tutor, Pforzheimer House (1981-1982), Harvard College |
| | Served as economics tutor, resident assistant and academic advisor. |

Vinita Juneja, Ph.D.

**Shell Canada**

1981 – 1982    Economic Consultant, Strategic Planning Department
Responsible for a study of multinationals and foreign investment with focus on the oil and natural gas sectors.

Summer 1981  Junior Economist, Strategic Planning Department
Responsible for economic forecasting of the world oil market, policy analysis, and macroeconomic research.

**University of Western Ontario** (now known as **Western University**)

1979 – 1980    Teaching Assistant, Department of Economics
Taught microeconomics and labor economics.

**Toronto Investment Management**

Summer 1979  Economic Consultant
Conducted research for various projects, including reports on forecasting and the size of the market sector in Canada.

**University of Toronto**

Summer 1979 Teaching Assistant, Department of Economics
Taught introductory economics.
.

# Professional Activities

Member, FINRA Board of Arbitrators, 2007 – 2009

Member, NASD Board of Arbitrators, 1990 – 2007

# Testimony (Last Four Years)

Deposition before the United States District Court, Northern District of Illinois, Eastern Division in the matter of *United States Securities and Exchange Commission, v. John M. Fife, Chicago Venture Partners, L.P., Iliad Research and Trading L.P., St. George Investments LLC, Tonaquint, Inc., and Typenex Co-Investment, LLC.*, 2024.

Testimony and Deposition before the American Arbitration Association, in the matter of *Texas Brine Company, LLC, v. Occidental Chemical Corporation*, 2023.

Deposition before the United States District Court for the Southern District of Texas, Houston Division, in the matter of *Occidental Petroleum Corporation and Anadarko Petroleum Corp v. Wells Fargo Bank, N.A.,* 2022.

Deposition before the United States District Court for the Southern District of New York, in the matter of *Rohan Ramchandani v. Citigroup, Inc, Citicorp and Citibank, N.A.*, 2022.

Deposition before the United States District Court for the Northern District of California, in the matter of *Jonathan Davis and Roei Azar, Individually and on Behalf of All Others Similarly Situated v. Yelp, Inc., Jeremy Stoppelman, Lanny Baker, and Jed Nachman,* 2021.

Cross Examination before the Ontario Superior Court of Justice, in the matter of *The Catalyst Capital Group Inc. and Callidus Capital Corporation v. West Face Capital Inc., Gregory Boland, M5V Advisors Inc. c.o.b. Anson Group Canada, Admiralty Advisors LLC, Frigate Ventures LP, Anson Investments LP, Anson Capital LP, Anson Investments Master Fund LP, AIMF GP, Anson Catalyst Master Fund LP, ACF GP, Moez Kassam, Adam Spears, Sunny Puri, Clarityspring Inc., Nathan Anderson, Bruce Langstaff, Rob Copeland, Kevin Baumann, Jeffrey McFarlane, Darryl Levitt, Richard Molyneux, Gerald Duhamel, George Wesley Voorheis, Bruce Livesey and John Does #4-10,* and the matter of *The Catalyst Capital Group Inc. and Callidus Capital Corporation v. Dow Jones and Company, Rob Copeland, Jacquie McNish and Jeffrey McFarlane,* 2020.

Deposition before the United States District Court, Southern District of Florida, in the matter of *Thomas W. Luczak, v. National Beverage Corp., Nick A. Caporella, and George R. Bracken,* 2020.

Deposition before the United States District Court, Southern District of New York, in the matter of *Securities and Exchange Commission v. Contrarian Press et al,* 2020.

Deposition Testimony before the United States District Court for the District of Colorado in *Peace Officers' Annuity and Benefit Fund of Georgia, et al. vs. DaVita, Inc., et al,* 2020.

Cross Examination before the Supreme Court of British Columbia in the matter between *Annabelle McCorquodale and Robert Cummings, Plaintiffs, and RBC Global Asset Management Inc. and The Royal Trust Company, Defendants,* 2020.

Trial Testimony before the United States District Court, Southern District of New York in the matter of *United States of America vs. Georgios Nikas and Telemaque Lavidas,* 2020.

November, 2024

**Appendix 2**
**Materials Relied Upon**

| Number | Item |
|:---:|:---:|
| **(1)** | **(2)** |

**Case-Specific Legal Filings**

| | |
|:---:|:---|
| 1 | Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws, *Stadium Capital LLC v. Co-Diagnostics, Inc., Dwight H. Egan and Brial L. Brown*, Southern District of New York District Court, Case.No. 22-cv-6978 (AS), dated September 21, 2023. |
| 2 | Memorandum Opinion and Order, *Stadium Capital LLC v. Co-Diagnostics, Inc., Dwight H. Egan and Brial L. Brown*, Southern District of New York District Court, Case.No. 22-cv-6978 (AS), dated February 5, 2024. |
| 3 | Memorandum Endorsement, Docket Entry #53, *Stadium Capital LLC v. Co-Diagnostics, Inc., Dwight H. Egan and Brial L. Brown*, Southern District of New York District court, Case.No. 22-cv-6978 (AS), dated April 19, 2024. |

**Other Legal Decisions and Briefings**

| | |
|:---:|:---|
| 4 | *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, 601 U. S. 257, April 12, 2024. |
| 5 | Loss Causation Letter Brief *In re: Vale S.A. Securities Litigation*, Eastern District of New York District Court, Case.No. 19-cv-526 (EK), dated August 23, 2024. |
| 6 | *Arkansas Tchr. Ret. Sys. v. Goldman Sachs Grp., Inc.*, 77 F.4th 74, 99 (2d Cir. 2023). |

**Co-Diagnostics Market Data**

| | |
|:---:|:---|
| 7 | Co-Diagnostics, Inc. SEC Form 10-Ks and 10-Qs from 2019 to 2022 from FactSet Research Systems, Inc. |
| 8 | Co-Diagnostics, Inc. press releases and earnings call transcripts from 2020 to 2022 from FactSet Research Systems, Inc. |
| 9 | News stories regarding or related to Co-Diagnostics, Inc. 2020-2022 from Dow Jones Factiva. |
| 10 | Co-Diagnostics, Inc. market data, including but not limited to: daily common stock closing price, trading volume, and analyst estimates from FactSet Research Systems, Inc. |
| 11 | Analyst reports on Co-Diagnostics, Inc. from 2021-2022 from LSEG Data & Analytics and counsel for Co-Diagnostics. |

**Other**

| | |
|:---:|:---|
| 12 | Anushka Patel, "U.S. Colleges that Once Championed Surveillance Virus Testing are Backing Away," *New York Times*, April 4, 2022. (Available at https://www.nytimes.com/2022/04/04/us/college-covid-testing-requirements.html) |
| 13 | Carl Zimmer, "Cuts in Britain Could Cause a Covid Data Drought," *New York Times*, April 2, 2022. (Available at https://www.nytimes.com/2022/04/02/health/covid-testing-uk-denmark.html) |
| 14 | Laura Ungar, "Pandemic gets tougher to track as COVID testing plunges," *The Associated Press*, May 10, 2022. (Available at https://apnews.com/article/covid-us-testing-decline-14bf5b0901260b063e4fa444633f4d31) |
| 15 | US COVID-19 infection data from the Wold Health Organization, "Daily frequency reporting of new COVID-19 cases and deaths by date reported to WHO," https://data.who.int/dashboards/covid19/data?n=o |
| 16 | COVID-19 PCR test data are from the U.S. Department of Health and Human Services, "COVID-19 Diagnostic Laboratory Testing (PCR Testing) Time Series," https://healthdata.gov/dataset/COVID-19-Diagnostic-Laboratory-Testing-PCR-Testing/j8mb-icvb/about_data |

To the extent not mentioned above, all sources, references, and citations in the report.