**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>                       Plaintiff,<br><br>     v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br><br>                    Defendants. | Case No.: 1:22-cv-06978-AS<br><br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN
SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Tel. 212-589-4200
Fax. 212-589-4201

*Attorneys for Defendants*

**TABLE OF CONTENTS**

**Page**

I.    BACKGROUND INFORMATION ON CO-DIAGNOSTICS ......................................... 1

    A.    Company Background ............................................................................ 1

    B.    The COVID-19 Outbreak And The Logix Test ....................................... 3

    C.    Development of Co-Diagnostics' At-Home And Point-Of-Care PCR Platform..... 6

II.   STADIUM CAPITAL LLC ..................................................................................... 12

III.  VOLATILITY IN THE COVID TESTING MARKET ......................................... 13

    A.    COVID Evolves In Waves With Variation In Transmissibility And Severity ....... 13

    B.    Factors Influencing Demand In The COVID-Testing Market .............................. 16

    C.    Predicting COVID Testing Demand Was Even More Challenging In Spring 2022 ..................................................................................................... 21

IV.   RELEVANT PUBLIC COVERAGE ..................................................................... 25

V.    CO-DIAGNOSTICS' LOGIX TEST SALES ...................................................... 35

    A.    The Co-Diagnostics' Sales Team ......................................................... 35

    B.    The Sales Order Process ...................................................................... 36

    C.    Co-Diagnostics Experienced Significant Volatility in Logix Test Sales .............. 37

    D.    Omicron Created Even More Uncertainty and Contributed To Co-Diagnostics' Lack Of Visibility .................................................................................. 40

    E.    Customer Order Patterns In Q1 and Q2 2022 Did Not Cause Concern ............... 42

VI.   FEDERAL FUNDING PROGRAMS RELATED TO COVID TESTING ...................... 44

VII.  SHARE BUYBACK PROGRAM ........................................................................... 46

VIII. DECISION NOT TO PROVIDE GUIDANCE ON MAY 12, 2022 .............................. 49

    A.    Overview of Quarterly Revenue Guidance ........................................... 49

    B.    Co-Diagnostics Lacked Sufficient Visibility To Provide Accurate Guidance And Thus Did Not Provide Guidance on May 12, 2022 ........................................ 54

C.      Co-Diagnostics Sought Input From Its Outside Investor Relations Firm............. 58

IX.    THE CHALLENGED STATEMENTS.......................................................................... 66

X.     FACTORS IDENTIFIED BY THE DEFENDANTS ON MAY 12, 2022 AS CREATING
       UNCERTAINTY DID NOT NECESSARILY INDICATE AN INCREASE IN LOGIX
       TEST SALES ................................................................................................................ 70

XI.    DEFENDANTS BELIEVED FUTURE DEMAND WOULD REMAIN STRONG AS OF
       MAY 12, 2022 .............................................................................................................. 75

XII.   MARKET REACTION TO THE MAY 12, 2022 EARNINGS RELEASE ..................... 76

XIII.  ON AUGUST 11, 2022, CO-DIAGNOSTICS ANNOUNCES DISAPPOINTING 2Q
       2022 FINANCIAL RESULTS AND SEVERAL OTHER PIECES OF BAD NEWS... 80

XIV.   MARKET REACTION TO THE AUGUST 11, 2022 EARNINGS RELEASE .............. 84

XV.    EGAN'S AND BROWN'S STOCK HOLDING INCREASED DURING THE CLASS
       PERIOD......................................................................................................................... 88

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Rule 56.1 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York, and Rule 8(I)(iii) of the Court's Individual Practices in Civil Cases, Defendants Co-Diagnostics, Inc. ("Co-Diagnostics" or the "Company") and its Chief Executive Officer, Dwight "Ike" Egan ("Dwight Egan"), and Chief Financial Officer, Brian Brown ("Brown") (together, "Defendants"), respectfully submit this statement of undisputed material facts in support of Defendants' Motion for Summary Judgment, filed pursuant to Federal Rule of Civil Procedure 56(c), on all claims brought by Plaintiff Stadium Capital, LLC ("Stadium Capital" or "Plaintiff") in the Consolidated Amended Class Action Complaint ("AC"), filed on September 21, 2023 (ECF No. 31).

## I.      BACKGROUND INFORMATION ON CO-DIAGNOSTICS

### A.      Company Background

1.      Co-Diagnostics is a Utah Corporation, headquartered at 2401 S. Foothill Drive, Salt Lake City, Utah 84109, that develops, manufactures, and sells reagents used for diagnostic tests that function via the detection and analysis of nucleic acid molecules (DNA or RNA), including robust and innovative molecular tools for detection of infectious diseases, liquid biopsy for cancer screening, and agricultural applications. *See* Greene Decl. ¶ 13, Ex. 12,[1] Co-Diagnostics 2021 Form 10-K ("2021 10-K"), filed March 24, 2022; AC ¶ 2.

2.      Using proprietary test design systems and proprietary reagents, Co-Diagnostics has designed, developed, and obtained regulatory approval in countries around the world to sell various polymerase chain reaction ("PCR") diagnostic tests, including for the detection of COVID-19, influenza, tuberculosis, hepatitis B and C, human papillomavirus, malaria, chikungunya, dengue, and the zika virus. *See* Ex. 12, 2021 10-K, at 19; Greene Decl. ¶ 111, Ex. 110, Co-Dx (Nasdaq:

---

[1] "Ex. __" refers to Exhibits 1-112 attached to the Declaration of Douglas W. Greene, filed concurrently herewith.

CODX) Investor Presentation, dated November 2022 ("November 2022 Investor Presentation"), at 8 (setting forth menu of Co-Diagnostics' diagnostic tests).

3.      When COVID emerged in early 2020, CoDx's novel PCR technology enabled it to quickly develop a PCR test for COVID (the "Logix test"). *Id.*

4.      The Logix test and some of Co-Diagnostic's other COVID products have been approved for sale in countries such as the United States, United Kingdom, Australia, and Mexico by the regulatory bodies in those countries and have been registered for sale in many more countries. *See* Ex. 12, 2021 10-K, at 4.

5.      Mr. Dwight Egan joined the Company as an officer and director in April 2013. *See* Greene Decl. ¶ 24, Ex. 23, Deposition of Dwight Egan ("D. Egan Dep.") 17:5-9 (testifying he became CEO in or about July 2017); AC ¶ 14

6.      Mr. Dwight Egan is, and has served as, the Company's Chief Executive Officer, President and Chairman of the Board throughout the Class Period.[2] *See id.*

7.      Mr. Brown joined the Company as the Chief Financial Officer in February 2021 and reports to Mr. Dwight Egan. Ex. 23, D. Egan Dep. 25:21-26:2 (testifying to same); AC ¶ 15.

8.      Mr. Brown is, and has served as, the Company's Chief Financial Officer and Secretary throughout the Class Period. *See* Greene Decl. ¶ 5, Ex. 4, Co-Diagnostics Form 8-K, dated Feb. 22, 2021; *id.* ¶ 9, Ex. 8, Co-Diagnostics Form 8-K, dated July 8, 2021; *id.* ¶ 22, Ex. 21,

---

[2] The "Class Period" is alleged to run from May 12, 2022 through the close of the market on August 11, 2022 at 4:00 p.m. ET. *See* AC ¶ 1. However, it is undisputed that the challenged statements were made after the market closed on May 12, 2022 and that any alleged artificial inflation would not have entered the stock price until May 13, 2022. Greene Decl. ¶ 95, Ex. 94 (Expert Report of Chad Coffman, CFA, dated Nov. 20, 2024 ("Initial Coffman Rpt.")), ¶ 81 n.76 (acknowledging same).

Deposition of Brian Brown ("Brown Dep.") 17:10-12 (estimating a February or March 2021 start date), 20:21-21:9 (setting forth responsibilities as CFO); AC ¶ 15.

     **B.**     **The COVID-19 Outbreak And The Logix Test**

9.     On or about December 31, 2019, the Wuhan Municipal Health Commission informed the World Health Organization (the "WHO") about a cluster of pneumonia cases in Wuhan, China, with no known cause. *See* Greene Decl. ¶ 2, Ex. 1, Co-Diagnostics Form 10-Q for the quarter ended Mar. 31, 2020, filed May 14, 2020 ("2020 Q1 10-Q"), at 15; AC ¶ 3.

10.     In January 2020, public health officials in China confirmed human-to-human transmission of the virus and identified a novel coronavirus as the causative agent of the outbreak, later referred to as COVID-19. *Id.*

11.     Because COVID-19 can be detected by DNA-based testing and Co-Diagnostics was already in the DNA-based testing business, the world's need for COVID-19 testing presented a unique opportunity to Co-Diagnostics. *See* Greene Decl. ¶ 6, Ex. 5, Co-Diagnostics 2020 Form 10-K, filed March 25, 2021 ("2020 10-K"), at 11 (describing Co-Diagnostic's ability to "respond rapidly and produce quality product" in response to the COVID pandemic); Ex. 110, November 2022 Investor Presentation, at 6 (illustrating the speed with which Co-Diagnostics was able to bring the Logix test to market); AC ¶ 25.

12.     In January 2020, Co-Diagnostics began developing a COVID-19 diagnostic test using the Company's previously patented CoPrimer technology. *See* Ex. 1, 2020 Q1 10-Q, at 15; AC ¶ 26.

13.     On January 23, 2020, Co-Diagnostics announced that it had completed the principal design work for the Logix test, which was intended to address the potential need for detection of the COVID-19 virus. *See* Ex. 1, 2020 Q1 10-Q, at 15; AC ¶ 3.

14.     On February 24, 2020, Co-Diagnostics announced that the Logix test received a CE-marking, making it the first U.S.-based company to obtain approval in the E.U. and allowing the Logix test to be sold in the European market and other markets that accept CE-marking as valid regulatory approval. *See* Ex. 1, 2020 Q1 10-Q, at 15; November 2022 Investor Presentation, at 6; AC ¶¶ 4, 28.

15.     On April 6, 2020, Co-Diagnostics announced that it had received an Emergency Use Authorization for the Logix test from the U.S. Food and Drug Administration ("FDA"), allowing the Company to sell the test to certified clinical laboratories in the United States for the diagnosis of COVID-19. *See* Greene Decl. ¶ 33, Ex. 32, Co-Diagnostics Press Release, Apr. 6, 2020; AC ¶¶ 4, 29.

16.     After commencing sales, the Logix test accounted for the vast majority of the Company's revenues. *See* Ex. 23, D. Egan Dep. 47:5-13; Ex. 21, Brown Dep. 41:7-21 (estimating sales of the Logix test accounted for "95 plus percent" of the Company's revenue in 2021 and 2022); *see also* Greene Decl. ¶ 21, Ex. 20, Deposition of Andrew Benson ("Benson Dep.") 34:9-13 (testifying Logix test sales accounted for almost all of Co-Diagnostics' revenue during the relevant time period); AC ¶ 5.

17.     At all relevant times, Co-Diagnostics customers were primarily laboratories and distributors. *See* Greene Decl. ¶ 25, Ex. 24, Deposition of Seth Egan ("S. Egan Dep.") 39:23-40:5.

18.     Co-Diagnostics' revenue for the three months ended March 31, 2020 was $1,548,528. Ex. 1, 2020 Q1 10-Q, at 4, 21.

19.     Co-Diagnostics' revenue for the six months ended June 30, 2020 was $25,588,802, and $24,040,274 for Q2 2020 alone. Greene Decl. ¶ 3, Ex. 2, Co-Diagnostics Amended Form 10-Q for the quarter ended June 30, 2020, filed November 3, 2020 ("Amended 2020 Q2 10-Q"), at 4.

20.    Co-Diagnostics' revenue for the nine months ended September 30, 2020 was $47,407,555, and $21,818,753 for Q3 2020 alone. Greene Decl. ¶ 4, Ex. 3, Co-Diagnostics Form 10-Q for the quarter ended September 30, 2020, filed November 16, 2020 ("2020 Q3 10-Q"), at 4.

21.    Co-Diagnostics' revenue for the fiscal year ended December 31, 2020 was $74,552,758, and $27,145,203 for Q4 2020 alone. Ex. 5, 2020 10-K, at 19.

22.    Co-Diagnostics' revenue for the three months ended March 31, 2021 was $20,024,769. Greene Decl. ¶ 8, Ex. 7, Co-Diagnostics Form 10-Q for the quarter ended March 31, 2021, filed May 13, 2021 ("2021 Q1 10-Q"), at 4.

23.    Co-Diagnostics' revenue for the six months ended June 30, 2021 was $47,382,909, and $27,358,140 for Q2 2021 alone. Greene Decl. ¶ 10, Ex. 9, Co-Diagnostics Form 10-Q for the quarter ended June 30, 2021, filed August 12, 2021 ("2021 Q2 10-Q"), at 4.

24.    Co-Diagnostics' revenue for the nine months ended September 30, 2021 was $77,484,262, and $30,101,353 for Q3 2021 alone. Greene Decl. ¶ 11, Ex. 10, Co-Diagnostics Form 10-Q for the quarter ended September 30, 2021, filed November 12, 2021 ("2021 Q3 10-Q"), at 4.

25.    Co-Diagnostics' revenue for the fiscal year ended December 31, 2021 was $97,885,603, and $20,401,341 for Q4 2021 alone. Ex. 12, 2021 10-K, at 20.

26.    Co-Diagnostics' revenue for the three months ended March 31, 2022 was $22,699,044. Greene Decl. ¶ 15, Ex. 14, Co-Diagnostics Form 10-Q for the quarter ended March 31, 2021, filed May 12, 2022 ("2022 Q1 10-Q"), at 5.

27.    Co-Diagnostics' revenue for the six months ended June 30, 2022 was $27,722,270, and $5,023,226 for Q2 2022 alone. Greene Decl. ¶ 19, Ex. 18, Co-Diagnostics Form 10-Q for the quarter ended June 30, 2022, filed August 11, 2022 ("2022 Q2 10-Q"), at 5.

28.    In 2021, just over 50% of Co-Diagnostics' revenue was derived from sales in the United States, with just under 50% coming from international sales. Ex. 110, November 2022 Investor Presentation, at 16 ("In 2021, 53% of revenues were derived from the U.S. while 47% were from the rest of the world.").

29.    Co-Diagnostics' 2021 Form 10-K identified and discussed risk factors related to its business, including:

> ***We have a limited commercial history upon which to base our prospects and are not certain that we will sustain profitability in the future.*** . . . We were able to achieve net income during the prior two fiscal years because we were able to develop, market and profitably sell our . . . COVID-19 tests, but we do not have any way to predict how long our market for that test will continue. . . .
>
> ***Our near-term success has been dependent on the market for our COVID-19 tests and future success is dependent on continued demand for COVID-19 diagnostics and upon our ability to develop and market other commercially accepted diagnostic tests.*** Our future success will depend, in part, on the continued market for COVID-19 tests, our ability to develop and sell sufficient quantities of other diagnostics tests, and our ability to successfully receive regulatory approval for and profitably market our [new at-home and point-of-care multi-plex PCR testing platform]. . . . Any failure to continue sales of our tests in sufficient quantities to maintain profitability would adversely affect our operating results. . . .

Ex. 12, 2021 10-K, at 13-14 (emphasis in original).

**C.    Development of Co-Diagnostics' At-Home And Point-Of-Care PCR Platform**

30.    During 2021 and 2022, the Company was actively developing a new testing platform for at-home and point-of-care settings that could simultaneously test for COVID-19 and other diseases. *See* Ex. 23, D. Egan Dep. 38:20-39:5 (referring to the new platform as the "Co-Dx PCR Pro"), 79:6-19; Greene Decl. ¶ 103, Ex. 102, Company Presentation, dated May 2022 (providing product overview and quoting White House COVID-19 Coordinator, Dr. Ashish Jha: "As we head into the fall, we are all going to have a lot more vulnerability to a virus that has a lot more immune escape than even it does today and certain than it did six months ago. That leaves a lot of us vulnerable."); *id.* ¶ 102, Ex. 101, Co-Diagnostics Board Presentation, dated May 2022

(informing board of market research showing interest in at-home diagnostic testing is high among consumers).

31.    The at-home and point-of-care PCR platform was a priority in large part because Co-Diagnostics believed that COVID was "going to be here as a permanent part of our landscape going forward." *See* Ex. 23, D. Egan Dep. 155:17-158:15.

32.    On March 24, 2022, after the markets closed and following the disclosure of Co-Diagnostics' 2021 financial results, Co-Diagnostics hosted a conference call with investors and analysts (the "March 24, 2022 Earnings Call"). *See* Greene Decl. ¶ 76, Ex. 75, S&P Global, Co-Diagnostics (CODX) Q4 2021 Earnings Call Transcript, dated March 24, 2022 ("March 24, 2022 Earnings Call Transcript").

33.    During the March 24, 2022 Earnings Call, Mr. Dwight Egan updated investors regarding Co-Diagnostics' development of a new at-home PCR platform:

> We believe that our new powerful platform represents the future of at-home and point-of-care testing. We continue to invest in the platform and expect that it will drive significant growth and expand our market reach. There is a substantial domestic and international market that remains for COVID-19 testing, especially for advanced and innovative technologies such as the Co-Dx YourTest PCR platform. Our team is highly focused and committed to bringing this exciting device to commercialization.

Ex. 75, March 24, 2022 Earnings Call Transcript, at 6.

34.    Also during the March 24, 2022 Earnings Call, Mr. Dwight Egan answered a question from Theodore O'Neill, an analyst for Litchfield Hills Research ("Litchfield"), as follows:

> **Theodore O'Neill**
> *Litchfield Hills Research*
> [I]f the US government does not reauthorize any additional money for COVID testing, would this have an impact on your business?
>
> **Dwight H. Egan**
> *Chief Executive Officer & Director, Co-Diagnostics, Inc.*

I think we would have to say that the free money from the government certainly would enhance sales. So I think it would have an impact on us or anybody else that's in the COVID space, which is the reason why we have had the foresight a 1.5 years ago to say, what happens after COVID traverses from a pandemic to an endemic phase? Molecular diagnostics was a big business before COVID. It will continue to be a big business after COVID.

The question becomes what kind of platform will win in a post-COVID environment if that is a post-pandemic environment. And we believe, and I think other people believe such as Dr. Scott Gottlieb that this paradigm shift in the FDA allowing the at-home testing is going to make it so these other endemic diseases will also have an opportunity, as Dr. Gottlieb says, that it opens up a whole new range of home testing for a whole – a big range of products of different pathogens.

So I think it's just important to realize that we had the foresight more than 1.5 years ago to recognize that and to begin the development of a product so that when we came through that whole period, our product offering would have applicability to lots of other diseases. And keep in mind that COVID is so pernicious in terms of its lethality that these other things like the Flu and RSV, even strep for example, they will need to be tested along with COVID. COVID will have to be part of the mix of what people are tested for. And in that regard, the multiplexing capability of our device will be critical in making it so people can test for a number of different diseases, for a very small price at home or at the point-of-care. And that's all part of the strategy going forward.

So I think if you were to look before COVID and say, what would have been the best device to have on the market during COVID? Had we been able to do this two years ago, that would have, of course, been awesome. But going forward, it is clearly the best solution and going to be very powerful in our belief.

Ex. 75, March 24, 2022 Earnings Call Transcript, at 13.

35.    On May 12, 2022, after the markets closed and following the disclosure of Co-Diagnostics' Q1 2022 financial results, Co-Diagnostics hosted a conference call with investors and analysts (the "May 12, 2022 Earnings Call"). Greene Decl. ¶ 77, Ex. 76, S&P Global, Co-Diagnostics (CODX) Q1 2022 Earnings Call Transcript, dated May 12, 2022 ("May 12, 2022 Earnings Call Transcript").

36.    Co-Diagnostics provided additional updates regarding the at-home PCR test during the May 12, 2022 Earnings Call:

**Dwight H. Egan**
*Chief Executive Officer & Director, Co-Diagnostics, Inc.*

[T]he final optimizations of the new PCR platform are underway, and we are confident that pending FDA review, we will be able to launch a product that has revolutionary ramifications for the molecular diagnostics market worldwide. We are on track for commencement of clinical trials by our second quarter earnings call this August in anticipation of submission of the device to the FDA following the successful completion of those trials.

We would like to emphasize that we believe this PCR platform will come to represent the highest level of utility for at-home point-of-care applications, extending far beyond COVID. . . . [I]t facilitates gold standard PCR results in around 30 minutes, utilizing a disposable sample collection cup or a cartridge that is considerably less expensive than other molecular non-PCR COVID-19 product offerings.

In addition, a significant benefit of the platform is its ability to multiplex, that is to test for numerous disease states with 1 sample. Ultimately, we anticipate end users will be able to differentiate between diseases that have similar symptoms through the multiplex syndromic panels that the company expects to introduce over time. . . .

Our patented CoPrimer molecule has unique properties associated with multiplexing PCR, and we intend to bring the full power and capabilities of our proprietary technology to our new Co-Dx PCR platform. With the forthcoming product launch of the platform, we believe the company will be at the epicenter of at-home point-of-care testing throughout the world.

We have been aggressively setting the stage for our product launch through attendance at multiple international and domestic conferences as we position ourselves to participate in a whole new field of at-home point-of-care testing for a range of pathogens when we are cleared to begin marketing activities for the product.

Ex. 76, May 12, 2022 Earnings Call Transcript, at 5.

37.     On August 11, 2022, at 4:30 p.m. ET, after the markets closed and following the disclosure of Co-Diagnostics' Q2 2022 financial results, Co-Diagnostics hosted a conference call with investors and analysts (the "August 11, 2022 Earnings Call"). *See* Greene Decl. ¶ 18, Ex. 17, Co-Diagnostics Form 8-K, filed August 11, 2022 ("August 11, 2022 8-K"); *id.* ¶ 78, Ex. 77, S&P

9

Global, Co-Diagnostics (CODX) Q4 2021 Earnings Call Transcript, dated August 11, 2022 ("August 11, 2022 Earnings Call Transcript").

38.     On the August 11, 2022 Earnings Call, Co-Diagnostics provided additional updates regarding the at-home PCR test and indicated that it had not yet commenced clinical trials:

> **Dwight H. Egan**
> *Chief Executive Officer & Director, Co-Diagnostics, Inc.*
>
> It is important to remember the high standard to which we hold ourselves and our goal of delivering products that are high quality, reliable and durable, and we look forward to announcing soon that we have commenced clinical trials. This device and platform is transformative and it will fundamentally alter the way the world thinks about at-home and point-of-care testing. However, time lines for such innovations are always fluid. To put it simply, if it were easy, anyone could do it. . . .
>
> Our progress in the development of the Co-Dx PCR Home platform is reflected in the expansion of our campus, where it is being developed, optimized and manufactured.
>
> We have expanded our operations to include 4 buildings, housing, more than 70 engineers, scientists and support staff working to help make gold standard PCR ubiquitously available, including in areas of the world where infrastructure and pricing have traditionally made PCR unfeasible.

Ex. 77, August 11, 2022 Earnings Call Transcript, at 5; *see also id.* at 9 ("We'll have it into clinical trials, as we said, in the near term, but we're not going to put it in before we are totally confident in how it's performing and how much we've been able to optimize it. But it's not far away.").

39.     Analysts, including Sidoti & Company, LLC ("Sidoti"), H.C. Wainwright & Co. ("H.C. Wainwright"), Litchfield, and Maxim Group ("Maxim"), regularly reported on Co-Diagnostics' ongoing development of the at-home PCR platform:

> **Sidoti**
>
> **Management indicated that trial for the PCR point-of-care systems is due to start in the next three months** . . . . **The company is in the final stages of developing a unique point-of-care PCR test system for multiple diseases**. Co-Diagnostics' current test must be completed in a clinical lab using standard diagnostic equipment designed to run samples in large batches. The company is

developing the Co-Dx PCR Home Device, a portable system that can complete a large menu of tests, including the presence of genetic material for Covid-19, on a single patient sample taken in the home or office. The systems are expected to be more accurate than current point-of-care antigen tests. . . . [C]hange[s] delayed the start of the clinical trial a few months, and we now expect approval 1H:23. We assume that the company introduces the Co-Dx PCR Home Device in 2023, with sales ramping over the ensuing quarters.

Greene Decl. ¶ 79, Ex. 78, Sidoti & Company, LLC, "1Q:22 Results Exceed Expectations; Expect Earnings To Decline In 2022, As Covid Cases Level Off, Before Rebounding In 2023 With Release Of Point-Of-Care System; Maintain $14 Target, Buy Rating," May 13, 2022 ("Sidoti May 2022 Report"), at 1-2 (emphasis in original).

### H.C. Wainwright

**Point-of-care PCR device may be submitted for EUA later this year.** Co-Diagnostics continues to develop the at-home/point-of-care PCR diagnostic platform Co-Dx based on its proprietary CoPrimer technology. This device has a test menu that includes COVID-19 and other infectious diseases. . . . Management expects to start clinical trials of the device this summer. We believe the clinical trials could be completed later this year, followed by an [EUA] application submission to the FDA. . . . In our view, the Co-Dx platform's ability . . . may potentially drive top-line growth in the future.

Greene Decl. ¶ 80, Ex. 79, H.C. Wainwright & Co., "1Q22 Financial Results Reported; Reiterate Buy; Modulating PT to $12," May 16, 2022 ("H.C. Wainwright May 2022 Report"), at 1 (emphasis in original).

### Litchfield

**New diagnostic platform, the CO-DX is tracking to plan.** The company is advancing the development of its low-cost, highly accurate, multiplexable Point-of-Care (POC) and at-home diagnostic PCR cartridge-based platform for a variety of diseases and COVID. We expect it to enter clinical trials soon and we believe it will represent a major new growth vehicle for the company. We can imagine this product in every home as one of the ways we "live with COVID."

Greene Decl. ¶ 81, Ex. 80, Litchfield Hills Research, "CODX beats 1Q22 Consensus but drops forward guidance – Reiterate Buy rating and $29 PT," May 16, 2022 ("Litchfield May 2022 Report"), at 1 (emphasis in original).

11

**Maxim**

> Beyond COVID-19, the company is working on a number of infectious disease products including a multi STI panel which is in ongoing development and its monkeypox PCR test which has completed design, and reagents have been shipped to a distributor. In addition, the company continues to advance its at-home rapid PCR device.

Greene Decl. ¶ 82, Ex. 81, Maxim, "Easing of Testing Mandates and Lack of Government Funding for Testing Programs Result in Revenue Decline," Aug. 12, 2022 ("Maxim August 2022 Report"), at 1.

**Sidoti**

> **The company is in the final stages of developing a unique point-of-care PCR test system for multiple diseases**. . . . [C]hanges have delayed the start of the clinical trials a few months, and we now expect 22H:23 approval . . . .

Greene Decl. ¶ 83, Ex. 82, Sidoti & Company, LLC, "2Q:22 Results Well Below Expectations As Demand For COVID-19 Testing Falls Faster-Than-Expected; Lower Price Target To $5 (From $14); Downgrade Rating To NEUTRAL (From BUY)," August 12, 2022 ("Sidoti August 2022 Report"), at 2 (emphasis in original); *see also id.* (identifying "Delays in new product approvals" as the only "Key Risk"); Greene Decl. ¶¶ 86 - 90, Exs. 85 - 89 (additional analyst reports on Co-Diagnostics from Sidoti, dated March 4, 2022 and March 25, 2022; Litchfield, dated March 28, 2022; and H.C. Wainwright, dated March 25, 2022 and July 12, 2022).

## II.    STADIUM CAPITAL LLC

40.    Stadium Capital purchased 15,000 shares of Co-Diagnostics' publicly traded common stock on July 25, 2022 and 21,000 shares of Co-Diagnostics' publicly traded common stock on July 26, 2022. *See* ECF No. 1, Initial Compl., at 16-17.

41.    Joseph Zicherman is the Managing Director of Stadium Capital and brought this lawsuit on behalf of a class of all persons and entities who purchased Co-Diagnostics' publicly traded common stock during the Class Period. *See* AC ¶ 1.

12

**42.** Joseph Zicherman testified that he purchased Co-Diagnostics stock based on statements Mr. Dwight Egan made at a conference in June 2022. Greene Decl. ¶ 31, Ex. 30, Deposition of Joseph Zicherman, dated Nov. 15, 2024 ("Zicherman Dep. I") 78:11-80:16; 83:3-14, 84:22-25, 124:3-17, 144:15-146:16; *id.* ¶ 32, Ex. 31, Deposition of Joseph Zicherman, dated Feb. 4, 2025 ("Zicherman Dep. II") 253:4-254:25, 273:14-274:3, 305:8-307:5.

## III. VOLATILITY IN THE COVID TESTING MARKET

### A. COVID Evolves In Waves With Variation In Transmissibility And Severity

**43.** Over 40 known COVID mutations have emerged since the disease was first observed in December 2019. *See* Greene Decl. ¶ 92, Ex. 91, Expert Report of Thomas C. Tsai, MD, MPH, dated Nov. 20, 2024 ("Tsai Rpt.") ¶ 15.

**44.** The high number of COVID mutants and variants, and the continued evolution of future variants, makes it difficult to predict the virus's behavior and spread. *Id.* ¶ 15.

**45.** By early 2022, five COVID variants of concern had emerged, each with its own subvariants and varying rates of transmission and severity. *Id.* ¶ 16.

**46.** In May of 2022, Omicron was the dominant global COVID variant, which exhibited significant resistances to vaccines. *Id.*

**47.** Omicron's lineages also had increased transmissibility compared to previous COVID variants, and by the spring of 2022, Omicron subvariants BA.2 and BA.2.12.1 were circulating and beginning to surge in the United States. *Id.*

**48.** COVID demonstrates a pattern of rising and falling waves—furthermore, multiple variants and lineages exist and circulate at any point in time, with one lineage often becoming dominant until a new mutation emerges. *Id.* ¶ 17; *see also* Greene Decl. ¶ 30, Ex. 29, Deposition of Thomas C. Tsai, MD, MPH ("Tsai Dep.") 57:15-58:4, 88:22-89:17, 90:16-91:9; *see also id.* 61:12–62:11.

**49.**    The following figure illustrates the pattern of rising and falling waves throughout COVID:

**COVID Variant Sequences in the U.S.**



Ex. 91, Tsai Rpt. ¶ 17, Fig. 1.

**50.**    Different properties of COVID variants—e.g., transmissibility and severity—result in different impacts on public health with each wave. *See* Ex. 91, Tsai Rpt. ¶ 17; *see also* Ex. 29, Tsai Dep. 58:6-59:5.

**51.**    COVID demonstrates a certain degree of seasonality, often with winter and summer peaks, but the U.S. Centers for Disease Control and Prevention (the "CDC") has stated "[t]here is no distinct COVID-19 season"—as illustrated here:

**COVID Cases in North and South America**
**March 1, 2020 through December 31, 2022**



Ex. 91, Tsai Rpt. ¶ 24, Fig. 3 (quoting Nat'l Ctr. for Immunization & Respiratory Disease, "COVID-19 Can Surge throughout the Year," CDC, July 3, 2024, https://www.cdc.gov/ncird/whats-new/covid-19-can-surge-throughout-the-year.html (the "NCIRD July 3, 2024 Article")).

52.     Irregular surges in COVID have frequently emerged due to waning immunity and the impact of new COVID variants. *Id.* ¶ 24.

53.     As illustrated in paragraph 51 above, an off-season wave of Omicron lineages BA.2 and BA.2.12.1 as well as an unanticipated surge of BA.5 were beginning to emerge before and during the Class Period, while another surge was expected in the fall of 2022. *Id.*

54.     Public health experts, including the CDC, recognize that "the evolution of new variants remains unpredictable," even today. *Id.* ¶ 24 (quoting the NCIRD July 3, 2024 Article).

**55.** By the spring of 2022, scientists, public health officials, and epidemiologists agreed that COVID would continue to evolve and spread, producing new variants with fluctuating impacts on public health. *Id.* ¶ 25.

**B.    Factors Influencing Demand In The COVID-Testing Market**

**56.** Demand for COVID testing from 2020 through 2022 was volatile. Ex. 91, Tsai Rpt. ¶ 23.

**57.** Public health experts believe there are many factors that interact with each other and influence the demand for COVID tests, including: 1) disease susceptibility and severity (i.e., how contagious and serious the symptoms associated with infection are), 2) the response of public health experts and policymakers, and 3) the perception of risk (i.e., the public's views on the risks associated with infection or not following professional guidance). *Id.*

**58.** By Spring of 2022, it was widely discussed among experts that that these factors were highly variable and difficult to accurately predict given COVID's continued evolution. *Id.*

**59.** One of the primary drivers of demand for COVID tests is the change in cases of infection. *Id.*

**60.** Accordingly, demand for tests has generally tracked the patterns of the COVID waves, rising when cases of COVID rose and declining when cases of COVID declined—as illustrated below:

16

**U.S. COVID Lab Testing Tracked Cases of COVID Pre-Class Period
March 1, 2020 through May 8, 2022**



Ex. 91, Tsai Rpt. ¶ 26, Fig. 4.

**61.**     Given the strong correlation between the use of COVID tests and surges in cases, demand for tests fluctuated with the relative transmissibility of each COVID variant. *Id.*

**62.**     This variability in COVID demand is reflected in the shipment patterns for COVID tests; COVID molecular test manufacturers experienced cyclical demand for their products because of new-emerging variants. *Id.* ¶ 26.

**63.**     Data from the AdvaMed COVID-19 Diagnostics Supply Registry—which reports weekly testing data compiled from thirteen leading diagnostic companies who together comprise roughly 80% of total molecular testing in the U.S.—demonstrate the cyclical and unpredictable nature of COVID testing demand, with shipments rising as a response to increasing demand for

tests at the onset of the Delta and Omicron variants and falling as cases decreased. *Id.* ¶ 26 (referring to data set forth in "Diagnostics Industry Mobilization," AdvaMed, May 2022).

64.    Variability in demand was further compounded by varying amounts of inventory held by testing distributors and diagnostics labs as well as uncertainty regarding expirations of existing testing inventory. *Id.*

65.    The severity of a COVID wave also informed demand for COVID tests; increases in the intensity or severity of symptoms are associated with an increasing testing propensity. *Id.* ¶ 27.

66.    Due to the irregularity of patterns in COVID transmissibility and severity from variant to variant and wave to wave, along with other factors, it was difficult to predict demand for tests in 2022. *Id.*

67.    The evolution of COVID variants and differential impacts on public health also led to varying responses by public health professionals and policymakers. *Id.* ¶¶ 28-29.

68.    The decisions of policymakers, messaging of public health experts, and impact of particular policies in different jurisdictions all changed over time as new variants came and went, making it very difficult to predict infections and testing demand in coming months. *Id.* ¶ 28.

69.    The rollout of vaccines throughout 2021 complicated the dynamics of COVID transmission and testing in the United States. *Id.* ¶ 30.

70.    As vaccines became more available in the United Stated in 2021, public policies shifted away from testing in favor of vaccination criteria—a change that was widely discussed at the time. *Id.*

**71.** When Omicron emerged late in 2021, however, it was highly contagious despite vaccination, leading some institutions and governments to reinstitute some of the testing mandates and restrictions they had recently rolled back. *Id.*

**72.** The initial Omicron wave receded in the spring of 2022, but there remained uncertainty as to whether and how vaccination rates and policies would continue to impact demand for COVID tests. *Id.*

**73.** Experts recognize that the potential for future variants to evade immunity, coupled with increased risk of transmission as employees returned to workplaces, could generate demand for tests, despite the shift to vaccine mandates. *Id.*

**74.** Government travel restrictions and travel-related testing mandates also impacted demand for COVID tests in 2022. *Id.* ¶¶ 31-32.

**75.** Changes in government travel restrictions and travel-related testing mandates impacted demand both directly (through testing mandates) and indirectly (through increased/decreased transmission), driving demand for tests higher or lower at different times. *Id.*

**76.** State and local health policies varied significantly across geographies and over time and impacted testing demand. *Id.* ¶ 32.

**77.** By 2022, state-specific testing and vaccination mandates, mask requirements, and school closures were regularly being adjusted based on evolving health data, public opinion, and economic factors that differed by state. *Id.*

**78.** This continual change in regulations resulted in erratic increases and decreases in testing demand both within states and nationwide, as people reacted to the newest guidelines issued by their states and their sense of risk fluctuated. *Id.*

19

79.     Guidelines from professional health societies further informed demand for tests throughout the COVID pandemic. *Id.* ¶ 33.

80.     In many cases, patients seeking care in healthcare facilities in early 2022 were encouraged or required to take routine pre-procedural COVID tests and hospitals needed a consistent supply of COVID tests to adhere to these recommendations. *Id.*

81.     At all times, demand for COVID tests has also depended on changing public perceptions of the risk of contracting or transmitting COVID, which have varied significantly over time and across individuals and geographies, leading to differential adoption of protective behaviors. *Id.* ¶ 34.

82.     Studies have found that when individuals perceive higher risks associated with COVID, they are more likely to report adopting protective behaviors such as social distancing, wearing masks, and limiting travel, as well as getting tested. *See id.*

83.     Studies show that the perceived risk associated with COVID declined as the pandemic continued. *Id.* ¶ 35.

84.     Variation and fluctuations in public perceptions of risk and adherence to public health guidelines affected demand for COVID tests—for example: in the United States, research showed increased hesitancy in getting COVID vaccines between 2021 and 2022, with up to 44.6% of the surveyed population expressing concerns. *Id.*

85.     High rates of vaccine hesitancy, lack of policy adherence, and waning vaccine efficacy over time, created a risk in the spring of 2022 that COVID cases (and testing demand) would expand with the next COVID wave. *Id.*

20

**C.     Predicting COVID Testing Demand Was Even More Challenging In Spring 2022**

86.     In April and May 2022, it was widely understood and stated by those in the COVID testing industry that the historical volatility in COVID testing demand, exacerbated by other factors, made it increasingly difficult to accurately predict demand for COVID PCR tests over the summer and for the rest of the year. Ex. 91, Tsai Rpt. ¶ 14.

87.     At the same time, statements by industry and public health and government officials in the spring of 2022 show that they reasonably expected long-term demand for COVID tests to remain strong since future variants and waves inevitably would emerge and bring increased demand again, it was just unknown as to when this would happen. *Id.*

88.     Factors indicating that there would be continued demand for lab-based PCR tests, like the Logix test, throughout 2022, included:

a.     Prior to November 2022, there was not a reliable method of reporting results of at-home COVID antigen test, meaning that lab PCR tests remained an important source of data to monitor public health. *Id.* ¶ 21.

b.     In January 2022, the federal government was committed to "increase[ing] capacity for lab-based COVID-19 testing" and noted the United States was "conducting more lab-based tests per capita than many peer countries, including Germany, Canada, and Japan." *Id.* (quoting *FACT SHEET: The Biden Administration to Begin Distributing At-Home, Rapid COVID-19 Tests to Americans for Free*, The American Presidency Project, Jan. 14, 2022, available at https://www.presidency.ucsb.edu/documents/fact-sheet-the-biden-administration-begin-distributing-home-rapid-covid-19-tests-americans).

c.     Clinical guidelines requiring molecular testing at hospitals and other medical institutions remained in place in the spring of 2022, and hospitals needed a consistent supply of COVID tests to adhere to these recommendations.[3] *Id.* ¶¶ 33, 41.

---

[3] The recommendation for universal COVID testing upon admission at hospitals was not lifted until December 21, 2022 by the Society for Healthcare Epidemiology of America ("SHEA") and American Society of Anesthesiologists ("ASA"); the American College of Surgeons did not withdraw the recommendation for routine preprocedural COVID testing until January 2023; and U.S. nursing homes were guided to perform screening testing for COVID among staff and admitted patients until the end of the public health emergency in May 2023. Ex. 91, Tsai Rpt. ¶ 41.

21

d. By the spring of 2022, scientists, public health officials, and epidemiologists believed that COVID would continue to evolve, producing new variants with fluctuating impacts on public health. *Id.* ¶ 25.

e. As of April 7, 2022, public health experts predicted a surge in COVID cases in the fall of 2022. *Id.* ¶ 24.

f. In the spring of 2022, as employees returned to in-office work following the Omicron surge, public health experts anticipated the need for increased COVID testing. *Id.* ¶ 30.

g. In spring 2022, certain travel-related testing mandates remained in effect. *Id.* ¶¶ 31, 40 n.89.

89. Many other factors in the spring of 2022 made it especially difficult to predict testing demand through the end of 2022 after the peak of the initial Omicron lineage, including concern for and difficulties in predicting the health impacts of new Omicron variants, changes to the public health response to the pandemic, and shifting public perception of risk. *Id.* ¶ 36.

90. Omicron raised concerns about potential new and severe waves, especially in light of Omicron's vaccine evasion, but the timing and impact of future waves were increasingly difficult to accurately predict. *Id.* ¶ 37.

91. The newly emergent Omicron variants demonstrated a high degree of antigenic divergence compared with earlier variants, threatening the efficacy of vaccines and treatments based on any single variant and further limiting forecasters' ability to project public health developments. *See id.* ¶ 37; Ex. 29, Tsai Dep. 59:7-17.

92. The Biden Administration's National COVID-19 Preparedness Plan released in or about March 2022 highlighted concerns about potential new and severe waves, listing "[p]repare for new variants" as one of four top goals. Ex. 91, Tsai Rpt. ¶ 37.

93.     By the spring of 2022, public health experts and policymakers expressed concerns that the Omicron lineages BA.2 and BA.5, which had recently emerged, were expected to increase cases and thus demand for testing by the summer of 2022. *Id.*

94.     In the spring of 2022, complications in the rollout and adoption of vaccines continued to add uncertainty regarding demand for tests—for example, the Biden Administration's vaccine mandates became mired in legal challenges, casting doubt on the scope, scale, and enforceability of vaccine mandates in the United States. *Id.* ¶ 39.

95.     These legal battles included litigation over the vaccine mandate for federal employees, which a federal court of appeals upheld in April 2022, reversing an injunction from a lower court. *Id.*

96.     While the Supreme Court upheld vaccine mandates for healthcare workers in January 2022, sixteen states commenced new litigation in February 2022. *See id.*

97.     The United States was an early leader globally in terms of its initial rollout of booster vaccines, but it then became a laggard by the spring of 2022, further complicating the outlook for immunization and testing demand. *Id.*

98.     Regional variation in testing utilization and vaccination rates (both internationally and within the United States) also existed in the spring of 2022. *Id.* ¶ 40.

99.     Immunization levels varied widely by geography heading into the spring of 2022, with some states registering "first-jab" vaccination rates over 90% and others between 50% and 60% vaccinated as of January 31, 2022, which laid the foundation for divergent conditions on a state-by-state basis and added public health crosscurrents nationally. *Id.*

23

**100.**    In the spring of 2022, individual behavior appeared to be changing in the wake of multiple COVID waves, but these changes had not yet settled into a new "endemic" pattern. *Id.* ¶ 42, Tbl. 2.

**101.**    Variations in perceived risk as well as "pandemic fatigue" behaviors complicated any attempt to predict testing demand in the spring of 2022: on the one hand, given the continued high risk of infection from Omicron, lower perceived risk by the public might lead to fewer preventive measures taken, including tests taken, whereas on the other hand, a reduction in preventive measures might contribute to an increase in COVID cases and, in turn, demand for tests. *Id.* ¶ 43.

**102.**    By May 2022, the difficulty in accurately predicting future COVID cases and testing demand was well documented and widely discussed. *Id.* ¶¶ 43-44; *see also* Greene Decl. ¶ 94, Ex. 93, Reply Report of Vinita Juneja, Ph.D., dated Jan. 10, 2024 ("Juneja Reply"), ¶ 17.

**103.**    On May 6, 2022, the Biden Administration warned that the United States could see a renewed wave of COVID-19 in the coming fall and winter, predicting up to 100 million new COVID-19 infections and a potential surge of COVID related deaths. Ex. 91, Tsai Rpt. ¶37, Tbl. 1; *see also* Greene Decl. ¶ 110, Ex. 109, Email to S. Egan and D. Egan re NY Times: Coronavirus: Expecting a fall surge, dated May 9, 2022.

**104.**    Uncertainty regarding the future of the COVID-19 pandemic continued in the summer of 2022, as demonstrated by article published on July 19, 2022 in *Science*, which proclaimed that "scientists have no idea what comes next." Ex. 93, Juneja Reply ¶ 17 (quoting Kai Kupferschmidt, *As Omicron Rages On, Scientists Have No Idea What Comes Next*, Science, July

24

19, 2022, https://www.science.org/content/article/omicron-rages-scientists-have-no-idea-what-comes-next).

106. On June 10, 2022, the CDC rescinded its order requiring a negative pre-departure COVID-19 test prior to boarding a flight bound for the United States. *Id.*

106. On August 11, 2022, at 3:00 p.m. ET—an hour and a half prior to Co-Diagnostics' earnings call—the CDC published updated COVID-19 guidance, which stated that "screening testing of asymptomatic people without known exposures will no longer be recommended in most community settings." *Id.* (quoting Press Release, CDC, CDC Streamlines COVID-19 Guidance to Help the Public Better Protect Themselves and Understand Their Risk, Aug. 11, 2022, https://archive.cdc.gov/#/details?url=https://www.cdc.gov/media/releases/2022/p0811-covid-guidance.html).

107. The COVID public health emergency lasted until May of 2023. Ex. 29, Tsai Dep. 90:18–91:9.

## IV.    RELEVANT PUBLIC COVERAGE

108. In the months leading up to and during the Class Period, numerous public sources discussed how COVID-19 safety protocols and guidance in different parts of the country were changing, including changes to mandates requiring masks, negative COVID-19 tests, and proof of vaccination in schools, public venues, and travel:

   a. **February 9, 2022, Associated Press:** "Illinois Gov. J.B. Pritzker said Wednesday that at the end of the month he will lift the requirement for wearing face coverings in most indoor spaces to slow the spread of COVID-19, but the mandate will stay in place for K-12 schools where students, teachers and staff are clustered together. Pritzker said masks will no longer be required to enter restaurants, grocery stores or other indoor spaces starting Feb. 28." Greene Decl. ¶ 36, Ex. 35, John O'Connor, *Illinois Governor to Lift Mask Mandate Except for Schools*, AP News, Feb. 9, 2022, https://apnews.com/article/coronavirus-pandemic-health-illinois-899f9fbb9455ad25c82fb82327a7c652.

b. **February 10, 2022, San Antonio Report:** "Northside Independent School District will return to 'strongly encouraging' instead of requiring the wearing of masks Monday, three weeks after reinstating the districtwide mandate. . . . The district restored the mask mandate Jan. 20 while trying to combat the supercontagious omicron variant of the coronavirus and the high rates of absenteeism that accompanied it." Greene Decl. ¶ 37, Ex. 36, Brooke Crum, *San Antonio's Largest School District to Lift Mask Mandate*, San Antonio Report, Feb. 10, 2022, https://sanantonioreport.org/northside-isd-to-lift-mask-mandate/.

c. **February 11, 2022, NPR:** "Vaccinated travelers can enter Britain without taking any coronavirus tests starting Friday, after the government scrapped one of the final restrictions imposed over the past two years in response to COVID-19." Greene Decl. ¶ 38, Ex. 37, *U.K. Lifts All Testing Requirements for Vaccinated Travelers Starting Today*, NPR, Feb. 11, 2022, https://www.npr.org/2022/02/11/1080053580/u-k-lifts-all-testing-requirements-for-vaccinated-travelers-starting-today.

d. **February 25, 2022, NBC News:** "Most Americans are safe going without a mask in indoor settings, including in schools, the Centers for Disease Control and Prevention said Friday. . . . It's a dramatic shift from the previous guidance, which recommended masks in counties with substantial or high transmission, a category that covered the vast majority of the country." Greene Decl. ¶ 40, Ex. 39, Berkeley Lovelace Jr., *Indoor Mask Use No Longer Necessary Across Most of the U.S., CDC Says*, NBC News, Feb. 25, 2022, https://www.nbcnews.com/health/health-news/cdc-indoor-masking-no-longer-necessary-us-rcna17686.

e. **March 3, 2022, 10TV News:** "Columbus City Schools announced on Thursday masks will be optional inside buildings and buses for students, staff and visitors starting next week. According to a release by school officials Thursday, the district's mask mandate will be lifted starting March 8." Greene Decl. ¶ 42, Ex. 41, *Columbus City Schools Lifting Mask Mandate for Students & Staff*, 10TV News, Mar. 3, 2022, https://www.10tv.com/article/news/health/coronavirus/columbus-city-schools-masks-mandate/530-44f39930-66bb-4a9a-9d6b-dc1b610ab4e4.

f. **March 10, 2022, NBC News:** "The Transportation Security Administration is extending the mask mandate on public transportation until April 18, according to a White House official and a TSA official. . . . The requirement was set to expire on March 18 after having been extended twice before." Greene Decl. ¶ 43, Ex. 42, Heidi Przybyla, *TSA to Extend Mask Mandate for Planes, Public Transportation Until April 18*, NBC News, Mar. 10, 2022, https://www.nbcnews.com/politics/white-house/tsa-extend-mask-mandate-planes-public-transportation-april-18-rcna19514.

g. **March 17, 2022, Washington Post:** "Fully vaccinated travelers soon will be able to travel to Canada without presenting a negative coronavirus test, the country's public health agency announced Thursday. The eased policy goes into effect April

1 and applies to visitors who arrive by air, land or sea." Greene Decl. ¶ 48, Ex. 47, Gabe Hiatt, *Canada to Drop Testing Requirements for Vaccinated Travelers Starting April 1*, Wash. Post, Mar. 17, 2022, https://www.washingtonpost.com/travel/2022/03/17/canada-lifts-testing-restrictions-vaccinated-travel/.

h.  **March 30, 2022, NBC News:** "A city of Los Angeles mandate requiring people to show proof of COVID-19 vaccination to enter many indoor businesses and large outdoor events is being eliminated. . . . Meanwhile, Los Angeles County will align with the state on Friday and lift the requirement that attendees of indoor mega-events with 1,000 or more people—such as sporting events or concerts—show proof of COVID vaccination or a negative test." Greene Decl. ¶ 52, Ex. 51, *City Council Lifts LA's Proof of COVID-19 Vaccination Mandate*, NBC News, Mar. 30, 2022, https://www.nbclosangeles.com/news/local/la-city-council-vaccine-proof-mandate-covid-coronavirus/2859298/.

i.  **April 1, 2022, New York Times:** "Mayor Eric Adams announced on Friday that New York City will keep its school mask mandate in place for children under 5 in response to rising coronavirus cases in the city. Mr. Adams had planned to lift the mask mandate starting on Monday if coronavirus cases remained low. But he decided on Friday that preschoolers should continue to wear masks because they are too young to be vaccinated and cases are increasing again in the city, a rise fueled by an Omicron subvariant, BA.2, that is now dominant in the United States." Greene Decl. ¶ 54, Ex. 53, Emma Fitzsimmons, *New York City Keeps Mask Mandate for Kids Under 5 as Cases Rise*, N.Y. Times, Apr. 1, 2022, https://www.nytimes.com/2022/04/01/nyregion/eric-adams-mask-mandate-children.html.

j.  **April 1, 2022, San Francisco Chronicle:** "A Bay Area elementary school has restored its mask mandate after reporting a sudden increase in COVID-19 cases. . . . 'This is to be expected,' said UC Berkeley infectious disease expert Dr. John Swartzberg, referring to the spike. 'We still have circulating virus in our community, albeit at a much lower level than we've had since last year ... but it's not like there's no virus here.'" Greene Decl. ¶ 55, Ex. 54, Annie Vainshtein, *This Bay Area School is Reinstating its Mask Mandate After a COVID-19 Spike*, San Francisco Chronicle, Apr. 1, 2022, https://www.sfchronicle.com/bayarea/article/This-Bay-Area-school-is-reinstating-its-mask-17052224.php.

k.  **April 13, 2022, PBS News:** "The Biden administration announced Wednesday that it is extending the nationwide mask requirement for public transit for 15 days as it monitors an uptick in COVID-19 cases. The Centers for Disease Control and Prevention said it was extending the order, which was set to expire on April 18, until May 3 to allow more time to study the BA.2 omicron subvariant that is now responsible for the vast majority of cases in the U.S." Greene Decl. ¶ 59, Ex. 58, Zeke Miller, *CDC Extends Public Transit Mask Requirement to May 3 as COVID*

27

*Cases        Tick        Up*,     PBS      News,      Apr.      13,       2022, https://www.pbs.org/newshour/nation/cdc-extends-public-transit-mask-requirement-to-may-3-as-covid-cases-tick-up.

l.  **April 17, 2022, NBC News:** "Last week, Philadelphia announced it was reinstating an indoor mask mandate until rates drop again. Meanwhile, the Centers for Disease Control and Prevention changed course and said masks will continue to be required on commercial flights until at least May 3. That mandate had originally been set to expire Monday." Greene Decl. ¶ 61, Ex. 60, Dante Chinni, *Covid Infections Rise, but Hospitalizations Remain Low*, NBC News, Apr. 17, 2022, https://www.nbcnews.com/meet-the-press/fear-uncertainty-apathy-covid-infections-rise-hospitalizations-remain-low-n1294490.

m. **April 22, 2022, CBC News:** "The United States government is extending a requirement that non-U.S. citizens crossing land or ferry terminals at the U.S.-Mexico and U.S.-Canada borders must be vaccinated against the coronavirus. The requirements were first adopted in November as part of reopening the United States to land crossings by foreign tourists after the borders had been closed to most visitors since March 2020. The vaccination requirements had been set to expire on Thursday." Greene Decl. ¶ 62, Ex. 61, *U.S. Extends COVID-19 Vaccination Requirement for Those Entering at Land, Ferry Points*, CBC News, Apr. 22, 2022, https://www.cbc.ca/news/world/us-covid-border-extension-1.6427514.

n.  **May 27, 2022, California Healthline:** "[California] Democrats blamed the failure of their vaccine mandates on the changing nature and perception of the pandemic. They said the measures became unnecessary as case rates declined earlier this year and the public became less focused on the pandemic. . . . Other states have also largely failed to adopt covid vaccine requirements this year. Washington, D.C., was the only jurisdiction to pass legislation to add the covid vaccine to the list of required immunizations for K-12 students once the shots have received full federal authorization for kids of those ages." Greene Decl. ¶ 72, Ex. 71, Rachel Bluth, *Politics and Pandemic Fatigue Doom California's Covid Vaccine Mandates*, California        Healthline,        May        27,        2022, https://californiahealthline.org/news/article/politics-and-pandemic-fatigue-doom-californias-covid-vaccine-mandates/.

o.  **June 10, 2022, CDC Press Release:** "Today, CDC is announcing that the Order requiring persons to show a negative COVID-19 test result or documentation of recovery from COVID-19 before boarding a flight to the United States, will be rescinded, effective on June 12, 2022 at 12:01 AM ET." Greene Decl. ¶ 73, Ex. 72, Press Release, CDC, "CDC Rescinds Order Requiring Negative Pre-Departure COVID-19    Test    Prior    to    Flight    to    the    US," June    10,    2022, https://archive.cdc.gov/#/details?url=https://www.cdc.gov/media/releases/2022/s0610-COVID-19-test.html; *see also* Ex. 93, Juneja Reply ¶ 17.

28

p. **August 11, 2022, CDC Press Release:** "Recommending screening testing of asymptomatic people without known exposures will no longer be recommended in most community settings." Greene Decl. ¶ 75, Ex. 74, Press Release, CDC, "CDC Streamlines COVID-19 Guidance to Help the Public Better Protect Themselves and Understand Their Risk," Aug. 11, 2022, https://archive.cdc.gov/#/details?url=https://www.cdc.gov/media/releases/2022/p0 811-covid-guidance.html; *see also* Ex. 93, Juneja Reply ¶ 17.

109. Numerous public sources from March through May 2022 discussed the potential for new surges in COVID-19 infections in the coming months:

a. **March 17, 2022, ABC News:** "Experts fear that COVID-19 cases in the United States will rise in the next few weeks as the new BA.2 variant continues to spread. Data from the Centers for Disease Control and Prevention shows BA.2, which is a subvariant of omicron, has been tripling in prevalence every two weeks." Greene Decl. ¶ 46, Ex. 45, Mary Kekatos, *COVID Cases Predicted to Rise in Coming Weeks Because of New BA.2 Variant*, ABC News, Mar. 17, 2022, https://abcnews.go.com/Health/covid-cases-predicted-rise-coming-weeks-ba2-variant/story?id=83501592.

b. **March 19, 2022, New York Times:** "Scarcely two months after the Omicron variant drove coronavirus case numbers to frightening heights in the United States, scientists and health officials are bracing for another swell in the pandemic and, with it, the first major test of the country's strategy of living with the virus while limiting its impact. . . . 'I expect we'll see a wave in the U.S. sooner than what most people expect,' said Kristian Andersen, a virologist at the Scripps Research Institute in La Jolla, Calif. He said that it could come as soon as April, or perhaps later in the spring or the early summer." Greene Decl. ¶ 50, Ex. 49, Benjamin Mueller, *Another Covid Surge May Be Coming. Are We Ready for It?*, N.Y. Times, Mar. 19, 2022, https://www.nytimes.com/2022/03/19/health/covid-ba2-surge-variant.html.

c. **March 30, 2022, New York Times:** "The next wave of Covid-19 is coming, and in some parts of the United States, it's already here. Are you ready? The culprit this time is BA.2, a subvariant of the highly infectious Omicron variant. Nobody knows for sure how much havoc it will cause, but BA.2 has already led to a surge of cases in Europe and is now the dominant version of the coronavirus in the United States and around the world." Greene Decl. ¶ 53, Ex. 52, Tara Parker-Pope, *A New Wave of Covid-19 Is Coming. Here's How to Prepare*, N.Y. Times, Mar. 30, 2022, https://www.nytimes.com/2022/03/30/well/live/ba2-omicron-covid.html; *see also* Ex. 91, Tsai Rpt. ¶ 42.

d. **April 7, 2022, CNN:** "Dr. Anthony Fauci, director of the National Institute of Allergy and Infectious Diseases, said on Wednesday that he thinks there will be an uptick in cases of Covid-19 over the next few weeks and that it is likely that there

could be a surge in the fall." Greene Decl. ¶ 56, Ex. 55, Naomi Thomas, *US Likely to See a Surge of Covid-19 in the Fall, Fauci Says*, CNN, Apr. 7, 2022, https://www.cnn.com/2022/04/07/health/fauci-covid-fall-surge/index.html;   *see also* Ex. 91, Tsai Rpt. ¶ 24.

e. **April 10, 2022, NBC News:** "At first glance, U.S. Covid cases appear to have plateaued over the past two weeks, with a consistent average of around 30,000 cases per day, according to NBC News' tally. But disease experts say incomplete data likely masks an upward trend. In Washington, D.C., for example, several high-profile government figures recently tested positive, including House Speaker Nancy Pelosi, White House press secretary Jen Psaki and Attorney General Merrick Garland. 'I do think we are in the middle of a surge, the magnitude of which I can't tell you,' Zeke Emanuel, vice provost of global initiatives at the University of Pennsylvania, said." Greene Decl. ¶ 57, Ex. 56, Aria Bendix, *Incomplete Data Likely Masks a Rise in U.S. Covid Cases as Focus on Infection Counts Fades*, NBC News, Apr. 10, 2022, https://www.nbcnews.com/health/health-news/incomplete-data-likely-masks-rise-us-covid-cases-rcna23652; *see also* Ex. 91, Tsai Rpt. ¶ 37.

f. **May 6, 2022, NPR:** "For a few months, it looked like COVID-19 was retreating in the United States. But cases are rising across the country again. Still, public health leaders are signaling that the U.S. is turning another corner in this pandemic, and that continued COVID surges might just be part of the new normal." Greene Decl. ¶ 63, Ex. 64, *As COVID-19 Cases Surge Again, Public Health Leaders See a Turning Point*, NPR, May 6, 2022, https://www.npr.org/2022/05/04/1096757468/as-covid-19-cases-surge-again-public-health-leaders-see-a-turning-point.

g. **May 6, 2022, Washington Post:** "Several experts agreed that a major wave this fall and winter is possible given waning immunity from vaccines and infections, loosened restrictions and the rise of variants better able to escape immune protections. Many have warned that the return to more relaxed behaviors, from going maskless to participating in crowded indoor social gatherings, would lead to more infections. The seven-day national average of new infections more than doubled from 29,312 on March 30 to nearly 71,000 Friday, a little more than five weeks later." Greene Decl. ¶ 66, Ex. 65, Yasmeen Abutaleb, *Coronavirus Wave This Fall Could Infect 100 Million, Administration Warns*, Wash. Post, May 6, 2022, https://www.washingtonpost.com/health/2022/05/06/fall-winter-coronavirus-wave/.

h. **May 9, 2022, CNN:** "The Biden administration is issuing a new warning that the US could potentially see 100 million Covid-19 infections this fall and winter, as officials publicly stress the need for more funding from Congress to prepare the nation." Greene Decl. ¶ 67, Ex. 66, Paul LeBlanc, *Here's What the White House's Grim Coronavirus Warning Means for You*, CNN, May 9, 2022, https://www.cnn.com/2022/05/09/politics/white-house-100-million-covid-infections-projection-what-matters/index.html; *see also* Ex. 91, Tsai Rpt. ¶ 37.

i.  **May 9, 2022, New York Times:** "The Biden administration is preparing for the possibility that 100 million Americans will be infected with the coronavirus this fall and winter, according to an administration official. . . . The official predicted that the wave would begin this summer in the South as people move indoors to escape the heat. In the fall, it would begin to spread across the rest of the country as the weather turned cold." Greene Decl. ¶ 68, Ex. 67, Amelia Nierenberg, *A Coming Fall Surge? U.S. Officials Predict Another 100 Million Cases in Late 2022*, N.Y. Times, May 9, 2022, https://www.nytimes.com/2022/05/09/briefing/100-million-coronavirus-covid-us.html.

j.  **May 17, 2022, New York Times:** "For two months now there has been a persistent rise in known infections, driven almost entirely by Omicron subvariants. In recent days, the city logged on average more than 3,500 new daily cases, although those numbers significantly understate the virus's prevalence, as many infections are detected by at-home tests but never counted by the health authorities. Greene Decl. ¶ 71, Ex. 70, Joseph Goldstein, *New York City Coronavirus Cases Reach "High" Alert Level*, N.Y. Times, May 17, 2022, https://www.nytimes.com/2022/05/17/nyregion/nyc-covid-high-alert.html; *see also* Ex. 93, Juneja Reply ¶ 17.

110.    Numerous public sources from late 2021 through spring 2022 discussed the dramatic rise in testing that accompanied the Omicron wave and the drop in testing that followed, as Omicron subsided and market conditions began to change, including changes to certain federal funding related to the COVID-19 pandemic:

a.  **December 17, 2021, NBC News:** "As Americans prepare to travel for holiday gatherings, the celebrations appear increasingly likely to overlap with surging Covid-19 cases and the rapid spread of the omicron variant. Those threats, in turn, are spurring a clamor for PCR testing, rapid tests and at-home kits." Greene Decl. ¶ 34, Ex. 33, Erik Ortiz, *Covid Testing Demand Spikes Ahead of Holidays, With Long Lines at Sites*, NBC News, Dec. 17, 2021, https://www.nbcnews.com/news/us-news/covid-testing-demand-spikes-ahead-christmas-lines-sites-rcna9140.

b.  **January 10, 2022, Wall Street Journal:** "Escalating demand for Covid-19 tests is prompting some laboratories to ration access, giving priority to people with symptoms or other health concerns as the Omicron variant quickly spreads. . . . Laboratories in the U.S. were processing about 1.7 million Covid-19 tests a day as of Jan. 3, according to federal data, comparable to the number processed during last winter's surge." Greene Decl. ¶ 35, Ex. 34, Brianna Abbott, *Labs Limit Covid-19 Test Access as Demand Soars*, Wall Street Journal, Jan. 10, 2022, https://www.wsj.com/articles/labs-limit-covid-19-test-access-as-demand-soars-11641724202.

31

c.  **February 11, 2022, SGMC Health:** "South Georgia Medical Center has recently seen a dramatic drop in demand for COVID-19 testing and vaccination requests and is adjusting its operations accordingly. Because of this decline and the availability of home tests, SGMC will no longer operate the Drive-Thru Testing Site." Greene Decl. ¶ 39, Ex. 38, SGMC Health, *SGMC Adjusts Testing and Vaccinations for COVID-19*, Feb. 11, 2022, https://www.sgmc.org/sgmc-adjusts-testing-and-vaccinations-for-covid-19/.

d.  **March 1, 2022, CNN:** "As the United States emerges from the Omicron wave, Covid-19 testing has slowed to a fraction of what it was at the beginning of the year. . . . During a White House Covid-19 briefing last month, Dr. Tom Inglesby, senior adviser to the White House on coronavirus response, acknowledged that demand for tests will wane as cases decline but announced a plan to help sustain testing momentum. Officials have sent a formal request to the testing industry for proposals on how to face market volatility and supply chain struggles, as well as ideas about how to scale up manufacturing." Greene Decl. ¶ 41, Ex. 40, Amanda Sealy, *Demand for Covid-19 Testing is Falling, But Experts Caution it's as Important as Ever*, CNN, Mar. 1, 2022, https://www.cnn.com/2022/03/01/health/covid-testing-demand-decline/index.html.

e.  **March 15, 2022, ABC News:** "Americans will feel the impact of cuts to the U.S. COVID response as early as next week, the White House said Tuesday in a letter to congressional leaders, as efforts to get more funding sit stalled. . . . The funding crunch comes as cases of the BA.2 variant, a more transmissible strain of omicron, rise in other countries." Greene Decl. ¶ 45, Ex. 44, Cheyenne Haslett, *White House Says 1st Cuts to COVID Efforts will Hit Americans Next Week as Funding Stalls in Congress*, ABC News, Mar. 15, 2022, https://abcnews.go.com/Politics/white-house-1st-cuts-covid-efforts-hit-americans/story?id=83447485.

f.  **March 17, 2022, CBS News:** "What the models are saying, like all the experts are saying right now, is that we should be prepared to see growth in COVID over the next few months." Greene Decl. ¶ 47, Ex. 46, CBS News, *What's in the COVID-19 Forecast? New Variants Moving into Massachusetts*, Mar. 17, 2022, https://www.cbsnews.com/boston/news/covid-variant-ba2-deltacron-massachusetts-forecast/; *see also* Ex. 91, Tsai Rpt. ¶ 37.

g.  **March 29, 2022, NPR News:** "The first real-world consequences of dwindling federal COVID-19 funds have started to be felt in recent days. . . . Lost access to free care could fuel future outbreaks[.] As federal funds begin to dwindle, the strain on hospitals' budgets and the reduced access to COVID-19 prevention and care for uninsured patients could have ripple effects." Greene Decl. ¶ 51, Ex. 50, Selena Simmons-Duffin, *Free COVID Tests and Treatments No Longer Free for Uninsured, as Funding Runs Out*, NPR, Mar. 29, 2022,

https://www.npr.org/sections/health-shots/2022/03/29/1089355997/free-covid-tests-and-treatments-no-longer-free-for-uninsured-as-funding-runs-out.

h. **May 10, 2022, Associated Press:** "Testing increases as infections rise and people develop symptoms — and it falls along with lulls in new cases. Testing is rising again in the U.S. along with the recent surge. But experts are concerned about the size of the drop after the first omicron surge, the low overall levels of testing globally, and the inability to track cases reliably." Greene Decl. ¶ 69, Ex. 68, Laura Ungar, *Pandemic Gets Tougher to Track as COVID Testing Plunges*, Associated Press, May 10, 2022, https://apnews.com/article/covid-us-testing-decline-14bf5b0901260b063e4fa444633f4d31; *see also* Ex. 93, Juneja Reply ¶ 17.

111. In the months leading up to and during the Class Period, numerous public sources also reflected increasing uncertainty and difficulty in predicting future COVID waves, particularly in the wake of the Omicron surge, compounded by changes in individual behavior and "pandemic fatigue":

a. **March 13, 2022, CNN:** "With the unpredictability of the coronavirus, it's hard to know what will happen in the fall and winter, said David Montefiori, a virologist at Duke University Medical Center. 'This virus has thrown us some real curveballs,' Montefiori said. Some experts say the coronavirus could eventually become seasonal like flu, but he doesn't think it's there yet." Greene Decl. ¶ 44, Ex. 43, Jen Christensen, *Here's What Could Lie Ahead for the US in the Third Year of the Pandemic*, CNN, Mar. 13, 2022, https://www.cnn.com/2022/03/13/health/pandemic-year-three-predictions/index.html; *see also* Ex. 91, Tsai Rpt. ¶ 24.

b. **March 19, 2022, NPR News:** "[T]he impacts of the [BA.2] subvariant are hard to predict, because the 'landscape of immunity' varies by time and place, says Lauren Ancel Meyers, director of the COVID-19 Modeling Consortium at University of Texas at Austin. She says it's hard at this stage to know, 'whether we're going to see a wave, how deadly that wave will be, and all the other things that we would like to be able to anticipate.'" Greene Decl. ¶ 49, Ex. 48, Pien Huang, *U.K. COVID Cases are Rising. Health Officials are Watching to See if the U.S. is Next*, NPR, Mar. 19, 2022, https://www.npr.org/sections/health-shots/2022/03/19/1087682826/omicron-variant-ba2-surge.

c. **March 30, 2022, New York Times:** "But other variables could turn the BA.2 wave into a more damaging surge. . . . And then there's the question of whether pandemic fatigue will prevent some people from taking reasonable precautions, like wearing masks and social distancing, when Covid numbers start to rise in their area." Ex. 52, Tara Parker-Pope, *A New Wave of Covid-19 Is Coming. Here's How to Prepare*,

N.Y. Times, Mar. 30, 2022, https://www.nytimes.com/2022/03/30/well/live/ba2-omicron-covid.html; *see also* Ex. 91, Tsai Rpt. ¶ 42.

d.  **April 12, 2022, Philadelphia Inquirer:** "Angie Gonzalez, 35, thinks the [mask] mandate is a waste of time. After two years of restrictions being imposed, lifted, then imposed again, the latest message from the city Department of Public Health will be ignored by many, she predicted. . . . Therein lies the latest chapter of a challenge that has bedeviled public health agencies since the start of the pandemic: How to implement precautions in such a way that people will pay attention." Greene Decl. ¶ 58, Ex. 57, Tom Avril, *Philly's Return of Masks Gets Both Eyerolls and Support from Residents. Can Health Officials Bridge This Divide?*, Philadelphia           Inquirer,           Apr.           12,           2022, https://www.inquirer.com/health/coronavirus/philadelphia-mask-mandate-reaction-20220412.html; *see also* Ex. 91, Tsai Rpt. ¶ 42.

e.  **April 14, 2022, New York Times:** "[T]he record wave of recorded infections was a significant undercount of reality. In New York City, for example, officials logged more than 538,000 new cases between January and mid-March, representing roughly 6 percent of the city's population. But a recent survey of New York adults suggests that there could have been more than 1.3 million additional cases that were either never detected or never reported — and that 27 percent of the city's adults may have been infected during those months." Greene Decl. ¶ 60, Ex. 59, Emily Anthes, *Many Virus Cases Go Uncounted. Are There Better Ways to Track the Pandemic?*,           N.Y.           Times,           Apr.           14,           2022, https://www.nytimes.com/2022/04/14/health/covid-cases-tracking.html.

f.  **April 17, 2022, NBC News:** "People may want reassurances about the virus and what's coming next, but they are hard to find in the data. Instead, the numbers point to a murky picture of Covid, particularly looking at case counts and hospital occupancy." Ex. 60, Dante Chinni, *Covid Infections Rise, but Hospitalizations Remain Low*, NBC News, Apr. 17, 2022, https://www.nbcnews.com/meet-the-press/fear-uncertainty-apathy-covid-infections-rise-hospitalizations-remain-low-n1294490.

g.  **April 28, 2022, The Atlantic:** "For a while, COVID waves were not all that difficult to detect. Even at the beginning of the pandemic, when the country was desperately short of tests, people sought out medical help that showed up in hospitalization data. Later, when Americans could easily access PCR tests at clinics, their results would automatically get reported to government agencies. But what makes this moment so confusing is that the COVID metrics that reveal the most about how the coronavirus is spreading are telling us less and less." Greene Decl. ¶ 63, Ex. 62, Yasmin Tayag, *Are We in the Middle of an Invisible COVID Wave?*,           The           Atlantic,           Apr.           28,           2022, https://www.theatlantic.com/health/archive/2022/04/covid-ba2-omicron-invisible-wave/629708/.

34

h. **May 5, 2022, L.A. Times:** "In New York City, cases are again rising and this week crossed the city's threshold for "medium risk" due to the widening spread of the Omicron subvariant knowns as BA.2. But there appears to be little appetite from Mayor Eric Adams to do an about-face just a few months after allowing residents to shed masks and put away vaccination cards that were once required to enter restaurants and concert halls." Greene Decl. ¶ 64, Ex. 63, Bobby Caina Calvan, *Even as COVID Cases Rise, Mask Mandates Stay Shelved*, L.A. Times, May 5, 2022, https://www.latimes.com/science/story/2022-05-05/even-as-covid-cases-rise-mask-mandates-stay-shelved; *see also* Ex. 91, Tsai Rpt. ¶ 42.

i. **May 10, 2022, Associated Press:** "Testing for COVID-19 has plummeted across the globe, making it much tougher for scientists to track the course of the pandemic and spot new, worrisome viral mutants as they emerge and spread." Ex. 68, Laura Ungar, *Pandemic Gets Tougher to Track as COVID Testing Plunges*, Associated Press, May 10, 2022, https://apnews.com/article/covid-us-testing-decline-14bf5b0901260b063e4fa444633f4d31; *see also* Ex. 93, Juneja Reply ¶ 17.

j. **May 16, 2022, San Francisco Chronicle:** "What happens in the Bay Area this spring and summer will depend on a wide variety of factors, experts said, including new variants emerging, the durability of immunity from vaccines and previous infection, people's behavior, and the will of health officials to enact more mitigation measures—such as putting mask mandates back in place." Greene Decl. ¶ 70, Ex. 69, Erin Allday, *COVID Cases in California Are Leveling Off, but Here's How BA.2 Variant Might Change That*, San Francisco Chronicle, Mar. 29, 2022, https://www.sfchronicle.com/health/article/One-of-the-calmest-moments-so-far-but-Bay-17037530.php; *see also* Ex. 91, Tsai Rpt. ¶ 42.

k. **July 19, 2022, Science:** "Even if a variant emerges in a place with good surveillance, it may be harder than in the past to predict how big a threat it poses, because differences in past COVID-19 waves, vaccines, and immunization schedules have created a global checkerboard of immunity. That means a new variant might do well in one place but run into a wall of immunity elsewhere. 'The situation has become even less predictable,' [Aris Katzourakis, an evolutionary biologist at the University of Oxford] says." Greene Decl. ¶ 74, Ex. 73, Kai Kupferschmidt, *As Omicron Rages On, Scientists Have No Idea What Comes Next*, Science, July 19, 2022, https://www.science.org/content/article/omicron-rages-scientists-have-no-idea-what-comes-next; *see also* Ex. 93, Juneja Reply ¶ 17.

## V. CO-DIAGNOSTICS' LOGIX TEST SALES

### A. The Co-Diagnostics' Sales Team

112. The Co-Diagnostics' sales team is led by Mr. Seth Egan, who reports directly to Mr. Dwight Egan. *See* Ex. 24, S. Egan Dep. 21:9-20 (setting forth his responsibilities), 25:14-15 (testifying he reports to Mr. Dwight Egan); Ex. 23, D. Egan Dep. 26:17-27:16 (same).

**113.**    During 2021 and 2022, the Co-Diagnostics sales team comprised: Seth Egan, Cameron Gundry, Denny Crockett, and Joseph Featherstone. *See* Ex. 23, D. Egan Dep. 26:17-27:16; Ex. 21, Brown Dep. 26:17-27:5; Ex. 20, Benson Dep. 25:25-26:20.

**114.**    The sales team regularly attended the Company's Monday Morning Management Meetings, during which the sales team would provide updates on marketing and manufacturing logistics, but generally would not discuss sales orders or demand. *See* Ex. 24, S. Egan Dep. 27:4-28:4, 30:12-31:10; Ex. 23, D. Egan Dep. 22:11-24:12; Ex. 21, Brown Dep. 28:4-20.

**115.**    Aside from the Monday Morning Management Meetings, the sales team did not hold regular meetings, but would communicate any important developments regarding client accounts to Mr. Seth Egan directly. *See* Ex. 24, S. Egan Dep. 25:6-11, 26:16-25, 27:15-28:4.

**116.**    Outside of the Monday Morning Management Meeting, Mr. Dwight Egan and Mr. Brown did not have standing meetings to discuss sales with Mr. Seth Egan, or anybody else on the sales team. *See* Ex. 23, D. Egan Dep. 31:2-13; Ex. 21, Brown Dep. 30:25-31:3; Ex. 24, S. Egan Dep. 31:11-23; *see also* Ex. 20, Benson Dep. 28:19-15 (testifying he does not recall having any separate meetings with Mr. Seth Egan to discuss sales during 2021 or 2022).

**117.**    Mr. Dwight Egan and Mr. Brown did not have any standing meetings to discuss sales or other Company matters, except for the Monday Morning Management Meeting, the Steering Committee Meeting (which was focused on the integration of two companies acquired by Co-Diagnostics in 2021), and board meetings. *See* Ex. 23, D. Egan Dep. 21:15-24:19, 30:17-34:14; Ex. 21, Brown Dep. 28:22-31:6.

**B.    The Sales Order Process**

**118.**    The sales team tracked sales orders using a software program called Monday.com. *See* Ex. 24, S. Egan Dep. 41:15-42:11; Ex. 23, D. Egan Dep. 49:4-16.

36

119.    Product sales were also entered into another program called NetSuite, which was primarily used by the Company's finance group for accounting purposes. *See* Ex. 24, S. Egan Dep. 48:8-22; Ex. 21, Brown Dep. 49:11-25.

120.    While the Company is able to monitor its own inventory levels internally, it does not—nor does it have the ability to—monitor customers' inventory levels. *See* Ex. 24, S. Egan Dep. 72:9-12, 76:4-7; Ex. 23, D. Egan Dep. 62:6-16.

121.    Co-Diagnostics also did not receive monthly sales projections from its distributor or laboratory customers during the COVID pandemic, mostly because it was a fast-changing environment and sales were unpredictable. *See* Ex. 24, S. Egan Dep. 75:22-76:3.

122.    Monitoring customers' inventory levels and sales projections was unnecessary given Co-Diagnostics' ability to fill orders quickly. *See* Ex. 23, D. Egan Dep. 61:14-23 ("One of the critical things about our niche in this business is our ability to fill orders, sometimes overnight orders, but to fill them rapidly in any event. Sometimes we can fill them the very day that an order comes in.").

### C.    Co-Diagnostics Experienced Significant Volatility in Logix Test Sales

123.    Throughout the COVID pandemic, Co-Diagnostics' sales of its Logix test were volatile—as Mr. Seth Egan explained:

> We would have the big months and then we would have lower months. We would have distributors that had a lot of product that had ordered product and they needed to distribute it. And – and oftentimes with big corp -- big months followed by smaller months, you know, sometimes we would have a really big month at the beginning of a quarter and then a -- and then lower months later in that quarter. There was never really a defined set of what we'd expect on a monthly basis, and things changed a lot really fast with orders with these numbers.

Ex. 24, S. Egan Dep. 58:6-17; *see also id.* 57:19-20.

124.    Mr. Benson, who is the head of corporate communications for Co-Diagnostics and also assists in managing the Company's logistics or shipping department, similarly testified:

37

I recall orders fluctuating on a month-to-month basis. One month wouldn't necessarily be predictive of what the following month would be. And so to see one month with more sales and another month with fewer sales wasn't ever an indication to us that sales were -- were dropping or diminishing, just that it was part of the sales cycle.

Ex. 20, Benson Dep. 44:18-25; *see also id.* 73:17-74:16 (testifying to the general feeling that "sales were cyclical . . . and occasionally unpredictable and that there would be peaks and troughs"); *id.* 97:5-11 (same).

125.    Some quarters would start off with stronger sales of the Logix test while other quarters would start off with lower sales compared to the remainder of the quarter. *See* Greene Decl. ¶ 97, Ex. 96, Monday.com Quarterly Dashboard; *see also* Ex. 20, Benson Dep. 171:23-172:5 (explaining Co-Diagnostics did not have an expected standard for quarterly revenue).

126.    For example, in the first two months of Q4 2021, Co-Diagnostics' sales were approximately $4,627,159 (October) and $2,824,248 (November), and in the final month of Q4 2021, sales were approximately $12,939,658 (December). Ex. 96, Monday.com Quarterly Dashboard.

127.    Co-Diagnostics' sales in December 2021 were more than $8 million higher than in October 2021 and more than $10 million higher than November 2021. Ex. 96, Monday.com Quarterly Dashboard.

128.    Roughly 64% of Co-Diagnostics' Q4 2021 sales came in the final month of the quarter. *See* Ex. 96, Monday.com Quarterly Dashboard.

129.    Further, almost 60% of Co-Diagnostics' Q4 2021 sales came in the final two weeks of Q4 2021. *See* Greene Decl. ¶ 113, Ex. 112, Compilation of sales data from Monday.com showing weekly Logix test sales from January 2021 through August 2022, in reverse chronological order ("Weekly Sales Data Compilation"); Ex. 96, Monday.com Quarterly Dashboard.

130.    Conversely, in the first month of Q1 2022, Co-Diagnostics' sales were approximately $16,753,805 (January), followed by sales of approximately $3,323,125 in the second month of the quarter (February), and $2,796,516 in the final month of the quarter (March). Ex. 96, Monday.com Quarterly Dashboard.

131.    Co-Diagnostic's sales in January 2022 were more than $13 million higher than in February 2022 and about $14 million higher than in March 2022. Ex. 96, Monday.com Quarterly Dashboard.

132.    Roughly 73% of Co-Diagnostics' Q1 2022 sales came in the first month of the quarter. *See* Ex. 96, Monday.com Quarterly Dashboard.

133.    Further, in each of 1Q21, 2Q21, and 1Q22, about 50% of sales came in just two or three weeks of the quarter. *See* Ex. 112, Weekly Sales Data Compilation.

134.    Co-Diagnostics did not formally track or monitor intra-quarter sales. *See* Ex. 23, D. Egan Dep. 31:2-8 (testifying he received update on sales from Mr. Brown or Mr. Seth Egan at the end of a quarter), 50:25-51:19 (testifying he would "intermittently" log into Monday.com, but was "more interested in quarterly results than on daily, weekly, or monthly results"); Ex. 24, S. Egan Dep. 62:14-24, 64:1-65:5, 66:4-10; *see also id.* 68:21-69:9 (testifying he assessed sales by customers over periods of years, not months or even quarters); Ex. 20, Benson Dep. 49:12-21 (testifying he did not track sales numbers on a month-to-month basis), 209:2-9 (testifying he "typically looked at numbers on a quarter basis").

135.    As Mr. Benson testified, it was not the Company's practice to report intra-quarter sales or revenue numbers on earnings calls:

> [I]t was never company policy to provide monthly cadence as we were reporting earnings. . . . It wasn't something that we had been doing and then were choosing not to do. It was just simply not part of our operations or standard operating procedures when it came to reporting.

Ex. 20, Benson Dep. 210:22-211:13.

136.    Mr. Dwight Egan testified that Co-Diagnostics did not consider a few months of sales data or intra-quarter sales to be indicative of future sales or full-quarter revenue: "You keep asking me about a few months and up to a mid quarter. That's not how we view things, not how we view things today." Ex. 23, D. Egan Dep. 80:17-20; *see also id.* 54:15-57:05 ("What the company's sales were to date in a quarter was in many respects irrelevant to our view of what might happen in the quarter because sometimes a quarter came together all in the last month of the quarter or in the last two or three weeks of the quarter. . . . There are a lot of variables."), 57:16-23 ("One month does not a quarter make and if we're in the quarter five weeks and we've got most of the quarter still ahead of us, we would not make a judgment as to how a quarter might ultimately present itself based on what we see in that short of a time period."), 75:11-16 ("[W]e would not have viewed that our monthly results were indicative of what the future held. A month did not a quarter make. Two months did not necessarily prognosticate what a quarter would be.").

**D.    Omicron Created Even More Uncertainty and Contributed To Co-Diagnostics' Lack Of Visibility**

137.    In late-2021 and early-2022, the Omicron variant caused sales of the Logix test to soar and thus lower sales following that wave were expected until another variant or wave emerged. Ex. 112, Weekly Sales Data Compilation; Ex. 21, Brown Dep. 71:19-72:7 (explaining the vast majority of sales for Q4 2021 were made in December due to the Omicron variant); Greene Decl. ¶ 27, Ex. 26, Deposition of Cameron Gundry ("Gundry Dep.") 86:20-88:10, 104:13-106:5 (explaining reduced sales expected immediately following surge).

138.    Lower sales volumes in the weeks and months leading up to May 12, 2022 did not alarm Mr. Dwight Egan, Mr. Brown, or anybody else at the Company. *See id.*; *see also*, *e.g.*, *See* Ex. 23, D. Egan Dep. 70:20-78:8 (testifying there were many indicators that sales would rebound

40

and further, the Company did not "make judgments about the future based on what happens in a few-month period"); Ex. 21, Brown Dep. 65:19-66:12 (testifying sales in February, March, and April of 2022 were lower than they were in January 2022, but does not recall any concerns at that time), 68:9-21 (testifying he was not concerned that sales in February, March and April were below $4 million because that number "was not a measuring tool or a measuring guide" for the Company); Ex. 24, S. Egan Dep. 58:22-59:5 (testifying that sales leading up to May 12, 2022 did not concern him: "it really wasn't apparent maybe until later in the year that numbers were lower . . . because we would often have big months followed by lower months"), 60:7-61:1 (testifying it was not concerning to have lower sales for a few months following the spike in sales the Company experienced in December 2021 and January 2022), 65:6-24 (testifying he does not recall being concerned about sales in the spring of 2022 because "you could never place any – any real assurances on anything until you got through an entire quarter because things change fast"), 83:18-86:3, 91:8-92:18, 97:16-98:9; Ex. 20, Benson Dep. 209:2-9 (testifying he does not recall having any concerns regarding the Company's sales in February and March 2022), 44:18-25; Ex. 26, Gundry Dep. 104:20–105:10, 105:24–106:12; Greene Decl. ¶ 26, Ex. 25, Deposition of Joseph Featherstone ("Featherstone Dep.") 70:14-23.

139. Mr. Brown testified that the end of 2021 and early-2022 was a particularly volatile time in the COVID testing market:

> If I look back, for example, Q4 of 2021, you'll see I think [sales for the Logix test] was [$4 million]. -- I'm not sure what that number is, 4.5, something like that and then it went down to, I think that's 2 or 3.8 and then it spiked up in December. In that period of time in December was approximately most of that revenue happened in about a two-week period of time. So there was volatility, especially Q4-21, Q1-22, Q2-22, there was continued volatility that was maybe more present than it had been in the past, especially on a weekly basis.

Ex. 21, Brown Dep. 71:3-17; *see also* Ex. 26, Gundry Dep. 88:8-10 (describing Omicron wave as "an unprecedented surge in demand, which I never expected").

**140.**    The increased volatility in the COVID testing market in spring 2022 made it even more difficult for Mr. Brown to predict sales for the Logix test in Q2 2022:

> Based on the recent history we'd had with COVID, we didn't know when the next variant would hit. Omicron had a significant impact in recent memory here because this is the quarter before what we're talking about. We had our biggest sales month we've ever had in January of 2022 so we didn't know what was to come because the history had been so volatile.

Ex. 21, Brown Dep. 77:2-10; *see also id.* 78:8-13 ("I mean we had a significant amount of volatility throughout COVID and there was even more volatility at the time we're speaking of and it is what it is. That was the volatility at the time.").

**141.**    Mr. Benson also testified that Omicron created a lot of unpredictability in the cadence of Logix test sales:

> I do know that Q1 was different than Q4. Q4 had a big final month in the -- in the quarter. Q1 had a big initial month in the quarter. It was unpredictable.
>
> It was -- it was all over the map. We just didn't know what it -- what it was going to look like. We'd have these wild peaks. I mean, it was . . . frankly, impossible to predict what was going to happen next. Would there be another variant? Would there be another omicron? Would there not? What would that do? I mean, I don't recall anybody specifically stating what percentage of sales they thought would come in after the first week of May in that quarter.

Ex. 20, Benson Dep. 191:19-192:7.

### E.    Customer Order Patterns In Q1 and Q2 2022 Did Not Cause Concern

**142.**    In 2021 and 2022, the Company's largest customers included, among others, Nomi Health; Genesis Reference Laboratories; Raver Aplicaciones S.A. de C.V.; Intelligent Solutions; NTL Laboratory; and Safeguard DNA Diagnostics, Inc. *See* Greene Decl. ¶ 112, Ex. 111, Co-Diagnostics' Suppl. Rog Responses, dated May 15, 2024, ¶ 1.

**143.**    Neither Mr. Dwight Egan nor Mr. Brown tracked specific customer orders or purchase history. *See* Ex. 23, D. Egan Dep. 87:12-20 (testifying to same regarding Intelligent Solutions); *id.* 87:24-88:8 (testifying to same regarding Raver); Ex. 21, Brown Dep. 79:6-22

(testifying to same regarding Intelligent Solutions), 80:5-25 (testifying to same regarding Raver), 155:4-5 ("I didn't have any expectation of test orders. That wasn't my job."); *see also* Ex. 20, Benson Dep. 50:5-24 (testifying to same regarding Intelligent Solution).

144.    Mr. Seth Egan testified that he does not recall raising any concerns regarding sales of the Logix test to the Company's executives or board members in April or early-May of 2022. *See* Ex. 24, S. Egan Dep. 135:13-24; *see also id.* 67:5-6 ("[T]here was no reason [as of May 12, 2022] to think that a big order wasn't going to be coming.").

145.    Nor did customer order patterns, including cancelled or modified orders, in February, March, or April of 2022 cause concern about demand for the Logix test or Co-Diagnostics' other products. *See supra* ¶ 139; *see also* Ex. 26, Gundry Dep. 104:20-106:12 (testifying he does not recall Raver Aplicaciones's (a Mexican distributor of the Logix test) cancellation causing concern and noting the large January 2022 order was for tests with extended expiration dates), 180:23-181:10 (explaining that because Raver's January 2022 order was for "over a million reactions," he did not expect Raver to need additional tests for several months, or "maybe almost a year"); Greene Decl. ¶ 98, Ex. 97, Email re Darn, they canceled the rest of the COVID-K-001s from order #2410, dated Feb. 8, 2022 (indicating Mr. Benson was optimistic that Raver would submit a replacement order later in Q1 2021); Ex. 20, Benson Dep. 19:10-20:5, 52:23-55:2-9, 56:18-57:5 (testifying "it was not uncommon for customers to place large orders, request the product to be sent in batches, and then later revise the order after the first shipment"); Ex. 24, S. Egan Dep. 91:8-25 (testifying Co-Diagnostics was expecting "large orders" from Raver in the near future), 84:22-86:3 (same), 97:16-98:9 (testifying Intelligent Solution's reduction in orders did not concern him because there were a lot of "factors at play"), 107:9-111:3 (testifying it did not concern him that Nomi Health was no longer outsourcing the processing of COVID kits

43

to a third party in February 2022); *see also* Ex. 23, D. Egan Dep. 88:5-8 (testifying he was not aware Raver cancelled a portion of its January 2022 order); Ex. 21, Brown Dep. 80:22-25 (same); Ex. 25, Featherstone Dep. 60:23-61:9 (testifying he does not recall whether Intelligent Solutions made a "substantial purchase" of the Logix test in February 2022).

## VI.    FEDERAL FUNDING PROGRAMS RELATED TO COVID TESTING

146.    Since at least early 2020, various COVID-related government funding programs and initiatives were implemented to increase access to COVID-19 diagnostic testing. *See* Ex. 91, Tsai Rpt. ¶ 29; AC ¶ 39.

147.    One set of policies and programs impacting demand for COVID tests was public and private funding for test manufacturing and purchasing. Ex. 91, Tsai Rpt. ¶ 29.

148.    The U.S. federal government made various investments at different times to "stabilize test production rates and related supplies and to reduce vulnerabilities associated with import delays, increased costs, and offshore sourcing." *See id.* ¶ 29 (quoting "Public Health Supply Chain and Industrial Base One-Year Report," Department of Health and Human Services, February 2022, at 24).

149.    Various state and federal legislation, programs, and public policies prior to the Class Period ensured coverage for testing among Medicare and Medicaid patients as well as the privately insured and uninsured. For example:

    **a.** By March 2022, the American Rescue Plan Act of 2021 ("ARP"), Families First Coronavirus Response Act ("FFCRA"), and Paycheck Protection Program and Health Care Enhancement Act allocated $6.8 billion in combined reimbursements for testing the uninsured administered through the Health Resources & Services Administration ("HRSA").

    **b.** HRSA spent $11.4 billion on reimbursement of tests for the uninsured by March 2022, including funding from the Coronavirus Aid, Relief, and Economic Security Act ("CARES") and Coronavirus Response and Relief Supplemental Appropriations Act.

c.  The ARP specifically allocated $47.8 billion to the U.S. Department of Health and Human Services to detect, diagnose, trace, and monitor COVID–19 infections.

d.  Congress, through the ARP, appropriated an additional $1.75 billion for genomic sequencing, analytics, and disease surveillance.[4]

*See id.* ¶ 29.

150.    After the cessation of the uninsured program administered through the HRSA in March 2022, the FFCRA and the Coronavirus Aid, Relief, and Economic Security Act both still required coverage and reimbursement for lab-based COVID testing, including the cost of the test itself and other services related to testing without cost-sharing for individuals covered by most private health plans, Medicare, and Medicaid. *See id.* ¶ 38; *see also* AC ¶ 41.

151.    The CDC Increasing Community Access to Testing program provided no-cost testing, including PCR tests, to individuals at over 17 thousand pharmacies and community-sites across the United States from early 2021 through 2024. Ex. 91, Tsai Rpt. ¶ 38.

152.    Operation Expanded Testing continued to fund no-cost PCR testing hubs to K-12 schools, colleges, and under-resourced communities, among other qualified sites through December 31, 2022, with $650 million in allocated funds. *Id.* ¶ 38.

153.    By April 2022, hundreds of billions of dollars of the total budget of all COVID-related funds were not yet obligated for spending, some of which was potentially available to support COVID testing. *Id.*

154.    Accordingly, Defendants' COVID-testing expert Dr. Thomas Tsai, MD, MPH opined that "despite public discussion of Congress's decision not to renew funding for HRSA's reimbursement for testing among the uninsured after March 2022, the cessation of that funding

---

[4] Because genomic sequencing can only occur through molecular tests performed at diagnostic labs, federal efforts to expand genomic sequencing were expected to support molecular testing at public health laboratories, clinical diagnostic laboratories, and healthcare facilities. *See id.*

itself was not expected to have a clear impact on molecular testing demand in 2022 due to the existence of other programs to bolster testing and existing funds from other sources in 2022." *Id.*

155. The individuals who were asked about it at deposition in this lawsuit—including Mr. Dwight Egan and Mr. Brown—were not aware of any specifics regarding the expiration of government funding in March of 2022. *See* Ex. 23, D. Egan Dep. 189:13-191:20 (testifying he was "not particularly aware" of the end of HRSA funding for uninsured: "[W]e didn't view ourselves as being in sort of a total landscape aggregate effect of it. We didn't really view it necessarily impacting our customers in the same way that it may affect others."); Ex. 21, Brown Dep. 174:16-175:12, 176:3-17; Ex. 24, S. Egan Dep. 137:11-138:11; Ex. 20, Benson Dep. 183:17-22; Greene Decl. ¶ 28, Ex. 27, Deposition of Michael Houston ("Houston Dep.") 125:8-13; *see also* Ex. 23, D. Egan Dep. 189:8-11 ("We did not generally view our customers as being heavily reliant on government sponsored programs.").

156. Nor was the Company aware of how government funding impacted its customers or sales of the Logix test in the spring of 2022. *See* Ex. 23, D. Egan Dep. 188:22-189:11, 190:25-191:6; Ex. 24, S. Egan Dep. 138:12-141:25; Ex. 20, Benson Dep. 184:7-185:7; Ex. 25, Featherstone Dep. 73:24-74:7.

## VII. SHARE BUYBACK PROGRAM

157. Co-Diagnostics authorized a share buyback program in March 2022. *See* Greene Decl. ¶ 19, Ex. 18, 2022 Q2 10-Q, at 16; *see also id.* ¶ 12, Ex. 11, Form 8-K and attached press release, filed with the SEC on March 15, 2022 ("March 15, 2022 8-K").

158. Mr. Brown testified that "the reason [Co-Diagnostics] set up the share buyback program was basically because [the Company] saw an opportunity to buy shares back at a fair value." Ex. 21, Brown Dep. 190:9-12.

**159.** Mr. Brown also explained that the Company did not have specific criteria for when it would repurchase under the program, but that it "varied by period" and they repurchased shares when "we felt like it was a good opportunity to buy." *Id.* 193:20-21, 196:4-9; *see also id.* 195:23-196:3 ("[T]he share prices fluctuate all the time so just depended on at that given point in time what the share price was and where we felt comfortable re-buying shares.").

**160.** In preparing to announce the share buyback program, in his role as head of corporate communications at Co-Diagnostics, Mr. Benson prepared a draft press release. *See* Ex. 20, Benson Dep. 19:4-9 (testifying he was head of corporate communications in 2021 and 2022), 193:12-15 (testifying to the preparation of the draft press release).

**161.** In drafting the share buyback press release, Mr. Benson wanted to convey that Co-Diagnostics was "still bullish" about the future of the COVID testing market despite what other companies were saying. *Id.* 194:13-17; *see also* Greene Decl. ¶ 99, Ex. 98, Email from Benson to D. Egan, dated March 8, 2022, attaching CODX – Share buyback PR Dr 1.docx ("Email re Initial Draft of Share Buyback Program Press Release").

**162.** When Co-Diagnostics announced the share buyback program, Mr. Benson does not recall thinking the Company was experiencing a decline in demand for the Logix test, testifying:

> This was eight days into March. I know our -- we tended to look at numbers on a quarterly basis, and at this point, our Q1 numbers probably would have looked pretty good, but I wasn't looking at stuff on a week-by-week basis. And if you looked at our past quarters, we've been fairly consistent.
>
> Like, I don't recall having any reason to believe that we weren't going to continue to see those -- you know, those -- those waves in -- in testing. Maybe . . . frequency of those waves would change or the amplitude would change, but, I mean, I -- I don't recall having any belief that -- that they wouldn't still continue in one form or fashion.

Ex. 20, Benson Dep. 194:23-195:11.

**163.** Mr. Benson's initial draft included the following proposed statement:

> We believe that our shares are currently undervalued, which as provided us with an opportunity to strategically allocate capital in a way that helps to drive continued growth and demonstrates our positive outlook for the future as we, along with the rest of the world, adjust to a new reality that is no longer dominated by daily headlines about the pandemic.

*See* Ex. 98, Email re Initial Draft of Share Buyback Program Press Release.

164.    Mr. Dwight Egan disagreed with Mr. Benson's sentiment that March 2022 was "a post-pandemic world." *See* Ex. 98, Email re Initial Draft of Share Buyback Program Press Release; Ex. 23, D. Egan Dep. 203:8-204:3 (explaining same: "let's be clear, the pandemic went more than a year from this date of this particular e-mail before the United States and the WHO, World Health Organization acted on it"), 206:23-207:17 ("I don't know what he's referring to that and I'd like to see the final version of this because I think I would have taken exception to his characterization. My goodness, we're March 10 of '22. It's not until another year that the World Health Organization and the United States government, you know, ends their public health emergency. The public health emergency of international concern is the highest level of emergency that these organizations have, and you cited earlier the enormous amount of money that the United States government had spent in order to mitigate the effects of COVID."); *see also* Ex. 20, Benson Dep. 197:9-23 (recognizing Mr. Dwight Egan would not agree that it was a "post-pandemic world" because "it was very much the case that we were still in a pandemic at that time [and] because the CDC and the WHO, and the FDA, everybody still believes we're still in a pandemic at this time.").

165.    Mr. Dwight Egan did not believe that a "decline in COVID testing" meant that there was not long-term demand for COVID testing:

> Well, the numbers speak for themselves. I think I've expressed many, many times, we did not make decisions based on one or two or three or four months of activity. If we did that, we would be, you know, have a big time problem with everything we're trying to do in our vision for what we're doing as a company. We're in the middle of a heavy development project that is also centered on COVID but other disease states as well, and our real view as a company is that investors ought to focus more on what we're doing in preparing for the long-term vitality of the

48

company than having a sort of a myopic view on a couple of quarters. It's not how we view the world.

Ex. 23, D. Egan Dep. 204:7-23.

166.    The final draft of the March 15, 2022 press release announcing the share buyback program was revised to state:

> We believe that the current share price provides us with an opportunity to strategically allocate capital in a way that helps drive continued growth and demonstrates our positive outlook for the Company's future.

See Ex. 11, March 15, 2022 8-K.

167.    In May and June 2022, Co-Diagnostics repurchased a total of 532,440 shares of common stock at a total purchase price of approximately $2,599,454.40 pursuant to the share buyback program. See Ex. 18, 2022 Q2 10-Q, at 23.

168.    In August and September, Co-Diagnostics repurchased an additional 2,881,886 shares of common stock at a total purchase price of approximately $10,403,608.46 pursuant to the share buyback program. Greene Decl. ¶ 20, Ex. 19, Co-Diagnostics Form 10-Q for the quarter ended September 30, 2022, filed November 10, 2022 ("2022 Q3 10-Q"), at 4, 23.

## VIII.    DECISION NOT TO PROVIDE GUIDANCE ON MAY 12, 2022

### A.    Overview of Quarterly Revenue Guidance

169.    On May 13, 2021, concurrent with announcing its financial results for Q1 2021, Co-Diagnostics began a practice of offering revenue guidance for the upcoming quarter as part of the Company's quarterly earnings release. See Greene Decl. ¶ 7, Ex. 6, Co-Diagnostics Form 8-K Press Release, filed on May 13, 2021; D. Egan Dep. 79:20-80:7 (explaining that providing quarterly guidance was a relatively new practice for the Company); AC ¶ 37.

170.    Mr. Brown was in charge of determining the quarterly revenue guidance, with input from Mr. Dwight Egan and the board. See Ex. 21, Brown Dep. 42:5-8 (testifying he was primarily

49

responsible for determining the guidance provided); Ex. 23, D. Egan Dep. 99:14-24 (testifying to same).

171.    Mr. Brown's primary goal in providing quarterly guidance was to provide accurate information to the investing public:

> When we provide guidance, I want it to be accurate so we achieve that guidance, and so I think there's always anytime you put guidance out there's a concern that you won't hit that guidance or you'll be above it or below it.

Ex. 21, Brown Dep. 98:13-18.

172.    The Company would announce its quarterly earnings according to SEC guidelines, which was generally about four to five weeks into the next quarter. *See* Ex. 27, Houston Dep. 32:20-33:8; Ex. 21, Brown Dep. 42:9-20; Ex. 20, Benson Dep. 66:20-67:13.

173.    Preparing for the quarterly earnings release was a collaborative effort involving Mr. Dwight Egan, Mr. Brown, and Mr. Benson, with help from the Company's outside investor relations firm, Lambert. *See* Ex. 23, D. Egan Dep. 38:9-40:23, 100:17-103:6; Ex. 21, Brown Dep. 37:11-23; Ex. 20, Benson Dep. 70:17-71:2; Ex. 27, Houston Dep. 26:21-27:11.

174.    The Lambert team was led by Mr. Michael Houston, and also included William Stack and Zachary Mizener. *See* Ex. 20, Benson Dep. 65:22-66:3; Ex. 27, Houston Dep. 19:11-23.

175.    Leading up to an earnings release, Mr. Brown and Mr. Benson would work with the Lambert team to develop messaging for the quarterly press release and earnings call:

> **Q.** In the weeks leading up to an earnings release, what would you typically discuss with Mr. Brown or Mr. Benson or Dwight Egan?
>
> **A.** Specifically Mr. Brown and Mr. Benson, but really trying to get an understanding from them as to how the quarter played out, so meaning, you know, what did the financial statements look like between the income statement, the balance sheet and the statement of cash flows, and developing key messages from there.
>
> And so typically those key messages would be, one, how did the quarter go and then how does that tie to the longer term strategy, and helping them parse through what those messages looked like, with the end goal of being as open and transparent

as possible, without giving away any of the secret sauce, because our main job was to try to reduce the uncertainty and volatility around Co-Diagnostics's valuation and our philosophy is, as you provide open and transparent communication with the street, then that reduces some of that volatility and some of that risk that they might perceive in a particular micro or small cap stock.

Ex. 27, Houston Dep. 33:12-34:17; *see also* Ex. 20, Benson Dep. 68:8-22.

176. Mr. Brown testified that prior to the release of quarterly earnings, he would typically discuss his thoughts on quarterly guidance with the Lambert team. *See* Ex. 21, Brown Dep. 89:11-20; *see also* Ex. 20, Benson Dep. 82:21-83:6 (explaining Lambert would use input from Mr. Brown and Mr. Benson in generating the initial drafts of earnings release materials, but not "in every instance for every phrase" used).

177. In drafting a press release or earnings call transcript, Lambert did not consider or have any visibility into the intra-quarter sales or revenue for the current quarter. *See* Ex. 27, Houston Dep. 44:13-17 ("So if there was a Q2 earnings call, we were only talking about Q2, we didn't have any visibility into Q3; even though technically we were into that current quarter, we never talked about it."), *id.* 45:13-46:9 (same).

178. No witness testified that a few weeks or months of sales data were important in predicting future sales. *See*, *e.g.*, Ex. 23, D. Egan Dep. 82:13-18 ("I feel like I keep answering this question. We did not focus on the results of one or two months as being dispositive as to what the quarter or the rest of the year might bring about."); Ex. 21, Brown Dep. 70:19-71:71:17 (explaining why mid-quarter sales are not indicative of quarterly earnings); Ex. 20, Benson Dep. 77:14-17 ("[W]here the company was at that given -- at that time wasn't necessarily predictive of where it was going to end up at the end of that quarter.").

179. Mr. Dwight Egan did not consider intra-quarter sales numbers in preparing for the end-of-quarter earnings release or in assessing the quarterly guidance provided therein. *See* Ex. 23, D. Egan Dep. 51:21-54:3; 82:2-6.

51

180.    At deposition, Mr. Dwight Egan explained why he believed that intra-quarter sales revenue is irrelevant in determining quarterly guidance:

> What the company's sales were to date in a quarter was in many respects irrelevant to our view of what might happen in the quarter because sometimes a quarter came together all in the last month of the quarter or in the last two or three weeks of the quarter. You know, again, this is not a hamburger store, having people come through a drive-up window and you have certain patterns of the day when people are buying a lot. This is a pandemic. . . . So there's just a lot going on that makes up the whole picture of why you might feel one way or another about what the prognosis is for the future. There are a lot of variables.

Ex. 23, D. Egan Dep. 54:15-57:05.

181.    Mr. Dwight Egan further testified that the first few weeks of sales usually is not a good indicator of quarterly performance and is not enough information to predict overall quarterly earnings:

> One month does not a quarter make and if we're in the quarter five weeks and we've got most of the quarter still ahead of us, we would not make a judgment as to how a quarter might ultimately present itself based on what we see in that short of a time period.

Ex. 23, D. Egan Dep. 57:16-23.

182.    Mr. Dwight Egan also testified that he did not consider pie charts or line graphs of sales, like those shown in the Quarterly Dashboard, to be helpful in predicting future sales of the Logix test, and he did not review them when preparing guidance or in connection with earnings releases. *See* Ex. 96, Monday.com Quarterly Dashboard; Ex. 23, D. Egan Dep. 67:14-68:1 ("Looking at a graph like this wouldn't have given me a basis from which to make any kind of prediction or speculation about what was going to happen in the future. So this, while this may have been a tool that somebody is working on the tools within monday.com and exploring what different graphs and things would be done, it wasn't something that I was focusing on or that our management team was focusing on as a management tool.").

**183.**    Like Mr. Dwight Egan, Mr. Benson testified that he also did not review the Quarterly Dashboard in preparing quarterly earnings press releases or quarterly earnings call scripts. *See* Ex. 20, Benson Dep. 35:8-36:24.

**184.**    Mr. Benson did not consider comparisons of year-over-year sales to be helpful in predicting future sales given the limited historical data available in a "once-in-a-generation pandemic," explaining:

> [W]e simply weren't the kind of company where comparing prior year quarter was necessarily -- at least to my mind, and I can't speak to what would be important to anybody else. To me, that wasn't always necessarily a valuable metric because -- just because it happened to be occurring at the same time as the previous year, the entire landscape was changing regularly -- regularly during the pandemic.
>
> . . .
>
> [T]he world was essentially entirely different the year before, as it was the year before that, as it was the year before that.

Ex. 20, Benson Dep. 78:18-79:12.

**185.**    For Mr. Brown, the "key driver" in determining quarterly guidance was historical data rather than quarter-to-date sales: "Typically I would . . . look at the prior quarters, look at the last year, the comparable quarter of the prior year and then determine what felt like the most accurate number to provide." Ex. 21, Brown Dep. 44:15-45:17; *see also id.* 47:23-48:2 (explaining practice of pulling historical results from prior public filings into a spreadsheet to determine guidance for the present quarter), 45:13-46:13 (he would also review current sales data and confer with Mr. Seth Egan regarding same), 50:19-51:3 (same).

**186.**    In determining guidance, and whether to provide quarterly guidance, Mr. Brown did not consider the expiration of federal funding for certain COVID-related programs. *See* Ex. 21, Brown Dep. 176:8-17.

**B.    Co-Diagnostics Lacked Sufficient Visibility To Provide Accurate Guidance And Thus Did Not Provide Guidance on May 12, 2022**

187.    In preparing for the May 12, 2022 earnings release, Mr. Dwight Egan and Mr. Brown determined they did not have the visibility necessary to provide quarterly revenue guidance at that time. *See* Ex. 23, D. Egan Dep. 185:24-186:3 ("We decided not to give quarterly guidance because we didn't have the ability to predict it. We didn't have those optics. It wasn't clear to us."), 105:18-107:3, 114:12-19, 118:9-19; Ex. 21, Brown Dep. 87:23-88:5 ("[T]here was a lot of volatility at that point and there was a lot of, you know, things going on externally in terms of society and dealing with COVID that we -- that we would withhold guidance because we couldn't provide accurate guidance that we felt comfortable with to the Street.").

188.    Mr. Dwight Egan and Mr. Brown both testified that they made this decision because conditions were too volatile and unpredictable to provide accurate guidance, and *not* because they were concerned about low quarter-to-date sales or expected full-quarter Q2 2022 revenue to end up low:

> Again, I think I've answered this before but we would not have viewed that our monthly results were indicative of what the future held. A month did not a quarter make. Two months did not necessarily prognosticate what a quarter would be. We were watching very carefully and we did develop a viewpoint that it was volatile and that we, as a prudent measure in the context of our investing public, that we did not feel comfortable prognosticating future quarters at this point.

Ex. 23, D. Egan Dep. 75:3-23; *see also* Ex. 21, Brown Dep. 96:21-97:18 (explaining he decided not to provide Q2 2022 guidance because he did not feel he could provide an accurate prediction due to the increased volatility in the COVID testing market).

189.    Mr. Brown did not discuss with Mr. Dwight Egan, the board, or anybody else what the revenue for Q2 2022 might be because there was not enough information for him to feel comfortable with the accuracy of such a projection:

**Q.** Do you recall discussing any numbers of what revenue for the second quarter of 2022 might be at this time?

**A.** No. Again, we were five weeks into the quarter and still had seven weeks to go and we could see in recent history, Q1 of '22, Q4 of '21, that we had two weeks we did 14 million dollars and if you've got seven weeks left in a quarter and you're sitting at week five, there's a chance that it could be another one of those if another variant popped up. We just didn't know at that time. There wasn't enough information to feel comfortable with the accuracy of providing guidance.

Ex. 21, Brown Dep. 117:23-118:14.

190.    Mr. Brown testified he did not feel confident that he could provide accurate guidance due to the lack of visibility and increased volatility in the COVID testing market:

I think anytime as I think about the time during COVID, there was always volatility and so providing guidance was always a concern. One thing that I want to make sure I do is provide accurate guidance to the Street. I want to provide -- that's my job is to provide accurate information to the Street. And so I would say at every juncture, you know, when we were providing guidance, that was something you had to consider. At this point in time there was even more volatility and more noise in society, et cetera, in terms of testing and things like that, that it was not possible for me to feel comfortable in giving a number that was accurate to the Street and therefore, that's why this discussion would happen.

Ex. 21, Brown Dep. 96:24-97:18.

191.    Mr. Dwight Egan similarly testified that the decision not to provide Q2 2022 guidance was the "prudent thing to do" given that the Company did not have clarity as to what the guidance should be:

We came to the conclusion that things were -- things were volatile enough that we didn't have a clear sense of what we would be doing as guidance so we were -- our view was that it was the prudent thing to do to say that we didn't have the kind of optics and clarity that we would like to have in order to provide guidance. To us that was a prudent decision, that was in the investors' best interest to let them know about that we did not have that kind of clarity such that we were willing to give that.

And we weren't the only company in the country looking at that environment. . . . So I think we did the prudent thing saying we don't have the kind of clarity and certainty that we would like to have in order to give that kind of guidance.

Ex. 23, D. Egan Dep. 105:22-107:3.

55

**192.** Mr. Dwight Egan further testified that despite the inability to predict short-term revenue, he expected a new variant to emerge and sales to follow:

> Things were uncertain enough and the optics were unclear enough so we decided not to guide on it, but we were gearing up for what the nation as a whole was projecting was going to be a very probable or at least possible set of circumstances in the fall and winter. Nobody knew when the new variant or an old variant or whatever would have asserted itself. That's why the Congress was being importuned by the White House to give them another 22 and a half billion dollars to gear up. So that's the kind of expectation we were focusing on, not a near-term situation with respect to our sales orders, which was coming off one of the most vicious COVID onslaughts in the entire pandemic that occurred in the fourth quarter and first quarters of '21 and '22.

Ex. 23, D. Egan Dep. 128:3-22.

**193.** In the spring of 2022, Mr. Dwight Egan was aware of and considered statements from U.S. and world health officials and organizations, as well as news reports, indicating that COVID infections were expected to increase in the coming months. *See* Ex. 23, D. Egan Dep. 107:4-109:23; Greene Decl. ¶ 100, Ex. 99, Email to D. Egan (and others) re Fortune Magazine: A new COVID wave is probably coming, and American just doesn't seem to care, dated Apr. 10, 2022; *id.* ¶ 104, Ex. 103, Email to Gundry and S. Egan re FW: New, fitter descendants of Omicron variant begin to drive their own coronavirus waves, dated May 4, 2022 ("It looks like a new wave may be upon us."); Ex. 109, Email to S. Egan and D. Egan re NY Times: Coronavirus: Expecting a fall surge, dated May 9, 2022.

**194.** Mr. Benson testified that increased volatility and unpredictability caused a lack of visibility:

> My recollection at the time was, again, kind of like I've said earlier, things were just much more volatile and unpredictable at this point than we had experienced before. The pandemic was continually evolving, and we sort of took -- we'd only started offering guidance about a year or so before this, and so it was something that we were continually evaluating on a -- you know, on a per-quarter basis.
>
> So I can't recall specifically any of the details here, other than just that general sense of coming off of omicron and seeing these peaks and troughs and these --

these spikes. There were a lot of factors at play, and I remember that it was -- it was more difficult to -- to -- to feel like we had visibility in what things were going to be looking like.

Ex. 20, Benson Dep. 91:4-23; *see also id.* 105:19-22 ("Again, my -- my recollection at the time was specifically revolved around just, like, the volatility and unpredictability of it all. Not that there was any specific number in mind.").

195.    Mr. Benson explained that there were many factors that caused the Company to have increased uncertainty about short-term sales, testifying:

> But we'd also just been through omicron, and that was not the first variant, but it seemed to be the worst. And we didn't know if these waves were going to keep getting bigger. It was -- you know, omicron caught everybody by surprise. And we didn't know when there was going to be another omicron, but we assumed there would be. All we had seen from this virus was more variants and variability.
>
> Our mix was, you know -- I -- I don't exactly recall what the percentage was between domestic and international, but those markets were also just different. I mean, the -- the international markets reacted differently, as I recall, to -- you know, in -- in some respects than the domestic markets.
>
> And so there was just a lot happening at that time, and we didn't -- you know, we didn't -- we didn't feel comfortable or we didn't feel like it would be the responsible thing to do to take a guess if we didn't have an idea what it was going to -- what it was going to convey. Like, we had a responsibility to our shareholders to communicate accurately and honestly, and if we don't feel as though we have the ability to do so and for it to be accurate, then we're not going to say something that we feel is -- is -- is not accurate.

Ex. 20, Benson Dep. 94:1-95:1; *see also id.* 95:10-96:19 (explaining further how new variants and vaccines were leading to more uncertainty as the pandemic progressed).

196.    Mr. Benson further testified:

> [W]e were just kind of focused more on it being unpredictable and all -- all these different factors at play.
>
> People going back to -- to -- to normal life, but then interacting more in person, how much effect was that going to have? We didn't know. What was the relative vaccination rates in different -- you know, in different areas? How was that going to impact -- affect our sales mix? We didn't know.

I mean, that -- what -- my recollection of this was certainly more so around just the volatility and . . . unpredictability more so than exactly what number we were going to hit at. And if -- if the latter was the case, then we would have maybe had some concerns about missing it or not or having a -- a high quarter or low quarter. It was more just like, Where is this going?

Ex. 20, Benson Dep. 113:4-20.

### C.    Co-Diagnostics Sought Input From Its Outside Investor Relations Firm

197.    In preparing for the May 12, 2022 earnings release, the Lambert team learned from Co-Diagnostics that it was experiencing "less visibility" into the COVID testing market, as Mr. Houston testified:

I don't remember the exact timeline of events as to how we knew that there was less visibility that Co-Diagnostics was facing and so I know we did give them a few potential ways to handle that.

I would have to go back and look, but our counsel is typically be open, be transparent and share as much as you can around any uncertainty.

And I think what further -- I have to go back and look -- I think what further compounded that too is just a lot of macro issues that all of our clients were facing, I mean, not just a pandemic, but Russia invading Ukraine, the Fed increasing interest rates, Donald Trump saying he's going to run for office again.

So if I remember correctly, I think that spring and that summer were quite a tumultuous time for a lot of our micro and small cap clients.

Ex. 27, Houston Dep. 49:6-50:3.

198.    Mr. Houston explained that while Co-Diagnostics "knew there was reduced visibility," the Company was still "trying to get [its] arms around it." Ex. 27, Houston Dep. 50:10-12.

199.    Accordingly, the Lambert and Co-Diagnostics teams "went back and forth to really try and nail down what exactly [was] at play[.]" Ex. 27, Houston Dep. 50:14-17.

200.    The guidance set forth in the initial draft of the May 12, 2022 press release and Mr. Brown's CFO call script were placeholders pulled from the earnings materials from the

previous quarter. *See* Ex. 27, Houston Dep. 50:23-51:25 (explaining it was Lambert's practice to pull forward the information provided in the materials from the prior earnings release and therefore, the presence of quarterly guidance in the initial drafts of the Q2 2022 materials was a placeholder and did not indicate that Co-Diagnostics was planning to provide guidance at that time); *id.* 54:15-55 (explaining same with regards to initial draft of earnings press release); Greene Decl. ¶ 105, Ex. 104, Email re Q1 CFO Script, dated May 4, 2022, attaching CFO Script; *id.* ¶ 106, Ex. 105, Email re Q1 CFO Script, dated May 4, 2022, attaching Draft Press Release.

201.    On May 4, 2022, Mr. Houston emailed Mr. Brown regarding potential alternatives to providing quarterly guidance for 2Q22 and offering some thoughts on those alternatives. *See* Greene Decl. ¶ 107, Ex. 106, Email from Houston to Brown re Guidance Considerations, dated May 4, 2022 ("May 4 Lambert Email").

202.    Mr. Houston testified that the options he identified in the May 4 Lambert Email were "very similar" to those Lambert shared with other clients around the same time "given the uncertainty." Ex. 27, Houston Dep. 57:18-58:15.

203.    Mr. Houston further testified that the options he provided to Co-Diagnostics were not driven by a concern, on his part or at Co-Diagnostics, that the quarterly guidance would come up short or that 2Q 2022 was off to a slow start:

> [I]t was more of a concern that they didn't really have the proper visibility that they felt they needed to be able to produce a range that could be relied on by the street.
>
> . . .
>
> I just recall it would have been a month into the quarter that they didn't have the visibility that they might typically have, that they had at the same time last year, as to their ability to derive a forecast.
>
> . . .
>
> [I]f I remember correctly, this felt more like a fishing expedition for us in really trying to get at the heart of what's going on here and let us help you.

59

Ex. 27, Houston Dep. 59:5-61:5.

204.    Mr. Benson agreed that the concern was not "guiding to a figure and coming up short," but that the Company did not have enough information to comfortably make a prediction regarding quarterly revenue:

> **Q.** Do you recall whether there was a concern at the time of guiding to a figure and coming up very short?
>
> **A.** I don't recall that specific concern, beyond the context of not being able to reliably produce a number that we felt we could stand by full stop, whether we would come in with something that would end up being way lower than -- than we had anticipated because of a variant or because of a -- a larger push in the Southern Hemisphere or in different -- in different areas. Or if we would give a number that would be higher, and then it would be lower than we had anticipated for other -- you know, for -- for other factors that we couldn't -- that we couldn't predict.

Ex. 20, Benson Dep. 101:22-102:11; *see id.* 99:25-100:9 ("[I]t was an evolving situation with a pandemic, an evolving situation with our company. And to the extent that we had a degree of comfort that we could rely upon -- give responsible predictions that we felt would be, you know, ingenuous and . . . would communicate honestly and fully to the market, we did so. When it got to the point where we felt like it would be irresponsible to do so, we didn't.").

205.    Mr. Houston testified that in preparing for the May 12, 2022 earnings release, nobody from Co-Diagnostics told him that sales for the Logix test had fallen or that revenues were down. *See* Ex. 27, Houston Dep. 40:17-41:11; *see also* Ex. 20, Benson Dep. 102:23-103:16 (testifying he does not recall having a conversation with the Lambert team in which it was suggested the Company "was likely to have a soft quarter or two" or that "Q2 was off to a slow start").

206.    Nor is there any evidence that, leading up to the May 12, 2022 earnings release, anybody at Co-Diagnostics told the Lambert team that sales for the Logix test were down. *See,*

*e.g.*, Ex. 20, Benson Dep. 73:9-15; Ex. 21, Brown Dep. 89:22-90:2; Ex. 23, D. Egan Dep. 107:4-8, 138:6-141:18.

207.     Nor did the Lambert team have any knowledge of Co-Diagnostics' quarter-to-date sales leading up to the May 12, 2022 earnings release. *See* Ex. 27, Houston Dep. 62:22-63:7 ("[W]e didn't have any visibility into anything quantitative in a current quarter time frame."), 108:2-4 ("We didn't have any visibility into what the sales were actually doing or the order flow was actually doing."), 114:23-25 ("I don't have any visibility into [Co-Diagnostics'] monthly sales numbers.").

208.     Mr. Houston testified that any statements in the May 4 Lambert Email suggesting Co-Diagnostics was having "a weak start to the quarter" were inferences on his part based on experiences with different clients:

> [I]t's me putting words into their mouth and me just assuming . . . . Again, the language that I chose to use were the inferences based on what I've seen with other clients that are considering pulling quarterly guidance or annual guidance, for that matter, and so it's really just trying for me to give them all of the different opportunities that they have, but me inferring that there's probably less visibility or Q2 isn't off to the start they thought it would be, so let me know my options now and it's not to say this is exactly what happened and now we've got to figure out a recipe to resolve the situation.

Ex. 27, Houston Dep. 69:7-70:2; *see also id.* 62:7-13 (explaining any reference to "a soft quarter or two" in his email was inference he made); *id.* 67:9-16 ("So I really don't think Mr. Brown had shared anything other than he would give us some scenarios on if we were to stop quarterly guidance, if we're going to continue, what are all the puts and takes with that, and so I immediately go into, well, okay, that probably means Q2 is going to be soft."); Ex. 23, D. Egan Dep. 143:11-144:2 (testifying while he was not involved in the discussions regarding guidance at this point in time, he believes Mr. Houston was merely providing "a bunch of hypothetical scenarios").

61

**209.** Mr. Houston testified that the alternatives provided were to help Co-Diagnostics determine the best option for providing transparency to investors. *See* Ex. 27, Houston Dep. 33:12-34:17 (testifying "the end goal" was to be "as open and transparent as possible").

**210.** When Mr. Houston wrote that guiding to an annual figure would "tip your hand" to investors, he meant that switching from quarterly to annual guidance would provide insight to investors:

> [W]e want them to be open and transparent, that even though they maybe didn't feel confident with the quantitative range for quarterly guidance, that by switching to annual guidance, those professional investors are smart enough to really determine, you know, okay, maybe there's going to be a down quarter here or there, but the annual number is still the same.
>
> Again, trying to remove some of that uncertainty and volatility to where, maybe it doesn't read that way, but the intent of that bullet to them was that we would want to tip our hand to investors and give them as much information as possible, that we still had a high level of confidence around achieving.

Ex. 27, Houston Dep. 61:6-62:6; *see also* Ex. 106, May 4, 2022 Lambert Email.

**211.** When Mr. Houston wrote, with respect to one of the options he outlined, that Co-Diagnostics should ask itself "if a reasonable person (SEC official or class action lawyer scenario) could reasonably understand your rational and logic for guiding to such a high number despite the weak start to the quarter," he was ensuring that Co-Diagnostics "cover [its] bases" and would be "able to talk through exactly how did we arrive at this forecast." Ex. 27, Houston Dep. 66:4-25; *see also* Ex. 106, May 4, 2022 Lambert Email.

**212.** On May 6, 2022, Mr. Brown responded to Mr. Houston, stating he was leaning toward pulling Q2 2022 guidance completely and asking for assistance regarding how best to present this decision to investors. *See* Greene Decl. ¶ 108, Ex. 107, Email Correspondence between Brown and Houston, dated May 6, 2022 ("May 6 Lambert Email"); Ex. 21, Brown Dep. 106:12-17 ("Lambert is our investor relations expert and that's why we hired them is to help us with

communication to the Street and so my question would be asking him what would be the best way to present this.").

213.    In response, Mr. Houston looked into how other companies that had recently decided to discontinue quarterly guidance had messaged their decisions and provided Co-Diagnostics with some rationales for not providing guidance that might apply to Co-Diagnostics. *See* Ex. 27, Houston Dep. 71:7-73:2; *see also* Ex. 107, May 6 Lambert Email.

214.    Mr. Brown responded, indicating that he felt the following reasons for not providing guidance were most applicable to Co-Diagnostics:

   a.    Uncertainty as to how Co-Diagnostics' revenue will be impacted once the Company starts selling the at-home and point-of-care PCR test;

   b.    Timing of orders in a particular quarter and how they are fluctuating greatly due to significant fluctuations in testing requirements in various geographic location;

   c.    Inability to confidently project testing requirements through the remainder of the year; and

   d.    Not wanting to put out guidance that he did not feel confident would be accurate.

*See* Greene Decl. ¶ 109, Ex. 108, Email Correspondence between Brown and Houston, dated May 9, 2022 ("May 8-9 Lambert Email").

215.    Mr. Brown testified that the timing of orders for the Logix test was fluctuating more in the period leading up to May 12, 2022 than it had in prior quarters:

> There had been fluctuations on a weekly basis and it was becoming more apparent that the fluctuations were becoming more defined, there were more defined fluctuations, it was just happening more often. . . . If you look back at the history of the sales during COVID, they fluctuated, and even at this time it fluctuated even more based on the outside influences, how society was responding to COVID, how different countries were responding to the COVID pandemic at that point in time because we recently had had an Omicron spike that caused a significant amount of volatility when it came to how revenue came in and was recognized.

Ex. 21, Brown Dep. 114:8-115:6; *see also* Ex. 20, Benson Dep. 122:15-17 ("I think it's fair to say that it was a volatile time with lots of fluctuations in a quarter.").

216.    In addition to the reasons set forth by Mr. Brown on May 9, 2022, Mr. Benson added that "mask mandates being dropped while variants continue to surface and spread . . . especially [outside of the United States]" was another factor leading to significant uncertainty in the COVID testing market. *See* Ex. 108, May 8-9 Lambert Email; Ex. 20, Benson Dep. 124:21-22; *see also* Ex. 29, Tsai Dep. 52:13–54:14.

217.    Mr. Dwight Egan or Mr. Brown never told Mr. Houston that Co-Diagnostics was trying to hide lower sales of the Logix test from the investing public. *See* Ex. 27, Houston Dep. 123:15-21, 124:16-20.

218.    Mr. Brown never told Mr. Houston that the decision not to provide guidance on May 12, 2022 was motivated by trying to hide lower sales of the Logix test. *See* Ex. 27, Houston Dep. 123:22-124:3.

219.    Mr. Dwight Egan or Mr. Brown never told Mr. Houston that the statements made in the May 12, 2022 press release or earnings call were intended to hide low sales from the investing public. *See* Ex. 27, Houston Dep. 124:4-15, 124:21-24.

220.    As Mr. Benson testified, the Company decided not to provide guidance because it felt like it was the most responsible option:

> We didn't choose any of these options, except for the first one, because that was the one that we felt was most responsible. It wasn't because we were worried it was going to be low or we thought it might be higher. It was simply because all of those together tell the story of an unpredictable, volatile situation.
>
> And we had to go with what we thought was the most responsible action to communicate to our shareholders. And that wasn't to take a guess on a number that was too low or a number that was too high or to stretch it out over the year.
>
> Any -- any one of those options would have been more irresponsible than -- to our mind than to just be honest and say, We can't -- we can't read where this is going.

Ex. 20, Benson Dep. 110:24-111:14; *see also id.* 112:8-13 ("A company has a responsibility to do what's, best to give the best number that it can. And if that -- if your best guess is, We can't give a

64

number that we can accurate -- that we feel like we can responsibly stand behind, then it's the company's responsibility to not give a number.").

221.    Ultimately, as Mr. Brown repeatedly explained: "I don't want to put out guidance that I don't feel is accurate." Ex. 108, May 8-9 Lambert Email; *see also* Brown Dep. 113:4-19 ("There's more than one concern you may have when providing guidance. You can't make a determination based on one item. . . . [T]hese are the things that were happening that we -- helped me to feel like it was appropriate to not provide guidance because again, I didn't want to provide guidance that was not accurate."), 133:24-134:9 (testifying, during an earnings call, he could not "provide every single reason for the volatility in the market in terms of COVID testing" but he tried to "point to the things that we think most accurately impact the market and the environment at that time"), 155:15-22 ("I just want to emphasize my thought process here is that the last thing I want to do is provide guidance that we're not confident in, so that's one thing you'll know going forward, is if we're not confident in providing guidance, then we won't provide guidance. I just want to make sure that's clear.").

222.    Co-Diagnostics' board approved the decision to not provide quarterly guidance for Q2 2022. *See* Ex. 21, Brown Dep. 116:21-117:5 (explaining the board supported the decision because there was "good reason for it"); *see also* Ex. 23, D. Egan Dep. 114:5-19 ("I'm sure that the board, if they were consulted on it and weighed in, that they would have agreed or we wouldn't have gone forward with the recommendation of Mr. Brown. They would not have given us a stipulation of as long as there are good reasons. I mean obviously, we wanted to have good reasons why we were making that decision which I think I've discussed in terms of our -- the kind of optics and uncertainty that we thought potentially lie ahead. I think we did the prudent thing."), 118:9-19 ("We wouldn't go to the board nakedly and say what do you think about this? We would have

65

already had good reasons to present to the board in terms of things that I mentioned previously in terms of our -- the optics we had and the uncertainty that we were looking at and not feeling that we should commit to numbers that didn't have a clear sense of being able to achieve them.").

## IX.    THE CHALLENGED STATEMENTS

223.    On May 12, 2022, after the market closed, Co-Diagnostics issued a press release disclosing the Company's financial results for the quarter ended March 31, 2022 (the "May 12, 2022 Press Release"), and filed a Form 8-K with the U.S. Securities and Exchange Commission ("SEC") attaching a copy of that press release as an exhibit. *See* Greene Decl. ¶ 14, Ex. 13, Co-Diagnostics Form 8-K, filed May 12, 2022 ("May 12, 2022 8-K"); AC ¶ 43.

224.    Also on May 12, 2022, after the market closed, Co-Diagnostics held a conference call with investors and analysts to discuss the 1Q 2022 earnings release, share prepared remarks, and answer questions. AC ¶¶ 43, 45-47; Ex. 76, May 12, 2022 Earnings Call Transcript, at 6 ("For Q1, revenue increased 13.5% to $22.7 million as compared to $20.0 million during the prior year period. This increase in revenue on a year-over-year basis was primarily driven by increased global sales of our Logix Smart COVID-19 tests.").

225.    Each of the challenged statements still at issue in this case was made after hours on May 12, 2022, which means that any artificial inflation caused by any of these statements could not have entered Co-Diagnostics' stock price until the trading day on May 13, 2022, and could not have impacted the stock price on May 12, 2022. *See* Ex. 94, Initial Coffman Rpt. ¶ 81 n.76 (acknowledging that while the certified Class Period begins on May 12, 2022, the first challenged statement was made after hours that day, "[t]herefore, artificial inflation would first be present in the market price of Co-Diagnostics Common Stock on the following trading day, May 13, 2022."); Greene Decl. ¶ 23, Ex. 22, Deposition of Chad Coffman ("Coffman Dep.") 38:2-19; AC ¶¶ 43, 45.

226.     Co-Diagnostics' May 12, 2022 Press Release identified certain statements as forward-looking and referred investors to cautionary language in the 2021 Form 10-K. Ex. 13, May 12, 2022 8-K, at 6.

227.     Among other things, the May 12, 2022 Press Release stated:

*This press release contains forward-looking statements. . . . Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions. Forward-looking statements in this release include statements regarding (i) completion of development and FDA submission for approval of the new Co-Dx at-home/point-of-care PCR testing device, (ii) forecast of strong demand for our broad product portfolio across all end markets . . . Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances. Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to place undue reliance on any forward-looking statements. There can be no assurance that any of the anticipated results will occur on a timely basis or at all due to certain risks and uncertainties, a discussion of which can be found in our Risk Factors disclosure in our Annual Report on Form 10-K, filed with the Securities and Exchange Commission (SEC) on March 24, 2022, and in our other filings with the SEC.*

*Id.* (emphasis in original).

228.     The May 12, 2022 Press Release reported revenue of $22.7 million, primarily due to sales of the Logix test, representing a revenue increase of approximately 13.5% as compared to approximately $20.0 million during the prior year period. *See* Ex. 13, May 12, 2022 8-K, at 4; AC ¶ 43.

229.     The May 12, 2022 Press Release announced Co-Diagnostics' decision to stop providing quarterly guidance at that time based on various factors making it difficult for the Company to accurately forecast sales for the Logix test. *See* Ex. 13, May 12, 2022 8-K, at 4; AC ¶ 44.

230.     In the May 12, 2022 Press Release, Mr. Dwight Egan is quoted as stating:

While we remain very confident about the long-term potential of our business, our ability to accurately forecast Logix Smart™ COVID-19 Test sales through the balance of the year has diminished due to decreased mask mandates in the United

67

States, continued emergence and spread of new variants, and persistently low vaccination rates in many parts of the world. As a result, it has become difficult to predict with any level of precision the cumulative impact of these and other factors on our future financial results. For these reasons, we are not providing quarterly guidance at this time and will reassess this position in the future[.]

*See* Ex. 13, May 12, 2022 8-K, at 4; AC ¶ 44.

231.    The analysts covering May 12, 2022 Earnings Call included: Yi Chen from H.C. Wainwright; James Sidoti from Sidoti; Theodore O'Neill from Litchfield; and Jason McCarty from Maxim. *See* Ex. 20, Benson Dep. 29:16-30:13 (testifying to same); Ex. 76, May 12, 2022 Earnings Call Transcript, at 3.

232.    At the beginning of the May 12, 2022 Earnings Call, Mr. Benson (Co-Diagnostics' head of corporate communications), identified certain statements as forward-looking and referred investors to additional cautionary language in the 2021 Form 10-K:

> Before we begin, we would like to inform the listeners that certain statements made by Co-Diagnostics during the course of this call may constitute forward-looking statements. Any statement about company expectations, beliefs, plans, objectives, assumptions of future events or performance are forward-looking statements. For example, statements concerning 2022 financial and operational guidance, the development, regulatory clearance, commercialization and features of new products, plans and objectives of management and market trends are forward-looking statements. . . .
>
> The company believes these statements are based on reasonable assumptions. However, these statements are not guarantees of performance and involve known and unknown risks and uncertainties that may cause the actual results to be materially different from any future results expressed or implied by such statements.
>
> Important factors, which could cause actual results to differ materially from those in these forward-looking statements are detailed in Co-Diagnostics filings with the SEC. . . .

Ex. 76, May 12, 2022 Earnings Call Transcript, at 4.

233.    S&P Global issued a transcript of the May 12, 2022 Earnings Call, in which Mr. Brown is quoted as stating:

68

Turning now to our visibility around the outlook for the balance of the year. While we experienced strong demand for our products during the first quarter of 2022, changes in our operating environment and markets have restricted our near-term visibility. We will continue to navigate the near-term environment with caution, but as a result, we'll not be providing quarterly guidance at this time.

To be clear, we remain very confident about the long-term potential of our business and the demand for our products. Our ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants and persistently low vaccination rates in many parts of the world.

Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic regions we serve. As a result, it has become difficult to predict with an expected level of precision the cumulative impact of these and other factors on our future financial results.

Ex. 76, May 12, 2022 Earnings Call Transcript, at 7; AC ¶ 45.

**234.**    The May 12, 2022 Earnings Call Transcript also included the following exchange between Yi Chen, an analyst for H.C. Wainwright, and Mr. Dwight Egan and Mr. Brown:

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Excellent. Thanks a lot. And a quick follow-up on the Logix Smart detection test. I know you spoke about the fact that you couldn't -- I mean it's not -- now is not the right time, like give guidance, but are you already seeing a decline in the number of orders for the test? Or is it mainly a fluctuation in the total number of orders and the timing of customers or customer orders? And in the same context, I was also -- I know you spoke about it during your prepared remarks, but maybe if you could summarize how you could leverage the existing CoPrimer technology for other indications that will also be very helpful for our understanding.

**Dwight H. Egan**
*Chairman, CEO & President*

Okay. We have a little bit of a problem hearing all of the questions that you just answered or that you just asked. So if you wouldn't mind, would you please repeat most important part of the question so that we can hear it.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

69

Sure. Sorry about that. So with the Logix Smart detection test, are you already seeing a decline in customer orders? Or are you refraining from providing a guidance mainly because it's tough to like predict the environment moving forward? And in the same context, I was wondering if you could, I know you spoke about it during your prepared remarks, but I was wondering if you could essentially summarize how you could leverage your CoPrimer technology for other indications, assuming COVID-19 testing decreases throughout the rest of this year?

**Brian L. Brown**
*CFO & Company Secretary*

Yes. This is Brian. I can respond to the first question that you asked. It's more about the timing and being able to forecast the timing of orders is the bigger issue. It's not necessarily a demand issue that we're seeing. It's more of just timing of being able to accurately forecast what's coming in. And the last thing we want to do is provide guidance that we're not confident in. And so that's one thing you'll know going forward is if we're not confident in providing guidance, then we won't provide guidance.

Ex. 76, May 12, 2022 Earnings Call Transcript, at 9-10; AC ¶ 46.

### X.    FACTORS IDENTIFIED BY THE DEFENDANTS ON MAY 12, 2022 AS CREATING UNCERTAINTY DID NOT NECESSARILY INDICATE AN INCREASE IN LOGIX TEST SALES

**235.**    Mr. Dwight Egan and Mr. Brown did not believe that the factors set forth in the May 12, 2022 earnings release and on the May 12, 2022 Earnings Call as leading to diminished ability to accurately forecast sales of the Logix test suggested increased COVID infection in the near term, testifying:

It could go either way. What we were saying is we didn't know what it was going to do and if it was going to be more or less, we couldn't put our finger on it. Hence, we didn't have the level of precision and optical clarity that we wanted to try and predict or forecast it.

Ex. 23, D. Egan Dep. 146:8-15; *see also* Ex. 21, Brown Dep. 142:10-23 (same); *see also* Ex. 27, Houston Dep. 86:13-87:9 (testifying that whether the factors presented suggested more COVID infection going forward "depends on the reader").

**236.**    Mr. Dwight Egan testified that he did not associate reduced mask mandates, the emergence of new variants, or lower vaccination rates with increased levels of COVID infection:

> Whether or not a decrease in mask mandates created more demand for COVID testing or not I think was up in the air. And the same with the emergence of new variants. Variants may have ended up being less transmissible and less infectious because a lot of times as a virus goes through its iterations it gets weaker. . . .
>
> [D]epending on what's going on with low vaccination rates, by this time you've got some degree of herd immunity in the country where people have already had COVID and people have already been vaccinated, so that would have potentially a dampening effect. So bottom line here is these are elements -- these are variables and they are variables of uncertainty and that's what we were trying to communicate in our communication with the shareholders that because of that, and that lack of, you know, of optics and clarity, we're not going to try and guess and give a forecast or speculation as to what it's going to do. We just didn't know.

Ex. 23, D. Egan Dep. 147:2-148:11; *see also id.* 148:23-149:8 ("And our public have certainly shown that they are willing to abandon masks without resulting in massive new explosions of COVID infection. So I would go back to what I said earlier, it could have gone either way. The mask mandate was a national controversy, but not one that would give us a clear signal as to which way this thing was going to go."), 150:25-151:22 ("It would depend on how virulent the new variant was."), 153:6-7 (explaining again low vaccination rates is "not necessarily" associated with higher levels of COVID infection); Greene Decl. ¶ 101, Ex. 100, Email to D. Egan re Rapid Antigen Solutions For Next COVID Variant Surge, dated Apr. 28, 2022 ("With many mask mandates being lifted, Covid-19 cases are up 55% across the U.S.").

237.    Similarly, Mr. Brown testified:

> [T]he decreased mask mandates in the United States doesn't necessarily mean that COVID would spread more, it could be that the spread has decreased and so there was less risk. It could be one side or the other.

Ex. 21, Brown Dep. 142:18-23.

238.    Mr. Brown believed that the emergence and spread of COVID variants did not mean there would be increased COVID infection in the short term:

> **Q.** Do you understand the emergence and spread of variants to be a factor that indicates more COVID infection?

71

. . .

**THE WITNESS:** Again, not necessarily. I mean you don't know so there have been various variants that hit during COVID. Some were more impactful than others. So a variant could spread and you could see a variant that maybe didn't have the same impact that Omicron did. Again, we just didn't know. We didn't know when the next variant would hit and the impact it would have to revenue.

Ex. 21, Brown Dep. 145:5-19.

239.    Mr. Benson, who helped draft the May 12, 2022 earnings release, testified similarly and explained that the factors indicated unpredictability, making it difficult to predict revenue for the ongoing quarter:

I see these [factors] as just pointing to just the -- more of the -- the unpredictability and the variability about the existence of -- of -- or the persistence of COVID. It was just hard to predict responsibly exactly and accurately, like you said, to accurately forecast what -- what it would be.

And I would say that that's -- again, I would probably just take it -- I would -- I would just take it at face value. It's our ability to accurately forecast through the remainder of the year because of these factors. We're not saying -- taking the position on what these factors specifically -- what effect they're going to have, just that they make it unpredictable. They make it hard to predict.

Ex. 20, Benson Dep. 145:9-23.

240.    Mr. Benson testified that decreased mask mandates did not necessarily mean an increase in COVID infection:

I could see [decreased mask mandates leading to more COVID infection] as being possible, but it could also have the inverse effect; right? The -- the decreased mask mandates could be a result of lower infection rates; right? Like, it's -- I can't -- I can't say that one would lead to the other. . . just that is a factor that makes it difficult to predict.

Ex. 20, Benson Dep. 146:17-147:1.

241.    Mr. Benson also agreed the same is true with regards to lower vaccination rates:

People getting -- people refusing the vaccine could also be associated with people refusing to test just because of overall COVID fatigue. And so as people are not getting the vaccine, it could be because they're just resisting the whole change through to their lifestyle and then not doing the testing at all anymore.

72

> It's -- it's something that could have an effect either way. We felt like it was significant, but it was significant in an unpredictable way. It was a different world than it was a year before or a quarter before or three quarters before.

Ex. 20, Benson Dep. 150:1-12.

242.    And while new variants may lead to more infections, Mr. Benson explained that there was unpredictability regarding both when the next variant would emerge and how much it would drive testing:

> Believing that a variant will come isn't necessarily saying we believe that there's going to be a lot of infection or a lot of testing in the future. What it means is -- to me -- and I think this is what Dwight is saying here -- is that we just don't know when. We feel that COVID is still around, but we can't pin the tail on -- you know, on -- on -- on -- on the timing there, on that donkey. Who knows exactly when it's going to happen? We just feel that it's in our future, but who can say when?

Ex. 20, Benson Dep. 147:22-148:6.

243.    Dr. Tsai—a Senior Policy Advisor for the COVID-19 Response Team during the Biden Administration—opined that the May 12, 2022 challenged statements were "consistent with [his] understanding of the COVID testing market and demand at that time, as well as how public health officials and industry participants publicly spoke about COVID testing and demand in Spring 2022." Ex. 91, Tsai Rpt. ¶ 13; *see also id.* ¶ 45.

244.    Dr. Tsai testified that a decrease in mask mandates, on its own, cannot be associated with either an increase or decrease in COVID infections. Ex. 29, Tsai Dep. 52:13–54:14 (explaining the impact of decreased mask mandates "depend[s] on the context" because if there low prevalence of disease in communities "then masking may not make a difference" but "if there were COVID cases and active transmission, then it could have an impact"); Ex. 91, Tsai Rpt. ¶¶ 1-5 (setting forth Dr. Tsai's qualifications).

245.    Dr. Tsai further testified that the ability of mask mandates to reduce COVID infections depends on factors such as the transmissibility of a given variant, the underlying

prevalence of COVID cases at a given time, whether individuals follow masking guidance, a community's vaccination rates, and individuals' previous COVID exposure. Ex. 29, Tsai Dep. 53:11–54:10.

246.    Dr. Tsai also testified that the emergence of new COVID variants, on its own, cannot be associated with either an increase or decrease in COVID infections. *Id.* 56:8–57:11 (explaining that the impact of new variants on COVID infection rates "depend[s] on the specific nature of the variants" because there can be "variants that fizzle away or variants that become variants of concern").

247.    Dr. Tsai testified that the ability of new variants to increase COVID infections depends on factors such as the binding of the virus to specific receptors, background vaccination rates, whether there is a vaccine targeted to a variant, the amount of diagnoses of a variant, specific treatment for a variant, and state and local public health guidance. *Id.* 56:19-59:5.

248.    Dr. Tsai additionally testified that low vaccination rates, on their own, cannot be associated with either an increase or decrease in COVID infections. *Id.* 59:7-60:5 (explaining impact of vaccination rates on COVID infections was "unknowable" in the spring of 2022 because it depended on characteristics of future variants and "[t]here was an imprecise ability to forecast that"); *see also* Ex. 91, Tsai Rpt. ¶ 40 ("Lower vaccine rates do not necessarily result in more COVID infections or more COVID testing.").

249.    For instance, Dr. Tsai found that Connecticut and Georgia registered a similar number of COVID cases per capita for the week ending May 12, 2022, but providers in Connecticut administered more than twice as many molecular tests per capita, over twice as many molecular tests per COVID case, and about 1.5 times as many vaccine doses per capita, as illustrated below:



**COVID Testing and Vaccination Differed Regionally Connecticut and Georgia**

Ex. 91, Tsai Rpt. ¶ 40, Fig. 5.

250.    The ability of vaccination rates to decrease COVID infections depends on factors such as characteristics of future variants, vaccines targeted to those variants, public health decisions like people deciding to stay home, availability of therapeutics to treat COVID cases and shorten the duration of symptoms, and the epidemiology of how the virus spreads. Ex. 29, Tsai Dep. 60:7-61:20.

## XI.    DEFENDANTS BELIEVED FUTURE DEMAND WOULD REMAIN STRONG AS OF MAY 12, 2022

251.    In the spring of 2022, the Company believed there would continue to be strong demand for the Logix test in future, as Mr. Benson testified: "We thought COVID was still going to be driving a large portion of our business for an indeterminate amount of time." Ex. 20, Benson Dep. 164:8-10.

252.    On May 12, 2022, Mr. Brown did not believe there was a demand issue with respect to the Logix test:

Because at the time we didn't [think there was a demand issue], that's not what we saw. That's just basically we felt like it was a timing of orders at that given point in time. It was just recently if you think about Q1 which is not that far in the past here, Q1, we had the biggest month in Q1 that we've ever had so the volatility there didn't necessarily lean to a reduction in demand. It felt like more of a change potentially in fluctuation order patterns.

Ex. 21, Brown Dep. 152:18-153:7.

253.    Nor did Mr. Brown see lower sales in February, March, and April of 2022 as inconsistent with that view: "The orders were lower. I don't know that there would be necessarily you could point to a decline as in a trend per se. There was volatility in when orders were coming in, plain and simple." Ex. 21, Brown Dep. 153:22-154:3.

254.    Mr. Dwight Egan also did not believe that the February, March, and April sales revenues indicated a demand problem for the Logix test:

We became aware of -- we knew what the sales and revenue activity was but we did not view that as being dispositive in terms of what the prospective sales levels would be. We were in the middle of a pandemic. We were also coming off of a very rough season in the world and in the country with respect to the Omicron virus and its mutations which were extremely pervasive. So at this point, we're looking at a whole bunch of other data besides just looking at monthly sales results as to what could happen in the future.

Ex. 23, D. Egan Dep. 71:8-23.

## XII.    MARKET REACTION TO THE MAY 12, 2022 EARNINGS RELEASE

255.    On May 13, 2022, the price of Co-Diagnostics' common stock increased $0.59, from a closing price of $3.96 per share on May 12, 2022 to close at $4.55 per share on May 13, 2022. *See* Greene Decl. ¶ 91, Ex. 90, Co-Diagnostics Stock Price History for May 12, 2022 through August 12, 2022, Yahoo!Finance; *see also* AC ¶¶ 8, 58.

256.    Analyst commentary and news coverage shows that the market perceived the challenged statements and the cessation of guidance by Co-Diagnostics as negative news and as an indication of a likely decline in future revenue and earnings related to COVID-19 products. *See*

76

Greene Decl. ¶ 93, Ex. 92, Expert Report of Vinita Juneja, Ph.D., dated Nov. 20, 2024 ("Juneja

Rpt.") ¶ 17; *id.* ¶ 29, Ex. 28, Deposition of Vinita Juneja, Ph.D. ("Juneja Dep.") 48:6-16.

257.    Analyst reports from H.C. Wainwright, Sidoti, and Litchfield covering the

May 12, 2022 earnings release commented as follows:

**H.C. Wainwright**

**Top and bottom-line beat in 1Q22.** . . . We note that revenue primarily comprised sales of the Logix] test. Of note, management did not provide quarterly sales guidance at this time due to uncertainties related to COVID-19 testing demand. We continue to project a gradually decreasing demand for COVID- 19 testing in the coming quarters.

Ex. 79, H.C. Wainwright May 2022 Report, at 1 (emphasis in original); *see also* Ex. 92, Juneja

Rpt. ¶ 20.

**Litchfield**

**CODX beats 1Q22 Consensus but drops forward guidance** . . . The current Western strategy of 'living with COVID' and no national strategy of testing and monitoring means that, sales of tests are likely to rise and fall and become a lagging indicator of the virus. This inserts enough variability to hamper precise forecasts. We believe the company made the right decision to cease its usual quarterly guidance. Our only option under the circumstances is to set our estimates at the lower end of expectations and hope for some upside. . . . The company ceased providing quarterly guidance due to Western changes that make testing, a matter of choice.

Ex. 80, Litchfield May 2022 Report, at 1,4 (emphasis in original); *see also* Ex. 92, Juneja Rpt. ¶

20.

**Sidoti**

**1Q:22 Results Exceed Expectations; Expect Earnings To Decline In 2022, As Covid Cases Level Off, Before Rebounding In 2023 With Release Of Point-Of-Care System** . . . . The company did not provide guidance for 2Q:22 due to uncertainties around order timing. We continue to expect some demand for Covid-19 test will continue throughout 2022 due to continued outbreaks of new variants. . . . March-quarter revenue grew 13% year over year on increased demand for Covid-19 testing, due to the emergence of the Omicron variant. . . . We think the need for some screening will continue in the next several quarters as new COVID-

77

19 variants emerge. Though net income should slow the remainder of 2022, as Covid-19 testing levels off and R&D spending increases, we expect sales and earnings to rebound in 2023 with the launch of the new point-of-care system.

Ex. 78, Sidoti May 2022 Report, at 1-2 (emphasis in original); *see also* Ex. 92, Juneja Rpt. ¶ 20.

258.    Following the May 12, 2022 earnings announcement and the decision to suspend guidance, none of the analysts revised his forecasts upwards for the next fiscal quarter or for the two remaining quarters of 2022 even though Co-Diagnostics reported 1Q 2022 revenues and earnings above analyst estimates. Ex. 92, Juneja Rpt. ¶¶ 21-23; *see also* Ex. 28, Juneja Dep. 42:16-44:14; 46:6-14.

259.    H.C. Wainwright decreased its earnings per share ("EPS") estimate for 2Q 2022 by $0.01 and decreased its estimates for 3Q and 4Q 2022 ESP by $0.06. *See* Ex. 79, H.C. Wainwright May 2022 Report; Ex. 92, Juneja Rpt. ¶¶ 21-22.

260.    Similarly, Litchfield decreased its estimates for 2Q 2022 EPS by $0.07 and for 3Q 2022 and 4Q 2022 EPS by $0.20, and it decreased its estimate for 2Q22 sales by $3 million. *See* Ex. 80, Litchfield May 2022 Report; Ex. 92, Juneja Rpt. ¶ 22.

261.    Both H.C. Wainwright and Litchfield also decreased their estimates for 3Q and 4Q 2022 sales, with H.C. Wainwright reducing its estimate for 3Q and 4Q sales by $3 million, and Litchfield reducing its estimate for 3Q and 4Q by $10 million. *See* Ex. 79, H.C. Wainwright May Report; Ex. 80, Litchfield May Report; Ex. 92, Juneja Rpt. ¶¶ 21-22.

262.    Sidoti left its EPS and sales estimates for the remainder of 2022 unchanged. *See* Ex. 78, Sidoti May 2022 Report; *see also* Juneja Rpt. ¶¶ 21-22.

263.    Dr. Juneja opined that this economic evidence shows that the market understood the challenged statements as negative news:

> While Plaintiff alleges that the above statements misled investors and caused the price of Co-Diagnostics stock to be inflated, a review of analyst commentary and

78

news stories shows that the market perceived the Alleged Misrepresentations, in conjunction with the cessation of guidance by the Defendants, to be negative news and interpreted it as indicating a likely decline in future revenues and earnings related to COVID-19 products.

. . . .

[C]easing to provide quarterly guidance was interpreted by the market as a generic disclosure of bad news indicating a likely decrease in future earnings performance. A review of analyst commentary and revisions in analyst estimates demonstrate that analysts took the Company's statement removing guidance to heart and revised their outlook down accordingly. This is inconsistent with Plaintiff's claim that the Alleged Misrepresentations artificially inflated Co-Diagnostics' stock price.

Ex. 92, Juneja Rpt. ¶¶ 17, 29; *see also* ¶¶ 18-23.

I think that there are a number of factors that go into this and what we see is that on average and individually for some of the analysts, they adjust down not just their second quarter but their third and fourth quarter 2022 numbers. So while the timing may have been uncertain, they are responding to this announcement as negative news in terms of 2022 earnings.

Ex. 28, Juneja Dep. 43:9-19.

264.    Plaintiff's economic expert, Mr. Coffman, did not dispute that the challenged statements were understood by the market as bad news. *See* Greene Decl. ¶ 96, Ex. 95, Reply Report of Chad Coffman, dated January 10, 2025 ("Coffman Reply") ¶ 8 ("Dr. Juneja states that 'ceasing to provide quarterly guidance was interpreted by the market as a generic disclosure of bad news indicating a likely decrease in future earnings performance.' That is true, and such information was fully embedded in the market price of Co-Diagnostics from the beginning of the Class Period.").

265.    Neither Mr. Coffman's merits reports (filed November 20, 2024 and January 10, 2025), nor his class certification report (filed July 25, 2024) opines at any point on the challenged statements' alleged price impact on May 13, 2022. *See generally* Ex. 94, Initial Coffman Rpt.; Ex. 95, Coffman Reply; Dkt. #58-1.

### XIII.    ON AUGUST 11, 2022, CO-DIAGNOSTICS ANNOUNCES DISAPPOINTING 2Q 2022 FINANCIAL RESULTS AND SEVERAL OTHER PIECES OF BAD NEWS

266.    On August 11, 2022, after the market closed, Co-Diagnostics issued a press release that disclosed its Q2 2022 financial results (the "August 11, 2022 Press Release"), and filed a Form 8-K with the SEC attaching that press release. *See* Ex. 17, August 11, 2022 8-K; AC ¶ 56.

267.    Also on August 11, 2022, after the market closed, Co-Diagnostics held a conference call with investors and analysts to discuss the 2Q 2022 earnings release, share prepared remarks, and answer questions. AC ¶¶ 56-57; Ex. 77, August 11 Earnings Call Transcript.

268.    The August 11 Press Release announced Co-Diagnostics' full-quarter financial results for the second quarter of 2022. *See* Ex. 17, August 11, 2022 8-K.

269.    The full-quarter financial results for Q2 2022 that were announced on August 11, 2022, incorporated far more sales than existed as of May 12, 2022—specifically, all of the additional sales, revenue, and other financial information from May 13, 2022 through June 30, 2022. *See* Ex. 93, Juneja Reply ¶¶ 15-19, 21-22.

270.    The August 11, 2022 Press Release reported revenue of $5.0 million for Q2 2022, down from $27.4 million during the prior year period. *See id.*, at 4; AC ¶ 56.

271.    In the August 11, 2022 Press Release, Mr. Dwight Egan is quoted as stating:

> Our second quarter results reflect lower volumes for our Logix Smart COVID-19 Test, which we believe is primarily the result of a reduction in mandated testing in travel and public venues and in government funding for testing programs. The Company has initiatives underway intended to actively address these pressures, such as growing our international distributor network, expanding our infectious disease testing menu including monkeypox, and most importantly, our upcoming at-home/point-of-care testing platform. We anticipate these initiatives will potentially be bolstered by recurring COVID surges as we have previously experienced.

Ex. 13, May 12, 2022 8-K, at 4; AC ¶ 56.

272.    Mr. Dwight Egan testified, with respect to the August 11, 2022 Press Release, that:

We would have been looking at the entire landscape, what was being promulgated by the experts in the country in terms of mandates and what the status was of government funding, and it would have been a cumulative sense of what we thought the results were primarily affected by.

Ex. 23, D. Egan Dep. 173:2-9.

273.    S&P Global issued a transcript of the August 11, 2022 Earnings Call, in which Mr.

Dwight Egan is quoted as stating:

We believe that several factors contributed to the second quarter's results, including a reduction in mandated testing for travel and public venues, a reduction in public funding assistance for testing programs and an increase in overall weariness for the disruption to daily life after a multiyear pandemic, specifically the Omicron variant earlier this year. This dramatic shift in testing behavior was widely felt across the diagnostics industry. Experts believe other waves of COVID variants are all but inevitable. However, the timing and severity are impossible to predict with every new variant, including the possibility of immune escape as variants and sub-variants by predominance.

In the US alone, we are still seeing around 100,000 new COVID cases reported per day, over 6,000 COVID-related hospital admissions and nearly 400 deaths. All evidence to-date points to a resilient, mutable virus with no indication it will go away, and then that we will be living with it for years to come. Trends observed since the original outbreak of the virus suggests a buildup in the number of positive cases increasing as we move further into the fall and winter seasons. While there is significant public resistance against future lockdowns and other mitigation measures, we are confident that reliable, accurate testing will remain a critical line of defense to identify and counter future waves of the virus.

While we were presented with a number of challenges during the quarter, with those challenges came opportunities for growth and for growing our unique portfolio of innovative testing products and devices, prominent among those is the progress we have made in the Co-Dx PCR Home testing platform. The company has assembled a world-class team of developers, scientists and engineers working tirelessly to bring this platform to market with significant breakthroughs and optimizations that have been made since formally initiating its development.

Ex. 77, August 11, 2022 Earnings Call Transcript, at 4-5.

274.    Mr. Dwight Egan testified, with respect to the August 11 Earnings Call, that:

Those factors cited at the first quarter are still at play and additional factors can be at play as well. So taken all together, cumulatively, Brian is simply pointing out that there's a lot of variability. That doesn't necessarily exclude variability that was cited in the first quarter and it continued to restrict our near-term visibility.

81

Ex. 23, D. Egan Dep. 180:8-17.

275.   The August 11 Earnings Call included the following exchange between James Sidoti and Mr. Dwight Egan:

**James Philip Sidoti**
*Sidoti & Company, LLC*

Do you have any sense on what the inventory levels are at your distributors? Do you think the second quarter was a quarter where distributors let inventory levels come down as demand declined? And do you think that they're at historically low levels at this point and likely to restock? Or do you think that they have enough inventory on hand from the current level of demand?

**Dwight H. Egan**
*Chairman, CEO & President*

[Great question and], of course, one that we keep a close eye on every day. And we certainly saw the -- as the second quarter progressed, the falloff and we've cited the reasons we think that falloff occurred in terms of public funding of testing initiatives and just the swaging of the pressure put on by Omicron. But because it's not going to go away, we're just going to have to see where it normalizes. And we have a very broad distribution base in over 50 countries and with a lot of distributors and some very powerful labs and distributors. So to the extent COVID reasserts itself as we believe it probably will and presents itself with additional surges. I think we could expect that our company would be the beneficiary of that phenomenon. But we're not -- we don't have optics on it. And so we're not giving guidance as to what level or timing of the surges may obtain.

Ex. 77, August 11, 2022 Earnings Call Transcript at 8-9; *see also* AC ¶ 57.

276.   Mr. Dwight Egan testified that in his answer to Sidoti's question *supra* ¶ 275, he was referring to "the inventory levels that the company has"—which makes sense since Co-Diagnostics did not have any visibility into the inventory levels of its customers. Ex. 23, D. Egan Dep. 59:11-62:16; *see also* Ex. 24, S. Egan Dep. 72:9-12, 76:4-7.

277.   The August 11, 2022 Earnings Call also included the following exchange between James Sidoti, an analyst for Sidoti, and Mr. Dwight Egan regarding, in part, federal funding:

82

**James Sidoti**
*Sidoti & Co., LLC*

And then last one for me. Are you aware of any budget proposals that will restore government funding in 2022 for COVID testing?

**Dwight H. Egan**
*Chief Executive Officer & Director, Co-Diagnostics, Inc.*

I'm not really aware of that, and I'm not really counting on the government driving it. The government has not been, in many respects, it's not been the big driver of what we've done for the last 2.5 years. And we haven't been a company that's come out and said, yes, the government just bought a whole boatload of our tests. We have serviced more private oriented market and an international market. And I believe that that as you see this thing progress the people-- you'll see people take it upon themselves to protect their own families and their own [selves], both in an at-home environment, and businesses and in their business situation, restaurants. There's a whole lot of things that companies are going to need to do in terms of operationalizing testing so that they don't end up being on the negligent side of liability when either customers or employees become sick and potentially die.

So we think that there's some refinement that's going to go on in society and in our culture. Right now, we sort of are in an environment where there's just reckless abandon. There's very little testing and in the main compared to what we saw earlier, and we have virtually no mitigation measures when it comes to masks or social distancing or other things. So you're going to see, I think, a whole new world emerge of how this actually normalizes over time to give us maximum protection as individuals. And the burden is going to shift largely from governmental mandates and policies to individuals and individual families and individual businesses that have to manage their own environment as it relates to COVID and other infectious diseases.

Ex. 77, August 11, 2022 Earnings Call Transcript, at 9-10.

278.    In response to a question about expectations for COVID-19 testing, Mr. Dwight

Egan expressed his continued belief that surges of COVID-19 infections would persist:

And so as we head into the fall and into the winter, I think our expectations are confident with what we're hearing from others that the -- including government officials that we could be heading for some additional stress on the whole system as we head into the winter months. COVID is going to be with us for many, many years to come. It certainly appears to be reversing from a pandemic to an endemic environment, but endemic is not good.

And we think as the country learns how to operationalize testing where people are, to some degree, taking it upon themselves to take care of their own COVID-safe

83

environments that we'll see testing continue to persist and be one of the primary parts of sort of a trimodal defense against the COVID, which includes testing, vaccinations and therapeutics. So testing is not going to go away. We're going to have to see where it lands in sort of an endemic environment.

*Id.* at 8.

279.    During the August 11 Earnings Call, Co-Diagnostics' executives indicated that they had not yet commenced clinical trials for the Company's at-home PCR platform but that they "look[ed] forward to announcing [that] soon." *Id.* at 5. This represented a departure from the May 12, 2022 Earnings Call in which executives stated that the Company was on track to begin clinical trials by August 2022. Ex. 76, May 12, 2022 Earnings Call Transcript, at 5.

280.    When asked about it by an analyst on the August 11 Earnings Call, Mr. Dwight Egan did not provide an updated timeline for the clinical trials for the at-home PCR platform:

> We expect that they will commence when we're highly confident that we have the very best product that we can present to the FDA. . . . We'll have it into clinical trials, as we said, in the near term, but we're not going to put it in before we are totally confident in how it's performing and how much we've been able to optimize it. But it's not far away.

Ex. 77, August 11, 2022 Earnings Call Transcript, at 9.

## XIV.    MARKET REACTION TO THE AUGUST 11, 2022 EARNINGS RELEASE

281.    On August 12, 2022, the price of Co-Diagnostics' common stock declined $1.98, from a closing price of $6.46 per share on August 11, 2022 to close at $4.48 per share on August 12, 2022. *See* Ex. 90, Co-Diagnostics Stock Price History for May 12, 2022 through August 12, 2022, Yahoo!Finance; *see also* AC ¶¶ 8, 58.

282.    The analyst report published by Sidoti & Company on August 12, 2022, titled "2Q:22 Results Well Below Expectations As Demand For COVID-19 Testing Falls Faster-Than-Expected; Lower Price Target To $5 (From $14); Downgrade Rating To NEUTRAL (From BUY)," stated:

June-quarter sales declined to $5 million . . . as demand for COVID-19 tests declined much faster than expected due to the easing of mandates for travel and lower government funding. . . . Management reported that a trial for PCR point-of-care systems is due to start once the system performance is optimized; we expect approval in 2H:23. The company did not provide 3Q:22 guidance, citing uncertain order timing. Based on 2Q:22 results and the lack of visibility regarding demand for COVID-19 testing, we lower 2022 estimates to $44 million (from $77 million) of revenue and $0.17 (from $0.45) EPS. . . .

. . .

Based on the 2Q:22 results and factoring in the lack of visibility regarding near-term demand for COVID-19 testing, we lower our 2022 revenue and EPS estimate to $44 million (from $77 million) and $0.17 (from $0.45).

. . .

The company is now optimizing the [at-home PCR platform] so that it can be used to diagnose a wider variety of infectious diseases. These changes have delayed the start of the clinical trial a few months, and we now expect 2H:23 approval.

. . .

We lower our price target to $5 (from $14) and downgrade CODX to NEUTRAL (from BUY). We now expect net income will slow for the remainder of 2022 and in 2023 as COVID-19 testing levels off . . . .

Ex. 82, Sidoti August 2022 Report, at 1-2. The report also noted "delays in new product approvals" as a "key risk" for the Company. *Id.* at 2.

**283.** The analyst report published by Maxim Group on August 12, 2022, titled "Easing of Testing Mandates and Lack of Government Funding for Testing Programs Result in Revenue Decline," stated:

The decline in COVID-19 testing was largely expected, though more rapid than projected, likely owing to the reduction in mandated travel testing and government funding for PCR testing programs. In our view, these factors not only contract the overall COVID-19 testing market, but also favor cheaper and more convenient, though less effective, rapid tests. . . . [W]e are reducing 2022 revenue estimate to $48.8M, from $60.3M and our 2023 revenue estimate to $33.6M, from $63.4M, and we are reducing our expense estimates for 2022 to $42.0M, from $56.3M and for 2023 to $41.7M, from $60.2M. We have also removed COVID-19 mass testing revenues from our model post-2022.

Ex. 81, Maxim August 2022 Report, at 1.

284.    The analyst report published by Litchfield on August 15, 2022 stated that it was "[l]owering estimates and price target post 2Q22 results - Reiterate Buy rating and $25 PT, down from $29" and noted that "the company provided no guidance." Greene Decl. ¶ 85, Ex. 84, Litchfield Hills Research, "Lowering estimates and price target post 2Q22 results - Reiterate Buy rating and $25 PT, down from $29," August 15, 2022, at 1.

285.    The analyst report published by H.C. Wainwright on August 15, 2022 stated: "Management noted that the decline in revenue was due to reduction in mandated testing and in government funding for testing programs. . . . We continue to project a gradually decreasing demand for COVID-19 testing, and we believe the company's top-line revenue may fluctuate in the coming quarters"; and "Co-Diagnostics continues to develop the at-home/point-of-care PCR diagnostic platform Co-Dx based on its proprietary CoPrimer technology." Greene Decl. ¶ 84, Ex. 83, H.C. Wainwright, "2Q22 Financial Results Reported; Reiterate Buy; Lowering PT to $9," August 15, 2022, ("H.C. Wainwright August 2022 Report"), at 1-2.

286.    The H.C. Wainwright report also noted the updates to CDC testing guidance, published just hours before the August 11 earnings call

> **CDC updates COVID-19 guidance.** On August 11, 2022, Centers for Disease Control and Prevention (CDC) updated its COVID-19 guidance. Specifically, it no longer recommends screening testing of asymptomatic people without known exposure, and it no longer recommends routine testing in K-12 schools unless COVID-19 community transmission levels are high in the area. Unvaccinated students are no longer required to get tested frequently in order to attend school. Testing is now recommended after exposure to COVID-19 regardless of vaccination status. We note that more students are going back to school this fall for physical attendance vs. online course, which may drive testing volume. With this updated CDC guidance, the net effect on the testing volume for the coming months is not clear at this juncture, in our view. Potentially lower testing demand may result in lower number of orders for COVID-19 test kits in the coming quarters.

Ex. 83, H.C. Wainwright August 2022 Report, at 1.

86

287. Plaintiff's economic expert, Mr. Coffman, did not identify any "confounding information" (i.e., "information arguably unrelated to the corrective information" that might have impacted the stock price on August 12, 2022) and did not make any attempt to disaggregate the impact of any confounding information on Co-Diagnostics' stock price on August 12, 2022. Ex. 94, Initial Coffman Rpt. ¶ 76.

288. Mr. Coffman's reports do not include any analysis or explanation as to why he concluded that there was no confounding information on August 11, 2022. *See id.* (stating only his conclusion that that he "considered and analyzed the degree to which information arguably unrelated to the corrective information . . . potentially impacted the stock price over the two day trading period [and] did not identify any confounding information"); *see generally* Ex. 95, Coffman Reply.

289. Dr. Juneja's Reply Report identified and discussed several potentially confounding news items on August 11, 2022, including, announcement of Co-Diagnostics' financial results for the *full quarter*, which included the second half of Q2 2022 and were based on subsequent market developments; forward-looking uncertainty in light of the changed market conditions in August; and the delayed timeline for clinical trials of the at-home testing platform. *See* Ex. 93, Juneja Reply ¶¶ 8, 12-31.

290. In Dr. Juneja's Reply Report, she also explained why certain news items constituted confounding information and why Mr. Coffman's analysis needed to account for them, and she opined that Mr. Coffman's failure to do so rendered his opinions on loss causation (and his measures of inflation and damages, which flow from that) fatally flawed and unreliable. *Id.* ¶¶ 8, 12-42, 53, 67-69.

## XV.  EGAN'S AND BROWN'S STOCK HOLDING INCREASED DURING THE CLASS PERIOD

291.    During the Class Period, Mr. Dwight Egan's and Mr. Brown's Co-Diagnostics stock holdings increased, and their only sales were to cover tax withholding obligations in connection with the vesting of certain restricted stock units. *See* Greene Decl. ¶ 17, Ex. 16, Compilation of SEC Forms 4 for D. Egan, dated November 11, 2021 through November 11, 2022; *id.* ¶ 16, Ex. 15, Compilation of SEC Forms 4 for Brown, dated November 11, 2021 through November 11, 2022.

Dated: March 21, 2025
New York, New York

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:    */s/ Douglas W. Greene*
Douglas W. Greene (*pro hac vice*)
dgreene@bakerlaw.com
Genevieve G. York-Erwin
gyorkerwin@bakerlaw.com
Marissa Peirsol (*pro hac vice*)
mpeirsol@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200

*Attorneys for Defendants*