**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>      v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br><br>                Defendants. | Case No.: 1:22-cv-06978-AS<br><br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION**
**TO EXCLUDE THE TESTIMONY OF CHAD COFFMAN**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude the Testimony of Chad Coffman, the accompanying Declaration of Douglas W. Greene, dated March 21, 2025 and all exhibits thereto, all prior proceedings, pleadings, and filings in this Action, and any reply papers filed in further support of this Motion, Defendants Co-Diagnostics, Inc., Dwight H. Egan, and Brian L. Brown (collectively, the "Defendants"), through their counsel, Baker & Hostetler LLP, will respectfully move this Court before the Honorable Arun Subramanian, United States District Court Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Federal Rules of Evidence Rule 702 and the *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) line of cases, granting their Motion to Exclude the Testimony of Chad Coffman, and granting such other relief as the Court may deem just and proper.

1

Dated: March 21, 2025
       New York, New York

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:    */s/ Douglas W. Greene*
       Douglas W. Greene (*pro hac vice*)
       dgreene@bakerlaw.com
       Genevieve G. York-Erwin
       gyorkerwin@bakerlaw.com
       Zachary R. Taylor
       ztaylor@bakerlaw.com
       45 Rockefeller Plaza
       New York, NY 10111
       Telephone: 212.589.4200

       Marissa Peirsol (*pro hac vice*)
       mpeirsol@bakerlaw.com
       200 S. Civic Center Dr.
       Columbus, OH 43215
       Telephone: 614.462.2656

*Attorneys for Defendants*