**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN, <br><br> Defendants. | Case No.: 1:22-cv-06978-AS <br><br> **DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF CHAD COFFMAN** |

**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF**
**DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF CHAD COFFMAN**

**DOUGLAS W. GREENE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants, Co-Diagnostics, Inc. ("Co-Diagnostics"), Dwight H. Egan ("D. Egan"), and Brian L. Brown ("Brown"). I submit this declaration in support of Defendants' Motion to Exclude the Testimony of Chad Coffman. I declare that the following statements are true to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently as follows.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of the Expert Report of Chad Coffman, produced by Plaintiff on or about November 20, 2024.

3.      Attached hereto as **Exhibit 2** is a true and accurate copy of the Declaration of Dr. Vinita Juneja, attaching a true and accurate copy the Reply Expert Report of Dr. Vinita Juneja, dated January 10, 2025.

4.      Chad Coffman, CFA was deposed on January 28, 2025. Attached hereto as **Exhibit 3** is a true and accurate copy of the deposition transcript of Mr. Coffman, with the errata sheet executed by Mr. Coffman.

5.      Attached hereto as **Exhibit 4** is a true and accurate copy of Co-Diagnostics' Form 8-K and attached press release, filed with the SEC on August 11, 2022.

6.      Attached hereto as **Exhibit 5** is a true and accurate copy of the transcript of the Co-Diagnostics earnings call, held on August 11, 2022, published by S&P Global Market Intelligence.

7.      Attached hereto as **Exhibit 6** is a true and accurate copy of an analyst report prepared by Sidoti & Co., LLC, dated August 12, 2022.

8.      Attached hereto as **Exhibit 7** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated August 15, 2022.

9.      Attached hereto as **Exhibit 8** is a true and accurate copy of an analyst report prepared by Maxim Group, dated August 12, 2022.

10.      Attached hereto as **Exhibit 9** is a true and accurate copy of an analyst report prepared by Litchfield Hills Research, dated August 15, 2022.

11.      Attached hereto as **Exhibit 10** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated November 12, 2021.

12.      Attached hereto as **Exhibit 11** is a true and accurate copy of an analyst report prepared by Maxim Group, dated November 12, 2021.

13.      Attached hereto as **Exhibit 12** is a true and accurate copy of an analyst report prepared by Sidoti & Co., LLC, dated March 25, 2022.

14.      Attached hereto as **Exhibit 13** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated March 25, 2022.

15.    Attached hereto as **Exhibit 14** is a true and accurate copy of an analyst report prepared by Sidoti & Co., LLC, dated May 13, 2022.

16.    Attached hereto as **Exhibit 15** is a true and accurate copy of an analyst report prepared by Litchfield Hills Research, dated May 16, 2022.

17.    Attached hereto as **Exhibit 16** is a true and accurate copy of an analyst report prepared by H.C. Wainwright & Co., dated May 16, 2022.

18.    Attached hereto as **Exhibit 17** is a true and accurate copy of the transcript of the Co-Diagnostics earnings call, held on May 12, 2022, published by S&P Global Market Intelligence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2025, at New York, New York.

_/s/ Douglas W. Greene_
Douglas W. Greene