# Exhibit 8



## EQUITY RESEARCH
## ESTIMATE CHANGE

### Biotechnology

**CODX -** NASDAQ                          August 12, 2022

| Intraday Price 8/12/22 | **$4.52** |
|---|---|
| Rating: | Hold |
| 12-Month Target Price: | NA |
| 52-Week Range: | $3.66 - $11.82 |
| Market Cap (M): | 152.7 |
| Shares O/S (M): | 33.8 |
| Float: | 99.6% |
| Avg. Daily Volume (000): | 547.8 |
| Debt (M): | $0.0 |
| Dividend: | $0.00 |
| Dividend Yield: | 0.0% |
| Risk Profile: | Speculative |
| Fiscal Year End: | December |

#### Total Revenues ('000)

| | 2021A | 2022E | 2023E |
|---|---|---|---|
| 1Q | 20,025 | 22,699A | 8,558 |
| 2Q | 27,358 | 5,023A | 7,601 |
| 3Q | 30,101 | 10,431 | 8,038 |
| 4Q | 20,401 | 8,588 | 9,433 |
| **FY** | 97,886 | 48,807 | 33,629 |
| *Prior* | 97,214 | 60,275 | 63,435 |

#### Total Expenses ('000)

| | 2021A | 2022E | 2023E |
|---|---|---|---|
| 1Q | 9,690 | 12,875A | 9,706 |
| 2Q | 15,567 | 9,170A | 9,937 |
| 3Q | 16,471 | 9,863 | 10,736 |
| 4Q | 10,093 | 10,095 | 11,306 |
| **FY** | 51,821 | 42,003 | 41,685 |
| *Prior* | 58,505 | 56,263 | 60,222 |



**Jason McCarthy, Ph.D.**
(212) 895-3556
jmccarthy@maximgrp.com

**Michael Okunewitch**
(212) 895-3579
mokunewitch@maximgrp.com

# Co-Diagnostics, Inc.                    **Hold**

### Easing of Testing Mandates and Lack of Government Funding for Testing Programs Result in Revenue Decline

## Summary

- **Co-Diagnostics (CDI) reported 2Q22 results yesterday (8/11), post-close with revenue of $5.0M, coming in below consensus of $19.0M and down 78% q/q as the COVID-19 testing market continues to slow. The company ended the period with a net loss of ($2.7M) and $96.0M in cash and investments on the balance sheet. Shares are down ~30%.**

- **The decline in COVID-19 testing was largely expected, though more rapid than projected, likely owing to the reduction in mandated travel testing and government funding for PCR testing programs. In our view, these factors not only contract the overall COVID-19 testing market, but also favor cheaper and more convenient, though less effective, rapid tests.**

- **The company is actively working to address these pressures, including by growing its international distribution and expanding its test menu to additional diseases such as monkeypox.**

- **Conclusion. In our view, the COVID-19 testing market, especially on the PCR side, is unlikely to support the kind of revenue during the peak of the pandemic. That said, it did provide CDI with a strong revenue base for the last 2 years, leaving the company well capitalized to advance its diagnostic pipeline. Given the waning COVID-19 opportunity, we consider the company fairly valued at current levels and await further development of pipeline programs to drive more sustainable long term growth.**

## Details

**2Q22 review and model updates.** 2Q22 revenue of $5.0M decreased ~82% y/y and 78% q/q. Gross margin of 81.8% contracted from 85.5% due to inefficiencies in lower sales volume. The decline is largely due to reduced sales of Logix Smart COVID-19 testing revenue as government funding for testing programs and mandated testing for travel has declined considerably. In our view, the decline in mandated testing combined with the decline in funding for testing programs, favors the use of cheaper and more convenient at-home antigen tests. Though these tests do not have the same accuracy as gold standard PCR, with reduced severity associated with the more recent outbreaks, we believe patients may continue to opt for cost and convenience over accuracy. Looking forward as we approach fall, there may be an uptick in COVID cases, which could drive revenue, however we maintain our belief that testing will not reach the levels seen in prior quarters. As such, we are reducing 2022 revenue estimate to $48.8M, from $60.3M and our 2023 revenue estimate to $33.6M, from $63.4M, and we are reducing our expense estimates for 2022 to $42.0M, from $56.3M and for 2023 to $41.7M, from $60.2M. We have also removed COVID-19 mass testing revenues from our model post-2022.

Beyond COVID-19, the company is working on a number of infectious disease products including a multi STI panel which is in ongoing development and its monkeypox PCR test which has completed design, and reagents have been shipped to a distributor. In addition, the company continues to advance its at-home rapid PCR device.

**Valuation.** We model CoPrimer revenue streams across infectious diseases, agriculture, and liquid biopsy. We also factor in the Logix Smart Covid-19 testing platform for mass testing (until YE22) and for testing of symptomatic influenza like illness patients. Revenue risk adjustments of 50% are factored in for infectious disease testing and COVID in 2022 (60% after YE22) primarily based on development, commercialization risk, and competition. A 15% discount is then applied to the free cash flow, discounted EPS, and sum-of-the-parts models, which are equally weighted to derive a 12-month price target. As we are Hold-rated, we do not currently publish a price target.

**Co-Diagnostics, Inc. (CODX)**

| Co-Diagnostics, Inc.: Income Statement ($000) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .: YE December 31 | 2020A | 2021A | 1Q22A | 2Q22A | 3Q22E | 4Q22E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E |
| **Revenue:** | | | | | | | | | | | | | | |
| PCR Testing Kits (Infectious Disease) | | | | | | | | 9,133 | 14,399 | 25,223 | 31,813 | 44,583 | 58,574 | 73,876 |
| PCR Testing Kits (Agriculture) | 102 | | | | 675 | 405 | 1,500 | 5,000 | 8,000 | 12,000 | 15,000 | 20,000 | 30,000 | 40,000 |
| PCR Testing Kits (Liquid Biopsy) | - | | | | | | | 2,739 | 3,911 | 6,283 | 8,972 | 12,012 | 15,437 | 20,667 |
| Services, incl multiplex testing | 109 | | | | 910 | 945 | 3,500 | 5,000 | 5,500 | 6,050 | 6,655 | 7,321 | 8,053 | 8,858 |
| COVID-19 Testing | 74,342 | 97,886 | 22,699 | 5,023 | 8,846 | 7,238 | 43,807 | 11,757 | 13,213 | 14,180 | 15,192 | 16,253 | 17,364 | 18,527 |
| Vector Control Products | | | | | | | | | | | | | | |
| **Net revenue** | 74,553 | 97,886 | 22,699 | 5,023 | 10,431 | 8,588 | 48,807 | 33,629 | 45,023 | 63,736 | 77,632 | 100,168 | 129,427 | 161,928 |
| **Collaborative revenue:** | | | | | | | | | | | | | | |
| | - | - | | | | | - | - | - | - | - | - | - | - |
| | - | - | | | | | - | - | - | - | - | - | - | - |
| **Total Collaborative Revenue** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue** | 74,553 | 97,886 | 22,699 | 5,023 | 10,431 | 8,588 | 48,807 | 33,629 | 45,023 | 63,736 | 77,632 | 100,168 | 129,427 | 161,928 |
| **Gross Margins:** | | | | | | | | | | | | | | |
| Cost of Goods Sold | 16,591 | 11,575 | 3,282 | 915 | 1,565 | 1,288 | 7,050 | 4,858 | 11,256 | 15,934 | 19,408 | 25,042 | 32,357 | 40,482 |
| %Gross Margin | 78% | 88% | 85% | 85% | 85% | 85% | 86% | 86% | 75% | 75% | 75% | 75% | 75% | 75% |
| **Gross Profit** | 57,961 | 86,311 | 19,417 | 4,108 | 8,867 | 7,300 | 41,756 | 28,771 | 33,767 | 47,802 | 58,224 | 75,126 | 97,070 | 121,446 |
| **Operating Expenses:** | | | | | | | | | | | | | | |
| Research and Development | 3,185 | 14,962 | 3,771 | 3,890 | 4,279 | 4,707 | 16,647 | 18,311 | 20,143 | 22,157 | 24,372 | 25,591 | 26,871 | 28,214 |
| %R&D | | | | | | | | | | | | | | |
| Selling, General and Administrative | 11,464 | 24,948 | 5,574 | 3,941 | 4,019 | 4,100 | 17,634 | 18,516 | 19,442 | 23,330 | 24,497 | 25,722 | 27,008 | 28,358 |
| %SG&A | | | | | | | | | | | | | | |
| Depreciation and amortization | 139 | 335 | 247 | 424 | | | 672 | | | | | | | |
| **Total Expenses** | 31,379 | 51,821 | 12,875 | 9,170 | 9,863 | 10,095 | 42,003 | 41,685 | 50,840 | 61,421 | 68,277 | 76,355 | 86,235 | 97,054 |
| Operating Income (Loss) | 43,173 | 46,065 | 9,824 | (4,147) | 568 | (1,507) | 6,804 | (8,056) | (5,817) | 2,315 | 9,355 | 23,813 | 43,192 | 64,874 |
| | - | - | | | | | - | | | | | - | - | - |
| Interest expense | - | - | 11 | 62 | | | 73 | - | - | - | - | - | - | - |
| Interest income | 76 | 46 | | | | | - | - | - | - | - | - | - | - |
| Loss on extinguishment of debt | - | - | (93) | (49) | | | (142) | - | - | - | - | - | - | - |
| Gain on disposition of assets | | (44) | 3,380 | 813 | | | 4,193 | - | - | - | - | - | - | - |
| Net loss from investment in joint venture | - | | | | | | - | | | | | - | - | - |
| Gain on equity method investment in joint venture | 1,016 | (430) | (21) | (107) | | | (128) | | | | | | | |
| | - | - | | | | | - | - | - | - | - | - | - | - |
| **Total Other Income** | **1,092** | **(429)** | **3,277** | **719** | **-** | **-** | **3,996** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Pretax Income** | 44,266 | 45,636 | 13,101 | (3,428) | 568 | (1,507) | 10,799 | (8,056) | (5,817) | 2,315 | 9,355 | 23,813 | 43,192 | 64,874 |
| Taxes on income | (2,915) | 8,977 | 1,386 | (742) | - | - | 645 | - | - | - | - | 2,381 | 6,479 | 12,975 |
| Tax Rate | | 20% | | | | | | | | | | 10% | 15% | 20% |
| **GAAP Net Income (Loss)** | 47,180 | 36,659 | 11,715 | (2,686) | 568 | (1,507) | 10,155 | (8,056) | (5,817) | 2,315 | 9,355 | 21,432 | 36,713 | 51,899 |
| **Total comprehensive loss** | 47,180 | 36,659 | 11,715 | (2,686) | 568 | (1,507) | 10,155 | (8,056) | (5,817) | 2,315 | 9,355 | 21,432 | 36,713 | 51,899 |
| **GAAP-EPS** | 1.77 | 1.27 | 0.40 | (0.08) | 0.02 | (0.04) | 0.31 | (0.24) | (0.17) | 0.07 | 0.27 | 0.63 | 1.07 | 1.51 |
| GAAP-EPS (Dil) | 1.77 | 1.23 | 0.39 | (0.08) | 0.02 | (0.04) | 0.31 | (0.24) | (0.17) | 0.07 | 0.27 | 0.63 | 1.07 | 1.51 |
| Wgtd Avg Shrs (Bas) - '000s | 26,650 | 28,875 | 29,129 | 33,472 | 33,505 | 33,539 | 32,411 | 33,623 | 33,758 | 33,893 | 34,029 | 34,165 | 34,302 | 34,439 |
| Wgtd Avg Shrs (Dil) - '000s | 26,650 | 29,904 | 29,948 | 33,472 | 33,505 | 33,539 | 32,616 | 33,623 | 33,758 | 33,893 | 34,029 | 34,165 | 34,302 | 34,439 |

Source: Company reports and Maxim

---

## DISCLOSURES



Co-Diagnostics, Inc. Rating History as of 08/11/2022
powered by: BlueMatrix

| Buy:$5.00 02/18/20 | Hold:NA 03/03/20 | Buy:$30.00 05/20/20 | Buy:$20.00 11/17/20 | Hold:NA 03/29/21 |

Legend: Closing Price — Target Price

| **Maxim Group LLC Ratings Distribution** | | **As of: 08/11/22** | |
|---|---|---|---|
| | | **% of Coverage Universe with Rating** | **% of Rating for which Firm Provided Banking Services in the Last 12 months** |
| **Buy** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to outperform its relevant index over the next 12 months. | 90% | 42% |
| **Hold** | Fundamental metrics are currently at, or approaching, industry averages. Therefore, we expect this stock to neither outperform nor underperform its relevant index over the next 12 months. | 10% | 52% |
| **Sell** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to underperform its relevant index over the next 12 months. | 0% | 0% |
| | *See valuation section for company specific relevant indices* | | |

I, Jason McCarthy, Ph.D., attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

I, Michael Okunewitch, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Maxim Group makes a market in Co-Diagnostics, Inc.**

**Maxim Group expects to receive or intends to seek compensation for investment banking services from Co-Diagnostics, Inc. in the next 3 months.**

**CODX:** For Co-Diagnostics, Inc., we use the BTK (Biotechnology Index) as the relative index.

### Valuation Methods

**CODX:** We model CoPrimer revenue streams across infectious diseases, agriculture, and liquid biopsy. We also factor the Logix Smart Covid-19 testing platform for mass testing and for testing of symptomatic influenza-like illness patients. Revenue risk adjustments are factored in primarily

based on development, commercialization risk, and competition. A discount rate is then applied to the free cash flow, discounted EPS, and sum-of-the-parts models, which are equally weighted to derive a 12-month price target.

## Price Target and Investment Risks

**CODX:** Aside from general market and other economic risks, risks particular to our price target and rating for Co-Diagnostics, Inc. include: (1) the regulatory and clinical risk associated with product development; (2) the ability to access capital and the very high likelihood that the company will need to raise additional capital; (3) the rate and degree of progress of product development; (4) the rate of regulatory approval and timelines to potential commercialization of products; (5) the reliance on collaborators and/or potential collaborators from which there could be unforeseen delays and expenses; (6) the requirements for marketing authorization from regulatory bodies in the United States and other countries, as well as potential differences in clinical trial (if needed) requirements in different regions; (7) the liquidity and market volatility of the company's equity securities; (8) regulatory and manufacturing requirements and uncertainties; (9) product and technology developments by competitors; (10) inability, if product(s) is/are approved to gain adequate market share and maintain adequate revenue growth; (11) Potential negative impact of tax-reform legislation; (12) Impact of competition in the space from competitors with more resources and commercial infrastructure may negatively effect Co-Diagnostics and limit opportunity; (13) The ability of the company to maintain its exchange listing. (14) The company's recent success and projected continued success is based on the short-term activity of the sales of COVID-19 tests which may not continue long-term.

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**Speculative** – Fundamental Criteria: This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history. Accordingly, fundamental risk is expected to be significantly above the industry. Price Volatility: Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless. Speculative stocks may not be suitable for a significant class of individual investors.

**High** – Fundamental Criteria: This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry. Price Volatility: The price volatility of companies falling within this category is expected to be above the industry. High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** – Fundamental Criteria: This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** – Fundamental Criteria: This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to be below the industry.

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by FINRA Rule 2241. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST



## Corporate Headquarters

New York City
300 Park Ave., 16th Floor
New York, NY 10022
Tel: 212-895-3500

Miami Beach
555 Washington Ave., Suite 320
Miami Beach, FL 33139
Tel: 786-864-0880

Capital Markets/Syndicate: 212-895-3695

Corporate Finance: 212-895-3811

Corporate Services: 212-895-3631

Equity/Options Trading: 212-895-3790

Equity Research: 212-895-3736

Fixed Income Trading: 212-895-3875

Global Equity Trading: 212-895-3623

Institutional Sales: 212-895-3873

Institutional Sales Trading: 212-895-3873

Portfolio/Transition Trading: 212-895-3567

Prime Brokerage: 212-895-3723

Wealth Management: 212-895-3624

## Woodbury, Long Island
100 Crossways Park Drive West
Suite 207
Woodbury, NY 11797
Tel: 516-393-8300

## Red Bank, New Jersey
246 Maple Avenue
Red Bank, NJ 07701
Tel: 732-784-1900

## West Palm Beach, Florida
105 South Narcissus Avenue
Suite 307
West Palm Beach, FL 33401
Tel: 561-465-2605

## San Rafael, California
4040 Civic Center Drive
Suite 200
San Rafael, CA 94903
Tel: 212-895-3670

## Fort Lauderdale, Florida
1 East Broward Blvd
Suite 1440
Fort Lauderdale, FL 33301

## Stamford, Connecticut
700 Canal Street
Stamford, CT 06902