# Exhibit 11

# MAXIM GROUP

## EQUITY RESEARCH
## COMPANY UPDATE

### Biotechnology

**CODX -** *NASDAQ*       *November 12, 2021*

| | |
|---|---|
| **Intraday Price 11/12/21** | **$9.42** |
| Rating: | Hold |
| 12-Month Target Price: | NA |
| 52-Week Range: | $7.01 - $20.69 |
| Market Cap (M): | 272.1 |
| Shares O/S (M): | 28.9 |
| Float: | 99.9% |
| Avg. Daily Volume (000): | 671.7 |
| Debt (M): | $0.0 |
| Dividend: | $0.00 |
| Dividend Yield: | 0.0% |
| Risk Profile: | Speculative |
| Fiscal Year End: | December |

### Total Revenues ('000)

| | 2020A | 2021E | 2022E |
|---|---|---|---|
| 1Q | 1,549 | 20,025A | 19,120 |
| 2Q | 24,040 | 27,358A | 15,342 |
| 3Q | 21,819 | 30,101A | 13,678 |
| 4Q | 27,145 | 19,729 | 12,134 |
| FY | 74,553 | 97,214 | 60,275 |
| *Prior* | — | 93,879 | — |

### Total Expenses ('000)

| | 2020A | 2021E | 2022E |
|---|---|---|---|
| 1Q | 2,630 | 9,690A | 15,416 |
| 2Q | 9,332 | 15,567A | 14,107 |
| 3Q | 9,781 | 16,471A | 13,610 |
| 4Q | 9,636 | 16,777 | 13,131 |
| FY | 31,379 | 58,505 | 56,263 |
| *Prior* | — | 59,375 | 56,480 |



CODX Price (USD) — Source: Factset — Volume (MM)

**Jason McCarthy, Ph.D.**
(212) 895-3556
jmccarthy@maximgrp.com

**Michael Okunewitch**
(212) 895-3579
mokunewitch@maximgrp.com

# Co-Diagnostics, Inc.       **Hold**

## Delta Surge Drives a Record Quarter, but Developments in COVID Treatment are Likely to Change the Testing Landscape

### Summary

- **Co-Diagnostics (CDI) reported 3Q21 results yesterday (11/11), post-close with revenue of $30.1M, beating consensus of $24.3M, and up 10% sequentially. The company reported net income of $11.5M and ended the period with $83.9M in cash.**

- **The beat on revenues was largely based on the Delta surge in 3Q21, which drove COVID cases to record levels (recall this also drove record sales of remdesivir reported by Gilead [GILD - Buy] over the quarter). As cases subside into 4Q21, we expect the testing market will contract as well, and this is reflected in CDI's 2021 guidance which implies a decline in revenues to $18.5M-22.5M.**

- **The real question is, where does testing go from here? Oral antivirals are approaching authorization, with Pfizer's (PFE - NR) Paxlovid reducing risk of hospitalization or death by 89%, which makes it more likely that COVID-19 could be treated like influenza, an endemic disease, where testing is used to diagnose patients and determine treatment, rather than as screening.**

- **With that comes a smaller and, though potentially still sizable, more competitive testing market with the larger players like Abbott (ABT - NR) and Quidel (QDEL - NR) competing to take a bigger slice of a smaller pie.**

- **Conclusion. While we anticipate COVID-19 testing will continue to provide a revenue base for CDI, in our view, it is not likely to be a growth driver. Given how significant COVID-19 has been to the CDI story for the past year and a half, we maintain our Hold rating as we watch for meaningful progress on the core business to drive a return to growth.**

### Details

**3Q21 review and model updates.** 3Q21 revenue of $30.1M increased 10% from $27.4M in 2Q21 driven by strong Logix Smart COVID-19 tests. Approximately 44% of revenue was from international sales and 56% was domestic sales. Year-to-date (YTD) revenue has been 55% international and 45% domestic. The company is also seeing some additional early traction from non-COVID revenue streams including the Zika Dengue Chikungunya (ZDC) test, though COVID-19 represents the wide majority of sales, including the ABC test (influenza A, B, and COVID-19) and the COVID-19 2-gene multiplex test. The company also received approval to sell the Logix Smart ABC test in Mexico and Logix Smart COVID-19 in Brazil which we believe will provide incremental revenue. The company reported gross margin of 89%, a slight decline from 91% in 2Q21, net income of $11.5M due to greater q/q revenue, a lower tax rate of 15% vs. 18% in 2Q21, and diluted EPS of $0.40. The company ended the period with $83.9M in cash on the balance sheet.

**Guidance.** The company provided full year revenue guidance of $96-$100M which implies 4Q21 revenue of $18.5M-$22.5M, likely due to declining COVID-19 cases in the U.S. thus lower testing levels. The company also provided full year 2021 tax rate guidance of 18% and diluted EPS of $1.07-$1.16 based on ~30M shares outstanding. Consequently we are lowering our 4Q21 revenue estimates to $19.7M, from $21.5M previously. We also make modest adjustments to our 4Q21 operating expenses, tax rate and share count based on 3Q21.

**Testing for COVID-19, vaccination rates and recent oral anti-viral results.** As the SARS-CoV-2 continues to mutate and goes through the Greek alphabet, various healthcare practitioners and biotech/pharmaceutical industry experts have started viewing COVID-19 as an endemic instead of a pandemic. Positive confirmed cases of COVID-19 have been a roller coaster since March 2020 with recent peaks in the

SEE PAGES 4 - 5 FOR IMPORTANT DISCLOSURES AND DISCLAIMERS

summer driven by the Delta variant. Positive new reported COVID-19 cases reached a summer trough of ~11K-12K (7-day average) during the last week of June, steadily increasing to a peak of 175K-285K (7-day average) during the first two weeks of September. As vaccination rates increased and states, municipalities and employers started instituting vaccine mandates, positive daily cases of COVID-19 have steadily declined with the most recent 7-day daily average of 80K-90K. As of 11/10, it is estimated about 67.9% of the U.S. population has received at least 1 dose of a vaccine and 59.1% is fully vaccinated (a number which includes the single dose JNJ vaccine).

In theory, as vaccination rates increase, COVID-19 cases should decline, but it appears testing is still required. A significant portion of the population remains unvaccinated and asymptomatic transmission remains a possibility. In addition, there have been studies reporting the vaccines, specifically the Pfizer-BioNTech (PFE - NR, BNTX - NR) effectiveness wanes after 6 months and are only 70% effective. It is nearly impossible to predict the trajectory of SARS-CoV-2 mutations and transmissibility (R0), especially in context of asymmetrical vaccine distribution and administered in developed vs. developing countries. We believe testing will still be required for the foreseeable future, but in our view it is likely to settle to a lower level, especially in the US.

**Oral antivirals could change the COVID-19 paradigm.** Additionally, the recent positive oral antiviral data released by both Merck for molnupiravir (MRK - NR) and Pfizer for Paxlovid have the potential to change the way we approach COVID-19, as an endemic disease, rather than a pandemic. For molnupiravir patients, hospitalized/ death was reduced by ~50%, and the reduction was ~90% for Paxlovid patients, both of which were stat-sig. Both companies plan on filing an EUA for the products. This represents a fundamental change to the treatment of COVID-19, as previously, the only therapeutic options were feasible in hospitalized patients. With oral drugs, patients can pick up the prescription from the pharmacy and go home before it ever gets to that point; think Tamiflu. This will still require a positive COVID-19 test prior to administration, both for diagnosis and to differentiate from the flu, but we anticipate that it could be more like flu testing where you don't take a test until you feel sick.

**What does this mean for testing companies?** Well for one, it likely means less testing. When you have a treatment that is 90% effective in reducing hospitalization we approach flu like hospitalization and mortality rates, and you don't need a testing site on every corner or point of entry for flu testing. This could manifest in a more competitive market with increased competition between CDI and the big players who have dominated the flu testing space like Abbott and Quidel. CDI does have its ABC test, which could be particularly useful in a new symptomatic testing regime, but in our view, this on its own is unlikely to support growth. The international markets may also help to support CDI (especially in places like India, where it has a large presence, or Australia where vaccination rates have lagged), but over the longer term, those are likely to decline as well, and it will come down to CDI's ability to drive adoption of its innovative tests beyond COVID that will be key to its success, in our view.

**Eikon point of care COVID test.** CDI is working on a point-of-care rapid PCR test, which would be affordable (running $300 for the device and $15-$20 for the test itself), could be run from anywhere (it is a small 4.5" x 4.5" box), and uses saliva as a sample type to provide results in ~30 minutes. This uses the company's Direct Saliva sample collection, which avoids the RNA extraction step (this is what enables the point-of-care at-home PCR). Currently, the company is preparing to initiate a clinical trial to start in 4Q21 and to submit for EUA before YE21. The first test planned to come out for this platform is the COVID-19 test. However, following this the company plans to add additional respiratory tests. The Eikon platform is also attractive internationally as it may provide cheap COVID-19 tests with similar efficacy to PCR tests on volume.

**Co-Diagnostics, Inc. (CODX)**

| Co-Diagnostics, Inc.: Income Statement ($000) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .: YE December 31 | 2018A | 2019A | 2020A | 1Q21A | 2Q21A | 3Q21A | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E |
| **Revenue:** | | | | | | | | | | | | | | | | |
| PCR Testing Kits (Infectious Disease) | 40 | 82 | | | | | | | 8,689 | 13,700 | 23,998 | 30,268 | 37,115 | 55,729 | 73,217 | 92,346 |
| PCR Testing Kits (Agriculture) | - | 83 | 102 | | | | | | 3,000 | 5,000 | 8,000 | 12,000 | 15,000 | 20,000 | 30,000 | 40,000 |
| PCR Testing Kits (Liquid Biopsy) | - | - | - | | | | | | 1,279 | 2,739 | 3,911 | 6,283 | 8,972 | 12,012 | 15,437 | 20,667 |
| Services, incl multiplex testing | - | | 109 | | | | | | 3,500 | 5,000 | 5,500 | 6,050 | 6,655 | 7,321 | 8,053 | 8,858 |
| COVID-19 Testing | | | 74,342 | 20,025 | 27,358 | 30,101 | 19,729 | 97,214 | 43,807 | 36,996 | 39,105 | 40,596 | 42,218 | 43,902 | 45,728 | 47,466 |
| Vector Control Products | | 50 | | | | | | | | | | | | | | |
| **Net revenue** | 40 | 215 | 74,553 | 20,025 | 27,358 | 30,101 | 19,729 | 97,214 | 60,275 | 63,435 | 80,514 | 95,197 | 109,960 | 138,962 | 172,435 | 209,336 |
| **Collaborative revenue:** | | | | | | | | | | | | | | | | |
| | - | - | - | | | | | - | - | - | - | - | - | - | - | - |
| | - | - | - | | | | | - | - | - | - | - | - | - | - | - |
| **Total Collaborative Revenue** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue** | 40 | 215 | 74,553 | 20,025 | 27,358 | 30,101 | 19,729 | 97,214 | 60,275 | 63,435 | 80,514 | 95,197 | 109,960 | 138,962 | 172,435 | 209,336 |
| **Gross Margins:** | | | | | | | | | | | | | | | | |
| Cost of Goods Sold | 9 | 112 | 16,591 | 3,273 | 2,504 | 3,311 | 2,959 | 12,048 | 9,041 | 9,515 | 20,129 | 23,799 | 27,490 | 34,741 | 43,109 | 52,334 |
| %Gross Margin | | | 78% | 84% | 91% | 89% | 85% | 88% | 85% | 85% | 75% | 75% | 75% | 75% | 75% | 75% |
| **Gross Profit** | 31 | 103 | 57,961 | 16,752 | 24,854 | 26,790 | 16,770 | 85,166 | 51,233 | 53,919 | 60,386 | 71,398 | 82,470 | 104,222 | 129,326 | 157,002 |
| **Operating Expenses:** | | | | | | | | | | | | | | | | |
| Research and Development | 1,361 | 1,371 | 3,185 | 2,217 | 4,669 | 5,893 | 5,953 | 18,733 | 22,479 | 24,727 | 27,200 | 29,920 | 32,912 | 34,558 | 36,285 | 38,100 |
| %R&D | | | | | | | | | | | | | | | | |
| Selling, General and Administrative | 4,736 | 4,559 | 11,464 | 4,133 | 8,322 | 7,173 | 7,864 | 27,492 | 24,742 | 25,980 | 27,279 | 32,734 | 34,371 | 36,090 | 37,894 | 39,789 |
| %SG&A | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 51 | 66 | 139 | 67 | 72 | 94 | | 233 | | | | | | | | |
| **Total Expenses** | 6,148 | 6,109 | 31,379 | 9,690 | 15,567 | 16,471 | 16,777 | 58,505 | 56,263 | 60,222 | 74,607 | 86,453 | 94,773 | 105,388 | 117,288 | 130,222 |
| Operating Income (Loss) | (6,118) | (6,006) | 43,173 | 10,335 | 11,791 | 13,630 | 2,953 | 38,709 | 4,012 | 3,213 | 5,907 | 8,744 | 15,187 | 33,575 | 55,146 | 79,113 |
| Interest expense | (135) | (106) | - | | | | | - | - | - | - | - | - | - | - | - |
| Interest income | 20 | 37 | 76 | 15 | 11 | 11 | | 37 | - | - | - | - | - | - | - | - |
| Loss on extinguishment of debt | - | - | - | | | | | - | - | - | - | - | - | - | - | - |
| Gain on disposition of assets | - | 1 | | | | | | | | | | | | | | |
| Net loss from investment in joint venture | (39) | (233) | - | | | | | | - | - | - | - | - | - | - | - |
| Gain on equity method investment in joint venture | | (0) | 1,016 | (465) | 129 | (65) | | (401) | | | | | | | | |
| | - | - | - | | | | | - | - | - | - | - | - | - | - | - |
| **Total Other Income** | (154) | (302) | 1,092 | (450) | 139 | (54) | - | (365) | - | - | - | - | - | - | - | - |
| **Pretax Income** | (6,272) | (6,308) | 44,266 | 9,885 | 11,930 | 13,577 | 2,953 | 38,344 | 4,012 | 3,213 | 5,907 | 8,744 | 15,187 | 33,575 | 55,146 | 79,113 |
| Taxes on income | - | - | (2,915) | 1,986 | 2,145 | 2,101 | 561 | 6,792 | - | - | - | - | - | 3,357 | 8,272 | 15,823 |
| Tax Rate | | | | 20% | 18% | 15% | 19% | 18% | | | | | | 10% | 15% | 20% |
| **GAAP Net Income (Loss)** | (6,272) | (6,308) | 47,180 | 7,899 | 9,785 | 11,476 | 2,392 | 31,552 | 4,012 | 3,213 | 5,907 | 8,744 | 15,187 | 30,217 | 46,874 | 63,291 |
| **Total comprehensive loss** | (6,272) | (6,308) | 47,180 | 7,899 | 9,785 | 11,476 | 2,392 | 31,552 | 4,012 | 3,213 | 5,907 | 8,744 | 15,187 | 30,217 | 46,874 | 63,291 |
| **GAAP-EPS** | (0.50) | (0.38) | 1.77 | 0.28 | 0.34 | 0.40 | 0.08 | 1.09 | 0.14 | 0.11 | 0.20 | 0.29 | 0.51 | 1.00 | 1.55 | 2.08 |
| GAAP-EPS (Dil) | (0.50) | (0.38) | 1.77 | 0.26 | 0.33 | 0.38 | 0.08 | 1.05 | 0.13 | 0.10 | 0.19 | 0.28 | 0.49 | 0.97 | 1.49 | 2.01 |
| Wgtd Avg Shrs (Bas) - '000s | 12,485 | 16,757 | 26,650 | 28,663 | 28,794 | 28,941 | 29,520 | 28,980 | 29,594 | 29,713 | 29,832 | 29,951 | 30,071 | 30,192 | 30,313 | 30,434 |
| Wgtd Avg Shrs (Dil) - '000s | 12,485 | 16,757 | 26,650 | 30,003 | 29,741 | 29,953 | 30,552 | 30,062 | 30,628 | 30,751 | 30,874 | 30,998 | 31,122 | 31,247 | 31,372 | 31,497 |

Source: Company reports and Maxim

---

## DISCLOSURES



Co-Diagnostics, Inc. Rating History as of 11/10/2021
powered by: BlueMatrix

| **Maxim Group LLC Ratings Distribution** | | **As of: 11/11/21** | |
|---|---|---|---|
| | | **% of Coverage Universe with Rating** | **% of Rating for which Firm Provided Banking Services in the Last 12 months** |
| **Buy** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to outperform its relevant index over the next 12 months. | **89%** | **53%** |
| **Hold** | Fundamental metrics are currently at, or approaching, industry averages. Therefore, we expect this stock to neither outperform nor underperform its relevant index over the next 12 months. | **11%** | **48%** |
| **Sell** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to underperform its relevant index over the next 12 months. | **0%** | **0%** |
| | *See valuation section for company specific relevant indices* | | |

I, Jason McCarthy, Ph.D., attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

I, Michael Okunewitch, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Maxim Group makes a market in Co-Diagnostics, Inc.**

**Maxim Group received compensation for investment banking services from Co-Diagnostics, Inc. in the past 12 months.**

**Maxim Group expects to receive or intends to seek compensation for investment banking services from Co-Diagnostics, Inc. in the next 3 months.**

**CODX:** For Co-Diagnostics, Inc., we use the BTK (Biotechnology Index) as the relative index.

### Valuation Methods
**CODX:** We model CoPrimer revenue streams across infectious diseases and agriculture, with liquid biopsy following in 2022. We also factor the Logix Smart Covid-19 testing platform for mass testing and for testing of symptomatic influenza like illness patients. Risk adjustments are factored

**Co-Diagnostics, Inc. (CODX)**

in based on development, commercialization risk, competition and other factors. A discount is applied to the free cash flow, discounted EPS, and sum-of-the-parts models, which are equally weighted to derive a 12-month price target.

### Price Target and Investment Risks

**CODX:** Aside from general market and other economic risks, risks particular to our price target and rating for Co-Diagnostics, Inc. include: (1) the regulatory and clinical risk associated with product development; (2) the ability to access capital and the very high likelihood that the company will need to raise additional capital; (3) the rate and degree of progress of product development; (4) the rate of regulatory approval and timelines to potential commercialization of products; (5) the reliance on collaborators and/or potential collaborators from which there could be unforeseen delays and expenses; (6) the requirements for marketing authorization from regulatory bodies in the United States and other countries, as well as potential differences in clinical trial (if needed) requirements in different regions; (7) the liquidity and market volatility of the company's equity securities; (8) regulatory and manufacturing requirements and uncertainties; (9) product and technology developments by competitors; (10) inability, if product(s) is/are approved to gain adequate market share and maintain adequate revenue growth; (11) Potential negative impact of tax-reform legislation; (12) Impact of competition in the space from competitors with more resources and commercial infrastructure may negatively effect Co-Diagnostics and limit opportunity; (13) The ability of the company to maintain its exchange listing. (14) The company's recent success and projected continued success is based on the short-term activity of the sales of COVID-19 tests which may not continue long-term.

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**Speculative** – <u>Fundamental Criteria:</u> This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history. Accordingly, fundamental risk is expected to be significantly above the industry. <u>Price Volatility:</u> Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless. Speculative stocks may not be suitable for a significant class of individual investors.

**High** – <u>Fundamental Criteria:</u> This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry. <u>Price Volatility:</u> The price volatility of companies falling within this category is expected to be above the industry. High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** – <u>Fundamental Criteria:</u> This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** – <u>Fundamental Criteria:</u> This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to be below the industry.

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by FINRA Rule 2241. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST



# Corporate Headquarters

New York City
300 Park Ave., 16th Floor
New York, NY 10022
Tel: 212-895-3500

Miami Beach
555 Washington Ave., Suite 320
Miami Beach, FL 33139
Tel: 786-864-0880

Capital Markets/Syndicate: 212-895-3695

Corporate Finance: 212-895-3811

Corporate Services: 212-895-3631

Equity/Options Trading: 212-895-3790

Equity Research: 212-895-3736

Fixed Income Trading: 212-895-3875

Global Equity Trading: 212-895-3623

Institutional Sales: 212-895-3873

Institutional Sales Trading: 212-895-3873

Portfolio/Transition Trading: 212-895-3567

Prime Brokerage: 212-895-3723

Wealth Management: 212-895-3624

## Woodbury, Long Island

100 Crossways Park Drive West
Suite 207
Woodbury, NY 11797
Tel: 516-393-8300

## Red Bank, New Jersey

246 Maple Avenue
Red Bank, NJ 07701
Tel: 732-784-1900

## West Palm Beach, Florida

105 South Narcissus Avenue
Suite 222
West Palm Beach, FL 33401
Tel: 561-465-2605

## San Rafael, California

4040 Civic Center Drive
Suite 200
San Rafael, CA 94903
Tel: 212-895-3670

## Aventura, Florida

20801 Biscayne Blvd
Suite 432 / 433
Aventura, FL 33180
Tel: 516-396-3120

## Stamford, Connecticut

700 Canal Street
Stamford, CT 06902