# **Exhibit 16**

 **H.C.WAINWRIGHT&CO.**

**Target Price Revision**

Healthcare

**May 16, 2022**

**Co-Diagnostics, Inc. (CODX)**
**Rating: Buy**

Yi Chen, Ph.D. CFA
212-916-3971
ychen@hcwresearch.com
Raghuram Selvaraju, Ph.D.
212-916-3966
rselvaraju@hcwresearch.com

## 1Q22 Financial Results Reported; Reiterate Buy; Modulating PT to $12

| Stock Data | 05/13/2022 |
|---|---|
| Price | $4.55 |
| Exchange | NASDAQ |
| Price Target | $12.00 |
| 52-Week High | $11.82 |
| 52-Week Low | $3.66 |
| Enterprise Value (M) | $57 |
| Market Cap (M) | $155 |
| Public Market Float (M) | 34.0 |
| Shares Outstanding (M) | 34.0 |
| 3 Month Avg Volume | 364,695 |
| Short Interest (M) | 1.43 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $97.4 |
| Total Debt (M) | $0.0 |
| Total Cash/Share | $2.87 |
| Book Value/Share | $3.02 |

| EPS ($) Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2021A | 2022E | 2023E |
| 1Q | 0.26 | 0.34A | 0.10 |
| 2Q | 0.33 | 0.14 | 0.06 |
| 3Q | 0.38 | 0.10 | 0.05 |
| 4Q | 0.23 | 0.06 | 0.01 |
| FY | 1.23 | 0.64 | 0.22 |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2021A | 2022E | 2023E |
| 1Q | 20.0 | 22.7A | 18.0 |
| 2Q | 27.4 | 20.0 | 16.0 |
| 3Q | 30.1 | 18.0 | 14.0 |
| 4Q | 20.4 | 16.0 | 12.0 |
| FY | 97.9 | 76.7 | 60.0 |



**Top and bottom-line beat in 1Q22.** Last week, Co-Diagnostics reported its 1Q22 financial results. Total revenue was $22.7M, representing 13% YoY growth and beating our projection of $21.0M. Net income was $11.7M, or $0.34 per diluted share, beating our projection of $5.7M. We note that revenue primarily comprised sales of the Logix Smart COVID-19 Test. Of note, management did not provide quarterly sales guidance at this time due to uncertainties related to COVID-19 testing demand. We continue to project a gradually decreasing demand for COVID-19 testing in the coming quarters. Our current projected sales per share and EPS for the next 12 months (from 2Q22 to 1Q23) are $2.12 per share and $0.41 per share, respectively. Using an EV/Revenue multiple of 6.0x and a P/E ratio of 22.0x, these yield an average price objective of approximately $12. Therefore, we reiterate our Buy rating while modulating our 12-month price target to $12 from $15.

**Point-of-care PCR device may be submitted for EUA later this year.** Co-Diagnostics continues to develop the at-home/point-of-care PCR diagnostic platform Co-Dx based on its proprietary CoPrimer technology. This device has a test menu that includes COVID-19 and other infectious diseases. The device can be activated via a smartphone app and deliver PCR results directly to the smartphone in roughly 30 minutes. This device is designed to provide accurate molecular test results rapidly onsite at an affordable price, which could help monitor the viral spread among various types of public venues, schools, and workplace. Management expects to start clinical trials of the device this summer. We believe the clinical trials could be completed later this year, followed by an Emergency Use Authorization (EUA) application submission to the FDA. In our view, the Co-Dx platform's ability to integrate syndromic multiplex assays for respiratory and other infectious diseases may potentially drive top-line growth in the future.

**Strong cash position.** At the end of March 2022, the company had $97.4M in cash. Adjusted EBITDA was $11.4M in 1Q22, and cash flows from operating activities were $7.8M. In March 2022, the company announced a share repurchase program to repurchase up to $30M of its common stock. We believe the company has sufficient capital to fund operations for the foreseeable future.

**Valuation and risks**. Our 12-month price target is derived from a multiparameter comparable company analysis. This employs a spectrum of diagnostic companies contributing to a number of comparative valuation metrics, including an EV/Revenue multiple of 6.0x and a P/E ratio of 22.0x. Using our projected sales per share for the next 12 months (from 2Q22 to 1Q23) at $2.12 per share, net cash of $2.87 per share, and estimated diluted EPS of $0.41 per diluted share for the next 12 months, these lead to an average price objective of approximately $12. Risks include, but are not limited to: (1) lower-than-projected uptake of products; (2) inability to maintain regulatory compliance; (3) inability to develop additional products targeting segments beyond infectious disease in developing markets; and (4) potential dilution risk.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 4 - 5 of this report.

Co-Diagnostics, Inc.    May 16, 2022

**Table 1: Co-Diagnostics, Inc. (CODX)—Historical Income Statements, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | 2020A | 2021A | | | | | 2022E | | | | | 2022E | 2023E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 1QA | 2QA | 3QA | 4QA | 2021A | 1QA | 2QE | 3QE | 4QE | | 2022E | 2023E |
| **Revenue** | | | | | | | | | | | | | |
| Product revenue | 74,553 | 20,025 | 27,358 | 30,101 | 20,401 | 97,886 | 22,699 | 20,000 | 18,000 | 16,000 | | 76,699 | 60,000 |
| Other revenue | - | | | | | - | | | | | | - | - |
| **Total revenue** | 74,553 | 20,025 | 27,358 | 30,101 | 20,401 | 97,886 | 22,699 | 20,000 | 18,000 | 16,000 | | 76,699 | 60,000 |
| Expenses | | | | | | | | | | | | | |
| Cost of sales | 16,591 | 3,273 | 2,504 | 3,311 | 2,487 | 11,575 | 3,282 | 2,800 | 2,520 | 2,240 | | 10,842 | 8,400 |
| Research and development | 3,185 | 2,217 | 4,669 | 5,893 | 2,182 | 14,962 | 3,771 | 4,000 | 4,000 | 4,000 | | 15,771 | 16,000 |
| Sales and marketing | 4,665 | 1,198 | 5,853 | 4,253 | 2,094 | 13,398 | 2,652 | 4,000 | 4,000 | 4,000 | | 14,652 | 14,000 |
| General and administrative | 8,279 | 2,936 | 2,468 | 2,919 | 3,227 | 11,551 | 2,922 | 3,000 | 3,000 | 3,000 | | 11,922 | 12,000 |
| Depreciation and amortization | 139 | 67 | 72 | 94 | 103 | 335 | 247 | 60 | 60 | 60 | | 427 | 240 |
| **Total expenses** | 32,859 | 9,690 | 15,567 | 16,471 | 10,093 | 51,821 | 12,875 | 13,860 | 13,580 | 13,300 | | 53,615 | 50,640 |
| **Gain (loss) from operations** | 41,694 | 10,335 | 11,791 | 13,630 | 10,309 | 46,065 | 9,824 | 6,140 | 4,420 | 2,700 | | 23,084 | 9,360 |
| Other income/expense | | | | | | | | | | | | | |
| Interest expense | - | | | | | - | - | | | | | - | - |
| Interest income | 97 | 15 | 11 | 11 | 9 | 46 | 11 | 15 | 15 | 15 | | 56 | 60 |
| Gain on remeasurement of acquisition contingencies | - | | | | - | - | 3,380 | | | | | 3,380 | - |
| Loss on disposition of assets | - | | | | (44) | (44) | (93) | | | | | (93) | - |
| Income (loss) on investment in joint venture | 778 | (465) | 129 | (65) | (29) | (430) | (21) | | | | | (21) | - |
| **Total investment income and other** | 876 | (450) | 139 | (54) | (64) | (429) | 3,277 | 15 | 15 | 15 | | 3,322 | 60 |
| **Loss before provision for income taxes** | 42,569 | 9,885 | 11,930 | 13,577 | 10,244 | 45,636 | 13,101 | 6,155 | 4,435 | 2,715 | | 26,406 | 9,420 |
| Provision for income taxes | (91) | (1,986) | (2,145) | (2,101) | (2,746) | (8,977) | (1,386) | (1,213) | (874) | (535) | | (4,007) | (1,856) |
| **Net income (loss)** | 42,479 | 7,899 | 9,785 | 11,476 | 7,498 | 36,659 | 11,715 | 4,942 | 3,561 | 2,180 | | 22,399 | 7,564 |
| Net loss per share (basic) | 1.59 | 0.28 | 0.34 | 0.40 | 0.24 | 1.27 | 0.35 | 0.15 | 0.10 | 0.06 | | 0.66 | 0.22 |
| Net loss per share (diluted) | 1.52 | 0.26 | 0.33 | 0.38 | 0.23 | 1.23 | 0.34 | 0.14 | 0.10 | 0.06 | | 0.64 | 0.22 |
| Weighted average number of shares outstanding (basic) | 26,720 | 28,663 | 28,794 | 28,941 | 31,357 | 28,875 | 33,936 | 34,009 | 34,059 | 34,109 | | 34,028 | 34,234 |
| Weighted average number of shares outstanding (diluted) | 28,000 | 30,003 | 29,741 | 29,953 | 32,400 | 29,904 | 34,711 | 34,785 | 34,785 | 34,785 | | 34,767 | 34,785 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

Co-Diagnostics, Inc.                                                                                          May 16, 2022

**Table 2: Co-Diagnostics, Inc. (CODX)—Historical Balance Sheets, Financial Projections**

FY end December 31
$ in thousands, except per share data

| | | 2021A | | | | | 2022E | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/20A | 3/31A | 6/30A | 9/30A | 12/31A | 12/31/21A | 3/31A | 6/30E | 9/30E | 12/31E | 12/31/22E | 12/31/23E |
| **Assets** | | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | | |
| Cash and cash equivalents | 42,977 | 57,789 | 70,274 | 82,658 | 88,607 | 88,607 | 97,422 | 104,114 | 109,426 | 113,356 | 113,356 | 127,920 |
| Marketable investment securities | 4,335 | 2,303 | 2,110 | 1,251 | 1,255 | 1,255 | - | - | - | - | - | - |
| Accounts receivable | 12,137 | 12,117 | 12,756 | 14,590 | 20,839 | 20,839 | 21,662 | 21,662 | 21,662 | 21,662 | 21,662 | 21,662 |
| Inventory | 7,995 | 6,198 | 4,121 | 3,303 | 2,004 | 2,004 | 4,901 | 4,901 | 4,901 | 4,901 | 4,901 | 4,901 |
| Prepaid expenses | 369 | 484 | 1,040 | 485 | 2,338 | 2,338 | 1,279 | 1,279 | 1,279 | 1,279 | 1,279 | 1,279 |
| Note receivable | | | | | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 |
| **Total current assets** | 67,813 | 78,890 | 90,300 | 102,287 | 115,119 | 115,119 | 125,339 | 132,031 | 137,343 | 141,273 | 141,273 | 155,837 |
| Property and equipment, net | 950 | 1,022 | 1,193 | 1,525 | 1,933 | 1,933 | 2,253 | 2,303 | 2,353 | 2,403 | 2,403 | 2,603 |
| Investment in joint venture | 1,927 | 962 | 1,276 | 1,034 | 1,005 | 1,005 | 984 | 984 | 984 | 984 | 984 | 984 |
| Goodwill | | | | | 14,707 | 14,707 | 14,808 | 14,808 | 14,808 | 14,808 | 14,808 | 14,808 |
| Intangible assets, net | | | | | 27,195 | 27,195 | 27,088 | 27,088 | 27,088 | 27,088 | 27,088 | 27,088 |
| Note receivable | | | | | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 |
| Deferred tax asset / Operating lease right-of-use asset | 547 | 245 | 20 | 513 | | - | 605 | 605 | 605 | 605 | 605 | 605 |
| **Total Assets** | 71,237 | 81,119 | 92,789 | 105,359 | 160,034 | 160,034 | 171,152 | 177,894 | 183,256 | 187,236 | 187,236 | 202,000 |
| **Liabilities and shareholder equity** | | | | | | | | | | | | |
| Current liabilities | | | | | | | | | | | | |
| Accounts payable | 598 | 668 | 427 | 800 | 608 | 608 | 1,215 | 1,215 | 1,215 | 1,215 | 1,215 | 1,215 |
| Accrued expenses | 3,487 | 1,594 | 4,001 | 2,056 | 3,860 | 3,860 | 2,613 | 2,613 | 2,613 | 2,613 | 2,613 | 2,613 |
| Accrued expenses (related party) | 120 | 120 | 90 | 30 | | - | - | - | - | - | - | - |
| Deferred income / Operating lease liability, current | 305 | 159 | 163 | 190 | 150 | 150 | 283 | 283 | 283 | 283 | 283 | 283 |
| Income taxes payable | - | 1,766 | 47 | 1,045 | 2,213 | 2,213 | 4,844 | 4,844 | 4,844 | 4,844 | 4,844 | 4,844 |
| Contingent consideration liabilities, current | | | | | 5,767 | 5,767 | 4,066 | 4,066 | 4,066 | 4,066 | 4,066 | 4,066 |
| **Total current liabilities** | 4,511 | 4,307 | 4,729 | 4,120 | 12,598 | 12,598 | 13,021 | 13,021 | 13,021 | 13,021 | 13,021 | 13,021 |
| Notes payable | - | | | | - | - | - | - | - | - | - | - |
| Accrued expenses (related party) / Income taxes payable | 30 | 555 | 795 | 1,080 | 1,068 | 1,068 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 | 1,285 |
| Deferred tax liability | | | | | 7,228 | 7,228 | 5,869 | 5,869 | 5,869 | 5,869 | 5,869 | 5,869 |
| Contingent consideration liabilities | - | | | | 4,665 | 4,665 | 2,987 | 2,987 | 2,987 | 2,987 | 2,987 | 2,987 |
| Operating lease liability | | | | | | | 276 | 276 | 276 | 276 | 276 | 276 |
| **Total Liabilities** | 4,541 | 4,861 | 5,524 | 5,200 | 25,559 | 25,559 | 23,437 | 23,437 | 23,437 | 23,437 | 23,437 | 23,437 |
| **Shareholder's equity** | | | | | | | | | | | | |
| Preferred stock | - | - | - | - | - | - | - | - | - | - | - | - |
| Common stock | 29 | 29 | 29 | 29 | 34 | 34 | 34 | 34 | 34 | 34 | 34 | 34 |
| Additional paid-in capital | 49,157 | 50,819 | 52,042 | 53,459 | 80,272 | 80,272 | 81,797 | 81,797 | 81,797 | 81,797 | 81,797 | 81,797 |
| Accumulated deficit | 17,511 | 25,410 | 35,195 | 46,671 | 54,169 | 54,169 | 65,884 | 72,626 | 77,988 | 81,968 | 81,968 | 96,732 |
| Accumulated other comprehensive loss | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total shareholder's equity** | 66,697 | 76,257 | 87,266 | 100,158 | 134,475 | 134,475 | 147,715 | 154,457 | 159,819 | 163,799 | 163,799 | 178,563 |
| **Total liability and shareholder's equity** | 71,237 | 81,119 | 92,789 | 105,359 | 160,034 | 160,034 | 171,152 | 177,894 | 183,256 | 187,236 | 187,236 | 202,000 |

*Source: Company reports and H.C. Wainwright & Co. estimates.*

Co-Diagnostics, Inc.                                                                                          May 16, 2022

### Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**
**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of May 13, 2022 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 565 | 87.60% | 161 | 28.50% |
| Neutral | 58 | 8.99% | 15 | 25.86% |
| Sell | 2 | 0.31% | 0 | 0.00% |
| Under Review | 20 | 3.10% | 3 | 15.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Yi Chen, Ph.D. CFA and Raghuram Selvaraju, Ph.D. , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Co-Diagnostics, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of April 30, 2022 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Co-Diagnostics, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The firm or its affiliates received compensation from Co-Diagnostics, Inc. for non-investment banking services in the previous 12 months.

The Firm or its affiliates did not receive compensation from Co-Diagnostics, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in Co-Diagnostics, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.