**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated, | Case No.: 22-cv-6978-AS |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN, | |
| Defendants. | |

## LEAD PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Lead Plaintiff Stadium Capital LLC ("Plaintiff"), by and through its undersigned counsel, shall move before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at a date and time to be set by the Court, in Courtroom 15A of the United States District Courthouse at 500 Pearl Street, New York, New York 10007, for partial summary judgment pursuant to Fed. R. Civ. P. 56 and Rule 56.1 of the Local Rules of the United States District Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Lead Plaintiff will rely upon the accompanying Memorandum of Law, Declaration of Jason A. Uris with exhibits attached thereto, Rule 56.1 Statement of Undisputed Facts, and all prior proceedings and pleadings filed with this Court.

Dated: March 21, 2025

KAPLAN FOX & KILSHEIMER LLP

*/s/ Jason A. Uris*
Frederic S. Fox
Donald R. Hall
Jason A. Uris
800 Third Avenue, 38th Floor
New York, NY 10022

Tel: (212) 687-1980
Fax: (212) 687-7714
E-mail: ffox@kaplanfox.com
E-mail: dhall@kaplanfox.com
E-mail: juris@kaplanfox.com

*Lead Counsel for Lead Plaintiff and the Class*

2

## **CERTIFICATE OF SERVICE**

I, Jason A. Uris, hereby certify that, on March 21, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jason A. Uris*
Jason A. Uris