**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>                   Plaintiff,<br><br>        v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>                   Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION<br><br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JASON A. URIS IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Jason A. Uris, declare as follows:

1.    I am an attorney with the law firm Kaplan Fox & Kilsheimer LLP, Lead Counsel for Lead Plaintiff Stadium Capital LLC ("Lead Plaintiff"). I respectfully submit this Declaration in Support of Lead Plaintiff's Motion for Partial Summary Judgment. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Although each of the Exhibits attached hereto with a CoDx-prefix were designated Confidential by Defendants under the Protective Order in this case, ECF No. 47, Lead Counsel has conferred with counsel for Defendants pursuant to the Court's Individual Rule 11.C.i.  Counsel for Defendants have confirmed that Defendants have no objection to the public filing of such documents.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the Remote Videotaped Deposition of Dwight Egan taken on November 14, 2024.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the Remote Videotaped Deposition of Brian Brown taken on November 5, 2024.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's Exhibit 12, CoDx_00501488.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of the Remote Videotaped Deposition of Andrew Benson taken on November 12, 2024.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of the Remote Videotaped Deposition of Mike Houston taken on November 12, 2024.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's Exhibit 27, CoDx_00464876-78.

9.      Lead Plaintiff intends to email Judge Subramanian's chambers, copying opposing counsel, to provide a true and correct copy of the spreadsheet that comprises Plaintiff's Exhibit 1 (CoDx_00501485), labeled **Exhibit 7**.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of the transcript of the Remote Videotaped Deposition of Seth Eagan taken on November 7, 2024.

11.      Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 11 to the Declaration of Douglas W. Greene in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, ECF No. 34 (Co-Diagnostics' Form 8-K and attached press release, filed with the SEC on August 11, 2022).

12.      Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff's Exhibit 40, LAMBERT0006702-06.

13.      Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiff's Exhibit 13, CoDx_00004432-39.

14.      Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiff's Exhibit 15, LAMBERT0000769-70.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of Plaintiff's Exhibit 16, LAMBERT0002146-47.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiff's Exhibit 17, CoDx_00506169-82.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of Plaintiff's Exhibit 19, CoDx_00506830-40.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiff's Exhibit 20, CoDx_00506183-94.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of Plaintiff's Exhibit 45, CoDx_00522583-86.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiff's Exhibit 53, CoDx_00032186-88.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of Plaintiff's Exhibit 22 (Exhibit 1 to the Declaration of Douglas W. Greene in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, ECF No. 34 (a transcript of Co-Diagnostics' first quarter 2022 earnings call held on May 12, 2022)).

22.     Attached hereto as **Exhibit 20** is a true and correct copy of Exhibit 5 to the Declaration of Douglas W. Greene in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, ECF No. 34 (a transcript of Co-Diagnostics' fourth quarter 2021 earnings call held on March 24, 2022).

23.     Attached hereto as **Exhibit 21** is a true and correct copy of Exhibit 7 to the Declaration of Douglas W. Greene in Support of Defendants' Motion to Dismiss the

3

Consolidated Amended Complaint, ECF No. 34 (Co-Diagnostics' Form 8-K and attached press release, filed with the SEC on May 12, 2022).

24. Attached hereto as **Exhibit 22** is a true and correct copy of Plaintiff's Exhibit 52 (Exhibit 6 to the Declaration of Douglas W. Greene in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, ECF No. 34 (a transcript of Co-Diagnostics' second quarter 2022 earnings call held on August 11, 2022)).

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Expert Report of Chad Coffman, CFA, dated November 20, 2024.

26. Attached hereto as **Exhibit 24** is a true and correct copy of Co-Diagnostics Form 8-K dated March 24, 2022.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a transcript of Co-Diagnostics' first quarter 2021 earnings call held on May 13, 2021.

Executed this 21st day of March, 2025.

*/s/ Jason A. Uris*
Jason A. Uris