# EXHIBIT 3

**Quarterly Dashboard**

October 02, 2024 | 13:13:39

### Monthly Sales Chart 2020

$15,000,000
$10,000,000
$5,000,000
$0

$1,117  $39,661  $2,566,857.2  $14,169,061.95  $5,958,245.6  $3,444,055.01  $5,724,579.26  $9,028,431.63  $7,193,412.63  $9,152,711.06  $11,346,373.15

Sales Orders Ja... Sales Orders Fe... Sales Orders Mar... Sales Orders Ap... Sales Orders Ma... Sales Orders Ju... Sales Orders Jul... Sales Orders Aug... Sales Orders Se... Sales Orders Oct... Sales Orders Nov... Sales Orders Dec...

| 1 Quarter 2020 | 2 Quarter 2020 | 3 Quarter 2020 | 4 Quarter 2020 |
|---|---|---|---|
| $2,607,635.2 | $23,571,362.56 | $21,946,423.52 | $27,275,750.56 |

**Quarter 1 Sales by**
- COVID: 58.8%
- COVID: 24.0%
- MIC BC: 6.8%
- COVID: 5.8%
- Extract: 1.3%
- Other: 1.3%
- MIC Tu: 0.7%

**Quarter 2 Sales by**
- COVID: 41.4%
- COVID: 29.7%
- COVID: 12.6%
- Extract: 10.2%
- MIC BC: 2.8%
- Other: 2.0%
- UL Tips: 0.6%

**Quarter 3 Sales by**
- COVID: 51.1%
- COVID: 31.0%
- Extract: 10.2%
- MIC BC: 3.7%
- Other: 1.8%
- UL Tips: 0.9%
- MIC Tu: 0.6%

**Quarter 4 Sales by**
- COVID: 46.2%
- COVID: 29.1%
- COVID: 15.2%
- Extract: 2.0%
- UL Tips: 1.9%
- MIC BC: 1.4%
- Other: 1.3%

### Monthly Sales Chart 2021

$15,000,000
$10,000,000
$5,000,000
$0

$10,004,248.8  $5,142,414.57  $8,416,117.84  $7,021,691  $11,904,570  $12,300,297  $9,352,960.501  $8,485,643  $4,627,158.9  $2,824,248.06  $12,939,658  $222,093

Sales Orders J... Sales Orders F... Sales Order M... Sales Orders A... Sales Orders ... Sales Orders J... Sales Orders J... Sales Orders A... Sales Orders S... Sales Orders O... Sales Orders N... Sales Orders D... Sales Orders

| 1 Quarter 2021 | 2 Quarter 2021 | 3 Quarter 2021 | 4 Quarter 2021 |
|---|---|---|---|
| $20,154,817.09 | $27,342,378.84 | $30,138,900.501 | $20,391,064.96 |

**Quarter 1 Sales by**
- COVID: 45.7%
- COVID: 39.6%
- ABC M: 5.4%
- COVID: 2.2%
- UL Tips: 1.5%
- Other: 1.4%
- COVID: 1.2%
- Extract: 1.1%
- MIC BC: 0.8%

**Quarter 2 Sales by**
- COVID: 57.7%
- COVID: 15.3%
- ABC M: 11.6%
- COVID: 10.6%
- COVID: 1.8%
- MIC BC: 0.6%
- UL Tips: 0.6%
- Direct : 0.6%
- Other: 0.4%

**Quarter 3 Sales by**
- COVID: 37.8%
- COVID: 31.2%
- COVID: 18.8%
- Extract: 3.0%
- Covid-: 2.9%
- ABC M: 2.8%
- Direct : 0.9%
- COVID: 0.8%
- Other: 0.5%

**Quarter 4 Sales by**
- COVID: 52.7%
- COVID: 38.9%
- COVID: 3.6%
- Direct : 1.6%
- COVID: 1.3%
- ABC M: 0.4%
- Other: 0.3%
- MIC Tu: 0.3%
- COVID: 0.3%

### Monthly Sales Chart 2022

$20,000,000
$17,500,000
$15,000,000
$12,500,000
$10,000,000
$7,500,000
$5,000,000
$2,500,000
$0

$16,753,804.81  $3,323,124.59  $2,796,516.3  $1,039,767.3  $1,696,769  $1,397,556.06  $2,431,115  $1,006,905  $1,596,176.5  $185,967  $245,475  $986,372.7

Sales Orders Ja... Sales Orders Fe... Sales Orders Mar... Sales Orders Ap... Sales Orders Ma... Sales Orders Ju... Sales Orders Jul... Sales Orders Aug... Sales Orders Se... Sales Orders Oct... Sales Orders Nov... Sales Orders Dec...

| 1 Quarter 2022 | 2 Quarter 2022 | 3 Quarter 2022 | 4 Quarter 2022 |
|---|---|---|---|
| $22,873,445.7 | $5,034,092.36 | $5,034,196.5 | $1,417,814.7 |

**Quarter 1 Sales by**
- COVID: $8,813,000
- COVID: $6,960,175
- COVID: $3,505,530
- ABC M: $2,230,628.5
- COVID: $806,375
- MIC BC: $205,050.16
- Direct : $81,057.5

**Quarter 2 Sales by**
- COVID: $3,027,225
- COVID: $1,207,500
- COVID: $365,690
- Mosqu: $80,359.06
- Direct : $77,000
- COVID: $66,500
- ABC M: $53,902

**Quarter 3 Sales by**
- COVID: $2,812,900
- COVID: $1,678,000
- ABC M: $198,850
- COVID: $98,115
- Direct : $73,000
- COVID: $35,700
- COVID: $31,250

**Quarter 4 Sales by**
- ABC M: $690,250
- COVID: $330,475
- COVID: $153,125
- COVID: $150,000
- COVID: $36,750
- Mosqu: $23,300
- COVID: $22,400

Powered by monday.com

Confidential

CoDx_00501488



**Exhibit 00012**
11/5/2024
Brown