# EXHIBIT 6

Message
_____

**From:**        Andrew Benson [a.benson@codiagnostics.com]
**Sent:**        3/8/2022 5:23:06 PM
**To:**          Dwight Egan [d.egan@codiagnostics.com]
**CC:**          Brian Brown [b.brown@codiagnostics.com]
**Subject:**     Re: Get their release and show me a potential draft.
**Attachments:** CODX - Share buyback PR Dr 1.docx

Ike,

Here's what I got. You may not like the line at the end of the quote implying a post-pandemic world, but I think it's important in our messaging for people to understand we're still very bullish about our future despite the decline in COVID testing.

I'd also suggest you consider attributing this quote to Brian.

We'll need a whole new set of disclaimers as well but that's not urgent.

Best regards,



Andrew Benson

Head of Corporate Communications

a.benson@co-dx.com

801-438-1036  x9153 **O**


Co-Diagnostics, Inc.

2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX

**co-dx.com**


On Tue, Mar 8, 2022 at 12:41 PM Dwight Egan <d.egan@codiagnostics.com> wrote:

# Fulgent Genetics stock gains on $250M share buyback program

Mar. 08, 2022 8:08 AM ET**Fulgent Genetics, Inc. (FLGT)**By: Preeti Singh, SA News Editor6 Comments

- Fulgent Genetics (NASDAQ:FLGT) is +4.31% pre-market after announcing a share repurchase program under which it may buyback $250M of its common stock.

- The program will be funded using Fulgent's working capital.

- The genetic testing company had ~30.3M shares of common stock outstanding as of Mar. 07, 2022.

**Exhibit
00027**
11/5/2024
Brown



# Co-Diagnostics, Inc. Announces Authorization of Share Repurchase Program

**Salt Lake City, Utah – March 10, 2022 –** Co-Diagnostics, Inc. **(Nasdaq: CODX)** (the "Company"), a molecular diagnostics company with a unique, patented platform for the development of molecular diagnostic tests, announced today that its Board of Directors has authorized a share repurchase program that would allow the Company to repurchase up to $XX worth of CODX common stock and funded by the Company's working capital.

"This share repurchase program is aligned with our commitment to return value to our shareholders, and reflects our confidence in our balance sheet and strong cash flow generation," remarked Dwight Egan (Brian Brown?), Chief Executive(Financial?) Officer of Co-Diagnostics. "We believe that our shares are currently undervalued, which has provided us with an opportunity to strategically allocate capital in a way that helps to drive continued growth and demonstrates our positive outlook for the future as we, along with the rest of the world, adjust to a new reality that is no longer dominated by daily headlines about the pandemic."

The repurchase program does not obligate the Company to acquire any particular amount of ordinary shares, and the repurchase program may be suspended or discontinued at any time at the Company's discretion. The timing and amount of any share repurchases under the share repurchase program will be determined by Co-Diagnostics' management at its discretion based on ongoing assessments of the capital needs of the business, the market price of the Company's common stock and general market conditions. Share repurchases under the program may be made through a variety of methods, which may include open market purchases, in block trades, accelerated share repurchase transactions, exchange transactions, or any combination of such methods. Any repurchased shares will be available for use in connection with its stock plans and for other corporate purposes.

**About Co-Diagnostics, Inc.:**
Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

**Forward-Looking Statements:**
*This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 (PSLRA) that are subject to a number of risks and uncertainties. Risks and uncertainties that may cause such differences include, among other things: our products may not prove to be as effective as other products currently being commercialized or to be commercialized in the future by competitors; risks inherent in manufacturing and scaling up to commercial quantities while maintaining quality controls; the uncertainties inherent in new product development, including the cost and time required to gain regulatory clearance for such product and to commercialize such product(s);and, market acceptance of our products once commercialized.  Readers are cautioned not to place undue reliance on the forward-looking statements, which*

Confidential



*speak only as of the date on which they are made and reflect management's current estimates, projections, expectations, and beliefs. There can be no assurance that any of the anticipated results will occur on a timely basis or at all due to certain risks and uncertainties, a discussion of which can be found in the Risk Factors disclosure in our Annual Report on Form 10-K, filed with the Securities and Exchange Commission (SEC) on March 25, 2021, and in our other filings with the SEC. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.*

**Company Contact:**                                                                 **Media Contact:**
Andrew Benson                                                                         Jennifer Webb
Head of Investor Relations                                                            Coltrin & Associates, Inc
+1.801.438.1036                                                                       +1.267.912.1173
[ HYPERLINK "mailto:investors@codiagnostics.com?subject=Investor%20Inquiry" ]
                                     [ HYPERLINK "mailto:jennifer_webb@coltrin.com" ]

Confidential                                                                                           CoDx_00464878