# Exhibit 7 is a spreadsheet "Plaintiff's Exhibit 00001" (CoDx_00501485) Transmitted Via E-mail To Chambers Of The Honorable Arun Subramanian