# EXHIBIT 10

Message
_____

| | |
|---|---|
| **From**: | Mike Houston [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FA7F75F147A14568B7D0C0A73C1F698A-MHOUSTON] |
| **Sent**: | 11/10/2021 4:19:42 PM |
| **To**: | Brian Brown [b.brown@codiagnostics.com]; Dwight Egan [d.egan@codiagnostics.com]; Andrew Benson [a.benson@codiagnostics.com] |
| **Subject**: | RE: Fluidigm Q3 Revenues Drop 29 Percent on Supply Chain Issues, Waning COVID-19 Testing |

I think how you've framed this would make sense. I would leave it to the Q&A to discuss the details.


**Mike Houston, Lambert & Co.**

Managing Director

**O:** 646.475.2998  **M:** 480.270.4812


**From:** Brian Brown <b.brown@codiagnostics.com>
**Sent:** Wednesday, November 10, 2021 10:21 AM
**To:** Dwight Egan <d.egan@codiagnostics.com>; Andrew Benson <a.benson@codiagnostics.com>; Mike Houston <mhouston@lambert.com>
**Subject:** FW: Fluidigm Q3 Revenues Drop 29 Percent on Supply Chain Issues, Waning COVID-19 Testing

This is going to be an important question that we will likely need to answer. Thus far in Q4, we have seen slowing sales. However, we could frame it up as we had some pull forward into Q3 but still expect to see a strong quarter in terms of sales (we do expect to hit around $20MM). If we expect $20MM in Q4 and hit $30MM in Q3, there is likely some justification to say we had some pull forward (average would be $25MM which are very good quarters for our current business).

Thoughts?



**Brian Brown**   Chief Financial Officer

b.brown@co-dx.com
801-403-8408 **M**  |  801-438-1036 x9152 **O**

Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
**co-dx.com**


**From:** wiiliam mccluskey <mccluskeyw@yahoo.com>
**Sent:** Tuesday, November 9, 2021 11:33 AM
**To:** Dwight Egan <d.egan@codiagnostics.com>; Seth Egan <s.egan@codiagnostics.com>; Brian Brown <b.brown@codiagnostics.com>; Reed Benson <r.benson@codiagnostics.com>
**Cc:** Lynn Briggs <lbriggs@legendscapital.com>; William McCluskey <mccluskeyw@yahoo.com>
**Subject:** Fluidigm Q3 Revenues Drop 29 Percent on Supply Chain Issues, Waning COVID-19 Testing

A potential issue that will come on your call.
As you know, you should be prepared to discuss this market trend.


----- Forwarded Message -----

**Exhibit
00040**

11/11/2024
Houston

**From:** GenomeWeb <newsletters@genomeweb.com>
**To:** "mccluskeyw@yahoo.com" <mccluskeyw@yahoo.com>
**Sent:** Tuesday, November 9, 2021, 01:02:38 PM EST
**Subject:** Scan Blog: Healthcare Industry Emission Reductions Sought, This Week's PNAS, GE to Split, more

Email not displaying correctly? View it in your browser.



# The Scan

What's Worth Reading on the Web

Did someone forward this to you? Subscribe here.

**FROM THE SPONSOR:**

**Advancing CAR T-cell therapy with single cell gene expression**
In a new White Paper from 10x Genomics, learn how targeted single cell transcriptomics can help accelerate CAR T-cell therapy development by measuring transduction efficiency and comprehensively characterizing the infusion product, cell by cell. Download now.

## Recent Posts

### Health Emissions, Too

Published on Nov 09, 2021

Dozens of countries have pledged to reduce greenhouse gas emissions across their health systems, the New York Times reports. Read more >

### A Help

Published on Nov 09, 2021

A new paper indicates whole-genome sequencing could help diagnose people suspected of having a mitochondrial disorder, HealthDay News says. Read more >

### In Three

Published on Nov 09, 2021

LAMBERT0006703

General Electric says it will be splitting up into three different aviation, healthcare, and energy companies, according to the Wall Street Journal. Read more >

## PNAS Papers on SARS-CoV-2 Adaptation in Animals, Transcription Factor Dynamics, Fin Formation

Published on Nov 09, 2021

In PNAS this week: SARS-CoV-2 adaptation and selection in animals, SP1 transcription factor binding over time, and more. Read more >

**FROM THE SPONSOR:**

**7 Critical Strategies to Scale Your Multi-Omics**
Learn how DNAnexus and AWS can help life science companies reduce time to discovery, lower costs, scale seamlessly, and achieve compliance globally to safeguard patient data.
Download the white paper from GenomeWeb's White Paper Channel.

## Recommended for You

## Fluidigm Q3 Revenues Drop 29 Percent on Supply Chain Issues, Waning COVID-19 Testing

Published on Nov 08, 2021

## New Products Posted to GenomeWeb: Bio-Rad, PerkinElmer, Ares Genetics, Purigen Biosystems, More

Published on Oct 22, 2021

**Ending an 8 Year Odyssey: Delivering a Diagnosis in 20 Days**
This whitepaper from Congenica describes a case study in which the company's clinical decision support platform helped diagnose an inherited genetic disorder after other approaches failed.
Download it from GenomeWeb's White Paper Channel.

## Job listings

LAMBERT0006704

## Scientist/Senior Scientist [RD2127 Apps Mic (EA)]

Company: Inscripta, Inc.

Location: Pleasanton CA

Apply now

## Software Developer

Company: EMBL EBI

Location: Cambridge

Apply now

## Clinical Laboratory Scientist

Company: Invitae

Location: San Francisco CA

Apply now

## Research Programmer, Ryan Morin Lab

Company: Canada's Michael Smith Genome Sciences Centre (GSC)

Location: Vancouver BC

Apply now

**Analyze, Interpret and Report NGS Data Faster than Ever Before**
This white paper describes an analysis of more than 2,000 complex cases interpreted using the Congenica decision support platform, which showed that complex clinical analyses that used to take 20 hours to interpret and report can now be completed in an average of 30 minutes. Download it from GenomeWeb's White Paper Channel.

**Analysis of Drugs of Abuse in Urine After Cleanup with Solid Phase Extraction 96-well Plates**
This white paper from Millipore Sigma demonstrates the ability to perform cleanup of urine samples using HLB solid-phase extraction for the analysis of opioids via tandem mass

LAMBERT0006705

spectrometry with the Supel Swift HLB SPE 96-well plate.
Download it from GenomeWeb's White Paper Channel.

**Leiomyosarcoma Mutational and Transcriptomic Signatures in a Patient with Exceptional Survival**
In this on-demand GenomeWebinar sponsored by Qiagen, speakers present findings from whole-exome sequencing of tumors from a treatment-naive patient with aggressive metastatic uterine leiomyosarcoma and multiple metastases who has experienced survival for more than seven years without therapy except for surgery.
Download it from GenomeWeb's Webinar Library.

**Detection of Aneuploidies, Segmental Aneuploidies, and Mosaicism**
This application note from Thermo Fisher Scientific describes performing aneuploidy analysis using Ion ReproSeq PGS Kits and the parameters within Ion Reporter Software that can be adjusted for improved mosaic and segmental copy number variation event calling.
Download it from GenomeWeb's White Paper Channel.

Customer Service    About us    Contact    Advertise    Privacy Policy
Opt out of the Scan Blog
Unsubscribe from all GenomeWeb mailings



1 Battery Park Plaza, 8th Floor, New York, NY 10004
Tel +1.212.269.4747 Fax +1.212.269.3686
Copyright © 2021 GenomeWeb, a business unit of Crain Communications. All Rights Reserved.
View it in your browser.

LAMBERT0006706