# EXHIBIT 15

Message
_____

**From:**        Brian Brown [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6272B82ED3F442789F862E370588865C-B.BROWN]
**Sent:**        5/10/2022 7:32:37 AM
**To:**          Mike Houston [mhouston@lambert.com]
**CC:**          William Stack [wstack@lambert.com]; Zachary Mizener [zmizener@lambert.com]; Andrew Benson
                 [a.benson@codiagnostics.com]
**Subject:**     RE: Guidance Considerations
**Attachments:** 1Q22 Earnings Call Script - CFO v2 BB REVIEW.docx


Mike –

Attached are the changes to my script.  There are still a couple of holes that I will work on filling in.  Do you guys mind turning it with the attached changes?  Then I can fill in the holes with a clean version.

Thanks,



Brian Brown    Chief Financial Officer
b.brown@co-dx.com
801-403-8408 **M**  |  801-438-1036 x9152 **O**

Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
**co-dx.com**

---

**From:** Mike Houston <mhouston@lambert.com>
**Sent:** Monday, May 9, 2022 9:05 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>; Andrew Benson <a.benson@codiagnostics.com>
**Subject:** RE: Guidance Considerations

Revised versions of the script and release attached. Had a few thoughts I put in the comments off to the side as I was drafting them. Happy to chat it through if you want to connect tomorrow.

Thanks,
Mike


**Mike Houston,** Managing Director
**Lambert**
**O:** 646.475.2998   **M:** 480.270.4812


---

**From:** Brian Brown <b.brown@codiagnostics.com>
**Sent:** Monday, May 9, 2022 6:33 PM
**To:** Mike Houston <mhouston@lambert.com>
**Cc:** William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>; Andrew Benson

**Exhibit 00019**
11/5/2024
Brown

Confidential

<a.benson@codiagnostics.com>
**Subject:** Re: Guidance Considerations

Right on.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Mike Houston <mhouston@lambert.com>
**Sent:** Monday, May 9, 2022 4:32:03 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>; Andrew Benson <a.benson@codiagnostics.com>
**Subject:** Re: Guidance Considerations

Will do. We'll have something your way later tonight.



**Mike Houston**
Managing Director

Office: 646.475.2998
Mobile: 480.270.4812

www.lambert.com

**LAMBERT**

450 Seventh Ave Suite 2002
New York, NY 10123

NYC · DET · PHX · HOU · STL
PROI Worldwide Partner

**I stand with you.**
**Ally** [al-ly] A person who *supports* individuals or groups who are *different* from them

On May 9, 2022, at 4:22 PM, Brian Brown <b.brown@codiagnostics.com> wrote:

Mike and Team –

The board is up with not giving guidance but providing some good reason in the script and on the earnings release.  Can you guys take the first stab at writing this?

Thanks,



Brian Brown   Chief Financial Officer
b.brown@co-dx.com
801-403-8408 **M** | 801-438-1036 x9152 **O**
Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
co-dx.com

---

**From:** Andrew Benson <a.benson@codiagnostics.com>
**Sent:** Sunday, May 8, 2022 8:18 PM
**To:** Brian Brown <b.brown@codiagnostics.com>

Confidential

**Cc:** Mike Houston <mhouston@lambert.com>; William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>
**Subject:** Re: Guidance Considerations

I also thought the bullet about the mask mandates being dropped while variants continue to surface and spread is insightful and accurate, especially X-US.

-Andrew

On Sun, May 8, 2022, 6:31 PM Brian Brown <b.brown@codiagnostics.com> wrote:

I would suggest we frame this around the following:

- Uncertainty surrounding the revenue impact of the CODX YourTest PCR device following FDA approval (a little differently said – what you wrote makes me feel like there is much uncertainty around being able to get the device to market) – To me the uncertainty is truly how our revenue will be impacted once we have the opportunity to start selling the device.

- Timing of orders in a particular quarter and how they are fluctuating greatly due to significant fluctuations in testing requirements in various geographic locations.

- Inability to confidently project testing requirements through the remainder of the year – I don't want to put out guidance that I don't feel is accurate.

Andrew – what thoughts do you have on what we can point to as we pull back on guidance.

I will use these and discuss with the board tomorrow.

Brian Brown   Chief Financial Officer
b.brown@co-dx.com
801-403-8408 **M** | 801-438-1036 x9152 **O**
Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
**co-dx.com**

**From:** Mike Houston <mhouston@lambert.com>
**Sent:** Sunday, May 8, 2022 6:19 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** Andrew Benson <a.benson@codiagnostics.com>; William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>
**Subject:** RE: Guidance Considerations

Hi Brian,
We'll defer to you on which of the below reasons could be rationale for pulling guidance completely. Some are likely a stretch, but we included them anyways to at least spur discussion. LMK if you want to discuss on Monday before the Board meeting.

- Supply chain disruptions

- Uncertainty surrounding commercialization of YourTest and anticipated revenue impact once approved

- Mask mandates being dropped while variants remain, and OUS vaccination rates continue to be low

- Visibility around ability to manufacture and deliver tests to meet demand

Confidential

- Timing of orders in a particular quarter and how they are beginning to fluctuate greatly

**Mike Houston,** Managing Director

**Lambert**

**O:** 646.475.2998   **M:** 480.270.4812

---

**From:** Brian Brown <b.brown@codiagnostics.com>
**Sent:** Friday, May 6, 2022 4:08 PM
**To:** Mike Houston <mhouston@lambert.com>
**Cc:** Andrew Benson <a.benson@codiagnostics.com>; William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>
**Subject:** RE: Guidance Considerations

I think I would lean to the highlighted below.  What are you thoughts for the reasoning that would be presented best?



Brian Brown   Chief Financial Officer
b.brown@co-dx.com
801-403-8408 **M** | 801-438-1036 x9152 **O**
Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
**co-dx.com**

---

**From:** Mike Houston <mhouston@lambert.com>
**Sent:** Thursday, May 5, 2022 6:50 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** Andrew Benson <a.benson@codiagnostics.com>; William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>
**Subject:** Guidance Considerations

Hi Brian,
Following up on our call yesterday, I wanted to outline a few considerations as you prepare to discuss guidance with the Board. Happy to chat through any of these ahead of the Board meeting on Monday.

Alternatives to providing Q2 guidance in the earnings call and release:

- Pull guidance completely, citing uncertainty in the market causing the company to not accurately predict results

    o    This path will raise the most questions, but could be viewed as more positive than guiding to a figure and coming up very short

    o    Would want to communicate the key reasons that caused market uncertainty and directionally indicate what areas would need to improve in order for the company to resume quarterly guidance

    o    Maintains some level of credibility if delivered well, but will also negatively impact the share price despite any offsetting good news

    o    Please note, this approach will make it difficult to attract new analysts to pick up coverage

- Convert quarterly guidance to annual guidance, citing similar uncertainty to the above scenario

Confidential

o        Guiding to an annual figure would tip your hand to investors that you'll likely have a soft quarter, or two, and provide some air cover during the soft quarters

o        Will also encourage investors to measure the company results for the balance of the year and not based on a specific quarter

o        This will also allow you to directionally provide guidance on Q2, stating that Q2 is off to a slow start without having to provide a specific number

o        Would want to cite the inclusion of the CoDx YourTest as an additional reason why you're converting guidance to annual instead of quarterly

•        Keep quarterly guidance but lower your estimates to a range that you believe is 95% achievable

o        While it will have a negative impact on the share price, it's better to take your lumps up front and maintain your credibility

o        If the forecast calls for CODX to make up for the soft quarter throughout the balance of the year, it might be beneficial to offer an annual topline guidance range as well

•        Guide to $17-$19 million in topline with the hope that you come close because you've done so before

o        The further actual results end up from the guidance you provide next week, the longer CODX will be in the penalty box with investors and analysts

o        Need to ask yourself if a reasonable person (SEC official or class action lawyer scenario) could reasonably understand your rationale and logic for guiding to such a high number despite the weak start to the quarter

o        Should the Q2 softness persist after Memorial Day, we would recommend considering a pre-announcement to earnings in early June so that investors are not surprised the day of earnings

**Mike Houston**
Managing Director

Office: 646.475.2998
Mobile: 480.270.4812

**www.lambert.com**

450 Seventh Ave Suite 2002
New York, NY 10123

NYC · DET · PHX · HOU · STL
PROI Worldwide Partner

**I stand with you.**
**Ally** [al-ly] A person who *supports* individuals or groups who are *different* from them

CoDx_00506834

**Brian Brown**

Thanks, Dwight.

And thank you everyone for joining today's call.

As Dwight mentioned, our record performance during the first quarter was stronger than anticipated. In addition to the encouraging results this quarter, we also made significant progress on the commercialization strategy for the Co-Dx PCR Home~~Your~~ Test~~t~~™ device. I am encouraged with the progress we have made both from an operational and financial standpoint and remain excited for the future.

Now to review our performance during the first quarter of 2022.

For Q1, revenue increased 13.5% to $22.7 million, as compared to $20.0 million during the prior year period. The increase in revenue on a year-over-year basis was primarily driven by increased global sales of our Logix Smart COVID-19 Tests. Gross profit for the year increased 15.5% to $19.4 million, compared to

CoDx_00506835

$16.8 million in Q1 of 2021. Our gross margin percentage of 85.5% for the quarter increased from 8~~43.0~~4~~7~~% in the prior year period. The 15~~8~~80 basis points increase in gross margin from last year reflects continued improvement in our manufacturing processes ~~and a favorable shift in our product mix~~. Record revenue and gross profit performance driven by increased sales of our Logix Smart COVID-19 Tests enabled us to achieve significant year-over-year growth.

Total operating expenses for the three months ended March 31, 2022, were $9.6 million, an increase of $3.2~~1~~ million compared to $6.4 million in the first quarter of 2021. The year-over-year change was driven primarily by an $1.6~~5~~ million increase in our research and development expenses over the prior year period, most of which can be attributed to further investment in the development of the ~~CODX YourTest PCR~~Co-Dx PCR Home Test Device.

Sales and marketing expenses for the quarter also increased from the prior year same period to $2.6 million. The year-over-year change was primarily driven by higher third-party commissions on higher international sales. Additionally, we continue to invest in our people and processes, including our sales and marketing team, as well as marketing mediums.

==Do we need to add something on the gain on remeasurement of the acquisition contingencies?==

2

Confidential

CoDx_00506836

For the first quarter of 2022, income before taxes increased 32.5 3 percent to $13.1 million as compared to $9.98 million achieved in the prior year same period.

> **Commented [MH1]:** I get 33.7%. Need to double check.
>
> **Commented [BB2R1]:** It is actually 32.3% with final numbers.

Income tax expense for the quarter was $21.9 4 million, representing an effective tax rate of 10.722%.  Our effective tax rate will generally differ from the U.S. Federal statutory rate of 21.0% due to state taxes, permanent items, and discrete items.  Specifically for this quarter the rate is lower than we have experienced in the past due to … ADD

First quarter net income for 2022 was $1011.2 7 million, or $0.29 34 per fully diluted share, compared to net income of $7.9 million, or $0.26 per fully diluted share, in the prior year. The increase year-over-year was primarily the result of a $3.4 million contingent consideration remeasurement gain.

> **Commented [MH3]:** What does this mean? We'll want to dumb it down.
>
> **Commented [BB4R3]:** I will explain above and then we won't have to dumb it down here.

Adjusted EBITDA for the quarter was nearly flat on a year-over-year basis, coming in at $11.4 million for Q1 of 2021 and Q1 2022. Operational Expenses expenses incurred during the quarter for our new subsidiariesrelated to the acquisitions of Idaho Molecular and Advanced Conceptions completed during the fourth quarter of fiscal 2021, more than offset a the year-over-year increase in net incomerevenue and gross profit.

3

                                                                        CoDx_00506837

We remain committed to improving the health and flexibility of our balance sheet. Our diligent approach during fiscal 2021 allowed us to opportunistically close on two acquisitions during the fourth quarter, both of which are~~were~~ key to the continued development and future manufacturing of the ~~CODX~~ Co-Dx PCR Home Test~~YourTest PCR~~ Device.

Cash, cash equivalents and marketable securities increased to $97.4 million at March 31, 2022 up from $89~~8.6~~.9 million at December 31, 2021, representing an increase of $8~~7.8~~7.6 million. Our highly liquid, no debt balance sheet, enables us to execute on our strategic growth plan. We continue to invest in our people, processes, and research and development as we look to scale and expand to new verticals to solidify our future.

In March, we announced the authorization of a $30 million share repurchase program. We believe this element of our capital allocation strategy is aligned with our commitment to return value to our shareholders. This authorization also reflects confidence in our balance sheet and strong cash flow generation capabilities. Additionally, we believe that this authorization provides us with an opportunity to strategically allocate capital in a way that demonstrates our positive outlook for the future of Co-Diagnostics.

4

Confidential

The dedication from our team to deliver solid performance remains on full display. Our record performance during the first quarter would not have been possible without their many contributions. As we look to the balance of fiscal 2022, we remain encouraged by the demand for our products and the operational and scientific teams we have established to support our future growth.

Turning now to our visibility around the outlook for the balance of the year. While we experienced strong demand for our products during the first quarter of 2022, challenges in our operating environment have restricted our near-term visibility.  We will continue to navigate the near-term environment with caution but as a result, will not be providing quarterly guidance at this time. To be clear, we remain very confident about the long-term potential of our business and the demand for our products. Our ability to accurately predict Logix Smart™ COVID-19 Test sales through the balance of the year has diminished due to decreased mask mandates in the United States as well as persistently low vaccination rates in many parts of the world. Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic regions we serve. As a result, it has become difficult to predict with an expected any level of precision the cumulative impact on our future financial results. Despite these dynamics, we continue to believe we are at

5

Confidential

CoDx_00506839

a critical point in our growth trajectory that will enable us to expand into new verticals, new markets, and

innovative molecular diagnostic solutions.

**Commented [MH5]:** As I was drafting this, it seems premature to cite uncertainty of YourTest revenues as a reason to drop guidance quite yet since it's not approved. Let's discuss if you have time on Tuesday.

**Commented [BB6R5]:** If we were expecting to start selling the device in Q2, I would disagree.  But as we are not, I would agree with your comment.
I will run this by Andrew and Ike today and get their thoughts on why we are not providing guidance.

I'll now turn the presentation back over to Dwight.

6

Confidential

CoDx_00506840