# EXHIBIT 16

| | |
|---|---|
| **From:** | Andrew Benson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=23B3974641F7405CB4324A84FB 1CAFC7-A.BENSON] |
| **Sent:** | Tue 5/10/2022 10:38:05 AM (UTC-06:00) |
| **To:** | Brian Brown[b.brown@codiagnostics.com] |
| **Cc:** | Dwight Egan[d.egan@codiagnostics.com] |
| **Subject:** | Re: FW: Guidance Considerations |
| **Attachment:** | CODX 1Q22 Earnings Release v3 - AB edits.docx |

My light edits attached.

Best regards,



Andrew Benson

Head of Corporate Communications

a.benson@co-dx.com
801-438-1036  x9153 O

Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX

**co-dx.com**

On Tue, May 10, 2022 at 7:34 AM Brian Brown <b.brown@codiagnostics.com> wrote:

Gents –

We need to get this document finalized today – we can go through it at 10am.  I can handle the numbers but we all need to buy off on the language used.

Thanks,

**Exhibit 00020**

11/5/2024
Brown

CoDx_00506183



Brian Brown    Chief Financial Officer

b.brown@co-dx.com

801-403-8408 **M** | 801-438-1036 x9152 **O**

Co-Diagnostics, Inc.

2401 S. Foothill Dr, Ste. D, SLC, Utah 84109

NASDAQ: CODX

**co-dx.com**

**From:** Mike Houston <mhouston@lambert.com>
**Sent:** Monday, May 9, 2022 9:05 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>;
Andrew Benson <a.benson@codiagnostics.com>
**Subject:** RE: Guidance Considerations


Revised versions of the script and release attached. Had a few thoughts I put in the comments off to the side as I was drafting them. Happy to chat it through if you want to connect tomorrow.


Thanks,

Mike


**Mike Houston,** Managing Director

**Lambert**

**O:** 646.475.2998    **M:** 480.270.4812

**From:** Brian Brown <b.brown@codiagnostics.com>
**Sent:** Monday, May 9, 2022 6:33 PM
**To:** Mike Houston <mhouston@lambert.com>
**Cc:** William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>; Andrew Benson <a.benson@codiagnostics.com>
**Subject:** Re: Guidance Considerations

Right on.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Mike Houston <mhouston@lambert.com>
**Sent:** Monday, May 9, 2022 4:32:03 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>; Andrew Benson <a.benson@codiagnostics.com>
**Subject:** Re: Guidance Considerations

Will do. We'll have something your way later tonight.

| **Mike Houston** | **L1 LAMBERT** |
| --- | --- |
| Managing Director | |
| | 450 Seventh Ave Suite 2002 |
| Office: 646.475.2998 | New York, NY 10123 |
| Mobile: 480.270.4812 | |
| | NYC · DET · PHX · HOU · STL |
| | PROI Worldwide Partner |
| **www.lambert.com** | |
| | **I stand with you.**<br>**Ally** [al<br>-ly] A person who *supports* individuals or groups who are *different* from them |

Confidential

On May 9, 2022, at 4:22 PM, Brian Brown <b.brown@codiagnostics.com> wrote:

Mike and Team –

The board is up with not giving guidance but providing some good reason in the script and on the earnings release.  Can you guys take the first stab at writing this?

Thanks,



Brian Brown    Chief Financial Officer

b.brown@co-dx.com

801-403-8408 M | 801-438-1036 x9152 O

Co-Diagnostics, Inc.

2401 S. Foothill Dr, Ste. D, SLC, Utah 84109

NASDAQ: CODX

co-dx.com

**From:** Andrew Benson <a.benson@codiagnostics.com>
**Sent:** Sunday, May 8, 2022 8:18 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** Mike Houston <mhouston@lambert.com>; William Stack <wstack@lambert.com>; Zachary Mizener <zmizener@lambert.com>
**Subject:** Re: Guidance Considerations

I also thought the bullet about the mask mandates being dropped while variants continue to surface and spread is insightful and accurate, especially X-US.

CoDx_00506186

-Andrew

On Sun, May 8, 2022, 6:31 PM Brian Brown <b.brown@codiagnostics.com> wrote:

I would suggest we frame this around the following:

• Uncertainty surrounding the revenue impact of the CODX YourTest PCR device following FDA approval  (a little differently said – what you wrote makes me feel like there is much uncertainty around being able to get the device to market) – To me the uncertainty is truly how our revenue will be impacted once we have the opportunity to start selling the device.
• Timing of orders in a particular quarter and how they are fluctuating greatly due to significant fluctuations in testing requirements in various geographic locations.
• Inability to confidently project testing requirements through the remainder of the year – I don't want to put out guidance that I don't feel is accurate.

Andrew – what thoughts do you have on what we can point to as we pull back on guidance.

I will use these and discuss with the board tomorrow.

Brian Brown   Chief Financial Officer

b.brown@co-dx.com

801-403-8408 M  |  801-438-1036 x9152 O

Co-Diagnostics, Inc.

2401 S. Foothill Dr, Ste. D, SLC, Utah 84109

NASDAQ: CODX

co-dx.com

---

From: Mike Houston <mhouston@lambert.com>

Confidential

**Sent:** Sunday, May 8, 2022 6:19 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** Andrew Benson <a.benson@codiagnostics.com>; William Stack <wstack@lambert.com>;
Zachary Mizener <zmizener@lambert.com>
**Subject:** RE: Guidance Considerations

Hi Brian,

We'll defer to you on which of the below reasons could be rationale for pulling guidance completely. Some are likely a stretch, but we included them anyways to at least spur discussion. LMK if you want to discuss on Monday before the Board meeting.

- Supply chain disruptions
- Uncertainty surrounding commercialization of YourTest and anticipated revenue impact once approved
- Mask mandates being dropped while variants remain, and OUS vaccination rates continue to be low
- Visibility around ability to manufacture and deliver tests to meet demand
- Timing of orders in a particular quarter and how they are beginning to fluctuate greatly

**Mike Houston,** Managing Director

**Lambert**

**O:** 646.475.2998    **M:** 480.270.4812

**From:** Brian Brown <b.brown@codiagnostics.com>
**Sent:** Friday, May 6, 2022 4:08 PM
**To:** Mike Houston <mhouston@lambert.com>
**Cc:** Andrew Benson <a.benson@codiagnostics.com>; William Stack <wstack@lambert.com>;
Zachary Mizener <zmizener@lambert.com>
**Subject:** RE: Guidance Considerations

I think I would lean to the highlighted below.  What are you thoughts for the reasoning that

would be presented best?

Brian Brown   Chief Financial Officer

b.brown@co-dx.com

801-403-8408 **M**  |  801-438-1036 x9152 **O**

Co-Diagnostics, Inc.

2401 S. Foothill Dr, Ste. D, SLC, Utah 84109

NASDAQ: CODX

**co-dx.com**

**From:** Mike Houston <mhouston@lambert.com>
**Sent:** Thursday, May 5, 2022 6:50 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Cc:** Andrew Benson <a.benson@codiagnostics.com>; William Stack <wstack@lambert.com>;
Zachary Mizener <zmizener@lambert.com>
**Subject:** Guidance Considerations

Hi Brian,

Following up on our call yesterday, I wanted to outline a few considerations as you prepare to discuss guidance with the Board. Happy to chat through any of these ahead of the Board meeting on Monday.

Alternatives to providing Q2 guidance in the earnings call and release:

• Pull guidance completely, citing uncertainty in the market causing the company to not accurately predict results

○ This path will raise the most questions, but could be viewed as more positive than guiding to a figure and coming up very short
○ Would want to communicate the key reasons that caused market uncertainty and directionally indicate what areas would need to improve in order for the company to resume quarterly guidance
○ Maintains some level of credibility if delivered well, but will also negatively

Confidential

impact the share price despite any offsetting good news
  ○ Please note, this approach will make it difficult to attract new analysts to pick up coverage

• Convert quarterly guidance to annual guidance, citing similar uncertainty to the above scenario

  ○ Guiding to an annual figure would tip your hand to investors that you'll likely have a soft quarter, or two, and provide some air cover during the soft quarters
  ○ Will also encourage investors to measure the company results for the balance of the year and not based on a specific quarter
  ○ This will also allow you to directionally provide guidance on Q2, stating that Q2 is off to a slow start without having to provide a specific number
  ○ Would want to cite the inclusion of the CoDx YourTest as an additional reason why you're converting guidance to annual instead of quarterly

• Keep quarterly guidance but lower your estimates to a range that you believe is 95% achievable

  ○ While it will have a negative impact on the share price, it's better to take your lumps up front and maintain your credibility
  ○ If the forecast calls for CODX to make up for the soft quarter throughout the balance of the year, it might be beneficial to offer an annual topline guidance range as well

• Guide to $17-$19 million in topline with the hope that you come close because you've done so before

  ○ The further actual results end up from the guidance you provide next week, the longer CODX will be in the penalty box with investors and analysts
  ○ Need to ask yourself if a reasonable person (SEC official or class action lawyer scenario) could reasonably understand your rationale and logic for guiding to such a high number despite the weak start to the quarter
  ○ Should the Q2 softness persist after Memorial Day, we would recommend considering a pre-announcement to earnings in early June so that investors are not surprised the day of earnings

**Mike Houston**

Managing Director

450 Seventh Ave Suite 2002

New York, NY10123

Confidential

Office: 646.475.2998

Mobile: 480.270.4812

**www.lambert.com**

NYC · DET · PHX · HOU · STL
PROI Worldwide Partner

**I stand with you.**
**Ally** [al
-ly] A person who *supports* individuals or groups who are *different* from them

Confidential                    CoDx_00506191

## Co-Diagnostics Reports Solid First Quarter 2022 Financial Results

*Strong results highlighted by record first quarterly revenue of $22.7 million and diluted EPS of $0.29*

**SALT LAKE CITY, May 12, 2022—** Co-Diagnostics, Inc. (NASDAQ: CODX), a molecular diagnostics company with a unique, patented platform for the development of molecular diagnostic tests, announced today financial results for the first quarter ended March 31, 2022.

**First-Quarter 2022 Financial Results:**
- Revenue of $22.7 million, primarily due to sales of the Logix Smart™ COVID-19 Test
- Gross profit increased to $19.4 million, representing 85.5% of consolidated revenue due to strong product mix as compared to the prior-year period
- Operating income of $9.8 million compared to $10.3 million a year ago, due to an increase in Research and Development.
- Income before taxes of $13.1 million
- Net income of $10.2 million, compared to a net income of $7.9 million in the prior-year first quarter, representing $0.29 per fully diluted share
- Adjusted EBITDA of $11.4 million
- Cash, cash equivalents, and marketable securities totaled $97.4 million as of March 31, 2022, an increase of $7.5 million from December 31, 2021

"We are incredibly proud to deliver another solid quarter of growth following our record results in 2021," said Dwight Egan, Co-Diagnostics' Chief Executive Officer. "We've made substantial progress in the development of our new Co-Dx YourTest PCR™ diagnostic testing device and look forward to submitting for FDA approval later this year.

"Looking forward, we have a singular focus on completing development and FDA submission of the new Co-Dx YourTest at-home/point-of-care PCR™ testing device and continue to forecast strong demand for our broad product portfolio across all end markets," continued Egan. "Our strong balance sheet and liquidity continue to position us well for additional investments in research and development that will fund our future growth initiatives. We believe we are at an critical important point in our growth trajectory that will enable us to expand into new verticals, new markets, and innovative molecular diagnostic solutions.

"While we remain very confident about the long-term potential of our business, our ability to accurately predict Logix Smart™ COVID-19 Test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants, and as well as persistently low vaccination rates in many parts of the world. As a result, it has become difficult to predict with any level of precision the cumulative impact on our future financial results. For these reasons, we are not providing quarterly guidance at this time and will reassess this position in the future," concluded Egan.

> **Commented [MH1]:** Purposefully left this high level. Let's discuss if you also want to cite timing of orders in this paragraph or leave it to the script how we have it now.

**First Quarter 2022 Business Highlights:**
- Received clearance from Indian regulators for the Hepatitis B viral load and high-risk HPV multiplex tests.

Confidential

- Announced strategic additions to the Scientific Advisory board with the appointments of Carl Wittwer, M.D., Ph.D. as Chairman, and Karen C. Carroll, M.D, Noriko Kusukawa, Ph.D., and Anne Wyllie, Ph.D. who join Company co-founder Brent Satterfield, Ph.D.

**Second-Quarter 2022 Outlook:**

Co-Diagnostics is offering the following guidance for its second quarter of 2022:
- Revenue to be in the range of $20.0 million to $22.0 million
- Adjusted EBITDA to be in the range of $XX.X to $XX.X
- Diluted earnings per share forecasted to be in the $0.19 to $0.23 range, with shares outstanding expected to be approximately 30 million
- Corporate effective tax rate of approximately 21.0%

*Conference Call and Webcast*

Co-Diagnostics will host a conference call and webcast at 4:30 p.m. EDT today to discuss its financial results with analysts and institutional investors. The conference call and webcast will be available via:

Webcast: [ HYPERLINK "https://ir.codiagnostics.com" ] on the Events & Webcasts page

Conference Call: 877-317-6789 (domestic) or 412-317-6789 (international)

The call will be recorded and later made available on the Company's website: [ HYPERLINK "https://codiagnostics.com" ].

**About Co-Diagnostics, Inc.:**

Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets new, state-of-the-art diagnostics technologies. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

***Forward-Looking Statements:***

*This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions. Forward-looking statements in this release include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in liquid biopsy and SNP detection, (iv) use of the Company's liquid biopsy tests by laboratories, (v) capital resources and runway needed to advance the Company's products and markets, (vi) increased sales in the near-term, (vii) flexibility in managing the Company's balance sheet, (viii) anticipation of business expansion, (ix) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages, and (x) the impact that known and unknown COVID-19 variants may have on us and our products, our customers and suppliers, including disruptions and inefficiencies in the supply chain. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances. Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to place undue reliance on*

Confidential

*any forward-looking statements. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.*

**Company Contact:**
Andrew Benson
Head of Investor Relations
+1 801-438-1036
[ HYPERLINK "mailto:investors@codiagnostics.com?subject=Investor%20Inquiry" ]

**Investor Relations Contact:**
Zachary Mizener
Lambert & Co.
+1 616-233-0500
[ HYPERLINK "mailto:zmizener@lambert.com" ]

Confidential

CoDx_00506194