# EXHIBIT 17

Message
_____

| | |
|---|---|
| **From:** | Andrew Benson [a.benson@codiagnostics.com] |
| **Sent:** | 1/4/2021 1:23:12 PM |
| **To:** | Dwight Egan [d.egan@codiagnostics.com]; Reed Benson [r.benson@codiagnostics.com] |
| **CC:** | Ty [ty@thecadencegroup.com]; Jennifer Webb [jennifer_webb@coltrin.com]; Seth Egan [s.egan@codiagnostics.com] |
| **BCC:** | Andrew Benson [a.benson@codiagnostics.com] |
| **Subject:** | PR draft and initial talking points |
| **Attachments:** | CODX - Q4 beating estimates.docx; CODX - Talking Points for Fireside Chat.docx |

The PR doesn't need to be long (the headline is really all I'm after here) unless we want to spend some time adding more context to help manage expectations, or to include any of the concepts being contemplated for the chat with Yi.

The talking points are the 5 core concepts that have been rattling around in my head. Feel free to add more that I've missed.

Best regards,

**Andrew Benson | Head of Corporate Communications**

CO-DIAGNOSTICS INC.

**CO-DIAGNOSTICS, INC**
*Tailor-Made Life Saving Solutions*
2401 S Foothill Dr. Ste. D
**Salt Lake City, UT 84109**
www.codiagnostics.com
a.benson@codiagnostics.com

**Exhibit
00045**
11/12/2024
Benson

Confidential                                                           CoDx_00522583

CO-DIAGNOSTICS INC.

# Co-Diagnostics Reports Q4 Revenue Exceeds All Analyst Estimates

*Company records highest quarterly revenue on record following surging demand for COVID-19 diagnostic products*

**Salt Lake City, Utah – January 6, 2020 –** Co-Diagnostics, Inc. **(Nasdaq: CODX)** (the "Company"), a molecular diagnostics company with a unique, patented platform for the development of molecular diagnostic tests, announced today that fourth quarter revenue was the highest in the Company's history as the Company surpassed the estimates of its analysts.

Dwight Egan, CEO of Co-Diagnostics, remarked "We are pleased to report that sales of the Co-Diagnostics line of COVID-19 testing products has shown quarter-on-quarter growth, exceeding analyst estimates and leading to our best quarter on record in terms of revenue. The surge in COVID-19 cases worldwide, as well as the understanding that accurate, high-throughput diagnostics are the key to safely reopening our schools, workplaces, and communities, have led to even greater adoption of Co-Diagnostics products by new and returning customers."

**About Co-Diagnostics, Inc.:**
Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a new, state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

**Forward-Looking Statements:**
**This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions. Forward-looking statements in this release include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in liquid biopsy and SNP detection, (iv) use of the Company's liquid biopsy tests by laboratories, (v) capital resources and runway needed to advance the Company's products and markets, (vi) increased sales in the near-term, (vii) flexibility in managing the Company's balance sheet, (viii) anticipation of business expansion, and (ix) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances. Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to rely on any forward-looking statements. Any forward-looking statement made by the Company in this press release is based only on information currently available to the Company and speaks only as of the date on which it is made. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.**

**Company Contact:**
Andrew Benson

**Media Contact:**
Jennifer Webb

CoDx_00522584

**CO-DIAGNOSTICS INC.**

Head of Investor Relations                                              Coltrin & Associates, Inc
+1 801-438-1036                                                        +1.267.912.1173
[ HYPERLINK "mailto:investors@codiagnostics.com?subject=Investor%20Inquiry" ]
                    [ HYPERLINK "mailto:jennifer_webb@coltrin.com" ]

Confidential                                                            CoDx_00522585

CO-DIAGNOSTICS INC.

# Talking Points for Fireside Chat with Yi Chen

1. We want to be valued based on the strength of our fundamentals (high margins and solid earnings), not in comparison with other Dx companies (high revenue but zero earnings).
2. It is helpful to view Co-Diagnostics not as a diagnostics company, but as a tech company with a diagnostics platform that has been successfully and profitably leveraged to increase value for shareholders.
3. Where we came from; all the groundwork that prepared us for the moment.
4. COVID will persist in a "post-COVID" world (vaccine refusal, logistic issues with vaccinating the planet, regular mutations).
5. Where we are going to find ourselves in that world.

**About Co-Diagnostics, Inc.:**
Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a new, state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

**Forward-Looking Statements:**
This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions. Forward-looking statements in this release include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in liquid biopsy and SNP detection, (iv) use of the Company's liquid biopsy tests by laboratories, (v) capital resources and runway needed to advance the Company's products and markets, (vi) increased sales in the near-term, (vii) flexibility in managing the Company's balance sheet, (viii) anticipation of business expansion, and (ix) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances. Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to rely on any forward-looking statements. Any forward-looking statement made by the Company in this press release is based only on information currently available to the Company and speaks only as of the date on which it is made. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.

**Company Contact:**
Andrew Benson
Head of Investor Relations
+1 801-438-1036
[ HYPERLINK "mailto:investors@codiagnostics.com?subject=Investor%20Inquiry" ]

**Media Contact:**
Jennifer Webb
Coltrin & Associates, Inc
+1.267.912.1173
[ HYPERLINK "mailto:jennifer_webb@coltrin.com" ]

Confidential                                                                                                           CoDx_00522586