# EXHIBIT 18

Message
_____

**From:**     Dwight Egan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=931F865E6379485889E10A554CEF3E24-D.EGAN]
**Sent:**     11/17/2021 7:58:26 PM
**To:**       McKenzie Cloutier [mckenzie_cloutier@coltrin.com]; Andrew Benson [a.benson@codiagnostics.com]
**Subject:**  Possible Talking Points for Yahoo Finance Interview

We'll talk in the morning. Please send Andrew the invitation

## Possible Talking Points for Yahoo FInance

**1.      Global cases**
Updated Nov 17 at 5:42 PM local

Confirmed
**253,870,057**

+546,569

Deaths
**5,107,084**

+6,714

2.      7.5 billion vaccination doses given.

3.      In the United States, there were 64,947 newly reported COVID-19 cases and 1,108 newly reported COVID-19 deaths on Nov 16, 2021 (stubbornly high)

4.      Persistence of COVID-19:

5.      The Ongoing Importance of Testing Many prominent immunologists and infectious disease researchers have now forecasted that COVID-19 will become endemic, remaining with us for years to come. Of concern are the new COVID-19 variants which have the potential to be more transmissible, more severe, and/or have the potential to reduce the effectiveness of vaccines.

6.      Prior to the actual rise of new variants, the scientific consensus was that SARS-CoV-2, the virus that causes COVID-19 had a slow rate of mutation compared to other RNA-based viruses like influenza and HIV and was unlikely to have significant variation due to this slow mutation rate. As the new variants are demonstrating, this consensus was not accurate.

7.      For example, researchers with the Public Health Institute, the University of Texas School of Public Health, and the Veterans Affairs Medical Center recently performed a study published in the journal Science. The research showed that Moderna's COVID-19 vaccine dropped from 89.2 percent in March to 58 percent in September. During the same period of time, Pfizer's COVID-19 vaccine dropped from 86.9 percent effective to 43.3 percent, and Johnson & Johnson's shot dropped from

**Exhibit 00053**
11/14/2024
Dwight Egan

Confidential

CoDx_00032186

86.4 percent to 13.1 percent. The study also indicated that the vaccines' protection against death decreased after six months, especially among older people, with effectiveness for people 65 and older falling to 75.5 percent for Moderna's vaccine, 70.1 percent for Pfizer's vaccine, and 52.2 percent for Johnson & Johnson's shot.

8.     We have stated before that Covid-19 will likely involve infection followed by potential subsequent reinfection, and that vaccination would likely need to be followed by re-vaccination, similar to patterns seen with the flu, which typically infects about 8% of the worldwide population yearly.

9.     As Covid-19 continues to spread, the virus has more opportunities to mutate, potentially resulting in mutation characteristics that increase its spread, particularly as it relates to fighting natural and vaccine induced immunity. The appearance of new variants may require an internationally coordinated public health initiative for many years to come to fight against COVID-19 and its potential new variants.

10.     The Company has also asserted that, in order to normalize society, that is, to go back to school, to go back to work, to travel etc., that regular testing with reliable protocols will need to be done. The company agrees with Dr. Scott Gottlieb who said on Face The Nation, "The other thing schools should be doing is operationalizing testing on a regular basis." We believe that operationalizing testing on a regular basis will be required wherever we intend to normalize and create safe schools, safe work places, restaurants, hotels, ships, entertainment venues and so forth.

11.     A probable scenario is that there will be vaccinated and unvaccinated individuals returning to the office, increasing the spread of COVID-19. In January 2021, the Biden Administration issued a National Strategy for the COVID-19 Response and Pandemic Preparedness plan which stated, "To control the COVID-19 pandemic and safely reopen schools and businesses, America must have wide-spread testing." Accordingly, Biden established a $50 billion plan for increased COVID-19 testing, of which $10 billion is allocated to schools in an effort to re-open.

12.     A combination of testing, vaccination and therapeutics will be required to address Covid-19. It has been estimated that the market for COVID-19 testing could be approximately $24 billion in 2022, $12 billion in each of 2023 and 2024, and $7 billion to $9 billion per annum thereafter. As Covid-19 becomes endemic in our worldwide society, testing is likely to become an ongoing part of normal life.

13.     In addition to centralized labs, the Company's infectious disease vertical is also composed of the at home and point of care market which will be addressed by our forthcoming EIKON platform. The Eikon development continues at a rapid pace with various studies and optimizations in progress to prepare for FDA EUA submission. We believe that the addressable market for at-home and point of care diagnostic applications is considerable, and we are optimistic about the potential impact our new platform will have throughout the world, not just for Covid, but for many other diseases as well.

Confidential                                                    CoDx_00032187

14.     But Eikon also includes certain key differentiators compared to other less robust at home or point of care systems. Eikon test results are PCR "gold standard" results, compared to less accurate antigen test results. Moreover, going forward, the Eikon system will facilitate significant multiplexing results compared to other non-PCR technologies that, while molecular, do not provide the same multiplexing opportunities. Many diseases present with similar symptoms. Syndromic panel Eikon testing, or testing of several infections with one patient sample with a single test, such as flu a, flu b, rsv and covid will provide robust testing with differentiation, not possible in non-PCR based testing protocols from our competitors.

15.     The Eikon platform has been designed from the beginning with the ability to operationalize testing on a regular basis in at-home and point of care settings. It is the optimal solution, not only for Covid, but for other infectious diseases that will be added to our testing menu over time. It is inexpensive, fast, accurate, with gold standard PCR results and capable of multiplex syndromic testing going forward. We believe that our history of remaining ahead of the curve since the onset of the pandemic will continue to drive this trajectory of growth. I would like to conclude my prepared remarks by thanking our employees and distributors for their dedication and action in helping to deliver outstanding results this quarter. Let me now turn things over to Brian Brown for a review of the key metrics and numbers.

Confidential