**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN, <br><br> Defendants. | Case No.: 22-cv-6978-AS <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |

**LEAD PLAINTIFF'S RULE 56.1 STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Rule 56.1 of the Local Rules of the United States District Court for the Southern District of New York, Lead Plaintiff Stadium Capital LLC ("Plaintiff") respectfully contends that there is no genuine dispute to be tried with respect to the following facts.

## I.    The Logix Test Was Co-Diagnostics' Sole Material Source of Revenue

1.    Upon commencing sales of its Logix Smart COVID-19 Test[TM] (the "Logix Test") in late February and March of 2020, the test immediately became Co-Dx's sole material source of revenue. Uris Decl. Ex. 1, Dwight Egan Tr. at 47:5-16 (testifying that once Co-Dx started selling the Logix Smart COVID-19 "it amounted to . . . an overwhelming percentage of what we were selling."; "I believe it would be [over 90 percent].")[1]; Uris Decl. Ex. 2, Brown Tr. at 41:7-21 (testifying that in 2021 and 2022 the Logix test "probably accounted for while I was here, probably 95 plus percent of our sales.").

2.    From the second quarter of 2020 through the first quarter of 2022, Co-Diagnostics had sales of at least $20 million per quarter. Uris Decl. Ex. 3 (CoDx_00501488).

3.    As early as May 13, 2021, concurrent with announcing its financial results for the quarter ended March 31, 2021, Co-Dx began a practice of offering revenue guidance for the upcoming quarter.  Uris Decl. Ex. 4, Benson Tr. at 66:16-19.

4.    These revenue guidance announcements typically occurred approximately halfway through the current quarter.  Uris Decl. Ex. 2, Brown Tr. at 43:21-44:13; *see also* Uris Decl. Ex. 5, Houston Tr. at 32:20-33:8 (testifying that earnings releases were released according to the SEC guidelines of when following a quarter close, when they should be released).

---

[1] All references to "Ex. ___" are to exhibits accompanying the Declaration of Jason A. Uris in Support of Lead Plaintiff's Motion for Partial Summary Judgment (the "Uris Decl.").

5. In a March 8, 2022 email from Andrew Benson (Co-Dx's Head of Corporate Communications) to Dwight Egan, copying Brown, Benson wrote: "I think it's important in our messaging for people to understand we're still very bullish about our future despite the decline in COVID testing." Uris Decl. Ex. 6 (CoDx_00464876); *see also* Uris Decl. Ex. 5, Benson Tr. at 194:1-17 ("it seems here I'm saying it's important that people understand that despite what other companies are saying, despite what other market sentiments are, we're still bullish about our specific future at Co-Diagnostics).

6. The Company's March 24, 2022 release reporting the Company's full year 2021 financial results quoted Defendant Egan as stating: "Looking ahead, we believe that the demand for our COVID-19 tests and other diagnostic products will persist as our reputation has now been established and continues to grow among the diagnostic testing community and organizations continue to implement COVID-19 testing as part of normal protocol" and provided revenue guidance in the range of $21.0 to $22.0 million for the first quarter of 2022. Uris Decl. Ex. 24 (Co-Diagnostics Form 8-K dated March 24, 2022) at 4.

## II. The Company Tracked Daily Sales Information

7. On a May 13, 2021 conference call with investors and analysts, in which Egan, Brown, and Andrew Benson (Co-Diagnostics' Head of Corporate Communications) participated, Egan stated that they tracked daily demand for their Logix Smart™ COVID-19 Test: "While we observe the daily infection and death counts around the world, we are also, of course, able to monitor the daily influx of demand for our tests . . . ." Uris Decl. Ex. 25 (May 13, 2021 Earnings Call Transcript) at 4.

8. Monday.com is a project management platform that the Company used to keep track of placed orders. Uris Decl. Ex. 8, Seth Egan Tr. at 41:15-24; *see also id.* at 42:10-11 ("my primary way of monitoring the sales orders was through monday.com").

2

9. Specifically, the Company had a workspace (or "board") on monday.com titled "Co-Diagnostics Orders 2020, 2021, 2022, 2023 & 2024", that was used to keep track of the company's purchase orders. Uris Decl. Ex. 7 (CoDx_00501485); Uris Decl. Ex. 8, Seth Egan Tr. at 44:21-45:5 ("it's something like Co-Diagnostics' orders, and then it would go into 2021 – 2020, it kind of put the time frame that it was there"); *id*. at 49:5-50:50:11.

10. The Company had a board on monday.com titled "Quarterly Dashboard" which displayed "monthly and quarterly results." Uris Decl. Ex. 3; Uris Decl. Ex. 8, Seth Egan Tr. at 46:25-47:11; *id*. at 56:5-12. Seth Egan testified that the numbers in the quarterly dashboard "come from . . . the sales orders dashboard . . . ." *id.* at 57:5-10.

11. As of May 12, 2022, the Company received 2Q 2022 orders of $2,514,682.30. Uris Decl. Exs. 7, 3.

12. The Company had second quarter 2022 sales of $5,034,092.36. Uris Decl. Ex. 3. By comparison, the Company reported second quarter revenue of $5,023,226. Uris Decl. Ex. 9 (ECF No. 34, Ex. 11) at Page 7 of 8.

13. The Company's reported quarterly revenues closely tracked the Company's quarterly sales. *See* Uris Decl. Ex. 2, Brown Tr. at 62:5-17 (testifying the Monday.com sales information "would not be recognized revenue information so the numbers here may be different than what we reported in our Qs, so I'm more familiar with the Q numbers than I am with these numbers but the numbers are relatively close, I believe."); *compare* Uris Decl. Ex. 3 *with* Consolidated Amended Complaint, ECF No. 31 ¶36; Answer to Consolidated Amended Complaint, ECF No. 44 ¶36.

14. Since the Company began selling the Logix Test, prior to 2Q 2022, the Company never had less than $5.1 million in sales by the midpoint of any quarter. Uris Decl. Exs. 7, 3.

15.    In 2Q 2021, as of May 12, 2021, the Company had quarterly sales of approximately $14,333,009.84.  Uris Decl. Exs. 7, 3.  In 2Q 2020, as of May 12, 2020, the Company had quarterly sales in excess of $14,169,061.95. Uris Decl. Ex. 3.

16.    The Company had sales of $3.32 million in February 2022, $2.80 million in March 2022, $1.94 million in April 2022, and May sales, as of May 12, of $574,915.  Uris Decl. Exs. 7, 3.

17.    Since the Company began selling its Logix Test, prior to February, March, and April 2022, it had never before experienced back-to-back months with sales below $4 million, let alone back-to-back-to-back months.  Uris Decl. Ex. 3.  Similarly, since the Company began selling its Logix Test, prior to March and April 2022, it had never before experienced back-to-back months with revenue below $3 million.  *Id.*

18.    Other than March 2020 (the month in which the Company began selling the Logix Test in earnest), March 2022 and April 2022 represented the second-worst and worst months in terms of sales volume, respectively, for the Company since the Company began selling the Logix Test.  Uris Decl. Ex. 3; *see also* Uris Decl. Ex. 8, Seth Egan Tr. at 39:21-22 ("The Logix Smart COVID-19 test really began sales in the April 2020 time period, March and April.").

19.    Other than March 2020 (the month in which the Company began selling the Logix Test in earnest), in only two of the 22 months prior to February 2022 (June 2020 and November 2021) did the Company have monthly revenues below $4 million.  Uris Decl. Ex. 3.  Similarly, November 2021 was the only such month in which the Company had sales below $3 million.  *Id.*

20.    In a November 10, 2021 email to Dwight Egan, Benson, and Houston, after October 2021 sales of $4,627,158.90 and November sales through November 10, 2021 of $315,824, Brown

4

stated that "[t]hus far in Q4, we have seen slowing sales."  Uris Decl. Exs. 7, 3, 10 (LAMBERT0006702).

### III.    Defendants Had Access to, and Monitored, Daily Sales Information

21.    Dwight Egan testified that he had access to the "Co-Diagnostics Orders 2020, 2021, 2022, 2023 & 2024" board.  Uris Decl. Ex. 1, Dwight Egan Tr. at 49:17-23 ("**Q.**  Did you have access to the page or board on monday.com that reflected the sales orders that were coming into the company? **A.** I had the ability to go in and look at that page."); *id*. at 50:18-23 (**Q.** Do you recall if that page was titled Co-Diagnostics Orders 2020, 2021 and so forth? **A.** I believe – I believe that's correct."); 51:16-19 ("There wasn't any set pattern or schedule that I would check it. I had access to it. I would look at it from time to time."); *see also id.* at 66:16-20 (with respect to the Quarterly Dashboard, testifying "I would have to say I probably looked at this but not regularly and I don't know when during the course of the calendar year I would have looked at it.").

22.    When asked whether he made any effort to determine whether sales had slowed on or around May 9, 2022, Dwight Egan testified that "[s]ales were what they were."  Uris Decl. Ex. 1, Dwight Egan Tr. at 111:11-16; 112:7-15.

23.    When asked "[b]y May 12th of 2022 or any time before that, did you notice that orders had been low in February, March, April or the beginning of May of 2022?" Dwight Egan testified "[w]e became aware of -- we knew what the sales and revenue activity was but we did not view that as being dispositive in terms of what the prospective sales levels would be." Uris Decl. Ex. 1, Dwight Egan Tr. 71:3-13; *see also id*. at 204:4-23 ("**Q.** Do you know whether there was an overall decline in COVID testing at this time? **A.** Well, the numbers speak for themselves. I think I've expressed many, many times, we did not make decisions based on one or two or three or four months of activity. If we did that, we would be, you know, have a big time problem with

everything we're trying to do in our vision for what we're doing as a company. We're in the middle of a heavy development project that is also centered on COVID but other disease states as well, and our real view as a company is that investors ought to focus more on what we're doing in preparing for the long-term vitality of the company than having a sort of a myopic view on a couple of quarters. It's not how we view the world."); *id*. at 208:16-23 ("**Q.** After the first quarter of 2022, has Co-Diagnostics ever had more than six million dollars in revenue in any quarter? **A.** I don't know quarter to quarter. Those numbers are what they are. I don't think they are indicative of our potential prognosis for the future of the company. We're developing a major new platform.")

24.     Brown testified that he had access to Monday.com.  Uris Decl. Ex. 2, Brown Tr.  at 50:5-7.

25.     Brown was the primary person responsible for determining quarterly guidance.  *Id*. at 42:5-8.

26.     Brown used the Company's sales data to calculate the Company's guidance. *Id*. at 50:19-51:3 ("I would generally access [monday.com] close to the end of the quarter to see where we are going to end up in a quarter and then I would look at it as I prepared guidance, I would see what is in the system at that point in time."). Brown testified that in determining quarterly guidance he would look at the quarterly "results that had happened up to that point in time." *Id*. at 45:24-46:13, *id.* at 70:2-6 ("when determining guidance that would be provided, [he] would look at the company's orders to date"); *see also* 57:6-12 (testifying that monday.com had "a bar chart or a graph, a pie chart, whatever you want to call it. It had a chart on there that showed you what the orders were during a certain period. It was by month."); 61:17-62:4 (testifying that Uris Decl. Ex. 3 (CoDx_00501488 (the Quarterly Dashboard)) is "familiar" and "looks like the dashboard that I would view in monday.com.").

27.    Brown testified that in order to determine guidance "[t]ypically I would look at the prior quarter's numbers, the results for the prior quarter and then just base it off of those prior year, prior quarter numbers to determine, look at the prior quarters, look at the last year, the comparable quarter of the prior year and then determine what felt like the most accurate number to provide." Uris Decl. Ex. 2,  Brown Tr. at 44:15-45:5.

28.    Brown testified that in determining guidance he would also "have discussions with Seth Egan" about "how sales were going."  *Id*. at 45:13-23.

29.    Seth Egan testified that he would review the Co-Diagnostics orders board on Monday.com "very often." He further testified that he would review it "sometimes every day, sometimes every other day, sometimes once a week."  Uris Decl. Ex. 8, Seth Egan Tr. at 54:8-17.

30.    "Seth [Egan] had responsibility for customers. He had overall supervision of all of the sales personnel and what they were doing with their customers but he also dealt directly with some customers."  Uris Decl. Ex. 1, Dwight Egan Tr. at 28:14-20; *see also* Uris Decl. Ex. 8, Seth Egan Tr. at 25:14-15 (testifying that he reported to Dwight Egan).

## IV.    Lead Up to the Issuance of the May 12, 2022 Statements

31.    Mr. Brown testified that to prepare for earnings calls, "[t]hat's generally a process where we would typically meet with our investor relations firm and start to discuss results of the quarter. I'd probably say close to the end of the quarter. We discuss kind of things, operations that are going on at that time, developments that we're working on and discuss kind of a tone of call and what it would be like and then we would move forward in preparing a script, preparing an 8-K with an earnings release, preparing guidance, preparing a Q or a K. That would just move forward until we actually had our earnings call so all that stuff fit into a few week period of time." Uris Decl. Ex. 2, Brown Tr. at 36:17-37:10.

32.     Brown testified that he would have earnings call prep meetings with Dwight Egan, Andrew Benson (Co-Dx's Head of Corporate Communications), and their IR firm.  *Id*. at 37:11-16.

33.     Brown testified that scripts were used for earnings calls.  *Id*. at 38:19-24.

34.     Brown testified that "we had calls with Lambert [Global] on a weekly basis".  Uris Decl. Ex. 2, Brown Tr. at 86:24-87:3; *id*. at 92:24-93:3 ("at this point in time when you're preparing for an earnings call, we had weekly calls with our advisors."); Uris Decl. Ex. 5, Houston Tr. at 28:6-15 (testifying that around three weeks after the end of a quarter, they would have weekly meetings leading up to the quarterly earnings call); *see also* Uris Decl. Ex. 2, Brown Tr. at 84:2-16 (testifying that he "work[ed] with Mike Houston.  He was our main contact was [sic] Mike Houston and I think William [Stack], and there was another individual, I can't remember his name, that also helped Mike with preparing documents and setting up calls and things like that").

35.     When asked whether he would help "formulate the messaging [for an earnings release]", Mr. Houston (Managing Director at Lambert) testified "Correct, based on the information that they would share with us."  Uris Decl. Ex. 5, Houston Tr. at 34:18-21.

36.     In a May 3, 2022 email from William Stack (a Manager at Lambert) to Andrew Benson, which Benson forwarded to Brown, Stack attached a draft of the CFO portion of the May 12, 2022 earnings call script that contained the following language: "While we experienced strong demand for our products during the first quarter of 2022, challenges in our operating environment have restricted our near-term visibility. We will continue to navigate the near-term environment with caution but as a result will be taking a more prudent approach to guidance for the second quarter of fiscal 2022" and included a placeholder for quarterly guidance. Uris Decl. Ex. 11 (CoDx_00004432 at 38). This language had a comment on it to "Discuss". *Id*.

37.    Brown testified that "taking a more prudent approach to guidance" "could have been discussed before [May 3, 2022]. I just don't know specifically by date." Uris Decl. Ex. 2, Brown Tr. at 86:19-87:3. When asked whether he "th[ought] Mr. Stack would have sent a draft stating that the company will be taking a more prudent approach to guidance unless he had been given some indication that the company wanted to do that", Mr. Brown testified "[w]e may have discussed it prior to this draft. That would be my expectation, that we had some discussion about guidance prior to the first draft which is normal. We would normally have a discussion -- it's normal practice to discuss guidance and what we felt like we could do with guidance before the first draft of the script." *Id*. at 89:4-20.

38.    In a May 5, 2022 email to Brown, Houston wrote "[f]ollowing up on our call yesterday, I wanted to outline a few considerations as you prepare to discuss guidance with the Board." Uris Decl. Ex. 12 (LAMBERT0000769). In the email, Mr. Houston outlined "[a]lternatives to providing Q2 guidance in the earnings call and release:" (1) "Pull guidance completely, citing uncertainty in the market causing the company to not accurately predict results"; (2) "Convert quarterly guidance to annual guidance, citing similar uncertainty to the above scenario", (3) "Keep quarterly guidance but lower your estimates to a range that you believe is 95% achievable", and (4) "Guide to $17-$19 million in topline with the hope that you come close because you've done so before[.]" *Id*.

39.    With respect to alternative 2, Houston noted that "[g]uiding to an annual figure would tip your hand to investors that you'll likely have a soft quarter, or two, and provide some air cover during the soft quarters" and "will also allow you to directionally provide guidance on Q2, stating that Q2 is off to a slow start without having to provide a specific number". *Id*.

9

a. When asked whether he recalled telling "Mr. Houston on a call [the day prior] that the company was likely to have a soft quarter or two", Mr. Brown testified "I don't recall that but we're talking about the 4th of May which is four and a half weeks into the quarter, so at that point in time we would have been able to see what the numbers were through monday.com and been able to discuss where we stood at that point in time, again four and a half weeks into a 12-week quarter." Uris Decl. Ex. 2, Brown Tr. at 100:4-15.

b. Similarly, when asked whether he recalled "telling Mr. Houston that Q2 was off to a slow start", Mr. Brown testified "I don't recall. Again, we were four and a half weeks into the quarter so we would have potentially talked about what we'd seen up to this point in time in the quarter when we had our call to discuss what kind of guidance we provide." *Id*. at 101:9-16; *see also id*. at 104:11-20 ("we had a call and we discussed where we were four and a half weeks into a quarter with another, you know, seven and a half weeks to go. We would have a discussion around that.")

c. When asked if it was "[his] understanding at this time that Co-Diagnostics was likely to have a soft quarter or two, is that correct?" Houston testified "[t]hat was my inference, but that's completely on me." Uris Decl. Ex. 5, Houston Tr. at 62:7-13.

d. When asked whether Brown "ever t[old him] that he disagreed with the notion that Q2 [was] off to a slow start?" Houston testified "Not that I recall, no." *Id*. at 70:3-6.

40. With respect to alternative 3, Houston stated: "[w]hile it will have a negative impact on the share price, it's better to take your lumps up front and maintain your credibility" and "[i]f

the forecast calls for CODX to make up for the soft quarter throughout the balance of the year, it might be beneficial to offer an annual topline guidance range as well". Uris Decl. Ex. 12.

41.    With respect to alternative 4, Houston stated: "[n]eed to ask yourself if a reasonable person (SEC official or class action lawyer scenario) could reasonably understand your rationale and logic for guiding to such a high number despite the weak start to the quarter[.]" *Id*.

    a.    When asked what he meant by this, Houston testified that "Again, just inferring that the quarter is not going to be good, because we probably wouldn't have this conversation if it was great, just making sure that they cover their bases and that they're able to talk through exactly how did we arrive at this forecast, here are the inputs and variables that went into it, here's why we chose the range. Again, just really covering all their bases and helping remind them that they needed to do that." Uris Decl. Ex. 5, Houston Tr. at 66:4-25.

    b.    With respect to alternative 4, Houston suggested: "Should the Q2 softness persist after Memorial Day, we would recommend considering a pre-announcement to earnings in early June so that investors are not surprised the day of earnings." Uris Decl. Ex. 12.  Dwight Egan testified that "our decision was to not provide guidance at all, which would obviate the need to do a preannouncement since we were not going to give guidance." Uris Decl. Ex. 1, Dwight Egan Tr. at 143:22-144:2.

42.    With respect to alternative 1, Houston noted that "[t]his path will raise the most questions, but could be viewed as more positive than guiding to a figure and coming up very short" and further noted that the approach would help Defendants "[m]aintain[] some level of credibility if delivered well". Uris Decl. Ex. 12. In response, Brown noted that "[he] would lean into [that option]" and asked Houston: "What are you [sic] thoughts for the reasoning that would be

presented best?" Uris Decl. Ex. 13 (LAMBERT0002146). Houston responded that he would "get back to [Brown] over the weekend [after] do[ing] some research on what others have been saying." *Id*. On May 8, 2022, Houston responded with a list of "reasons [that] could be rationale for pulling guidance completely. Some are likely a stretch, but we included them anyways to at least spur discussion." Uris Decl. Ex. 14 (CoDx_00506169 at 71). Two of those reasons that Houston came up with were "Mask mandates being dropped while variants remain, and OUS vaccination rates continue to be low" and "Timing of orders in a particular quarter and how they are beginning to fluctuate greatly." *Id*. Defendant Brown responded and also suggested "Inability to confidently project testing requirements through the remainder of the year" as an additional reason Defendants could "point to as we pull back on guidance." *Id*. at CoDx_00506170.

43.     Following a May 9, 2022 meeting with Co-Diagnostics' Board of Directors, Brown emailed Houston and his Lambert team members to note that "[t]he board is up with not giving guidance but providing some good reason in the script and on the earnings release. Can you guys take the first stab at writing this?" Uris Decl. Ex. 14 at CoDx_00506170.  Houston circulated updated drafts of the earnings release and earnings call script later that day.  Uris Decl. Ex. 14 at CoDx_00506169; *see also* Uris Decl. Ex. 5, Houston Tr. at 78:12-80:3 (testifying that he made the edits based on their emails and conversations).  In the updated draft, the placeholder for guidance was deleted, and the following paragraph inserted:

> While we remain very confident about the long-term potential of our business, our ability to accurately predict Logix Smart™ COVID-19 Test sales through the balance of the year has diminished due to decreased mask mandates in the United States as well as persistently low vaccination rates in many parts of the world.  As a result, it has become difficult to predict with any level of precision the cumulative impact on our future financial results.  For these reasons, we are not providing quarterly guidance at this time and will reassess this position in the future," concluded Egan.

Uris Decl. Ex. 14 at CoDx_00506174-75.  Houston included a comment on that paragraph stating "Purposefully left this high level. Let's discuss if you also want to cite timing of orders in this paragraph or leave it to the script how we have it now." *Id* at 174.

44.    Brown circulated edits to the script on May 10, 2022. Uris Decl. Ex. 15 (CoDx_00506830).  Those edits included the following edit, which was incorporated into the final version of the script that Brown used on the May 12, 2022 earnings call (Brown's redline edits bolded):

> The dedication from our team to deliver solid performance remains on full display. Our record performance during the first quarter would not have been possible without their many contributions.  As we look to the balance of fiscal 2022, we remain encouraged by the **demand for our products and the** operational and scientific teams we have established to support our future growth.
>
> Turning now to our visibility around Turning now to our visibility around the outlook for the balance of the year. While we experienced strong demand for our products during the first quarter of 2022, challenges in our operating environment have restricted our near-term visibility. We will continue to navigate the near-term environment with caution but as a result, will not be providing quarterly guidance at this time. To be clear, we remain very confident about the long-term potential of our business and the demand for our products . Our ability to accurately predict Logix Smart™ COVID-19 Test sales through the balance of the year has diminished due to decreased mask mandates in the United States as well as persistently low vaccination rates in many parts of the world. Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic regions we serve. As a result, it has become difficult to predict with an expected level of precision the cumulative impact on our future financial results. Despite these dynamics, we continue to believe we are at a critical point in our growth trajectory that will enable us to expand into new verticals, new markets, and innovative molecular diagnostic solutions

Uris Decl. Ex. 15 at CoDx_00506839-40; Uris Decl. Ex. 19 (ECF No. 34, Ex. 1 at Page 8 of 16).

a.  With respect to the paragraph in the script discussing the decision to not provide quarterly guidance, in response to a comment from Houston that "[a]s I was drafting this, it seems premature to cite uncertainty of YourTest revenues as a reason to drop guidance quite yet since it's not approved. Let's discuss if you have time on

13

Tuesday." Brown responded "If we were expecting to start selling the device in Q2, I would disagree.  But as we are not, I would agree with your comment.  I will run this by Andrew and [Dwight] today and get their thoughts on why we are not providing guidance." Uris Decl. Ex. 15 at CoDx_00506839-40.

b. When asked "at the time of [Brown's] e-mail you were still working with Co-Diagnostics on determining what reason would be provided for not giving guidance, correct?", Houston answered "That's my understanding, yes, that's what it looks like."  Uris Decl. Ex. 5, Houston Tr. at 75:10-24; *id*. at 80:4-83:18 (with respect to May 10 draft of Brown's earnings call script, agreeing that "the decision appears to have been made that guidance would not be provided, but [they were] still working though what reasons would be given for not providing guidance" testifying "It appears that way, but I don't remember for certain.")

45.     On May 10, 2022, in advance of a call scheduled for 10 a.m. with Benson, Brown, and Dwight Egan, Benson circulated a draft of the May 12, 2022 earnings release to Brown and Dwight Egan.  Uris Decl. Ex. 16 (CoDx_00506183).  Those edits included the following (Benson's redline edits bolded):

> While we remain very confident about the long-term potential of our business, our ability to accurately predict Logix Smart™ COVID-19 Test sales through the balance of the year has diminished due to decreased mask mandates in the United States**, continued emergence and spread of new variants, and** ~~as well as~~ persistently low vaccination rates in many parts of the world.  As a result, it has become difficult to predict with any level of precision the cumulative impact on our future financial results.  For these reasons, we are not providing quarterly guidance at this time and will reassess this position in the future," concluded Egan.

*Id*.at CoDx_00506192.

46.     When asked if he recalled "any discussions around [May 12, 2022] about whether Co-Diagnostics was likely to have a soft second and third quarter?", Dwight Egan testified "We

14

weren't particularly focused on that because in our view, we had performed an important duty letting our investing public know that we don't have the kind of optics that we would like to have and that there was uncertainty in terms of what was going on. And so we're just putting one foot in the front of the other, developing our new platform as rapidly as we can and selling as much as we can, working on grants that are going to potentially move our aspirations along more quickly and give us the credibility of these types of grantors who see everything going on in the country." Uris Decl. Ex. 1, Dwight Egan Tr. 109:25-110:22; *see also id.* at 183:4-184:21 (testifying that, with respect to any sizable fluctuations in order patters at this time "[t]he company had a very strong first quarter so here we're reporting the second quarter. So again, we're looking at the having a little bit more long-term view than you're encouraging here with respect to what the prospects are. There's enough going on in terms of our not having a clear view of the future to not want to predict it. So Brian's characterizing is sizable fluctuations in order patterns. I would have tended to look at it in the context of the entire global landscape of what's going on with COVID, but the fact still remains that we had every expectation that there would be a resurgence come fall and winter."); *id*. at 127:17-128:22 (testifying that, with respect to any sizable fluctuations in order patterns at this time "a month or a quarter did not a year make. Things were uncertain enough and the optics were unclear enough so we decided not to guide on it, but we were gearing up for what the nation as a whole was projecting was going to be a very probable or at least possible set of circumstances in the fall and winter. Nobody knew when the new variant or an old variant or whatever would have asserted itself. That's why the Congress was being importuned by the White House to give them another 22 and a half billion dollars to gear up. So that's the kind of expectation we were focusing on, not a near-term situation with respect to our sales orders, which was coming

15

off one of the most vicious COVID onslaughts in the entire pandemic that occurred in the fourth quarter and first quarters of '21 and '22.").

47.    When asked "Leaving aside any people that at the time may have viewed COVID as a hoax, was it your understanding that the public at large understood wearing masks to be something that was done in order to reduce the transmission of COVID?" Houston testified "I think that's fair, that would be a fair statement."  Uris Decl. Ex. 5, Houston Tr. at 88:17-25; *see also* Uris Decl. Ex. 8, Seth Egan Tr. at 67:20-24 ("where mask mandates were changing, and those would cause, depending on what you want to look at, that when people are no longer taking precautions, that case counts would go up resulting in needing more testing."); Uris Decl. Ex. 4, Benson Tr. at 147:2-11 ("**Q.** Do you recall that at this time mask mandates were something that were imposed because it was believed that they would help reduce the transmission of COVID? **A.** . . . I do recall that being one of the main driving factors behind mask mandates was lowering the -- the -- the – the risk of infection . . . .").

48.    Houston testified that the continued emergence and spread of new variants is something he would associate with increased levels of COVID infection.  Uris Decl. Ex. 5, Houston Tr. at 89:2-6.

49.    Houston testified that low vaccination rates is something he would associate with increased levels of COVID infection.  *Id.* at 89:7-10.

50.    Dwight Egan testified that around May 12, 2022 "[w]e're not sitting there thinking [the pandemic is] going to stop. Everything we're hearing and every indication we can see says we've got trouble. We have vaccinations that are waning. Vaccinations we start to learn are not lasting maybe as long as they had hoped, and so people have waning immunity from vaccines and we have new variants at the same time that have escaped immunity. In other words, the virus is

not responding to the vaccine in the way they hoped. And there's lots of different variables going on and the public, there begins as time goes on to be a disconnect between the way the government is talking about what's going on and what the experts are saying and what the American public is willing to do about it, what changes they are willing to make in their behavior about masks or going to congregate settings and all of those sorts of things. And some of these things would exacerbate the number of cases of COVID that we could experience and some of them might even push it down but it's -- the general expectation out there is robust and an expectation that it's going to potentially get worse before it gets better." Uris Decl. Ex. 1, Dwight Egan Tr. at 108:14-109:23.

51.     When asked about the Company's effort to emphasize as part of its messaging that COVID was not going away, Dwight Egan testified "We're emphasizing that that theme, because we're spending a lot of money putting up a new platform for at home and point of care use, a lot of money and a lot of resource and effort and we've got some of the best scientists in the country doing it." *Id*. at 155:17-156:4.  He testified "So when we're making an argument that the COVID is going to be here as a permanent part of our landscape going forward, we're making the argument that the new project that we're investing a lot of shareholder money on is going to be able to treat -- not treat, but to diagnose or to screen for COVID specifically and for other pathogens down the road." *Id*. 156:13-22.

52.     In a January 4, 2021 e-mail from Benson to Dwight Egan and others, with the subject line "PR draft and initial talking points", with an attachment "CODX – Talking Points for Fireside Chat.docx", Benson wrote in the email "[t]he talking points are the 5 core concepts that have been rattling around in my head.  Feel free to add more that I've missed." Uris Decl. Ex. 17 (CoDx_00522583).  The fourth talking point in the attachment was "COVID will persist in a 'post-COVID' world (vaccine refusal, logistic issues with vaccinating the planet, regular mutations)."

17

Uris Decl. Ex. 17 (CoDx_00522583 at 86); *see also* Uris Decl. Ex. 1, Dwight Egan Tr. at 159:24-160:5 ("**Q.** . . . So here these talking points are citing vaccine refusal and regular mutations as factors that support the idea that COVID will persist in a post-COVID world; correct? **A.** They could point to that. . . ."); Uris Decl. Ex. 18 (CoDx_00032186 at 86-87) (Dwight Egan putting forth "4. Persistence of COVID-19" and "9. . . . "The appearance of new variants may require an internationally coordinated public health initiative for many years to come to fight against COVID-19 and its potential new variants" as potential talking points for a Yahoo Finance interview); Uris Decl. Ex. 5, Houston at 92:14-94:14 (testifying "COVID-19 with its variants will be a permanent, endemic disease" was a message that Dwight Egan had wanted to include in the company's public statements, and testifying that he "felt that [Dwight Egan] cited too many scientists, I personally felt, in a way to lend some credibility to what they were trying to accomplish as a company, and so my counsel there was move away from the citations and more to the execution and show the street what you're doing and what your vision is for the company rather than focusing on these quotes.")

53.    On the May 12, 2022 conference call with investors and analysts, in which Egan, Brown, and Andrew Benson (Co-Diagnostics' Head of Corporate Communications) participated, and analyst asked "I just want to be clear on the guidance. I mean based on all the factors you laid out, it sounds like you don't expect demand for COVID-19 testing [to] go away in 2022. . . ." Brown responded "Yes, you're absolutely right." Uris Decl. Ex. 19 (ECF No. 34, Ex. 1 at Page 12 of 16).

54.    On the March 24, 2024 conference call with investors and analysts, in which Dwight Egan, Brown, and Benson participated, Dwight Egan acknowledged that "it would have an impact on us" if the "U.S. government does not reauthorize any additional money for COVID

18

testing." Uris Decl. Ex. 20 (ECF No. 34, Ex. 5) at Page 14 of 16; *see also* Uris Decl. Ex. 1, Dwight Egan Tr. at 188:6-20 ("I am aware that the government had various programs and there were a lot of them that dealt with lots of different constituencies, so I don't have a strong knowledge of all the programs the government promulgated but I am aware that they provided supportive funding to try and mitigate the effects of COVID, of the COVID pandemic."); *id*. at 128:9-15 ("Nobody knew when the new variant or an old variant or whatever would have asserted itself. That's why the Congress was being importuned by the White House to give them another 22 and a half billion dollars to gear up.").

**V.      The May 12, 2022 Press Release and Earnings Call**

55.     On May 12, 2022, after the market closed, the Company issued a press release and filed a report with the SEC on Form 8-K that disclosed its financial results for the quarter ended March 31, 2022 (the "May 12, 2022 Press Release"). Uris Decl. Ex. 21 (ECF No. 34, Ex. 7 at Page 4 of 8). The May 12, 2022 Press Release reported "Revenue of $22.7 million, primarily due to sales of the Logix Smart™ COVID-19 Test", representing a revenue increase of 13.5% as compared to $20.0 million during the prior year period. *Id*.; Uris Decl. Ex. 19 (ECF No. 34, Ex. 1 at Page 7 of 16).

56.     The May 12, 2022 Press Release, issued approximately halfway through Q2 2022, announced Defendants' decision to stop providing quarterly guidance at that time based on various factors that purportedly affected their ability to accurately forecast demand for their Logix Smart™ COVID-19 test, and quoted Defendant Egan as stating:

> "*While we remain very confident about the long-term potential of our business, our ability to accurately forecast Logix Smart™ COVID-19 Test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants, and persistently low vaccination rates in many parts of the world. As a result, it has become difficult to predict with any level of precision the cumulative impact of these and other factors on our future financial results.* For these reasons, we are not

19

providing quarterly guidance at this time and will reassess this position in the future[.]"

Uris Decl. Ex. 21 (ECF No. 34, Ex. 7 at Page 4 of 8).

57.     On that same day, during a conference call with investors and analysts after the

disclosure of Co-Dx's financial results, Defendant Brown similarly stated:

The dedication from our team to deliver solid performance remains on full display. Our record performance during the first quarter would not have been possible without their many contributions. As we look to the balance of fiscal 2022, we remain encouraged by the demand for our products and the operational and scientific teams we have established to support our future growth.

Turning now to our visibility around the outlook for the balance of the year. While we experienced strong demand for our products during the first quarter of 2022, changes in our operating environment and markets have restricted our near term visibility. We will continue to navigate the near term environment with caution, but as a result, we'll not be providing quarterly guidance at this time.

***To be clear, we remain very confident about the long-term potential of our business and the demand for our products. Our ability to accurately forecast Logix Smart COVID-19 test sales through the balance of the year has diminished due to decreased mask mandates in the United States, continued emergence and spread of new variants and persistently low vaccination rates in many parts of the world.***

***Furthermore, we are experiencing sizable fluctuations in order patterns from our customers that are not cleanly captured in a particular quarter as testing requirements continue to vary across the many geographic regions we serve. As a result, it has become difficult to predict with an expected level of precision the cumulative impact of these and other factors on our future financial results.***

Uris Decl. Ex. 19 (ECF No. 34, Ex. 1 at Page 8 of 16).

58.     However, during the same conference call, in response to a question from an analyst

regarding whether Defendants were already seeing a decline in customer orders, Defendant Brown

reassured investors regarding current demand for Logix Smart™ COVID-19 detection test:

**[Analyst]:** "So with the Logix Smart detection test, are you already seeing a decline in customer orders? Or are you refraining from providing a guidance mainly because it's tough to like predict the environment moving forward?"

> **Defendant Brown**: *"It's more about the timing and being able to forecast the timing of orders is the bigger issue. It's not necessarily a demand issue that we're seeing. It's more of just timing of being able to accurately forecast what's coming in."*

*Id.* at Pages 10, 11 of 16.

## VI.    August 11, 2022 Press Release and Earnings Call

59.    On August 11, 2022, after the market closed, Co-Dx issued a press release and filed a report with the SEC on Form 8-K that disclosed its Q2 2022 financial results, and conducted a conference call with investors and analysts.  Uris Decl. Ex. 9 (ECF No. 34, Ex. 11 at Page 4 of 8). The press release disclosed revenue of just $5.0 million for Q2 2022, down from $27.4 million during the prior year period (a decline of almost 82%). *Id.* The Company primarily attributed the decrease to lower demand of the Logix Smart™ COVID-19 Test. Specifically, Defendant Egan was quoted as stating that "[o]ur second quarter results reflect lower volumes for our Logix Smart™ COVID-19 Test, which we believe is primarily the result of a reduction in mandated testing in travel and public venues and in government funding for testing programs." *Id.*

60.    On an August 11, 2022 conference call with investors and analysts, in which Dwight Egan, Brown, and Benson participated, Defendant Egan stated "we certainly saw the -- as the second quarter progressed, the falloff and we've cited the reasons we think that falloff occurred":

> **[Analyst]**: Do you have any sense on what inventory levels are at your distributors? Do you think the second quarter was a quarter where distributors let inventory levels come down as demand declined? And do you think that they're at historically low levels at this point and likely to restock? Or do you think that they have enough inventory on hand from the current level of demand?
>
> **Defendant Egan**: And of course, one that we keep a close eye on every day. And we certainly saw the -- as the second quarter progressed, the falloff and we've cited the reasons we think that falloff occurred in terms of public funding of testing initiatives and just the swaging of the pressure put on by Omicron. . . .

Uris Decl. Ex. 22 (ECF No. 34, Ex. 6 at Page 9 of 13).

21

61.     On August 12, 2022, the price of Co-Dx's common stock declined $1.98, or 30.65%, from a closing price of $6.46 per share on August 11, 2022 to close at $4.48 per share on August 12, 2022.  The abnormal return on this date was -32.21%, and the abnormal dollar change was -$2.08. Uris Decl. Ex. 23, Expert Report of Chad Coffman, CFA, dated November 20, 2024, ¶75 & Ex. 1.

62.     The decline in the price of Co-Dx common stock on August 12, 2022 was statistically significant beyond the 99% level.  *Id.*

Dated: March 21, 2025                                    **KAPLAN FOX & KILSHEIMER LLP**

*/s/  Jason A. Uris*
Frederic S. Fox
Donald R. Hall
Jason A. Uris
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiff and the Class*

22

## <u>CERTIFICATE OF SERVICE</u>

I, Jason A. Uris, hereby certify that, on March 21, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM/ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jason A. Uris*

Jason A. Uris
