## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF TINA CHIANGO REGARDING DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS

I, TINA CHIANGO, hereby declare and state as follows:

1.    I am the Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103. I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2.    RG/2 Claims is a full service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, consumer fraud, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $2.1 billion in class action settlement proceeds.

3.    On March 17, 2025, RG/2 Claims received Co-Diagnostics' transfer agent lists from Class Counsel, which included the records holders during the Class Period. RG/2 Claims pulled the data from these lists and created a mailing database.

4.     On March 28, 2025, RG/2 Claims mailed a Postcard Notice to 155 shareholders identified in the files referenced above. A copy of the Postcard Notice is attached hereto as **Exhibit "A".**

5.     Also, on March 28, 2025, RG/2 Claims mailed a Postcard Notice and cover letter to 284 entities on the RG/2 Claims nominee contact file for securities cases, which includes brokerage firms, banks, and other third-party nominees. The cover letter informed nominees to review their files and notify RG/2 Claims of the number of potential Class Members they had on record. Nominees were able to request Notices in bulk so that they could perform their own mailing to their clients or could provide RG/2 Claims with the names and addresses of their clients so RG/2 Claims could mail the Notice.

6.     Subsequent to March 28, 2025, and as a result of the responses from Nominees, RG/2 Claims has mailed an additional 461 Postcard Notices to potential Class Members.

7.     To date, RG/2 Claims received seven (7) Postcard Notices returned as undeliverable. After research, RG/2 Claims was able to obtain an updated address for one (1) and re-mailed a Postcard Notice to them via first-class mail.

8.     RG/2 Claims arranged for the Summary Notice to be published in the *Investor's Business Daily* and to be released on PR Newswire on April 7, 2025. A copy of the *Investor's Business Daily* ad and the PR Newswire release are attached hereto as **Exhibit "B"**.

9.     The case website, www.co-diagnosticssecuritieslitigation.com, was created by RG/2 Claims and went live on March 25, 2025. The website enables potential Class Members to obtain information about the Action. The website consists of a Homepage, a Notice page, a Court Documents page, and a Contact page. A toll-free number of 866-742-4955 was provided to Class Members, which has live operators during regular business hours, as well as an option to leave a message.

10.     The Postcard Notice advised Class Members of the option to exclude themselves from the Class, provided that they do so by May 12, 2025. To date, RG/2 Claims has not received any Requests for Exclusion from the Class.

I declare under the laws of the United States of America and the State of Pennsylvania that to the best of my knowledge the foregoing is true and correct.

Executed on April 21, 2025 at Philadelphia, Pennsylvania.

Tina Chiango