# EXHIBIT A

*Stadium Capital LLC v. Co-Diagnostics, Inc. et al.*
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

## *COURT-ORDERED LEGAL NOTICE*

**Important Notice about the Pendency of a Certified Securities Class Action.**

**This Notice may affect your legal rights. Please read it carefully.**

*Stadium Capital LLC v. Co-Diagnostics, Inc. et al.***, Case No. 1:22-cv-06978-AS**

**Case Pending in the United States District Court for the Southern District of New York**

Postal Service: Please do not mark barcode

***THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THIS CERTIFIED CLASS ACTION.
PLEASE VISIT WWW.CO-DIAGNOSTICSSECURITIESLITIGATION.COM FOR MORE INFORMATION.***

You have been identified as a possible Class Member in a securities fraud class action against Co-Diagnostics, Inc. ("Co-Dx") and certain of its officers. Pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, the litigation titled *Stadium Capital LLC v. Co-Diagnostics, Inc. et al.*, Case No. 1:22-cv-06978-AS, has been certified as a class action (the "Action"). If you are a member of the Class, your rights will be affected by the Action. If you do not meet the Class definition, this Notice does not apply to you. The case involves alleged material misrepresentations and omissions made to investors of Co-Dx securities in violation of the federal securities laws concerning Co-Dx's business, operations, and prospects. Additional information is contained in the detailed Notice of Pendency of Class Action (the "Notice"). The Notice is available by visiting www.co-diagnosticssecuritieslitigation.com or calling or writing the Notice Administrator noted below.

**Class Definition:** You are a Class Member if you purchased or otherwise acquired Co-Diagnostics, Inc. common stock or call options, or sold put options, during the period May 12, 2022 through the close of the market on August 11, 2022 (4:00 p.m. ET), inclusive (the "Class"). Excluded from the Class are: Defendants and Defendants' immediate family members, any person, firm, trust, corporation, officer, director or other individual or entity in which any Defendant has a controlling interest or which is related to or affiliated with any Defendant, and the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded party.

**Your Options:** If you are a member of the Class, you have the right to decide whether to remain a member of the Class. ***If you choose to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions in Co-Dx common stock and options as discussed in the Notice.*** If you are a member of the Class and wish to be excluded from the Class, you must request exclusion in accordance with the procedure set forth in the Notice. As discussed in more detail in the Notice, unless you exclude yourself from the Class, you will be bound by all past, present and future orders and judgments in the Action, whether favorable or unfavorable. More information, including how exclude yourself, is contained in the Notice.

**Deadlines:** Requests for exclusion from the Class must be mailed, postmarked by no later than **May 12, 2025**.

**Lead Plaintiff's Counsel's Representative:** The Notice Administrator, RG/2, is available to answer questions concerning any matter contained in the Notice. You may contact the Notice Administrator by calling toll-free at 1-866-742-4955, emailing info@rg2claims.com, or writing to: *Stadium Capital LLC v. Co-Diagnostics, Inc. et al.*, c/o RG/2, P.O. Box 59479, Philadelphia, PA 19102-9479.