# EXHIBIT B

INVESTORS.COM

# MUTUAL FUND PERFORMANCE

WEEK OF APRIL 7, 2025  **A13**

*[Mutual fund performance tables — columns: 36 Mo Performance Rating / Fund, YTD % Chg, 12Wk % Chg, 5 Yr After Tax Rtn, Net Asset Value, NAV Chg — listing fund families including Domini Funds, DoubleLine Funds, DWS Funds A, DWS Funds S, Eaton Vance Funds A, Edgewood Growth Institutional, Fairholme, FAM Dividend Focus, FAM Value, Federated Hermes, Federated Hermes IS, Federated Hermes MDT MN, Fidelity Funds, Fidelity Funds K6, Fidelity Funds O, Fidelity Adv Funds A, Fidelity Funds Prm, Fidelity Funds Series, Fidelity Adv Funds A, Fidelity Adv Funds I, Fidelity Invest Funds, Fidelity Freedom Funds, Fidelity Freedom Funds A, Fidelity Freedom Funds Pr, FMI Funds, FPA Funds, FPA Funds Trust, Franklin Allocation A, Franklin Mutual A, Franklin Tax Free A1, Franklin Templeton A, Franklin Templeton A1, GAMCO Funds, Gartmore Funds, GE Elfun/S&S, GMO Trust Class III, GMO Trust Class IV, Goldman, GoodHaven Fds, Gotham, Guggenheim Funds Inc, GuideMark Funds, GuideStone Funds, Hartford Funds, Harbor Funds, Harding Loevner, Hennessy Funds, Homestead Funds, Hotchkis and Wiley, IFP US Equity Fund, Invesco Funds A, Invesco Funds P, Invesco Funds Y, and others. Numeric values are too small to transcribe reliably.]*



---

**Legal Notice**

**Summary Notice of Distribution of the Brooge Energy Fair Fund Established by the Securities & Exchange Commission**

**If you purchased or acquired Brooge Energy Limited ("Brooge") common stock, traded on the New York Stock Exchange under the trading symbol BROG (the "Security") during the Relevant Period (December 20, 2019 through December 21, 2023, inclusive), you may be eligible for a distribution from the Brooge Energy Fair Fund.**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. THIS NOTICE CONTAINS IMPORTANT INFORMATION REGARDING THE BROOGE ENERGY FAIR FUND, THE CLAIMS PROCESS, AND THE DEADLINE FOR FILING A CLAIM FORM.**

**What this case is about**

On December 22, 2023, the Commission issued an Order instituting and simultaneously settling cease-and-desist proceedings against the Respondents. In the Order, the Commission found that Brooge went public through a special purpose acquisition company ("SPAC") transaction in December 2019. Before and after going public between thirty and eighty percent of Brooge's revenues were unsupported and materially misstated from 2018 through early 2021. After the SPAC transaction, Brooge registered the offer and sale of up to $500 million in different types of securities with the Commission and an affiliate of the company issued $200 million in 5-year senior secured bonds in the Nordic bond market. The Commission also found that Paardenkooper and Saheb knew, or were reckless in not knowing, of this accounting fraud. The Commission ordered the Respondents to pay $5,200,000 in civil money penalties to the Commission. The Commission also created the Fair Fund, pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002, so the penalties collected can be distributed to harmed investors.

The Respondents have paid in full. The Fair Fund has been deposited in a Commission-designated account at the United States Department of the Treasury, and any accrued interest will be added to the Fair Fund.

**Who is Potentially Eligible for Compensation**

To be eligible for a payment from the Brooge Energy Fair Fund, you must satisfy certain eligibility criteria that are described in detail in the Plan of Distribution (the "Plan"). Those criteria include the following: 1) You must have purchased or acquired Brooge Energy common stock, traded on the New York Stock Exchange under the trading symbol BROG, during the Relevant Period; 2) Your approved transactions must calculate to an Eligible Loss Amount as calculated under the Plan and the Distribution Payment must equal or exceed $20.00; and 3) You are not an Excluded Party as defined in the Plan.

**How to File a Claim**

You can complete and submit an online Claim Form or obtain a physical Claim Form by visiting www.BroogeEnergyFairFund.com. If you choose to submit your Claim Form online, **you must submit it on or before 11:59 p.m. Eastern Standard Time on July 26, 2025.**

To submit a Claim Form by mail, you must submit it to the Fund Administrator at the following address by first class mail, **postmarked (or if not sent by U.S. Mail, received) no later than July 26, 2025:**

Brooge Energy Fair Fund
c/o Rust Consulting, Inc.
Fund Administrator - 8793
P.O. Box 2599
Faribault, MN 55021-9599

**How to Obtain Relevant Documents or Additional Information**

Copies of the Plan, the Plan Notice, and the Claim Form are available at www. BroogeEnergyFairFund.com. You may also obtain a copy by calling 1 (888) 558-0547 or by emailing the Fund Administrator at info@ BroogeEnergyFairFund.com.

Information is also available on the Commission's public website at https://www. sec.gov/enforcement-litigation/distributions-harmed-investors/distributions-commission-administrative-proceedings-notices-orders-pertaining-disgorgement-fair#browse

---



**MARKETSURGE**
BY INVESTOR'S BUSINESS DAILY

# MarketSurge's webinars are live interactive presentations exclusively for our members.

Watch the latest webinars and see the upcoming schedule at: **investors.com/MSwebinars**

© 2025 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC.

---

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

IN RE CORNERSTONE BUILDING BRANDS, INC. STOCKHOLDER LITIGATION

C.A. No. 2023-0092-JTL

**SUMMARY NOTICE OF PENDENCY OF STOCKHOLDER CLASS ACTION AND PROPOSED SETTLEMENT, SETTLEMENT HEARING, AND RIGHT TO APPEAR**

**TO:** All record holders and beneficial owners of shares of Cornerstone Building Brands, Inc.'s ("Cornerstone") common stock (NYSE: "CNR") who received $24.65 per share in cash at the closing of the take-private transaction between Cornerstone and CD&R on July 25, 2022 (the "Closing") in exchange for their Cornerstone shares, including their heirs, successors in interest, successors, transferees, and assigns (the "Class").[1]

**PLEASE READ THIS SUMMARY NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the Court of Chancery of the State of Delaware (the "Court"), that the above-captioned stockholder class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Plaintiffs Whitebark Value Partners LP and Robert Garfield (collectively, "Plaintiffs"), individually and on behalf of the Class, have reached a proposed settlement with defendants Clayton Dubilier & Rice, LLC, CD&R Pisces Holdings, L.P., Clayton, Dubilier & Rice Fund VIII, L.P., CD&R Friends & Family Fund VIII, L.P., George Ball, Gary Forbes, John Holland, William Jackson, Judith Reinsdorf, Alena Brenner, and Centerview Partners LLC (collectively, "Defendants"), and Cornerstone for $45,000,000 in cash (the "Settlement"). The terms of the Settlement are stated in the Stipulation and Agreement of Settlement, Compromise, and Release between Plaintiffs, Defendants and Cornerstone, dated February 24, 2025 (the "Stipulation"), a copy of which is available at www.CornerstoneBuildingStockholderLitigation.com. If approved by the Court, the Settlement will resolve all claims in the Action as against Defendants.

A hearing (the "Settlement Hearing") will be held on **May 29, 2025 at 9:15 a.m.**, before the Honorable J. Travis Laster, Vice Chancellor, either in person at the Court of Chancery of the State of Delaware, New Castle County, Leonard L. Williams Justice Center, 500 North King Street, Wilmington, Delaware 19801, or remotely by Zoom (in the discretion of the Court), to, among other things: (i) determine whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Class, and should be approved by the Court; (ii) determine whether a Judgment, substantially in the form attached as Exhibit D to the Stipulation, should be entered dismissing the Action with prejudice as against Defendants; (iii) determine whether the proposed Plan of Allocation of the Net Settlement Fund is fair and reasonable, and should therefore be approved; (iv) determine whether the application by Plaintiffs' counsel for an award of attorneys' fees and expenses, and any incentive awards to Plaintiffs, should be approved; (v) hear and rule on any objections to the Settlement, the proposed Plan of Allocation, and/or to the application by Plaintiffs' Counsel for an award of attorneys' fees and expenses, including any incentive awards to Plaintiffs; and (vi) consider any other matters that may properly be brought before the Court in connection with the Settlement. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the Settlement website, www.CornerstoneBuildingStockholderLitigation.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Net Settlement Fund.** If you have not yet received the Notice, you may obtain a copy of the Notice by contacting the Settlement Administrator at Cornerstone Building Stockholder Litigation, c/o A.B. Data, Ltd., P.O. Box 170500, Milwaukee, WI 53217. A copy of the Notice can also be downloaded from the Settlement website, www.CornerstoneBuildingStockholderLitigation.com.

If the Settlement is approved by the Court and the Effective Date occurs, the Net Settlement Fund will be distributed on a *pro rata* basis to "Eligible Class Members" in accordance with the proposed Plan of Allocation stated in the Notice or such other plan of allocation as is approved by the Court. Under the proposed Plan of Allocation, "Eligible Class Members" consist of all Class Members who held or beneficially owned shares of Cornerstone common stock at the Closing on July 25, 2022, and therefore received, or were entitled to receive, the Transaction Consideration for their "Eligible Shares." Pursuant to the proposed Plan of Allocation, each Eligible Class Member will be eligible to receive a *pro rata* payment from the Net Settlement Fund equal to the product of (i) the number of Eligible Shares held by the Eligible Class Member and (ii) the "Per-Share Recovery" for the Settlement, which will be determined by dividing the total amount of the Net Settlement Fund by the total number of Eligible Shares. As explained in further detail in the Notice, pursuant to the Plan of Allocation, payments from the Net Settlement Fund to Eligible Class Members will be made in the same manner in which Eligible Class Members received the Transaction Consideration. Eligible Class Members do not have to submit a claim form to receive a payment from the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Plaintiffs' counsel's application for an award attorneys' fees and litigation expenses and any incentive awards to Plaintiffs in connection with the Settlement must be filed with the Register in Chancery in the Court of Chancery of the State of Delaware and delivered to Plaintiffs' counsel and Defendants' counsel such that they are *received* **no later than May 7, 2025**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court or the Office of the Register in Chancery regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Settlement Administrator or Plaintiffs' counsel.**

Requests for the Notice should be made to the Settlement Administrator:

Cornerstone Building Stockholder Litigation
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217

Inquiries, other than requests for the Notice, should be made to Plaintiffs' counsel:

| | |
|---|---|
| Ned Weinberger | Kimberly A. Evans |
| LABATON KELLER SUCHAROW LLP | BLOCK & LEVITON LLP |
| 222 Delaware Avenue, Suite 1510 | 222 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| nweinberger@labaton.com | kim@blockleviton.com |

BY ORDER OF THE COURT OF CHANCERY
OF THE STATE OF DELAWARE

Dated: March 28, 2025

[1] Certain persons and entities are excluded from the Class by definition, as set forth in the full Notice of Pendency of Stockholder Class Action and Proposed Settlement, Settlement Hearing, and Right to Appear (the "Notice"), available at www.CornerstoneBuildingStockholderLitigation.com. Any capitalized terms used in this Summary Notice that are not otherwise defined in this Summary Notice shall have the meanings given to them in the Notice.

---

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,

Plaintiff,

v.

CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,

Defendants.

Case No.: 22-cv-6978-AS

CLASS ACTION
JURY TRIAL DEMANDED

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

**To: All persons and entities who purchased or otherwise acquired Co-Diagnostics, Inc. common stock or call options, or sold put options, during the period May 12, 2022 through the close of the market on August 11, 2022 (4:00 p.m. ET), inclusive. (the "Class")[1]**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the above captioned litigation (the "Action") has been certified as a class action.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE ACTION. A full notice of Pendency of Class Action can be obtained by visiting www.co-diagnosticssecuritieslitigation.com, or by contacting the Notice Administrator at:

Stadium Capital LLC v. Co-Diagnostics, Inc. et al.
c/o RG/2 Claims Administration, LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

Inquires, other than requests for the Notice, may be made to Class Counsel:

Frederic S. Fox
Donald R. Hall
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
(212) 687-1980

If you are a Class Member, you have the right to decide whether to remain a member of the Class. **If you choose to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions in Co-Diagnostics common stock and options.** You will automatically be included in the Class. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in the Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of the Court, and you will not be eligible to receive a share of any money that might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than May 12, 2025 in accordance with the instructions set forth in the full printed Notice. Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion to decide whether a second opportunity to request exclusion from the Class will be allowed if there is a settlement or judgment in the Action.

Further information may be obtained by directing your inquiry in writing to the Notice Administrator.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS SUMMARY NOTICE.**

Dated: March 18, 2025

BY THE ORDER OF THE COURT:
United States District Court
Southern District of New York

[1] Excluded from the Class are: Defendants and Defendants' immediate family members, any person, firm, trust, corporation, officer, director or other individual or entity in which any Defendant has a controlling interest or which is related to or affiliated with any Defendant, and the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded party.

---

©2025 Investor's Business Daily, LLC. All rights reserved.

# Summary Notice of Pendency of Class Action in Stadium Capital LLC v. Co-Diagnostics, Inc., et al.

NEWS PROVIDED BY
**RG/2 CLAIMS ADMINISTRATION LLC →**
Apr 07, 2025, 14:00 ET

PHILADELPHIA, April 7, 2025 /PRNewswire/ -- The following release was issued by RG/2 Claims Administration LLC, as Settlement Administrator.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated v. CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN, Case No.: 22-cv-6978-AS**

SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**To:      All persons and entities who purchased or otherwise acquired Co-Diagnostics, Inc. common stock or call options, or sold put options, during the period May 12, 2022 through the close of the market on August 11, 2022 (4:00 p.m. ET), inclusive. (the "Class")[1]**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the above captioned litigation (the "Action") has been certified as a class action.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE ACTION. A full notice of Pendency of Class Action can be obtained by visiting **www.co-diagnosticssecuritieslitigation.com**, or by contacting the Notice Administrator at:

*Stadium Capital LLC v. Co-Diagnostics, Inc. et al.*
c/o RG/2 Claims Administration, LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

Inquires, other than requests for the Notice, may be made to Class Counsel:

Frederic S. Fox
Donald R. Hall
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
(212) 687-1980

If you are a Class Member, you have the right to decide whether to remain a member of the Class. ***If you choose to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions in Co-Diagnostics common stock and options.*** You will automatically be included in the Class. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in the Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of the Court, and you will not be eligible to receive a share of any money that might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than May 12, 2025, in accordance with the instructions set forth in the full printed Notice. Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion to decide whether a second opportunity to request exclusion from the Class will be allowed if there is a settlement or judgment in the Action.

Further information may be obtained by directing your inquiry in writing to the Notice Administrator.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS SUMMARY NOTICE.**

BY THE ORDER OF THE COURT
United States District Court
Southern District of New York
Dated: March 18, 2025

**SOURCE: Settlement Administrator, RG/2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479, Telephone 866-742-4955, Facsimile 215-827-5551, Email info@rg2claims.com.**

[1] Excluded from the Class are: Defendants and Defendants' immediate family members, any person, firm, trust, corporation, officer, director or other individual or entity in which any Defendant has a controlling interest or which is related to or affiliated with any Defendant, and the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded party.

SOURCE RG/2 CLAIMS ADMINISTRATION LLC

WANT YOUR COMPANY'S NEWS

FEATURED ON PRNEWSWIRE.COM?

GET STARTED

440k+
Newsrooms & Influencers

9k+
Digital Media Outlets

270k+
Journalists Opted In