**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br><br>     Defendants. | Case No.: 1:22-cv-06978-AS |

**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DOUGLAS W. GREENE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants, Co-Diagnostics, Inc. ("Co-Diagnostics"), Dwight H. Egan ("D. Egan"), and Brian L. Brown ("Brown") (collectively, "Defendants"). I submit this declaration in opposition to Plaintiff's motion for partial summary judgment. I declare that the following statements are true to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Co-Diagnostics' Form 8-K and attached press release, filed with the SEC on August 12, 2021.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of Co-Diagnostics' Form 8-K and attached press release, filed with the SEC on November 12, 2021.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2025, at New York, New York.

_/s/ Douglas W. Greene_ _____
Douglas W. Greene

2