# Exhibit 2

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the**
**Securities Exchange Act of 1934**

Date of report (Date of earliest event reported): **November 11, 2021**

# CO-DIAGNOSTICS, INC.

(Exact name of small business issuer as specified in its charter)

| **Utah** | **1-38148** | **46-2609363** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (IRS Employer Identification Number) |

**2401 S. Foothill Drive, Suite D, Salt Lake City, Utah 84109**
(Address of principal executive offices)

**(801) 438-1036**
(Issuer's telephone number)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | CODX | The Nasdaq Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition.**

**Item 7.01. Regulation FD. Disclosure.**

On November 11, 2021, Co-Diagnostics, Inc. (the "**Company**") issued a press release announcing financial results for its quarter ended September 30, 2021. A copy of the press release is included as Exhibit 99.1 and incorporated herein by reference. The Company anticipates filing its Quarterly Report on Form 10-Q for the fiscal quarter ended September 30, 2021 with the U.S. Securities and Exchange Commission on or before November 15, 2021.

The disclosures under Item 2.02 and Item 7.01, including Exhibit 99.1 hereto, is being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section. The information provided herein shall not be deemed incorporated by reference into any filing made under the Securities Act of 1933, as amended, except as expressly set forth by specific reference in such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No.: | Description: |
| --- | --- |
| 99.1 | Press Released, dated November 11, 2021 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

4/8/25, 10:49 AM
Case 1:22-cv-06978-AS   Document 122-3   Filed 05/02/25   Page 4 of 9
sec.gov/Archives/edgar/data/1692415/000149315221027932/form8-k.htm

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, hereunto duly authorized.

**CO-DIAGNOSTICS, INC.**

Date: November 11, 2021

By: */s/ Brian Brown*

Name: Brian Brown

Title: Chief Financial Officer
(Principal Financial and Accounting Officer)

EX-99.1 2 ex99-1.htm

**Exhibit 99.1**

## Co-Diagnostics Reports Continued Strength in Third Quarter 2021 Financial Results

*Solid quarterly results highlighted by record revenue of $30.1 million, pre-tax income of $13.6 million and fully diluted EPS of $0.38*

**SALT LAKE CITY, November 11, 2021**—Co-Diagnostics, Inc. (NASDAQ: CODX), a molecular diagnostics company with a unique, patented platform for the development of molecular diagnostic tests, announced today financial results for the third quarter ended September 30, 2021.

### Third Quarter 2021 Financial Results:

- Revenue increased 38.0% as compared to the prior year period to a record $30.1 million, primarily due to sales of the Logix Smart™ COVID-19 Test.
- Gross profit increased 67.5% to $26.8 million, representing 89.0% of consolidated revenue due to improved product mix as compared to the prior-year period.
- Operating income totaled $13.6 million, representing a 13.2% increase from the prior year period due to increased sales and marketing expenses as a result of increased third-party sales commissions, as well as increased research and development expenses related to the Eikon point of care technology platform.
- Income before taxes of $13.6 million, compared to $12.8 million in the prior period.
- Net income of $11.5 million, compared to a net income of $15.7 million in the prior-year third quarter, representing $0.38 per fully diluted share, as compared to $0.53 per fully diluted share in the third quarter of 2020.
- Cash, cash equivalents, and marketable securities totaled $83.9 million as of September 30, 2021, an increase of $11.5 million from June 30, 2021.
- Operating cash flows totaled $36.2 million for the year-to-date period ending September 30, 2021, as compared to operating cash flows of $8.2 million during the prior year period.

"This quarter brought continued growth and strong positioning for sustainability," said Dwight Egan, Co-Diagnostics' Chief Executive Officer. "We believe that our diverse international customer base, clean balance sheet and steady cash accumulation, in addition to our high-quality products whose performance has been validated by laboratories and regulatory bodies across the world, help us stand out from the crowd and all contributed to our record sales in Q3.

"An important step in our growth to becoming a leading global molecular diagnostics company is our upcoming point of care/at-home diagnostic platform," continued Egan. "We are optimistic about the potential impact this new device can have on infectious disease diagnostics, not just for COVID-19 but other diseases as well, and believe we are well positioned to maintain our trajectory of market share growth as our investments in talent and R&D continue to yield positive results."

### Third Quarter 2021 Business Highlights:

- Unveiled at-home/point-of-care testing device at AACC annual meeting.
- Initiated corporate rebranding to better reflect expanded scope, mission, and upcoming expansion into new diagnostics verticals.
- JV CoSara received clearance from Indian FDA-equivalent for chikungunya and dengue tests.
- Received approval to sell the Logix Smart ABC test in Mexico.
- Received ANVISA approval to sell Logix Smart COVID-19 test kit in Brazil.
- Strengthened the intellectual property portfolio with new international CoPrimer™ patent.

### Full Year 2021 Outlook:

Co-Diagnostics is offering the following guidance for its full year of 2021:

- Revenue to be in the range of $96.0 million to $100.0 million
- Diluted earnings per share forecasted to be in the $1.07 to $1.16 range, with shares outstanding expected to be approximately 30 million and a corporate effective tax rate of approximately 18.0%.

### Conference Call and Webcast

Co-Diagnostics will host a conference call and webcast at 4:30 p.m. EDT today to discuss its financial results with analysts and institutional investors. The conference call and webcast will be available via:

Webcast: ir.codiagnostics.com on the Events & Webcasts page

Conference Call: 877-317-6789 (domestic) or 412-317-6789 (international)

The call will be recorded and later made available on the Company's website: https://codiagnostics.com.

### About Co-Diagnostics, Inc.:

Co-Diagnostics, Inc., a Utah corporation, is a molecular diagnostics company that develops, manufactures and markets a new, state-of-the-art diagnostics technology. The Company's technology is utilized for tests that are designed using the detection and/or analysis of nucleic acid molecules (DNA or RNA). The Company also uses its proprietary technology to design specific tests to locate genetic markers for use in industries other than infectious disease and license the use of those tests to specific customers.

*Forward-Looking Statements:*

*This press release contains forward-looking statements. Forward-looking statements can be identified by words such as "believes," "expects," "estimates," "intends," "may," "plans," "will" and similar expressions, or the negative of these words. Such forward-looking statements are based on facts and conditions as they exist at the time such statements are made and predictions as to future facts and conditions. Forward-looking statements in this release include statements regarding the (i) use of funding proceeds, (ii) expansion of product distribution, (iii) acceleration of initiatives in liquid biopsy and SNP detection, (iv) use of the Company's liquid biopsy tests by laboratories, (v) capital resources and runway needed to advance the Company's products and markets, (vi) increased sales in the near-term, (vii) flexibility in managing the Company's balance sheet, (viii) anticipation of business expansion, (ix) benefits in research and worldwide accessibility of the CoPrimer technology and its cost-saving and scientific advantages, and (x) the impact that known and unknown COVID-19 variants may have on us and our products, our customers and suppliers, including disruptions and inefficiencies in the supply chain. Forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances. Actual results may differ materially from those contemplated or anticipated by such forward-looking statements. Readers of this press release are cautioned not to place undue reliance on any forward-looking statements. The Company does not undertake any obligation to update any forward-looking statement relating to matters discussed in this press release, except as may be required by applicable securities laws.*

| Company Contact: | Investor Relations Contact: |
|---|---|
| Andrew Benson | Zach Mizener |
| Head of Investor Relations | Lambert & Co. |
| +1 801-438-1036 | +1 616-233-0500 |
| investors@codiagnostics.com | zmizener@lambert.com |

Case 1:22-cv-06978-AS    Document 122-2    Filed 05/02/25    Page 7 of 9

**CO-DIAGNOSTICS, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

|  | September 30, 2021 | December 31, 2020 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 82,658,248 | $ 42,976,713 |
| Marketable investment securities | 1,251,285 | 4,335,446 |
| Accounts receivable, net | 14,589,599 | 12,136,833 |
| Inventory | 3,302,925 | 7,995,189 |
| Prepaid expenses | 485,095 | 369,028 |
| Total current assets | 102,287,152 | 67,813,209 |
| Property and equipment, net | 1,524,806 | 949,639 |
| Investment in joint venture | 1,034,098 | 1,927,125 |
| Deferred tax asset | 512,552 | 547,224 |
| Total assets | $ 105,358,608 | $ 71,237,197 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable | $ 800,003 | $ 598,318 |
| Accrued expenses, current | 2,055,698 | 2,849,503 |
| Accrued expenses (related party), current | 30,000 | 120,000 |
| Income taxes payable | 1,044,640 | 637,560 |
| Deferred revenue | 189,556 | 305,307 |
| Total current liabilities | 4,119,897 | 4,510,688 |
| Long-term liabilities | | |
| Accrued expenses, noncurrent | 1,080,358 | - |
| Accrued expenses (related party), noncurrent | - | 30,000 |
| Total long-term liabilities | 1,080,358 | 30,000 |
| Total liabilities | 5,200,255 | 4,540,688 |
| **Commitments and contingencies (Note 9)** | | |
| **Stockholders' equity** | | |
| Convertible preferred stock, $0.001 par value; 5,000,000 shares authorized; 0 shares issued and outstanding as of September 30, 2021 and December 31, 2020 | - | - |
| Common stock, $0.001 par value; 100,000,000 shares authorized; 28,894,890 and 28,558,033 shares issued and outstanding as of September 30, 2021 and December 31, 2020, respectively | 28,895 | 28,558 |
| Additional paid-in capital | 53,458,589 | 49,157,236 |
| Accumulated earnings | 46,670,869 | 17,510,715 |
| Total stockholders' equity | 100,158,353 | 66,696,509 |
| Total liabilities and stockholders' equity | $ 105,358,608 | $ 71,237,197 |

**CO-DIAGNOSTICS, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|  | **2021** | **2020** | **2021** | **2020** |
|---|---|---|---|---|
| Revenue | $ 30,101,353 | $ 21,818,753 | $ 77,484,262 | $ 47,407,555 |
| Cost of revenue | 3,311,255 | 5,821,281 | 9,088,175 | 12,278,326 |
| Gross profit | 26,790,098 | 15,997,472 | 68,396,087 | 35,129,229 |
| Operating expenses |  |  |  |  |
| Sales and marketing | 4,253,091 | 798,474 | 11,303,950 | 1,457,148 |
| General and administrative | 2,919,498 | 2,203,417 | 8,323,620 | 5,853,935 |
| Research and development | 5,893,350 | 921,889 | 12,779,573 | 2,072,160 |
| Depreciation and amortization | 94,038 | 35,490 | 232,757 | 81,456 |
| Total operating expenses | 13,159,977 | 3,959,270 | 32,639,900 | 9,464,699 |
| Income from operations | 13,630,121 | 12,038,202 | 35,756,187 | 25,664,530 |
| Other income (expense) |  |  |  |  |
| Interest income | 11,379 | 29,992 | 36,565 | 75,740 |
| Gain (loss) on equity method investment in joint venture | (64,940) | 748,557 | (401,288) | 1,016,297 |
| Total other income (expense) | (53,561) | 778,549 | (364,723) | 1,092,037 |
| Income before income taxes | 13,576,560 | 12,816,751 | 35,391,464 | 26,756,567 |
| Income tax provision (benefit) | 2,100,594 | (2,914,781) | 6,231,310 | (2,914,781) |
| Net income | $ 11,475,966 | $ 15,731,532 | $ 29,160,154 | $ 29,671,348 |
| Earnings per common share: |  |  |  |  |
| Basic | $ 0.40 | $ 0.56 | $ 1.01 | $ 1.13 |
| Diluted | $ 0.38 | $ 0.53 | $ 0.98 | $ 1.07 |
| Weighted average shares outstanding: |  |  |  |  |
| Basic | 28,941,357 | 28,084,267 | 28,800,450 | 26,172,439 |
| Diluted | 29,952,690 | 29,597,792 | 29,872,415 | 27,621,531 |