**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>    Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**SUPPLEMENTAL DECLARATION OF JASON A. URIS IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Jason A. Uris, declare as follows:

1.    I am an attorney with the law firm Kaplan Fox & Kilsheimer LLP, Lead Counsel for Lead Plaintiff Stadium Capital LLC ("Lead Plaintiff"). I respectfully submit this Supplemental Declaration in Support of Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Although each of the Exhibits attached hereto with a CoDx-prefix were designated Confidential by Defendants under the Protective Order in this case, ECF No. 47, Lead Counsel has conferred with counsel for Defendants pursuant to the Court's Individual Rule 11.C.i. Counsel for Defendants have confirmed that Defendants have no objection to the public filing of such documents.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of a transcript of the August 11, 2022, Q2 2022 Co-Diagnostics Inc.'s Earnings Call, published by Refinitiv

Streetevents.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of a March 30, 2022 email from Seth Egan to Brian Brown, Bates-stamped CoDx_00003854-59.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of a March 8, 2022 email from Dwight Egan to Andrew Benson, Bates-stamped CoDx_00031997.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of a March 8, 2022 email from James Nelson to Dwight Egan, copying Brian Brown, Bates-stamped CoDx_00003583.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of Co-Diagnostics Inc.'s 2Q 2022 Form 10-Q, filed with the SEC on August 11, 2022.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of Co-Diagnostics Inc.'s 3Q 2022 Form 10-Q, filed with the SEC on November 10, 2022.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of a transcript of the March 25, 2021, Q4 2020 Co-Diagnostics Inc.'s Earnings Call, published by Refinitiv Streetevents.

10.    Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff's Exhibit 20, CoDx_00506183.

11.    Lead Plaintiff intends to email Judge Subramanian's chambers, copying opposing counsel, to provide a true and correct copy of the full audio recording of the May 12, 2022, Q1 2022 Co-Diagnostics Inc.'s Earnings Call, published by LSEG Data & Analytics, labeled **Exhibit 9**.

Executed this 2nd day of May, 2025.

/s/ *Jason A. Uris*
Jason A. Uris