# EXHIBIT 2

Message

---

**From:** Seth Egan [s.egan@codiagnostics.com]
**Sent:** 3/30/2022 2:40:44 PM
**To:** Brian Brown [b.brown@codiagnostics.com]
**Subject:** Re: More good news from Botswana_ Forbes Under 30 summit

The nice thing about Botswana is that it opens up TB and ZDC along with the COVID test sales. It's also nice that this country isn't demanding rock bottom prices for the tests and it appear we'll have better margins.

We don't have monthly projections for these customers yet other than they indicated that the "future orders will compensate for the low cost of the PCR machine." Given that this is the first time the government has opened COVID testing to the private market, it will be difficult to get projections right away without more development.



Seth Egan VP of Sales

s.egan@co-dx.com
801-438-1036 **M** | 801-635-9436 **C**

Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX

**co-dx.com**

---

**From:** Brian Brown <b.brown@codiagnostics.com>
**Sent:** Wednesday, March 30, 2022 12:32 PM
**To:** Seth Egan <s.egan@codiagnostics.com>
**Subject:** RE: More good news from Botswana_ Forbes Under 30 summit

Can you give me an idea of what we could expect in quarterly orders from these guys?

Confidential                                                                                    CoDx_00003854



**Brian Brown**   Chief Financial Officer
b.brown@co-dx.com
801-403-8408 **M** | 801-438-1036 x9152 **O**
Co-Diagnostics, Inc.
2401 S. Foothill Dr, Ste. D, SLC, Utah 84109
NASDAQ: CODX
**co-dx.com**

**From:** Seth Egan <s.egan@codiagnostics.com>
**Sent:** Wednesday, March 30, 2022 12:24 PM
**To:** Brian Brown <b.brown@codiagnostics.com>
**Subject:** Fw: More good news from Botswana_ Forbes Under 30 summit

Brian,

The 1st attachment is the letter that opens covid-19 testing to private institutions and the second is the quote that is being submitted.

Here's the breakdown:
Item 1: 1,000 tests at $14 per test=$14,000.00
Item 2: 4 MIC's at $4,500 per box=$18,000.00 (We buy these for $8,750, so we lose $17,000 on the sale of the boxes)
Item 3: Extraction kits at $700 per kit. We make a little money here, but it's minimal. Just a way to facilitate the tests.
Item 4: Shipping at $2,000
Total order=36,100.00
Actual MIC cost is $35,000.00
With shipping, we'll likely come out of this in the red by about 2k, but we open up 4 new labs in Botswana that brings out total to 5 in the country. We'd like to act quickly before these labs find another solution. In the long run, we expect to see tests at the $14 mark to offset the loss on the initial order.

Let me know if you are comfortable proceeding,

**Seth Egan** VP of
Sales
 s.egan@co-dx.com
801-438-
1036 **M** | 801-635-
9436 **C**
 Co-Diagnostics, Inc.
2401 S. Foothill Dr,
Ste. D, SLC, Utah
84109
NASDAQ: CODX
**co-dx.com**

Confidential



**From:** Dr Palmer Masumbe Netongo <masumben@gmail.com>
**Sent:** Tuesday, March 29, 2022 7:13 PM
**To:** Denny Crockett <d.crockett@codiagnostics.com>; Andrew Benson <a.benson@codiagnostics.com>
**Cc:** Seth Egan <s.egan@codiagnostics.com>; Palmer Masumbe Netongo <p.netongo@codiagnostics.com>
**Subject:** More good news from Botswana_ Forbes Under 30 summit

Dear Denny,
I have been made to understand that Botswana has just opened up Covid-19 testing to the private sector (see attached memo).
Our partners in the country are jumping on the opportunity to expand their coverage and will need 4 more CoDx Boxes. There are about ten potential duty stations that they can cover, but are limited by the funds.
Due to the previous arrangement we had on their first order for the CoDx Box, we thought it wise to maintain the same strategy, i.e. sell the CoDx Box very cheap and recover the balance from the tests.

@Andrew: Can we gear up towards this and ramp up the shipment that is supposed to leave tomorrow? Otherwise, we may just make a second shipment asap.

Dr Ayuk Sandra from South Africa may be representing me and CoDx at the Forbes meeting.

Hope to hear from you soon,
Palmer

---------- Forwarded message ---------
From: **Palmer Netongo** <palmernetongo@gmail.com>
Date: Tue, 29 Mar 2022 at 18:55
Subject: Fwd: Fw: Forbes Under 30 summit
To: <masumben@gmail.com>

Confidential

---------- Forwarded message ---------
From: **LAZARUS KEAGILWE Motsisi** <lkmotsisi@gmail.com>
Date: Mon, Mar 28, 2022 at 7:14 AM
Subject: Fwd: Fw: Forbes Under 30 summit
To: Sandra Ayuk <ayuksandra@gmail.com>, Palmer Netongo <palmernetongo@gmail.com>, <admin@1st-legacy.com>


FYI

---------- Forwarded message ---------
From: **Thapelo Bale** <tbale00@gmail.com>
Date: Wed, 16 Mar 2022, 12:27
Subject: Fwd: Fw: Forbes Under 30 summit
To: Ellen Nkitse <Ellen.Nkitse@lancet.co.bw>, Kennedy Mokgethi <kmokgethi@sidilegaprivatehospital.co.bw>, Innocent Mdlongwa <innocent.mdlongwa@bokamosohospital.org>, Ignetious Makozhombwe <qcmanager@diagnofirm.co.bw>, caroline kekana <ctkekana@gmail.com>, Lazarus Keagilwe Motsisi <lkmotsisi@gmail.com>, Northern Pathology Services NPS <Northernpathology_lab@hotmail.com>, <desire@optimumhealthlab.co.bw>, <meggascope@yahoo.com>, Petros Rupapa <petrosr@medlass.co.bw>, <info@vipmedical.com>, Naledi Nyepetsi <ngnyepetsi@vipmedicals.com>, <bacteria_virus@live.com>, Mmoloki Laboratories <mmolokimedlabs@gmail.com>, Moses Vurayai <mvurayai@gmail.com>
Cc: Shirley Johane <sjohane@yahoo.com>, <drkuate@gmail.com>


# Good day everyone.

I hope you are all keeping well. Please refer to the communications below for your urgent action.
Again submit details in the format: **Name of the laboratory**, **location address** and **contact number.**

Shall you seek further information please contact Dr. Kuate via the given contact details.

Kind regards.

---------- Forwarded message ---------
From: **Shirley Johane** <sjohane@yahoo.com>
Date: Wed, Mar 16, 2022 at 10:03 AM
Subject: Fw: Forbes Under 30 summit
To: Thapelo Bale <tbale00@gmail.com>


Good morning

FYA

Regards

Confidential

----- Forwarded Message -----
**From:** Lesego Kuate <drkuate@gmail.com>
**To:** "sjohane@yahoo.com" <sjohane@yahoo.com>
**Cc:** "mbmbulawa@gmail.com" <mbmbulawa@gmail.com>; "thatopaulus@gmail.com" <thatopaulus@gmail.com>
**Sent:** Tuesday, March 15, 2022, 07:29:31 PM GMT+2
**Subject:** Fwd: Forbes Under 30 summit

Good evening Mma Johanes
As we communicated earlier, kindly send a similar email to private laboratory service providers in Gaborone to inform them of the Forbes under 30 summit and to prepare themselves to provide COVID-19 tests to delegates (should they require laboratory services) and any support they can provide to strengthen our health care system, for example, Diagnofirm in Kasane will be setting up testing site in Mowana hotel for the delegates. For any further information they can contact me, infact we can set up a virtual meeting for all of them.

I would like to add them to the travel advisory tomorrow (Name of the laboratory, location address and contact number) . This is for us to share the information with all delegates should they want to test in private sector.

Regards

---------- Forwarded message ---------
From: **Lesego Kuate** <drkuate@gmail.com>
Date: Wed, Mar 9, 2022 at 6:07 PM
Subject: Forbes Under 30 summit
To: <menon60@yahoo.com>
Cc: <smenon@sidilegaprivatehospital.co.bw>


Good afternoon

Following our telephonic conversation, I am informing you more on the Forbes under 30 summit.

The Botswana government will be hosting The Forbes under 30 Conference Summit from the 24th - 29th April 2022. The Forbes under 30 Conference Summit, is one of the top Programmes under the President's Initiative and will bring the world's most elite young entrepreneurs and it will be hosted in Africa for the first time.

The summit will be attended by four hundred (400) international delegates from different continents and two (200) local delegates, amongst them VVIPs (their total number to be communicated). Delegates are expected to arrive in Gaborone on the 23rd April and attend a concert and summit and then travel to Kasane on the 26th April and leave the country on 29th April 2022

In preparation of the summit, the ministry of Health and Wellness is preparing COVID-19 response and Emergency medical response in conference venues and the hotels the delegates will be lodging in. During the event some delegates might prefer to seek medical attention from the private sector using their own medical insurance.

Against this background we request your reputable organisation to strengthen our health care and ready your facilities to provide emergency and routine medical care to our esteemed delegates in case of need.

Confidential

Please do not hesitate to contact me on 74757412 for any clarifications to facilitate preparations and any other pledges you may offer to ensure quality health services to all our delegates.


Thank you.

Dr Lesego Kuate
Public Health Physician
Occupational Health Practitioner
+267 74757412

Confidential