# EXHIBIT 3

Message
_____

**From**:     Dwight Egan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=931F865E6379485889E10A554CEF3E24-D.EGAN]
**Sent**:     3/8/2022 12:41:31 PM
**To**:       Andrew Benson [a.benson@codiagnostics.com]
**Subject**:  Get their release and show me a potential draft.

# Fulgent Genetics stock gains on $250M share buyback program

Mar. 08, 2022 8:08 AM ETFulgent Genetics, Inc. (FLGT)By: Preeti Singh, SA News Editor6 Comments

- Fulgent Genetics (NASDAQ:FLGT) is +4.31% pre-market after announcing a share repurchase program under which it may buyback $250M of its common stock.

- The program will be funded using Fulgent's working capital.

- The genetic testing company had ~30.3M shares of common stock outstanding as of Mar. 07, 2022.

Confidential                                                                      CoDx_00031997