# EXHIBIT 4

Message
_____

**From:**      James Nelson [jnelsonthekain@gmail.com]
**Sent:**      3/8/2022 1:00:34 PM
**To:**        Dwight Egan [d.egan@codiagnostics.com]
**CC:**        Brian Brown [b.brown@codiagnostics.com]
**Subject:**   Re: One of our competitors announced share repurchase this morning- FYI

Interesting, I will share this

Sent from my iPhone

On Mar 8, 2022, at 11:40 AM, Dwight Egan <d.egan@codiagnostics.com> wrote:

Jim,

See below.

# Fulgent Genetics stock gains on $250M share buyback program

Mar. 08, 2022 8:08 AM ETFulgent Genetics, Inc. (FLGT)By: Preeti Singh, SA News Editor6 Comments

- Fulgent Genetics (NASDAQ:FLGT) is +4.31% pre-market after announcing a share repurchase program under which it may buyback $250M of its common stock.

- The program will be funded using Fulgent's working capital.

- The genetic testing company had ~30.3M shares of common stock outstanding as of Mar. 07, 2022.

Confidential                                                            CoDx_00003583