# Exhibit 9 is an audio file re May 12, 2022 Earnings Call Transmitted Via E-mail To Chambers Of The Honorable Arun Subramanian