**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>     Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**<u>DECLARATION OF JASON A. URIS IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR EXCLUSION OF EXPERT TESTIMONY</u>**

I, Jason A. Uris, declare as follows:

1. I am an attorney with the law firm Kaplan Fox & Kilsheimer LLP, Lead Counsel for Lead Plaintiff Stadium Capital LLC ("Lead Plaintiff"). I respectfully submit this Declaration of Jason A. Uris in Further Support of Plaintiff's Motion for Exclusion of Expert Testimony. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Although each of the Exhibits attached hereto with a CoDx-prefix were designated Confidential by Defendants under the Protective Order in this case, ECF No. 47, Lead Counsel has conferred with counsel for Defendants pursuant to the Court's Individual Rule 11.C.i.  Counsel for Defendants have confirmed that Defendants have no objection to the public filing of such documents.

3. Attached hereto as **Exhibit A** is a true and correct copy of a July 15, 2022 e-mail from Tom Williams to Seth Egan, Bates-stamped CoDx_00039335-37.

4.      Lead Plaintiff intends to email Judge Subramanian's chambers, copying opposing counsel, to provide a true and correct copy of Exhibit A's email attachment, Bates-stamped CoDx_00039337, labeled as **Exhibit A(1)**.

Executed this 30th day of May, 2025.

/s/ *Jason A. Uris*
Jason A. Uris