# EXHIBIT A

Message

| | |
|---|---|
| **From:** | Tom Williams [t.williams@codiagnostics.com] |
| **Sent:** | 7/15/2022 10:46:02 AM |
| **To:** | Seth Egan [s.egan@codiagnostics.com] |
| **Subject:** | Sales by Region - Middle East, Asia, Australia, Latin America, Middle East + US ( Major Accounts) 2020-Mid-July 2022 |
| **Attachments:** | Orders by Region 2020, 2021, to July 13, 2022.xlsx |

| **Middle East** | | |
|---|---|---|
| Saudi Arabia | $ | 29,028,700.00 |
| Israel | $ | 121,590.00 |
| Kuwait | $ | 1,400.00 |
| UAE | $ | 500.00 |
| TOTAL | **$** | **29,152,190.00** |

| **Asia** | | |
|---|---|---|
| Phillipines | $ | 4,390,307.00 |
| Thailand | $ | 16,100.00 |
| | | |
| | **$** | **4,406,407.00** |

| **Australia** | **$26,750.00** |
|---|---|

| **Major US Accounts** | | |
|---|---|---|
| Clinical Reference Lab | | $ 7,468,526.00 |
| Intelligent Solutions | | $ 15,556,728.00 |
| Nomi Health | | $ 53,469,356.04 |
| NTL Lab | | $ 7,295,000.00 |
| | | |
| TOTAL | | $ 83,789,610.04 |

| **Latin America** | | | |
|---|---|---|---|
| **Summary** | | | |
| Argentina | | | $ 78,500.00 |
| Bolivia | | | $ 1,024,691.50 |
| Brazil | | | $ 31,500.00 |
| Chile | | | $ 32,012.50 |
| Colombia | | | $ 6,708,538.75 |
| Dominican Republic | | | $ 1,565,525.00 |
| Guatemala | | | $ 114,690.00 |
| Honduras | | | $ 80,766.00 |
| Mexico | | | $ 18,165,867.95 |

Confidential

| | | | | |
|---|---|---|---|---|
| Paraguay | | | $ | 96,560.00 |
| Puerto Rico | | | $ | 17,250.00 |
| Uruguay | | | $ | 85,750.00 |
| | TOTAL | | **$ 28,001,651.70** | |

| **Europe** | | | | |
|---|---|---|---|---|
| France | | | $ | 1,400.00 |
| Georgia | | | $ | 151,525.00 |
| Great Britain | | | $ 2,203,339.50 | |
| Greece | | | $ | 367,101.00 |
| Ireland | | | $ 3,305,948.00 | |
| Italy | | | $ 1,537,931.00 | |
| Romania | | | $ | 391,045.00 |
| | | | | |
| | TOTAL | | **$ 7,958,289.50** | |

Confidential

**Document Produced in Native Format**

Confidential                                                                CoDx_00039337