**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**SUPPLEMENTAL DECLARATION OF TINA CHIANGO
REGARDING REQUESTS FOR EXCLUSIONS FILED**

I, TINA CHIANGO, hereby declare and state as follows:

1.      I am the Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103. I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2.      As stated in my Notice Declaration dated April 21, 2025, the deadline to submit a Request for Exclusion from the Class was May 12, 2025.  RG/2 Claims did not receive any Requests for Exclusion from the Class as of May 12, 2025.

3.      RG/2 Claims received an email on May 14, 2025, after the Exclusion deadline, from a person who stated they did not want to be involved in this legal action.  RG/2 Claims responded to inquire if their intent was to file a Request for Exclusion and advised them of the procedure to exclude oneself, including the need to provide the required transaction information.  RG/2 Claims has not received a response.   RG/2 Claims is therefore not considering this a valid Request for Exclusion.

I declare under the laws of the United States of America and the State of Pennsylvania that to the best of my knowledge the foregoing is true and correct.

Executed on June 2, 2025 at Philadelphia, Pennsylvania.

_____
Tina Chiango