UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STADIUM CAPITAL LLC et al.,

                Plaintiffs,

    -against-

CO-DIAGNOSTICS, INC. et al.,

                Defendants.

22-CV-6978 (AS)
22-CV-7988 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By **February 10, 2026**, the parties shall meet, confer, and submit three separate two-week periods during the months of June-December 2026 when they will be available for trial.

    SO ORDERED.

Dated:  January 27, 2026
        New York, New York

                         ARUN SUBRAMANIAN
                      United States District Judge