UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STADIUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CO-DIAGNOSTICS, INC., DWIGHT H. EGAN, and BRIAN L. BROWN,<br><br>Defendants. | Case No.: 22-cv-6978-AS<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Please take notice that, pursuant to Federal Rules of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated August 17, 2026 (the "Preliminary Approval Order"), and upon (i) the Declaration of Jason A. Uris in Support of (A) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Declaration of Tina Chiango Regarding (A) Mailing of the Notice and Proof of Claim Form; (B) Proof of Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date; (iii) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; and (iv) all other papers and proceedings herein, Lead Plaintiff, Stadium Capital LLC, on behalf of itself and the Class, will and does hereby move this Court, before the Honorable Arun Subramanian, on December 8, 2026 at 2:00 p.m. at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 15A, New York, New York 10007, or at such other location and time as set by the Court, for entry

of Judgment approving the Settlement as fair, reasonable and adequate, and for entry of an Order approving the proposed Plan of Allocation as fair and reasonable.

Proposed Orders granting the requested relief will be submitted with Plaintiff's reply papers after the deadlines for objecting to the motion or requesting exclusion have passed.

Dated: November 3, 2026

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jason A. Uris*

Frederic S. Fox
Donald R. Hall
Jason A. Uris
Clara Abramson
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com
juris@kaplanfox.com
cabramson@kaplanfox.com

*Lead Counsel for Lead Plaintiff and the Class*

**CERTIFICATE OF SERVICE:**

I hereby certify that on November 3, 2026 I caused the foregoing Lead Plaintiff's Notice of Motion for Final Approval of Class Action Settlement and Plan of Allocation and all supporting documents, to be served electronically on all counsel of record.

By: */s/ Jason A. Uris*
Jason A. Uris